Steven J. Nataupsky (CA SBN 155913*)*
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSE NOS. 2–13**<br><br>Date: November 3, 2017<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Hon. Kimberly J. Mueller |

*1*   PLEASE TAKE NOTICE that on November 3, 2017, at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Hon. Kimberly J. Mueller at 501 I Street, Courtroom 3, 15th Floor, Sacramento, California, Plaintiff Monster Energy Company will move for an order granting its Motion to Strike Defendant's Affirmative Defense Nos. 2-13.

This motion is based on this Notice, the accompanying Memorandum in Support, the pleadings and papers filed in this action, and any oral argument the Court may consider at the hearing.

This motion is made following a conference of counsel pursuant to Judge Mueller's motion rules. The parties conferred by telephone regarding this motion on September 25, 2017, and Defendant confirmed that it intends to oppose the motion. The parties have exhausted all meet and confer efforts regarding this motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:   September 29, 2017         By: */s/ Marko R. Zoretic*
                                        Steven J. Nataupsky
                                        Lynda J. Zadra-Symes
                                        Matthew S. Bellinger
                                        Marko R. Zoretic

                                    Attorneys for Plaintiff
                                    MONSTER ENERGY COMPANY

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On September 29, 2017, I served the foregoing **MONSTER ENERGY COMPANY'S NOTICE OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSE NOS. 2–13** on counsel for BeastUp LLC as shown below

**VIA THE COURT'S ECF/CM SYSTEM:**

Eve J. Brown
BRICOLAGE LAW, LLC
1089 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404
ejbrown@bricolagelaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 29, 2017, at Irvine, California.

/s/ *Marko R. Zoretic*
Marko R. Zoretic

26742271