Steven J. Nataupsky (CA SBN 155913*)*
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**[PROPOSED] ORDER GRANTING MONSTER ENERGY COMPANY'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSE NOS. 2–13**<br><br>Hon. Kimberly J. Mueller |

*1*  The Court, having read and considered Plaintiff Monster Energy Company's Motion to
*2*  Strike Defendant's Affirmative Defense Nos. 2-13, and good cause appearing therefore:
*3*  **IT IS HEREBY ORDERED** that Plaintiff's motion to strike is GRANTED and
*4*  Defendant's Affirmative Defense Nos. 2–13 are STRICKEN.
*5*  **IT IS SO ORDERED.**

*8*  Dated: _____

Hon. Kimberly J. Mueller
United States District Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On September 29, 2017, I served the foregoing **[PROPOSED] ORDER GRANTING MONSTER ENERGY COMPANY'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSE NOS. 2–13** on counsel for BeastUp LLC as shown below **VIA THE COURT'S ECF/CM SYSTEM:**

Eve J. Brown
BRICOLAGE LAW, LLC
1089 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404
ejbrown@bricolagelaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 29, 2017, at Irvine, California.

      /s/ *Marko R. Zoretic*
      Marko R. Zoretic

26779965