Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
Marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>  Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>Hon. Kimberly J. Mueller<br><br>**PLAINTIFF'S SETTLEMENT STATUS REPORT** |

Pursuant to the hearing of December 8, 2017 before this Court and the Court's Order following that hearing (Doc. 25), Plaintiff Monster Energy Company submits this Settlement Status Report. Plaintiff is submitting this report, rather than a joint Settlement Status Report with Defendant BeastUp LLC, because the Parties were unable to reach agreement on the format of a joint report. Defendant was unwilling to agree to the inclusion of a statement noting that Defendant changed its settlement position following the hearing held on December 8th. Plaintiff believes that information needed to be included, as it provides relevant background information on the current status of settlement prospects.

On December 6, 2017, Defendant requested that Plaintiff consent to cancelling the Scheduling Conference that was scheduled for December 8, 2017 and "instead pursuing a settlement that would allow [Plaintiff] to withdraw the complaint and [Defendant] to cease operations." Based on that representation, Plaintiff agreed to continue the Scheduling Conference so that the parties could pursue settlement discussions.

Defendant further stated on December 7th that it would send that day a draft settlement agreement to Plaintiff. The Parties thereafter filed on December 7th a Consent Motion to Continue Scheduling Conference and Hearing Scheduled for December 8th, in which the Parties agreed to move the Scheduling Conference and hearing on Plaintiff's Motion to Strike because the "parties [were] actively working towards an agreement to resolve the litigation, under which, *inter alia*, Defendant would cease operating under the disputed marks and this litigation would be resolved in its entirety." Doc. 22. The Court denied the motion, and the Scheduling Conference and hearing on Plaintiff's Motion to Strike was held on December 8th.

Defendant did not send a draft settlement agreement as it previously stated it would do. On December 12, 2017, the Parties had a settlement discussion wherein Defendant stated that it had changed its prior settlement position. Defendant for the first time demanded monetary compensation as part of a proposed settlement. Given Defendant's infringing activities, which include infringement of multiple trademarks owned by Plaintiff, Plaintiff believes that a settlement demand requiring Plaintiff to pay Defendant to cease its infringing activities is unreasonable.

The Parties are not presently engaged in any further settlement discussions. Plaintiff believes that participating in a Court convened settlement conference is premature at this time, given the distance between the Parties' respective positions. Plaintiff wishes to resume the proceedings according to the schedule set forth by the Court.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 5, 2018     By: */s/ Matthew S. Bellinger*
　　　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　　　Lynda J. Zadra-Symes
　　　　　　　　　　　　　　　Matthew S. Bellinger
　　　　　　　　　　　　　　　Marko R. Zoretic

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, I caused the **PLAINTIFF'S SETTLEMENT STATUS REPORT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BRICOLAGE LAW, LLC
1080 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404
ejbrown@bricolagelaw.com

>                             */s/  Matthew S. Bellinger*
>                             Matthew S. Bellinger

27344387