Exhibit A

**From:** Eve J. Brown
**Sent:** Thursday, December 07, 2017 10:30 AM
**To:** Matt.Bellinger
**Cc:** Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin
**Subject:** RE: BeastUp

Thank you, Matt. The change from a stay to a continuance is fine, although I am unavailable on 1/12. The next time I would be able to attend a hearing on a Friday in Sacramento is 1/26.

I am uncomfortable including the terms of a potential settlement, since we have not yet begun negotiations. It does not appear necessary to include at this juncture, and as part of this particular motion. We are hoping to negotiate a resolution and, as I mentioned yesterday, my client is open to changing or transferring his mark. However, what that looks like, what the exchange would be, and what the conditions would be are yet to be determined.

If you are ok with postponing until 1/26 and leaving the terms out of this motion, then I will update and file.

Please advise.

Bricolage Law, LLC
Eve J. Brown, Principal
A: 128 School Street | Walpole, MA 02081
P: 508-734-3404 | W: bricolagelaw.com

# Exhibit B

| | |
|---|---|
| **From:** | Eve J. Brown |
| **To:** | "Matt.Bellinger" |
| **Cc:** | Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin; Meaghen Kenney |
| **Subject:** | RE: BeastUp |
| **Date:** | Thursday, December 7, 2017 3:45:00 PM |
| **Attachments:** | Motion to Continue Pending Settlement Final.pdf |

Matt,

I filed the document as approved. See attached.

Let's schedule a phone call for early next week to discuss settlement terms. When are you available?

---

**From:** Matt.Bellinger [mailto:Matt.Bellinger@knobbe.com]
**Sent:** Thursday, December 7, 2017 3:02 PM
**To:** Eve J. Brown <ejbrown@bricolagelaw.com>
**Cc:** Lynda.Zadra-Symes <Lynda.ZadraSymes@knobbe.com>; Marko.Zoretic
<Marko.Zoretic@knobbe.com>; Vanessa.Lantin <Vanessa.Lantin@knobbe.com>; Meaghen Kenney
<mkenney@bricolagelaw.com>
**Subject:** RE: BeastUp

Eve –

Monster can agree to the "Defendant would cease operating under the disputed marks" language based on the understanding that as part of a settlement defendant would be agreeing to discontinue use of the marks at issue. I agree that other parameters of a potential settlement would need to be negotiated, including how the case is resolved with the court. To that end, Monster cannot agree to the "withdraw its Complaint" language because no decision has been made yet on how the litigation would terminate. So, I've deleted that language and instead added in that as part of a potential settlement the "litigation would be resolved in its entirety."

We have been reasonable in attempting to resolve this matter with you, including agreeing to your second request for a continuance of tomorrow's hearing on very short notice. You provided us with the proposed consent motion only this morning, and we have gotten back to you quickly with comments. I trust that the attached minor revisions are acceptable. You may add my signature to the attached and file with the court.

Regards,
Matt

---

**From:** Eve J. Brown
**Sent:** Thursday, December 07, 2017 11:24 AM
**To:** Matt.Bellinger
**Cc:** Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin; Meaghen Kenney
**Subject:** RE: BeastUp

I can't sign your language, Matt. I directly copied and pasted my initial email to Marko into my draft. Your language goes further than I have authorization to promise.

As I said, my client was dispatched to fight the LA fires last night, so I am unable to obtain any new or additional permissions before we need to file this motion.

I'm asking, as a professional courtesy, to consent to this suspension so that we can resolve this litigation to both of our clients' satisfaction and in a fair and just manner.

Human to human, my client is an army veteran firefighter with a family-owned small business and a wife going through intensive chemotherapy. They are spending their social security payments just to keep a roof over their heads.

My client is not contemplating settling with MEC because MEC is right, nor because BeastUp has committed any wrongdoing; instead, they are being forced to give up their business (and their plans for retirement) because of this lawsuit.

Given these facts, while my client may be forced to settle for financial and personal reasons, there are limits to what he should be required to surrender. To oversimplify the matter into BeastUp simply giving up all use of its marks, with no other terms, before we have had the first discussion of settlement, is premature, unnecessary in the context of this motion, and unreasonable.

We hope to spend the necessary time to negotiate an agreement. But this is not an opportunity or excuse for MEC to further strongarm my client into submitting to something that is beyond what MEC is entitled to demand under the law.

We need to postpone the hearing tomorrow. We hope that, during the postponement, we can come to an amicable agreement. We are open to that agreement involving BeastUp ceasing operations, in exchange for MEC withdrawing its suit. That is the most I can commit to today.

Please advise whether I should file the draft with my language, or whether I should file an unstipulated motion on my own.

Respectfully,
Eve

Bricolage Law, LLC
Eve J. Brown, Principal
A: 128 School Street | Walpole, MA 02081
P: 508-734-3404 | W: bricolagelaw.com

---

**From:** Matt.Bellinger
**Sent:** Thursday, December 7, 2017 2:06 PM
**To:** Eve J. Brown
**Cc:** Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin
**Subject:** RE: BeastUp


Eve –

We do not believe the changes you have made (other than changing the hearing date to January
26) are necessary, and also do not accurately reflect the email exchanges below. Monster has
approved
the language in the consent motion I sent you this morning. I have attached a clean copy of that
version of the motion with the new hearing date changed to January 26. You have my permission to
file the attached with the Court.

Regards,
Matt


**Matthew Bellinger**
Partner

**949-721-2972** Direct

**Knobbe** Martens
2040 Main St., 14th Fl.
Irvine, CA 92614


---

**From:** Eve J. Brown
**Sent:** Thursday, December 07, 2017 10:51 AM
**To:** Matt.Bellinger
**Cc:** Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin
**Subject:** RE: BeastUp

Matt,

Please review the attached proposed language, which reflects the email I initially sent to Marko. If
you approve, I will file.

Thanks,
Eve

---

**From:** Matt.Bellinger
**Sent:** Thursday, December 7, 2017 1:38 PM
**To:** Eve J. Brown
**Cc:** Lynda.Zadra-Symes; Marko.Zoretic; Vanessa.Lantin
**Subject:** RE: BeastUp

Eve – We are fine moving the hearing date to January 26 as an accommodation
to your schedule. However, the statement regarding defendant discontinuing use of the marks at issue as part of a settlement is the reason Monster is agreeing to a further continuance and provides good cause for the continuance. So, that statement needs to remain in the joint motion. Regards, Matt

**Matthew Bellinger**
Partner

**949-721-2972 Direct**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

# Exhibit C

Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
Marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (CA SBN 247051)
ejbrown@bricolagelaw.com
BRICOLAGE LAW, LLC
1080 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404

Attorney for Defendant
BEASTUP LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>Hon. Kimberly J. Mueller<br><br>**JOINT SETTLEMENT STATUS REPORT** |

1          Pursuant to the hearing of December 8, 2017 before this Court, the Parties have

2  consulted with regard to potential settlement terms, but have been unable to reach an agreement.

3  The Parties wish to resume the proceedings according to the schedule set forth by the Court.

4

5  Dated:                                      Respectfully submitted,

6

7                    KNOBBE, MARTENS, OLSON & BEAR, LLP

8

9                    By: _____

10                       Steven J. Nataupsky
                         Lynda J. Zadra-Symes

11                       Matthew S. Bellinger
                         Marko R. Zoretic

12                   ATTORNEYS FOR PLAINTIFF

13                   BRICOLAGE LAW, LLC

14

15                   By: _____

16                       Eve J. Brown

17                   ATTORNEY FOR DEFENDANT

18

19

20

21

22

23

24

25

26

27

28

                                 Joint Settlement Status Report
                             Case No. 2:17-CV-01605-KJM-EFB

Exhibit D

| | |
|---|---|
| **From:** | Eve Brown |
| **To:** | "Matt.Bellinger" |
| **Cc:** | Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic |
| **Subject:** | RE: BeastUp |
| **Date:** | Friday, January 5, 2018 5:35:00 PM |

Hi Matt,

Your definition of "accommodating" is interesting. More accurately, you have been graciously willing to accept my client's surrender of all rights and interests, with little concern for facts or law. That's not "accommodating." It's bullying.

It won't work, though I appreciate your determination. I trust the court will be able to see through your tactics.

**From:** Matt.Bellinger [mailto:Matt.Bellinger@knobbe.com]
**Sent:** Friday, January 5, 2018 5:28 PM
**To:** Eve Brown <ejbrown@bricolagelaw.com>
**Cc:** Vanessa.Lantin <Vanessa.Lantin@knobbe.com>; Lynda.Zadra-Symes
<Lynda.ZadraSymes@knobbe.com>; Marko.Zoretic <Marko.Zoretic@knobbe.com>
**Subject:** RE: BeastUp

Eve —

Plaintiff sought to file a joint settlement statement that includes accurate and relevant facts regarding the parties' settlement discussions. We have been more than accommodating in attempting to resolve this issue with you, including agreeing to structure the statement in a way that contained separately identified sections so that it was clear which statements were attributable to each party. We are obviously at an impasse, so Plaintiff will need to proceed with filing its own settlement statement.

Matt

**Matthew Bellinger**
Partner

**949-721-2972 Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

**From:** Eve Brown
**Sent:** Friday, January 05, 2018 2:03 PM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Matt,

Your insinuation that I am the roadblock here is not well taken. The history of our emails shows that I have continuously asked you to file accurate, neutral statements with the court, both in this instance, and with respect to the earlier motion to stay. In both instances, you have engaged in pressure tactics to force me to add my name to a filing that contains misleading language designed to place my client in a false light.

If you refuse to file a fair and accurate joint statement, then regrettably, we will need to file separately.

You can play underhanded when it's your own motion. Don't make me a part of it. I don't practice law that way.

**From:** Matt.Bellinger
**Sent:** Friday, January 5, 2018 4:56 PM
**To:** Eve Brown
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Eve –

Since you are unwilling to sign either the version I sent on December 28 or the version I sent on January 2 that contains the separately defined sections as you proposed, Plaintiff will need to move forward with filing its own statement, and defendant can do the same.   If you are amenable to signing either of those versions as an alternative to filing separate statements, please let me know by 3:00 p.m. Pacific today. Otherwise, Plaintiff will file its own statement.

Regards,
Matt

**Matthew Bellinger**
Partner

**949-721-2972 Direct**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

**From:** Eve Brown
**Sent:** Friday, January 05, 2018 11:28 AM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Matt,

I have made myself clear. I will not sign a document that paints my client in a negative light, especially when it is disingenuously drafted to imply that my client has acted in bad faith.

You have my permission to sign my name to the version without that sentence. Otherwise, you do not have my authorization.

---

**From:** Matt.Bellinger
**Sent:** Friday, January 5, 2018 1:31 PM
**To:** Eve Brown
**Subject:** RE: BeastUp_____

_____

Eve –

That sentence is entirely accurate and Monster cannot agree to remove it, as it provides necessary background information on the status of settlement discussions. You stated during our call on December 12 that Defendant had "changed" its settlement position. That representation was also memorialized in my email to you dated December 12 summarizing our call (and which you did not previously dispute). Your email dated December 29 further recognized that the Court should have background information on the settlement discussions. With that in mind, I suggest we file the version of the settlement statement I sent you on
January 2, which includes clearly delineated separate statements as you proposed, because we are unable to agree on a combined format as set forth in the December 28 version I sent you. Please confirm we can add your signature to the January 2 document so that we can get this filed today.

Matt

**Matthew Bellinger**
Partner

949-721-2972 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

---

**From:** Eve Brown
**Sent:** Friday, January 05, 2018 10:05 AM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Matt –

I agree to the Dec. 28 version, <u>if you remove the unnecessary and inaccurate snipe that you inserted</u>; namely, "wherein Defendant changed its prior settlement proposal  regarding  ceasing operation under the disputed marks."

Defendant did not change its proposal. Defendant continued to offer the proposal, and simply specified terms. There was no discussion prior to that in which any terms were discussed that could be "changed."

There is no reason to insert contentious language. Obviously, we disagree on the substance and nature of the dispute. Rather than force the court to listen to our jabs at one another, let's stay productive and keep it neutral for the joint statement. You can accuse defendant of everything you want when it is time for an adversarial motion. This is not that time. All the court wants is a status update.

You do not have my authorization to file unless you remove that working. Once you do, either you or I can file. Please advise as to which you prefer.

---

**From:** Matt.Bellinger
**Sent:** Friday, January 5, 2018 12:40 PM
**To:** Eve Brown
**Subject:** RE: BeastUp_____

_____

Eve –

We inserted Plaintiff's position into the draft settlement statement you sent on December 29 as you requested, and that section is clearly delineated as Plaintiff's position in the document. You stated you would file the statement once Monster inserted its portion. Your assertion that you cannot approve the document is baseless and is needlessly requiring Monster to expend even further resources on this matter. In response to Monster's inclusion of one sentence in the draft I sent you on December 28 stating Plaintiff's position, you elected to convert the statement into a document with separate sections for each party, which you are now refusing to approve. As a compromise, Monster is willing to revert to the version I sent you on December 28. Otherwise, we need to file the version I sent you on January 2. Please confirm by 2:00 p.m. Eastern today that we can insert your electronic signature into one of those documents, and we will then file with the Court today.

Regards,

Matt

**Matthew Bellinger**
Partner

**949-721-2972 Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
w

---

**From:** Eve Brown
**Sent:** Friday, January 05, 2018 9:10 AM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Matt –

I cannot approve your version. Given the gap in our perspectives on this situation, I propose we move to a simpler statement. The tit-for-tat language seems counterproductive at this point. Please see attached.

I can confirm that Mr. Waelty will be available for a deposition on 1/25 in Red Bluff. I will attend via phone or video conference.

Discovery responses will be sent to you via separate email.

Best regards,
Eve

Bricolage Law, LLC
Eve J. Brown, Principal
A: 128 School Street | Walpole, MA 02081
P: 508-734-3404 | W: bricolagelaw.com

---

**From:** Matt.Bellinger
**Sent:** Thursday, January 4, 2018 6:15 PM
**To:** Eve Brown
**Subject:** RE: BeastUp_____

Eve – Please confirm that we can add your electronic signature to the joint settlement statement I sent you on Tuesday so that we can file it by tomorrow. Matt

**Matthew Bellinger**
Partner

949-721-2972 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

---

**From:** Eve Brown]
**Sent:** Tuesday, January 02, 2018 7:38 PM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin; Lynda.Zadra-Symes; Marko.Zoretic
**Subject:** RE: BeastUp

Hi Matt,

I will take a look and respond shortly.

In the meantime, I just received my client's document production and interrogatory responses. I will get those formatted, certified, and sent to you ASAP. I am stuck in Maine at the moment with a frozen car, so please forgive my intermittent Internet until I can make it back home safely.

I also shared your deposition notice with Mr. Waelty. He is scheduled to work for the Fire Dept. that day, but has requested time off for the depo. He should be able to confirm within the week. If he cannot get off work that day, are there alternate dates that work for you?

---

**From:** Matt.Bellinger
**Sent:** Tuesday, January 2, 2018 9:18 PM
**To:** Eve Brown
**Subject:** RE: BeastUp_____

Eve – Attached is a redlined settlement statement showing Monster's changes to the draft you previously sent. A clean version is also attached. Please confirm we can add your electronic signature to the document, and I will then have it filed with the Court. Regards, Matt

---

**From:** Eve J. Brown [
**Sent:** Friday, December 29, 2017 1:40 PM
**To:** Matt.Bellinger

**Subject:** RE: BeastUp_____

Hi Matt,

You're right. The Court should have additional background information. Attached is another edit that provides further context. Please add your own language where indicated. I will file it once I receive your final version.

I will remove the objectionable language from the Amended Answer and file that as well, although I cannot accept your suggested language stating that the Amendment is being filed "pursuant to the Court's order on Monster's motion to strike."

The Court's Order reads, "After hearing from the parties, the court denied the Motion to Strike and directed the parties meet and confer."

As such, I will more accurately report that the Amended Answer is being filed after the Parties met and conferred.

Happy New Year,
Eve

---

**From:** Matt.Bellinger
**Sent:** Thursday, December 28, 2017 11:48 PM
**To:** Eve J. Brown
**Subject:** RE: BeastUp_____
_____

Eve –

Monster cannot agree to the changes you made to the settlement statement. The portions you deleted are accurate statements as to the parties' settlement discussions and provide necessary background information. I'm not sure why you deleted them.  As a compromise, I've revised the status report to add language indicating that the previously deleted portion is Monster's statement. Please confirm that we have permission to add your electronic signature to the attached, and I will then file with the court.

With respect to defendant's proposed amended Answer, you elected to include broad language regarding Monster's consent to the Answer that extended beyond the issues raised in Monster's motion to strike. Your inclusion of that language has necessitated the back-and-forth on this point and consumed further time and resources addressing this matter. Monster reserves the right to file future motions, such as summary judgment motions, regarding defendant's defenses as this case progresses.   The revised language Monster included was an attempt to resolve the issues that related to Monster's previously filed motion. If you are not agreeable to that revised language, then please delete the prefatory statements regarding Monster's consents and simply state the amended Answer is being filed pursuant to the Court's order on Monster's motion to  strike.

Regards,
Matt

**From:** Eve J. Brown
**Sent:** Wednesday, December 27, 2017 2:07 PM
**To:** Matt.Bellinger
**Subject:** RE: BeastUp_____

Matt,

Attached is my final version of the settlement statement. I would like to file tomorrow. Please send your approval and I will do so.

I am not inclined to file your version of Defendant's Amended Answer. It was my understanding that we had mutually agreed upon the changes, and that there would be no further motions about this pleading.

If you are reserving objections so that you can bring them to the court instead of simply asking me to make changes voluntarily now, I have to assume that you are merely trying to waste my client's and the court's resources.

You have the entire pleading. If you object to any part of it, please tell me so that we can discuss your concerns and avoid needless filings.

If you do not have objections, then I prefer not to include a caveat that Plaintiff "may" file additional motions related to Defendant's Answer.

If you need to leave that in, then I will opt to file my Amended Answer without your approval. If you are planning to object or motion to strike again anyway, then there is little point in allowing Plaintiff to dictate Defendant's language.

Please advise, and happy holidays.

Eve

**From:** Matt.Bellinger
**Sent:** Wednesday, December 20, 2017 1:18 PM
**To:** Eve J. Brown
**Subject:** RE: BeastUp_____

Eve – Attached are redlines showing our edits to the proposed answer and status report.
Regards, Matt

**Matthew Bellinger**
Partner

949-721-2972 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

---

**From:** Eve J. Brown
**Sent:** Tuesday, December 19, 2017 7:41 AM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin
**Subject:** RE: BeastUp

Attached is the Answer in Word. I created the Status Report within Adobe, so I only have a PDF version of that document.

---

**From:** Matt.Bellinger
**Sent:** Monday, December 18, 2017 6:08 PM
**To:** Eve J. Brown
**Subject:** RE: BeastUp

Eve – Please send Word versions of these documents. Thanks, Matt

**Matthew Bellinger**
Partner

949-721-2972 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614

---

**From:** Eve J. Brown
**Sent:** Monday, December 18, 2017 12:33 PM
**To:** Matt.Bellinger
**Cc:** Vanessa.Lantin
**Subject:** RE: BeastUp

Matt,

Attached please find Defendant's Amended Answer and a draft settlement status report for your review. I will file both as soon as I receive your approval.

---