Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>            Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF MOTION TO COMPEL**<br><br>Date:          May 16, 2018<br>Time:          10:00 a.m.<br>Location:     Ctrm 8, 13th Floor<br>Magistrate Edmund F. Brennan |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Monster Energy Company ("Monster") will and hereby does move the court, pursuant to Local Rule 251, to compel Defendant to (1) fully respond to Interrogatory Nos. 1–3, 7, 8, and 13–15; (2) produce requested documents from its various email accounts; (3) produce missing email attachments and associate any produced attachments with its corresponding email; and (4) provide the documents requested in Request for Production Nos. 1, 9, 10, 13, 14, 23, 26, 34, 38, and 47.  Monster is serving on Defendant its potion of the Joint Statement Regarding Discovery Disagreement concurrently herewith.

This Motion is based on this Notice of Motion and the Joint Statement Regarding Discovery Disagreement, which will be filed on or before May 9, 2018 pursuant to local rule. Pursuant to Local Rule 251(b), the parties conferred on January 29, 2018, March 20, 2018, and April 3, 2018 in a good faith effort to resolve these issues but were unable to do so.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:   April 23, 2018           By: */s/ Marko R. Zoretic*
                                       Steven J. Nataupsky
                                       Lynda J. Zadra-Symes
                                       Matthew S. Bellinger
                                       Marko R. Zoretic

                                  Attorneys for Plaintiff
                                  MONSTER ENERGY COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I caused the **MONSTER ENERGY COMPANY'S NOTICE OF MOTION TO COMPEL** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BRICOLAGE LAW, LLC
1080 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404
ejbrown@bricolagelaw.com

                                    */s/ Marko R. Zoretic*
                                    Marko R. Zoretic

28056311