Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BEASTUP LLC, a California limited liability company, <br><br> Defendant. | Case No. 2:17-CV-01605-KJM-EFB <br><br> **DECLARATION OF MARKO R. ZORETIC REGARDING FAILURE TO OBTAIN JOINT STATEMENT ADDRESSING MONSTER ENERGY COMPANY'S MOTION TO COMPEL** <br><br> Date:            May 16, 2018 <br> Time:            10:00 a.m. <br> Location:      Ctrm 8, 13th Floor <br> Magistrate Edmund F. Brennan |

1   I, Marko R. Zoretic, declare as follows:

2   1.      I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, and

3   one of the attorneys representing Plaintiff Monster Energy Company ("MEC").  I have personal

4   knowledge of the matters set forth herein and if called upon to testify, I could and would

5   competently testify as follows:

6   2.      I submit this declaration, pursuant to Local Rule 251(d), because MEC has been

7   unable, after a good faith effort, to secure the cooperation of counsel for the opposing party, Eve

8   Brown, in timely preparing and executing the required joint statement.

9   3.      On April 23, 2018, MEC filed a Notice of Motion to Compel, pursuant to Local

10   Rule 251, setting a May 16, 2018 hearing date.  Dkt. No. 30.  Accordingly, Pursuant to Local

11   Rule 251, May 9, 2018 is the last day to file the Joint Statement re Discovery Disagreement.

12   4.      On April 23, 2018, I provided Eve Brown, counsel for Defendant, MEC's portion

13   of a Joint Statement re Discovery Disagreement.  Attached hereto as **Exhibit A** is a true and

14   correct copy of the April 23, 2018 email from me to Eve Brown, forwarding MEC's portion of a

15   Joint Statement Regarding Discovery Disagreement. (Attachments omitted from Exhibit A;

16   attachments to the email in Exhibit A are attached hereto as Exhibits B and C.)  In the email, I

17   requested that Defendant provide their portion to the Joint Statement "as soon as possible, but

18   no later than May 8, 2018 so that we have sufficient time to prepare for filing."

19   5.      Attached hereto as **Exhibit B** is a true and correct copy of MEC's portion of the

20   Joint Statement Regarding Discovery Disagreement (which was attached to the email attached

21   hereto as Exhibit A).

22   6.      Attached hereto as **Exhibit C** is a true and correct copy of my April 23, 2018

23   declaration in support of MEC's portion of the Joint Statement Regarding Discovery

24   Disagreement (which was attached to the email attached hereto as Exhibit A).

25   7.      Exhibit B (and MEC's supporting declaration and exhibits (attached hereto as

26   Exhibit C)) set forth the issues MEC seeks to be determined at the hearing, MEC's contentions

27   with regard to the issues, and MEC's briefing in respect thereto.

28

8.      On April 24, 2018, Eve Brown, counsel for Defendant, responded to my April 23, 2018 email (attached hereto as Exhibit A).   Attached hereto as **Exhibit D** is a true and correct copy of an April 24, 2018 email from me to Eve Brown responding to her April 24, 2018 email, which includes Eve Brown's April 24, 2018 email.  In her email, Ms. Brown states, in part, "[i]f there are more documents, you will have them." I have not received a response to my April 24, 2018 email attached hereto as Exhibit D.

9.      Attached hereto as **Exhibit E** is a true and correct copy of a May 4, 2018 email from me to Eve Brown, including previous emails in the email chain.  Ms. Brown's May 2, 2018 email states, in part, "[BeastUp] did send me additional documents that I am formatting now and will send over shortly, once they are Bates stamped."   BeastUp, however, has not produced any additional documents.

10.     Attached hereto as **Exhibit F** is a true and correct copy of a May 4, 2018 email from me responding to a May 4 email from Eve Brown. Ms. Brown's May 4, 2018 email provides information that she states is "an effort to resolve outstanding discovery concerns." My response states, in part, "Once we receive the promised supplemental document production and interrogatory responses, we will then be able to work with you to assess what parts of our motion may be mooted.  But until BeastUp finally provides the long-requested discovery, we cannot withdraw our motion or portions thereof, especially in view of your repeated unfulfilled promises over the past months to provide the requested information."

11.     On May 9, 2018, at 10:19 a.m. Pacific, I followed up on my April 23, 2018 email to Eve Brown (attached hereto as Exhibit A).  I informed Ms. Brown that we still had not received BeastUp's portion of the Joint Statement re Discovery Disagreement and that we have not received any supplemental document production or supplemental interrogatory responses.  I further informed Eve Brown that unless MEC received BeastUp's portion by noon Pacific, MEC intended to file an affidavit along with MEC's portion of the statement and supporting declaration pursuant to Local Rule 251(d).  Attached hereto as **Exhibit G** is a true and correct copy of my May 9, 2018 email to Eve Brown.

Decl. re Failure to Meet/Comply
Case No. 2:17-CV-01605-KJM-EFB

12.     On May 9, 2018, at 11:48 a.m. Pacific, Ms. Brown responded to my earlier email (attached hereto as Exhibit G) and requested an extension until 3:00 p.m.  I responded at 12:00 noon Pacific and stated "We agree to give you until 3:00 pm Pacific to provide us with the Joint Statement with your portion inserted.  If we do not have the Joint Statement with your portion inserted by that time, we will proceed with our filing under Local Rule 251(d)."   Ms. Brown responded at 2:54 p.m. Pacific stating that "I will be done within 15 minutes."  Attached hereto as **Exhibit H** is a true and correct copy of Ms. Brown's May 9, 2018, 2:54 p.m. Pacific email to me, including previous email correspondence discussed above.

13.     At 3:18 p.m. Pacific, Ms. Brown provided the Joint Statement re Discovery Disagreement with only BeastUp's introduction inserted.  Ms. Brown's email states that "I am continuing to work on it."  Attached hereto as **Exhibit I** is a true and correct of the May 9, 2018, 3:18 p.m. email from Ms. Brown including the attached statement with BeastUp's introduction inserted.

14.     At 4:09 p.m. Pacific, Ms. Brown provided a second version of the Joint Statement re Discovery Disagreement with "[f]urther insertions."  The email states "It is 7pm here and I need to leave the office.  I have inserted additional statements into this draft, and will continue working on it in the morning."  Attached hereto as **Exhibit J** is a true and correct copy of the May 9, 2018, 4:08 p.m. Pacific email from Ms. Brown to me, including the attached statement with "further insertions" and other email attachments.

15.     Accordingly, MEC has been unable, after a good faith effort, to secure the cooperation of Ms. Brown in timely preparing and executing the required joint statement, which is due today based on the May 16, 2018 noticed hearing date (Dkt. No. 30).  MEC has also not received any supplemental document production or supplemental interrogatory responses from BeastUp since April 23, 2018 when MEC provided BeastUp its portion of the Joint Statement re Discovery Disagreement.

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3    Executed on this day, May 9, 2018 at Irvine, California.

4

5                                     _/s/ Marko R. Zoretic_____
6                                      Marko R. Zoretic

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I caused the **DECLARATION OF MARKO R. ZORETIC REGARDING FAILURE TO OBTAIN JOINT STATEMENT ADDRESSING MONSTER ENERGY COMPANY'S MOTION TO COMPEL** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BRICOLAGE LAW, LLC
1080 Beacon Street, Suite 4D
Brookline, MA  02446
(508) 734-3404
ejbrown@bricolagelaw.com

*/s/ Marko R. Zoretic*
Marko R. Zoretic

28247841

Decl. re Failure to Meet/Comply
Case No. 2:17-CV-01605-KJM-EFB