# EXHIBIT A

| | |
|---|---|
| **From:** | Marko.Zoretic |
| **Sent:** | Monday, April 23, 2018 12:28 PM |
| **To:** | ejbrown@bricolagelaw.com |
| **Cc:** | Matt.Bellinger |
| **Subject:** | Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration) |
| **Attachments:** | Joint Statement re Discovery Disagreement.doc; MRZ Declaration re Discovery Disagreement.pdf; Exhibits 1-19.pdf |

Eve,

Please find attached Monster's portion of the Joint Statement Regarding Discovery Disagreement (including supporting declaration and exhibits) noticed to be heard on May 16, 2018.  Please provide your portion as soon as possible, but no later than May 8, 2018 so that we have sufficient time to prepare for filing.  Please also note that the exhibits may contain reference to personal information that Defendant would prefer redacted. If there is any such information, please specifically identify any such portions.

Best regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com

949-721-7695 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic