# EXHIBIT D

| | |
|---|---|
| **From:** | Marko.Zoretic |
| **Sent:** | Tuesday, April 24, 2018 9:33 PM |
| **To:** | 'Eve J. Brown' |
| **Cc:** | Matt.Bellinger |
| **Subject:** | RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration) |

Eve,

Monster has been and continues to be accommodating. Unfortunately, your failure to comply with your discovery obligations has put Monster to unnecessary expense pursuing complete responses that should have been provided long ago, and left Monster no choice but to prepare a motion to compel.  Monster served its discovery requests months ago, so BeastUp has had more than ample opportunity to provide complete discovery responses. Instead, you required us to engage in a series of discovery conferences with you, and still have not provided complete responses. With the end of fact discovery fast approaching, and having still not received complete discovery responses despite your repeated but unfulfilled representations that the responses would be forthcoming, Monster cannot simply wait and hope that BeastUp will voluntarily comply with its discovery obligations.  As you know, BeastUp still has ample opportunity to moot the issues raised in our motion by the time its portion of the Joint Statement is due, and also before the hearing.  Monster could then withdraw parts of its motion that may be mooted should BeastUp finally provide the long-requested discovery and deliver on its own promises.

Regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com
949-721-7695 **Direct**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic

---

**From:** Eve J. Brown [mailto:ejbrown@bricolagelaw.com]
**Sent:** Tuesday, April 24, 2018 11:37 AM
**To:** Marko.Zoretic
**Cc:** Matt.Bellinger
**Subject:** RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Marko,

I am taken aback and a little speechless at your motion. I specifically asked for a week to allow my client time to be with his wife during cancer treatments. Instead of responding, you motioned the court with a comprehensive brief that must have taken an impressive number of billable hours, but that was entirely unnecessary.

I repeat that we are not hiding anything, and that I continue to work with my client to address your questions. We have been nothing but cooperative and courteous with you. I wish we could ask for the same in return.

I just spoke to Mr. Waelty to tell him about your motion. He is out of town until Saturday. He reiterated to me - again – that he has given you what he has, but said that he will triple check for the specific items you listed.

I have continually promised in good faith to look for everything you request, and have kept you abreast of any and all delays and their legitimate causes. If there are more documents, you will have them.

There is nothing I can do, however, until after Saturday.

Eve

---

**From:** Marko.Zoretic <Marko.Zoretic@knobbe.com>
**Sent:** Monday, April 23, 2018 3:28 PM
**To:** Eve J. Brown <ejbrown@bricolagelaw.com>
**Cc:** Matt.Bellinger <Matt.Bellinger@knobbe.com>
**Subject:** Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

Please find attached Monster's portion of the Joint Statement Regarding Discovery Disagreement (including supporting declaration and exhibits) noticed to be heard on May 16, 2018.  Please provide your portion as soon as possible, but no later than May 8, 2018 so that we have sufficient time to prepare for filing.  Please also note that the exhibits may contain reference to personal information that Defendant would prefer redacted. If there is any such information, please specifically identify any such portions.

Best regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com

949-721-7695 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.