# EXHIBIT G

**From:** Marko.Zoretic
**Sent:** Wednesday, May 09, 2018 10:19 AM
**To:** ejbrown@bricolagelaw.com
**Cc:** Matt.Bellinger
**Subject:** RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

We still have not received your portion of the Joint Statement re Discovery Disagreement, despite providing our portion to you over two weeks ago and requesting that you provide your portion no later than May 8.  We also have not received any supplemental document production or supplemental interrogatory responses.  The hearing on the Joint Statement re Discovery Disagreement is May 16, so the Joint Statement must be filed today.  Unless we receive your portion by noon Pacific today, we intend to file an affidavit along with our portion of the statement and supporting declaration pursuant to Local Rule 251(d) ("Failure to Meet or Obtain Joint Statement").

Best regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com
949-721-7695  **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic

---

**From:** Marko.Zoretic
**Sent:** Monday, April 23, 2018 12:28 PM
**To:** ejbrown@bricolagelaw.com
**Cc:** Matt.Bellinger
**Subject:** Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

Please find attached Monster's portion of the Joint Statement Regarding Discovery Disagreement (including supporting declaration and exhibits) noticed to be heard on May 16, 2018.  Please provide your portion as soon as possible, but no later than May 8, 2018 so that we have sufficient time to prepare for filing.  Please also note that the exhibits may contain reference to personal information that Defendant would prefer redacted. If there is any such information, please specifically identify any such portions.

Best regards,
Marko

**Marko Zoretic**
Partner

Marko.Zoretic@knobbe.com
949-721-7695 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic