# EXHIBIT H

**From:** Eve J. Brown [mailto:ejbrown@bricolagelaw.com]
**Sent:** Wednesday, May 09, 2018 2:54 PM
**To:** Marko.Zoretic
**Cc:** Matt.Bellinger
**Subject:** RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Thank you, Marko. I will be done within 15 minutes.

**From:** Marko.Zoretic <Marko.Zoretic@knobbe.com>
**Sent:** Wednesday, May 9, 2018 3:00 PM
**To:** Eve J. Brown <ejbrown@bricolagelaw.com>
**Cc:** Matt.Bellinger <Matt.Bellinger@knobbe.com>
**Subject:** RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

We agree to give you until 3:00 pm Pacific to provide us with the Joint Statement with your portion inserted. If we do not have the Joint Statement with your portion inserted by that time, we will proceed with our filing under Local Rule 251(d).

Best regards,
Marko

**Marko Zoretic**
Partner
949-721-7695  Direct
**Knobbe Martens**

**From:** Eve J. Brown [mailto:ejbrown@bricolagelaw.com]
**Sent:** Wednesday, May 09, 2018 11:48 AM
**To:** Marko.Zoretic
**Subject:** Re: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Marko
noon is in 15 minutes can you give me until 3:00 p.m.?

**From:** Marko.Zoretic <Marko.Zoretic@knobbe.com>
**Sent:** Wednesday, May 9, 2018 1:19:12 PM
**To:** Eve J. Brown
**Cc:** Matt.Bellinger
**Subject:** RE: Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

We still have not received your portion of the Joint Statement re Discovery Disagreement, despite providing our portion to you over two weeks ago and requesting that you provide your portion no later than May 8. We also have not

1

received any supplemental document production or supplemental interrogatory responses.  The hearing on the Joint Statement re Discovery Disagreement is May 16, so the Joint Statement must be filed today.  Unless we receive your portion by noon Pacific today, we intend to file an affidavit along with our portion of the statement and supporting declaration pursuant to Local Rule 251(d) ("Failure to Meet or Obtain Joint Statement").

Best regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com

949-721-7695 **Direct**

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic

---

**From:** Marko.Zoretic
**Sent:** Monday, April 23, 2018 12:28 PM
**To:** ejbrown@bricolagelaw.com
**Cc:** Matt.Bellinger
**Subject:** Monster v. BeastUp - Joint Statement Regarding Discovery Disagreement (Monster's portion and supporting declaration)

Eve,

Please find attached Monster's portion of the Joint Statement Regarding Discovery Disagreement (including supporting declaration and exhibits) noticed to be heard on May 16, 2018.  Please provide your portion as soon as possible, but no later than May 8, 2018 so that we have sufficient time to prepare for filing.  Please also note that the exhibits may contain reference to personal information that Defendant would prefer redacted. If there is any such information, please specifically identify any such portions.

Best regards,
Marko

**Marko Zoretic**
Partner
Marko.Zoretic@knobbe.com

949-721-7695 **Direct**

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/marko-zoretic

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.