UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BEASTUP, LLC,<br><br>    Defendant. | No. 2:17-cv-1605-KJM-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on May 16, 2018, for hearing on plaintiff's motion to compel further responses to interrogatories and requests for production of documents. ECF No. 30. Attorney Marko Zoretic appeared on behalf of plaintiff and attorney Eve Brown appeared on behalf of defendant.[1]

For the reasons stated on the record, plaintiff's motion to compel is granted in part and denied in part as follows:

1. The motion is denied as moot as to Interrogatory Number 1.

2. The motion is granted as to Requests for Production of Documents Numbers 9 and 34. Defendant shall produce documents responsive to these requests by May 23, 2018.

/////

---

[1] Ms. Brown appeared by telephone.

1

3. The motion is granted as to plaintiff's request to compel the production of all emails responsive to plaintiff's Requests for Production of Documents. Defendant shall produce all responsive emails by May 23, 2018.[2]

4. In regards to all remaining discovery requests at issue, the parties shall promptly meet and confer, as detailed on the record.

So Ordered.

DATED: May 17, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] If plaintiff does not have any documents responsive to a particular request, it shall supplement its response with a verification describing the search for the documents that was conducted and signed under penalty of perjury by an individual that conducted the search.

2