Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (CA SBN 247051)
ebrown@bartongilman.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI 02903
Telephone: (401) 273-7171

Attorney for Defendant
BEASTUP LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>　　　　Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**JOINT STATUS REPORT**<br><br>Hon. Kimberly J. Mueller |

1  Pursuant to the Court's Status (Pretrial Scheduling) Order (Dkt. No. 29) in this case, Plaintiff Monster Energy Company and Defendant BeastUp LLC submit this joint status report.

The deadline for conducting fact discovery ended on June 1, 2018. During the fact discovery period, Plaintiff conducted written discovery and depositions of Defendant, and conducted third-party discovery of entities involved in the development and distribution of Defendant's BeastUp energy drink. The deadline for conducting expert discovery ended on September 7, 2018. During the expert disclosure period, Plaintiff disclosed reports from two market survey experts. Defendant does not intend to use or call expert witnesses.

Plaintiff intends to file a motion for summary judgment on each of the causes of action asserted in its Complaint and on Defendant's three Affirmative Defenses in its Amended Answer. Defendant intends to oppose Plaintiff's motion for summary judgment, based on its position that multiple material facts remain in dispute. The parties have scheduled a meet and confer to discuss the summary judgment motion, which will take place on Friday, September 14, 2018.

The parties previously engaged in settlement discussions during the course of this case but were unable to agree upon settlement terms. Both parties are amenable to participating in the Voluntary Dispute Resolution Program (VDRP).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 13, 2018      By: /s/ Matthew S. Bellinger
                                   Steven J. Nataupsky
                                   Lynda J. Zadra-Symes
                                   Matthew S. Bellinger
                                   Marko R. Zoretic

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

BARTON GILMAN LLP

Dated:  September 13, 2018    By: /s/ *Eve J. Brown* (with authorization)
                                   Eve J. Brown

Attorney for Defendant
BEASTUP LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I caused the **JOINT STATUS REPORT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI 02903
Telephone: (401) 273-7171
ebrown@bartongilman.com

                                                             /s/ *Matthew S. Bellinger*
                                                             Matthew S. Bellinger

29015634