Steven J. Nataupsky (CA SBN 155913*)*
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**MONSTER ENERGY COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Kimberly J. Mueller<br><br>Date:         November 2, 2018<br>Time:         10:00 a.m.<br>Location:    Courtroom 3 |

Plaintiff Monster Energy Company ("Monster") hereby submits the following statement of undisputed material facts, together with references to supporting evidence, in support of its Motion for Summary Judgment.

| # | UNDISPUTED FACT | EVIDENCE IN SUPPORT |
|---|---|---|
| 1 | Monster launched its original MONSTER ENERGY® drink in 2002. | Declaration of Rodney C. Sacks ("Sacks Decl.") ¶ 3. |
| 2 | Since 2002, Monster's original MONSTER ENERGY® drink has and continues to display Monster's Claw Icon mark and UNLEASH THE BEAST!® mark on the product container. | Sacks Decl. ¶ 3. Sacks Decl. Ex. 6. |
| 3 | Monster has expanded its MONSTER™ line of drinks to include other products, all of which display the Claw Icon on the product containers. | Sacks Decl. ¶¶ 4, 10, 11. Sacks Decl. Exs. 6, 7, 9, 12, 14. |
| 4 | Monster uses the marks UNLEASH THE BEAST!®, UNLEASH THE NITRO BEAST!®, REHAB THE BEAST!®, UNLEASH THE ULTRA BEAST!®, and PUMP UP THE BEAST!®, among other BEAST-containing marks, on containers of products in its MONSTER line of drinks. | Sacks Decl. ¶¶ 9-12, 14, 17, 19. Sacks Decl. Exs. 6, 7, 9, 12, 14. |
| 5 | Monster is the owner of U.S. Trademark Registration No. 2,903,214 for the mark [Claw Icon] in connection with "drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that | Sacks Decl. ¶ 4. Sacks Decl. Ex. 1. |

| | | | |
|---|---|---|---|
| | | are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not" in International Class 32. The application for this registration was filed on May 7, 2003 and the registration issued on November 16, 2004. The registration lists a first use in commerce date of April 18, 2002. The registration has achieved incontestable status. | |
| | 6 | Monster is the owner of U.S. Trademark Registration No. 3,134,841 for the mark  in connection with "Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not" in International Class 32. The application for this registration was filed on May 7, 2003 and the registration issued on August 29, 2006. The registration lists a first use in commerce date of April 18, 2002. The registration has achieved incontestable status. | Sacks Decl. ¶ 5.<br>Sacks Decl. Ex. 2. |

| 7 | Monster is the owner of U.S. Trademark Registration No. 3,434,821 for the mark [logo] in connection with "nutritional supplements" in International Class 5. The application for this registration was filed on September 7, 2007 and the registration issued on May 27, 2008.  The registration lists a first use in commerce date of April 18, 2002.  The registration has achieved incontestable status. | Sacks Decl. ¶ 6. Sacks Decl. Ex. 3. |
|---|---|---|
| 8 | Monster is the owner of U.S. Trademark Registration No. 3,434,822 for the mark [logo] in connection with "Non-alcoholic beverages, namely, energy drinks, excluding perishable beverage products that contain fruit juice or soy" in International Class 32.  The application for this registration was filed on September 7, 2007 and the registration issued on May 27, 2008.  The registration lists a first use in commerce date of April 18, 2002.  The registration has achieved incontestable status. | Sacks Decl. ¶ 7. Sacks Decl. Ex. 4. |
| 9 | Monster is the owner of U.S. Trademark Registration No. 2,769,364 for the UNLEASH THE BEAST! mark in connection with "fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs" in International Class 32.  The application for this registration was filed on December 18, 2002 and the registration issued on | Sacks Decl. ¶ 8. Sacks Decl. Ex. 5. |

| | | | |
|---|---|---|---|
| | | September 30, 2003.  The registration lists a first use in commerce date of April 16, 2002.  The registration has achieved incontestable status. | |
| | 10 | Monster is the owner of U.S. Trademark Registration No. 4,394,044 for the UNLEASH THE NITRO BEAST! mark in connection with "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy or sports drinks" in International Class 32.  The application for this registration was filed on December 14, 2010 and the registration issued on August 27, 2013.  The registration lists a first use in commerce date of July 8, 2009. | Sacks Decl. ¶ 13. Sacks Decl. Ex. 8. |
| | 11 | Monster is the owner of U.S. Trademark Registration No. 4,336,329 for the REHAB THE BEAST! mark in connection with "ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32.  The application for this registration was filed on November 3, 2010 and the registration issued on May 14, 2013.  The registration lists a first use in commerce date of | Sacks Decl. ¶ 15. Sacks Decl. Ex. 10. |

| | | | |
|---|---|---|---|
| | | March 2, 2011. | |
| | 12 | Monster is the owner of U.S. Trademark Registration No. 4,292,502 for the REHAB THE BEAST! WWW.MONSTERENERGY.COM mark in connection with "ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32.  The application for this registration was filed on February 15, 2012 and the registration issued on February 19, 2013.  The registration lists a first use in commerce date of March 2, 2011. | Sacks Decl. ¶ 16. Sacks Decl. Ex. 11. |
| | 13 | Monster is the owner of U.S. Trademark Registration No. 4,371,544 for the UNLEASH THE ULTRA BEAST! mark in connection with "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks" in International Class 32.  The application for this registration was filed on November 19, 2012 and the registration issued on July 23, 2013.  The registration lists a first use in commerce date of August 30, 2012. | Sacks Decl. ¶ 18. Sacks Decl. Ex. 13. |

| | | |
|---|---|---|
| 14 | Monster is the owner of multiple U.S. Trademark Registrations for the PUMP UP THE BEAST! mark in connection with beverages and/or nutritional supplements, including U.S. Trademark Registration Nos. 4,482,659, 4,482,660, 4,542,107, and 4,546,402, which were each filed on May 15, 2013 and list a first use in commerce date of March 18, 2013. | Sacks Decl. ¶ 20. Sacks Decl. Ex. 15. |
| 15 | Monster is also the owner of U.S. Trademark Registration Nos. 3,963,668, 3,908,600, 3,914,828, 3,923,683, 3,963,669, 4,011,301, and 4,332,062 for the Claw Icon in connection with various goods. | Sacks Decl. ¶¶ 25, 27, 28. Sacks Decl. Exs. 18, 23, 24. |
| 16 | All beverages in the MONSTER line of drinks display the Claw Icon on the product container and the vast majority also display at least one BEAST-containing mark on the product container such as, but not limited to, UNLEASH THE BEAST!®, UNLEASH THE NITRO BEAST!®, REHAB THE BEAST!®, UNLEASH THE ULTRA BEAST!®, and PUMP UP THE BEAST!®. | Sacks Decl. ¶¶ 9, 10. Sacks Decl. Exs. 6, 7, 9, 12, 14. |
| 17 | In July 2009, Monster launched its Monster Energy Extra Strength Nitrous Technology® line of energy drinks which, since that time, has continuously displayed both the Claw Icon and UNLEASH THE NITRO BEAST!® marks on the product containers. | Sacks Decl. ¶ 12. Sacks Decl. Ex. 7. |
| 18 | In March 2011, Monster launched its MONSTER REHAB® line of energy drinks which, since that | Sacks Decl. ¶ 14. Sacks Decl. Ex. 9. |

| | | | |
|---|---|---|---|
| 1 2 3 4 | | time, has continuously displayed both the Claw Icon and the REHAB THE BEAST!® and REHAB THE BEAST! WWW.MONSTERENERGY.COM® marks on the product containers. | |
| 5 6 7 8 9 10 11 12 13 14 15 16 17 | 19 | In August 2012, Monster launched its Monster Energy Ultra® line of energy drinks which, since that time, has continuously displayed both the Claw Icon and the UNLEASH THE ULTRA BEAST!® mark on the product containers. An example of the Monster Energy Zero Ultra® product is shown below. | Sacks Decl. ¶ 17. Sacks Decl. Ex. 12. |
| 18 19 20 21 22 | 20 | In March 2013, Monster launched its Muscle Monster® line of drinks which, since that time, has continuously displayed both the Claw Icon and the PUMP UP THE BEAST!® mark on the product containers. | Sacks Decl. ¶ 19. Sacks Decl. Ex. 14. |
| 23 24 25 26 27 | 21 | Since 2002, Monster has invested over $5.5 billion into marketing and promoting its MONSTER line of drinks, including the Claw Icon, the UNLEASH THE BEAST!® mark, and other BEAST-containing marks. | Sacks Decl. ¶ 23. |
| 28 | | | |

| | | |
|---|---|---|
| 22 | Between 2002 to 2013, inclusive, Monster spent approximately $2.2 billion on advertising and promoting its MONSTER line of drinks, including the Claw Icon, UNLEASH THE BEAST!® mark, and other BEAST-containing marks. | Sacks Decl. ¶ 23. |
| 23 | Monster's Claw Icon and BEAST-containing marks are prominently featured in Monster's marketing and promotion efforts, including appearing on millions of point-of-sale materials, clothing, promotional items, magazine articles, the Las Vegas monorail, Monster's website at www.monsterenergy.com, and/or Monster's social media websites, including Facebook, Twitter, Instagram, and YouTube. | Sacks Decl. ¶¶ 25, 26, 29-32, 36, 43, 45-52.<br>Sacks Decl. Exs. 19, 22, 29-35. |
| 24 | Since 2002, Monster has continuously used its Claw Icon and UNLEASH THE BEAST!® mark in connection with clothing and owns federal registrations for those marks for clothing, including U.S. Trademark Registration Nos. 4,975,822 (UNLEASH THE BEAST!), 4,051,650 (Claw Icon), and 3,908,601 (MONSTER ENERGY). | Sacks Decl. ¶¶ 26, 27.<br>Sacks Decl. Ex. 19-21. |
| 25 | Monster's Claw Icon and BEAST-containing marks have appeared in connection with Monster's extensive sponsorship of athletes, teams, and athletic events, including in connection with motorsports. | Sacks Decl. ¶¶ 33-42, 44.<br>Sacks Decl. Exs. 27, 28. |

| | | |
|---|---|---|
| 26 | The MONSTER line of drinks holds a 38% by dollar value market share of the U.S. energy drink market. | Sacks Decl. ¶ 21. |
| 27 | Between 2002 and August 2017, Monster sold more than 12 billion beverages that displayed both the Claw Icon and a BEAST-containing mark on the product container. | Sacks Decl. ¶ 22. |
| 28 | Between 2002 to 2013, inclusive, Monster sold more than 6.8 billion cans of beverages that displayed both the Claw Icon a BEAST-containing mark on the product container. | Sacks Decl. ¶ 22. |
| 29 | Between 2002 to 2013, inclusive, Monster sold more than $10 billion worth of cans of its MONSTER line of beverages, all of which displayed the Claw Icon on the product container. | Sacks Decl. ¶ 22. |
| 30 | Monster's sales in 2013 alone of the entire MONSTER line of beverages exceeded $1.98 billion. | Sacks Decl. ¶ 22. |
| 31 | Monster is engaged in the exclusive use of its Claw Icon, along with Monster's approved licensees. | Sacks Decl. ¶ 4. |
| 32 | Defendant formed its business in 2009 and at that time sold clothing. | Declaration of Matthew S. Bellinger ("Bellinger Decl.") Ex. 8 at 2-3 (Supplemental Response to Interrogatory 2).[1] |

---

[1] Citations to exhibit pages are to the added pagination pursuant to Judge Mueller's Civil Standing Order. The additional parenthetical citations to Exhibits 1 and 6 (each deposition transcripts) of the Bellinger Declaration are to the original page and line numbers of the deposition transcripts.

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 | 33 | Defendant first used the BEASTUP mark in commerce in 2009 when it sold clothing displaying the mark. | Bellinger Decl. Ex. 7 at 2-3 (Supplemental Response to Interrogatory 1). Bellinger Decl. Ex. 8 at 2-3 (Supplemental Response to Interrogatory 2). |
| 7 8 9 10 11 12 | 34 | Defendant began selling its BeastUp energy drink in May 2014. | Bellinger Decl. Ex. 1 at 6 (44:13-23), 14 (59:12-60:1). Bellinger Decl. Ex. 3. Bellinger Decl. Ex. 8 at 2-3 (Supplemental Response to Interrogatory 2). |
| 13 14 15 16 17 18 19 20 21 22 23 24 | 35 | Defendant's BeastUp energy drink can is depicted below: | Bellinger Decl. Ex. 1 at 14-15 (59:12-60:1). Bellinger Decl. Ex. 3. |
| 25 26 27 | 36 | Defendant did not begin using the claw marks located near the top and bottom of the BeastUp energy drink cans until May 2014 when Defendant | Bellinger Decl. Ex. 1 at 9 (50:16-51:10), 10-11 (51:23-52:12), 14-15 (59:12-60:8). |

| | | |
|---|---|---|
| | launched its BeastUp energy drink. | Bellinger Decl. Exs. 2, 3. |
| 37 | At the request of Monster, marketing and survey expert Bob Klein conducted a market research survey to determine the extent, if any, of a likelihood of confusion caused by the BEASTUP name, stylized logo, and other claw marks on cans of Defendant's energy drinks and Monster's marks. | Declaration of Robert Klein ("Klein Decl.") ¶¶ 1-12. Klein Decl. Ex. 1. |
| 38 | Mr. Klein surveyed four hundred qualified participants. | Klein Decl. ¶ 10. Klein Decl. Ex. 1 at 4-5, 13. |
| 39 | Mr. Klein conducted the survey using widely accepted survey methodologies, including the use of a Test Group and a Control Group. The purpose of the Control Group was to determine the level of guessing (the percentage of respondents who believed that the control product had a connection to Monster or the Monster Energy® drinks). | Klein Decl. ¶¶ 9-11. Klein Decl. Ex. 1 at 5-13. |
| 40 | Respondents in the test group of Mr. Klein's survey were presented with an image of the BeastUp energy drink can while respondents in the Control Group were presented with an image of the BeastUp energy drink, but with the BEASTUP name changed to BRAVEUP, an alternative stylized logo, and the other claw marks at issue removed. Respondents in both the Test Group and Control Group were then asked a series of questions that addressed potential confusion as to the source, affiliation, or approval about the Test Group or Control Group products. | Klein Decl. ¶ 11. Klein Decl. Ex. 1 at 7-13. |

| | | |
|---|---|---|
| 41 | The survey showed that 27.9% of potential energy drink consumers believe that the BeastUp energy drinks are either put out by Monster, are another energy drink brand put out by the same company that puts out the Monster Energy® drink, or are from a company that needed authorization or approval from Monster to put out such product. | Klein Decl. ¶ 12.<br>Klein Decl. Ex. 1 at 2-3, 14-18. |
| 42 | Based on these survey results, Mr. Klein concluded that a significant number of potential purchasers of the BeastUp energy drink products will be confused by the BeastUp energy drink. | Klein Decl. ¶ 12. |
| 43 | Some respondents to Mr. Klein's survey stated that the ![logo] logo or the claw marks were a reason why they believed that the BeastUp energy drink is either put out by Monster, put out by the same company that puts out Monster Energy® drink, or are from a company that needed authorization or approval from Monster to put out such product. | Klein Decl. Ex. 1 at 62, 64, 76, 80, 122, 124, 128, 134, 136, 140, 158, 164, 182. |
| 44 | Defendant did not provide a rebuttal expert report to Mr. Klein's expert report. | Absence of evidence. |
| 45 | At the request of Monster, marketing and survey expert Dr. Itamar Simonson conducted a survey in 2016 that was designed to determine whether and to what extent Monster's Claw Icon had acquired secondary meaning or distinctiveness. | Declaration of Dr. Itamar Simonson ("Simonson Decl.") ¶¶ 1-15.<br>Simonson Decl. Ex. 1. |

| 46 | Dr. Simonson's survey showed that 67.2% of potential energy drink consumers associated the Claw Icon with Monster. | Simonson Decl. ¶¶ 14, 15. Simonson Decl. Ex. 1 at 5, 9-10. |
|---|---|---|
| 47 | Based on the survey results, Dr. Simonson concluded that the Claw Icon had acquired secondary meaning, and the degree to which the Claw Icon is recognized and uniquely associated with Monster "far exceeds the level indicating secondary meaning" and "indicate[s] that the mark is famous." | Simonson Decl. ¶ 15. Simonson Decl. Ex. 1 at 5, 10. |
| 48 | Defendant did not provide a rebuttal expert report to Dr. Simonson's expert report. | Absence of evidence. |
| 49 | Monster's Claw Icon was designed to create the impression of a claw tearing through a can. | Sacks Decl. ¶ 4. |
| 50 | The MONSTER line of energy drinks are sold through gas stations, convenience stores, grocery stores, restaurants, and retail stores, among other channels. | Sacks Decl. ¶ 24. Sacks Decl. Exs. 16, 17. |
| 51 | Defendant's BeastUp energy drinks are sold through gas stations, convenience stores, and grocery stores. | Bellinger Decl. Ex. 1 at 22 (124:6-127:19). Bellinger Decl. Ex. 10 at 3-10 (Responses to Requests for Admission Nos. 7-26, 34-40). |
| 52 | Defendant's BeastUp energy drinks have been sold side-by-side in stores with Monster's energy drinks. | Bellinger Decl. Ex. 1 at 24-26 (126:24-128:8), 29-31 (134:7-135:13, 136:3-23). Bellinger Decl. Exs. 4 and 5. |

| | | |
|---|---|---|
| 53 | Defendant's June 7, 2016 Facebook post, reproduced below, shows the BeastUp energy drinks being sold next to Monster's energy drinks. | Bellinger Decl. Ex. 1 at 29-30 (134:7-135:13). Bellinger Decl. Ex. 4. |
| 54 | Defendant's October 7, 2014 Facebook post, reproduced below, shows the BeastUp energy drinks being sold in a refrigerator side-by-side with Monster's energy drinks. | Bellinger Decl. Ex. 1 at 31 (136:3-23). Bellinger Decl. Ex. 5. |
| 55 | Defendant considers Monster to be one of its major competitors. | Bellinger Decl. Ex. 9 at 3 (Response to Interrogatory 24). |
| 56 | Defendant promotes its BeastUp energy drinks through the sponsorship of athletes, teams, and competitions in motorsports and other sports. | Bellinger Decl. Ex. 1 at 34-36 (160:20-162:3), 40-42 (169:18-171:24), 45-50 (179:4-184:3). |

| | | |
|---|---|---|
| | | Bellinger Decl. Ex. 9 at 3-4 (Response to Interrogatory 25). Bellinger Decl. Ex. 7 at 5-6 (Supplemental Response to Interrogatory 11). |
| 57 | Monster's energy drinks are typically sold in stores for between $2 to $3 on average for a single beverage. | Sacks Decl. ¶ 24. Sacks Decl. Ex. 17. |
| 58 | Defendant's BeastUp energy drinks retail in stores for an average of $2.50. | Bellinger Decl. Ex. 1 at 38-39 (167:12-168:13). Bellinger Decl. Ex. 8 at 2-3 (Supplemental Response to Interrogatory 2). |
| 59 | Defendant's Vice President, Jesse Waelty, became aware of Monster and its UNLEASH THE BEAST!® mark sometime between 2004 to 2006. | Bellinger Decl. Ex. 6 at 6 (7:9-15), 9-10 (25:5-26:20). Bellinger Decl. Ex. 7 at 4 (Supplemental Response to Interrogatory 4). |
| 60 | Defendant is the listed owner of U.S. Trademark Registration No. 4,584,629 for the mark BEASTUP for "sports drinks, namely, energy drinks" in International Class 32. | Bellinger Decl. Ex. 11. |
| 61 | Defendant's U.S. Trademark Registration No. 4,584,629 lists a filing date of October 5, 2009, an issue date of August 12, 2014, and a first use in commerce date of May 2014. | Bellinger Decl. Ex. 11. |
| 62 | Monster filed this lawsuit on August 2, 2017. | Dkt. No. 1. |

| | | |
|---|---|---|
| 63 | Monster never represented to Defendant that Monster would not assert a right or claim against Defendant. | Absence of evidence. |
| 64 | Defendant's Affirmative Defense of priority is based in part on the allegation that some applications for Monster's marks were filed subsequent to Defendant's alleged first date of use. | Bellinger Decl. Ex. 8 at 4-5 (Response to Interrogatory 15). |
| 65 | Monster's U.S. Trademark Registration Nos. 3,908,600, 3,908,601, 3,914,828, 3,923,683, 3,963,668, 3,963,669, 4,011,301, 4,051,650, and 4,332,062 each list a first use in commerce date between 2002 to 2006. | Sacks Decl. ¶¶ 25, 27, 28. Sacks Decl. Exs. 18, 21, 23, 24. |
| 66 | Monster's U.S. Trademark Registration Nos. 3,908,600, 3,908,601, 3,914,828, and 3,923,683 were each filed in April 2009. | Sacks Decl. ¶¶ 25, 27, 28. Sacks Decl. Exs. 18, 21, 22. |
| 67 | Defendant's Rule 30(b)(6) representative testified that he believed the [mark] mark was created in September 2009. | Bellinger Decl. Ex. 1 at 18-19 (112:7-113:20). |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 4, 2018    By: /s/ Matthew S. Bellinger
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Matthew S. Bellinger
    Marko R. Zoretic

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I caused the **MONSTER ENERGY COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI  02903
(401) 273-7171
ejbrown@bartongilman.com

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew S. Bellinger*
　　　　　　　　　　　　　　　　　　　　Matthew S. Bellinger

28930612