Steven J. Nataupsky (CA SBN 155913*)*
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**DECLARATION OF RODNEY C. SACKS IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Kimberly J. Mueller<br><br>Date:      November 2, 2018<br>Time:      10:00 a.m.<br>Location: Courtroom 3 |

I, Rodney C. Sacks, hereby state and declare as follows:

1. I am the Chairman and Chief Executive Officer of Monster Energy Company ("Monster"), the Plaintiff in this action. If called upon to do so, I could and would testify truthfully based upon my own personal knowledge as follows.

2. Since 1990, I have acted as, and continue to act as, the Chairman and Chief Executive Officer of Monster. In that capacity, I am responsible for, and am actively involved, on a full time basis (both directly and indirectly), in all aspects of the business, including, but not limited to, product and business development, operations of the business, pricing, packaging, marketing, promoting, and distributing the company's products. I am intimately involved in all business decisions relating to the development of new products, the launching and sale thereof, including marketing, as well as expansion plans and overall U.S. and international growth strategy for Monster.

3. Monster is a nationwide leader in the business of designing and selling beverages, including energy drinks. Monster began using its UNLEASH THE BEAST!® mark and ® mark ("Claw Icon") at least as early as April 2002 when it launched its Monster Energy® line of drinks, and has continuously used these marks in connection with its Monster Energy® line of drinks and other products since that time. The UNLEASH THE BEAST!® mark and Claw Icon have developed into famous identifiers of Monster's high quality Monster Energy® line of drinks and associated products.

4. The Claw Icon is one of Monster's most well-known trademarks, appearing on every can of its Monster Energy® line of drinks. Since 2002, Monster has been the exclusive user of the Claw Icon, along with Monster's approved licensees. The Claw Icon was meant to evoke the image of claws ripping through a can of Monster's product, leaving jagged edges in the metal. Monster is the owner of numerous U.S. Trademark Registrations for the Claw Icon in connection with beverages and/or nutritional supplements. Monster is the

owner of U.S. Trademark Registration No. 2,903,214 for the Claw Icon in connection with "drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not" in International Class 32. Monster filed that application on May 7, 2003, and the mark registered on November 16, 2004. The registration lists a first use in commerce date of April 18, 2002. Monster's U.S. Trademark Registration No. 2,903,214 has achieved incontestable status. A true and correct copy of the Certificate of Registration No. 2,903,214 is attached hereto as Exhibit 1.

5. Monster is also the owner of U.S. Trademark Registration No. 3,134,841 for the Claw Icon in connection with "Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not" in International Class 32. Monster filed that application on May 7, 2003, and the mark registered on August 29, 2006. The registration lists a first use in commerce date of April 18, 2002. Monster's U.S. Trademark Registration No. 3,134,841 has achieved incontestable status. A true and correct copy of the Certificate of Registration No. 3,134,841 is attached hereto as Exhibit 2.

6. Monster is also the owner of U.S. Trademark Registration No. 3,434,821 for the Claw Icon in connection with "nutritional supplements" in International Class 5. Monster filed that application on September 7, 2007, and the mark registered on May 27, 2008. The registration lists a first use in

commerce date of April 18, 2002.  Monster's U.S. Trademark Registration No. 3,434,821 has achieved incontestable status.  A true and correct copy of the Certificate of Registration No. 3,434,821 is attached hereto as Exhibit 3.

7.  Monster is also the owner of U.S. Trademark Registration No. 3,434,822 for the Claw Icon in connection with "Non-alcoholic beverages, namely, energy drinks, excluding perishable beverage products that contain fruit juice or soy" in International Class 32.  Monster filed that application on September 7, 2007, and the mark registered on May 27, 2008.  The registration lists a first use in commerce date of April 18, 2002.  Monster's U.S. Trademark Registration No. 3,434,822 has achieved incontestable status.  A true and correct copy of the Certificate of Registration No. 3,434,822 is attached hereto as Exhibit 4.

8.  Monster is also the owner of U.S. Trademark Registration No. 2,769,364 for its UNLEASH THE BEAST! mark in connection with "fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs" in International Class 32.  Monster filed that application on December 18, 2002, and the mark registered on September 30, 2003.  The registration lists a first use in commerce date of April 16, 2002.  Monster's U.S. Trademark Registration No. 2,769,364 has achieved incontestable status.  A true and correct copy of the Certificate of Registration No. 2,769,364 for the UNLEASH THE BEAST! mark is attached hereto as Exhibit 5.

9.  Since launching its original Monster Energy® drink in 2002, Monster's line of drinks has grown to include numerous other well-known products.  Since Monster's first use of the UNLEASH THE BEAST!® mark in connection with the original Monster Energy® drink, Monster adopted additional BEAST-containing marks for use in connection with its Monster Energy® line of drinks.  Those marks include or have included, for example, UNLEASH THE NITRO BEAST!®, REHAB THE BEAST!®, REHAB THE BEAST!

WWW.MONSTERENERGY.COM®, UNLEASH THE ULTRA BEAST!®, PUMP UP THE BEAST!®, UNLEASH THE CAFFEINE FREE BEAST!®, UNLEASH THE MEGA-MOUTH BEAST!™, UNLEASH THE M-100 BEAST!™, and HYDRATE THE BEAST!®.

10. As noted above, the containers of each product in the Monster Energy® line of drinks display the Claw Icon, and the vast majority also display a BEAST-containing mark.

11. Monster launched its original (and best-selling) Monster Energy® energy drink product in April 2002 and its Lo-Carb Monster Energy® energy drink product in August 2003. Monster has continuously used the Claw Icon on all of its cans of the original Monster Energy® products and the Lo-Carb Monster Energy® products since the products were first launched. Monster also has continuously used the UNLEASH THE BEAST!® mark on virtually all of its cans of the original Monster Energy® products and the Lo-Carb Monster Energy® product since the products were first launched. True and correct copies of exemplary images of the original Monster Energy® product and the Lo-Carb Monster Energy® product cans are attached hereto as Exhibit 6.

12. In July 2009, Monster launched its Monster Energy Extra Strength Nitrous Technology® line of energy drinks, which included a variety of drinks with a blend of nitrous oxide and carbon dioxide to create a smoother energy drink. Monster began using its Claw Icon and UNLEASH THE NITRO BEAST!® mark on its cans for its Monster Energy Extra Strength Nitrous Technology® line of products in July 2009 and has continuously used those marks on the products since that time. The Monster Energy Extra Strength Nitrous Technology® line of products has included the Monster Energy Extra Strength Nitrous Technology® Super-Dry product, the Monster Energy Extra Strength Nitrous Technology® Anti-Gravity product, the Monster Energy Extra Strength Nitrous Technology® Killer-B product, and the Monster Energy Extra Strength

- 4 -                                    Sacks Decl re Mtn for Sum Jdgmt
                                         Case No. 2:17-CV-01605-KJM-EFB

Nitrous Technology® Black Ice product. Recently, Monster rebranded its Monster Energy Extra Strength Nitrous Technology® line of drinks as its Monster MAXX™ maximum strength line of drinks. Monster continues to use its Claw Icon and UNLEASH THE NITRO BEAST!® mark on the product containers. True and correct copies of exemplary images of Monster Energy Extra Strength Nitrous Technology® product cans are attached hereto as Exhibit 7.

13. Monster is also the owner of U.S. Trademark Registration No. 4,394,044 for its UNLEASH THE NITRO BEAST! mark in connection with "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy or sports drinks" in International Class 32. Monster filed that application on December 14, 2010, and the mark registered on August 27, 2013. The registration lists a first use in commerce date of July 8, 2009. A true and correct copy of the Certificate of Registration No. 4,394,044 is attached hereto as Exhibit 8.

14. In March 2011, Monster launched its MONSTER REHAB® line of energy drinks. Monster began using its Claw Icon and its REHAB THE BEAST!® and REHAB THE BEAST! WWW.MONSTERENERGY.COM® marks on its cans for the Monster Rehab® line of products in March 2011 and has continuously used those marks on the products since that time. The Monster Rehab® line of products includes or has included the Monster Rehab® Tea + Lemonade product, the Monster Rehab® Rojo Tea + Energy product, the Monster Rehab® Green Tea + Energy product, the Monster Rehab® ProTEAn product, the Monster Rehab® Tea + Orangeade + Energy product, the Monster Rehab® Tea + Pink + Lemonade + Energy product, the Monster Rehab® Peach Tea + Energy product, the Monster Rehab® Raspberry Tea + Energy product, and the Monster Rehab® Tea + Dragon Fruit + Energy product. True and correct copies of

exemplary images of cans for some of the Monster Rehab® line of products are attached hereto as Exhibit 9.

15. Monster is the owner of U.S. Trademark Registration No. 4,336,329 for its REHAB THE BEAST! mark in connection with "ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32. Monster filed its trademark application for its REHAB THE BEAST! mark on November 3, 2010 and the mark registered on May 14, 2013. The registration lists a first use in commerce date of March 2, 2011. A true and correct copy of the Certificate of Registration No. 4,336,329 for the REHAB THE BEAST! mark is attached hereto as Exhibit 10.

16. Monster is the owner of U.S. Trademark Registration No. 4,292,502 for its REHAB THE BEAST! WWW.MONSTERENERGY.COM mark in connection with "ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32. Monster filed its trademark application for its REHAB THE BEAST! WWW.MONSTERENERGY.COM mark on February 15, 2012 and the mark registered on February 19, 2013. The registration lists a first use in commerce date of March 2, 2011. A true and correct copy of the Certificate of Registration No. 4,292,502 for the REHAB THE BEAST! WWW.MONSTERENERGY.COM mark is attached hereto as Exhibit 11.

17. In August 2012, Monster launched its Monster Energy Ultra® line of energy drinks. Monster began using its Claw Icon and UNLEASH THE ULTRA

BEAST!® mark on its cans for the Monster Energy Ultra® products in August 2012 and has continuously used those marks on the products since that time. The Monster Energy Ultra® line of products includes or has included the Monster Energy Zero Ultra® product, the Monster Energy Ultra Blue® product, the Monster Energy Ultra Red® product, the Monster Energy Ultra® Sunrise product, the Monster Energy Ultra Citron® product, the Monster Energy Ultra Black® product, and the Monster Energy Ultra Violet® product, which are all zero calorie and zero sugar energy drinks. True and correct copies of exemplary images of cans for some of the Monster Energy Ultra® line of products are attached hereto as Exhibit 12.

18. Monster is also the owner of U.S. Trademark Registration No. 4,371,544 for its UNLEASH THE ULTRA BEAST! mark in connection with "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks" in International Class 32. Monster filed that application on November 19, 2012 and the mark registered on July 23, 2013. The registration lists a first use in commerce date of August 30, 2012. A true and correct copy of the Certificate of Registration No. 4,371,544 for the UNLEASH THE ULTRA BEAST! mark is attached hereto as Exhibit 13.

19. In March 2013, Monster launched its Muscle Monster® line of drinks. Monster began using its Claw Icon and PUMP UP THE BEAST!® mark on its cans for its Muscle Monster® products in March 2013 and has continuously used those marks on the products since that time. The Muscle Monster® line of products includes or has included the Muscle Monster® Chocolate product, the Muscle Monster® Vanilla product, the Muscle Monster® Strawberry product, the Muscle Monster® Coffee product, the Muscle Monster® Peanut Butter Cup product, and the Muscle Monster® Banana product. True and correct copies of

1  exemplary images of cans for some of the Muscle Monster® line of products are
2  attached hereto as Exhibit 14.

3  20.  Monster is also the owner of U.S. Trademark Registration No. 4,482,659 for its PUMP UP THE BEAST! mark in connection with "nutritional supplements in liquid form; vitamin fortified beverages" in International Class 5. Monster filed that application on May 15, 2013 and the mark registered on February 11, 2014.  Monster is also the owner of U.S. Trademark Registration No. 4,482,660 for its PUMP UP THE BEAST! mark in connection with "dairy-based beverages; dairy-based energy shakes" in International Class 29.  Monster filed that application on May 15, 2013 and the mark registered on February 11, 2014. Monster is the owner of U.S. Trademark Registration No. 4,542,107 for its PUMP UP THE BEAST! mark in connection with "ready to drink coffee-based beverages; coffee-based shakes for boosting energy; chocolate-based shakes for boosting energy; ready to drink chocolate-based beverages" in International Class 30.  Monster filed that application on May 15, 2013 and the mark registered on June 3, 2014.  Monster is also the owner of U.S. Trademark Registration No. 4,546,402 for its PUMP UP THE BEAST! mark in connection with "non-alcoholic beverages, namely, non-alcoholic and non-carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; non-carbonated energy or sports drinks" in International Class 32.  Monster filed that application on May 15, 2013 and the mark registered on June 10, 2014.   Each of the foregoing registrations lists a first use in commerce date of March 18, 2013. True and correct copies of Certificates of Registration Nos. 4,482,659, 4,482,660, 4,542,107, and 4,546,402 for the PUMP UP THE BEAST! mark are attached hereto as Exhibit 15.

21.  Since introducing its original Monster Energy® drink in 2002, Monster has developed immense goodwill and brand recognition in its Claw Icon, UNLEASH THE BEAST!® mark, and other BEAST-containing marks.  As a

result of Monster's extensive marketing and promotion, Monster has become a market leader and its Claw Icon, UNLEASH THE BEAST!® mark, and other BEAST-containing marks are widely recognized. Monster's energy drinks hold a 38% by dollar value market share of the U.S. energy drink market, and the Monster Energy® line of drinks is the best-selling energy drink brand in the U.S.

22. Total number of cans of the Monster Energy® line of drinks sold in the U.S. since launch in 2002 are over 18 billion cans corresponding to over $40 billion in revenue. Worldwide retail sales currently exceed 3 billion cans per year. From 2002 through August 2017, when this lawsuit was filed, Monster sold in the U.S. more than 12 billion cans of its Monster Energy® line of drinks displaying both the Claw Icon and a BEAST-containing mark together on the product containers. From 2002 to 2013 alone, Monster sold in the U.S. more than 6.8 billion cans of its Monster Energy® line of drinks displaying both the Claw Icon and at BEAST-containing mark together on the product containers. Sales from 2002 to 2013 of the entire Monster Energy® line of drinks totaled more than $10 billion. In just the year 2013, Monster's sales of the entire Monster Energy® line of drinks exceeded $1.98 billion. True and correct copies of excerpts from Monster Beverage Corporation's Form 10-K filings with the Securities and Exchange Commission from 2002 through 2017 showing Monster's continuous sales of its products bearing the Claw Icon, UNLEASH THE BEAST!®, and other BEAST-containing marks are attached hereto as Exhibit 16.[1]

23. Since 2002, Monster has spent approximately $5.5 billion in marketing and promoting its Monster Energy® brand, including its Claw Icon, its UNLEASH THE BEAST!® mark, and other BEAST-containing marks worldwide. From 2002 to 2013, Monster spent more than $2.2 billion in

---

[1] Monster Beverage Corporation is the parent holding company of Monster Energy Company. Prior to 2012, Monster Beverage Corporation was previously known as Hansen Natural Corporation.

marketing and promoting the Monster Energy® brand, and it spent more than $426 million in 2013 alone.

24. The Monster Energy® line of drinks are sold in well over 300,000 retail stores across the U.S. including convenience stores, gas stations, drug stores including CVS and Walgreens, grocery stores, bars, restaurants, coffee shops, and major retailers such as Costco, Wal-Mart (the largest retailer in the U.S.), and Target. The Monster Energy® line of drinks are typically sold next to other beverage products on shelves or in refrigerated display cases. Individual cans of the Monster Energy® line of drinks typically range in retail price from $2 to $3 per can. True and correct copies of images of the Monster Energy® line of drinks displayed in stores are attached hereto as Exhibit 17.

25. Monster has expanded its use of its Claw Icon and UNLEASH THE BEAST!® mark beyond drinks and has used the marks on goods such as clothing, including t-shirts and sweatshirts. Monster has also used its Claw Icon on other goods such as sports helmets, backpacks, wristbands, duffle bags, lanyards, stickers, decals, remote control cars, water bottles, coolers, and a wide range of other products. Monster is the owner of numerous trademark registrations for use of the Claw Icon on goods including helmets, bags, and wristbands. True and correct copies of the Certificates of Registration for Trademark Registration Nos. 3,914,828, 3,923,683, 3,963,669, 4,011,301, and 4,332,062 are attached hereto as Exhibit 18. Each of these registrations lists a first use in commerce date between 2002 to 2006.

26. Since 2002, Monster has continuously licensed, sold and/or given away clothing bearing its Claw Icon and UNLEASH THE BEAST!® mark. True and correct copies of images of representative samples of apparel bearing Monster's Claw Icon and/or UNLEASH THE BEAST!® mark are attached hereto as Exhibit 19.

27. Monster is the owner of U.S. Trademark Registration No. 4,975,822 for its UNLEASH THE BEAST! mark in connection with "clothing, namely, tops, shirts, t-shirts, hooded sweatshirts, sweat shirts" in International Class 25. Monster filed that application on March 7, 2014, and the mark registered on June 14, 2016. The registration lists a first use in commerce date of 2002. A true and correct copy of the Certificate of Registration No. 4,975,822 is attached hereto as Exhibit 20. Monster is also the owner of U.S. Trademark Registration No. 4,051,650 for the Claw Icon in connection with "Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies" in International Class 25. Monster filed that application on July 28, 2010, and the mark registered on November 8, 2011. The registration lists a first use in commerce date of June 30, 2002. Monster is also the owner of U.S. Trademark Registration No. 3,908,601 for the Claw Icon () in connection with "clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies" in International Class 25. Monster filed that application on April 2, 2009 and the mark registered on January 18, 2011. The registration lists a first use in commerce date of June 30, 2002. True and correct copies of the Certificate of Registration Nos. 4,051,650 and 3,908,601 are attached hereto as Exhibit 21.

28. Monster has also used its Claw Icon on stickers since at least as early as 2004. True and correct copies of exemplary images of stickers displaying the Claw Icon are attached as Exhibit 22. Monster is the owner of U.S. Trademark Registration No. 3,963,668 for the Claw Icon in connection with "stickers; sticker kits comprising stickers and decals; decals; posters" in International Class 16. Monster filed that application on July 28, 2010, and the mark registered on May 17, 2011. The registration lists a first use in commerce date of January 2004. A

true and correct copy of the Certificate of Registration No. 3,963,668 is attached hereto as Exhibit 23. Monster is also the owner of U.S. Trademark Registration No. 3,908,600 for the Claw Icon ( ) in connection with "stickers; sticker kits comprising stickers and decals; decals" in International Class 16. Monster filed that application on April 2, 2009, and the mark registered on January 18, 2011. The registration lists a first use in commerce date of January 2004. A true and correct copy of the Certificate of Registration No. 3,908,600 is attached hereto as Exhibit 24.

29. As mentioned above, Monster has also used its Claw Icon extensively on other products such as bags, wristbands, and helmets. Monster has used its Claw Icon on helmets since at least as early as 2002, on bags at least as early as 2002, and on wristbands at least as early as 2006.

30. Since 2002, Monster has spent billions of dollars on the promotion of its MONSTER™ brand, including its Claw Icon, UNLEASH THE BEAST!® mark, and other BEAST-containing marks. Monster's Claw Icon and at least the UNLEASH THE BEAST!® mark have achieved widespread recognition throughout the U.S. and the world through Monster's substantial efforts in advertising and promotion. Monster's huge success in its business growth and promotional efforts have been the focus of significant media attention, further increasing the public's awareness of the MONSTER™ brand, including the Claw Icon and at least the UNLEASH THE BEAST!® mark.

31. Monster's Claw Icon and UNLEASH THE BEAST!® mark have received significant coverage in national publications. For example, the marks have been featured in *Fortune*, *Beverage World*, *Businessweek*, *Newsweek*, *Forbes*, and *Beverage Spectrum*. True and correct copies of representative samples of excerpts from magazine and industry publications promoting the Claw Icon and UNLEASH THE BEAST!® mark are attached hereto as Exhibit 25.

32. Monster's Claw Icon and UNLEASH THE BEAST!® mark were also marketed and promoted while prominently displayed on the Las Vegas monorail (the "Monster Train"). In 2003, Monster engaged in a massive advertising campaign in connection with its sponsorship of the Monster Train, which prominently featured the Claw Icon and UNLEASH THE BEAST!® mark. The Monster Train was featured in *The Wall Street Journal*, *Time* and *USA Today* in 2003, and these articles were read by an estimated 32 million people in the U.S. Television and internet reports that discussed the Las Vegas Monster Train reached another 70 million readers, and television and radio promotions were circulated to approximately 36 million people in the U.S. True and correct copies of exemplary articles and images regarding the Monster Train are attached hereto as Exhibit 26.

33. Monster widely markets and promotes its Claw Icon and at least the UNLEASH THE BEAST!® mark through the sponsorship of athletes, athletic teams, and athletic competitions, as well as sponsorship of concerts, tours, and other live events. True and correct copies of representative samples of promotional materials for Monster's sponsored events bearing the Claw Icon and/or the UNLEASH THE BEAST!® mark are attached hereto as Exhibit 27.

34. A major part of Monster's brand promotion has focused on racing and motorsports, and since at least as early as 2003, Monster has been actively promoting motorsport teams, drivers, and events using the Claw Icon and UNLEASH THE BEAST!® mark. For example, Monster sponsors or has sponsored a wide variety of motorsport athletes, teams, and/or activities, including, but not limited to, NASCAR, Formula 1, MotoGP, Moto2, Supercross, motocross, MXGP, MX2, drag racing, drifting, flat track, off road, rally, rallycross, snowmobile, speedway, stunt, superbike, and freestyle motocross. Monster's sponsored drivers and/or teams display the Claw Icon on their vehicles and racing gear, and the Claw Icon is prominently featured on banners and signage

at Monster's sponsored events.  Attached hereto as Exhibit 28 are true and correct copies of exemplary documents showing some of Monster's motorsports related sponsorship activities.

35.     As one example of Monster's sponsorship activities, on January 1, 2017, Monster became the title sponsor of NASCAR's premier series (formerly called the NASCAR Sprint Cup Series), which is now called the Monster Energy® NASCAR Cup Series.  NASCAR is the second most watched sport in the U.S., with over 5 million fans watching each of the 41 annual races.

36.     Since 2008, Monster has been the title sponsor of the Monster Energy® AMA Supercross series events.  The Monster Energy® AMA Supercross series is well-known nationwide and consists of 16 or 17 events throughout the U.S. per year.  Monster heavily promotes the Monster Energy® AMA Supercross series.  Monster Energy® AMA Supercross series events are subject to extensive marketing in each city where the event takes place and the surrounding areas leading up to each event in the series including on television.  To promote the Monster Energy® AMA Supercross series events, Monster runs promotions for pit passes, licenses Monster's marks, including its Claw Icon, for use in connection with clothing and other products, distributes signing cards and posters, holds pit parties, and advertises the events on its website and social media sites.  As of 2015, over three quarters of a million people attended the MONSTER ENERGY® AMA Supercross Series, and tens of millions viewed it on TV.

37.     Also since 2008, Monster has been the title sponsor of the Dub Show Tour.  The Dub Show Tour is a custom car show and concert series that consists of approximately 12 events each year.  As a sponsor, Monster promotes The Dub Show Tour by, among other ways, distributing posters and online advertising materials displaying at least the Claw Icon.  Since at least 2011, Monster has been the title sponsor of the Monster Energy® DUB Expo VIP Social, a party that takes place in Las Vegas in conjunction with SEMA.

38. In addition to sponsoring motorsports athletes, teams, and events, Monster has sponsored and promoted numerous other athletes, athletic teams, and sporting events. Athletes sponsored by Monster at these live and televised events promote Monster's products and the MONSTER™ brand by wearing clothing and using equipment such as helmets that prominently display Monster's marks, including the Claw Icon and/or BEAST-containing marks. Monster's sponsorship activities result in prominent exposure of its Claw Icon and BEAST-containing marks to millions of viewers as these marks are displayed on banners, trailers, athletes' gear, and other promotional materials.

39. For example, as of 2015, Monster sponsors the Ultimate Fighting Championship ("UFC"). Monster also sponsors or has sponsored specific current or former UFC fighters in their individual capacity, including Ronda Rousey, Daniel Cormier, and Conor McGregor.

40. Monster has also sponsored hundreds of athletes competing in the Summer and Winter X Games. More than 15 million viewers were estimated to have watched the television broadcasts of each of the 2006, 2007, 2008, 2009 Winter and Summer X Games, and as recently as 2015, the Winter X Games telecasts reached about 30.5 million viewers worldwide. In 2014, Monster became the presenting sponsor of the Winter and Summer X Games.

41. From 2005 to 2009, Monster was the title sponsor of the Monster Energy® Pipeline Pro surfing event. Monster also sponsors Rob Gronkowski, a professional football player who plays for the NFL's New England Patriots. Monster promotes Rob Gronkowski in a variety of ways including by naming its Monster Energy® Gronk drink after him. In addition, Monster has sponsored Victor Espinoza and American Pharoah, who won the American Triple Crown and the Breeder's Cup Classic in 2015.

42. In 2018 Monster became the title sponsor of the Professional Bull Riders ("PBR") tour for PBR's 25th Anniversary Season, which is titled the

"Unleash the Beast Tour."  The PBR is experiencing unprecedented growth in global appeal.  More than 600 bull riders from around the globe compete in more than 300 bull riding events each year on either the nationally televised Built Ford Tough Series, the Blue DEF Velocity Tour or the Touring Pro Division.

43. In addition to sponsoring professional athletes and teams, since at least 2004, Monster has operated the MONSTER ARMY™ amateur athlete development program.  More than 376,000 amateur athletes in various sports have applied to be accepted as part of the program through the Monster Army website <www.monsterarmy.com>.  Monster supports program members in many different ways, but such support often includes assistance with clothing, gear, training, and travel.  Members typically wear clothing and gear which prominently display at least the Claw Icon.

44. As for Monster's promotion of music events, Monster has sponsored and promoted the Vans Warped Tour concert series since 2003.  Monster's promotion of the Vans Warped Tour event includes, but is not limited to, advertising the concert series on Monster's www.monsterenergy.com website, distributing posters for the concert series, and displaying its marks, including its Claw Icon, on concert stages at the event.  Monster also promotes and sponsors, or has promoted or sponsored, several musicians and other music festivals, including, but not limited to, the Monster Energy® Carolina Rebellion, Rock on the Range, Kansas City Rockfest, Outbreak Tour, Stagecoach, Ozzfest, and Aftershock Festival.

45. Monster's efforts in promoting its brand also includes point-of-sale marketing items that are distributed to retail stores carrying Monster's products. For example, Monster has made and distributed millions of point-of-sale marketing items, including items bearing the Claw Icon, UNLEASH THE BEAST!® mark, and/or other BEAST-containing marks.  These point-of-sale items include posters, display headers, static-cling stickers, signs, inflatables,

display cards, and stickers. These types of promotional materials have been distributed to more than 200,000 retail stores nationwide. True and correct copies of representative samples of Monster's point-of-sale marketing items bearing the Claw Icon, UNLEASH THE BEAST!® mark, and other BEAST-containing marks are attached hereto as Exhibit 29.

46. Monster maintains a website at www.monsterenergy.com on which Monster displays its Claw Icon, its UNLEASH THE BEAST!® mark, and other BEAST-containing marks. Monster's website also displays its products including, but not limited to, the original Monster Energy® product, the Lo-Carb Monster Energy® product, the Monster Energy Extra Strength Nitrous Technology line of products (now the Monster MAXX MAXIMUM STRENGTH line of products), the Monster Rehab® line of products, the Monster Energy Ultra® line of products, the Muscle Monster® line of products, among other products. As of June 2015, Monster's www.monsterenergy.com website was receiving over 50,000 visitors per day. True and correct copies of exemplary printouts showing Monster's www.monsterenergy.com website from 2003 to current and displaying the Claw Icon, the UNLEASH THE BEAST!® mark, and other BEAST-containing marks are attached hereto as Exhibit 30.

47. Monster's Claw Icon and UNLEASH THE BEAST!® mark are also prominently displayed on its social media sites, including Monster's Facebook, Twitter, Instagram, and YouTube accounts.

48. Monster's Facebook page has over 26 million "likes" and displays Monster's Claw Icon and UNLEASH THE BEAST!® mark. True and correct copies of printouts from Monster's Facebook page are attached hereto as Exhibit 31.

49. Monster's Twitter page has over 3.2 million followers and displays Monster's Claw Icon and UNLEASH THE BEAST!® mark. True and correct copies of printouts from Monster's Twitter page are attached hereto as Exhibit 32.

50. Monster's Instagram page has over 4.8 million followers and displays Monster's Claw Icon and UNLEASH THE BEAST!® mark. True and correct copies of printouts from Monster's Instagram page are attached hereto as Exhibit 33.

51. Monster's YouTube page has over 277 million views and displays Monster's Claw Icon and UNLEASH THE BEAST!® mark. True and correct copies of printouts from Monster's YouTube page are attached hereto as Exhibit 34.

52. A recent report by Socialbakers, an organization that tracks brand popularity on Facebook, ranked Monster as the tenth most popular global brand. A true and correct copy of a printout of the Socialbaker's report dated February 7, 2018 is attached hereto as Exhibit 35.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on October 1, 2018, at Corona, California.



_____
Rodney Sacks

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I caused the **DECLARATION OF RODNEY C. SACKS IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI  02903
(401) 273-7171
ejbrown@bartongilman.com

                                                                   /s/ Matthew S. Bellinger
                                                                   Matthew S. Bellinger

29091732