# EXHIBIT 1

7267711

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### November 12, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,903,214* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 16, 2004*
*SECTION 8 & 15*
*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
and Director of the United States Patent and Trademark Office



**M. TARVER**
**Certifying Officer**

Exhibit 1
- 1 -

MEC003167

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 2,903,214

**United States Patent and Trademark Office**

Registered Nov. 16, 2004

Corrected

OG Date Dec. 18, 2007

## TRADEMARK
## PRINCIPAL REGISTER



HANSEN BEVERAGE COMPANY (DELA-
WARE CORPORATION)
550 MONICA CIRCLE
SUITE 201
CORONA, CA 92880

FOR: DRINKS, NAMELY, CARBO-
NATED SOFT DRINKS, CARBONATED
DRINKS ENHANCED WITH VITAMINS,
MINERALS, NUTRIENTS, AMINO ACIDS
AND/OR HERBS, CARBONATED AND
NON-CARBONATED ENERGY OR
SPORTS DRINKS, FRUIT JUICE DRINKS
HAVING A JUICE CONTENT OF 50% OR
LESS BY VOLUME THAT ARE SHELF
STABLE, AND WATER;*BUT EXCLUD-
ING PERISHABLE BEVERAGE PRO-
DUCTS THAT CONTAIN FRUIT JUICE
OR SOY, WHETHER SUCH PRODUCTS
ARE PASTEURIZED OR NOT.*, IN
CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-27-2002; IN COMMERCE
4-18-2002.

SER. NO. 78-246,564, FILED 5-7-2003.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 18, 2007.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Exhibit 1
- 2 -

MEC003168

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,903,214
Registered Nov. 16, 2004

## TRADEMARK
### PRINCIPAL REGISTER



HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
1010 RAILROAD STREET
CORONA, CA 92882

FOR: DRINKS, NAMELY, CARBONATED SOFT DRINKS, CARBONATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, AMINO ACIDS AND/OR HERBS, CARBONATED AND NON-CARBONATED ENERGY OR SPORTS DRINKS, FRUIT JUICE DRINKS HAVING A JUICE CONTENT OF 50% OR LESS BY VOLUME THAT ARE SHELF STABLE, AND WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-27-2002; IN COMMERCE 4-18-2002.

SER. NO. 78-246,564, FILED 5-7-2003.

GINNY ISAACSON, EXAMINING ATTORNEY

**Exhibit 1**
- 3 -

MEC003169

# EXHIBIT 2



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 19, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,134,841* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 29, 2006*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

**Exhibit 2**
**- 1 -**

MEC000273

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

Reg. No. 3,134,841

## United States Patent and Trademark Office
Registered Aug. 29, 2006

### TRADEMARK
#### PRINCIPAL REGISTER



HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
1010 RAILROAD STREET
CORONA, CA 92882

FOR: BEVERAGES, NAMELY, CARBONATED SOFT DRINKS, CARBONATED SOFT DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, AMINO ACIDS AND/OR HERBS, CARBONATED AND NON-CARBONATED ENERGY AND SPORTS DRINKS, FRUIT JUICE DRINKS HAVING A JUICE CONTENT OF 50% OR LESS BY VOLUME THAT ARE SHELF STABLE, AND AERATED WATER, SODA WATER AND SELTZER WATER, BUT EXCLUDING PERISHABLE BEVERAGE PRODUCTS THAT CONTAIN FRUIT JUICE OR SOY, WHETHER SUCH PRODUCTS ARE PASTEURIZED OR NOT, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-27-2002; IN COMMERCE 4-18-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

SER. NO. 78-246,567, FILED 5-7-2003.

AMY HELLA, EXAMINING ATTORNEY

**Exhibit 2**

- 2 -

MEC000274

# EXHIBIT 3

7267711

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

November 12, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,434,821 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 27, 2008*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer



**Int. Cl.: 5**

**Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52**

## United States Patent and Trademark Office

**Reg. No. 3,434,821**
Registered May 27, 2008

## TRADEMARK
### PRINCIPAL REGISTER



HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE
SUITE 201
CORONA, CA 92880

FOR: NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-27-2002; IN COMMERCE 4-18-2002.

OWNER OF U.S. REG. NOS. 2,903,214 AND 3,134,841.

THE MARK CONSISTS OF THE LETTER "M" IN THE FORM OF A CLAW.

SER. NO. 77-274,643, FILED 9-7-2007.

MICHAEL WIENER, EXAMINING ATTORNEY

**Exhibit 3**
**- 2 -**

MEC000485

# EXHIBIT 4



7267711

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

November 12, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,434,822* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 27, 2008*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T.  LAWRENCE
Certifying Officer

Exhibit 4
-1-

MEC000486

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 3,434,822
Registered May 27, 2008

## TRADEMARK
### PRINCIPAL REGISTER



HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE
SUITE 201
CORONA, CA 92880

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, ENERGY DRINKS, EXCLUDING PERISHABLE BEVERAGE PRODUCTS THAT CONTAIN FRUIT JUICE OR SOY, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-27-2002; IN COMMERCE 4-18-2002.

OWNER OF U.S. REG. NOS. 2,903,214 AND 3,134,841.

THE MARK CONSISTS OF THE LETTER "M" IN THE FORM OF A CLAW.

SER. NO. 77-274,662, FILED 9-7-2007.

MICHAEL WIENER, EXAMINING ATTORNEY

**Exhibit 4**
**- 2 -**

MEC000487

# EXHIBIT 5

7368057

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 27, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,769,364* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *September 30, 2003*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
*MONSTER ENERGY COMPANY*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



**Exhibit 5**
- 1 -

MEC012213

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

## United States Patent and Trademark Office

Reg. No. 2,769,364
Registered Sep. 30, 2003

## TRADEMARK
## PRINCIPAL REGISTER

## UNLEASH THE BEAST!

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
1010 RAILROAD STREET
CORONA, CA 92882

FOR: FRUIT JUICE DRINKS, SOFT DRINKS, CARBONATED SOFT DRINKS AND SOFT DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, AMINO ACIDS AND/OR HERBS, AERA-

TED WATER, SODA WATER AND SELTZER WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-16-2002; IN COMMERCE 4-16-2002.

SER. NO. 78-195,777, FILED 12-18-2002.

BRENDAN REGAN, EXAMINING ATTORNEY

**Exhibit 5**
**- 2 -**

MEC012214

# EXHIBIT 6



**Exhibit 6**
- 1 -

MEC000046



**Exhibit 6**
- 2 -

MEC000045



**Exhibit 6**
- 3 -

MEC000071



**Exhibit 6**
- 4 -

MEC000070

# EXHIBIT 7



**Exhibit 7**
- 1 -

MEC014938

# MONSTER

## E N E R G Y ®

### EXTRA STRENGTH

#### NITROUS TECHNOLOGY®

Don't let the skinny can fool you, Monster Energy Extra Strength packs a full load of our tried & true energy blend!

Call us crazy but we supercharged our Monster Energy base then injected it with Nitrous Oxide for a unique texture, smooth drinkable flavor and buzz that's big as ever.

**Unleash the Nitro Beast!®**

www.monsterenergy.com

305094 1213

0 70847 81401 6

REXAM

1 655 4 049 3A

Exhibit 7
- 2 -

MEC014940



**Exhibit 7**
**- 3 -**

MEC012290



**Exhibit 7**
**- 4 -**

MEC012292



**Exhibit 7**
- 5 -

MEC000103



**Exhibit 7**
- 6 -

MEC000102



**Exhibit 7**

MEC000106



**Exhibit 7**
**- 8 -**

MEC000105



**Exhibit 7**
- 9 -

MEC000275

# EXHIBIT 8



# United States of America
## United States Patent and Trademark Office

# UNLEASH THE NITRO BEAST!

**Reg. No. 4,394,044**

**Registered Aug. 27, 2013**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

**Int. Cl.: 32**

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED SOFT DRINKS; CARBONATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS; CARBONATED ENERGY OR SPORTS DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 7-8-2009; IN COMMERCE 7-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,769,364.

SN 85-977,331, FILED 12-14-2010.

TAMARA FRAZIER, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

**Exhibit 8**

**- 1 -**

MEC019853

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,394,044

**Exhibit 8**
**- 2 -**

MEC019854

# EXHIBIT 9



**Exhibit 9**

- 1 -

MEC005283



⋆ QUERCETIN ⋆

# MONSTER
## Rehab ®
### TEA + LEMONADE + ENERGY

While chillin at the Vegas Hard Rock
Rehab pool party, contemplating a cure
for cotton mouth, admiring the flesh
parade, and pondering the wisdom of
doubling down when the dealer shows
a face card, it HIT ME!

We need a new drink. One that can do it
all: a triple threat that quenches thirst,
hydrates like a sports drink, and brings
you back after a hard day's night.

MONSTER REHAB:

RE-FRESH, RE-HYDRATE, RE-STORE,
or in other words, Re-habilitate with a
killer mix of tea, lemonade, electrolytes,
and our bad-ass Rehab® energy blend
to fire you up.

## Rehab the Beast! ™

www.monsterenergy.com

Energy Supplement

**Exhibit 9**
**- 2 -**

MEC005281



**Exhibit 9**
- 3 -

MEC012129



+ QUERCETIN +

**MONSTER**
**Rehab**®
**GREEN TEA + ENERGY**

Our friends at the Rehab pool party in Vegas know all about recovering from a long night and together we came up with Monster Rehab® Green Tea + Energy.

Naturally loaded with EGCG antioxidants, infused with coconut water, quercetin, acai berry and goji berry, Monster Rehab® Green Tea + Energy delivers a triple threat that quenches thirst, hydrates like a sports drink, and brings you back after a hard day's night.

Monster Rehab® Green Tea + Energy: RE-FRESH, RE-HYDRATE, RE-VIVE, or in other words, Re-habilitate with a killer mix of green tea, pineapple juice, electrolytes, and our bad-ass Monster Rehab® energy blend to fire you up.

**Rehab the Beast!**™
www.monsterenergy.com

Follow us: /MonsterEnergy

Energy Supplement

**Exhibit 9**
**- 4 -**

MEC012131



**Exhibit 9**
**- 5 -**

MEC018769

NON CARBONATED

# MONSTER
## Rehab ®
### RASPBERRY TEA + ENERGY

Here at Monster we're all about the work hard/play hard mentality and after going all out, we can all use a recharge. Now with Rehab Raspberry Energy Iced Tea there's no reason why bouncing back shouldn't taste amazing.

Blending the classic taste of raspberry iced tea with the rejuvenating Rehab energy blend, Rehab Raspberry Energy Iced Tea packs a triple threat that quenches thirst, fires you up, and is the perfect choice after a hard day's night.

Rehab Raspberry Tea + Energy: RE-FRESH, RE-HYDRATE, RE-VIVE, or in other words, Re-habilitate with a killer mix of raspberry tea, electrolytes and our bad-ass Monster Rehab energy blend.

## Rehab the Beast! ®

www.monsterenergy.com

[f] [instagram] [twitter] [youtube]

307054 0715

0  70847 00614  5

7 04 11 D1 MH

ENERGY DRINK

**Exhibit 9**
**- 6 -**

MEC018768



**Exhibit 9**
- 7 -

MEC018760

**NON CARBONATED**

# M MONSTER

## Rehab ®

### TEA + ORANGEADE + ENERGY

We know a good thing when we got one. Our original Rehab is killin' it with drinkers, who want something different in an "energy drink." Something refreshing, great tasting that still gets the job done.

Rehab Orange combines orange pekoe tea, our proprietary Monster Rehab energy blend and O.J. to deliver a triple threat that quenches thirst, fires you up, and is the perfect choice after a hard day's night.

Monster Rehab Tea + Orangeade + Energy: RE-FRESH, RE-HYDRATE, RE-VIVE, or in other words, Re-habilitate with a killer mix of tea, O.J., electrolytes, and our bad-ass Monster Rehab energy blend.

## Rehab the Beast! ®

**www.monsterenergy.com**

306 708 0415

7 08 06 D1 MH

0 70847 01046 3

ENERGY DRINK

Exhibit 9
- 8 -

MEC018759



Exhibit 9

- 9 -

MEC018763



**Exhibit 9**
**- 10 -**

MEC018762



Exhibit 9
- 11 -

MEC018766



NON CARBONATED

**MONSTER** ®

**Rehab** ®

**TEA + PINK LEMONADE + ENERGY**

A lot of women think guys who rock a pink shirt are more confident, sensitive and in touch with their feelings. Maybe so, but all we know is pink lemonade mixes super good with tea and our Rehab energy blend.

Rehab Tea + Pink Lemonade packs a triple threat that quenches thirst, fires you up, and is the perfect choice after a hard day's night.

Monster Rehab Tea + Pink Lemonade: RE-FRESH, RE-HYDRATE, RE-VIVE, or in other words, Re-habilitate with a killer mix of tea, pink lemonade, electrolytes, and our bad-ass Monster Rehab energy blend.

**Rehab the Beast!** ®

www.monsterenergy.com

306517 0315

0 70847 01524 6

MCC

6 11 15 N1 MH

ENERGY DRINK

**Exhibit 9**
**- 12 -**

MEC018765

EXHIBIT 10



# United States of America
## United States Patent and Trademark Office

# REHAB THE BEAST!

**Reg. No. 4,336,329**

**Registered May 14, 2013**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

**Int. Cls.: 30 and 32**

FOR: READY TO DRINK TEA, ICED TEA AND TEA BASED BEVERAGES; READY TO DRINK FLAVORED TEA, ICED TEA AND TEA BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, ENERGY DRINKS, SPORTS DRINKS AND FRUIT JUICE DRINKS; ALL THE FOREGOING ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,769,364.

SN 85-976,727, FILED 11-3-2010.

TAMARA FRAZIER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Exhibit 10**
**- 1 -**

MEC019849

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Exhibit 10**
**- 2 -**

MEC019850

# EXHIBIT 11



# United States of America
## United States Patent and Trademark Office

# REHAB THE BEAST!
# WWW.MONSTERENERGY.COM

**Reg. No. 4,292,502**

**Registered Feb. 19, 2013**

**Int. Cls.: 30 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: READY TO DRINK TEA, ICED TEA AND TEA BASED BEVERAGES; READY TO DRINK FLAVORED TEA, ICED TEA AND TEA BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, ENERGY DRINKS, SPORTS DRINKS AND FRUIT JUICE DRINKS, ALL THE FOREGOING ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,353,473.

SER. NO. 85-978,208, FILED 2-15-2012.

GEOFFREY FOSDICK, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

**Exhibit 11**

**- 1 -**

MEC019847

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,292,502

**Exhibit 11**
**- 2 -**

MEC019848

# EXHIBIT 12



Exhibit 12
- 1 -

MEC012299

ZERO SUGAR+ZE

# MONSTER
### ENERGY ®
### ZERO ULTRA

Some people are impossible to please. As soon as they get what they thought they wanted they always want more. Our team riders and Monster Girls are no different... they've been dropping some hints lately.

They've been asking us for a new Monster drink. A little less sweet, lighter-tasting, zero calories, but with a full load of our Monster energy blend.

Sure, white is the new black. We went all out: Monster Energy Zero Ultra.

## Unleash the Ultra Beast!

www.monsterenergy.com

0   70847 01247   4

303292  0612

MCC

**Exhibit 12**
**- 2 -**

MEC012296



**Exhibit 12**
- 3 -

MEC014942



ZERO SUGAR

# M⟨NSTER
## ENERGY
### ULTRA BLACK

Just about 300 miles north of Chicago nestled on the eastern shore of Lake Michigan is the "Cherry Capital of the World" Traverse City, MI. Long warm summer days and cool nights cause the black cherries to ripen right around the 4th of July, but you gotta get 'em while you can 'cause all too soon they're gone.

Now, like those famous black beauties, crisp, slightly sweet and for a limited time only, Monster Ultra Black, refreshingly light with zero calories, no sugar and packed with our Monster energy blend.

Get it while the gettin's good...

## Unleash the Ultra Beast!

www.monsterenergy.com

**Exhibit 12**
**- 4 -**

MEC014944



**Exhibit 12**
**- 5 -**

MEC015518



**Exhibit 12**
**- 6 -**

MEC015520



Exhibit 12

- 7 -

MEC018778



Exhibit 12

- 8 -

MEC012660



**Exhibit 12**
- 9 -

MEC015559



ZERO SUGAR + ZE...

**MONSTER**
E N E R G Y
**ULTRA CITRON**

Monster Citron is not named after a funky looking French car or a Scandinavian vodka. The citron fruit is an ancient relative of modern lemons, but with a more primitive aggressive nature perfect for Monster.

So in homage to all ancestors both botanical and human, Ultra Citron, a new take on a classic drink.

Ultra Citron's a little sweet, a little tart, light, crisp and totally refreshing. All this with zero calories, zero sugar and a full load of our Monster energy blend.

**Unleash the Ultra Beast!**

www.monsterenergy.com

0   70847 02150   6
306092   1114

**Exhibit 12**
- 10 -

MEC015558



**Exhibit 12**
**- 11 -**

MEC015572



Exhibit 12
- 12 -

MEC015573



**Exhibit 12**
**- 13 -**

MEC018790



**Exhibit 12**
**- 14 -**

MEC018789

EXHIBIT 13



# United States of America
## United States Patent and Trademark Office

# UNLEASH THE ULTRA BEAST!

**Reg. No. 4,371,544**

**Registered July 23, 2013**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE SUITE 201
CORONA, CA 92880

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED SOFT DRINKS; CARBONATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS; CARBONATED ENERGY DRINKS AND SPORTS DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 8-30-2012; IN COMMERCE 8-30-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-783,008, FILED 11-19-2012.

REGINA DRUMMOND, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Exhibit 13**
**- 1 -**

MEC019851

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Exhibit 13**
**- 2 -**

MEC019852

EXHIBIT 14



**Exhibit 14**
- 1 -

MEC016707



**Exhibit 14**
**- 2 -**

MEC016708



**Exhibit 14**
**- 3 -**

MEC016715



**Exhibit 14**
**- 4 -**

MEC016716



**Exhibit 14**
**- 5 -**

MEC016717



**Exhibit 14**
**- 6 -**

MEC016718



**Exhibit 14**

- 7 -

MEC012662



**25\*g PROTEIN**

Monster athletes do not win by accident, it takes years of hard work and determination to be a champion. Need a little motivation to meet your personal goals? Meet your new "coach in a can", Muscle Monster Energy Shake.

Specially formulated with our Monster Energy Blend to help motivate you to train harder and longer, Muscle Monster also provides the fuel you need to power through your workouts.

Muscle Monster's 25 grams of protein helps build lean body mass and aids in muscle recovery after a strenuous workout.

Get in the game, break a sweat, break your record, break the rules, with Muscle Monster Energy Shake.

## Pump Up The Beast!

www.monsterenergy.com

0  70847 01526  0

**Exhibit 14**

**- 8 -**

MEC012663

# EXHIBIT 15



# United States of America
## United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,482,659**

**Registered Feb. 11, 2014**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

FOR: NUTRITIONAL SUPPLEMENTS IN LIQUID FORM; VITAMIN FORTIFIED BEVERAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-933,255, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**Exhibit 15**
- 1 -

MEC019855

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Exhibit 15**
**- 2 -**



# United States of America
### United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,482,660**
MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
**Registered Feb. 11, 2014** CORONA, CA 92880

**Int. Cl.: 29**
FOR: DAIRY-BASED BEVERAGES; DAIRY-BASED ENERGY SHAKES, IN CLASS 29 (U.S. CL. 46).

**TRADEMARK**
FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-933,264, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States**
**Patent and Trademark Office**

**Exhibit 15**
**- 3 -**

MEC019857

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,482,660

**Exhibit 15**
**- 4 -**

MEC019858



# United States of America
### United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,542,107**
**Registered June 3, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
1 MONSTER WAY
CORONA, CA 92879

FOR: READY TO DRINK COFFEE-BASED BEVERAGES; COFFEE-BASED SHAKES FOR BOOSTING ENERGY; CHOCOLATE-BASED SHAKES FOR BOOSTING ENERGY; READY TO DRINK CHOCOLATE-BASED BEVERAGES , IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-933,268, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

**Exhibit 15**
**- 5 -**

MEC019859

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,546,402**

**Registered June 10, 2014**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
1 MONSTER WAY
CORONA, CA 92879

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, NON-ALCOHOLIC AND NON-CARBON-ATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS; NON-CARBONATED ENERGY OR SPORTS DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-933,272, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**Exhibit 15**

**- 7 -**

MEC019861

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,546,402

**Exhibit 15**
**- 8 -**

MEC019862