# EXHIBIT 16

Case 2:17-cv-01605-KJM-JDP    Document 41-2    Filed 10/04/18    Page 2 of 74

```
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<FILENAME>k10.txt
<DESCRIPTION>HANSEN NATURAL CORPORATION 10-K 12/31/02
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2002

OR

[ ]TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

HANSEN NATURAL CORPORATION
(Exact name of Registrant as specified in its charter)

Delaware 39-1679918
(State or other jurisdiction of (I.R.S. Employer
incorporation or organization) Identification
No.)

1010 Railroad Street, Corona, California 92882
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (909) 739 - 6200

Securities registered pursuant to Section 12(b)
of the Act:

Name of each exchange
Title of each class on which registered
Not Applicable Not Applicable

Securities registered pursuant to Section 12(g)
of the Act:

Title of class
Common Stock, $0.005 par value per share

Indicate by check mark whether the Registrant: (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
Registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days. Yes [ X ]No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of the Registrant's knowledge, in definitive proxy or information

Exhibit 16
- 1 -
MEC019872

statements Case 2:17-cv-01605-KJM-JDP Document 41-2 Filed 10/04/18 Page 3 of 74 amendment to this Form 10-K. [ ]

Indicate by check mark whether the Registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2). Yes [ ] No [X]

The aggregate market value of the voting stock held by nonaffiliates of the Registrant was approximately $22,963,281 computed by reference to the sale price for such stock on the NASDAQ Small-Cap Market on March 3, 2003.

The number of shares of the Registrant's common stock, $0.005 par value per share (being the only class of common stock of the Registrant), outstanding on March 3, 2003 was 10,223,203 shares.

<PAGE>

HANSEN NATURAL CORPORATION

FORM 10-K

TABLE OF CONTENTS

Item Number                                               Page Number

PART I

1.    Business                                            3
2.    Properties                                       15
3.    Legal Proceedings                          15
4.    Submission of Matters to a Vote of Security Holders    16

PART II

5.    Market for the Registrant's Common Equity and Related
        Shareholder Matters                   16
6.    Selected Consolidated Financial Data        18
7.    Management's Discussion and Analysis of Financial
        Condition and Results of Operations        18
7a.   Qualitative and Quantitative Disclosures about Market Risks    30
8.    Financial Statements and Supplementary Data    30
9.    Changes in and Disagreements with Accountants on
        Accounting and Financial Disclosure        30

PART III

10.   Directors and Executive Officers of the Registrant    30
11.   Executive Compensation                   32
12.   Security Ownership of Certain Beneficial Owners and Management    36
13.   Certain Relationships and Related Transactions    38
14.   Controls and Procedures                39

PART IV

15.   Exhibits, Financial Statement Schedules and Reports on Form 8-K    39

      Signatures and Certifications            40

Exhibit 16

- 2 -

MEC019873

PART I

ITEM 1.  BUSINESS

Overview

     Hansen Natural  Corporation was incorporated in Delaware on April 25, 1990.
Its principal place of business is at 1010 Railroad Street,  Corona,  California
92882 and its  telephone  number is (909)  739-6200.  When this  report uses the
words "Hansen",  "HBC", "the Company",  "we", "us", and "our", these words refer
to Hansen Natural  Corporation and our  subsidiaries  other than Hard e Beverage
Company ("HEB"), unless the context otherwise requires.

     We are a holding company and carry on no operating  business except through
our direct wholly owned subsidiaries,  Hansen Beverage Company ("HBC") which was
incorporated  in  Delaware  on June 8, 1992 and HEB which  was  incorporated  in
Delaware on April 30, 1990.  HBC  generates  substantially  all of our operating
revenues.

Corporate History

     In the 1930's,  Hubert Hansen and his three sons started a business to sell
fresh  non-pasteurized  juices  in  Los  Angeles,  California.  This  business
eventually became Hansen's Juices,  Inc., which subsequently became known as The
Fresh  Juice  Company of  California,  Inc.  ("FJC").  FJC  retained  the right to
market and sell fresh  non-pasteurized  juices  under the Hansen  trademark.  In
1977, Tim Hansen, one of the grandsons of Hubert Hansen,  perceived a demand for
pasteurized  natural  juices and juice  blends that are shelf  stable and formed
Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include
Hansen's(R)  Natural  Sodas.  California  Co-Packers  Corporation  (d/b/a/ Hansen
Beverage Company) ("CCC") acquired certain assets of HFI, including the right to
market the  Hansen's(R)  brand name,  in January 1990.  On July 27,  1992,  HBC
acquired the  Hansen's(R)  brand natural soda and apple juice business from CCC.
Under our ownership, the Hansen beverage business has significantly expanded and
currently  includes a wide range of beverages  within the growing  "alternative"
beverage  category.  As will  appear  more  fully  from  the  section  headed
"Intellectual Property" below, in September 1999 we acquired all of FJC's rights
to manufacture,  sell and distribute fresh  non-pasteurized juice products under
the Hansen's(R) trademark together with certain additional rights. In 2000, HBC,
through its wholly-owned subsidiary, Blue Sky Natural Beverage Co. ("Blue Sky"),
which was  incorporated  in Delaware on September 8, 2000,  acquired the natural
soda  business  previously  conducted  by Blue Sky Natural  Beverage  Co., a New
Mexico  corporation  ("BSNBC"),  under the Blue Sky(R) trademark.  In 2001, HBC,
through its  wholly-owned  subsidiary  Hansen Junior  Juice Company,  ("Junior
Juice"),  which was incorporated in Delaware on May 7, 2001, acquired the Junior
Juice business  previously  conducted by Pasco Juices,  Inc. ("Pasco") under the
Junior Juice(R) trademark.

Industry Overview

     The alternative  beverage category combines  non-carbonated  ready-to-drink
iced teas, lemonades, juice cocktails, single serve juices,  ready-to-drink iced
coffees,  energy drinks,  sports drinks, soy drinks and single-serve still water
(flavored and  unflavored)  with "new age"  beverages,  including sodas that are
considered  natural,  sparkling  juices  and  flavored  sparkling  waters.  The
alternative  beverage  category is the fastest  growing  segment of the beverage
marketplace according to Beverage Marketing  Corporation.  Sales in 2002 for the
alternative beverage category of the market are estimated at approximately $13.2
billion at wholesale,  representing a growth rate of approximately  13% over the

**Exhibit 16**
**- 3 -**

MEC019874

Case 2:17-cv-01605-JLR-DB Document 41-2 Filed 10/04/18 Page 5 of 74

estimated wholesale revenues in 2001 for all 3rd quarter beverages (Source: Beverage Marketing
Corporation).

3

<PAGE>

## Products

We market, sell and distribute "alternative" beverage category natural
sodas, fruit juices, energy drinks and energy sports drinks, fruit juice and soy
smoothies, "functional drinks", sparkling lemonades and orangeades,
non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, children's
multi-vitamin juice drinks and non-carbonated lightly flavored energy waters
under the Hansen's(R) brand name. We also market, sell and distribute energy
drinks under the Monster(TM) brand name. In addition, we market nutrition bars
and cereals under the Hansen's(R) brand name. We also market, sell and
distribute, natural sodas, premium natural sodas with supplements, organic
natural sodas, seltzer waters and energy drinks under the Blue Sky(R) brand
name. Our fruit juices for toddlers are marketed under the Junior Juice(R) brand
name. Our malt-based drinks are marketed under the Hard e(TM) brand name.

Natural Sodas. Hansen's natural sodas have been a leading natural soda
brand in Southern California for the past 25 years. In 2002, according to
Information Resources, Inc.'s Analyzer Reports for California, our natural sodas
recorded the highest sales among comparable carbonated new age category
beverages measured by unit volume in the California market. Our natural sodas
are currently available in thirteen regular flavors consisting of mandarin lime,
key lime, grapefruit, raspberry, creamy root beer, vanilla cola, cherry vanilla
creme, orange mango, kiwi strawberry, tropical passion, black cherry, ginger ale
and tangerine. In early 2001, we introduced a new line of diet sodas using
Splenda(R) sweetener as the primary sweetener. We initially introduced this line
in four flavors: peach, black cherry, tangerine lime, and kiwi strawberry and
have since added a fifth flavor, ginger ale. Our natural sodas contain no
preservatives, sodium, caffeine or artificial coloring and are made with high
quality natural flavors, citric acid and high fructose corn syrup or, in the
case of diet sodas, with Splenda(R) and Acesulfame-K. We package our natural
sodas in 12-ounce aluminum cans. In 2002, we introduced a line of natural mixers
in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale.

In January 1999, we introduced a premium line of Signature Sodas in unique
proprietary 14-ounce glass bottles. This line was marketed under the Hansen's(R)
brand name, primarily through our distributor network, in six flavors. In early
2003 we repositioned this line into lower cost 12-ounce glass packaging and
intend to market our repositioned Signature Soda line at lower price points
directly to our retail customers such as grocery chains, club stores, specialty
retail chains and mass merchandisers and to the health food sector through
specialty health food distributors ( hereinafter together referred to as our "
direct retail customers " ). Signature Soda is available in 12-ounce glass
bottles in five flavors: orange creme, vanilla creme, ginger beer, sarsaparilla
and black cherry.

In September 2000, we acquired the Blue Sky Natural Soda business from
BSNBC. Our Blue Sky product line comprises natural sodas, premium sodas, organic
natural sodas, seltzer water and energy drinks. Blue Sky(R) natural sodas are
available in thirteen regular flavors consisting of lemon lime, grapefruit,
cola, root beer, raspberry, cherry vanilla creme, truly orange, Jamaican ginger
ale, black cherry, orange creme, Dr. Becker, grape and private reserve cream
soda. We also offer a Blue Sky(R) product line of premium line of natural sodas,
which contain supplements such as ginseng. This line is currently available in
six flavors consisting of ginseng creme, ginseng cola, ginseng root beer,
ginseng very berry creme, ginseng ginger ale, and ginseng cranberry-raspberry.

**Exhibit 16**

**- 4 -**

MEC019875

Case 2:17-cv-01605-kJM-DP Document 41-2 Filed 10/04/18 Page 6 of 74

During 1999, issue sky(R) non-carbonated line of natural sodas, which are currently available in six flavors consisting of prime lime cream, new century cola, orange divine, ginger gale, black cherry cherish, and root beer. We also market a seltzer water under the Blue Sky(R) label in three flavors: natural, lime and lemon. In 2002, we introduced a lightly carbonated Blue Sky(R) energy drink in an 8.3-ounce slim can. The Blue Sky(R) products contain no preservatives, sodium or caffeine (other than in the case of the energy drink) or artificial coloring and are made with high quality natural flavors. Blue Sky(R) natural sodas and seltzer waters are currently packaged in 12-ounce aluminum cans and are marketed primarily to our direct retail customers.

In 2001, we introduced a new line of sparkling lemonades (regular and pink) and orangeades in unique proprietary 1-liter glass bottles and towards the end of 2002, we introduced diet versions of our regular sparkling lemonades and orangeades, also in 1-liter glass bottles. The sparkling lemonades and orangeades contain real juice and pulp. In 2003, we plan to extend this line into unique proprietary 12-ounce glass bottles. This product line will be marketed to our direct retail customers.

4

<PAGE>

Hansen's Energy Drinks. In 1997, we introduced a lightly carbonated citrus flavored Hansen's(R) energy drink. Our energy drink competes in the "functional" beverage category, namely, beverages that provide a real or perceived benefit in addition to simply delivering refreshment. We currently offer our energy drink in three versions: original citrus, tropical and wild berry. We also offer additional functional drinks including a ginger flavored d-stress(R) drink, an orange flavored b-well(TM) drink, and a guarana berry flavored stamina(R) drink, a grape flavor power drink, and a berry-flavored slim down drink that contains no calories. Each of our energy and functional drinks contain different combinations of vitamins, minerals, nutrients, herbs and supplements ("supplements"). Our energy drinks and functional drinks are sold in 8.3-ounce cans and bottles. In 2001, we introduced Energade(R), a non-carbonated Energy sports drink in 23.5-ounce cans in two flavors, citrus and orange, and subsequently introduced a third flavor, red rocker. We also introduced E2O Energy Water(TM), a non-carbonated lightly flavored water, in 24-ounce blue polyethylene terephthalate ("P.E.T.") plastic bottles, in four flavors, tangerine, apple, berry and lemon. In 2002, we expanded our E2O Energy Water line with four additional flavors in clear P.E.T. plastic bottles, mango melon, kiwi strawberry, grapefruit and green tea. Our Energade(R) and E2O Energy Water(TM) drinks also contain different combinations and levels of supplements. At the end of 2002, we introduced a lightly carbonated diet energy drink in 8.3-ounce cans under the Hansen's(R) Diet Red brand name. Our Diet Red energy drink is sweetened with Splenda and Acesulfame-K. We market our energy, Diet Red energy, Energade and E2O Energy Water drinks in clear bottles through our full service distributor network. We market our E2O Energy Water drinks in blue bottles to our direct retail customers.

Monster Energy Drinks. In 2002, we launched a new lightly carbonated energy drink under the Monster(TM) brand name, in a 16-ounce can, which is almost double the size of our regular energy drinks in 8.3-ounce cans and the vast majority of competitive energy drinks currently on the market. Our Monster(TM) brand energy drink contains different types and levels of supplements than our Hansen's(R) energy drinks and is marketed through our full service distributor network.

Juice Products and Smoothies. Our fruit juice product line includes Hansen's(R) Natural Old Fashioned Apple Juice which is packaged in 64-ounce P.E.T. plastic bottles and 128-ounce polypropylene bottles and Apple Strawberry, Apple Grape and Apple Cranberry juice blends in 64-ounce P.E.T. plastic bottles.

**Exhibit 16**
**- 5 -**

MEC019876

Mistic, Arizona, Clearly Canadian, SoBe, Snapple, Nantucket Nectars, Vitamin Water, Fuse, VeryFine, V8 Splash, Calistoga, Propel Fitness Water, AquaFina, Dasani, Reebok, and Crystal Geyser brands. Due to the rapid growth of the alternative beverage segment of the beverage marketplace, certain large companies such as The Coca-Cola Company and PepsiCo, Inc. have introduced products in that market segment which compete directly with our products such as Nestea, Fruitopia, Lipton, Propel, AquaFina, Dasani, Adrenaline Rush, Amp, KMX and Dole. Our products also compete with private label brands such as those carried by grocery store chains and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's nectars, V8 Splash Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and P.E.T. bottles ranging from 8- to 48 ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland and also with other brands of apple juice and juice blends, especially store brands.

10

<PAGE>

Our energy drinks, including Hansen's(R) Diet Red and Monster(TM) energy in 8.3- and 16-ounce cans, compete directly with Red Bull, Adrenaline Rush, Amp, 180, KMX, Venom, Extreme Energy Shot, Rockstar, Red Devil, Lipovitan, MET-Rx, Hype, XTC, and many other brands and our other functional drinks compete directly with Elix, Lipovitan, MET-Rx, Think, and other brands.

Our E2O Energy WaterTM and still water products compete directly with Vitamin Water, Reebok, Propel, Dasani, Evian, Crystal Geyser, Naya, Palomar Mountain, Sahara, Arrowhead, Dannon, and other brands of still water especially store brands.

The nutrition food bar and cereal categories as well as flavored malt-based drink categories are also highly competitive. Principal areas of competition are pricing, packaging, development of new products and flavors and marketing campaigns. Our cereals compete with traditional cereals of companies such as Kellogg's, General Mills, Kashi and Nature Valley, and our nutrition food bars compete with products of other independent bar companies such as Power Bar, Balance Bar, Gatorade, Kashi, Cliff Bar, MET-Rx, and numerous other bars.

Our Hard e product competes directly with wine coolers, such as Seagram's and Bartles and James and flavored low alcohol beverages such as Mike's Hard Lemonade, Hooper's Hooch, Doc Otis Hard Lemonade, Smirnoff Ice, Skyy Blue/Blue Skyy, Zima and Rick's Spiked Lemonade and other flavored malt and alcohol based drinks. Many of these products are produced by large national and international manufacturers, most of which have substantially greater financial, marketing and distribution resources than Hansen. Such companies include Anheuser Busch, Miller Brewing Company, Coors, Gallo Winery, and Diageo plc.

Sales and Marketing

We focus on consumers who seek products that are perceived to be natural and healthy and emphasize the natural ingredients and the absence of preservatives, sodium, artificial coloring and caffeine in our beverages (other than our energy drinks) and the addition to most of our products, of one or more supplements. We reinforce this message in our product packaging. Our marketing strategy with respect to our nutrition food bars and cereals is similarly to

**Exhibit 16**

**- 6 -**

MEC019883

focus on consumers who seek bars and cereals that are perceived to be natural and healthy. We emphasize the natural ingredients and the absence of preservatives and, in the case of the cereals, the fact that they are G.M.O. free. Our marketing strategy with respect to our Hard e product is to focus on adult consumers who seek an alcohol-based beverage that is good tasting, fashionable and meets consumers' needs.

Our sales and marketing strategy is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events in respect of all our beverage, food and alcoholic beverage products. We use our branded vehicles and other promotional vehicles at events at which we distribute our products to consumers for sampling. We utilize "push-pull" tactics to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products including advertising, in store promotions and in store placement of point of sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public figures, coupons, sampling and sponsorship of selected causes such as breast cancer research as well as sports figures and sporting events such as the Hansen's Energy Pro Pipeline Surfing competition, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, freestyle motor cross, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, Mountain Biking, etc. and also participate in product demonstrations, food tasting and other related events. Posters, print, radio and television advertising together with price promotions and coupons are also used extensively to promote the Hansen's(R) brand.

Management continues to believe that one of the keys to success in the beverage industry is differentiation; such as making Hansen's(R) products clearly distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products were redesigned in an endeavor to develop a new system to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

11

<PAGE>

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam(TM) line of children's multi-vitamin juice drinks, Costco has undertaken sole responsibility for the marketing of the Juice Blast(R) line.

We increased expenditures for our sales and marketing programs by approximately 26% in 2002 compared to 2001. As of February 28, 2003, we employed 63 employees in sales and marketing activities.

Customers

Our customers are typically retail and specialty chains, club stores, mass merchandisers, full service beverage distributors and health food distributors. In 2002, sales to retailers represented 56% of our revenue, sales to full service distributors represented 26% of our revenue, and sales to health food distributors represented 11% of our revenue.

Our major customers include Costco, Trader Joe's, Sam's Club, Vons, Ralph's, Wal-Mart, Safeway and Albertson's. One customer, Costco (which purchases different products of Hansen's regionally and one product nationally), accounted for approximately 18% of our sales in 2002. A decision by that

**Exhibit 16**
**- 7 -**
MEC019884

Case 2:17-cv-01605-KJM-DB Document 41-2 Filed 10/04/18 Page 9 of 74

customer or any other major customer to decrease its amount purchased from the
Company or to cease carrying our products could have a material negative effect
on our financial condition and consolidated results of operations.

Seasonality

    Sales of ready-to-drink beverages are somewhat seasonal, with the second
and third calendar quarters accounting for the highest sales volumes. The volume
of sales in the beverage business may be affected by weather conditions. Sales
of our beverage products may become increasingly subject to seasonal
fluctuations as more sales occur outside of California. Certain beverages are
more seasonal than others i.e. E2O Energy Water and natural sodas as compared to
apple juice and children's multi-vitamin juices.

Intellectual Property

    We own numerous trademarks that are very important to our business.
Depending upon the jurisdiction, trademarks are valid as long as they are in use
and/or their registrations are properly maintained and they have not been found
to have become generic. Registrations of trademarks can generally be renewed as
long as the trademarks are in use. We also own the copyright in and to numerous
statements made and content appearing on the packaging of our products.

    The Hansen's(R) trademark is crucial to our business. This trademark is
registered in the U.S. Patent and Trademark Office and in various countries
throughout the world. The Hansen's(R) trademark is owned by us and was acquired
from a trust (the "Trust") which was created by an agreement between HBC and the
predecessor company of Fresh Juice Company of California ("FJC") (the "Agreement
of Trust"). The Trust licensed to HBC in perpetuity on an exclusive world-wide
royalty-free basis the right to use the Hansen's(R) trademark in connection with
the manufacture, sale and distribution of carbonated beverages and waters and
shelf stable fruit juices and drinks containing fruit juices. In addition, the
Trust licensed to HBC, in perpetuity, on an exclusive world-wide basis, the
right to use the Hansen's(R) trademark in connection with the manufacture, sale
and distribution of certain non-carbonated beverages and water in consideration
of royalty payments. There was a similar license agreement between the Trust and
HBC with regard to non-beverage products. No royalties were payable on sodas,
Energy drinks, juices, lemonades, juice cocktails, fruit juice Smoothies, the
Signature Soda line or on the children's multi-vitamin juice drinks. As
explained below, no royalty expenses were incurred during 2002, 2001 or 2000.

                                      12

<PAGE>

    HBC, FJC's predecessor and the Trust also entered into a Royalty Sharing
Agreement pursuant to which royalties payable by third parties procured by FJC
or its predecessor or HBC are initially shared between the Trust and HBC and,
after a specified amount of royalties have been received, are shared equally
between HBC and FJC. Under the terms of the Agreement of Trust, FJC receives
royalty income paid to the Trust in excess of Trust expenses and a reserve
therefor.

    Effective September 22, 1999, we entered into an Assignment and Agreement
with FJC pursuant to which we acquired exclusive ownership of the Hansen's(R)
trademark and trade names. Under the Assignment and Agreement, among other
matters, we acquired all FJC's rights as grantor and beneficiary of the Trust,
all FJC's rights as licensee under certain license agreement pursuant to which
FJC has the right to manufacture, sell and distribute fresh juice products under
the Hansen's(R) trademark and all FJC's rights under the Royalty Sharing
Agreement referred to above, as well as certain additional rights, for a total

Exhibit 16
- 8 -
MEC019885

consideration of $775,000 payable over fifteen years. As permitted to
continue to manufacture, sell and distribute fresh juice products under the
Hansen's(R) trademark for a period of five years. Consequently, we now have full
ownership of the Hansen's(R) trademark and our obligation to pay royalties to,
and to share royalties with, FJC has been terminated. As of December 31, 2002,
the total consideration had been paid to FJC and no further amounts are payable
to FJC.

We have applied to register a number of trademarks in the United States
including, but not limited to, Hard e(TM), A New Kind a Buzz(TM), Monster(TM),
Monster Energy (TM), Unleash the Beast (TM), Blue energy(TM) and Energy
hydration system(TM).

We own in our own right, a number of trademarks including, but not limited
to, Hansen's(R), Hansen's energy(R), Energade(R), Hansen's E20 Energy Water(R),
Hansen's slim-down(R), THE REAL DEAL(R), LIQUIDFRUIT(R), Imported from
Nature(R), California's Natural Choice(R), California's Choice(R), Medicine
Man(R), Dyna Juice(R), Equator(R), Hansen's power(R), bewell(R), anti-ox(R),
d-stress(R), stamina(R), Aqua Blast(R), Antioxjuice(R) Intellijuice(R),
Defense(R), Immunejuice(R), Hansen's Natural Multi-Vitamin Juice Slam(R) and
Juice Blast(R) in the United States and the Hansen's(R) and "Smoothie(R)"
trademarks in a number of countries around the world.

In September 2000, in connection with the acquisition of the Blue Sky
Natural Beverage business, we, through our wholly owned subsidiary Blue Sky,
acquired the Blue Sky trademark, which is registered in the United States and
Canada.

In May 2001, in connection with the acquisition of the Junior Juice
Beverage business, we, through our wholly owned subsidiary Junior Juice,
acquired the Junior Juice(R) trademark, which is registered in the United
States.

On April 4, 2000, the United States Patent and Trademark Office issued a
patent to us for an invention related to a shelf structure (rolling rack) and,
more particularly, a shelf structure for a walk-in cooler. Such shelf structure
is utilized by us to secure shelf space for and to merchandise our energy and
functional drinks in 8.3-ounce slim cans in refrigerated Visi coolers and
walk-in coolers in retail stores.

Government Regulation

The production, distribution and sale in the United States of many of our
products is subject to the Federal Food, Drug and Cosmetic Act; the Dietary
Supplement Health and Education Act of 1994; the Occupational Safety and Health
Act; various environmental statutes; and various other federal, state and local
statutes and regulations applicable to the production, transportation, sale,
safety, advertising, labeling and ingredients of such products.

In connection with Hard e, the production and marketing of alcoholic
beverages is subject to the rules and regulations of the Bureau of Alcohol,
Tobacco and Firearms and in each state, is also subject to the rules and
regulations of state regulatory agencies. The Bureau of Alcohol, Tobacco and
Firearms and state regulatory agencies also regulate the labeling of containers
containing alcoholic beverages including, without limitation, statements
concerning product name and ingredients as well as advertising and marketing, in
connection therewith.

13

<PAGE>

**Exhibit 16**
**- 9 -**

MEC019886

by security holders

Equity compensation plans not
approved by security holders
-                                                -                    -

      ---------------------------------------------------------
------------------

Total                                        1,501,900            $3.29
1,497,500

==============================================================================
</TABLE>

                                        17

<PAGE>

ITEM 6.  SELECTED CONSOLIDATED FINANCIAL DATA

     The consolidated statements of operations data set forth below with respect
to each of the years ended  December 31, 1998 through 2002 and the balance sheet
data as of  December 31, for  the years  indicated, are  derived from  our
consolidated  financial statements audited by Deloitte & Touche LLP, independent
auditors,  and should be read in conjunction with those financial statements and
notes thereto  included  elsewhere in this and in the 1998,  1999, 2000 and 2001
Forms 10-K.

| (in thousands, except per share information) | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| Gross Sales | $115,490 | $99,693 | $86,072 | $77,793 | $58,479 |
| Net sales | $ 92,046 | $80,658 | $71,706 | $66,184 | $48,628 |
| Net income | $ 3,029 | $ 3,019 | $ 3,915 | $ 4,478 | $ 3,563 |
| Net income per Common share | | | | | |
|   Basic | $ 0.30 | $ 0.30 | $ 0.39 | $ 0.45 | $ 0.38 |
|   Diluted | $ 0.29 | $ 0.29 | $ 0.38 | $ 0.43 | $ 0.34 |
| Total assets | $ 40,102 | $38,561 | $38,958 | $28,709 | $22,557 |
| Long-term debt | $ 3,606 | $ 5,851 | $ 9,732 | $ 903 | $ 1,335 |

ITEM 7. MANAGEMENT'S  DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS
OF OPERATIONS

     You  should  read the  following  discussion  together  with the  financial
statements  and the related  notes  included  elsewhere in this Form 10-K.  This
discussion  contains  forward-looking  statements that are based on management's
current  expectations,  estimates  and projections  about  our business  and
operations.  Our actual  results  may  differ  materially  from those  currently
anticipated and expressed in such forward-looking statements.

General

     During 2002, we continued to expand our existing  product lines and further
develop our  markets.  In  particular,  we continue to focus on  developing  and
marketing  beverages  that  fall within the  category  generally  described as the
"alternative" beverage category, with particular emphasis on energy type drinks.

     We achieved  record  sales in 2002.  The increase in gross and net sales in
2002 was primarily attributable to sales of our Monster (TM) energy drink, which
was introduced in April 2002, as well as increased  sales of Natural Sodas, E2O

                                   Exhibit 16
                                     - 10 -
                                                                       MEC019891

Energy Water™, which was introduced in June 2001, Energade(R) energy sports drinks which were introduced in July 2001, apple juice, and Soy Smoothies, which were introduced in December 2001. We also benefited to a lesser extent from increased sales of the children's multi-vitamin juice drinks and Junior Juice(R), which trademark was acquired in May 2001. The increase in gross and net sales was partially offset by decreased sales of Signature Soda, Smoothies, Hard e, functional drinks and teas, lemonades and cocktails.

During 2002, sales outside of California represented 42% of our aggregate sales, as compared to approximately 39% of our aggregate sales in 2001. Sales to distributors outside the United States during 2002 amounted to $1,242,000 compared to $1,233,000 in 2001.

18

<PAGE>

In 2002, we introduced a diet ginger ale, natural mixers, Monster(TM) energy, E2O Energy Water in 24-ounce clear P.E.T. plastic bottles, a 100% sparkling Apple Cider, a Diet Red energy drink, a Blue Sky(R) energy drink and diet sparkling Lemonades and Orangeades. We also introduced a line of diet Natural Sodas in 12-ounce cans at the end of 2000/beginning of 2001 and an additional flavor, Ginger Ale, to our regular natural soda line in 2001. In addition, in 2001, we also introduced our original energy drink in 8.3-ounce glass bottles, two additional energy drinks in 8.3-ounce slim-cans, sparkling lemonades and orangeades in 1-liter glass bottles, Medicine Man(R) in glass bottles, Energade(R) in 23.5-ounce cans, E2O Energy Water in 24-ounce blue P.E.T. plastic bottles, Soy Smoothies in 1-liter and 11-ounce aseptic packaging, additional juice blends in 64-ounce P.E.T. bottles, fruit juice Smoothies in 16-ounce P.E.T. bottles, functional nutrition bars and active nutrition bars. In 2002, we discontinued our smoothie line in 64-ounce P.E.T. bottles and converted our smoothie products in 12-ounce glass bottles to 16-ounce P.E.T. plastic bottles. We also discontinued our entire Healthy Start/Silver Foxes 100% juice line in glass and P.E.T. plastic bottles and the Medicine Man(R) line. At the beginning of 2003, we repackaged our Signature Soda line into new lower cost glass packaging.

Sales of our dual-branded 100% juice line named "Juice Blast(R)", which was launched in conjunction with Costco and is sold nationally through Costco stores, were slightly higher in 2002 than in 2001. We have, in conjunction with Costco, introduced new flavors in place of certain of the existing flavors and will continue to introduce new flavors in an effort to ensure that the variety pack remains fresh and different for consumers.

In September 2000, HBC, through its wholly owned subsidiary Blue Sky, acquired the Blue Sky(R) Natural Soda business. The Blue Sky(R) Natural Soda brand is the leading natural soda in the health food trade. Blue Sky offers natural sodas, premium natural sodas with added ingredients such as Ginseng and anti-oxidant vitamins, organic sodas and seltzer waters in 12-ounce cans.

In May 2001, HBC, through its wholly owned subsidiary Junior Juice, acquired the Junior Juice(R) beverage business. The Junior Juice(R) product line is comprised of a line of 100% juices packed in 4.23-ounce aseptic packages and is targeted at toddlers.

During 2002, we entered into several new distribution agreements for the sale of our products, both within and outside the United States. As discussed under "ITEM 1 BUSINESS - MANUFACTURE and DISTRIBUTION", we anticipate that we will continue building our national sales force in 2003 to support and grow the sales of our products.

**Exhibit 16**
**- 11 -**

MEC019892

Further, during 2002, we, through our wholly owned subsidiary, HBC,
continued to market a malt-based beverage called Hard e, which contains up to 5%
alcohol. The Hard e product is not marketed under the Hansen's(R) name.

   We continue to incur  expenditures  in connection  with the development and
introduction of new products and flavors.

Results of Operations  for the Year Ended December 31, 2002 Compared to the Year
Ended December 31, 2001

   Gross Sales.  For the year ended December 31, 2002, gross sales were $115.5
million,  an increase of $15.8 million or 15.8% higher than gross sales of $80.7
million for the year ended  December  31, 2001.  The increase in gross sales is
primarily  attributable to the  introduction of new products and increased sales
of certain of our existing products as discussed below in "Net Sales".

   Net  Sales.  For the year ended  December  31, 2002, net sales were $92.0
million,  an increase of $11.3  million or 14.1% higher than net sales of $80.7
million for the year ended  December  31, 2001.  The  increase in net sales was
primarily  attributable  to sales of our Monster  (TM) energy  drink, which was
introduced  in April 2002,  as well as  increased  sales of Natural  Sodas, E2O
Energy  Water,  which was  introduced  in June 2001,  Energade(R)  energy sports

                                   19

<PAGE>

drinks,  which were  introduced  in July 2001,  apple juice,  and  Soy  Smoothies,
which were  introduced in December  2001.  We also  benefited to a lesser extent
from  increased  sales of the  children's  multi-vitamin  juice drinks,  Junior
Juice(R),  which was  acquired  in May 2001,  and  smoothies  in P.E.T.  plastic
bottles.  The increase in net sales was partially  offset by decreased  sales of
Signature  Soda, Hard e, functional  drinks,  teas,  lemonades and cocktails and
smoothies  in cans  as  well  as  an  increase  in  discounts,  allowances  and
promotional payments, notably higher coupon costs.

   Gross Profit.  Gross profit was $33.2  million for the year ended  December
31,  2002,  an increase of $4.3  million or 15.2% over the $28.9  million  gross
profit for the year ended December 31, 2001. Gross profit as a percentage of net
sales was 36.1% for the year ended  December  31, 2002 which was slightly  higher
than  gross  profit as a  percentage  of net  sales of 35.8% for the year  ended
December 31, 2001.  The increase in gross profit was primarily  attributable  to
increased  net  sales. Although  a greater  percentage  of our sales  comprised
products having higher gross margins than the prior year, the increase in profit
margins was reduced by higher promotional payments and allowances to promote our
products notably higher coupon costs.

   Total Operating  Expenses.  Total operating expenses were $28.0 million for
the year ended  December  31, 2002,  an increase of $4.7  million or 19.9% over
total operating  expenses of $23.3 million for the year ended December 31, 2001.
Total  operating  expenses as a percentage of net sales  increased to 30.4 % for
the year ended  December  31, 2002,  from 28.9% for the year ended  December  31,
2001. The increase in total  operating  expenses was primarily  attributable  to
increased selling,  general and administrative  expenses.  The increase in total
operating  expenses as a percentage of net sales was primarily  attributable  to
the  comparatively  larger  increase  in  selling,  general  and  administrative
expenses than the increase in net sales.

   Selling,  General and Administrative.  Selling,  general and administrative
expenses were $27.9 million for the year ended December 31, 2002, an increase of
$5.1 million or 22.3% over selling, general and administrative expenses of $22.8

Exhibit 16
- 12 -

MEC019893

million for the year ended December 31, 2001. Selling, general and
administrative expenses as a percentage of net sales increased to 30.3% for the
year ended December 31, 2002 from 28.3% for the year ended December 31, 2001.
Selling expenses were $16.1 million for the year ended December 31, 2002, an
increase of $3.7 million or 29.9% over selling expenses of $12.4 million for the
year ended December 31, 2001. Selling expenses as a percentage of net sales
increased to 17.4% for the year ended December 31, 2002 from 15.3% for the year
ended December 31, 2001. The increase in selling expenses was primarily
attributable to increased distribution (freight) and storage expenses,
advertising, point-of-sale materials and merchandise displays, in-store
demonstrations and graphic design. The increase in selling expenses was
partially offset by a decrease in expenditures for premiums. General and
administrative expenses were $11.8 million for the year ended December 31, 2002,
an increase of $1.4 million or 13.3% over general and administrative expenses of
$10.4 million for the year ended December 31, 2001. General and administrative
expenses as a percentage of net sales were 12.9% for the year ended December 31,
2002 which was comparable to the year ended December 31, 2001. The increase in
general and administrative expenses was primarily attributable to an increase in
payroll costs, charitable contributions, fees paid for legal and accounting
services and increased travel expenses as well as other general and
administrative expenses. The decrease in general and administrative expenses as
a percentage of net sales was primarily attributable to the increase in net
sales and the comparatively lower increase in payroll costs.

     Amortization of Trademark License and Trademarks. Amortization of trademark
license and trademarks was $55,000 for the year ended December 31, 2002, a
decrease of $452,000 from amortization of trademark license and trademarks of
$507,000 for the year ended December 31, 2001. The decrease in amortization of
trademark license and trademarks was due to the adoption of Statement of
Financial Accounting Standards ("SFAS") No. 142 in the first quarter of 2002
(Note 2 of the financial statements) which eliminated amortization on
indefinite-lived intangible assets.

                                       20

<PAGE>

     Operating Income. Operating income was $5.3 million for the year ended
December 31, 2002, compared to $5.6 million for the year ended December 31,
2001. The $258,000 decrease in operating income was primarily attributable to
increased operating expenses, which was partially offset by increased gross
profit.

     Net Non-operating Expense. Net non-operating expense was $228,000 for the
year ended December 31, 2002, which was $291,000 lower than net non-operating
expense of $519,000 for the year ended December 31, 2001. Net non-operating
expense consists of interest and financing expense and interest income. Interest
and financing expense for the year ended December 31, 2002 was $231,000, as
compared to $528,000 for the year ended December 31, 2001. The decrease in
interest and financing expense was primarily attributable to decreased interest
expense incurred on our borrowings which was primarily attributable to the
decrease in outstanding loan balances and lower interest rates. Interest income
for the year ended December 31, 2002 was $3,000, as compared to interest income
of $9,000 for the year ended December 31, 2001. The decrease in interest income
was primarily attributable to a reduction in the cash available for investment
during the year ended December 31, 2002.

     Provision for Income Taxes. Provision for income taxes for the year ended
December 31, 2002 was $2.0 million which was comparable to the provision for
income taxes of $2.0 million for the year ended December 31, 2001. The effective
combined federal and state tax rate for 2002 was 40.2%, which was comparable to

**Exhibit 16**
**- 13 -**

MEC019894

the effective tax rate of 40.0% in 2001

    Net Income.  Net income was $3.0 million for the year ended  December  31,
2002,  which was  comparable to net income for the year ended December 31, 2001.
The $4.3 million  increase in gross profit and decrease in nonoperating  expense
of $291,000  for the year  ended  December  31,  2002 was  offset by  increased
operating expenses of $4.7 million.

Results of Operations  for the Year Ended December 31, 2001 Compared to the Year
Ended December 31, 2000

    Gross Sales.  For the year ended December 31, 2001,  gross sales were $99.7
million,  an increase of $13.6 million or 15.8% higher than gross sales of $86.1
million for the year ended  December  31,  2000.  The increase in gross sales is
primarily  attributable to the  introduction of new products and increased sales
of certain of our existing products as discussed below in "Net Sales".

    Net  Sales.  For the year ended  December  31,  2001,  net sales were $80.7
million,  an increase of $9.0  million or 12.5% higher than gross sales of $71.7
million for the year ended  December  31,  2000.  The  increase in net sales was
primarily  attributable to increased  sales of natural sodas,  Blue Sky(R) soda,
which was  acquired in  September  2000,  apple juice and sales of Junior  Juice,
which was  acquired in May 2001.  The  increase in sales was  attributable  to a
lesser extent to sales of Energade(R), which was introduced in July 2001 and E2O
Energy Water,  which was  introduced in June 2001. The increase in net sales was
partially  offset by decreased  sales of smoothies in glass and P.E.T.  bottles,
Signature Sodas,  children's  multi-vitamin juice drinks,  and teas, lemonade and
juice  cocktails  as well as increased  discounts,  allowances  and  promotional
payments.

    Gross Profit.  Gross profit was $28.9  million for the year ended  December
31, 2001, a decrease of $64,000 or 0.2% from the $29.0  million gross profit for
the year ended  December  31, 2000.  Gross  profit as a percentage  of net sales
decreased to 35.8% for the year ended  December  31, 2001 from 40.3% for the year
ended December 31, 2000. The decrease in gross profit was primarily attributable
to  increases  in discounts,  allowances  and  promotional  payments as well as
increased  cost of goods sold which was almost  wholly  offset by increased  net
sales.  The decrease in gross  profit as a percentage  of net sales is primarily
attributable  to slightly lower margins  achieved as a result of a change in our
product and customer mix.

    Total Operating  Expenses.  Total operating expenses were $23.3 million for
the year ended December 31, 2001, an increase of $1.3 million or 5.8% over total
operating  expenses of $22.0 million for the year ended December 31, 2000. Total

                                   21

<PAGE>

operating  expenses as a percentage of net sales decreased to 28.9% for the year
ended  December  31, 2001,  from 30.7% for the year ended  December 31, 2000. The
increase in total  operating  expenses was primarily  attributable  to increased
selling,  general and administrative  expenses.  The decrease in total operating
expenses as a percentage of net sales was primarily attributable to the increase
in net sales and the  comparatively  lower  increase  in selling,  general  and
administrative expenses.

    Selling,  General  and  Administrative  expenses.  Selling,  general  and
administrative expenses were $22.8 million for the year ended December 31, 2001,
an increase of $1.1  million or 5.3% over  selling,  general and  administrative
expenses of $21.7 million for the year ended December 31, 2000. Selling, general

Exhibit 16
- 14 -
MEC019895

```
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<FILENAME>k123103.txt
<DESCRIPTION>HNC 10K DECEMBER 31, 2003
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2003

OR

[  ]TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

HANSEN NATURAL CORPORATION
(Exact name of Registrant as specified in its charter)

Delaware 39-1679918
(State or other jurisdiction of (I.R.S. Employer
incorporation or organization) Identification No.)

1010 Railroad Street, Corona, California 92882
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (909) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

Name of each exchange
Title of each class on which registered
Not Applicable Not Applicable

Securities registered pursuant to Section 12(g) of the Act:

Title of class
Common Stock, $0.005 par value per share

Indicate by check mark  whether the  Registrant:  (1) has filed all reports
required to be filed by Section 13 or 15(d) of the  Securities  Exchange  Act of
1934  during  the  preceding  12 months  (or for such  shorter  period  that the
Registrant  was required  to file such reports),  and (2) has been subject to such
filing requirements for the past 90 days. Yes [ X ]No [ ]

Indicate by check mark if disclosure of delinquent  filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best  of  the  Registrant's  knowledge,  in  definitive  proxy  or  information
statements  incorporated  by  reference  in Part  III of this  Form  10-K or any
amendment to this Form 10-K. [ ]

Exhibit 16
- 15 -

MEC019957

Indicate by check mark whether the Registrant is an  accelerated  filer (as defined in Exchange Act Rule 12b-2). Yes [ ] No [X]

The aggregate market value of the voting stock held by nonaffiliates of the Registrant  was  $78,990,346  computed by  reference  to the  sale price for such stock on the NASDAQ Small-Cap Market on March 11, 2004.

The number of shares of the Registrant's common stock, $0.005 par value per share (being the only class of common stock of the  Registrant),  outstanding on March 11, 2004 was 10,448,417 shares.

<PAGE>

HANSEN NATURAL CORPORATION

FORM 10-K

TABLE OF CONTENTS

| Item Number | Page Number |
|---|---|
| **PART I** | |
| 1.  Business | 3 |
| 2.  Properties | 16 |
| 3.  Legal Proceedings | 16 |
| 4.  Submission of Matters to a Vote of Security Holders | 17 |
| **PART II** | |
| 5.  Market for the Registrant's Common Equity and Related Shareholder Matters | 17 |
| 6.  Selected Consolidated Financial Data | 18 |
| 7.  Management's Discussion and Analysis of Financial Condition and Results of Operations | 19 |
| 7a. Qualitative and Quantitative Disclosures about Market Risks | 35 |
| 8.  Financial Statements and Supplementary Data | 35 |
| 9.  Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 35 |
| 9a. Controls and Procedures | 35 |
| **PART III** | |
| 10.  Directors and Executive Officers of the Registrant | 36 |
| 11.  Executive Compensation | 38 |
| 12.  Security Ownership of Certain Beneficial Owners and Management | 43 |
| 13.  Certain Relationships and Related Transactions | 46 |
| 14.  Principal Accountant Fees and Services | 46 |
| **PART IV** | |
| 15.  Exhibits, Financial Statement Schedules and Reports on Form 8-K | 47 |
| Signatures | 48 |

2

**Exhibit 16**
**- 16 -**

MEC019958

PART I

ITEM 1.  BUSINESS

Overview

     Hansen Natural  Corporation was incorporated in Delaware on April 25, 1990.
Its principal place of business is at 1010 Railroad Street,  Corona,  California
92882 and its  telephone  number is (909)  739-6200.  When this  report uses the
words "Hansen",  "HBC", "the Company",  "we", "us", and "our",  these words refer
to Hansen Natural  Corporation and our  subsidiaries  other than Hard e Beverage
Company ("HEB"), unless the context otherwise requires.

     We are a holding company and carry on no operating  business except through
our direct wholly owned subsidiaries,  Hansen Beverage Company ("HBC") which was
incorporated in Delaware on June 8, 1992, and HEB,  formerly known as Hard Energy
Company,  and previously known as CVI Ventures,  Inc., which was incorporated in
Delaware on April 30, 1990.  HBC  generates  substantially  all of our operating
revenues.

Corporate History

     In the 1930's,  Hubert Hansen and his three sons started a business to sell
fresh  non-pasteurized  juices  in Los  Angeles,  California.  This  business
eventually  became Hansen's Juices,  Inc., which subsequently became known as The
Fresh Juice  Company of  California,  Inc. ("FJC").  FJC  retained the right to
market and sell fresh  non-pasteurized  juices under the Hansen  trademark.  In
1977, Tim Hansen, one of the grandsons of Hubert Hansen,  perceived a demand for
pasteurized  natural  juices and juice  blends that are shelf  stable and formed
Hansen Foods, Inc. ("HFI").  HFI expanded its product line from juices to include
Hansen's(R)  Natural  Sodas.  California  Co-Packers  Corporation  (d/b/a/ Hansen
Beverage Company) ("CCC") acquired certain assets of HFI, including the right to
market the  Hansen's(R)  brand name,  in January 1990.  On July 27,  1992,  HBC
acquired  the  Hansen's(R)  brand natural  soda and apple  juice business from CCC.
Under our ownership, the Hansen beverage business has significantly expanded and
includes a wide range of  beverages  within the growing  "alternative"  beverage
category.  As will  appear  more fully  from the  section  headed  "Intellectual
Property"  below,  in  September  1999 we  acquired  all of  FJC's  rights  to
manufacture,  sell and distribute fresh non-pasteurized juice products under the
Hansen's(R)  trademark  together with certain  additional  rights. In 2000, HBC,
through its wholly-owned  subsidiary,  Blue Sky Natural Beverage Co. ("Blue Sky"),
which was  incorporated  in Delaware on September 8, 2000,  acquired the natural
soda  business  previously  conducted  by Blue Sky Natural  Beverage  Co., a New
Mexico  corporation  ("BSNBC"),  under the Blue Sky(R) trademark.  In 2001, HBC,
through its  wholly-owned  subsidiary  Hansen  Junior  Juice  Company,  ("Junior
Juice"),  which was incorporated in Delaware on May 7, 2001, acquired the Junior
Juice business  previously  conducted by Pasco Juices,  Inc. ("Pasco") under the
Junior Juice(R) trademark.

Industry Overview

     The alternative  beverage category combines  non-carbonated  ready-to-drink
iced teas, lemonades, juice cocktails, single serve juices,  ready-to-drink iced
coffees,  energy drinks,  sports drinks, soy drinks and single-serve still water
(flavored and  unflavored)  with "new age"  beverages,  including sodas that are
considered  natural,  sparkling  juices  and  flavored  sparkling  waters.  The
alternative  beverage  category is the fastest  growing  segment of the beverage
marketplace according to Beverage Marketing  Corporation.  Sales in 2003 for the

Exhibit 16
- 17 -                                                    MEC019959

alternative beverage category by the market at an estimated retail approximate $19.1 billion at wholesale, representing a growth rate of approximately 5.9% over the revised estimated wholesale sales in 2002 of approximately $13.3 billion. (Source: Beverage Marketing Corporation).

3

<PAGE>

Products

     We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices, energy drinks and energy sports drinks, fruit juice and soy smoothies, "functional drinks", sparkling lemonades and orangeades, non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, children's multi-vitamin juice drinks and non-carbonated lightly flavored energy waters under the Hansen's(R) brand name. We also market, sell and distribute energy drinks under the Monster(TM) brand name. In addition, we market nutrition bars and cereals under the Hansen's(R) brand name. We also market, sell and distribute, natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters and energy drinks under the Blue Sky(R) brand name. Our fruit juices for toddlers are marketed under the Junior Juice(R) brand name. Our malt-based drinks are marketed under the Hard e(R) brand name.

     Natural Sodas. Hansen's natural sodas have been a leading natural soda brand in Southern California for the past 25 years. In 2003, according to Information Resources, Inc.'s Analyzer Reports for California, our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Our natural sodas are available in thirteen regular flavors consisting of mandarin lime, key lime, grapefruit, raspberry, creamy root beer, vanilla cola, cherry vanilla creme, orange mango, kiwi strawberry, tropical passion, black cherry, ginger ale and tangerine. In early 2001, we introduced a new line of diet sodas using Splenda(R) sweetener as the primary sweetener. We initially introduced this line in four flavors: peach, black cherry, tangerine lime, and kiwi strawberry and have since added two additional flavors, ginger ale and creamy root beer. Our natural sodas contain no preservatives, sodium, caffeine or artificial coloring and are made with high quality natural flavors, citric acid and high fructose corn syrup or, in the case of diet sodas, with Splenda(R) and Acesulfame-K. We package our natural sodas in 12-ounce aluminum cans. In 2002, we introduced a line of natural mixers in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale.

     In January 1999, we introduced a premium line of Signature Sodas in unique proprietary 14-ounce glass bottles. This line was marketed under the Hansen's(R) brand name, primarily through our distributor network, in six flavors. In early 2003 we repositioned this line into lower cost 12-ounce glass packaging and intend to market our repositioned Signature Soda line at lower price points directly to our retail customers such as grocery chains, club stores, specialty retail chains and mass merchandisers and to the health food sector through specialty and health food distributors (collectively referred to as our "direct retail customers"). Signature Soda is available in 12-ounce glass bottles in five flavors: orange creme, vanilla creme, ginger beer, sarsaparilla and black cherry.

     In September 2000, we acquired the Blue Sky Natural Soda business from BSNBC. Our Blue Sky product line comprises natural sodas, premium sodas, organic natural sodas, seltzer water and energy drinks. Blue Sky(R) natural sodas are available in thirteen regular flavors consisting of lemon lime, grapefruit, cola, root beer, raspberry, cherry vanilla creme, truly orange, Jamaican ginger ale, black cherry, orange creme, Dr. Becker, grape and private reserve cream soda. We also offer a Blue Sky(R) product line of premium line of natural sodas

**Exhibit 16**

**- 18 -**

MEC019960

which contain supplements such as ginseng sodas -- available in five flavors
consisting of ginseng creme, ginseng cola, ginseng root beer, ginseng very berry
creme, ginseng ginger ale, and ginseng cranberry-raspberry. During 1999, Blue
Sky(R) introduced a line of organic natural sodas, which are available in six
flavors consisting of prime lime cream, new century cola, orange divine, ginger
gale, black cherry cherish, and root beer. We also market a seltzer water under
the Blue Sky(R) label in three flavors: natural, lime and lemon. In 2002, we
introduced a lightly carbonated Blue Sky(R) energy drink in an 8.3-ounce slim
can. The Blue Sky(R) products contain no preservatives, sodium or caffeine
(other than the energy drink) or artificial coloring and are made with high
quality natural flavors. Blue Sky(R) natural sodas and seltzer waters are
packaged in 12-ounce aluminum cans and are marketed primarily to our direct
retail customers.

                                        4

<PAGE>

    In 2001, we introduced a new line of sparkling lemonades (regular and pink)
and orangeades in unique proprietary 1-liter glass bottles and towards the end
of 2002, we introduced diet versions of our regular sparkling lemonades and
orangeades, also in 1-liter glass bottles. The sparkling lemonades and
orangeades contain real juice and pulp. In 2003, we extended this line into
unique proprietary 12-ounce glass bottles in both regular and diet versions.
This product line is marketed to our direct retail customers.

    Hansen's Energy Drinks. In 1997, we introduced a lightly carbonated citrus
flavored Hansen's(R) energy drink. Our energy drink competes in the "functional"
beverage category, namely, beverages that provide a real or perceived benefit in
addition to simply delivering refreshment. We offer our energy drink in three
versions: original citrus, tropical and wild berry. We also offer additional
functional drinks including a ginger flavored d-stress(R) drink, an orange
flavored b-well(TM) drink, a guarana berry flavored stamina(R) drink, a grape
flavor power drink, and a berry-flavored "slim-down" drink that contains no
calories. Each of our energy and functional drinks contain different
combinations of vitamins, minerals, nutrients, herbs and supplements
("supplements"). Our energy drinks and functional drinks are sold in 8.3-ounce
cans and bottles. In 2001, we introduced Energade(R), a non-carbonated energy
sports drink in 23.5-ounce cans in two flavors, citrus and orange, and
subsequently introduced a third flavor, red rocker. We also introduced E2O
Energy Water(R), a non-carbonated lightly flavored water, in 24-ounce blue
polyethylene terephthalate ("P.E.T.") plastic bottles, in four flavors,
tangerine, apple, berry and lemon. In 2002, we expanded our E2O Energy Water(R)
line with four additional flavors in clear P.E.T. plastic bottles, mango melon,
kiwi strawberry, grapefruit and green tea. Our Energade(R) and E2O Energy
Water(R) drinks also contain different combinations and levels of supplements.
At the end of 2002, we introduced a lightly carbonated diet energy drink in
8.3-ounce cans under the Hansen's(R) Diet Red brand name. Our Diet Red energy
drink is sweetened with Splenda and Acesulfame-K. We market our energy, Diet Red
energy, Energade and E2O Energy Water(R) drinks in clear bottles through our
full service distributor network. We market our E2O Energy Water(R) drinks in
blue bottles to our direct retail customers. In 2003 we introduced a new
carbonated energy drink under the Hansen's(R) Deuce brand name, in a 16-ounce
can, but with a different flavor than our existing Hansen's(R) Energy drinks in
8.3-ounce cans.

    Monster Energy(TM) Drinks. In 2002, we launched a new carbonated energy
drink under the Monster Energy(TM) brand name, in 16-ounce cans, which is almost
double the size of our regular energy drinks in 8.3-ounce cans and the vast
majority of competitive energy drinks currently on the market. Our Monster
Energy(TM) drink contains different types and levels of supplements than our
Hansen's(R) energy drinks and is marketed through our full service distributor

**Exhibit 16**
**- 19 -**

MEC019961

Customers

Our customers are typically retail and specialty chains, club stores, mass merchandisers, convenience chains, full service beverage distributors and health food distributors. In 2003, sales to retailers represented 47% of our revenues, sales to full service distributors represented 37% of our revenues, and sales to health food distributors represented 10% of our revenues.

Our major customers include Costco, Trader Joe's, Sam's Club, Vons, Ralph's, Wal-Mart, Safeway and Albertson's. One customer, Costco (which purchases a number of different products from Hansen's regionally and one product nationally), accounted for approximately 15% of our sales in 2003. A decision by Costco or any other major customer to decrease amounts purchased from the Company or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations.

Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California.

Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

The Hansen's(R) trademark is crucial to our business. This trademark is registered in the U.S. Patent and Trademark Office and in various countries throughout the world. The Hansen's(R) trademark is owned by us and was acquired from a trust (the "Trust") which was created by an agreement between HBC and the predecessor company of Fresh Juice Company of California ("FJC") (the "Agreement of Trust"). The Trust licensed to HBC in perpetuity on an exclusive world-wide royalty-free basis the right to use the Hansen's(R) trademark in connection with the manufacture, sale and distribution of carbonated beverages and waters and shelf stable fruit juices and drinks containing fruit juices. In addition, the Trust licensed to HBC, in perpetuity, on an exclusive world-wide basis, the right to use the Hansen's(R) trademark in connection with the manufacture, sale and distribution of certain non-carbonated beverages and water in consideration of royalty payments. There was a similar license agreement between the Trust and HBC with regard to non-beverage products. No royalties were payable on sodas, energy drinks, juices, lemonades, juice cocktails, fruit juice Smoothies, the Signature Soda line or on the children's multi-vitamin juice drinks. As explained below, no royalty expenses were incurred during 2003, 2002 or 2001.

13

<PAGE>

HBC, FJC's predecessor and the Trust also entered into a Royalty Sharing Agreement pursuant to which royalties payable by third parties procured by FJC or its predecessor or HBC are initially shared between the Trust and HBC and, after a specified amount of royalties have been received, are shared equally between HBC and FJC. Under the terms of the Agreement of Trust, FJC receives royalty income paid to the Trust in excess of Trust expenses and a reserve

**Exhibit 16**
**- 20 -**                                                                        MEC019971

Case 2:17-cv-01605-KJM-JDP    Document 41-2    Filed 10/04/18    Page 22 of 74

therefor.

Effective September 22, 1999, we entered into an Assignment and Agreement with FJC pursuant to which we acquired exclusive ownership of the Hansen's(R) trademark and trade names. Under the Assignment and Agreement, among other matters, we acquired all FJC's rights as grantor and beneficiary of the Trust, all FJC's rights as licensee under certain license agreement pursuant to which FJC has the right to manufacture, sell and distribute fresh juice products under the Hansen's(R) trademark and all FJC's rights under the Royalty Sharing Agreement referred to above, as well as certain additional rights, for a total consideration of $775,010, payable over three years. FJC is permitted to continue to manufacture, sell and distribute fresh juice products under the Hansen's(R) trademark for a period of five years i.e. until September 2004. Consequently, we now have full ownership of the Hansen's(R) trademark and our obligation to pay royalties to, and to share royalties with, FJC has been terminated. As of December 31, 2002, the total consideration had been paid to FJC and no further amounts are payable to FJC.

We have applied to register a number of trademarks in the United States including, but not limited to, Hard e(TM), Monster(TM), Monster Energy(TM) and M (stylized) Monster(TM).

We own in our own right, a number of trademarks including, but not limited to, Hansen's(R), A New Kind a Buzz(R), Unleash the Beast(R), Hansen's energy(R), Blue Energy(R), Energade(R), Hansen's E2O Energy Water(R), Hansen's slim-down(R), Power Formula(R), THE REAL DEAL(R), LIQUIDFRUIT(R), Imported from Nature(R), California's Natural Choice(R), California's Choice(R), Medicine Man(R), Dyna Juice(R), Equator(R), Hansen's power(R), bewell(R), anti-ox(R), d-stress(R), stamina(R), Aqua Blast(R), Antioxjuice(R) Intellijuice(R), Defense(R), Immunejuice(R), Hansen's Natural Multi-Vitamin Juice Slam(R), Juice Blast(R) and Red Rocker(R) in the United States and the Hansen's(R) and "Smoothie(R)" trademarks in a number of countries around the world.

In September 2000, in connection with the acquisition of the Blue Sky Natural Beverage business, we, through our wholly owned subsidiary Blue Sky, acquired the Blue Sky(R) trademark, which is registered in the United States and Canada.

In May 2001, in connection with the acquisition of the Junior Juice Beverage business, we, through our wholly owned subsidiary Junior Juice, acquired the Junior Juice(R) trademark, which is registered in the United States.

On April 4, 2000, the United States Patent and Trademark Office issued a patent to us for an invention related to a shelf structure (rolling rack) and, more particularly, a shelf structure for a walk-in cooler. Such shelf structure is utilized by us to secure shelf space for and to merchandise our energy and functional drinks in cans in refrigerated Visi coolers and walk-in coolers in retail stores.

14

<PAGE>

Government Regulation

The production, distribution and sale in the United States of many of our products is subject to the Federal Food, Drug and Cosmetic Act; the Dietary Supplement Health and Education Act of 1994; the Occupational Safety and Health Act; various environmental statutes; and various other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising, labeling and ingredients of such products.

Exhibit 16
- 21 -

MEC019972

| Total | 1,469,800 | $3.87 | 1,148,500 |
|-------|-----------|-------|-----------|
|       | ================= | ================= | ======================= |

ITEM 6.  SELECTED CONSOLIDATED FINANCIAL DATA

    The consolidated statements of operations data set forth below with respect
to each of the years ended December 31, 1999 through 2003 and the balance sheet
data as of December 31, for the years indicated, are derived from our
consolidated financial statements audited by Deloitte & Touche LLP, independent
auditors, and should be read in conjunction with those financial statements and
notes thereto, and with the Management's Discussion and Analysis of Financial
Condition and Results of Operations included as Item 7 of this Annual Report on
Form 10-K.

                                      18
<PAGE>

| (in thousands, except per share information) | 2003 | 2002 | 2001 | 2000 | 1999 |
|------------|--------|--------|---------|--------|--------|
| Gross Sales | $138,454 | $115,490 | $ 99,693 | $ 86,072 | $ 77,793 |
| Net sales | $110,352 | $ 92,046 | $ 80,658 | $ 71,706 | $ 66,184 |
| Net income | $  5,930 | $  3,029 | $  3,019 | $  3,915 | $  4,478 |
| | | | | | |
| Net income per common share | | | | | |
|   Basic | $    0.58 | $    0.30 | $    0.30 | $    0.39 | $    0.45 |
|   Diluted | $    0.55 | $    0.29 | $    0.29 | $    0.38 | $    0.43 |
| Total assets | $ 47,997 | $ 40,464 | $ 38,561 | $ 38,958 | $ 28,709 |
| Long-term debt | $    358 | $  3,606 | $  5,851 | $  9,732 | $    903 |

ITEM 7.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS
  OF OPERATIONS


    The following discussion ("MD&A") is provided as a supplement to - and
should be read in conjunction with - our financial statements and the
accompanying notes ("Notes") included elsewhere in this Form 10-K. This
discussion contains forward-looking statements that are based on management's
current expectations, estimates and projections about our business and
operations. Our actual results may differ materially from those currently
anticipated and expressed in such forward-looking statements.

    This overview provides our perspective on the individual sections of MD&A.
MD&A includes the following sections:

o    Our Business - a general description of our business; the value drivers of
     our business; and opportunities and risks;
o    Results of Operations - an analysis of our consolidated results of
     operations for the three years presented in our financial statements;
o    Liquidity and Capital Resources - an analysis of our cash flows, sources
     and uses of cash and contractual obligations;
o    Application of Critical Accounting Policies and Pronouncements - a
     discussion of accounting policies that require critical judgments and
     estimates including newly issued accounting pronouncements;
o    Sales - details of our sales measured on a quarterly basis in both dollars
     and cases;

Exhibit 16
- 22 -
MEC019977

o    Inflation - Information about the impact that inflation may or may not have
     on our results;

o    Forward Looking Statements - cautionary information about forward looking
     statements and a description of certain risks and uncertainties that could
     cause our actual results to differ materially from the company's historical
     results or our current expectations or projections; and

o    Market Risks - Information about market risks and risk management. See
     "Forward Looking Statements" and "ITEM 7A. - QUALITATIVE AND QUANTITATIVE
     DISCLOSURES ABOUT MARKET RISKS"

                                     19

<PAGE>


Our Business

        Overview

        We develop, market, sell and distribute, in the main, a wide range of
branded beverages. The majority of our beverages fall within the growing
"alternative" beverage category. The principal brand names under which our
beverages are marketed are Hansen's(R), Monster Energy(TM), Blue Sky(R), Junior
Juice(R), and Lost(R). We own all of our above-listed brand names other than
Lost(R) which we produce, market, sell and distribute under an exclusive
licensing arrangement with Lost International LLC.

        Our company principally generates revenues, income and cash flows by
developing, producing, marketing, selling and distributing finished beverage
products. We generally sell these products to retailers as well as distributors.

        We incur significant marketing expenditures to support our brands including
advertising costs, sponsorship fees and special promotional events. We focus on
developing brand awareness and trial through sampling both in stores and at
events. Retailers and distributors receive rebates, promotions, point of sale
materials, merchandise displays and coolers. We also use in-store promotions and
in-store placement of point-of-sale materials and racks, prize promotions, price
promotions, competitions, and sponsorship of, and endorsements from, selected
public and extreme sports figures and causes. Consumers receive coupons,
discounts and promotional incentives. These marketing expenditures help to
enhance distribution and availability of our products as well as awareness and
increase consumer preference for our brands. Greater distribution and
availability, awareness and preference promotes long term growth.

        During 2003, we continued to expand our existing product lines and further
develop our markets. In particular, we continue to focus on developing and
marketing beverages that fall within the category generally described as the
"alternative" beverage category, with particular emphasis on energy type drinks.

        We believe that one of the keys to success in the beverage industry is
differentiation; such as making Hansen's(R) products visually distinctive from
other beverages on the shelves of retailers. We review our products and
packaging on an ongoing basis and, where practical, endeavor to make them
different, better and unique. The labels and graphics for many of our products
are redesigned from time to time to maximize their visibility and
identification, wherever they may be placed in stores and we will continue to
reevaluate the same from time to time.

        We again achieved record sales in 2003. The increase in gross and net sales
in 2003 was primarily attributable to sales of our Monster Energy(R) drink,
which was introduced in April 2002, including our low carbohydrate ("lo-carb")
Monster Energy(R) drink which was introduced in 2003, as well as increased sales
of Natural Sodas, in particular Diet Natural Sodas, our Energy Deuce drink,
Junior Juice, Diet Energy, apple juice and, to a lesser extent, sparkling

**Exhibit 16**
**- 23 -**

MEC019978

Case 2:17-cv-01605-KJM-JDP Document 41-1 Filed 10/04/18 Page 25 of 74

beverages. The increase in gross and net sales was partially offset by decreased sales primarily of energy drinks in 8.3-ounce cans, Smoothies, E2O Energy Water(R), Soy Smoothies, Energade(R) energy sports drinks, and teas, lemonades and cocktails.

   During 2003, sales outside of California represented 47% of our aggregate sales, as compared to approximately 42% of our aggregate sales in 2002. Sales to distributors outside the United States during 2003 amounted to $1,612,000 compared to $1,242,000 in 2002.

   Our customers are typically retail and specialty chains, club stores, mass merchandisers, convenience chains, full service beverage distributors and health food distributors. In 2003, sales to retailers represented 47% of our revenues, sales to full service distributors represented 37% of our revenues and sales to health food distributors represented 10% of our revenues.

                                    20
<PAGE>

   In 2003, we introduced a carbonated lo-carb Monster Energy(R) drink in 16-ounce cans, a carbonated energy Deuce drink in 16-ounce cans, a diet root beer Natural Soda, a 100% Apple Juice in aseptic pouches, and regular and diet sparkling Lemonades and Orangeades in 12-ounce glass bottles.

   Sales of our dual-branded 100% juice line named "Juice Blast(R)", which was launched in conjunction with Costco and is sold nationally through Costco stores, were lower in 2003 than in 2002. We have, in conjunction with Costco, introduced new flavors in place of certain of the existing flavors and will continue to introduce new flavors in an effort to ensure that the variety pack remains fresh and different for consumers.

   In September 2000, HBC, through its wholly owned subsidiary Blue Sky, acquired the Blue Sky(R) Natural Soda business. The Blue Sky(R) Natural Soda brand is the leading natural soda in the health food trade. Blue Sky offers natural sodas, premium natural sodas with added ingredients such as Ginseng and anti-oxidant vitamins, organic sodas and seltzer waters in 12-ounce cans and a Blue Energy drink in 8.3-ounce cans. During the year, we continued to expand distribution of the Blue Sky products into mainstream grocery chain stores throughout the country.

   In May 2001, HBC, through its wholly owned subsidiary Junior Juice, acquired the Junior Juice(R) beverage business. The Junior Juice(R) product line is comprised of a line of 100% juices packed in 4.23-ounce aseptic packages and is targeted at toddlers.

   During 2003, we entered into several new distribution agreements for the sale of our products, both within and outside the United States. As discussed under "ITEM 1 BUSINESS - MANUFACTURE and DISTRIBUTION", we anticipate that we will continue building our national sales force in 2004 to support and grow the sales of our products.

   A chain grocery store strike in Southern California, which commenced during the last quarter of 2003, adversely affected sales of those of our products that are carried by the stores concerned. However, the drop in sales of such products was partially offset by increased sales of certain of those products that are carried by other retailers in Southern California.

   In 2002, we introduced a Sparkling Cider 100% juice drink in a 1.5 liter Magnum glass bottle. However, due to limited reports of some bottles breaking, we promptly recalled the product. We are pursuing a claim for the costs and losses incurred by us. We will reevaluate relaunching this product once certain

Exhibit 16
- 24 -
MEC019979

Case 2:17-cv-01605-KJM-JDP   Document 41-2   Filed 10/04/18   Page 26 of 74

production issues are resolved to our satisfaction.

     At the beginning of 2004, we launched a new  carbonated  energy drink under
the Lost(R) brand name, in a 16-ounce can. The Lost(R) brand name is owned by
Lost International LLC and the drinks are produced, sold and distributed by us
under exclusive license from Lost International LLC.

     During  2004,  we  were  awarded  an  exclusive  contract  by  the  State of
California,  Department  of  Health  Services  Women,  Infant  and  Children
Supplemental  Nutrition  Branch, to supply 100% Apple juice and 100% Apple Grape
juice in 64-ounce PET plastic bottles. See "ITEM 1 BUSINESS - MANUFACTURE  and
DISTRIBUTION."

     We continue to incur  expenditures  in connection  with the development and
introduction of new products and flavors.

     Value Drivers of our Business

     We  believe  that  the  key  value  drivers  of  our  business  include  the
following:

o    Profitable  Growth - We  believe  healthy  brands - properly  supported  by
     marketing  and  innovation,  targeted  to  a  broad  consumer  base-drive
     profitable  growth. We  continue  to  broaden  our  family  of  brands.  In
     particular, we are expanding and growing our specialty beverages and energy
     drinks  to  provide  more  alternatives  to  consumers.  We  are  focused  on
     maintaining or increasing  profit margins.  We believe that tailored brand,
     package,  price and channel  strategies help achieve  profitable growth. We
     are  implementing  these  strategies with a view to accelerating  profitable
     growth.

                                      21
<PAGE>

o    Cost  Management - The principal  focus of cost management will continue to
     be on supplies and cost reduction. One key area of focus, for example,  is
     to  decrease  raw  material  costs,  co-packing  fees  and  general  and
     administrative costs as a percentage of net operating revenues. Another key
     area of focus is the  reduction in inventory  levels.  However,  due to the
     expansion in the number of our  products as well as increased  sales levels
     in 2003, overall inventory levels increased.

o    Efficient Capital Structure - Our capital structure is intended to optimize
     our costs of capital.  We believe our strong capital position,  our ability
     to raise funds at low  effective  cost and  overall low costs of  borrowing
     provide a competitive advantage.

     We believe that these value drivers, when properly implemented, will result
in (1) maintaining  and  improving  our  gross  profit  margin;  (2)  providing
additional  leverage over time through  reduced  expenses as a percentage of net
operating revenues; and (3) optimizing our cost of capital. The ultimate measure
of  success  is and will be  reflected  in our  current  and future  results of
operations.

     Gross and net operating revenues, gross profits,  operating income, and net
income and net income per share  represent key  measurements  of the above value
drivers.  In 2003,  gross operating  revenues  totaled $138.5 million,  a 19.9%
increase from 2002. Net operating  revenues totaled $110.4 million,  an increase
of 19.9% over 2002. Gross profit totaled $43.8 million in 2003, a 31.7% increase
from 2002.  Operating income was $9.8 million compared to $5.3 million for 2002.
Net income was $5.9 million as compared to $3.0 million for 2002. Net income per

Exhibit 16
- 25 -
MEC019980

Case 2:17-cv-01605-KJM-JDP Document 41-2 Filed 10/04/18 Page 27 of 74

share  (diluted)  was  $3.05  from  $2.29  per  diluted  share  in  2002.  These
measurements will continue to be a key management focus in 2004 and beyond.  See
also "Results of Operations for the Year Ended December 31, 2003 Compared to the
Year Ended December 31, 2002.

     In 2003, the Company had working  capital of $17.2 million  compared to $15
million as of December 31,  2002.  In 2003,  our net cash  provided by operating
activities was approximately $5.5 million, a 101% increase from 2002.  Principal
uses of cash flows are purchases of inventory,  increases in accounts receivable
and other assets,  acquisition of property and equipment and trademark  licenses
and  trademarks.  Repayment of our debt and accounts  payable are expected to be
and remain our principal  recurring use of cash and working  capital funds.  See
also LIQUIDITY AND CAPITAL RESOURCES.

     Opportunities, Challenges and Risks

     Looking forward, our management has identified certain challenges and risks
that demand the attention of the beverage industry and our company.  Increase in
consumer and regulatory  awareness of the health  problems  arising from obesity
and inactive lifestyles  represents a challenge.  We recognize that obesity is a
complex and serious public health  problem.  Our commitment to consumers  begins
with our broad  product  line and a wide  selection  of diet,  light and lo-carb
beverages,  juices and juice drinks, sports drinks and waters and energy drinks.
We  continuously  strive  to  meet  changing  consumer  needs  through  beverage
innovation, choice and variety.

     Our historical  success is  attributable,  in part, to our  introduction of
different and innovative  beverages.  Our future  success will depend,  in part,
upon our  continued  ability to develop and introduce  different and  innovative
beverages,  although there can be no assurance of our ability to do so.  In order
to retain and expand our market share, we must continue to develop and introduce
different and  innovative  beverages and be competitive in the areas of quality,
health,  method  of  distribution,  brand  image  and  intellectual  property
protection.  The beverage industry is subject to changing  consumer  preferences
and shifts in consumer  preferences may adversely affect companies that misjudge
such preferences.

                                      22
<PAGE>

     In addition, other key challenges and risks that could impact our company's
future financial results include, but are not limited to:

     o    maintenance of our brand images and product quality;

     o    profitable  expansion  and  growth  of our  family  of  brands  in the
          competitive market place (See also "ITEM 1 BUSINESS - COMPETITION" and
          "SALES AND MARKETING");

     o    restrictions  on imports  and  sources of supply;  duties or  tariffs;
          changes  in  government  regulations;  o  protection  of  our  existing
          intellectual  property  portfolio of trademark licenses and trademarks
          and the continuous  pursuit of new and  innovative  trademarks for our
          expanding product lines; and

     o    the imposition of additional restrictions.

We believe that the following opportunities exist for us:

     o    growth potential for  non-alcoholic  beverage  categories  including -
          energy drinks, carbonated soft drinks, juices and juice drinks, sports

Exhibit 16
- 26 -
                                                                            MEC019981

o   new product introductions intended to contribute to higher gross profits;

o   premium packages intended to generate strong revenue growth;

o   significant package, pricing and channel opportunities to maximize profitable growth; and

o   proper positioning to capture industry growth.

                                        23
<PAGE>


Results of Operations
<TABLE>
<S>                          <C>            <C>            <C>            <C>
<C>


Percentage Change
                                                                        -----------
--------------
                             2003           2002           2001           03 vs. 02
02 vs. 01
                          ---------------  ---------------  ---------------  -----------
- -----------
Gross sales                $ 138,454,345  $ 115,490,019  $ 99,693,390     19.9%
15.8%
Less:  Discounts, allowances
   and promotional payments     28,102,149     23,443,657     19,035,073     19.9%
23.2%
                          ---------------  ---------------  ---------------  -----------
- -----------
Net sales                    110,352,196     92,046,362     80,658,317     19.9%
14.1%
Cost of sales                 66,577,168     58,802,669     51,796,539     13.2%
13.5%
                          ---------------  ---------------  ---------------  -----------
- -----------
Gross profit                  43,775,028     33,243,693     28,861,778     31.7%
15.2%
Gross profit margin               39.7%          36.1%          35.8%

Selling, general and          33,887,045     27,896,202     22,803,433     21.5%
22.3%
   administrative expenses
Amortization of trademark
   license and trademarks         61,888         54,558        507,488     13.4%
(89.2%)
                          ---------------  ---------------  ---------------  -----------
- -----------
Operating income               9,826,095      5,292,933      5,550,857     85.6%
(4.6%)
Operating income as a percent
   of net sales                    8.9%           5.8%           6.9%

Net nonoperating expense          67,013        227,758        518,602
</TABLE>

**Exhibit 16**
**- 27 -**

MEC019982

(70.6%)        (56.1%)

--------------- --------------- --------------- -----------
- ------------
Income before provision for
    income taxes              9,759,082      5,065,175      5,032,255      92.7%
0.7%

Provision for income taxes    3,828,678      2,035,980      2,012,902      88.1%
1.1%
--------------- --------------- --------------- -----------
- ------------
Effective tax rate               39.2%          40.2%          40.0%

Net income                 $ 5,930,404    $ 3,029,195    $ 3,019,353      95.8%
0.3%
=============== =============== ===============
=========== ============
Net income as a percent of net
    sales                         5.4%           3.3%           3.7%

Net income per common share:
    Basic                  $       0.58   $       0.30   $       0.30      93.3%
0.0%
    Diluted                $       0.55   $       0.29   $       0.29      89.7%
0.0%

</TABLE>

     Results of Operations  for the Year Ended December 31, 2003 Compared to the
Year Ended December 31, 2002

     Gross Sales.  For the year ended December 31, 2003, gross sales were $138.5
million, an increase of $23.0 million or 19.9% higher than gross sales of $115.5
million for the year ended  December  31,  2002.  The increase in gross sales is
primarily  attributable to the  introduction of new products and increased sales
of certain of our existing products as discussed below in "Net Sales."

     Net Sales.  For the year ended  December  31,  2003,  net sales were $110.4
million,  an increase of $18.3  million or 19.9%  higher than net sales of $92.0
million for the year ended  December  31,  2002.  The  increase in net sales was
primarily  attributable  to sales of our  Monster  Energy(TM)  drink,  which was
introduced in April 2002, as well as increased  sales of Natural  Sodas,  Junior
Juice and, to a lesser extent,  sparkling  beverages.  The increase in net sales
was partially  offset by decreased sales of functional  drinks,  smoothies,  E2O
Energy Water,  Energade(R) energy sports drinks,  and children's  multi-vitamin
juice drinks as well as an increase in  discounts,  allowances  and  promotional
payments.

     Gross Profit.  Gross profit was $43.8  million for the year ended  December
31, 2003,  an increase of $10.5  million or 31.7% over the $33.2  million  gross
profit for the year ended December 31, 2002. Gross profit as a percentage of net
sales was 39.7% for the year ended December 31, 2003 which was higher than gross
profit as a  percentage  of net sales of 36.1% for the year ended  December  31,
2002. The increase in gross profit was primarily  attributable  to increased net
sales.  Although a greater  percentage of our sales  comprised  products  having
higher  gross  margins than the prior year,  the increase in profit  margins was
partially reduced by higher  promotional  payments and allowances to promote our
products.

                                       24
<PAGE>

**Exhibit 16**
**- 28 -**
                                                                        MEC019983

```
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<FILENAME>k123104.txt
<DESCRIPTION>HNC 10K DECEMBER 31, 2004
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2004

OR

[ ]TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

HANSEN NATURAL CORPORATION
(Exact name of Registrant as specified in its charter)

Delaware 39-1679918
(State or other jurisdiction of (I.R.S. Employer
incorporation or organization) Identification No.)

1010 Railroad Street, Corona, California 92882
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| Not Applicable | Not Applicable |

Securities registered pursuant to Section 12(g) of the Act:

Title of class
--------------
Common Stock, $0.005 par value per share

Indicate by check mark  whether the  Registrant:  (1) has filed all reports
required to be filed by Section 13 or 15(d) of the  Securities  Exchange  Act of
1934 during the  preceding  12 months  (or for such  shorter  period  that the
Registrant was required to file such reports),  and (2) has been subject to such
filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent  filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of the Registrant's  knowledge, in definitive proxy or information

Exhibit 16
- 29 -

MEC020046

statements Case 2:17-cv-01605-KJM-JDP are Document 41-2 by Filed 10/04/18 to Page 31 of 74
amendment to this Form 10-K. [ ]

      Indicate by check mark whether the Registrant is an  accelerated  filer (as
defined in Exchange Act Rule 12b-2). Yes [X] No [ ]

      The aggregate market value of the voting stock held by nonaffiliates of the
Registrant  was  $317,035,186  computed by  reference to the sale price for such
stock on the NASDAQ Small-Cap Market on February 23, 2005.

      The number of shares of the Registrant's common stock, $0.005 par value per
share (being the only class of common stock of the  Registrant),  outstanding on
February 23, 2005 was 10,935,189 shares.

<PAGE>

                        HANSEN NATURAL CORPORATION

                                FORM 10-K

                            TABLE OF CONTENTS

Item Number                                                    Page Number
-----------                                                    -----------
                                PART I
                                ------


1.  Business                                                       3
2.  Properties                                                     15
3.  Legal Proceedings                                             15
4.  Submission of Matters to a Vote of Security Holders           15

                               PART II

5.  Market for the Registrant's Common Equity and Related
       Shareholder Matters                                         16
6.  Selected Consolidated Financial Data                           17
7.  Management's Discussion and Analysis of Financial
       Condition and Results of Operations                         18

7a. Qualitative and Quantitative Disclosures about Market Risks     33
8.  Financial Statements and Supplementary Data                     33
9.  Changes in and Disagreements with Accountants on
       Accounting and Financial Disclosure                          33
9a. Controls and Procedures                                         33

                               PART III
                               --------
10. Directors and Executive Officers of the Registrant              35
11. Executive Compensation                                          38
12. Security Ownership of Certain Beneficial Owners and Management  42
13. Certain Relationships and Related Transactions                  44
14. Principal Accountant Fees and Services                          45

                               PART IV
                               -------

15. Exhibits, Financial Statement Schedules and Reports on Form 8-K   46

Exhibit 16
- 30 -

MEC020047

Signatures                                                              47

<PAGE>
                                    2


                                  PART I


ITEM 1. BUSINESS

Overview

     Hansen Natural  Corporation was incorporated in Delaware on April 25, 1990.
Its principal place of business is at 1010 Railroad Street,  Corona,  California
92882 and its  telephone  number is (951)  739-6200.  When this  report uses the
words "Hansen",  "HBC", "the Company",  "we", "us", and "our", these words refer
to Hansen Natural  Corporation and our  subsidiaries  other than Hard e Beverage
Company ("HEB"), unless the context otherwise requires.

     We are a holding company and carry on no operating  business except through
our direct wholly owned subsidiaries,  Hansen Beverage Company ("HBC") which was
incorporated in Delaware on June 8, 1992, and HEB, formerly known as Hard Energy
Company,  and previously known as CVI Ventures,  Inc., which was incorporated in
Delaware on April 30, 1990.  HBC  generates  substantially  all of our operating
revenues.

Corporate History

     In the 1930's,  Hubert Hansen and his three sons started a business to sell
fresh  non-pasteurized  juices  in  Los  Angeles,  California.   This  business
eventually became Hansen's Juices,  Inc., which subsequently became known as The
Fresh Juice  Company of  California,  Inc.  ("FJC").  FJC  retained the right to
market and sell fresh  non-pasteurized  juices  under the Hansen  trademark.  In
1977, Tim Hansen, one of the grandsons of Hubert Hansen,  perceived a demand for
pasteurized  natural  juices and juice  blends that are shelf  stable and formed
Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include
Hansen's(r)  Natural  Sodas.  California  Co-Packers  Corporation  (d/b/a/ Hansen
Beverage Company) ("CCC") acquired certain assets of HFI, including the right to
market the  Hansen's(r)  brand name,  in January  1990.  On July 27,  1992,  HBC
acquired the  Hansen's(r)  brand natural soda and apple juice business from CCC.
Under our ownership, the Hansen beverage business has significantly expanded and
includes a wide range of  beverages  within the growing  "alternative"  beverage
category. In September 1999 we acquired all of FJC's rights to manufacture, sell
and  distribute  fresh  non-pasteurized  juice  products  under the  Hansen's(r)
trademark  together with certain  additional  rights.  In 2000, HBC, through its
wholly-owned  subsidiary,  Blue Sky Natural Beverage Co. ("Blue Sky"), which was
incorporated  in Delaware  on  September  8, 2000,  acquired  the  natural  soda
business  previously  conducted  by Blue Sky Natural  Beverage  Co., a New Mexico
corporation  ("BSNBC"),  under the Blue Sky(r) trademark.  In 2001, HBC, through
its wholly-owned subsidiary Hansen Junior Juice Company, ("Junior Juice"), which
was incorporated in Delaware on May 7, 2001,  acquired the Junior Juice business
previously  conducted by Pasco Juices,  Inc. ("Pasco") under the Junior Juice(r)
trademark.

Industry Overview

     The alternative  beverage category combines  non-carbonated  ready-to-drink
iced teas, lemonades,  juice cocktails, single serve juices,  ready-to-drink iced
coffees,  energy drinks,  sports drinks, soy drinks and single-serve still water
(flavored and  unflavored)  with "new age"  beverages,  including sodas that are
considered  natural,  sparkling  juices  and  flavored  sparkling  waters.  The
alternative  beverage  category is the fastest  growing  segment of the beverage

                               Exhibit 16
                                 - 31 -                                MEC020048

marketplace according to Beverage Marketing Corporation. Sales in 2004 in the alternative beverage category of the market are estimated at approximately $16.3 billion at wholesale, representing a growth rate of approximately 10.7% over the revised estimated wholesale sales in 2003 of approximately $14.8 billion. (Source: Beverage Marketing Corporation).

3

<PAGE>

Products

      We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices, energy drinks and energy sports drinks, fruit juice and soy smoothies, "functional drinks", sparkling lemonades and orangeades, non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, children's multi-vitamin juice drinks and non-carbonated lightly flavored energy waters under the Hansen's(r) brand name. We also market, sell and distribute energy drinks under the MonsterTM brand name. In addition, we market nutrition food bars under the Hansen's(r) brand name. We also market, sell and distribute, natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters and energy drinks under the Blue Sky(r) brand name. Our fruit juices for toddlers are marketed under the Junior Juice(r) brand name.

      Natural Sodas. Hansen's natural sodas have been a leading natural soda brand in Southern California for the past 25 years. In 2004, according to Information Resources, Inc.'s Analyzer Reports for California, our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Our natural sodas are available in thirteen regular flavors consisting of mandarin lime, key lime, grapefruit, raspberry, creamy root beer, vanilla cola, cherry vanilla creme, orange mango, kiwi strawberry, tropical passion, black cherry, ginger ale and tangerine. In early 2001, we introduced a new line of diet sodas using Splenda(r) sweetener as the primary sweetener. We initially introduced this line in four flavors: peach, black cherry, tangerine lime, and kiwi strawberry and have since added two additional flavors, ginger ale and creamy root beer. Our natural sodas contain no preservatives, sodium, caffeine or artificial coloring and are made with high quality natural flavors, citric acid and high fructose corn syrup or, in the case of diet sodas, with Splenda(r) and Acesulfame-K. We package our natural sodas in 12-ounce aluminum cans. In 2002, we introduced a line of natural mixers in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale.

      In January 1999, we introduced a premium line of Signature Sodas in unique proprietary 14-ounce glass bottles. This line was marketed under the Hansen's(r) brand name, primarily through our distributor network, in six flavors. In early 2003 we repositioned this line into lower cost 12-ounce glass packaging to market our repositioned Signature Soda line at lower price points directly to our retail customers such as grocery chains, club stores, specialty retail chains and mass merchandisers and to the health food sector through specialty and health food distributors (collectively referred to as our "direct retail customers"). Signature Soda is available in 12-ounce glass bottles in five flavors: orange creme, vanilla creme, ginger beer, sarsaparilla and black cherry.

      In September 2000, we acquired the Blue Sky Natural Soda business from BSNBC. Our Blue Sky product line comprises natural sodas, premium sodas, organic natural sodas, seltzer water, energy drinks and tea sodas. Blue Sky(r) natural sodas are available in thirteen regular flavors consisting of lemon lime, grapefruit, cola, root beer, raspberry, cherry vanilla creme, truly orange, Jamaican ginger ale, black cherry, orange creme, Dr. Becker, grape and private reserve cream soda. We also offer a Blue Sky(r) product line, a premium line of

**Exhibit 16**
**- 32 -**

MEC020049

Case 2:17-cv-03605-JMA-JMR Document 41-2 Filed 10/04/18 Page 34 of 74

natural sodas which contain supplements under the Hansen's(r) label
in six flavors consisting of ginseng creme, ginseng cola, ginseng root beer,
ginseng very berry creme, ginseng ginger ale, and ginseng cranberry-raspberry.
During 1999, Blue Sky(r) introduced a line of organic natural sodas, which are
available in six flavors consisting of prime lime cream, new century cola,
orange divine, ginger gale, black cherry cherish, and root beer. We also market
a seltzer water under the Blue Sky(r) label in three flavors: natural, lime and
lemon. In 2002, we introduced a lightly carbonated Blue Sky(r) energy drink in
an 8.3-ounce slim can. In 2004 we introduced a new line of Blue Sky natural tea
sodas in four flavors consisting of Imperial Lime Green Tea, Peach Mist Green
Tea, Pomegranate White Tea and Raspberry Red Tea. The Blue Sky(r) products
contain no preservatives, sodium or caffeine (other than the energy drink) or
artificial coloring and are made with high quality natural flavors. Blue Sky(r)
natural sodas, seltzer waters and tea sodas are all packaged in 12-ounce
aluminum cans and are marketed primarily to our direct retail customers.

4

<PAGE>

    In 2001, we introduced a new line of sparkling lemonades (regular and pink)
and orangeades in unique proprietary 1-liter glass bottles and towards the end
of 2002, we introduced diet versions of our regular sparkling lemonades and
orangeades, also in 1-liter glass bottles. The sparkling lemonades and
orangeades contain real juice and pulp. In 2003, we extended this line into
unique proprietary 12-ounce glass bottles in both regular and diet versions.
This product line is marketed to our direct retail customers. The contract
packer who produced these products on our behalf underwent a change of ownership
and experienced production difficulties which adversely affected this product
line. We expect to reevaluate this product line once production issues are
resolved. Additionally, we are currently evaluating alternative packages for
this line.

    Hansen's Energy Drinks. In 1997, we introduced a lightly carbonated citrus
flavored Hansen's(r) energy drink. Our energy drink competes in the "functional"
beverage category, namely, beverages that provide a real or perceived benefit in
addition to simply delivering refreshment. We offer our energy drink in three
versions: original citrus, tropical and wild berry. We also offer additional
functional drinks including a ginger flavored d-stress(r) drink, an orange
flavored b-well(tm) drink, a guarana berry flavored stamina(r) drink, a grape
flavored power drink, and a berry flavored "slim-down" drink that contains no
calories. Each of our energy and functional drinks contain different
combinations of vitamins, minerals, nutrients, herbs and supplements
("supplements"). Our energy drinks and functional drinks are sold in 8.3-ounce
cans and bottles. In 2004 we commenced to offer our Hansen's energy drink in
16-ounce cans as well. In 2001, we introduced Energade(r), a non-carbonated
energy sports drink in 23.5-ounce cans in two flavors, citrus and orange, and
subsequently introduced a third flavor, red rocker. We also introduced E2O
Energy Water(r), a non-carbonated lightly flavored water, in 24-ounce blue
polyethylene terephthalate ("P.E.T.") plastic bottles, in four flavors,
tangerine, apple, berry and lemon. In 2002, we expanded our E2O Energy Water(r)
line with four additional flavors in clear P.E.T. plastic bottles, mango melon,
kiwi strawberry, grapefruit and green tea. Our Energade(r) and E2O Energy
Water(r) drinks also contain different combinations and levels of supplements.
At the end of 2002, we introduced a lightly carbonated diet energy drink in
8.3-ounce cans under the Hansen's(r) Diet Red brand name. Our Diet Red energy
drink is sweetened with Splenda and Acesulfame-K. We market our energy, and
Energade drinks through our full service distributor network. We market our E2O
Energy Water(r) drinks in blue bottles to our direct retail customers. In 2003
we introduced a new carbonated energy drink under the Hansen's(r) Deuce brand
name, in a 16-ounce can, but with a different flavor than our existing
Hansen's(r) Energy drinks in 8.3-ounce cans.

Exhibit 16
- 33 -

MEC020050

Monster EnergyTM Drinks. In 2002, we launched a new carbonated energy drink under the Monster EnergyTM brand name, in 16-ounce cans, which is almost double the size of our regular energy drinks in 8.3-ounce cans and the vast majority of competitive energy drinks currently on the market. Our Monster EnergyTM drink contains different types and levels of supplements than our Hansen's(r) energy drinks and is marketed through our full service distributor network. In 2003, we introduced a low carbohydrate ("Lo-Carb") version of our Monster EnergyTM energy drink. In 2004 we introduced 4-packs of our Monster Energy(tm) drinks including our Lo-Carb version thereof and, towards the end of 2004, we launched a new Monster Energy(tm) "Assault" (tm) energy drink in 16-ounce cans.

Lost(r) Energy Drinks. In 2004, we launched a new carbonated energy drink under the Lost(r) brand name, in 16-ounce cans. The Lost(r) brand name is owned by Lost International LLC and the drinks are produced, sold and distributed by us under exclusive license from Lost International LLC.

Rumba(tm) Energy Juice. In December 2004, we launched a new non-carbonated energy juice under the Rumba(tm) brand name in 16 ounce cans. Rumba(tm) is a 100% juice product that targets male and female morning beverage consumers and is positioned as a substitute for coffee, caffeinated sodas and 100% orange or other juices.

                                        5

<PAGE>

Juice Products and Smoothies. Our fruit juice product line includes Hansen's(r) Natural Old Fashioned Apple Juice which is packaged in 64-ounce P.E.T. plastic bottles and 128-ounce polypropylene bottles and White Grape and Concord Grape and Pomegranate juice, and Apple Strawberry, Apple Grape and Apple Cranberry juice blends, in 64-ounce P.E.T. plastic bottles. These Hansen's(r) juice products contain 100% juice (except Apple Cranberry and Pomegranate which contain 27% juice) as well as Vitamin C. Certain of these products also contain added calcium. Hansen's(r) juice products compete in the shelf-stable juice category. In 2002, we extended our fruit juice and juice blend product line by introducing certain of these products in 10-ounce P.E.T. plastic bottles and in 2003 further extended our fruit juice product line by introducing a 100% Apple Juice in aseptic pouches in a 6.75-ounce size.

In March 1995, we introduced a line of fruit juice smoothie drinks in 11.5-ounce aluminum cans. Certain flavors were subsequently offered in glass and P.E.T. plastic bottles. Hansen's fruit juice smoothies have a smooth texture that is thick but lighter than a nectar. Hansen's smoothies in 11.5-ounce aluminum cans contain approximately 35% juice while the juice levels of Hansen's smoothies in glass and P.E.T. plastic bottles is 25%. Our fruit juice smoothies provide 100% of the recommended daily intake for adults of Vitamins A, C & E and represented Hansen's entry into what is commonly referred to as the "functional" beverage category. Hansen's(r) fruit juice smoothies are available in 15 flavors: strawberry banana, peach berry, mango pineapple, guava strawberry, pineapple coconut, apricot nectar, tropical passion, whipped orange, cranberry twist, as well as the blast line comprising Island Blast, Colada Blast, Power Berry Blast, Vita Blast and Banana Blast. In 2004, we repositioned our cranberry raspberry lite smoothie as part of our new lo-carb line of smoothies. Our lo-carb smoothie line currently consists of peach, mango and cran-raspberry flavors in 12-ounce cans.

In 2001, we introduced a new line of soy smoothies in 32- and 11-ounce aseptic packaging in five flavors: berry splash, tropical breeze, orange dream, lemon chiffon and peach passion. The soy smoothies contain soy protein and fruit juices. During 2004 we discontinued all of our soy smoothies in 32-ounce asceptic packaging and four of the five flavors in 11-ounce aseptic packaging,

**Exhibit 16**
**- 34 -**

MEC020051

Company, PepsiCo, Inc., Cadbury Schwepps which includes Dr Pepper/7-Up Beverages, RC Cola, Snapple, Mistic and Stewart's brands, Nestle Beverage Company, Anheuser Busch and Ocean Spray. More specifically, our products compete with other alternative beverages, including new age beverages, such as Snapple, Elements, Mistic, Arizona, Clearly Canadian, Sobe, Stewart's, Everfresh, Nantucket Nectars, Vitamin Water, Fuse, VeryFine, V8 Splash and Smoothies, Calistoga, Propel Fitness Water, AquaFina, Dasani, Reebok, and Crystal Geyser brands. Due to the rapid growth of the alternative beverage segment of the beverage marketplace, certain large companies such as The Coca-Cola Company and PepsiCo, Inc. have introduced products in that market segment which compete directly with our products such as Nestea, Fruitopia, Lipton, Propel, AquaFina, Dasani, Adrenaline Rush, Amp, KMX and Dole. Our products also compete with private label brands such as those carried by grocery store chains and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's nectars, V8 Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and P.E.T. bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's(r) energy, Diet Red, Hansens(r) energy Deuce, Monster EnergyTM, Lost(r) Energy and Rumba(tm) Energy Juice in 8.3- and 16-ounce cans, compete directly with Red Bull, Adrenaline Rush, Amp, 180, KMX, Venom, Extreme Energy Shot, Rockstar, No Fear, Full Throttle, US energy, Red Devil, Lipovitan, MET-Rx, Hype, XTC, and many other brands and our other functional drinks compete directly with Elix, Lipovitan, MET-Rx, Think, and other brands.

11

<PAGE>

Our E2O Energy Water(r) and still water products compete directly with Vitamin Water, Reebok, Propel, Dasani, Aquafina, Fruit2O, Evian, Crystal Geyser, Naya, Palomar Mountain, Sahara, Arrowhead, Dannon, and other brands of still water especially store brands.

The nutrition food bar category is also highly competitive. Principal areas of competition are pricing, packaging, development of new products and flavors and marketing campaigns. Our nutrition food bars compete with products of other independent bar companies such as Power Bar, Balance Bar, Gatorade, Kashi, Cliff Bar, MET-Rx, and numerous other bars.

Sales and Marketing

We focus on consumers who seek products that are perceived to be natural and healthy and emphasize the natural ingredients and the absence of preservatives, sodium, artificial coloring and caffeine in our beverages (other than our energy drinks) and the addition to most of our products, of one or more supplements. We reinforce this message in our product packaging. Our marketing strategy with respect to our nutrition food bars is similarly to focus on consumers who seek bars that are perceived to be natural and healthy. We emphasize the natural ingredients and the absence of preservatives.

Our sales and marketing strategy is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events in

Exhibit 16

- 35 -

MEC020058

respect of all our beverage and food products. We use our branded vehicles and other promotional vehicles at events at which we distribute our products to consumers for sampling. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products including advertising, in store promotions and in store placement of point of sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as breast cancer research and SPCA's as well as extreme sports teams such as the Pro Circuit - Kawasaki Motocross team, extreme sports figures and sporting events such as the Energy Pro Pipeline Surfing competition, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, freestyle motor cross, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile racing, etc. and also participate in product demonstrations, food tasting and other related events. Posters, print, radio and television advertising together with price promotions and coupons are also used to promote the Hansen's(r) brand.

Additionally, in 2003 we entered into a multi-year sponsorship agreement to advertise on the new Las Vegas Monorail ("Monorail Agreement") with the Las Vegas Monorail Company ("LVMC") which includes the right to vend our Monster EnergyTM drinks and natural sodas on all stations. The initial term of the Monorail Agreement commenced in July 2004. For technical reasons the Monorail did not operate for some months in 2004 but recommenced carrying passengers at the end of December 2004. The initial term of the Monorail Agreement ends on the first anniversary of its commencement date. Not less than 120 days before the expiration of the initial term and each renewal term, as the case may be, we have the right to renew the Monorail Agreement for a further one year term up to a maximum of nine additional one year terms and the LVMC has the right, not withstanding such election by us, to terminate the Monorail Agreement at the expiration of the then current term. Due to the interruption in operations of the Monorail, it is likely that the commencement date of the initial term will be extended.

We believe that one of the keys to success in the beverage industry is differentiation such as making Hansen's(r) products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

                                    12

<PAGE>

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam(r) line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast(r) line.

We increased expenditures for our sales and marketing programs by approximately 75% in 2004 compared to 2003. As of December 31, 2004, we employed 217 employees in sales and marketing activities.

Customers

Our customers are typically retail and specialty chains, club stores, mass merchandisers, convenience chains, food service and full service beverage distributors and health food distributors. In 2004, sales to retailers

Exhibit 16
- 36 -
MEC020059

represented 35% of our revenues, sales to full-service distributors represented 52% of our revenues, and sales to health food distributors represented 6% of our revenues.

Our major customers include Costco, Trader Joe's, Sam's Club, Vons, Ralph's, Wal-Mart, Safeway and Albertson's. A decision by any major customer to decrease amounts purchased from the Company or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations.

Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California.

Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

We own the Hansen's(r) trademark. This trademark is crucial to our business and is registered in the U.S. Patent and Trademark Office and in various countries throughout the world. We own a number of other trademarks including, but not limited to, A New Kind a Buzz(r), Unleash the Beast(r), Hansen's energy(r), Blue Energy(r), Energade(r), Hansen's E2O Energy Water(r), Hansen's slim-down(r), Power Formula(r), THE REAL DEAL(r), LIQUIDFRUIT(r), Imported from Nature(r), California's Natural Choice(r), California's Choice(r), Medicine Man(r), Dyna Juice(r), Equator(r), Hansen's power(r), b*well(r), anti-ox(r), d-stress(r), stamina(r), Aqua Blast(r), Antioxjuice(r) Intellijuice(r), Defense(r), Immunejuice(r), Hansen's Natural Multi-Vitamin Juice Slam(r), Juice Blast(r) and Red Rocker(r) in the United States and the Hansen's(r) and "Smoothie(r)" trademarks in a number of countries around the world.

We have applied to register a number of trademarks in the United States and elsewhere including, but not limited to, Monster EnergyTM, M (stylized) MonsterTM, M (stylized) Monster EnergyTM, M (stylized) TM, Assault(tm), Energy Pro(tm) and Rumba(tm).

In September 2000, in connection with the acquisition of the Blue Sky Natural Beverage business, we, through our wholly owned subsidiary Blue Sky, acquired the Blue Sky(r) trademark, which is registered in the United States and Canada.

13

<PAGE>

In May 2001, in connection with the acquisition of the Junior Juice beverage business, we, through our wholly owned subsidiary Junior Juice, acquired the Junior Juice(r) trademark, which is registered in the United States.

On April 4, 2000, the United States Patent and Trademark Office issued a patent to us for an invention related to a shelf structure (rolling rack) and, more particularly, a shelf structure for a walk-in cooler. Such shelf structure

**Exhibit 16**
**- 37 -**

MEC020060

Case 2:17-cv-03605-KJM-JDP Document 41-2 Filed 10/04/18 Page 39 of 74

commissions and bid quotations may not necessarily represent actual transactions and "real time" sale prices. The source of the bid information is the NASDAQ Stock Market, Inc.

                                        16

<PAGE>

     We have not paid dividends to our stockholders since our inception and do not anticipate paying dividends in the foreseeable future.

Equity Compensation Plan Information

     The following table sets forth information as of December 31, 2004 with respect to shares of our common stock that may be issued under our equity compensation plans.

| Plan category | Number of securities to be issued upon exercise of outstanding options, warrants and rights (a) | Weighted-average exercise price of outstanding options, warrants and rights (b) | Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in column (a)) (c) |
| --- | --- | --- | --- |
| Equity compensation plans approved by stockholders | 1,298,400 | $ 6.09 | 824,900 |
| Equity compensation plans not approved by stockholders | - | - | - |
| Total | 1,298,400 | $ 6.09 | 824,900 |

ITEM 6. SELECTED CONSOLIDATED FINANCIAL DATA

     The consolidated statements of operations data set forth below with respect to each of the years ended December 31, 2000 through 2004 and the balance sheet data as of December 31, for the years indicated, are derived from our consolidated financial statements audited by Deloitte & Touche LLP, independent auditors, and should be read in conjunction with those financial statements and notes thereto, and with the Management's Discussion and Analysis of Financial Condition and Results of Operations included as Item 7 of this Annual Report on Form 10-K.

| (in thousands, except per share information) | 2004 | 2003 | 2002 | 2001 | 2000 |
| --- | --- | --- | --- | --- | --- |
| Gross Sales | $226,984 | $138,454 | $115,490 | $99,693 | $86,072 |
| Net sales | $180,341 | $110,352 | $ 92,046 | $80,658 | $71,706 |
| Net income | $ 20,387 | $  5,930 | $  3,029 | $ 3,019 | $ 3,915 |
| Net income per common share | | | | | |

Exhibit 16
- 38 -

MEC020064

Case 2:17-cv-01605-KJM-DB Document 41-2 Filed 10/04/18 Page 40 of 74

| Basic | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diluted | $ | 1.73 | $ | 0.55 | $ | 0.29 | $ | 0.29 | $ 0.38 |
| Total assets | $ 82,022 | | $ 47,997 | | $ 40,464 | | $38,561 | | $38,958 |
| Long-term debt | $ | 146 | $ | 358 | $ | 3,606 | $ | 5,851 | $ 9,732 |

17

<PAGE>

ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
CONDITION AND RESULTS OF OPERATIONS

     The  following  discussion  ("MD&A") is provided as a  supplement  to - and
should  be  read  in  conjunction  with - our  financial  statements  and  the
accompanying  notes  ("Notes")  included  elsewhere  in  this  Form  10-K.  This
discussion  contains  forward-looking  statements that are based on management's
current  expectations,  estimates  and  projections  about  our  business  and
operations.  Our  actual  results  may  differ  materially  from  those  currently
anticipated and expressed in such forward-looking statements.

     This overview provides our perspective on the individual  sections of MD&A.
MD&A includes the following sections:

     *    Our  Business - a  general  description  of our  business;  the  value
          drivers of our business; and opportunities and risks;

     *    Results of  Operations - an analysis of our  consolidated  results of
          operations for the three years presented in our financial statements;

     *    Liquidity  and  Capital  Resources - an  analysis  of our  cash flows,
          sources and uses of cash and contractual obligations;

     *    Application of Critical  Accounting  Policies and  Pronouncements - a
          discussion of accounting  policies that require critical judgments and
          estimates including newly issued accounting pronouncements;

     *    Sales - details of our sales  measured  on a  quarterly  basis in both
          dollars and cases;

     *    Inflation - information about  the impact that  inflation may or may not
          have on our results;

     *    Forward  Looking  Statements - cautionary  information about  forward
          looking  statements  and  a  description  of  certain  risks  and
          uncertainties that could cause our actual results to differ materially
          from the company's  historical results or our current  expectations or
          projections; and

     *    Market Risks - Information about market risks and risk management. See
          "Forward  Looking  Statements" and "ITEM 7A. - QUALITATIVE AND
          QUANTITATIVE DISCLOSURES ABOUT MARKET RISKS."

Our Business

          Overview

     We  develop,  market,  sell and  distribute,  in the main,  a wide range of
branded  beverages.  The  majority  of our  beverages  fall  within the  growing
"alternative"  beverage  category.  The  principal  brand  names  under which our
beverages are marketed are Hansen's(r),  Monster Energy(tm), Blue Sky(r), Junior
Juice(r),  Lost(r) and  Rumba(tm).  We own all of our  above-listed  brand names
other than  Lost(r)  which we  produce,  market,  sell and  distribute  under an

Exhibit 16
- 39 -	MEC020065

Case 2:17-cv-01605-KJM-JDP  Document 41-2  Filed 10/04/18  Page 41 of 74

Our company principally generates revenues, income and cash flows by developing, producing, marketing, selling and distributing finished beverage products. We generally sell these products to retailers as well as distributors.

We incur significant marketing expenditures to support our brands including advertising costs, sponsorship fees and special promotional events. We focus on developing brand awareness and trial through sampling both in stores and at events. Retailers and distributors receive rebates, promotions, point of sale materials, merchandise displays and coolers. We also use in-store promotions and in-store placement of point-of-sale materials and racks, prize promotions, price promotions, competitions, and sponsorship of, and endorsements from, selected public and extreme sports teams and figures and causes. Consumers receive coupons, discounts and promotional incentives. These marketing expenditures help to enhance distribution and availability of our products as well as awareness and increase consumer preference for our brands. Greater distribution and availability, awareness and preference promotes long term growth.

18

<PAGE>

During 2004, we continued to expand our existing product lines and further develop our markets. In particular, we continue to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category, with particular emphasis on energy type drinks.

We believe that one of the keys to success in the beverage industry is differentiation; such as making Hansen's(r) products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

We again achieved record sales in 2004. The increase in gross and net sales in 2004 was primarily attributable to increased sales of our Monster Energy(r) drink, which was introduced in April 2002, including our low carbohydrate ("lo-carb") Monster Energy(r) drink which was introduced in 2003 and sales of Lost(r) energy drinks which were introduced at the beginning of 2004, as well as increased sales of apple juice and apple grape juice, private label beverages and our Energade(r) energy sports drinks. The increase in gross and net sales was partially offset by decreased sales primarily of energy drinks in 8.3-ounce cans, children's multi-vitamin juice drinks, and teas, lemonades and cocktails.

During 2004, sales outside of California represented 56 % of our aggregate sales, as compared to approximately 47 % of our aggregate sales in 2003. Sales to distributors outside the United States during 2004 amounted to $2,282,000 compared to $1,612,000 in 2003.

Our customers are typically retail and specialty chains, club stores, mass merchandisers, convenience chains, full service beverage distributors and health food distributors. In 2004, sales to retailers represented 35% of our revenues, sales to full service distributors represented 52% of our revenues and sales to health food distributors represented 6 % of our revenues.

In 2004, we introduced a carbonated Lost(r) Energy drink in 16-ounce cans, a carbonated Monster Energy "Assault"(tm) drink in 16-ounce cans, a new line of Blue Sky natural tea sodas in 12-ounce cans, Hansen's Energy Drinks in 16-ounce cans, Rumba(tm) Energy Juice in 15.5-once cans and also introduced a new line of

Exhibit 16
- 40 -
MEC020066

Looking forward, our management has identified certain challenges and risks that demand the attention of the beverage industry and our company. Increase in consumer and regulatory awareness of the health problems arising from obesity and inactive lifestyles represents a challenge. We recognize that obesity is a complex and serious public health problem. Our commitment to consumers begins with our broad product line and a wide selection of diet, light and lo-carb beverages, juices and juice drinks, sports drinks and waters and energy drinks. We continuously strive to meet changing consumer needs through beverage innovation, choice and variety.

Our historical success is attributable, in part, to our introduction of different and innovative beverages. Our future success will depend, in part, upon our continued ability to develop and introduce different and innovative beverages, although there can be no assurance of our ability to do so. In order to retain and expand our market share, we must continue to develop and introduce different and innovative beverages and be competitive in the areas of quality, health, method of distribution, brand image and intellectual property protection. The beverage industry is subject to changing consumer preferences and shifts in consumer preferences may adversely affect companies that misjudge such preferences.

In addition, other key challenges and risks that could impact our company's future financial results include, but are not limited to:

* maintenance of our brand images and product quality;

* profitable expansion and growth of our family of brands in the competitive market place (See also Item 1 "BUSINESS - COMPETITION and "SALES AND MARKETING");

* restrictions on imports and sources of supply; duties or tariffs; changes in government regulations;

21

<PAGE>

* protection of our existing intellectual property portfolio of trademark licenses and trademarks and the continuous pursuit of new and innovative trademarks for our expanding product lines; and

* limitations on available quantities of sucralose, a non-caloric sweetener that is used in many of our beverage products, during 2005, due to demand for such sweetener exceeding the supplier's production capacity

* the imposition of additional restrictions.

We believe that the following opportunities exist for us:

* growth potential for non-alcoholic beverage categories including energy drinks, carbonated soft drinks, juices and juice drinks, sports drinks and water;

* new product introductions intended to contribute to higher gross profits;

* premium packages intended to generate strong revenue growth;

* significant package, pricing and channel opportunities to maximize

Exhibit 16
- 41 -
MEC020069

```
        *    proper positioning to capture industry growth.

                                        22
<PAGE>

Results of Operations
<TABLE>
<S>                             <C>              <C>               <C>
<C>           <C>
```

Percentage Change

| | 2004 | 2003 | 2002 | 04 vs. 03 | 03 vs. 02 |
|---|---|---|---|---|---|
| Gross sales | $226,984,231 | $138,454,345 | $115,490,019 | 63.9% | 19.9% |
| Less: Discounts, allowances and promotional payments | 46,643,096 | 28,102,149 | 23,443,657 | 66.0% | 19.9% |
| Net sales | 180,341,135 | 110,352,196 | 92,046,362 | 63.4% | 19.9% |
| Cost of sales | 96,874,750 | 66,577,168 | 58,802,669 | 45.5% | 13.2% |
| Gross profit | 83,466,385 | 43,775,028 | 33,243,693 | 90.7% | 31.7% |
| Gross profit margin | 46.3% | 39.7% | 36.1% | | |
| Selling, general and administrative expenses | 49,507,137 | 33,887,045 | 27,896,202 | 46.1% | 21.5% |
| Amortization of trademark license and trademarks | 73,046 | 61,888 | 54,558 | 18.0% | 13.4% |
| Operating income | 33,886,202 | 9,826,095 | 5,292,933 | 244.9% | 85.6% |
| Operating income as a percent of net sales | 18.8% | 8.9% | 5.8% | | |
| Net nonoperating (income) expense | (51,995) | 67,013 | 227,758 | (177.6%) | (70.6%) |
| Income before provision for income taxes | 33,938,197 | 9,759,082 | 5,065,175 | 247.8% | 92.7% |
| Provision for income taxes | 13,551,393 | 3,828,678 | | | |

Exhibit 16
- 42 -

MEC020070

3/15/2016

https://www.sec.gov/Archives/edgar/data/865752/000086575205000008/k123104.txt

Case 2:17-cv-01605-KJM-JDP   Document 41-2   Filed 10/04/18   Page 44 of 74

2,035,980    237.9%   88.4%

```
-----  -----------  -----------
Effective tax rate                          39.9%                39.2%
40.2%

Net income                          $ 20,386,804         $ 5,930,404         $
3,029,195    243.8%    95.8%
                                    ==================  ==================
==================  ===========  ===========
Net income as a percent of net
  sales                                     11.3%                 5.4%
3.3%

Net income per common share:
  Basic                           $      1.91         $      0.58         $
0.30    229.3%    93.3%
  Diluted                         $      1.73         $      0.55         $
0.29    214.5%    89.7%
```

</TABLE>

    Results of Operations  for the Year Ended December 31, 2004 Compared to the
Year Ended December 31, 2003

    Gross Sales.  For the year ended December 31, 2004, gross sales were $227.0
million, an increase of $88.5 million or 63.9% higher than gross sales of $138.5
million for the year ended  December  31,  2003.  The increase in gross sales
is  primarily  attributable to increased  sales of certain of our existing  products
and the introduction of new products as discussed below in "Net Sales."

    Net Sales.  For the year ended  December  31,  2004,  net sales were $180.3
million,  an increase of $70.0  million or 63.4% higher than net sales of $110.4
million for the year ended December 31, 2003. We again achieved  record sales in
2004. The increase in gross and net sales in 2004 was primarily  attributable to
increased sales by volume of our Monster  Energy(r) drink,  which was introduced
in April 2002,  including our low  carbohydrate  ("lo-carb")  Monster  Energy(r)
drink which was  introduced in 2003 and sales by volume of Lost(r) energy drinks
which were  introduced at the  beginning of 2004, as well as increased  sales by
volume of apple juice and apple grape juice, private label  beverages  and our
Energade(r) energy sports drinks.  Additionally,  the increase in gross and net
sales was  attributable to the increased sales prices and reduced  allowances of
smoothies  in cans and natural  sodas.  The  increase in gross and net sales was
partially offset by decreased sales by volume primarily of Hansens energy drinks
in 8.3-ounce cans,  children's  multi-vitamin juice drinks, and teas,  lemonades
and cocktails.

                                      23
<PAGE>

    Gross Profit.  Gross profit was $83.5  million for the year ended  December
31, 2004,  an increase of $39.7  million or 90.7% over the $43.8  million  gross
profit for the year ended December 31, 2003. Gross profit as a percentage of net
sales was 46.3% for the year ended December 31, 2004 which was higher than gross
profit as a  percentage  of net sales of 39.7 % for the year ended  December 31,
2003,  due  primarily to higher gross profit  margins  achieved on the increased
sales of  Monster Energy(r)  and  Lost(r) energy drinks.  Although a  greater
percentage of our sales comprised  products having higher gross margins than the
prior year,  the  increase in profit  margins  was  partially  reduced by higher
promotional payments and allowances to promote our products.

https://www.sec.gov/Archives/edgar/data/865752/000086575205000008/k123104.txt
26/79

**Exhibit 16**
**- 43 -**

MEC020071

Total Operating Expenses. Total operating expenses were $49.4 million for the year ended December 31, 2004, an increase of $15.6 million or 46.0% over total operating expenses of $33.9 million for the year ended December 31, 2003. Total operating expenses as a percentage of net sales decreased slightly to 27.5% for the year ended December 31, 2004, from 30.8% for the year ended December 31, 2003. The increase in total operating expenses was primarily attributable to increased selling, general and administrative expenses. The decrease in total operating expenses as a percentage of net sales was primarily attributable to the comparatively lower increase in selling, general and administrative expenses than the increase in net sales.

Selling, General and Administrative. Selling, general and administrative expenses were $49.5 million for the year ended December 31, 2004, an increase of $15.6 million or 46.1% over selling, general and administrative expenses of $33.9 million for the year ended December 31, 2003. Selling, general and administrative expenses as a percentage of net sales decreased to 27.5% for the year ended December 31, 2004 from 30.7% for the year ended December 31, 2003. Selling expenses were $29.2 million for the year ended December 31, 2004, an increase of $9.1 million or 45.5% over selling expenses of $20.1 million for the year ended December 31, 2003. Selling expenses as a percentage of net sales decreased to 16.2% for the year ended December 31, 2004 from 18.2% for the year ended December 31, 2003. The increase in selling expenses was primarily attributable to increased distribution (freight) and storage expenses which increased by $4.1 million, increased expenditures for trade development activities and cooperative arrangements with our customers and distributors, and royalties which increased by $2.4 million, and increased expenditures for merchandise displays, point-of-sale materials, and premiums, which increased by $2.0 million. General and administrative expenses were $20.3 million for the year ended December 31, 2004, an increase of $6.5 million or 47.0% over general and administrative expenses of $13.8 million for the year ended December 31, 2003. General and administrative expenses as a percentage of net sales decreased to 11.2% for the year ended December 31, 2004 from 12.5% for the year ended December 31, 2003. The increase in general and administrative expenses was primarily attributable to payroll expenses which increased by $3.3 million, professional services, consisting of legal, consulting and accounting services primarily related to the implementation and testing required by the Sarbanes-Oxley Act of 2002, and legal services related to protecting trademarks which increased by $1.5 million, and travel and entertainment expenses which increased by $622,000.

Amortization of Trademark License and Trademarks. Amortization of trademark license and trademarks was $73,000 for the year ended December 31, 2004, an increase of $11,000 over amortization of trademark license and trademarks of $62,000 for the year ended December 31, 2003. The increase in amortization of trademark license and trademarks was due to the acquisition of trademarks during the year ended December 31, 2004.

Operating Income. Operating income was $33.9 million for the year ended December 31, 2004, compared to $9.8 million for the year ended December 31, 2003. The $24.1 million increase in operating income was primarily attributable to increased gross profits, which was partially offset by increased operating expenses.

24

<PAGE>

Net Nonoperating Income/Expense. Net nonoperating income was $52,000 for the year ended December 31, 2004, as compared to net nonoperating expense of $67,000 for the year ended December 31, 2003. Net nonoperating income/expense consists of interest income and interest and financing expense. Interest and financing expense for the year ended December 31, 2004 was $42,000 as compared

MEC020072

to $73,000 for the year ended December 31, 2003. The decrease in interest and
financing expense was primarily attributable to the decrease in outstanding loan
balances and lower interest rates. Interest income for the year ended December
31, 2004 was $94,000, as compared to interest income of $6,000 for the year
ended December 31, 2003. The increase in interest income was primarily
attributable to an increase in the cash investment in interest bearing accounts
during the year ended December 31, 2004.

     Provision for Income Taxes. Provision for income taxes for the year ended
December 31, 2004 was $13.6 million which was an increase of $9.7 million as
compared to the provision for income taxes of $3.8 million for the year ended
December 31, 2003. The increase in provision for income taxes was primarily
attributable to the increase in operating income. The effective combined federal
and state tax rate for 2004 was 39.9%, which was higher than the effective tax
rate of 39.2% for 2003 due to the increase in the statutory federal income tax
rate applicable to the Company's pre-tax income.

     Net Income. Net income was $20.4 million for the year ended December 31,
2004, which was an increase of $14.5 million as compared to net income of $5.9
million for the year ended December 31, 2003. The increase in net income was
primarily attributable to the $39.7 million increase in gross profit and
decrease in nonoperating expense and increase in nonoperating income of $119,000
for the year ended December 31, 2004 which was partially offset by increased
operating expenses of $15.6 million and an increase in the provision for income
taxes of $9.7 million.

     Results of Operations for the Year Ended December 31, 2003 Compared to the
Year Ended December 31, 2002

     Gross Sales. For the year ended December 31, 2003, gross sales were $138.5
million, an increase of $23.0 million or 19.9% higher than gross sales of $115.5
million for the year ended December 31, 2002. The increase in gross sales is
primarily attributable to the introduction of new products and increased sales
of certain of our existing products as discussed below in "Net Sales."

     Net Sales. For the year ended December 31, 2003, net sales were $110.4
million, an increase of $18.3 million or 19.9% higher than net sales of $92.0
million for the year ended December 31, 2002. The increase in net sales was
primarily attributable to sales of our Monster EnergyTM drink, which was
introduced in April 2002, as well as increased sales of Natural Sodas, Junior
Juice and, to a lesser extent, sparkling beverages. The increase in net sales
was partially offset by decreased sales of functional drinks, smoothies, E2O
Energy Water, Energade(r) energy sports drinks, and children's multi-vitamin
juice drinks as well as an increase in discounts, allowances and promotional
payments.

     Gross Profit. Gross profit was $43.8 million for the year ended December
31, 2003, an increase of $10.5 million or 31.7% over the $33.2 million gross
profit for the year ended December 31, 2002. Gross profit as a percentage of net
sales was 39.7% for the year ended December 31, 2003 which was slightly higher
than gross profit as a percentage of net sales of 36.1% for the year ended
December 31, 2002. The increase in gross profit was primarily attributable to
increased net sales. Although a greater percentage of our sales comprised
products having higher gross margins than the prior year, the increase in profit
margins was partially reduced by higher promotional payments and allowances to
promote our products.

     Total Operating Expenses. Total operating expenses were $33.9 million for
the year ended December 31, 2003, an increase of $6.0 million or 21.5% over
total operating expenses of $28.0 million for the year ended December 31, 2002.
Total operating expenses as a percentage of net sales slightly increased to

**Exhibit 16**
**- 45 -**

MEC020073

```
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<FILENAME>k123005b.txt
<DESCRIPTION>HNC
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2005

OR

[ ]TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

HANSEN NATURAL CORPORATION
(Exact name of registrant as specified in its charter)

Delaware                              39-1679918
(State or other jurisdiction of       (I.R.S. Employer
incorporation or organization)        Identification No.)

1010 Railroad Street, Corona, California 92882
(Address of principal executive offices) (Zip Code)

Registrants telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| Not Applicable | Not Applicable |

Securities registered pursuant to Section 12(g) of the Act:

Title of class
----------------
Common Stock, $0.005 par value per share

Indicate by check mark if the registrant is a well-known  seasoned  issuer,
as defined in Rule 405 of the Securities Act. Yes[X] No[ ].

Indicate by check mark if the  registrant  is not  required to file reports
pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes[ ] No[X ].

Indicate by check mark  whether the  registrant:  (1) has filed all reports
required to be filed by Section 13 or 15(d) of the  Securities  Exchange  Act of
1934  during  the  preceding  12 months  (or for such  shorter  period  that the

Exhibit 16
- 46 -

MEC020125

Case 2:17-cv-01605-KJM-JDP　Document 41-2　Filed 10/04/18　Page 48 of 74

registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days. Yes [X] No [ ]

    Indicate by check mark if disclosure of delinquent  filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to the
best of the registrant's  knowledge,  in definitive proxy  or  information
statements incorporated  by  reference  in Part  III of this  Form  10-K or any
amendment to this Form 10-K. [ ]

    Indicate by check mark whether the registrant is a large accelerated filer,
an accelerated filer or a  non-accelerated  filer. See definition of accelerated
filer and large  accelerated  filer in Rule  12b-2 of the  Exchange  Act.  Large
accelerated filer [ X ] Accelerated filer [ ] Non-accelerated filer [ ]

<PAGE>

    Indicate  by check mark  whether  the  registrant  is a shell  company  (as
defined by Rule 12b-2 of the Exchange Act.) Yes [ ] No [X]

    The aggregate  market value of the common equity held by  nonaffiliates  of
the registrant was $717,931,877  computed by reference to the closing sale price
for such stock on the NASDAQ  Capital Market on June 30, 2005, the last business
day of the registrant's most recently completed second fiscal quarter.

    The number of shares of the registrant's common stock, $0.005 par value per
share (being the only class of common stock of the  registrant),  outstanding on
February 10, 2006 was 22,307,006 shares.

                                       2
<PAGE>

                        HANSEN NATURAL CORPORATION

                               FORM 10-K

                           TABLE OF CONTENTS

Item Number                                           Page Number
------------                                          -----------
                              PART I
                              ------


1.  Business                                               4
1A. Risk Factors                                          18
1B. Unresolved Staff Comments                             23
2.  Properties                                            23
3.  Legal Proceedings                                     23
4.  Submission of Matters to a Vote of Security Holders   24


                              PART II
                              -------

5.  Market for the Registrant's Common Equity,  Related
      Stockholder Matters and Issuer Purchases of Equity Securities   25
6.  Selected  Financial Data                              26
7.  Management's Discussion and Analysis of Financial
      Condition and Results of Operations                 27
7A. Qualitative and Quantitative Disclosures about Market Risks   45

Exhibit 16
- 47 -

MEC020126

8.  Financial Statements and Supplementary Data                    44
9.  Changes in and Disagreements with Accountants on
      Accounting and Financial Disclosure                          45
9A. Controls and Procedures                                        46
9B. Other Information                                              48

                              PART III

10. Directors and Executive Officers of the Registrant             49
11. Executive Compensation                                         52
12. Security Ownership of Certain Beneficial Owners and Management
      and Related Stockholder Matters                              58
13. Certain Relationships and Related Transactions                 61
14. Principal Accountant Fees and Services                         62

                              PART IV

15. Exhibits, Financial Statement Schedules                        63

    Signatures                                                     64

                                 3
<PAGE>


                              PART I

ITEM 1. BUSINESS

Overview

     Hansen Natural  Corporation was incorporated in Delaware on April 25, 1990.
Its principal place of business is at 1010 Railroad Street,  Corona,  California
92882 and its  telephone  number is (951)  739-6200.  When this  report uses the
words "Hansen",  "HBC", "the Company", "we", "us", and "our", these words refer
to Hansen  Natural  Corporation  and our  subsidiaries  other than  Monster LDA
Company ("MLDA"), unless the context otherwise requires.

     We are a holding company and carry on no operating  business except through
our direct wholly owned subsidiaries,  Hansen Beverage Company ("HBC") which was
incorporated  in Delaware on June 8, 1992,  and MLDA,  formerly  known as Hard e
Beverage  Company,  and  previously  known  as Hard  Energy  Company  and as CVI
Ventures,  Inc.,  which was  incorporated  in  Delaware on April 30,  1990.  HBC
generates substantially all of our operating revenues.

     We develop,  market,  sell and distribute  "alternative"  beverage category
natural sodas, fruit juices, energy drinks and energy sports drinks, fruit juice
smoothies and,  "functional   drinks",   sparkling  lemonades  and  orangeades,
non-carbonated ready-to-drink iced teas, lemonades, juice cocktails,  children's
multi-vitamin  juice drinks and  non-carbonated  lightly  flavored energy waters
under the Hansen's(R) brand name. We also develop,  market,  sell and distribute
energy drinks under the Monster Energy(R),  Lost(R) Energy,  Rumba(TM) and Joker
Mad Energy(TM) brand names. We also market, sell and distribute,  natural sodas,
premium natural sodas with  supplements,  organic natural sodas,  seltzer waters
and  energy  drinks  under the Blue  Sky(R)  brand  name.  Our fruit  juices for
toddlers are marketed under the Junior Juice(R) brand name. We also market, sell
and  distribute  vitamin  and mineral  drink  mixes in  powdered  form under the
Fizzit(TM) brand name.

     The Company has two  reportable  segments,  namely  Direct  Store  Delivery
("DSD"),  whose principal products comprise energy drinks, and Warehouse,  whose
principal  products  comprise  juice based and soda  beverages.  The DSD segment

                            Exhibit 16
                             - 48 -
                                                              MEC020127

develops, markets and sells products primarily through an exclusive distributor network whereas the Warehouse segment develops, markets and sells products primarily direct to retailers.

Corporate History

In the 1930s, Hubert Hansen and his three sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for pasteurized natural juices and juice blends that are shelf stable and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's(R) natural sodas. California Co-Packers Corporation (d/b/a/ Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's(R) brand name, in January 1990. On July 27, 1992, HBC acquired the Hansen's(R) brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category including in particular, energy drinks. In September 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's(R) trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary, Blue Sky Natural Beverage Co. ("Blue Sky"), which was incorporated in Delaware on September 8, 2000, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico corporation ("BSNBC"), under the Blue Sky(R) trademark. In 2001, HBC, through its wholly-owned subsidiary Hansen Junior Juice Company, ("Junior Juice"), which was incorporated in Delaware on May 7, 2001, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. ("Pasco") under the Junior Juice(R) trademark.

4

<PAGE>

Industry Overview

The alternative beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling waters. The alternative beverage category is the fastest growing segment of the beverage marketplace according to Beverage Marketing Corporation. According to Beverage Marketing Corporation, wholesale sales in 2005 for the alternative beverage category of the market are provisionally estimated at $18.7 billion representing a growth rate of approximately 13.7% over the revised estimated wholesale sales in 2004 of approximately $16.4 billion.

Products

Natural Sodas. Hansen's(R) natural sodas have been a leading natural soda brand in Southern California for the past 25 years. In 2005, according to Information Resources, Inc.'s Analyzer Reports for California, our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Our natural sodas are available in fifteen regular flavors consisting of mandarin lime, key lime, grapefruit, raspberry, ginger ale, creamy root beer, grapefruit, vanilla cola, cherry vanilla creme, orange mango, kiwi strawberry, tropical passion, black cherry, ginger ale and tangerine. In early 2001, we introduced a new line of

**Exhibit 16**
**- 49 -**

MEC020128

Case 2:17-cv-01605-KJM-JDP   Document 41-2   Filed 10/04/18   Page 51 of 74

diet sodas using Splenda(R) sweetener as the primary sweetener. We initially introduced this line in four flavors: peach, black cherry, tangerine lime, and kiwi strawberry and have since added two additional flavors, ginger ale and creamy root beer. Our natural sodas contain no preservatives, sodium, caffeine or artificial coloring and are made with high quality natural flavors, citric acid and high fructose corn syrup or, in the case of diet sodas, with Splenda(R) and Acesulfame-K. We package our natural sodas in 12-ounce and 16-ounce aluminum cans. In 2002, we introduced a line of natural mixers in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale.

In January 1999, we introduced a premium line of Signature Sodas in unique proprietary 14-ounce glass bottles. This line was marketed under the Hansen's(R) brand name, primarily through our distributor network, in six flavors. In early 2003, we repositioned this line into lower cost 12-ounce glass packaging to market our repositioned Signature Soda line at lower price points directly to our retail customers such as grocery chains, club stores, specialty retail chains and mass merchandisers and to the health food sector through specialty and health food distributors (collectively referred to as our "direct retail customers"). Signature Soda is available in 12-ounce glass bottles in five flavors: orange creme, vanilla creme, ginger beer, sarsaparilla and black cherry.

In September 2000, we acquired the Blue Sky(R) natural soda business from BSNBC. Our Blue Sky product line comprises natural sodas, premium sodas, organic natural sodas, seltzer water, energy drinks and tea sodas. Blue Sky(R) natural sodas are available in twelve regular flavors consisting of lemon lime, grapefruit, cola, root beer, raspberry, cherry vanilla creme, Jamaican ginger ale, black cherry, orange creme, Dr. Becker, grape and cream soda. We also offer a Blue Sky(R) product line, a premium line of natural sodas which contain supplements such as ginseng. This line is available in six flavors consisting of ginseng creme, ginseng cola, ginseng root beer, ginseng very berry creme, ginseng ginger ale, and ginseng cranberry-raspberry. During 1999, Blue Sky(R) introduced a line of organic natural sodas, which are available in six flavors consisting of prime lime cream, new century cola, orange divine, ginger gale, black cherry cherish, and root beer. We also market a seltzer water under the Blue Sky(R) label in three flavors: natural, lime and lemon. In 2002, we introduced a lightly carbonated Blue Sky(R) energy drink in an 8.3-ounce slim can. In 2004, we introduced a new line of Blue Sky(R) natural tea sodas in four flavors consisting of Imperial Lime Green Tea, Peach Mist Green Tea, Pomegranate White Tea and Raspberry Red Tea. The Blue Sky(R) products contain no preservatives, sodium or caffeine (other than the energy drink) or artificial coloring and are made with high quality natural flavors. Blue Sky(R) natural sodas, seltzer waters and tea sodas are all packaged in 12-ounce aluminum cans and are marketed primarily to our direct retail customers. In March 2005, we introduced a new light line of Blue Sky sodas using natural sweeteners in four flavors, cherry vanilla creme, creamy root, Jamaican ginger ale and wild raspberry in 12-ounce cans. In the third quarter of 2005, we introduced a new line of Blue Sky(R) Natural Sodas with real sugar in 12-ounce cans in four flavors, cherry vanilla creme, cola, ginger ale and root beer. In December 2005, we introduced a new line of Blue Sky Isotonic Sports Drinks in 16-ounce polyethylene terephthalate ("PET") plastic bottles in three flavors, orange, lemon lime and fruit punch.

5

<PAGE>

In 2001, we introduced a new line of sparkling lemonades (regular and pink) and orangeades in unique proprietary 1-liter glass bottles and towards the end of 2002, we introduced diet versions of our regular sparkling lemonades and orangeades, also in 1-liter glass bottles. The sparkling lemonades and orangeades contain real juice and pulp. In 2003, we extended this line into

Exhibit 16
- 50 -

MEC020129

Case 2:17-cv-01605-KJM-1DB  Document 41-2  Filed 10/04/18  Page 52 of 74

unique proprietary 12-ounce glass bottles in both regular and diet versions. This product line is marketed to our direct retail customers. The contract packer who produced these products on our behalf underwent a change of ownership and experienced production difficulties which adversely affected this product line. We are currently evaluating alternative packages for this line.

Hansen's Energy Drinks. In 1997, we introduced a lightly carbonated citrus flavored Hansen's(R) energy drink in 8.3-ounce cans. Our energy drink competes in the "functional" beverage category, namely, beverages that provide a real or perceived benefit in addition to simply delivering refreshment. We also offered additional flavors of energy drinks as well as functional drinks including a ginger flavored d-stress(R) drink, an orange flavored b-well(TM) drink, a guarana berry flavored stamina(R) drink, a grape flavored power drink, and a berry flavored "slim-down" drink that contained no calories, in the same size cans. We have since discontinued sales of such products. Our energy drinks contain vitamins, minerals, nutrients, herbs and supplements (collectively "supplements"). In 2004, we commenced to offer our Hansen's energy drink in 16-ounce cans as well. In 2001, we introduced Energade(R), a non-carbonated energy sports drink in 23.5-ounce cans in two flavors, citrus and orange, and subsequently introduced a third flavor, red rocker, which we have since discontinued. We also introduced E2O Energy Water(R), a non-carbonated lightly flavored water, in 24-ounce blue PET plastic bottles, in four flavors, tangerine, apple, berry and lemon. We have since discontinued the apple flavor and introduced a green tea flavor in its place. In 2002, we expanded our E2O Energy Water(R) line with four additional flavors in clear PET plastic bottles, mango melon, kiwi strawberry, grapefruit and green tea. We have since discontinued the E2O Energy Water(R) line in clear PET plastic bottles. Our Energade(R) and E2O Energy Water(R) drinks also contain different combinations and levels of supplements. We are currently repositioning our E2O Energy Water(R) line. At the end of 2002, we introduced a lightly carbonated diet energy drink in 8.3-ounce cans under the Hansen's(R) Diet Red brand name. Our Diet Red energy drink is sweetened with Splenda(R) and Acesulfame-K. We market our energy, and Energade(R) drinks primarily through our full service distributor network. We market our E2O Energy Water(R) drinks in blue bottles to our direct retail customers. In 2003, we introduced a new carbonated energy drink under the Hansen's(R) Deuce brand name, in 16-ounce cans, but with a different flavor from our existing Hansen's(R) Energy drinks in 8.3-ounce cans. We have since discontinued this product.

Monster Energy(R) Drinks. In 2002, we launched a new carbonated energy drink under the Monster Energy(R) brand name, in 16-ounce cans, which was almost double the size of our regular energy drinks in 8.3-ounce cans and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy(R) drink contains different types and levels of supplements than our Hansen's(R) energy drinks and is marketed through our full service distributor network. In 2003, we introduced a low carbohydrate ("Lo-Carb") version of our Monster Energy(R) energy drink. In 2004, we introduced 4-packs of our Monster Energy(R) drinks including our Lo-Carb version thereof and, towards the end of 2004, we launched a new Monster Energy(R) Assault(TM) energy drink in 16-ounce cans. During the first half of 2005, we introduced our Monster Energy(R) drinks and Lo-Carb Monster Energy(R) in 24-ounce size cans as well as Monster Energy(R), Lo-Carb Monster Energy(R) and Monster Energy(R) Assault(TM) in 8.3-ounce size cans. In September 2005, we introduced a new Monster Energy(R) Khaos(TM) energy drink in 16-ounce cans. Khaos(TM) is lightly carbonated and contains 70% juice.

6

<PAGE>

Lost(R) Energy Drinks. In 2004, we launched a new carbonated energy drink under the Lost(R) brand name, in 16-ounce cans. Towards the end of 2005, we

Exhibit 16
- 51 -
MEC020130

Case 2:17-cv-01605-KJM-JDP Document 41-2 Filed 10/04/18 Page 53 of 74

those marketed by The Coca-Cola Company, Pepsico, Inc. and Cadbury Schweppes plc, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Clearly Canadian Beverage Company, Crystal Geyser, J.M. Smucker Company, and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's nectars, V8 Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and PET bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's(R) energy, Diet Red, Monster Energy(R), Lost(R) Energy, Joker Mad Energy(TM) and Rumba(TM) Energy Juice in 8.3, 15.5, 16 and 24-ounce cans, compete directly with Red Bull, Adrenaline Rush, Amp, Rockstar, No Fear, Full Throttle, 180, KMX, Venom, Extreme Energy Shot, US energy, Red Devil, Rip It, Nos, Boo Koo, Lipovitan, MET-Rx, Hype, XTC, and many other brands. In addition, certain large companies such as The Coca-Cola Company and Pepsico Inc. market and/or distribute products in that market segment such as Mountain Dew, Mountain Dew MDX, Vault, Adrenaline Rush, Amp, No Fear, Full Throttle and Rockstar.

Our E2O Energy Water(R) and still water products compete directly with Vitamin Water, Reebok, Propel, Dasani, Aquafina, Fruit2O, Evian, Crystal Geyser, Naya, Palomar Mountain, Sahara, Arrowhead, Dannon, and other brands of flavored water and still water especially store brands.

Sales and Marketing

We focus on consumers who seek products that are perceived to be natural and healthy and emphasize the natural ingredients and the absence of preservatives, sodium, artificial coloring and caffeine in our beverages (other than our energy drinks) and the addition to most of our products, of one or more supplements. We reinforce this message in our product packaging.

13

<PAGE>

Our sales and marketing strategy is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events in respect of all our beverages and drink mixes. We use our branded vehicles and other promotional vehicles at events at which we distribute our products to consumers for sampling. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products including advertising, in store promotions and in store placement of point of sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as breast cancer research and SPCA's as well as extreme sports teams such as the Pro Circuit - Kawasaki Motocross team, extreme sports figures and athletes, sporting events such as the Energy Pro Pipeline Surfing competition, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, freestyle motor cross, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile racing, etc. and also participate in product demonstrations,

Exhibit 16
- 52 -

MEC020138

food tasting and other related events. Posters, print, radio and television advertising together with price promotions and coupons are also used to promote our brands.

Additionally, in 2003 we entered into a multi-year sponsorship agreement to advertise on the new Las Vegas Monorail ("Monorail Agreement") with the Las Vegas Monorail Company ("LVMC") which includes the right to vend our Monster Energy(R) drinks and natural sodas on all stations. The initial term of the Monorail Agreement commenced in July 2004. For technical reasons the Monorail did not operate for some months in 2004 but recommenced carrying passengers at the end of December 2004. The initial term of the Monorail Agreement ends on the first anniversary of its commencement date. Not less than 120 days before the expiration of the initial term and each renewal term, as the case may be, we have the right to renew the Monorail Agreement for a further one year term up to a maximum of nine additional one year terms and the LVMC has the right, not withstanding such election by us, to terminate the Monorail Agreement at the expiration of the then current term. Due to the interruption in operations of the Monorail, the commencement date of the initial term was extended and the agreement commenced on January 1, 2005. We have renewed our agreement for 2006.

We believe that one of the keys to success in the beverage industry is differentiation such as making Hansen's(R) products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam(R) line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast(R) line.

We increased expenditures for our sales and marketing programs by approximately 55% in 2005 compared to 2004. As of December 31, 2005, we employed 363 employees in sales and marketing activities, of which 183 were employed on a full-time basis.

14

<PAGE>

Customers

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Sales to our various customer types for 2005 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

| | |
|---|---|
| Retail Grocery, specialty chains and wholesalers | 19% |
| Club stores, drug & mass merchandisers | 11% |
| Full service distributors | 65% |
| Health food distributors | 3% |
| Other | 2% |

Our customers include Dr. Pepper Bottling/7UP Bottling Group, Wal-Mart (including Sams Club), Kalil Bottling Group, Trader Joe's, Seven-Up Companies Northern California, Costco, Albertson's, Kroger and Safeway. A decision by any large customer to decrease amounts purchased from the Company or to cease

Exhibit 16
- 53 -

MEC020139

carrying our products could have a material negative effect on our financial condition and consolidated results of operations. One customer accounted for approximately 18% and 13% of the Company's sales for the years ended December 31, 2005 and 2004, respectively.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to the Hansen's products. However, the energy drink category appears to be less seasonal than traditional beverages.

## Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

We own the Hansen's(R) trademark. This trademark is crucial to our business and is registered in the U.S. Patent and Trademark Office and in various countries throughout the world. We own a number of other trademarks including, but not limited to, A New Kind a Buzz(TM) ,Unleash the Beast(R), Hansens Energy(R), Blue Energy(R), Energade(R), Hansen's E2O Energy Water(R), Slim Down(R), Power Formula(R), THE REAL DEAL(R), LIQUIDFRUIT(R), California's Natural Choice(R), Medicine Man(R), Hansen's power(R), b-well(R), anti-ox(R), d-stress(R), stamina(R), Antioxjuice Intellijuice(R), Defense(R), Immunejuice(R), Hansen's Natural Multi-Vitamin Juice Slam(R), Juice Blast(R) , Red Rocker(R), Monster Energy(R), M (stylized)(R), M Monster Energy(R) and Hansen's Natural Soda(R) in the United States and, the Hansen's(R) and Smoothie(R) trademarks in a number of countries around the world.

We have applied to register a number of trademarks in the United States and elsewhere including, but not limited to, Monster(TM), Assault(TM), Energy Pro(TM), Khaos(TM), M Monster Mutant(TM), Monster Mutant(TM), Joker Mad Energy(TM), Rumba(TM), Fizzit(TM) and Fizz Bomb(TM).

15

<PAGE>

In September 2000, in connection with the acquisition of the Blue Sky Natural Beverage business, we, through our wholly owned subsidiary Blue Sky, acquired the Blue Sky(R) trademark, which is registered in the United States and Canada.

In May 2001, in connection with the acquisition of the Junior Juice beverage business, we, through our wholly owned subsidiary Junior Juice, acquired the Junior Juice(R) trademark, which is registered in the United States.

On April 4, 2000, the United States Patent and Trademark Office issued a patent to us for an invention related to a shelf structure (rolling rack) and, more particularly, a shelf structure for a walk-in cooler. Such shelf structure is utilized by us to secure shelf space for and to merchandise our energy and functional drinks in cans in refrigerated Visi coolers and walk-in coolers in retail stores.

Exhibit 16
- 54 -
                                                              MEC020140

In addition, at the meeting our stockholders ratified the appointment of Deloitte & Touche LLP as the independent registered public accounting firm of the Company for the year ended December 31, 2005, by a vote of 19,627,174 for, 144,498 against, 10,807 abstaining and zero broker non-votes.

24

<PAGE>

PART II

ITEM 5. MARKET FOR THE REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Principal Market

The Company's common stock began trading in the over-the-counter market on November 8, 1990 and is quoted on the NASDAQ Capital Market under the symbol "HANS". As of February 10, 2006, there were 22,307,006 shares of the Company's common stock outstanding held by approximately 514 holders of record.

Stock Price and Dividend Information

The following table sets forth high and low bid closing quotations of our common stock for the periods indicated (as adjusted for the stock split that occurred on August 8, 2005 (Note 1)):

|                            | High |        | Low |        |
|----------------------------|------|--------|-----|--------|
| **Year Ended December 31, 2004** |      |        |     |        |
| First Quarter              | $    | 7.22   | $   | 3.96   |
| Second Quarter             | $    | 13.63  | $   | 6.76   |
| Third Quarter              | $    | 14.24  | $   | 9.07   |
| Fourth Quarter             | $    | 18.21  | $   | 11.55  |
|                            |      |        |     |        |
| **Year Ended December 31, 2005** |      |        |     |        |
| First Quarter              | $    | 29.98  | $   | 16.76  |
| Second Quarter             | $    | 43.07  | $   | 26.63  |
| Third Quarter              | $    | 53.70  | $   | 40.49  |
| Fourth Quarter             | $    | 86.71  | $   | 41.98  |

The quotations for the common stock set forth above represent bid quotations between dealers, do not include retail markups, mark-downs or commissions and bid quotations may not necessarily represent actual transactions and "real time" sale prices. The source of the bid information is the NASDAQ Stock Market, Inc.

We have not paid cash dividends to our stockholders since our inception and do not anticipate paying cash dividends in the foreseeable future.

25

<PAGE>

Equity Compensation Plan Information

The following table sets forth information as of December 31, 2005 with respect to shares of our common stock that may be issued under our equity compensation plans.

Exhibit 16
- 55 -

MEC020150

Case 2:17-cv-01605-KJM-JDP   Document 41-2   Filed 10/04/18   Page 57 of 74

<TABLE>

| Plan category | Number of securities to be issued upon exercise of Nutstanding options, warrants and rights (a) | Weighted-average exercise price of outstanding options, warrants and rights (b) | Number of remaining future issuance quity (excluding reflected in column (a)) securities available for under compensation plans securities (c) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Equity compensation plans approved by stockholders | 3,712,600 | $8.38 | 262,600 |
| Equity compensation plans not approved by stockholders | - | - | - |
| Total | 3,712,600 | $8.38 | 262,600 |

</TABLE>

ITEM 6. SELECTED FINANCIAL DATA

   The consolidated statements of operations data set forth below with respect
to each of the years ended  December 31, 2001 through 2005 and the balance sheet
data as of December  31, for the years  indicated,  are derived from our audited
consolidated  financial  statements and should be read in conjunction with those
financial statements and notes thereto, and with the Management's Discussion and
Analysis of Financial  Condition and Results of Operations included as ITEM 7 of
this Annual Report on Form 10-K.

                              26
<PAGE>

<TABLE>

| (in thousands, except per share information) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Gross Sales* | $ 415,417 | $ 224,098 | $ 135,655 | $ 112,885 | $ |

Exhibit 16
- 56 -

MEC020151

| | | | | |
|---|---|---|---|---|
| 97,609 | | | | |
| Net sales | $ 348,886 | $ 180,341 | $ 110,352 | $ 92,046 | $ |
| 80,658 | | | | |
| Gross Profit | $ 182,543 | $ 83,466 | $ 43,775 | $ 32,032 | $ |
| 27,232 | | | | |
| Gross Profit as a Percentage to Net Sales | 52.3% | 46.3% | 39.7% | 35.3% | |
| 34.6% | | | | |
| Operating Income | $ 103,443 | $ 33,886 | $ 9,826 | $ 5,293 | $ |
| 5,551 | | | | |
| Net income | $ 62,776 | $ 20,387 | $ 5,930 | $ 3,029 | $ |
| 3,019 | | | | |
| Net income per common share | | | | |
| Basic | $ 2.85 | $ 0.96 | $ 0.29 | $ 0.15 | $ |
| 0.15 | | | | |
| Diluted | $ 2.59 | $ 0.86 | $ 0.28 | $ 0.14 | $ |
| 0.14 | | | | |
| Total assets | $ 163,890 | $ 82,022 | $ 47,997 | $ 40,464 | $ |
| 38,561 | | | | |
| Long-term debt | $ 10 | $ 146 | $ 358 | $ 3,606 | $ |
| 5,851 | | | | |
| Stockholders' Equity | $ $125,509 | $ $ 58,571 | $ 35,050 | $ $ 28,371 | $ |
| 25,334 | | | | |

</TABLE>

\* Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by the Company's internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of the Companys operating performance. Gross sales may not be realized in the form of cash receipts as promotional payment and allowances may be deducted from payments received from customers.( See "PART II ITEM 7 - RESULTS OF OPERATIONS").


ITEM 7. MANAGEMENTS DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

     The following discussion ("MD&A") is provided as a supplement to and should be read in conjunction with our financial statements and the accompanying notes ("Notes") included elsewhere in this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forwardlooking statements.

     This overview provides our perspective on the individual sections of MD&A.

Exhibit 16
- 57 -

MEC020152

growth.

During 2005, we continued to expand our existing product lines and further develop our markets. In particular, we continue to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category, with particular emphasis on energy type drinks.

We believe that one of the keys to success in the beverage industry is differentiation such as making Hansen's(R) products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

A substantial portion of our sales are derived from "energy drinks", particularly our Monster Energy(R) brand energy drinks. Any decrease in sales of our energy drinks, particularly our Monster Energy(R) brand energy drinks could significantly adversely affect our future revenues and net income. Competitive pressure in the "energy drink" category could adversely affect our operating results. (See "PART I ITEM 1A. - RISK FACTORS")

28

<PAGE>

We again achieved record sales in 2005. The increase in gross and net sales in 2005 was primarily attributable to increased sales by volume of our Monster Energy(R) drinks, which were introduced in April 2002, including our low carbohydrate ("lo-carb") Monster Energy(R) drinks, which were introduced in 2003, our Monster Energy(R) Assault(TM) energy drinks which were introduced in September 2004, sales of Monster Energy(R) Khaos(TM) energy drinks, which were introduced in August 2005, increased sales by volume of Lost(R) energy drinks which were introduced in January 2004, and to a lesser extent, to sales of Joker Mad Energy(TM) drinks which were introduced in January 2005, as well as increased sales by volume of apple juice and juice blends, children's multi-vitamin juice drinks and Rumba(TM) energy juice, which was introduced in December 2004. The increase in gross and net sales was partially offset by decreased sales by volume primarily of Hansen's(R) natural sodas, Hansen's(R) energy drinks, Energade(R), and Smoothies in cans.

During the year ended December 31, 2005, sales shipped outside of California represented 62% of our aggregate gross sales, as compared to 56% of our aggregate gross sales for the comparable period in 2004. During the year ended December 31, 2005, sales to distributors outside the United States amounted to $5.6 million, as compared to $2.3 million for the year ended December 31, 2004, which was less than 2% of gross sales for each period respectively.

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Sales to our various customer types for 2005 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

| | |
|---|---|
| Retail Grocery, specialty chains and wholesalers | 19% |
| Club stores, drug & mass merchandisers | 11% |
| Full service distributors | 65% |
| Health food distributors | 3% |
| Other | 2% |

Exhibit 16
- 58 -

MEC020154

* growth potential for non-alcoholic beverage categories including energy drinks, carbonated soft drinks, juices and juice drinks, sports drinks and water;

* new product introductions intended to contribute to higher gross profits;

* premium packages intended to generate strong revenue growth;

* significant package, pricing and channel opportunities to maximize profitable growth; and

* proper positioning to capture industry growth.

32

<PAGE>

Results of Operations
<TABLE>

Percentage Change

| | 2005 | 2004 | 2003 | 05 vs. 04 | 04 vs. 03 |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Gross sales, net of discounts & returns * | $ 415,417,282 | $ 224,097,875 | $ 135,655,087 | 85.4% | 65.2% |
| Less: Promotional and other allowances** | 66,530,916 | 43,756,740 | 25,302,891 | 52.0% | 72.9% |
| Net sales | 348,886,366 | 180,341,135 | 110,352,196 | 93.5% | 63.4% |
| Cost of sales | 166,343,118 | 96,874,750 | 66,577,168 | 71.7% | 45.5% |
| Gross profit | 182,543,248 | 83,466,385 | 43,775,028 | 118.7% | 90.7% |
| Gross profit margin | 52.3% | 46.3% | 39.7% | | |
| Operating Expenses: | | | | | |
| Selling, general and administrative expenses | 79,029,837 | 49,507,137 | 33,887,045 | 59.6% | 46.1% |
| Amortization of trademarks | 70,102 | 73,046 | 61,888 | (4.0%) | 18.0% |
| Operating income | 103,443,309 | 33,886,202 | 9,826,095 | 205.3% | 244.9% |
| Operating income as a percent | | | | | |

Exhibit 16
- 59 -

MEC020158

of net sales           29.6%        98.8%
8.9%

| | | | | |
|---|---|---|---|---|
| Net nonoperating income (expense) | 1,351,272 | 51,995 | | |
| (67,013) 2,498.8% (177.6%) | | | | |
| Income before provision for income taxes | 104,794,581 | 33,938,197 | | |
| 9,759,082 208.8% 247.8% | | | | |
| Provision for income taxes | 42,018,605 | 13,551,393 | | |
| 3,828,678 210.1% 253.9% | | | | |
| Effective tax rate | 40.1% | 39.9% | | |
| 39.2% | | | | |
| Net income | $ 62,775,976 | $ 20,386,804 | $ | |
| 5,930,404 207.9% 243.8% | | | | |
| Net income as a percent of net sales | 18.0% | 11.3% | | |
| 5.4% | | | | |

Net income per common share:
  Basic (See Note 7 to the consolidated financial statements)     $    2.85     $    0.96     $
0.29     196.9%     231.0%
  Diluted (See Note 7 to the consolidated financial statements)     $    2.59     $    0.86     $
0.28     201.2%     207.1%

Case sales (in thousands) (in 192-ounce case equivalents)     48,214        29,760
20,421     62.0%     45.7%
</TABLE>

* Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by the Company's internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of the Companys operating performance. Gross sales may not be realized in the form of cash receipts as promotional payment and allowances may be deducted from payments received from customers.

33

<PAGE>

** Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not

MEC020159

Case 2:17-cv-01605-KJM-JDP Document 41-2 Filed 10/04/18 Page 62 of 74

conform with GAAP presentation requirements. Additionally, the presentation of
promotional and other allowances may not be comparable to similar items
presented by other companies. The presentation of promotional and other
allowances facilitates an evaluation of the impact thereof on the determination
of net sales and illustrates the spending levels incurred to secure such sales.
Promotional and other allowances constitute a material portion of the marketing
activities of the Company.

Results of Operations for the Year Ended December 31, 2005 Compared to the Year
Ended December 31, 2004

    Gross Sales. For the year ended December 31, 2005, gross sales were $415.4
million, an increase of $191.3 million or 85.4% higher than gross sales of
$224.1 million for the year ended December 31, 2004. The increase in gross sales
is primarily attributable to increased sales of certain of our existing products
and the introduction of new products as discussed below in "Net Sales". The
percentage increase in gross sales was lower than the percentage increase in net
sales due to a decrease in the promotional and other allowances as a percentage
of gross sales, which decreased from 19.5% for the year ended December 31, 2004
to 16.0% for the year ended December 31, 2005, although the actual amount of
promotional and other allowances increased from $43.8 million to $66.5 million
for the respective periods.

    Net Sales. For the year ended December 31, 2005, net sales were $ 348.9
million, an increase of $168.5 million or 93.5% higher than net sales of $180.3
million for the year ended December 31, 2004. We again achieved record sales in
2005. The increase in gross and net sales in 2005 was primarily attributable to
increased sales by volume of our Monster Energy(R) drinks, which were introduced
in April 2002, including our low carbohydrate ("lo-carb") Monster Energy(R)
drinks, which were introduced in 2003, our Monster Energy(R) Assault(TM) energy
drinks which were introduced in September 2004, sales of Monster Energy(R)
Khaos(TM) energy drinks, which were introduced in August 2005, increased sales
by volume of Lost(R) energy drinks which were introduced in January 2004, and to
a lesser extent, to sales of Joker Mad Energy(TM) drinks which were introduced
in January 2005, as well as increased sales by volume of apple juice and juice
blends, and children's multi-vitamin juice drinks and Rumba(TM) which was
introduced in December 2004. The increase in gross and net sales was partially
offset by decreased sales by volume primarily of Hansen's Natural Sodas(R),
Hansen's(R) energy drinks, Energade(R) and Smoothies in cans. Net sales case
volumes (calculated on 192 U.S. fluid ounces of finished beverage equivalent
basis) increased from 29.8 million cases for the year ended December 31, 2004 to
48.2 million cases for the year ended December 31, 2005, an increase of 18.4
million cases or 62.0%. The overall average net sales price per case also
increased to $7.24 per case for the year ended December 31, 2005 from $6.06 for
the year ended December 31, 2004, an increase of 19.5%. The increase in the
average net sales prices per case was due to an increase in the proportion of
case sales derived from higher priced products as described below.

    Net sales for the DSD segment were $270.0 million for the year ended
December 31, 2005, an increase of approximately $157.0 million or 138.8% higher
than net sales of $113.1 million for the year ended December 31, 2004. The
increase in net sales for the DSD segment was primarily attributable to
increased sales by volume of our Monster Energy(R) drinks, which were introduced
in April 2002, including our low carbohydrate ("lo-carb") Monster Energy(R)
drinks, which were introduced in 2003, our Monster Energy(R) Assault(TM) energy
drinks which were introduced in September 2004, sales of Monster Energy(R)
Khaos(TM) energy drinks, which were introduced in August 2005, increased sales
by volume of Lost energy drinks which were introduced in January 2004. The
increase in net sales was also attributable, to a lesser extent, to sales of
Joker Mad Energy(TM) drinks which were introduced in January 2005. The increase
in net sales was partially offset by lower sales by volume of Hansen's(R) energy

**Exhibit 16**
**- 61 -**

MEC020160

drinks and Energade(R).

   Net sales for the Warehouse segment were $78.9 million for the year ended December 31, 2005, an increase of approximately $11.3 million or 16.7% higher than net sales of $67.6 million for the year ended December 31, 2004. The increase in net sales for the Warehouse segment was primarily attributable to increased sales by volume of Hansen's(R) apple juice and juice blends, children's multi-vitamin juice drinks and RumbaTM energy juice, which was introduced in December 2004. The increase in net sales was partially offset by lower sales by volume of smoothies in cans and Hansen's(R) natural sodas.

                                      34

<PAGE>

   Gross Profit. Gross profit was $182.5 million for the year ended December 31, 2005, an increase of $99.1 million or 118.7% over the $83.5 million gross profit for the year ended December 31, 2004. Gross profit as a percentage of net sales was 52.3% for the year ended December 31, 2005 which was higher than gross profit as a percentage of net sales of 46.3% for the year ended December 31, 2004, due primarily to higher gross profit margins achieved on the increased sales of Monster Energy(R) and Lost(R) energy drinks. Although a greater percentage of our sales comprised products having higher gross margins than the prior year, the increase in profit margins was partially reduced by higher promotional payments and allowances to promote our products.

   Gross profit may not be comparable to those of other entities since some entities include all costs associated with their distribution process in cost of sales whereas others like Hansen's exclude certain costs and instead include such costs within another line item such as selling, general and administrative expenses.

   Distribution expenses, which include out-bound freight and warehousing expenses after manufacture, were $22.1 million for the year ended December 31, 2005 and $12.4 million for the year ended December 31, 2004 and have been included in operating expenses.

   Total Operating Expenses. Total operating expenses were $79.1 million for the year ended December 31, 2005, an increase of $29.5 million or 59.6% over total operating expenses of $49.6 million for the year ended December 31, 2004. Total operating expenses as a percentage of net sales decreased to 22.6% for the year ended December 31, 2005, from 27.4% for the year ended December31,2004. The increase in total operating expenses was primarily attributable to increased selling, general and administrative expenses. The decrease in total operating expenses as a percentage of net sales was primarily attributable to the comparatively lower increase in selling, general and administrative expenses than the increase in net sales.

   Selling. Selling expenses were $50.8 million for the year ended December 31, 2005, an increase of $21.5 million or 73.7% over selling expenses of $29.2 million for the year ended December 31, 2004. Selling expenses as a percentage of net sales decreased to 14.6% for the year ended December 31, 2005 from 16.2% for the year ended December 31, 2004. The increase in selling expenses was primarily attributable to increased distribution (freight) and storage expenses which increased by $9.7 million, increased expenditures for trade development activities and cooperative arrangements with our customers and distributors, which increased by $4.2 million, increased expenditures for merchandise displays, point-of-sale materials, and premiums, which increased by $3.0 million, increased expenditures for sponsorships and endorsements which increased $1.7 million, increased expenditures for advertising which increased by $1.3 million, and increased expenditures for samples, which increased by $1.2 million.

                              Exhibit 16
                               - 62 -
MEC020161

10-K 1 a07-15843_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# Form 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2006**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from            to**

**Commission File Number 0-18761**

# HANSEN NATURAL CORPORATION

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **39-1679918** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

**1010 Railroad Street, Corona, California 92882**

(Address of principal executive offices)    (Zip Code)

Registrant's telephone number, including area code:  **(951) 739 - 6200**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Not Applicable | Not Applicable |

Securities registered pursuant to Section 12(g) of the Act:

Title of class
**Common Stock, $0.005 par value per share**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐  No ☒

**Exhibit 16**
**- 63 -**

MEC020227

Indicate by check mark whether the registrant has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer or a non-accelerated filer. See definition of accelerated filer and large accelerated filer in Rule 12b-2 of the Exchange Act. (Check one): Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.) Yes ☐ No ☒

The aggregate market value of the common equity held by nonaffiliates of the registrant was $3,547,763,048 computed by reference to the closing sale price for such stock on the NASDAQ Capital Market on June 30, 2006, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on May 16, 2007 was 90,059,124 shares.

# HANSEN NATURAL CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**

### PART I

1. Business
1A. Risk Factors
1B. Unresolved Staff Comments
2. Properties
3. Legal Proceedings
4. Submission of Matters to a Vote of Security Holders

### PART II

5. Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities
6. Selected Financial Data
7. Management's Discussion and Analysis of Financial Condition and Results of Operations
7A. Quantitative and Qualitative Disclosures about Market Risks
8. Financial Statements and Supplementary Data
9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure
9A. Controls and Procedures
9B. Other Information

### PART III

**Exhibit 16**
**- 64 -**                                                         MEC020228

Case 2:17-cv-01605-KJM-DB   Document 41-2   Filed 10/04/18   Page 66 of 74

10.   Directors, Executive Officers and Corporate Governance
11.   Executive Compensation
12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters
13.   Certain Relationships and Related Transactions, and Director Independence
14.   Principal Accountant Fees and Services

## PART IV

15.   Exhibits, Financial Statement Schedules

       Signatures

2

## PART I

## ITEM 1.      BUSINESS

### Overview

Hansen Natural Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is at 1010 Railroad Street, Corona, California 92882 and our telephone number is (951) 739-6200. When this report uses the words "Hansen", "HBC", "the Company", "we", "us", and "our", these words refer to Hansen Natural Corporation and our subsidiaries other than Monster LDA Company ("MLDA"), unless the context otherwise requires.

We are a holding company and carry on no operating business except through our direct wholly owned subsidiaries, Hansen Beverage Company ("HBC") which was incorporated in Delaware on June 8, 1992, and MLDA, formerly known as Hard e Beverage Company, and previously known as Hard Energy Company and as CVI Ventures, Inc., which was incorporated in Delaware on April 30, 1990. HBC generates all of our operating revenues.

We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices and juice drinks, energy drinks and energy sports drinks, fruit juice smoothies and "functional drinks," non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, children's multi-vitamin juice drinks, Junior Juice® juices and non-carbonated lightly flavored energy waters under the Hansen's® brand name. We also develop, market, sell and distribute energy drinks under the following brand names; Monster Energy®, Lost® Energy™, Joker Mad Energy™, Unbound Energy® and Ace™ brand names as well as Rumba™ brand energy juice. We also market, sell and distribute Java Monster™ non-carbonated dairy based coffee drinks. We also market, sell and distribute natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters, sports drinks and energy drinks under the Blue Sky® brand name. Our fruit juices for toddlers are marketed under the Junior Juice® brand name. We also market, sell and distribute vitamin and mineral drink mixes in powdered form under the Fizzit™ brand name.

The Company has two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and the Warehouse segment ("Warehouse"), whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network whereas the Warehouse segment develops, markets and sells products primarily directly to retailers.

### Corporate History

In the 1930's, Hubert Hansen and his three sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for pasteurized natural juices and juice blends that are shelf stable and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line

**Exhibit 16**
**- 65 -**

MEC020229

Case 2:17-cv-01605-KJM-DP Document 41-2 Filed 10/04/18 Page 67 of 74

from juices to canned Hansen's® Natural Sodas. California Pro-Am Packers Corporation (the "Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name, in January 1990. On July 27, 1992, HBC acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category including in particular, energy drinks. In September 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary, Blue Sky Natural Beverage Co. ("Blue Sky"), which was incorporated in Delaware on September 8, 2000, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico

3

---

corporation ("BSNBC"), under the Blue Sky® trademark. In 2001, HBC, through its wholly-owned subsidiary Hansen Junior Juice Company, ("Junior Juice"), which was incorporated in Delaware on May 7, 2001, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. ("Pasco") under the Junior Juice® trademark.

## Industry Overview

The alternative beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling waters. The alternative beverage category is the fastest growing segment of the beverage marketplace according to Beverage Marketing Corporation. According to Beverage Marketing Corporation, wholesale sales in 2006 for the alternative beverage category of the market are estimated at $22.0 billion representing a growth rate of approximately 14.5% over the estimated wholesale sales in 2005 of approximately $19.2 billion.

## Reportable Segments

The Company has two reportable segments, namely DSD, whose principal products comprise energy drinks and Warehouse, whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network whereas the Warehouse segment develops, markets and sells products primarily direct to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated."

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in Part II, Item 8. "Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see Item 1A. "Risk Factors" below.

## Products

*Natural Sodas.* Hansen's Natural Sodas® have been a leading natural soda brand in Southern California for the past 25 years. In 2006, according to Information Resources, Inc.'s Analyzer Reports for California, our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Our natural sodas are available in fourteen regular flavors consisting of mandarin lime, key lime, grapefruit, raspberry, ginger ale, creamy root beer, grapefruit, vanilla cola, cherry vanilla creme, orange mango, kiwi strawberry, tropical passion, black cherry and tangerine. In early 2001, we introduced a new line of diet sodas using Splenda® sweetener as the primary sweetener. We initially introduced this line in four flavors: peach, black cherry, tangerine lime, and kiwi strawberry, and have since added three additional flavors: ginger ale, creamy root beer and grapefruit. Our natural sodas contain no preservatives, sodium, caffeine or artificial coloring and are made with high quality natural flavors, citric acid and high fructose corn syrup or, in the case of diet sodas, with Splenda® and Acesulfame-K. We package our natural sodas in 12-ounce aluminum cans. In 2002, we introduced a line of natural mixers in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale**.**

**Exhibit 16**
**- 66 -**

MEC020230

In January 1997, we introduced a premium line of signature sodas in unique proprietary one-of glass bottles. This line was marketed under the Hansen's® brand name, primarily through our distributor network, in six flavors. In early 2003, we repositioned this line into lower cost 12-ounce glass packaging to market our repositioned Signature Soda line at lower price points directly to our retail customers such as grocery chains, club stores, specialty retail chains and mass merchandisers and to the health food sector through specialty and health food distributors (collectively referred to as our "direct retail customers"). Signature Soda is available in 12-ounce glass bottles in four flavors: orange crème, vanilla crème, ginger beer and sarsaparilla.

4

In September 2000, we acquired the Blue Sky® natural soda business from BSNBC. Our Blue Sky® product line comprises natural sodas, premium sodas, organic natural sodas, seltzer water, energy drinks, tea sodas and isotonic sports drinks. Blue Sky® natural sodas are available in twelve regular flavors consisting of lemon lime, grapefruit, cola, root beer, raspberry, cherry vanilla creme, Jamaican ginger ale, black cherry, orange creme, Dr. Becker, grape and cream soda. We also offer a premium line of Blue Sky® natural sodas which contain supplements such as ginseng. This line is available in six flavors consisting of ginseng creme, ginseng cola, ginseng root beer, ginseng very berry creme, ginseng ginger ale, and ginseng cranberry raspberry. During 1999, Blue Sky® introduced a line of organic natural sodas, which are available in six flavors consisting of lemon lime cream, new century cola, orange divine, ginger ale, black cherry cherish, and root beer. We also market a seltzer water under the Blue Sky® label in three flavors: natural, lime and lemon. In 2002, we introduced a lightly carbonated Blue Sky® energy drink in an 8.3-ounce slim can. In 2006, we introduced a 16-ounce size of Blue Energy as well as both an 8.3-ounce and 16-ounce size of Blue Sky Juiced Energy, which is lightly carbonated and contains 50% juice. In 2004, we introduced a new line of Blue Sky® natural tea sodas in four flavors consisting of Imperial Lime Green Tea, Peach Mist Green Tea, Pomegranate White Tea and Raspberry Red Tea. The Blue Sky® products contain no preservatives, sodium or caffeine (other than the energy drink) or artificial coloring and are made with high quality natural flavors. Blue Sky® natural sodas, seltzer waters and tea sodas are all packaged in 12-ounce aluminum cans and are marketed primarily to our direct retail customers. In March 2005, we introduced a new light line of Blue Sky® sodas using natural sweeteners in four flavors: cherry vanilla crème, creamy root beer, Jamaican ginger ale and wild raspberry in 12-ounce cans. In the third quarter of 2005, we introduced a new line of Blue Sky® natural sodas with real sugar in 12-ounce cans in four flavors: cherry vanilla crème, cola, ginger ale and root beer. In December 2005, we introduced a new line of Blue Sky® isotonic sports drinks in 16-ounce polyethylene terephthalate ("PET") plastic bottles in three flavors: orange, lemon lime and fruit punch.

In 2001, we introduced a new line of sparkling lemonades (regular and pink) and orangeades in unique proprietary 1-liter glass bottles and towards the end of 2002, we introduced diet versions of these products. In 2003, we extended this line into unique proprietary 12-ounce glass bottles in both regular and diet versions. This product line was marketed to our direct retail customers. The contract packer who produced these products on our behalf underwent a change of ownership, and experienced production difficulties in 2003, and as a result we discontinued this product line. We are currently evaluating alternative packages for this line.

In 2006, we introduced a new line of Hansen's green tea sodas under the Hansen® brand name in 16-ounce aluminum cans that contain no preservatives, sodium, caffeine or artificial colors, in four flavors; ginger, lemon mint, tangerine and pomegranate. We also introduced a diet version that contains no carbohydrates or sugar in three flavors; tangerine, lemon mint, ginger and in 2007, introduced an additional diet flavor, pomegranate.

*Hansen's® Energy Drinks.* In 1997, we introduced a lightly carbonated citrus flavored Hansen's® energy drink in 8.3-ounce cans in 4 packs. Our energy drink competes in the "functional" beverage category, namely, beverages that provide a real or perceived benefit in addition to simply delivering refreshment. We also offered additional functional energy drinks as well as other functional drinks including a ginger flavored d-stress® drink, an orange flavored b-well™ drink, a guarana berry flavored stamina® drink, a grape flavored power drink, and a berry flavored "slim-down" drink that contained no calories, in the same size cans. We have since discontinued sales of such functional products. Our energy drinks contain vitamins, minerals, nutrients, herbs and supplements (collectively "supplements"). In 2004, we offered our Hansen's® energy drink in 16-ounce cans which has subsequently been discontinued. In 2006, we reintroduced our energy products through the Warehouse segment and introduced Hansen's® Energy Pro™ 8.3-ounce cans in four packs. In 2001, we

Exhibit 16
- 67 -

MEC020231

introduced Energade®, a new carbonated energy sports drink in 16-ounce cans in four flavors, apple and orange,

5

---

and subsequently introduced a third flavor, red rocker, which we have since discontinued. In 2001 we also introduced E₂O Energy Water®, a non-carbonated lightly flavored water, in 24-ounce blue PET plastic bottles, in four flavors: tangerine, apple, berry and lemon. We subsequently discontinued the apple flavor and introduced a green tea flavor in its place. In 2002, we expanded our E₂O Energy Water® line with four additional flavors in clear PET plastic bottles: mango melon, kiwi strawberry, grapefruit and green tea. We have since discontinued the E₂O Energy Water® line in clear PET plastic bottles. Our Energade® and E₂O Energy Water® drinks also contain different combinations and levels of supplements. At the end of 2002, we introduced a lightly carbonated diet energy drink in 8.3-ounce cans under the Hansen's Diet Red Energy® brand name. Our Diet Red Energy® energy drink is sweetened with Splenda® and Acesulfame-K. We market our energy and Energade® drinks primarily through our full service distributor network. We market our E₂O Energy Water® drinks in blue bottles to our direct retail customers and are currently in the process of revaluating this line. In 2003, we introduced a new carbonated energy drink under the Hansen's® Deuce brand name, in 16-ounce cans, but with a different flavor from our existing Hansen's® energy drinks in 8.3-ounce cans. We have since discontinued this product.

*Monster Energy® Drinks.* In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name, in 16-ounce cans, which was almost double the size of our regular energy drinks in 8.3-ounce cans and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drink contains different types and levels of supplements than our Hansen's® energy drinks and is marketed through our full service distributor network. In 2003, we introduced a low carbohydrate ("Lo-Carb") version of our Monster Energy® energy drink. In 2004, we introduced 4-packs of our Monster Energy® energy drinks including our Lo-Carb version thereof and, towards the end of 2004, we launched a new Monster Energy® Assault™ energy drink in 16-ounce cans. During the first half of 2005, we introduced our Monster Energy® drinks and Lo-Carb Monster Energy® in 24-ounce size cans as well as Monster Energy®, Lo-Carb Monster Energy® and Monster Energy® Assault™ in 8.3-ounce size cans. In September 2005, we introduced a new Monster Energy® Khaos™ energy drink in 16-ounce cans. Monster Energy® Khaos™ is lightly carbonated and contains 70% juice. In 2006, we introduced our Monster Energy® Assault™ and Monster Energy® Khaos™ energy drinks in 24-ounce size cans. Also in 2006, we introduced Monster Energy® Khaos™ energy drinks in 8.3-ounce size cans. During the first quarter 2007 we introduced a new Monster M-80™ energy drink in 16-ounce size cans. Monster M-80™ energy drinks are lightly carbonated and contain 80% juice. We also introduced Monster Energy® energy drinks in 8-packs.

*Lost® Energy™ Drinks.* In 2004, we launched a new carbonated energy drink under the Lost® brand name, in 16-ounce cans. Towards the end of 2005, we introduced a lo-carb version of Lost® under the Perfect 10™ brand name as well as a new Lost® Five-O™ energy drink, all in 16-ounce cans. Lost® Five-O™ contains 50% juice and is lightly carbonated. In December 2005, we introduced Lost® and Lost® Five-O™ in 24-ounce size cans. The Lost® brand name is owned by Lost International LLC and the drinks are produced, sold and distributed by us under exclusive license from Lost International LLC.

*Rumba™ Energy Juice.* In December 2004, we launched a new non-carbonated energy juice under the Rumba™ brand name in 15.5-ounce cans. Rumba™ energy juice is a 100% juice product that targets male and female morning beverage consumers and is positioned as a substitute for coffee, caffeinated sodas and 100% orange or other juices.

*Joker Mad Energy™ Drinks.* In the first quarter of 2005, we introduced Joker Mad Energy™ energy drinks in 16-ounce cans. Joker Mad Energy™ energy drinks come in regular, lo-carb and juice versions in 16-ounce cans.

*Ace™ Energy Drinks.* In August 2006, we introduced Ace™ energy drinks in 16-ounce cans. Ace™ energy drinks come in regular, lo-carb and juice versions in 16-ounce cans.

6

---

**Exhibit 16**
**- 68 -**

MEC020232

*Unbound Energy® Drinks.* In October 2006, we acquired the Unbound Energy® trademark and assumed the production, marketing and sale of Unbound Energy® energy drinks in 16-ounce cans. We subsequently introduced lo-carb and juice versions in 16-ounce cans.

*Java Monster™ Coffee Drinks.* In May 2007, we launched a new non-carbonated dairy based coffee drink under the Java Monster™ brand name in 16-ounce cans. Java Monster™ comes in three versions, "Big Black," "Loca Moca" and "Mean Bean."

*Juice Products and Smoothies.* Our fruit juice product line includes Hansen's® Natural Apple Juice, which is packaged in 64-ounce PET plastic bottles and 128-ounce polypropylene bottles and White Grape, White Grape Peach, Purple Grape, Orange, Pomegranate, Apple Strawberry and Apple Grape juice blends, in 64-ounce PET plastic bottles. These Hansen's® juice products contain 100% juice (except Pomegranate which contains 27% juice) as well as Vitamin C. Hansen's® juice products compete in the shelf-stable juice category. We also offer light juices (light grape, cranberry and apple) and juice cocktails (apple medley, apple pear, apple berry and apple white grape) in 64-ounce PET plastic bottles, as well as juice cocktails (apple cranberry, apple white grape, apple berry and apple) in 32-ounce PET plastic bottles.

In March 1995, we introduced a line of fruit juice smoothie drinks in 11.5-ounce aluminum cans. Certain flavors were subsequently offered in glass and PET plastic bottles. We have since discontinued offering smoothies in glass and PET plastic bottle packages. Hansen's fruit juice smoothies have a smooth texture that is thick but lighter than a nectar. In 2006, we reformulated Hansen's smoothies by adding more fruit purees. Hansen's smoothies in 11.5-ounce aluminum cans now contain approximately 25% juice. Our fruit juice smoothies provide 100% of the recommended daily intake for adults of Vitamins A, C & E and represented Hansen's entry into what is commonly referred to as the "functional" beverage category. Hansen's® fruit juice smoothies are available in ten flavors: strawberry banana, peach berry, mango pineapple, guava strawberry, pineapple coconut, apricot nectar, tropical passion, whipped orange, as well as the blast line comprising Island Energy Blast and Colada Energy Blast. In 2004, we repositioned our cranberry raspberry lite smoothie as part of our new lo-carb line of smoothies. Our lo-carb smoothie line currently consists of peach, mango and cran-raspberry flavors in 12-ounce cans.

We market the above juice and smoothie products to our direct retail customers.

*Sparkling Apple Cider.* In 2002, we introduced a Sparkling Cider 100% juice drink in a 1.5- liter Magnum glass bottle. However, due to reports of some bottles breaking, we promptly voluntarily recalled this product in the fourth quarter of 2003. We still intend to reevaluate relaunching this product once certain production issues are resolved and a suitable co-packer has been identified.

*Iced Teas, Lemonades and Juice Cocktails.* We introduced Hansen's® ready-to-drink iced teas and lemonades in 1993 and juice cocktails in 1994 in 16-ounce glass bottles. At the end of 2002, we converted this line from 16-ounce glass bottles to 16-ounce polypropylene bottles. This line was discontinued in 2006.

In 1999, we introduced a line of specialty teas in 20-ounce glass bottles, which we named our "Gold Standard" line. This line was discontinued in 2006.

In 2006, we introduced a new line of iced teas in sleek 16-ounce wide mouth PET plastic bottles. This line is sweetened with cane sugar and includes green tea, peach green tea, lycee green tea and pomegranate green tea. In addition, we offer a sugar free peach green tea with sucralose and an unsweetened black tea.

*Juices for Children.* In 1999, we introduced two new lines of children's multi-vitamin juice drinks in 8.45-ounce aseptic boxes. Each drink contains eleven essential vitamins and six essential minerals. We introduce new flavors in place of existing flavors from time to time. One of these two

7

Exhibit 16
- 69 -

MEC020233

local companies such as Jones Sodas Co., Canada Dry, Canfield Beverage Company, Crystal Geyser, and Snapple Company and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's nectars, V8 Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and PET bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's® energy, Diet Red, Monster Energy®, Lost® Energy™, Joker Mad Energy™, Ace™ Energy, Unbound Energy® and Rumba™ energy juice in 8.3-, 15.5-, 16- and 24-ounce cans, compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, 180, Extreme Energy Shot, Red Devil, Rip It, NOS, Boo Koo, and many other brands. The Coca-Cola Company and PepsiCo Inc. also market and/or distribute additional products in that market segment such as Mountain Dew, Mountain Dew MDX and Vault.

Our Java Monster™ coffee drinks compete directly with Starbucks Frappuccino and other coffee drinks, Cinnabon coffee drinks and Godiva dairy based drinks.

Our E$_2$O Energy Water® and still water products compete directly with Vitamin Water, Propel, Dasani, Aquafina, Fruit$_2$O, Evian, Crystal Geyser, Naya, Palomar Mountain, Sahara, Arrowhead, Dannon, and other brands of flavored water and still water, especially store brands.

**Sales and Marketing**

Our sales and marketing strategy is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events in respect of all our beverages and drink mixes. We use our branded vehicles and other promotional vehicles at events at which we distribute our products to consumers for sampling. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products including advertising,

14

in store promotions and in store placement of point of sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as cancer research and SPCA's as well as of extreme sports teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Alan Pflueger Desert Racing Team, Kenny Bernstein Drag Racing Team, extreme sports figures and athletes, sporting events such as the Monster Energy® Pipeline Pro Surfing competition, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, freestyle motocross, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile racing, and also participate in product demonstrations, food tasting and other related events. Posters, print, radio and television advertising together with price promotions and coupons, may also be used to promote our brands.

Additionally, in 2003 we entered into a multi-year sponsorship agreement to advertise on the new Las Vegas Monorail ("Monorail Agreement") with the Las Vegas Monorail Company ("LVMC") which includes the right to vend our Monster Energy® drinks and natural sodas on all stations. The initial term of the Monorail Agreement commenced on January 1, 2005 and has been renewed annually thereafter. We have renewed the agreement for 2007 but at a lower annual rate.

We believe that one of the keys to success in the beverage industry is differentiation such as making Hansen's®

**Exhibit 16**
**- 70 -**
MEC020240

products visually distinctive from similar beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

We increased expenditures for our sales and marketing programs by approximately 50% in 2006 compared to 2005. As of December 31, 2006, we employed 591 employees in sales and marketing activities, of which 231 were employed on a full-time basis.

## Customers

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Sales to our various customer types for 2006 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

| | |
|---|---|
| Retail Grocery, specialty chains and wholesalers | 12% |
| Club stores, drug chains & mass merchandisers | 14% |
| Full service distributors | 69% |
| Health food distributors | 2% |
| Other | 3% |

Our customers include Cadbury Schweppes Bottling Group (formally known as Dr. Pepper Bottling/7UP Bottling Group), Wal-Mart, Inc. (including Sam's Club), Kalil Bottling Group, Trader Joe's, John Lenore & Company, Costco, Kroger, Safeway and Albertsons. A decision by any large customer to decrease amounts purchased from the Company or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations. Cadbury Schweppes Bottling Group, a customer of the DSD division, accounted for approximately 19%,18% and

15

13% of our net sales for the years ended December 31, 2006, 2005 and 2004, respectively. Wal-Mart, Inc. (including Sam's Club), a customer of both the DSD and Warehouse divisions, accounted for approximately 12% of our net sales for the year ended December 31, 2006.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to our products. However, the energy drink category appears to be less seasonal than traditional beverages. As the percentage of our sales that are represented by such products continues to increase, seasonal fluctuations will be further mitigated. Quarterly fluctuations may also be affected by other factors, including the introduction of new products, the opening of new markets where temperature fluctuations are more pronounced, the addition of new bottlers and distributors, changes in the mix of sales of our finished products and changes in and/or increased advertising, marketing and promotional expenses.

## Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks

**Exhibit 16**
**- 71 -**

MEC020241

are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

We own the Hansen's® trademark. This trademark is crucial to our business and is registered in the U.S. Patent and Trademark Office and in various countries throughout the world. We own a number of other trademark registrations including, but not limited to, A New Kind a Buzz®,Unleash the Beast!®, Hansen's Energy®, Blue Energy®, Energade®, Hansen's E₂O Energy Water®, Hansen's Slim Down®, Power Formula®, The Real Deal®, Liquidfruit®, California's Natural Choice®, Medicine Man®, Hansen's Power®, B·Well®, Anti-ox®, D-stress®, Stamina®, Defense®, Immunejuice®, Hansen's Natural Multi-Vitamin Juice Slam®, Juice Blast®, Red Rocker®, Monster Energy®, M (stylized)®, M Monster Energy® and Hansen's Natural Soda® in the United States and, the Monster®, Monster Energy®, M(stylized)®, Hansen's® and Smoothie® trademarks in a number of countries around the world.

We have applied to register a number of trademarks in the United States and elsewhere including, but not limited to, Monster™, Monster Energy™, M(stylized)™, Assault™, Energy Pro™, Khaos™, Monster M-80™, Predator™, M Monster Mutant™, Joker Mad Energy™, Ace™, Rumba™, Fizzit™ and Fizz Bomb™, Java Monster™, Mean Bean™, Java Monster Big Black™, Loca Moca™ and The Juice is Loose™.

In September 2000, in connection with the acquisition of the Blue Sky Natural Beverage business, we acquired the Blue Sky® trademark which is registered in the United States and Canada, through our wholly owned subsidiary Blue Sky.

In May 2001, in connection with the acquisition of the Junior Juice beverage business, we acquired the Junior Juice® trademark, which is registered in the United States, through our wholly owned subsidiary Junior Juice.

In October 2006, we acquired the Unbound Energy® trademark which is registered in the United Sates.

On April 4, 2000, the United States Patent and Trademark Office issued a patent to us for an invention related to a shelf structure (rolling rack) and, more particularly, a shelf structure for a walk-in cooler. Such shelf structure is utilized by us to secure shelf space for and to merchandise our energy and functional drinks in cans in refrigerated Visi coolers and walk-in coolers in retail stores.

16

## Government Regulation

The production, distribution and sale in the United States of many of our products is subject to the Federal Food, Drug and Cosmetic Act; the Dietary Supplement Health and Education Act of 1994; the Occupational Safety and Health Act; various environmental statutes; and various other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising, labeling and ingredients of such products. California law requires that a specific warning appear on any product that contains a component listed by the State as having been found to cause cancer or birth defects. The law exposes all food and beverage producers to the possibility of having to provide warnings on their products because the law recognizes no generally applicable quantitative thresholds below which a warning is not required. Consequently, even trace amounts of listed components can expose affected products to the prospect of warning labels. Products containing listed substances that occur naturally in the product or that are contributed to the product solely by a municipal water supply are generally exempt from the warning requirement. While none of our beverage products are required to display warnings under this law, we cannot predict whether an important component of any of our products might be added to the California list in the future. We also are unable to predict whether or to what extent a warning under this law would have an impact on costs or sales of our products.

Measures have been enacted in various localities and states that require that a deposit be charged for certain non-refillable beverage containers. The precise requirements imposed by these measures vary. Other deposit, recycling or product stewardship proposals have been introduced in certain states and localities and in Congress, and we anticipate that similar legislation or regulations may be proposed in the future at the local, state and federal levels, both in the United States

Exhibit 16
- 72 -
MEC020242



COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN

(1) Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2001. The Company's new self-selected peer group is comprised of National Beverage Corporation, Clearly Canadian Beverage Company, Leading Brands, Inc., Jones Soda Company and Cott Corporation. The Company's old self-selected peer group is comprised of National Beverage Corporation, Clearly Canadian Beverage Company, Triarc Companies, Inc., Leading Brands, Inc., Cott Corporation and Northland Cranberries (acquired by Sun Northland LLC in November 2005).

30

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the years ended December 31, 2002 through 2006 and the balance sheet data as of December 31, for the years indicated, are derived from our audited consolidated financial statements and should be read in conjunction with those financial statements and notes thereto, and with the Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K.

| (in thousands, except per share information) | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Gross sales* | $696,322 | $415,417 | $224,098 | $135,655 | $112,885 |
| Net sales | $605,774 | $348,886 | $180,341 | $110,352 | $ 92,046 |
| Gross profit | $316,594 | $182,543 | $ 83,466 | $ 43,775 | $ 32,032 |
| Gross profit as a percentage to net sales | 52.3% | 52.3% | 46.3% | 39.7% | 34.8% |
| Operating income | $158,579 | $103,443 | $ 33,886 | $ 9,826 | $ 5,293 |

**Exhibit 16**

**- 73 -**

MEC020255