| Net income | Case 2:17-cv-01605-KJM-JDP | Document 44-3 | Filed 10/04/18  Page 1 of 72 | $ | 3,029 |
|---|---|---|---|---|---|
| **Net income per common share** | | | | | |
| Basic | $ 1.09 | $ 0.71 | $ 0.24 | $ 0.07 | $ 0.04 |
| Diluted | $ 0.99 | $ 0.65 | $ 0.22 | $ 0.07 | $ 0.04 |
| Total assets | $308,372 | $163,890 | $ 82,022 | $ 47,997 | $ 40,464 |
| Long-term debt | $ 303 | $ 525 | $ 583 | $ 602 | $ 3,837 |
| Stockholders' equity | $225,084 | $125,509 | $ 58,571 | $ 35,050 | $ 28,371 |

\* *Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with generally accepted accounting principals in the United States of America ("GAAP"), and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by the Company's internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of the Company's operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers (See "Part II, Item 7 - Results of Operations").*

31

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements.

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Review of Historic Stock Option Granting Practices* – a discussion of our review of historic stock option granting practices and related findings.
- *Nasdaq Proceedings* – a discussion of our Nasdaq proceedings.
- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;

**Exhibit 16**
**- 74 -**

MEC020256

As of December 31, 2006, amounts totaling $9.9 million had been paid to the Company by certain other AB Distributors in anticipation of executing AB Distribution Agreements with the Company. Such receipts have been accounted for as customer deposit liabilities in the accompanying consolidated balance sheet as of December 31, 2006.

Through December 31, 2006, the Company incurred termination costs amounting to $12.7 million in aggregate to certain of its prior distributors. Such termination costs have been expensed in full and are included in operating expenses for the year ended December 31, 2006. Certain amounts totaling $7.0 million included in such termination costs were not paid to our prior distributors before our fiscal year end and are therefore included in accrued liabilities in the accompanying consolidated balance sheet as of December 31, 2006.

On April 28, 2006, HBC entered into a distribution agreement with Cadbury Bebidas, S.A. de C.V. ("Cadbury Bebidas"), for exclusive distribution by Cadbury Bebidas throughout Mexico, excluding Baja California, of our Monster Energy® and Lost® Energy™ energy products.

36

On February 8, 2007, HBC entered into the On-Premise Distribution Coordination Agreement (the "On-Premise Agreement") with AB. Under the On-Premise Agreement, AB will manage and coordinate the sales, distribution and merchandising of Monster Energy® energy drinks to on-premise retailers including bars, nightclubs and restaurants in territories approved by HBC.

On March 1, 2007, HBC entered into a distribution agreement with Pepsi-QTG Canada, a division of PepsiCo Canada, ULC ("Pepsi Canada"), for the exclusive distribution by Pepsi Canada throughout Canada of our Monster Energy®, Lost® Energy™, Hansen's® and Joker Mad Energy™ energy products.

We again achieved record gross sales in 2006. The increase in gross sales in 2006 was primarily attributable to increased sales volume of certain of our existing products as well as certain new products, particularly Monster Energy® Khaos™ energy drinks, Ace ™ energy drinks and Unbound Energy® drinks. The percentage increase in gross sales was lower than the percentage increase in net sales, primarily due to a decrease in promotional and other allowances as a percentage of gross sales, which decreased from 16.0% to 13.0%. The actual amount of promotional and other allowances increased to $90.5 million from $66.5 million for the years ended December 31, 2006 and December 31, 2005, respectively.

A substantial portion of our gross sales are derived from our Monster Energy® brand energy drinks. Any decrease in sales of our Monster Energy® brand energy drinks could significantly adversely affect our future revenues and net income. Competitive pressure in the "energy drink" category could adversely affect our operating results. (See "Part I, Item 1A. - Risk Factors")

During the year ended December 31, 2006, gross sales shipped outside of California represented 67.8% of our gross sales, as compared to 61.5% for the comparable period in 2005. During the year ended December 31, 2006, gross sales to distributors outside the United States amounted to $19.3 million, as compared to $5.6 million for the year ended December 31, 2005. Such sales were approximately 2.8% of gross sales for the year ended December 31, 2006 and approximately 1.3% of gross sales for the comparable period in 2005.

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Gross sales to our various customer types for 2006 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Retail Grocery, specialty chains and wholesalers | 12% | 19% | 25% |
| Club stores, drug chains & mass merchandisers | 14% | 11% | 13% |
| Full service distributors | 69% | 65% | 52% |
| Health food distributors | 2% | 3% | 6% |
| Other | 3% | 2% | 4% |

**Exhibit 16**

**- 75 -**

MEC020261

- restrictions on imports and sources of supply; duties or tariffs; changes in government regulations;

39

- protection of our existing intellectual property portfolio of trademarks and the continuous pursuit of new and innovative trademarks for our expanding product lines;

- limitations on available quantities of sucralose, a non-caloric sweetener that is used in many of our beverage products, due to demand for such sweetener exceeding the supplier's production capacity, as well as limitations on available quantities of certain package containers such as the 24-ounce cap can and copacking availability;

- the imposition of additional restrictions; and

- (See also "Part I, Item 1A. - Risk Factors") for additional information about risks and uncertainties facing our Company.

We believe that the following opportunities exist for us:

- growth potential for non-alcoholic beverage categories including energy drinks, carbonated soft drinks, juices and juice drinks, sports drinks and water;

- new product introductions intended to contribute to higher gross profits;

- premium packages intended to generate strong revenue growth;

- significant package, pricing and channel opportunities to maximize profitable growth;

- proper positioning to capture industry growth; and

- broadening distribution/expansion opportunities

40

## Results of Operations

|  | 2006 | 2005 | 2004 | Percentage Change 06 vs. 05 | 05 vs. 04 |
|---|---|---|---|---|---|
| Gross sales, net of discounts & returns * | $ 696,322 | $ 415,417 | $ 224,098 | 67.6% | 85.4% |
| Less: Promotional and other allowances** | 90,548 | 66,531 | 43,757 | 36.1% | 52.0% |
| Net sales | 605,774 | 348,886 | 180,341 | 73.6% | 93.5% |
| Cost of sales | 289,180 | 166,343 | 96,875 | 73.8% | 71.7% |
| Gross profit | 316,594 | 182,543 | 83,466 | 73.4% | 118.7% |
| Gross profit margin as a percentage of net sales | 52.3% | 52.3% | 46.3% |  |  |
|  |  |  |  |  |  |
| Operating expenses | 158,015 | 79,100 | 49,580 | 99.8% | 59.5% |
| Operating income | 158,579 | 103,443 | 33,886 | 53.3% | 205.3% |
| Operating income as a percent of net sales | 26.2% | 29.6% | 18.8% |  |  |
|  |  |  |  |  |  |
| Interest income, net | 3,660 | 1,351 | 52 | 170.9% | 2,498.1% |

**Exhibit 16**

**- 76 -**

MEC020264

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Income before provision for income taxes | 162,239 | 104,794 | 33,938 | 54.8% | 208.8% |
| Provision for income taxes | 64,290 | 42,019 | 13,551 | 53.0% | 210.1% |
| Net income | $ 97,949 | $ 62,775 | $ 20,387 | 56.0% | 207.9% |
| Net income as a percent of net sales | 16.2% | 18.0% | 11.3% | | |
| Net income per common share: | | | | | |
| Basic | $ 1.09 | $ 0.71 | $ 0.24 | 53.0% | 196.9% |
| Diluted | $ 0.99 | $ 0.65 | $ 0.22 | 52.9% | 201.2% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 72,740 | 48,214 | 29,760 | 50.9% | 62.0% |

\* *Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and our overall performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers.*

\*\* *Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, the presentation of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of the impact thereof on the determination of net sales and illustrates the spending levels incurred to secure such sales. Promotional and other allowances constitute a material portion of our marketing activities.*

41

### Results of Operations for the Year Ended December 31, 2006 Compared to the Year Ended December 31, 2005

*Segment Reclassification.* Rumba™ brand energy juice, which was previously reported in the Warehouse segment, is now reported in the DSD segment. Similarly, Hansen's® energy drinks, which were previously reported in the DSD segment, are now reported in the Warehouse segment. For presentation purposes, these changes are assumed to have commenced January 1, 2006 and are reflected as such in the figures for the year ended December 31, 2006. The comparable figures for such products for the years ended December 31, 2005 and 2004, respectively, as previously reported, have been recast to reflect the above reclassification.

*Gross Sales.\** Gross sales were $696.3 million for the year ended December 31, 2006, an increase of approximately $280.9 million or 67.6% higher than the $415.4 million gross sales for the year ended December 31, 2005. The increase in gross sales for 2006 was primarily attributable to increased sales volumes of certain of our existing products, including the full year sales of Monster Energy® Khaos™ energy drinks which were introduced in August 2005. Promotional and other allowances were $90.5 million for 2006 an increase of 24.0 million or 36.1% higher than promotional and other allowances of $66.5 million for 2005. Promotional and other allowances as a percentage of gross sales decreased from 16.0% in 2005 to 13.0% in 2006. As a result the percentage increase in gross sales in 2006 was lower than the percentage increase in net sales.

*\*Gross sales – see definition above.*

**Exhibit 16**
**- 77 -**
MEC020265

Case 2:17-cv-01605-KJM-JDP　Document 41-3　Filed 10/04/18　Page 5 of 72

*Net Sales.* Net sales were $605.8 million for the year ended December 31, 2006, an increase of approximately $256.9 million or 73.6% higher than net sales of $348.9 million for the year ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks (introduced in April 2002), lo-carb Monster Energy® drinks (introduced in 2003), Monster Energy® Assault™ energy drinks (introduced in September 2004), as well as sales of Monster Energy® Khaos™ energy drinks (introduced in August 2005). To a lesser extent, the increase in net sales was attributable to increased sales by volume of teas, lemonades and juice cocktails, Lost® Energy™ drinks (introduced in January 2004), sports drinks, Rumba™ brand energy juice (introduced December 2004), Junior Juice®, Ace™ energy drinks (introduced in August 2006) and Unbound Energy® energy drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Hansen's® energy drinks, smoothies in cans and Energade® energy sports drinks.

Case sales, in 192-ounce case equivalents were 72.7 million cases for the year ended December 31, 2006, an increase of 24.5 million cases or 50.9% higher than case sales of 48.2 million cases for the year ended December 31, 2005. The overall average net sales price per case increased to $8.33 for 2006 or 15% higher than the net sales price per case of $7.24 for 2005. The increase in the average net sales prices per case was attributable to an increase in the proportion of case sales derived from higher priced products.

Net sales for the DSD segment were $514.3 million for year ended December 31, 2006, an increase of approximately $251.4 million or 95.6% higher than net sales of $262.9 million for the year ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks, lo-carb Monster Energy® drinks, Monster Energy® Assault™ energy drinks, as well as sales of Monster Energy® Khaos™ energy drinks. To a lesser extent, the increase in net sales was attributable to increased sales by volume of Lost® Energy™ drinks, Rumba™ brand energy juice, Ace™ energy drinks and Unbound Energy® energy drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Energade® energy sports drinks.

Net sales for the Warehouse segment were $91.5 million for the year ended December 31, 2006, an increase of approximately $5.5 million or 6.4% higher than net sales of $86.0 million for the year

42

ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of teas, lemonades and juice cocktails, Junior Juice® and sports drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Hansen's® energy drinks and smoothies in cans.

*Gross Profit.*** Gross profit was $316.6 million for the year ended December 31, 2006, an increase of approximately $134.1 million or 73.4% higher than the gross profit of $182.5 million for the year ended December 31, 2005. Gross profit as a percentage of net sales was 52.3% for both 2006 and 2005. Increases in sales volumes contributed to an increase in gross profit dollars. Gross profit as a percentage of net sales was affected by an increase in the percentage of sales within the DSD segment of certain packages that have lower gross profit margins. In addition, gross profit as a percentage of net sales was also affected by a significant increase in certain freight-in costs due to the addition of new co-packers and warehouses and an increase in the cost of certain raw materials including sucrose, PET and aluminum cans and apple juice concentrate. These factors were offset by increased sales of DSD segment products which have higher gross profit margins than those in the Warehouse segment.

****Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses.*

*Operating Expenses.* Total operating expenses were $158.0 million for the year ended December 31, 2006, an increase of approximately $78.9 million or 99.8% higher than total operating expenses of $79.1 million for the year ended December 31, 2005. Total operating expenses as a percentage of net sales increased to 26.1% for 2006 from 22.6% for 2005. The increase in total operating expenses and total operating expenses as a percentage of net sales was primarily attributable to increased selling and distribution, and general and administrative expenses.

**Exhibit 16**
**- 78 -**

MEC020266

10-K 1 k123107a.htm HANSEN NATURAL 10-K 12/31/07

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2007

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

**HANSEN NATURAL CORPORATION**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 39-1679918 |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

550 Monica Circle, Suite 201, Corona, California 92880
(Address of principal executive offices)      (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| | Name of each exchange |
|---|---|
| Title of each class | on which registered |
| Not Applicable | Not Applicable |

Securities registered pursuant to Section 12(g) of the Act:

Title of class
Common Stock, $0.005 par value per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☐ No☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes[ ] No☒

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Exchange Act from their obligations under those Sections.

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not

Exhibit 16
- 79 -
MEC020336

Case 2:17-cv-01605-kJM-JDP of Document 41-3 Filed 10/04/18 Page 7 of 72

contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [ X ]                          Accelerated filer [ ]
Non-accelerated filer [ ]                              Smaller reporting company [ ]
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.) Yes [ ] No ☒

The aggregate market value of the common equity held by nonaffiliates of the registrant was $3,206,994,305 computed by reference to the closing sale price for such stock on the NASDAQ Capital Market on June 30, 2007, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 7, 2008 was 93,292,791 shares.

DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2008 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2007.

2

# HANSEN NATURAL CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

| Item Number | | Page Number |
|---|---|---|
| **PART I** | | |
| 1. | Business | 4 |
| 1A. | Risk Factors | 19 |
| 1B. | Unresolved Staff Comments | 26 |
| 2. | Properties | 26 |
| 3. | Legal Proceedings | 26 |
| 4. | Submission of Matters to a Vote of Security Holders | 29 |
| **PART II** | | |
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 29 |
| 6. | Selected Financial Data | 31 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risks | 54 |
| 8. | Financial Statements and Supplementary Data | 55 |
| 9. | Changes in and Disagreements with Accountants on | |

**Exhibit 16**
**- 80 -**
MEC020337

| 9A. | Controls and Procedures | 55 |
| 9B. | Other Information | 57 |

**PART III**

| 10. | Directors, Executive Officers and Corporate Governance | 57 |
| 11. | Executive Compensation | 57 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 57 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 58 |
| 14. | Principal Accountant Fees and Services | 58 |

**PART IV**

| 15. | Exhibits, Financial Statement Schedules | 58 |
| | Signatures | 59 |

3

**PART I**

ITEM 1.        **BUSINESS**

**Overview**

Hansen Natural Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Hansen", "HBC", "the Company", "we", "us", and "our", these words refer to Hansen Natural Corporation and our subsidiaries other than Monster LDA Company ("MLDA"), unless the context otherwise requires.

We are a holding company and carry on no operating business except through our wholly owned subsidiaries, Hansen Beverage Company ("HBC") which was incorporated in Delaware on June 8, 1992, MLDA, formerly known as Hard e Beverage Company, and previously known as Hard Energy Company and as CVI Ventures, Inc., which was incorporated in Delaware on April 30, 1990 and Monster Energy UK Limited ("Monster UK"), a direct wholly owned subsidiary of HBC, which was incorporated in the United Kingdom on October 9, 2007. HBC generates all of our operating revenues.

We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices and juice drinks, energy drinks and energy sports drinks, fruit juice smoothies and "functional drinks," non-carbonated ready-to-drink iced teas, children's multi-vitamin juice drinks, Junior Juice® juices and flavored sparkling beverages under the Hansen's® brand name. We also develop, market, sell and distribute energy drinks under the following brand names: Monster Energy®, Lost® Energy™, Joker Mad Energy™, Unbound Energy® and Ace™ brand names as well as Rumba™ brand energy juice. We also market, sell and distribute the Java Monster™ line of non-carbonated dairy based coffee drinks, natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters, sports drinks and energy drinks under the Blue Sky® brand name. Our fruit juices for toddlers are marketed under the Junior Juice® brand name. We also market, sell and distribute vitamin and mineral drink mixes in powdered form under the Fizzit™ brand name.

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network whereas the Warehouse segment develops, markets and sells products primarily directly to retailers.

**Exhibit 16**
**- 81 -**

MEC020338

**Corporate History**

In the 1930's, Hubert Hansen and his three sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for pasteurized natural juices and juice blends that are shelf stable and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Sodas®. California Co-Packers Corporation (d/b/a/ Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name, in January 1990. On July 27, 1992, HBC acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category, including in particular, energy drinks. In September 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary, Blue Sky Natural Beverage Co. ("Blue Sky"), which was incorporated in Delaware on September 8, 2000, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico

4

corporation ("BSNBC"), under the Blue Sky® trademark. In 2001, HBC, through its wholly-owned subsidiary Hansen Junior Juice Company, ("Junior Juice"), which was incorporated in Delaware on May 7, 2001, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. ("Pasco") under the Junior Juice® trademark.

**Industry Overview**

The alternative beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. The alternative beverage category is the fastest growing segment of the beverage marketplace according to Beverage Marketing Corporation. According to Beverage Marketing Corporation, wholesale sales in 2007 for the alternative beverage category of the market are estimated at $25.5 billion representing a growth rate of approximately 11.4% over the estimated wholesale sales in 2006 of approximately $22.9 billion.

**Reportable Segments**

We have two reportable segments, namely DSD, whose principal products comprise energy drinks and Warehouse, whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network whereas the Warehouse segment develops, markets and sells products primarily direct to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated."

For financial information about our reporting segments and geographic areas, refer to Note 14 of Notes to the Consolidated Financial Statements set forth in Part II, Item 8. "Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – "Risk Factors" below."

**Products**

*Natural Sodas.* Hansen's Natural Sodas® have been a leading natural soda brand in Southern California for the past 25 years. In 2007, according to Information Resources, Inc.'s Analyzer Reports for California, our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Our natural sodas are available in eleven regular flavors consisting of mandarin lime, key lime, grapefruit, raspberry, ginger ale, creamy root beer, vanilla cola, cherry vanilla creme, orange mango, kiwi strawberry and pomegranate. In early 2001, we introduced a new line of diet sodas using Splenda® sweetener as the primary sweetener. We initially introduced this line in four

**Exhibit 16**
**- 82 -**

MEC020339

flavors: peach, classic berry, raspberry, key lime, strawberry kiwi, cherry vanilla, peach vanilla, mandarin lime, ginger ale, creamy root beer, grapefruit and pomegranate. Our natural sodas contain no preservatives, sodium, caffeine or artificial coloring and are made with high quality natural flavors and citric acid. We are currently in the process of converting the sweeteners used in our natural sodas from high fructose corn syrup to cane sugar. Our diet sodas are sweetened with Splenda® and Acesulfame-K. We package our natural sodas in 12-ounce aluminum cans. In 2002, we introduced a line of natural mixers in 8-ounce aluminum cans comprising club soda, tonic water and ginger ale.

In January 1999, we introduced a premium line of Signature Sodas in unique proprietary 14-ounce glass bottles. This line was marketed under the Hansen's® brand name, primarily through our distributor network, in six flavors. In early 2003, we repositioned this line into lower cost 12-ounce glass packaging to market our repositioned Signature Soda line at lower price points directly to our retail customers such as grocery chains, club stores, specialty retail chains and mass merchandisers and to the health food sector through specialty and health food distributors (collectively referred to as our "direct

5

retail customers"). Signature Soda was available in 12-ounce glass bottles in four flavors: orange crème, vanilla crème, ginger beer and sarsaparilla. We are in the process of discontinuing this product.

In September 2000, we acquired the Blue Sky® natural soda business from BSNBC. Our Blue Sky® product line comprises natural sodas, premium sodas, organic natural sodas, seltzer water, energy drinks, tea sodas and isotonic sports drinks. Blue Sky® natural sodas are available in twelve regular flavors consisting of lemon lime, grapefruit, cola, root beer, raspberry, cherry vanilla creme, Jamaican ginger ale, black cherry, orange creme, Dr. Becker, grape and cream soda. We also offer a premium line of Blue Sky® natural sodas which contain supplements such as ginseng. This line is available in four flavors consisting of ginseng cola, ginseng root beer, ginseng ginger ale and ginseng pomegranate. During 1999, Blue Sky® introduced a line of organic natural sodas, which are available in six flavors consisting of lemon lime, new century cola, orange divine, ginger ale, black cherry cherish, and root beer. We also market a seltzer water under the Blue Sky® label in three flavors: natural, lime and lemon. In 2002, we introduced a lightly carbonated Blue Sky® energy drink in an 8.3-ounce slim can. In 2006, we introduced a 16-ounce size of Blue Energy as well as both an 8.3-ounce and 16-ounce size of Blue Sky Juiced Energy, which is lightly carbonated and contains 50% juice. In 2004, we introduced a new line of Blue Sky® natural tea sodas in four flavors consisting of Imperial Lime Green Tea, Peach Mist Green Tea, Pomegranate White Tea and Raspberry Red Tea. We have since discontinued the Raspberry Red Tea flavor. The Blue Sky® products contain no preservatives, sodium or caffeine (other than the energy drink) or artificial coloring and are made with high quality natural flavors. Blue Sky® natural sodas, seltzer waters and tea sodas are all packaged in 12-ounce aluminum cans and are marketed primarily to direct retail customers. In March 2005, we introduced a new light line of Blue Sky® sodas using natural sweeteners in four flavors: cherry vanilla crème, creamy root beer, Jamaican ginger ale and wild raspberry in 12-ounce cans. We have since discontinued the wild raspberry flavor. In the third quarter of 2005, we introduced a new line of Blue Sky® natural sodas with real sugar in 12-ounce cans in four flavors: cherry vanilla crème, cola, ginger ale and root beer. In December 2005, we introduced a new line of Blue Sky® isotonic sports drinks in 16-ounce polyethylene terephthalate ("PET") plastic bottles in three flavors: orange, lemon lime, fruit punch and have subsequently added a fourth flavor, blue sky pomegranate. We are currently in the process of converting the sweeteners used in those Blue Sky® products that contain high fructose corn syrup to cane sugar.

In 2006, we introduced a new line of Hansen's green tea sodas under the Hansen® brand name in 16-ounce aluminum cans that contain no preservatives, sodium, caffeine or artificial colors, in four flavors: ginger, lemon mint, tangerine and pomegranate. We also introduced a diet version that contains no carbohydrates or sugar in three flavors: tangerine, lemon mint, ginger and in 2007, introduced an additional diet flavor, pomegranate.

In 2007, we introduced a new line of Hansen's natural flavored sparkling beverages under the Hansen® brand name in contemporary 10.5-ounce sleek cans in four flavors: blueberry pomegranate, cranberry grapefruit, valencia orange and dragonfruit. We also introduced a sparkling green tea line in contemporary 10.5-ounce sleek cans in two flavors: tangerine and pomegranate. These sparkling beverages are available in 90 calorie per can versions, sweetened with cane sugar; as well as in sugar free versions, sweetened with Splenda® and Acesulfame-K.

*Hansen's® Energy Drinks.* In 1997, we introduced a lightly carbonated citrus flavored Hansen's® energy drink in 8.3-ounce cans in 4 packs. Our energy drink competes in the "functional" beverage category,

**Exhibit 16**

**- 83 -**

MEC020340

namely, beverages that provide a boost of energy to the consumer. We currently market, and simply (collectively our "functional products"). We have also offered additional functional energy drinks as well as other functional drinks including a ginger flavored d-stress® drink, an orange flavored b-well™ drink, a guarana berry flavored stamina® drink, a grape flavored power drink, and a berry flavored "slim-down" drink that contained no calories, in the same size cans. We have since discontinued sales of such additional functional products. Our energy drinks contain vitamins, minerals, nutrients, herbs and supplements (collectively "supplements"). In 2004, we offered our Hansen's® energy drink in 16-ounce cans which has subsequently been discontinued. From 2006, we marketed our Hansen's brand energy drinks through the Warehouse segment and introduced Hansen's® Energy Pro™ 8.3-ounce cans in four packs. In 2001,

6

we introduced Energade®, a non-carbonated energy sports drink in 23.5-ounce cans. We are currently reevaluating the Energade® line. In 2001, we also introduced E₂O Energy Water®, a non-carbonated lightly flavored water, in 24-ounce blue PET plastic bottles which has subsequently been discontinued. At the end of 2002, we introduced a lightly carbonated diet energy drink in 8.3-ounce cans under the Hansen's Diet Red Energy® brand name. Our Diet Red Energy® energy drink is sweetened with Splenda® and Acesulfame-K.

*Monster Energy®Drinks.* In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name, in 16-ounce cans, which was almost double the size of our regular energy drinks in 8.3-ounce cans and of the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drink contains different types and levels of supplements than our Hansen's® energy drinks and is marketed through our full service distributor network. In 2003, we introduced a low carbohydrate ("Lo-Carb") version of our Monster Energy® energy drink. In 2004, we introduced 4-packs of our Monster Energy® energy drinks including our Lo-Carb version and, towards the end of 2004, we launched a new Monster Energy® Assault™ energy drink in 16-ounce cans. During the first half of 2005, we introduced our Monster Energy® drinks and Lo-Carb Monster Energy® in 24-ounce size cans as well as Monster Energy®, Lo-Carb Monster Energy® and Monster Energy® Assault™ in 8.3-ounce size cans. In September 2005, we introduced a new Monster Energy® Khaos™ energy drink in 16-ounce cans. Monster Energy® Khaos™ is lightly carbonated and contains 50% juice. In 2006, we introduced our Monster Energy® Assault™ and Monster Energy® Khaos™ energy drinks in 24-ounce size cans. Also in 2006, we introduced Monster Energy® Khaos™ energy drinks in 8.3-ounce size cans. During the first quarter 2007, we introduced Monster Energy® energy drinks in 8-packs and in September 2007, we introduced Monster Energy® energy drinks in 32-ounce cans. In March 2007 we introduced a new Monster M-80™ energy drink in 16-ounce size cans and added 8.3-ounce and 24-ounce sized cans of this drink in October 2007. Monster M-80™ energy drinks are lightly carbonated and contain 80% juice. In November 2007, we introduced a new Monster Heavy Metal™ energy drink in 32-ounce size cans. In December 2007, we introduced a new Monster MIXXD™ energy drink in 8.3-ounce, 16-ounce and 24-ounce size cans. Monster MIXXD™ energy drinks are lightly carbonated and contain 30% juice.

*Lost®Energy™Drinks.* In 2004, we launched a new carbonated energy drink under the Lost® brand name, in 16-ounce cans and have subsequently added an 8.3-ounce version. Towards the end of 2005, we introduced a lo-carb version of Lost® under the Perfect 10™ brand name as well as a new Lost® Five-O™ energy drink, all in 16-ounce cans. Lost® Five-O™ contains 50% juice and is lightly carbonated. In December 2005, we introduced Lost® and Lost® Five-O™ in 24-ounce size cans. In November 2007, we introduced a new Lost® Cadillac™ energy drink in 16-ounce cans. The Lost® brand name is owned by Lost International LLC and the drinks are produced, sold and distributed by us under exclusive license from Lost International LLC.

*Rumba™ Energy Juice.* In December 2004, we launched a new non-carbonated energy juice under the Rumba™ brand name in 15.5-ounce cans. Rumba™ energy juice is a 100% juice product that targets male and female morning beverage consumers and is positioned as a substitute for coffee, caffeinated sodas and 100% orange or other juices.

*Joker Mad Energy™ Drinks.* In the first quarter of 2005, we introduced Joker Mad Energy™ energy drinks in 16-ounce cans. Joker Mad Energy™ energy drinks come in regular, lo-carb and juice versions in 16-ounce cans.

*Ace™ Energy Drinks.* In August 2006, we introduced Ace™ energy drinks in 16-ounce cans. Ace™ energy drinks come in regular, lo-carb and juice versions in 16-ounce cans.

**Exhibit 16**
**- 84 -**
MEC020341

*Unbound Energy® Drinks.* In October 2006, we acquired the Unbound Energy® trademark and assumed the production, marketing and sale of Unbound Energy® energy drinks in 16-ounce cans. We subsequently introduced lo-carb and juice versions in 16-ounce cans.

7

*Java Monster™ Coffee Drinks.* In May 2007, we launched a new line of non-carbonated dairy based coffee drinks under the Java Monster™ brand name in 15-ounce cans. We initially introduced this line in three flavors: Big Black™ (since renamed Originale), Loca Moca™ and Mean Bean™, and have since added five additional flavors: Russian™, Irish Blend™, Chai Hai™, Nut Up™ and Lo-Ball™.

*Juice Products and Smoothies.* Our fruit juice product line includes Hansen's® Natural Apple Juice, which is packaged in 64-ounce PET plastic bottles and 128-ounce polypropylene bottles and White Grape, White Grape Peach, Purple Grape, Orange, Pomegranate, Apple Strawberry and Apple Grape juice blends, in 64-ounce PET plastic bottles. These Hansen's® juice products contain 100% juice (except Pomegranate which contains 27% juice) as well as Vitamin C. Hansen's® juice products compete in the shelf-stable juice category. We also offer juice cocktails (cranberry raspberry, apple white grape, apple berry and apple) in 32-ounce PET plastic bottles.

In March 1995, we introduced a line of fruit juice smoothie drinks in 11.5-ounce aluminum cans. Certain flavors were subsequently offered in glass and PET plastic bottles. We have since discontinued offering smoothies in glass and PET plastic bottle packages. Hansen's fruit juice smoothies have a smooth texture that is thick but lighter than a nectar. In 2006, we reformulated Hansen's smoothies by adding more fruit purees. Hansen's smoothies in 11.5-ounce aluminum cans now contain approximately 25% juice. Our fruit juice smoothies provide 100% of the recommended daily intake for adults of Vitamins A, C & E and represented Hansen's entry into what is commonly referred to as the "functional" beverage category. Hansen's® fruit juice smoothies are available in seven flavors: strawberry banana, peach berry, mango pineapple, guava strawberry, pineapple coconut, whipped orange and Island Energy Blast. We have discontinued our lo-carb smoothie line.

We market the above juice and smoothie products to our direct retail customers.

*Iced Teas.* In 2006, we introduced a new line of iced teas in sleek 16-ounce wide mouth PET plastic bottles. This line is sweetened with cane sugar and includes green tea, peach green tea, lychee black tea and pomegranate green tea. In addition, we offer sugar free peach green tea, pomegranate green tea and acai black tea which are all sweetened with sucralose as well as an unsweetened black tea.

*Juices for Children.* In 1999, we introduced two new lines of children's multi-vitamin juice drinks in 8.45-ounce aseptic boxes, which were subsequently transitioned to 6.75-ounce versions. Each drink contains eleven essential vitamins and six essential minerals. We introduce new flavors in place of existing flavors from time to time. One of these two lines is a dual-branded 100% juice line named Juice Blast® which was launched in conjunction with Costco Wholesale Corporation ("Costco") and is sold through Costco stores. The other line was a 10% juice line named "Hansen's Natural Multi-Vitamin Juice Slam®", which was available to all of our customers. During 2000, we repositioned that latter line as a 100% juice line under the Juice Slam® name, which we market to grocery store chain customers, the health food trade, and other customers. Both the Juice Blast® and Juice Slam® lines are marketed in 6.75-ounce aseptic boxes. The Juice Slam® line has four flavors and the Juice Blast® line has three flavors.

In 2003, we further extended our fruit juice product line by introducing a 100% apple juice in 6.75-ounce aseptic pouches under the Apple Blasters™ brand. In 2006 we discontinued our Apple Blasters™ product and repositioned our pouch line by introducing two Juice Slam® organic pouches in organic apple and organic fruit punch flavors with 100% juice.

In May 2001, we acquired the Junior Juice® beverage business. The Junior Juice® product line is comprised of seven flavors of 100% juice in 4.23-ounce aseptic packages and is targeted at toddlers. Six flavors of the Junior Juice® line have calcium added and all flavors have vitamin C added. The current flavors in the Junior Juice® line are apple, apple berry, orange twist, apple grape, mixed fruit, fruit punch and white grape.

8

**Exhibit 16**
**- 85 -**

MEC020342

packaging, development and positioning and marketing campaigns. Our products compete against a wide range of drinks produced by a relatively large number of manufacturers, most of which have substantially greater financial, marketing and distribution resources than we do.

Important factors affecting our ability to compete successfully include taste and flavor of products, trade and consumer promotions, rapid and effective development of new, unique cutting edge products, attractive and different packaging, branded product advertising and pricing. We also compete for distributors who will concentrate on selling our products ahead of those of our competitors, provide stable and reliable distribution and secure adequate shelf space in retail outlets. Competitive pressures in the alternative, energy, coffee and functional beverage categories could cause our products to be unable to gain or to lose market share or we could experience price erosion, which could have a material adverse affect on our business and results.

We have experienced substantial competition from new entrants in the energy drink category. A number of companies who market and distribute iced teas and juice cocktails in larger volume packages, such as 16- and 20-ounce glass bottles, including Sobe, Snapple Elements, Arizona and Fuse, have added supplements to their products with a view to marketing their products as "functional" or "energy" beverages or as having functional benefits. We believe that many of those products contain lower levels of supplements and principally deliver refreshment. In addition, many competitive products are positioned differently than our energy or functional drinks. Our smoothies and tea lines are positioned more closely against those products.

We compete not only for consumer acceptance, but also for maximum marketing efforts by multi-brand licensed bottlers, brokers and distributors, many of which have a principal affiliation with competing companies and brands. Our products compete with all liquid refreshments and with products of much larger and substantially better financed competitors, including the products of numerous nationally and internationally known producers such as The Coca-Cola Company, PepsiCo, Inc., Cadbury Schweppes plc, Red Bull Gmbh, Kraft Foods, Inc., Nestle Beverage Company, Tree Top and Ocean Spray. We also compete with companies that are smaller or primarily local in operation. Our products also compete with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

14

Our natural sodas compete directly with traditional soda products including those marketed by The Coca-Cola Company, PepsiCo, Inc. and Cadbury Schweppes plc, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Clearly Canadian Beverage Company, Crystal Geyser, J.M. Smucker Company and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's nectars, V8 Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and PET bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's® energy, Diet Red, Monster Energy®, Lost® Energy™, Joker Mad Energy™, Ace™ Energy, Unbound Energy® and Rumba™ energy juice in 8.3-, 16-, 24- and 32-ounce cans, compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, 180, Extreme Energy Shot, Red Devil, Rip It, NOS, Boo Koo, Vitaminenergy, and many other brands. The Coca-Cola Company and PepsiCo Inc. also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX and Vault.

Our Java Monster™ line of non-carbonated dairy based coffee drinks compete directly with Starbucks Frappuccino and other coffee drinks, Rockstar Roasted, Caribou Coffee, Cinnabon coffee drinks and Godiva dairy based drinks.

**Sales and Marketing**

**Exhibit 16**
**- 86 -**
MEC020348

Our sales and marketing technology know-how and our ability to developing brand identities and new products through sampling both in stores and at events in respect of all our beverages and drink mixes. We use our branded vehicles and other promotional vehicles at events at which we distribute our products to consumers for sampling. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products including advertising, in store promotions and in store placement of point of sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as cancer research and SPCA's as well as of extreme sports teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Robby Gordon Racing Team, Kawasaki Factory International Moto GP Team, Kenny Bernstein Drag Racing Team, extreme sports figures and athletes, sporting events such as the Monster Energy® Supercross Series, Monster Energy® Pipeline Pro Surfing competition, Winter and Summer X-games, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, motocross, freestyle, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile racing, and also participate in product demonstrations, food tasting and other related events. In store posters, outdoor posters, print, radio and television advertising together with price promotions and coupons, may also be used to promote our brands.

Additionally, in 2003 we entered into a multi-year sponsorship agreement to advertise on the new Las Vegas Monorail ("Monorail Agreement") with the Las Vegas Monorail Company ("LVMC") which includes the right to vend our Monster Energy® drinks and natural sodas on all stations. The initial term of the Monorail Agreement commenced on January 1, 2005 and has been renewed annually thereafter, with renewals at a lower annual rate. We have renewed the agreement for 2008.

15

We believe that one of the keys to success in the beverage industry is differentiation such as making our products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

We increased expenditures for our sales and marketing programs by approximately 48% in 2007 compared to 2006. As of December 31, 2007, we employed 713 employees in sales and marketing activities, of which 269 were employed on a full-time basis.

**Customers**

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Gross sales to our various customer types for the years ended December 2007, 2006 and 2005 are reflected below. The allocations below reflect changes made by us to the categories historically reported.

|  | 2007 | 2006 | 2005 |
| --- | --- | --- | --- |
| Retail Grocery, specialty chains and wholesalers | 8% | 12% | 19% |
| Club stores, drug chains & mass merchandisers | 14% | 14% | 11% |
| Full service distributors | 73% | 69% | 65% |
| Health food distributors | 2% | 2% | 3% |
| Other | 3% | 3% | 2% |

Our customers include Cadbury Schweppes Bottling Group (formally known as Dr. Pepper Bottling/7UP Bottling Group), Wal-Mart, Inc. (including Sam's Club), AB, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Pepsi Canada, Swire Coca-Cola, USA, Costco, The Kroger Co., Safeway Inc. and Albertsons. A decision by any large customer to decrease amounts purchased from us or to cease carrying our

**Exhibit 16**
**- 87 -**

MEC020349

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 15 of 72

products could have a material negative effect on our financial condition and results of our business operations. Cadbury Schweppes Bottling Group, a customer of the DSD division, accounted for approximately 16%, 19% and 18% of our net sales for the years ended December 31, 2007, 2006 and 2005, respectively. Wal-Mart, Inc. (including Sam's Club), a customer of both the DSD and Warehouse divisions, accounted for approximately 12% of our net sales for each of the years ended December 31, 2007 and 2006, respectively.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to our products. However, the energy drink category appears to be less seasonal than traditional beverages. As the percentage of our sales that are represented by such products continues to increase, seasonal fluctuations will be further mitigated. Quarterly fluctuations may also be affected by other factors, including the introduction of new products, the opening of new markets where temperature fluctuations are more pronounced, the addition of new bottlers and distributors, changes in the mix of sales of our finished products and changes in and/or increased advertising, marketing and promotional expenses.

16

## Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

We own the Hansen's®, Monster Energy®, M (stylized)® and the M Monster Energy® trademarks. These trademarks are crucial to our business and are registered in the U.S. Patent and Trademark Office and in various countries throughout the world. We own a number of other trademark registrations including, but not limited to, A New Kind a Buzz®, Unleash the Beast!®, Hansen's Energy®, Blue Energy®, Energade®, Hansen's $E_2O$ Energy Water®, Hansen's Slim Down®, Power Formula®, The Real Deal®, Liquidfruit®, California's Natural Choice®, Medicine Man®, Hansen's Power®, B•Well®, Anti-ox®, D-stress®, Stamina®, Immunejuice®, Hansen's Natural Multi-Vitamin Juice Slam®, Juice Blast®, Red Rocker®, and Hansen's Natural Soda® in the United States and, the Monster®, Monster Energy®, M(stylized)®, Hansen's® and Smoothie® trademarks in a number of countries around the world.

We have applied to register a number of trademarks in the United States and elsewhere including, but not limited to, Monster™, Monster Energy™, M(stylized)™, Assault™, Khaos™, Monster M-80™, Predator™, M Monster Mutant™, Joker Mad Energy™, Ace™, Rumba™, Fizzit™ and Fizz Bomb™, Java Monster™, Mean Bean™, Java Monster Big Black™, Loca Moca™, Chai Hai™, Irish Blend™, Java Monster Russian™, Nut-Up™, Lo-Ball™, The Juice is Loose™, Monster MIXXD™, Monster Heavy Metal™ and Energy Pro™.

In September 2000, in connection with the acquisition of the Blue Sky Natural Beverage business, we acquired the Blue Sky® trademark which is registered in the United States and Canada, through our wholly owned subsidiary Blue Sky.

In May 2001, in connection with the acquisition of the Junior Juice beverage business, we acquired the Junior Juice® trademark, which is registered in the United States, through our wholly owned subsidiary Junior Juice.

In October 2006, we acquired the Unbound Energy® trademark which is registered in the United States.

## Government Regulation

**Exhibit 16**
**- 88 -**

MEC020350

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 16 of 72



COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN

[1] Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2002. The Company's new self-selected peer group is comprised of National Beverage Corporation, Clearly Canadian Beverage Company, Leading Brands, Inc., Jones Soda Company and Cott Corporation.

**ITEM 6.      SELECTED FINANCIAL DATA**

The consolidated statements of operations data set forth below with respect to each of the years ended December 31, 2003 through 2007 and the balance sheet data as of December 31, for the years indicated, are derived from our audited consolidated financial statements and should be read in conjunction with those financial statements and notes thereto, and with the Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K.

31

| (in thousands, except per share information) | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Gross sales* | $ 1,025,795 | $ 696,322 | $ 415,417 | $ 224,098 | $ 135,655 |
| Net sales | $ 904,465 | $ 605,774 | $ 348,886 | $ 180,341 | $ 110,352 |
| Gross profit | $ 468,013 | $ 316,594 | $ 182,543 | $ 83,466 | $ 43,775 |
| Gross profit as a percentage to net sales | 51.7% | 52.3% | 52.3% | 46.3% | 39.7% |
| Operating income | $ 230,986 | $ 158,579 | $ 103,443 | $ 33,886 | $ 9,826 |
| Net income | $ 149,406 | $ 97,949 | $ 62,775 | $ 20,387 | $ 5,930 |
| Net income per common share: | | | | | |
| Basic | $ 1.64 | $ 1.09 | $ 0.71 | $ 0.24 | $ 0.07 |
| Diluted | $ 1.51 | $ 0.99 | $ 0.65 | $ 0.22 | $ 0.07 |
| Total assets | $ 544,603 | $ 308,372 | $ 163,890 | $ 82,022 | $ 47,997 |
| Long-term debt | $ 663 | $ 303 | $ 525 | $ 583 | $ 602 |
| Stockholders' equity | $ 422,167 | $ 225,084 | $ 125,509 | $ 58,571 | $ 35,050 |

**Exhibit 16**
**- 89 -**

MEC020364

*Gross sales, although used internally by management as a measure of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with generally accepted accounting principals in the United States of America ("GAAP"), and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by the Company's internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of the Company's operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers (See "Part II, Item 7 - Results of Operations").*

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements.

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;

32

- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Forward Looking Statements* – cautionary information about forward looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the company's historical results or our current expectations or projections; and
- *Market Risks* – Information about market risks and risk management. (See "*Forward Looking Statements*" and "Part II, Item 7A. - Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### Overview

We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices and juice drinks, energy drinks and energy sports drinks, fruit juice smoothies and "functional drinks," non-carbonated ready-to-drink iced teas, children's multi-vitamin juice drinks, Junior Juice® juices and flavored sparkling beverages under the Hansen's® brand name. We also develop, market, sell and distribute energy drinks under the following brand names; Monster Energy®, Lost® Energy™, Joker Mad Energy™, Unbound Energy® and Ace™ brand names as well as Rumba™ brand energy juice. We also market, sell and distribute the Java Monster™ line of non-carbonated dairy based coffee drinks, natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters, sports drinks and energy drinks under the Blue Sky®

**Exhibit 16**
**- 90 -**

MEC020365

brand name. Our fruit juices for kids would be marketed under the Junior Juice™ brand name. We also market, sell and distribute vitamin and mineral drink mixes in powdered form under the Fizzit™ brand name.

We have two reportable segments, namely DSD, whose principal products comprise energy drinks, and Warehouse, whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers.

Our sales and marketing strategy for all our beverages and drink mixes is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events. We use our branded vehicles and other promotional vehicles at events where we sample our products to consumers. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products, including advertising, in-store promotions and in-store placement of point-of-sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as cancer research and SPCAs, as well as extreme sports teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Robby Gordon Racing Team, Kawasaki Factory International Moto GP Team, Kenny Bernstein Drag Racing Team, extreme sports figures and athletes, sporting events such as the Monster Energy® Supercross Series, the Monster Energy® Pro Pipeline surfing competition, Winter and Summer X-Games, marathons, 10k runs, bicycle races, volleyball tournaments and other health and sports related activities, including extreme sports, particularly supercross, motocross, freestyle, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile racing, etc., and we also participate in product demonstrations, food tasting and other related events. In store posters, outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands.

33

We believe that one of the keys to success in the beverage industry is differentiation, such as making Hansen's® products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, and we will continue to reevaluate the same from time to time.

During 2007, we continued to expand our existing product lines and further develop our markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category, with particular emphasis on energy type drinks.

During the second quarter of 2006, we entered into the Off-Premise Agreements with AB. Under the Off-Premise Agreements, select AB Distributors distribute and sell, in markets designated by HBC, HBC's Monster Energy® and Lost® Energy™ brands non-alcoholic energy drinks, Rumba™ brand energy juice and Unbound Energy® brand energy drinks, as well as additional products that may be agreed between the parties. We intend to continue building our national distributor network primarily with select AB distributors as well as with our sales force throughout 2007 to support and grow the sales of our products.

On April 28, 2006, HBC entered into a distribution agreement with Cadbury Bebidas for exclusive distribution by Cadbury Bebidas throughout Mexico, excluding Baja California, of our Monster Energy® and Lost® Energy™ energy products.

On February 8, 2007, HBC entered into the On-Premise Agreement with AB. Under the On-Premise Agreement, AB will manage and coordinate the sales, distribution and merchandising of Monster Energy® energy drinks to on-premise retailers including bars, nightclubs and restaurants in territories approved by HBC.

On March 1, 2007, HBC entered into a distribution agreement with Pepsi Canada for the exclusive distribution by Pepsi Canada throughout Canada of our Monster Energy®, Lost® Energy™ and Hansen's® energy products.

As discussed under Review of Historic Stock Option Granting Practices in Item 7, "Management's

Exhibit 16
- 91 -
MEC020366

Discussion and Analysis of Financial Condition and Results of Operations", included in our Form 10-K for the fiscal year ended December 31, 2006, and Item 2 "Management's Discussion and Analysis of Financial Condition and Results of Operations", included in our Form 10-Q for the quarter ended March 31, 2007, a special committee of our Board of Directors concluded its review of our stock option grants and granting practices. In connection with this review, related litigation and other related matters, we incurred professional service fees of $9.8 million (net of $2.5 million insurance reimbursements) and $3.8 million for the years ended December 31, 2007 and 2006, respectively. No related costs were incurred for the year ended December 31, 2005.

The following table summarizes the selected items discussed above for the years ended December 31, 2007 and 2006:

34

| | 2007 | | 2006 | |
|---|---|---|---|---|
| | (In Thousands) | | (In Thousands) | |
| Deferred Revenue: | | | | |
| Receipts from newly appointed AB distributors | $ | 21,029 | $ | 20,851 |
| | | | | |
| Recognized Revenue | $ | 1,916 | $ | 411 |
| | | | | |
| Operating Expenses: | | | | |
| Termination payments to prior distributors | $ | 15,266 | $ | 12,728 |
| | | | | |
| Professional fees associated with the review of stock option grants and granting practices, related litigation and other related matters | $ | 9,760[1] | $ | 3,753 |

[1] net of $2.5 million insurance reimbursements

As a result of the late filings of our Form 10-Q for the quarter ended September 30, 2006, our Form 10-K for the fiscal year ended December 31, 2006, and our Form 10-Q for the three-months ended March 31, 2007, we will be ineligible to register our securities on Form S-3 for sale by us or resale by others until we have been current in our reporting obligations for a period of approximately one year. We expect to be eligible to register our securities on Form S-3 after July 1, 2008. The inability to use Form S-3 could adversely affect our ability to raise capital during this period. However, we are still eligible to register our securities on Form S-1. If we fail to timely file a future periodic report with the SEC and our stock were to be delisted, it could severely impact our ability to raise future capital and could have an adverse impact on our overall future liquidity.

We again achieved record gross sales in 2007. The increase in gross sales in 2007 was primarily attributable to increased sales volume of certain of our existing products, particularly our Monster Energy® brand energy drinks and to sales by volume or our Java Monster ™ line of non-carbonated dairy based coffee drinks. The percentage increase in gross sales was lower than the percentage increase in net sales, primarily due to a decrease in promotional and other allowances as a percentage of gross sales, which decreased from 13.0% to 11.8%. The actual amount of promotional and other allowances increased to $121.3 million from $90.5 million for the years ended December 31, 2007 and December 31, 2006, respectively.

A substantial portion of our gross sales are derived from our Monster Energy® brand energy drinks. Any decrease in sales of our Monster Energy® brand energy drinks could significantly adversely affect our future revenues and net income. Competitive pressure in the "energy drink" category could adversely affect our operating results. (See "Part I, Item 1A. - Risk Factors")

During the fourth quarter of 2007, we announced a price increase for our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1,

Exhibit 16
- 92 -
MEC020367

2008. We estimate that approximately 5% to 5.3% of our gross sales for the fourth quarter of 2007 was attributable to purchases made by our customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our existing 2007 fourth quarter prices. As a result, our future sales and operating results may be negatively impacted as a result of higher than normal distribution channel inventory levels. (See "Part I, Item 1A. - Risk Factors")

Gross sales shipped outside of California represented 72.0%, 67.8% and 61.5% of our gross sales, for the years ended December 31, 2007, 2006 and 2005, respectively. Gross sales to customers outside the United States amounted to $41.0 million, $19.3 million and $5.6 million for the years ended

35

December 31, 2007, 2006 and 2005, respectively. Such sales were approximately 4.0%, 2.8% and 1.3% of gross sales for the years ended December 31, 2007, 2006 and 2005, respectively.

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Gross sales to our various customer types for 2007, 2006 and 2005 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Retail Grocery, specialty chains and wholesalers | 8% | 12% | 19% |
| Club stores, drug chains & mass merchandisers | 14% | 14% | 11% |
| Full service distributors | 73% | 69% | 65% |
| Health food distributors | 2% | 2% | 3% |
| Other | 3% | 3% | 2% |

Our customers include Cadbury Schweppes Bottling Group (formally known as Dr. Pepper Bottling/7UP Bottling Group), Wal-Mart, Inc. (including Sam's Club), AB, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Pepsi Canada, Swire Coca-Cola, USA, Costco, The Kroger Co., Safeway Inc. and Albertsons. A decision by any large customer to decrease amounts purchased from the Company or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations. Cadbury Schweppes Bottling Group, a customer of the DSD division, accounted for approximately 16%, 19% and 18% of our net sales for the years ended December 31, 2007, 2006 and 2005, respectively. Wal-Mart, Inc. (including Sam's Club), a customer of both the DSD and Warehouse divisions, accounted for approximately 12% of the Company's net sales for each of the years ended December 31, 2007 and 2006, respectively.

In October 2006, we acquired the Unbound Energy® trademark and assumed the production, marketing and sale of Unbound Energy® energy drinks in 16-ounce cans. We subsequently introduced a lo-carb and juice version in 16-ounce cans.

During 2004, we entered into exclusive WIC Contracts with the State of California to supply 100% apple juice and 100% blended juice in 64-ounce PET plastic bottles. The WIC Contracts commenced on July 12, 2004 and were due to expire in July 2007. The parties mutually agreed to extend the WIC Contracts until July 11, 2008. WIC-approved items are stocked by the grocery trade and by WIC-only stores. Products are purchased by WIC consumers with vouchers given by the DHS to qualified participants. Due to significant cost increases mainly for apple juice concentrates and PET plastic bottles, we are currently negotiating a mutually acceptable earlier termination of the WIC Contracts with the State of California. We have been informed that future WIC contracts will not be granted on an exclusive basis and that certain manufacturers (including HBC) will be eligible to sell certain qualifying products to WIC participants. The Company is informed and believes that the WIC program intends reducing the total quantity of fruit juice products that will be available to WIC participants. We anticipate that as a consequence of the above, our revenue from these products is likely to be lower in the future. However, we do not believe that such reduction in revenue will have a material impact on our future operations. (See "Part I, Item 1. Business – Manufacture and Distribution").

We continue to incur expenditures in connection with the development and introduction of new products and flavors.

***Value Drivers of our Business***

**Exhibit 16**
**- 93 -**

MEC020368

We believe that the key value drivers of our business include the following:

- *Profitable Growth* – We believe functional, better for you brands properly supported by marketing and innovation, targeted to a broad consumer base, drive profitable growth. We

36

continue to broaden our family of brands. In particular, we are expanding and growing our specialty beverages and energy drinks to provide more alternatives to consumers. We are focused on maintaining profit margins. We believe that tailored brand, package, price and channel strategies help achieve profitable growth. We are implementing these strategies with a view to accelerating profitable growth.

- *Cost Management* – The principal focus of cost management will continue to be on supplies and cost reduction. One key area of focus, for example, is to decrease raw material costs, co-packing fees and general and administrative costs as a percentage of net operating revenues. Another key area of focus is the reduction in inventory levels. However, due to the expansion in the number of our products, increased sales levels in 2007, and the conclusion of the agreements with AB, overall inventory levels increased. During 2007, the costs of PET plastic bottles and certain aluminum cans, as well as the costs of glucose, high fructose corn syrup, certain juice concentrates, including apple, and certain packaging and freight costs also increased.

- *Efficient Capital Structure* – Our capital structure is intended to optimize our costs of capital. We believe our strong capital position, our ability to raise funds if necessary at low effective cost and overall low costs of borrowing provide a competitive advantage.

We believe that, subject to increases in the costs of certain raw materials being contained, these value drivers, when properly implemented, will result in (1) maintaining our gross profit margin; (2) providing additional leverage over time through reduced expenses as a percentage of net operating revenues; and (3) optimizing our cost of capital. The ultimate measure of success is and will be reflected in our current and future results of operations.

Gross and net sales, gross profits, operating income, and net income and net income per share represent key measurements of the above value drivers. In 2007, gross sales totaled $1,025.8 million, a 47.3% increase over 2006. Net sales totaled $904.5 million in 2007, an increase of 49.3% over 2006. Gross profit totaled $468.0 million in 2007, a 47.8% increase from 2006. Operating income totaled $231.0 million in 2007, an increase of 45.7% from 2006. Net income totaled $149.4 million in 2007, a 52.5% increase from 2006. Net income per diluted share was $1.51 as compared to net income per diluted share of $0.99 in 2006. These measurements will continue to be a key management focus in 2008 and beyond. See also "Results of Operations for the Year Ended December 31, 2007 Compared to the Year Ended December 31, 2006."

In 2007, the Company had working capital of $187.3 million compared to $212.3 million as of December 31, 2006. In 2007, our net cash provided by operating activities was approximately $135.5 million as compared to $76.4 million in 2006. Principal uses of cash flows are purchases of inventory, increases in accounts receivable and other assets, acquisition of property and equipment and trademarks. Payment of accounts payable and income taxes payable are expected to be and remain our principal recurring use of cash and working capital funds. (See also "Part II, Item 7. - Liquidity and Capital Resources").

### *Opportunities, Challenges and Risks*

Looking forward, our management has identified certain challenges and risks that demand the attention of the beverage industry and our Company. Increase in consumer and regulatory awareness of the health problems arising from obesity and inactive lifestyles represents a challenge. We recognize that obesity is a complex and serious public health problem. Our commitment to consumers begins with our broad product line and a wide selection of diet, light and lo-carb beverages, juices and juice drinks, sports drinks and waters and energy drinks. We continuously strive to meet changing consumer needs through beverage innovation, choice and variety.

37

**Exhibit 16**
**- 94 -**

MEC020369

**Results of Operations**

| | 2007 | 2006 | 2005 | Percentage Change 07 vs. 06 | 06 vs. 05 |
|---|---|---|---|---|---|
| Gross sales, net of discounts & returns * | $ 1,025,795 | $ 696,322 | $ 415,417 | 47.3% | 67.6% |
| Less: Promotional and other allowances** | 121,330 | 90,548 | 66,531 | 34.0% | 36.1% |
| Net sales | 904,465 | 605,774 | 348,886 | 49.3% | 73.6% |
| Cost of sales | 436,452 | 289,180 | 166,343 | 50.9% | 73.8% |
| Gross profit | 468,013 | 316,594 | 182,543 | 47.8% | 73.4% |
| Gross profit margin as a percentage of net sales | 51.7% | 52.3% | 52.3% | | |
| Operating expenses | 237,027 | 158,015 | 79,100 | 50.0% | 99.8% |
| Operating expenses as a percentage of net sales | 26.2% | 26.1% | 22.7% | | |
| Operating income | 230,986 | 158,579 | 103,443 | 45.7% | 53.3% |
| Operating income as a percent of net sales | 25.5% | 26.2% | 29.6% | | |
| Interest and other income, net | 8,770 | 3,660 | 1,351 | 139.6% | 170.9% |
| Income before provision for income taxes | 239,756 | 162,239 | 104,794 | 47.8% | 54.8% |
| Provision for income taxes | 90,350 | 64,290 | 42,019 | 40.5% | 53.0% |
| Net income | $ 149,406 | $ 97,949 | $ 62,775 | 52.5% | 56.0% |
| Net income as a percent of net sales | 16.5% | 16.2% | 18.0% | | |
| Net income per common share: | | | | | |
| Basic | $ 1.64 | $ 1.09 | $ 0.71 | 50.3% | 53.0% |
| Diluted | $ 1.51 | $ 0.99 | $ 0.65 | 52.6% | 52.9% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 98,453 | 72,740 | 48,214 | 35.3% | 50.9% |

* *Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and our overall performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers.*

** *Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, the presentation of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of the impact thereof on the determination of net sales and illustrates the spending levels incurred to secure such sales. Promotional and other allowances constitute a material portion of our marketing activities.*

Exhibit 16
- 95 -

MEC020371

*Results of Operations for the Year Ended December 31, 2007 Compared to the Year Ended December 31, 2006*

*Gross Sales.*\* Gross sales were $1,025.8 million for the year ended December 31, 2007, an increase of approximately $329.5 million or 47.3% higher than gross sales of $696.3 million for the year ended December 31, 2006. The increase in gross sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks (introduced in April 2002), lo-carb Monster Energy® drinks (introduced in August 2003), Monster Energy® Assault™ energy drinks (introduced in September 2004) and Monster Energy® Khaos™ energy drinks (introduced in August 2005), as well as sales of certain new products such as the Java Monster™ line of non-carbonated dairy based coffee drinks (introduced in April 2007), Monster M-80™ energy drinks (introduced in March 2007), Monster MIXXD™ energy drinks (introduced in December 2007) and Monster Heavy Metal™ energy drinks (introduced in November 2007). To a lesser extent, the increase in gross sales was attributable to increased sales by volume of apple juice and juice blends, aseptic juices, Unbound Energy® energy drinks (introduced in October 2006) and Junior Juice® aseptic juices. The increase in gross sales was partially offset by decreased sales by volume of Lost Energy® drinks (introduced in January 2004), iced teas, Joker Mad Energy™ drinks (introduced in January 2005) and Hansen's® fruit juice smoothies. Changes in pricing did not have a material impact on the increase in gross sales for the year ended December 31, 2007. However, during the fourth quarter of 2007, we announced a price increase for our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that approximately 7% to 8% of our gross sales for the fourth quarter of 2007 were attributable to purchases made by our customers in advance of such price increases. Promotional and other allowances were $121.3 million for 2007, an increase of $30.8 million or 34.0% higher than promotional and other allowances of $90.5 million for 2006. Promotional and other allowances as a percentage of gross sales decreased to 11.8% in 2007 from 13.0% in 2006. As a result, the percentage increase in gross sales in 2007 was lower than the percentage increase in net sales.

*\*Gross sales – see definition above.*

*Net Sales.* Net sales were $904.5 million for the year ended December 31, 2007, an increase of approximately $298.7 million or 49.3% higher than net sales of $605.8 million for the year ended December 31, 2006. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks, lo-carb Monster Energy® drinks, Monster Energy® Assault™ energy drinks and Monster Energy® Khaos™ energy drinks, as well as sales of certain new products such as the Java Monster™ line of non-carbonated dairy based coffee drinks, Monster M-80™ energy drinks, Monster MIXXD™ energy drinks and Monster Heavy Metal™ energy drinks. To a lesser extent, the increase in net sales was attributable to increased sales by volume of apple juice and juice blends, aseptic juices, sodas and Junior Juice® aseptic juices. The increase in net sales was partially offset by decreased sales by volume of Lost Energy® drinks, iced teas, Joker Mad Energy™ drinks, smoothies in cans and Hansen's® energy drinks. Changes in pricing did not have a material impact on the increase in net sales for the year ended December 31, 2007. However, during the fourth quarter of 2007, we announced a price increase to our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that approximately 7% to 8% of our net sales for the fourth quarter of 2007 were attributable to purchases made by our customers in advance of such price increases.

Case sales, in 192-ounce case equivalents, were 98.5 million cases for the year ended December 31, 2007, an increase of 25.7 million cases or 35.3% higher than case sales of 72.7 million cases for the year ended December 31, 2006. The overall average net sales price per case increased to $9.19 for 2007 or 10.3% higher than the average net sales price per case of $8.33 for 2006. The increase in the average net sales prices per case was attributable to an increase in the proportion of case sales derived from higher priced products.

40

Net sales for the DSD segment were $809.8 million for year ended December 31, 2007, an increase of approximately $295.5 million or 57.5% higher than net sales of $514.3 million for the year ended December 31, 2006. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks, lo-carb Monster Energy® drinks,

**Exhibit 16**
**- 96 -**

MEC020372

Monster Energy® Assault™ energy drinks and Monster Energy® Khaos™ energy drinks, as well as sales of certain new products such as the Java Monster™ line of non-carbonated dairy based coffee drinks and Monster M-80™ energy drinks. The increase in net sales was partially offset by decreased sales by volume of Lost Energy® drinks and Joker Mad Energy™ drinks. Changes in pricing within the DSD segment did not have a material impact on the increase in net sales for the year ended December 31, 2007. However, during the fourth quarter of 2007, we announced a price increase to our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that approximately 7% to 8% of our net sales for the fourth quarter of 2007 were attributable to purchases made by our customers in advance of such price increases.

Net sales for the Warehouse segment were $94.7 million for the year ended December 31, 2007, an increase of approximately $3.2 million or 3.5% higher than net sales of $91.5 million for the year ended December 31, 2006. The increase in net sales was primarily attributable to increased sales by volume of apple juice and juice blends, aseptic juices, sodas and Junior Juice® aseptic juices. The increase in net sales was partially offset by decreased sales by volume primarily of iced teas, smoothies in cans and Hansen's® energy drinks. Changes in pricing within the Warehouse segment did not have a material impact on the increase in net sales for the year ended December 31, 2007.

*Gross Profit.\*\*\** Gross profit was $468.0 million for the year ended December 31, 2007, an increase of approximately $151.4 million or 47.8% higher than the gross profit of $316.6 million for the year ended December 31, 2006. Gross profit as a percentage of net sales was 51.7% for 2007 as compared to 52.3% for 2006. Increases in sales volumes contributed to the increase in gross profit dollars. The decrease in gross profit as a percentage of net sales was primarily due to an increase in the percentage of sales within the DSD segment of certain packages that have lower gross profit margins. To a lesser extent, the decrease in gross profit as a percentage of net sales was also attributable to an increase in the cost of certain raw materials including certain sweeteners, certain containers and packaging materials and certain juice concentrates and increased reserves for slow moving and obsolete inventory. Such decrease in gross profit as a percentage of net sales was partially offset by increased sales of DSD segment products which have higher gross profit margins than those in the Warehouse segment, a decrease in promotional and other allowances as a percentage of gross sales.

*\*\*\*Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses.*

*Operating Expenses.* Total operating expenses were $237.0 million for the year ended December 31, 2007, an increase of approximately $79.0 million or 50.0% higher than total operating expenses of $158.0 million for the year ended December 31, 2006. Total operating expenses as a percentage of net sales was 26.2% for 2007, slightly higher than 26.1% for 2006. The increase in operating expenses in dollars was partially attributable to increased out-bound freight and warehouse costs of $8.7 million primarily due to increased volume of shipments, increased expenditures of $18.4 million for sponsorships and endorsements, increased expenditures of $10.3 million for commissions and royalties, increased expenditures of $4.9 million for sampling programs, increased payroll expenses of $12.1 million, increased expenditures of $8.6 million for professional services costs, including legal and accounting fees, and increased expenditures of $2.5 million relating to the costs associated with terminating existing distributors. Included in legal and accounting fees are costs of $9.8 million (net of $2.5 million insurance reimbursements) in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters. Total operating expenses, exclusive of expenditures of $15.3 million and $12.7 million for 2007 and 2006, respectively, attributable to the costs associated with terminating existing distributor and exclusive of expenditures of $9.8 million (net of 2.5 million in

41

insurance reimbursements) and $3.8 million for 2007 and 2006, respectively in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters, as a percentage of net sales, were 23.4% for both 2007 and 2006.

*Contribution Margin.* Contribution margin for the DSD segment was $281.6 million for the year ended December 31, 2007, an increase of approximately $93.8 million or 49.9% higher than contribution margin of $187.9 million for the year ended December 31, 2006. The increase in contribution margin for the DSD segment was primarily attributable to the increase in net sales of Monster Energy® brand energy drinks as well as sales of certain new products such as the Java Monster™ line of non-carbonated dairy based coffee

**Exhibit 16**
**- 97 -**

MEC020373

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 25 of 72

drinks and Monster M-80™ energy drinks. Contribution margin for the Warehouse segment was $3.9 million for the year ended December 31, 2007, a decrease of approximately $2.2 million or 36.3% lower than contribution margin of $6.1 million for year ended December 31, 2006. The decrease in the contribution margin for the Warehouse segment was primarily attributable to a reduction in gross margin as a result of increased costs of raw materials and production.

*Operating Income.* Operating income was $231.0 million for the year ended December 31, 2007, an increase of approximately $72.4 million or 45.7% higher than operating income of $158.6 million for the year ended December 31, 2006. Operating income as a percentage of net sales decreased to 25.5% for 2007 from 26.2% for 2006. The increase in operating income was primarily due to an increase in gross profit of $151.4 million. The decrease in operating income as a percentage of net sales was primarily attributable to increased cost of sales as a percentage of net sales. Operating income, exclusive of recognition of deferred revenue of $1.9 million and $0.4 million for 2007 and 2006, respectively, attributable to the AB Distribution agreements entered into with newly appointed AB Distributors, exclusive of expenditures of $15.3 million and $12.7 million for 2007 and 2006, respectively, attributable to the costs associated with terminating existing distributors and exclusive of expenditures of $9.8 million (net of $2.5 million insurance reimbursements) and $3.8 for 2007 and 2006, respectively, in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters, as a percentage of net sales, was 28.2% for 2007 as compared to 28.9% for 2006.

*Interest and Other Income, net.* Net interest and other income was $8.8 million for the year ended December 31, 2007, an increase of $5.1 million from net interest and other income of $3.7 million for the year ended December 31, 2006. The increase in net interest and other income was primarily attributable to increased interest revenue earned on our cash balances and short- and long-term investments, which have increased significantly over the prior year.

*Provision for Income Taxes.* Provision for income taxes for the year ended December 31, 2007 was $90.3 million, as compared to provision for income taxes of $64.3 million for the year ended December 31, 2006. The effective combined federal and state tax rate for 2007 was 37.7%, which was lower than the effective tax rate of 39.6% for 2006. The decrease in the effective tax rate was primarily attributable to certain interest income earned on securities that is exempt from federal income taxes and a reduction in federal taxes attributable to the domestic production tax deduction. This decrease was partially offset by stock-based compensation relating to incentive stock options that is not deducted for federal or state income tax purposes.

*Net Income.* Net income was $149.4 million for the year ended December 31, 2007, an increase of $51.5 million or 52.5% higher than net income of $97.9 million for the year ended December 31, 2006. The increase in net income was primarily attributable to an increase in gross profit of $151.4 million and, to a lesser extent, an increase in net interest and other income of approximately $5.1 million. This was partially offset by an increase in operating expenses of $79.0 million and an increase in provision for income taxes of $26.1 million.

42

***Results of Operations for the Year Ended December 31, 2006 Compared to the Year Ended December 31, 2005***

*Gross Sales.** Gross sales were $696.3 million for the year ended December 31, 2006, an increase of approximately $280.9 million or 67.6% higher than the $415.4 million gross sales for the year ended December 31, 2005. The increase in gross sales for 2006 was primarily attributable to increased sales volumes of certain of our existing products, including the full year sales of Monster Energy® Khaos™ energy drinks which were introduced in August 2005. Promotional and other allowances were $90.5 million for 2006 an increase of $24.0 million or 36.1% higher than promotional and other allowances of $66.5 million for 2005. Promotional and other allowances as a percentage of gross sales decreased from 16.0% in 2005 to 13.0% in 2006. As a result the percentage increase in gross sales in 2006 was lower than the percentage increase in net sales.

     *Gross sales – see definition above.*

*Net Sales.* Net sales were $605.8 million for the year ended December 31, 2006, an increase of

**Exhibit 16**
**- 98 -**
MEC020374

approximately $3.369 million or 94.7% higher than net sales of $845.0 million for the year ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks, lo-carb Monster Energy® drinks, Monster Energy® Assault™ energy drinks, as well as sales of Monster Energy® Khaos™ energy drinks. To a lesser extent, the increase in net sales was attributable to increased sales by volume of teas, lemonades and juice cocktails, Lost® Energy™ drinks, sports drinks, Rumba™ brand energy juice, Junior Juice®, Ace™ energy drinks and Unbound Energy® energy drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Hansen's® energy drinks, smoothies in cans and Energade® energy sports drinks.

Case sales, in 192-ounce case equivalents were 72.7 million cases for the year ended December 31, 2006, an increase of 24.5 million cases or 50.9% higher than case sales of 48.2 million cases for the year ended December 31, 2005. The overall average net sales price per case increased to $8.33 for 2006 or 15% higher than the net sales price per case of $7.24 for 2005. The increase in the average net sales prices per case was attributable to an increase in the proportion of case sales derived from higher priced products.

Net sales for the DSD segment were $514.3 million for year ended December 31, 2006, an increase of approximately $251.4 million or 95.6% higher than net sales of $262.9 million for the year ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, which include Monster Energy® drinks, lo-carb Monster Energy® drinks, Monster Energy® Assault™ energy drinks, as well as sales of Monster Energy® Khaos™ energy drinks. To a lesser extent, the increase in net sales was attributable to increased sales by volume of Lost® Energy™ drinks, Rumba™ brand energy juice, Ace™ energy drinks and Unbound Energy® energy drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Energade® energy sports drinks.

Net sales for the Warehouse segment were $91.5 million for the year ended December 31, 2006, an increase of approximately $5.5 million or 6.4% higher than net sales of $86.0 million for the year ended December 31, 2005. The increase in net sales was primarily attributable to increased sales by volume of teas, lemonades and juice cocktails, Junior Juice® and sports drinks. The increase in net sales was partially offset by decreased sales by volume primarily of Hansen's® energy drinks and smoothies in cans.

*Gross Profit.\*\*\** Gross profit was $316.6 million for the year ended December 31, 2006, an increase of approximately $134.1 million or 73.4% higher than the gross profit of $182.5 million for the year ended December 31, 2005. Gross profit as a percentage of net sales was 52.3% for both 2006 and 2005. Increases in sales volumes contributed to an increase in gross profit dollars. Gross profit as a

43

percentage of net sales was affected by an increase in the percentage of sales within the DSD segment of certain packages that have lower gross profit margins. In addition, gross profit as a percentage of net sales was also affected by a significant increase in certain freight-in costs due to the addition of new co-packers and warehouses and an increase in the cost of certain raw materials including sucrose, PET and aluminum cans and apple juice concentrate. These factors were offset by increased sales of DSD segment products which have higher gross profit margins than those in the Warehouse segment.

*\*\*\*Gross Profit – see definition above.*

*Operating Expenses.* Total operating expenses were $158.0 million for the year ended December 31, 2006, an increase of approximately $78.9 million or 99.8% higher than total operating expenses of $79.1 million for the year ended December 31, 2005. Total operating expenses as a percentage of net sales increased to 26.1% for 2006 from 22.6% for 2005. The increase in total operating expenses and total operating expenses as a percentage of net sales was primarily attributable to increased selling and distribution, and general and administrative expenses.

Selling and distribution expenses were $95.3 million for the year ended December 31, 2006, an increase of approximately $44.5 million or 87.8% higher than selling and distribution expenses of $50.8 million for the year ended December 31, 2005. Selling and distribution expenses as a percentage of net sales for 2006 were 15.7%, which was higher than selling and distribution expenses as a percentage of net sales of 14.6% for 2005. The increase in selling and distribution expenses was partially attributable to increased out-bound freight and warehouse costs of $18.9 million primarily due to increased volumes of shipments and increased freight rates and fuel prices, as well as increased expenditures of $6.9 million for merchandise

**Exhibit 16**
**- 99 -**

MEC020375

10-K 1 a09-6007_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K
(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2008

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

# HANSEN NATURAL CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 39-1679918 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

550 Monica Circle, Suite 201, Corona, California 92880
(Address of principal executive offices)     (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Not Applicable | Not Applicable |

Securities registered pursuant to Section 12(g) of the Act:

Title of class
Common Stock, $0.005 par value per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes[ ] No[X]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes[ ] No[X]

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Exchange Act from their obligations under those Sections.

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of

**Exhibit 16**
**- 100 -**
MEC020426

the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒                              Accelerated filer ☐

Non-accelerated filer ☐                                Smaller reporting company ☐

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.) Yes [ ] No [X]

The aggregate market value of the common equity held by nonaffiliates of the registrant was $2,180,565,237 computed by reference to the closing sale price for such stock on the NASDAQ Capital Market on June 30, 2008, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 6, 2009 was 90,401,966 shares.

## DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2009 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2008.

---

## HANSEN NATURAL CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                                                              **Page Number**

### PART I

| 1. | Business | 3 |
| 1A. | Risk Factors | 18 |
| 1B. | Unresolved Staff Comments | 26 |
| 2. | Properties | 26 |
| 3. | Legal Proceedings | 27 |
| 4. | Submission of Matters to a Vote of Security Holders | 30 |

### PART II

| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 30 |
| 6. | Selected Financial Data | 32 |
| 7. | Management's Discussion and Analysis of Financial | |

**Exhibit 16**
**- 101 -**
MEC020427

| | | |
|---|---|---|
| | Condition and Results of Operations | 34 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risks | 60 |
| 8. | Financial Statements and Supplementary Data | 61 |
| 9. | Changes in and Disagreements with Accountants on | |
| | Accounting and Financial Disclosure | 61 |
| 9A. | Controls and Procedures | 61 |
| 9B. | Other Information | 64 |

**PART III**

| | | |
|---|---|---|
| 10. | Directors, Executive Officers and Corporate Governance | 64 |
| 11. | Executive Compensation | 64 |
| 12. | Security Ownership of Certain Beneficial Owners and Management | |
| | and Related Stockholder Matters | 64 |
| 13. | Certain Relationships and Related Transactions, and Director | |
| | Independence | 65 |
| 14. | Principal Accountant Fees and Services | 65 |

**PART IV**

| | | |
|---|---|---|
| 15. | Exhibits, Financial Statement Schedules | 65 |
| | Signatures | 66 |

2

---

**PART I**

## ITEM 1.     BUSINESS

### Overview

Hansen Natural Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Hansen", "HBC", "the Company", "we", "us", and "our", these words refer to Hansen Natural Corporation and our subsidiaries other than Monster LDA Company ("MLDA"), unless the context otherwise requires.

We are a holding company and carry no operating business except through our wholly owned subsidiaries: Hansen Beverage Company ("HBC") which was incorporated in Delaware on June 8, 1992; MLDA, formerly known as Hard e Beverage Company, and previously known as Hard Energy Company and as CVI Ventures, Inc., which was incorporated in Delaware on April 30, 1990; Monster Energy UK Limited ("Monster UK"), a direct wholly owned subsidiary of HBC, which was incorporated in the United Kingdom on October 9, 2007; Monster Energy AU Pty, Ltd. ("MEAU"), a direct wholly owned subsidiary of HBC, which was incorporated in Australia on August 5, 2008; and Monster Energy Limited ("MEL"), a direct wholly owned subsidiary of HBC, which was incorporated in Ireland on September 24, 2008. In 2008, HBC and Monster UK generated all of our operating revenues.

We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices and juice drinks, energy drinks and energy sports drinks, fruit juice smoothies and "functional" drinks, non-carbonated ready-to-drink iced teas, children's multi-vitamin juice drinks, Junior Juice® juices and flavored sparkling beverages under the Hansen's® brand name. We also develop, market, sell and distribute energy drinks under the following brand names: Monster Energy®; Monster Hitman Energy Shooter™; Lost® Energy™; and Joker Mad Energy™ names as well as Rumba®, Samba and Tango brand energy juices. We also market, sell and distribute the Java Monster™ line of non-carbonated dairy based coffee drinks. Additionally, we market, sell and distribute natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters, sports drinks and energy drinks under the Blue Sky® brand name. In July 2008 we began to market, sell and distribute enhanced water beverages under the Vidration™ brand name.

**Exhibit 16**

**- 102 -**

MEC020428

Our Monster Energy® brand energy drinks include Monster Energy® drinks (introduced in April 2002), lo-carb Monster Energy® drinks (introduced in August 2003), Monster Energy® Assault® energy drinks (introduced in September 2004), Monster Energy® Khaos™ energy drinks (introduced in August 2005), Monster Energy® M-80™ energy drinks (introduced in March 2007, and named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ energy drinks (introduced in November 2007) and Monster Energy® MIXXD™ (introduced in December 2007).

**Corporate History**

In the 1930s, Hubert Hansen and his three sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for pasteurized natural juices and juice blends that are shelf stable and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Sodas®. The California Co-Packers Corporation (d/b/a/ Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name, in January 1990. On July 27, 1992, HBC acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly

3

expanded and includes a wide range of beverages within the growing "alternative" beverage category, including in particular, energy drinks. In September 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary, Blue Sky Natural Beverage Co. ("Blue Sky"), which was incorporated in Delaware on September 8, 2000, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico corporation ("BSNBC"), under the Blue Sky® trademark. In 2001, HBC, through its wholly-owned subsidiary Hansen Junior Juice Company, ("Junior Juice"), which was incorporated in Delaware on May 7, 2001, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. ("Pasco") under the Junior Juice® trademark.

**Industry Overview**

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. The "alternative" beverage category is the fastest growing segment of the beverage marketplace according to Beverage Marketing Corporation. According to Beverage Marketing Corporation, wholesale sales in 2008 for the "alternative" beverage category of the market are estimated at $26.0 billion representing a growth rate of approximately 2.8% over the estimated wholesale sales in 2007 of approximately $25.3 billion (revised from previously reported estimate of $25.5 billion).

**Reportable Segments**

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise primarily energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated." Net sales of our DSD segment represented 90.7%, 89.5% and 84.9% of our consolidated net sales for the years ended December 31, 2008, 2007 and 2006, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in Part II, Item 8 – "Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

**Exhibit 16**
**- 103 -**

MEC020429

**Products – DSD Segment**

*Monster Energy® Drinks* - In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our Hansen's branded energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain different types and levels of supplements than our Hansen's® energy drinks and are marketed through our full service distributor network. We offer the following products under the Monster Energy® brand energy drink product line: Monster Energy®, lo-carb Monster Energy®, Monster Energy® Assault®, Monster Energy® Khaos™, Monster Energy® M-80™ (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ and Monster Energy® MIXXD™. We package our Monster Energy® drinks in 8.3-ounce and/or 16-ounce and/or 24-ounce and/or 32-ounce and/or 500ml aluminum cans and/or 500ml glass bottles.

4

*Lost® Energy™ Drinks* - In 2004, we launched a new carbonated energy drink under the Lost® brand name. The Lost® brand name is owned by Lost International, LLC and the drinks are produced, sold and distributed by us under an exclusive license from Lost International, LLC. We offer the following products under the Lost® Energy™ brand energy drink product line: Lost®, Lost® Perfect 10™, Lost® Five-O™ and Lost® Cadillac™. We package our Lost® Energy™ drinks in 8.3-ounce and/or 16-ounce and/or 24-ounce aluminum cans.

*Energy Juice* - In 2004, we launched a new non-carbonated energy juice under the Rumba® brand name. Our energy juice is a 100% juice product that targets early morning beverage consumers and is positioned as a substitute for coffee, caffeinated sodas and 100% orange or other juices. We offer the following products under the energy juice product line: Rumba®, Samba and Tango. We package our energy juices in 15.5-ounce aluminum cans.

*Joker Mad Energy™ Drinks* - In 2005, we introduced Joker Mad Energy™ energy drinks. We offer the following products under the Joker Mad Energy™ product line: Joker Mad Energy™, Joker Mad Energy™ Lo-Carb and Joker Mad Energy™ with Juice. We package our Joker Mad Energy™ drinks in 16-ounce aluminum cans.

*Java Monster™ Coffee Drinks* - In 2007, we launched a new line of non-carbonated dairy based coffee drinks under the Java Monster™ brand name. We offer the following products under the Java Monster™ product line: Java Monster™ Originale™, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Russian, Java Monster™ Irish Blend™, Java Monster™ Chai Hai™, Java Monster™ Nut Up™ and Java Monster™ Lo-Ball™. We package our Java Monster™ coffee drinks in 15-ounce aluminum cans.

*Monster Hitman Energy Shooter™* - In 2008, we introduced a new line of energy shooters in 3-ounce polyethylene terephthalate ("PET") plastic bottles. We offer the following products under the Monster Hitman Energy Shooter™ product line: Monster Hitman Energy Shooter™, Monster LOBO Energy Shooter™ and Monster Sniper Energy Shooter™.

*Vidration®* - In July 2008, we introduced our zero calorie, vitamin enhanced, water line under the Vidration® brand name in 20-ounce PET bottles.

**Products - Warehouse Segment**

*Hansen's Natural Sodas®* - Hansen's Natural Sodas® have been a leading natural soda brand in Southern California for the past 30 years. According to Information Resources, Inc.'s Analyzer Reports for California, in 2008 our natural sodas recorded the highest sales among comparable carbonated new age category beverages measured by unit volume in the California market. Hansen's Natural Sodas®, with cane sugar and Hansen's® Calorie Free Sodas contain no preservatives, no sodium and no caffeine. We offer the following sodas under the Hansen's® brand name: Hansen's Natural Sodas®, Hansen's® Calorie Free Sodas, Hansen's® Natural Soda Mixers, Hansen's® Natural Green Tea Sodas, Hansen's® Diet Green Tea Sodas, Hansen's® Natural Sparkling Sleek Beverages, Hansen's® Natural Sparkling Sleek Sugar Free Beverages, Hansen's® Natural Sparkling Sleek Green Tea Beverages and Hansen's® Natural Sparkling Sleek Sugar Free Green Tea Beverages. We package our natural sodas in 12-ounce, and recently in 16-ounce, aluminum cans and our sleek beverages in contemporary 10.5-ounce aluminum cans.

**Exhibit 16**
**- 104 -**

MEC020430

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 32 of 72

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's® energy, Diet Red Energy®, Monster Energy®, Lost® Energy™, Joker Mad Energy™ and Rumba®, Samba and Tango energy juice in 8.3-ounce and/or 16-ounce and/or 24-ounce and/or 32-ounce and/or 500ml aluminum cans and/or 500ml glass bottles, and our Monster Hitman Energy Shooter™'s compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Redline, 180, Red Devil, Rip It, Vitaminenergy, 5-Hour Energy Shot, Redline Energy Shot, NOS Energy Shot, Rockstar Energy Shot, Full Throttle Quick Shot, Amp Energy Shot and many other brands. TCCC and PepsiCo Inc. also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX and Vault.

Our Java Monster™ line of non-carbonated dairy based coffee drinks competes directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Caribou Coffee, Cinnabon coffee drinks, Godiva dairy based drinks and Full Throttle Coffee.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness and trial through sampling both in stores and at events. We use our branded vehicles and other promotional vehicles at events where we sample our products to consumers. We utilize "push-pull"

13

methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products, including advertising, in-store promotions and in-store placement of point-of-sale materials and racks, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes such as cancer research. Our extreme sports team endorsements include teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Robby Gordon Racing Team, Ken Block Rally Racing Team and the Tech 3 Moto GP Team (new for 2009). Our individual athlete and/or personality endorsements include extreme sports figures and athletes such as NASCAR Camping World Truck Series racer Ricky Carmichael, Moto GP motorcycle racer Valentino Rossi (new for 2009), television personalities such as Rob Dyrdek as well as many athletes that compete in other sports related activities, particularly, the Winter and Summer X-Games, supercross, motocross, freestyle motocross, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain bike downhill racing, snowmobile freestyle, snowmobile racing, etc. Our event endorsements include a wide range of events such as the Monster Energy® Supercross Series, the AMA Pro Motocross Championship Series and the Vans Warped Tour. In-store posters, outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, which entails making our products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores and we will continue to reevaluate the same from time to time.

Where appropriate we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

We increased expenditures for our sales and marketing programs by approximately 24.1% in 2008 compared to 2007. As of December 31, 2008, we employed 1,020 employees in sales and marketing activities, of which 331 were employed on a full-time basis.

## Customers

**Exhibit 16**
**- 105 -**

MEC020438

Our customers are typically retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Gross sales to our various customer types for the years ended December 2008, 2007 and 2006 are reflected below. The allocations below reflect changes made by us to the categories historically reported.

|  | 2008 | 2007 | 2006 |
|---|---|---|---|
| Retail grocery, specialty chains and wholesalers | 8% | 8% | 12% |
| Club stores, drug chains & mass merchandisers | 14% | 14% | 14% |
| Full service distributors | 74% | 73% | 69% |
| Health food distributors | 1% | 2% | 2% |
| Other | 3% | 3% | 3% |

Our customers include CCE, CCBC, Consolidated, United and other TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), AB Distributors, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Pepsi Canada (terminated by us effective December 31, 2008), Swire Coca-Cola, Costco, The Kroger Co., Safeway Inc. and Albertsons. A decision by any large customer to decrease amounts purchased from us or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations. The Dr. Pepper Snapple Group,

14

Inc., a former customer of the DSD division, accounted for approximately 13%, 16% and 19% of our net sales for the years ended December 31, 2008, 2007 and 2006, respectively. Our distribution agreement with the Dr. Pepper Snapple Group, Inc. was terminated by us effective November 9, 2008. The related terminated distributor territories are now serviced by a combination of TCCC North American Bottlers and AB Distributors. Wal-Mart, Inc. (including Sam's Club), a customer of both the DSD and Warehouse divisions, accounted for approximately 11%, 12% and 12% of our net sales for the years ended December 31, 2008, 2007 and 2006, respectively.

### Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to our products. However, the energy drink category appears to be less seasonal than traditional beverages. As the percentage of our sales that are represented by such products continues to increase, seasonal fluctuations will be further mitigated. Quarterly fluctuations may also be affected by other factors, including the introduction of new products, the opening of new markets where temperature fluctuations are more pronounced, the addition of new bottlers and distributors, changes in the mix of sales of our finished products and changes in and/or increased advertising, marketing and promotional expenses.

### Intellectual Property

We own numerous trademarks that are very important to our business. Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use. We also own the copyright in and to numerous statements made and content appearing on the packaging of our products.

We own the Hansen's®, Monster Energy®, M (stylized)® and the M Monster Energy® trademarks. These trademarks are crucial to our business and are registered in the U.S. Patent and Trademark Office and in various countries throughout the world. We own a number of other trademark registrations in a number of countries around the world including, but not limited to: Vidration®, A New Kind a Buzz®, Unleash the Beast!®, Assault®, Mean Bean®, Loca Moca®, Hansen's Energy®, Blue Energy®, Energade®, Rumba®, Fizzit®, Hansen's E2O Energy Water®, Hansen's Slim Down®, Power Formula®, The Real Deal®, Liquidfruit®, California's Natural Choice®, Medicine Man®, Hansen's Power®, B·Well®, Anti-ox®, D-stress®, Stamina®, Immunejuice®, Hansen's Natural Multi-Vitamin Juice Slam®, Juice Blast®, Red Rocker®, and Hansen's Natural Soda® in the United States and, the Monster®, Monster Energy®,

Exhibit 16
- 106 -
MEC020439

## Performance Graph

The following graph shows a five-year comparison of cumulative total returns: [1]



[1] Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2003. The Company's new self-selected peer group is comprised of National Beverage Corporation, Clearly Canadian Beverage Company, Leading Brands, Inc., Jones Soda Company and Cott Corporation.

## ITEM 6.     SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the years ended December 31, 2004 through 2008 and the balance sheet data as of December 31, for the years indicated, are derived from our audited consolidated financial statements and should be read in conjunction with those financial statements and notes thereto, and with the Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K.

32

| (in thousands, except per share information) | 2008 | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|
| Gross sales*[1] | $ 1,182,876 | $ 1,025,795 | $ 696,322 | $ 415,417 | $ 224,098 |
| Net sales[1] | $ 1,033,780 | $ 904,465 | $ 605,774 | $ 348,886 | $ 180,341 |
| Gross profit[1] | $ 538,794 | $ 468,013 | $ 316,594 | $ 182,543 | $ 83,466 |
| Gross profit as a percentage to net sales | 52.1% | 51.7% | 52.3% | 52.3% | 46.3% |
| Operating income[1 2 3] | $ 163,591 | $ 230,986 | $ 158,579 | $ 103,443 | $ 33,886 |

Exhibit 16
- 107 -
MEC020454

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Net income | $ | 108,032 | $ | 149,406 | $ | 97,949 | $ | 62,775 | $ | 20,387 |
| Net income per common share: | | | | | | | | | |
| Basic | $ | 1.17 | $ | 1.64 | $ | 1.09 | $ | 0.71 | $ | 0.24 |
| Diluted | $ | 1.11 | $ | 1.51 | $ | 0.99 | $ | 0.65 | $ | 0.22 |
| Total assets | $ | 761,837 | $ | 544,603 | $ | 308,372 | $ | 163,890 | $ | 82,022 |
| Debt | $ | 959 | $ | 663 | $ | 303 | $ | 525 | $ | 583 |
| Stockholders' equity | $ | 436,316 | $ | 422,167 | $ | 225,084 | $ | 125,509 | $ | 58,571 |

[1]Includes $14.3 million, $1.9 million and $0.4 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to the recognition of deferred revenue attributable to new and/or amended distribution agreements entered into with certain distributors.

[2]Includes $118.1 million, $15.3 million and $12.7 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

[3]Includes ($0.2) million, $9.8 million and $3.8 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to professional service fees, net of insurance proceeds, in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters.

*Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with generally accepted accounting principals in the United States of America ("GAAP"), and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers (See "Part II, Item 7 — Results of Operations").*

33

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to — and should be read in conjunction with — our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements.

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* — a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;
- *Results of Operations* — an analysis of our consolidated results of operations for the three years presented in

**Exhibit 16**
**- 108 -**
MEC020455

[1] includes terminations in Canada and Mexico

[2] net of $2.5 million insurance reimbursements

We again achieved record gross sales of $1,182.9 million for the year ended December 31, 2008. The increase in gross sales in 2008 was primarily attributable to increased sales of certain of our existing products, particularly our Monster Energy® brand energy drinks and to increased sales by volume of our Java Monster™ line of non-carbonated dairy based coffee drinks. Gross sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for all of our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that gross sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our existing 2007 fourth quarter prices.

Our percentage increase in gross sales was 15.3%, 47.3% and 67.6% for the years ended December 31, 2008, 2007 and 2006, respectively. We believe our growth rate decline was attributable to the decline of the overall growth rates in the markets in which we operate, and more recently, to general economic conditions. Consumer spending habits, including spending for the merchandise that we sell, are affected by, among other things, prevailing economic conditions, inflation, levels of employment, salaries and wage rates, prevailing interest rates, housing costs, energy and gas costs, income tax rates and policies, consumer confidence and consumer perception of economic conditions. In addition, consumer purchasing patterns may be influenced by consumers' disposable income, credit availability and debt levels. A continued or incremental slowdown in the U.S. economy, an uncertain economic

37

outlook or an expanded credit crisis could continue to adversely affect consumer spending habits resulting in lower net sales and profits than expected on a quarterly or annual basis. During 2008, there was significant deterioration in the global financial markets and economic environment, which we believe negatively impacted consumer spending at many retailers for our products. In response to this, we have taken steps to increase opportunities to profitably drive sales and to operate our business more efficiently. If these adverse economic trends worsen, or if our efforts to counteract the impacts of these trends are not sufficiently effective, there could be a negative impact on our financial performance and position in future fiscal periods. For further discussion of the risks to us regarding general economic conditions (See "Part I, Item 1A — Risk Factors").

Gross sales shipped outside of California represented 77%, 73% and 69% of our gross sales, for the years ended December 31, 2008, 2007 and 2006, respectively. Gross sales to customers outside the United States amounted to $96.3 million, $55.7 million and $24.8 million for the years ended December 31, 2008, 2007 and 2006, respectively. Such sales were approximately 8.2%, 5.4% and 3.5% of gross sales for the years ended December 31, 2008, 2007 and 2006, respectively. The reclassification of certain military customers from gross sales to customers within the United States to gross sales to customers outside the United States, resulted in an increase in gross sales outside the United States of $14.8 million and $5.5 million for the years ended December 31, 2007 and 2006, respectively, over amounts previously reported.

Our customers are primarily retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, full service beverage distributors, health food distributors and food service customers. Gross sales to our various customer types for 2008, 2007 and 2006 are reflected below. The allocations below reflect changes made by the Company to the categories historically reported.

|                                                   | 2008 | 2007 | 2006 |
|---------------------------------------------------|------|------|------|
| Retail grocery, specialty chains and wholesalers  | 8%   | 8%   | 12%  |
| Club stores, drug chains & mass merchandisers     | 14%  | 14%  | 14%  |
| Full service distributors                         | 74%  | 73%  | 69%  |
| Health food distributors                          | 1%   | 2%   | 2%   |
| Other                                             | 3%   | 3%   | 3%   |

Our customers include CCE, CCBC, Consolidated, United and other TCCC North American Bottlers, Wal-Mart, Inc.

Exhibit 16
- 109 -
MEC020459

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 37 of 72

- significant package, pricing and channel opportunities to maximize profitable growth;

- proper positioning to capture industry growth; and

- broadening distribution/expansion opportunities in both domestic and international markets.

40

## Results of Operations

|  | 2008 | 2007 | 2006 | Percentage Change | |
|---|---|---|---|---|---|
|  |  |  |  | 08 vs. 07 | 07 vs. 06 |
| Gross sales, net of discounts & returns* | $1,182,876 | $1,025,795 | $ 696,322 | 15.3% | 47.3% |
| Less: Promotional and other allowances** | 149,096 | 121,330 | 90,548 | 22.9% | 34.0% |
| Net sales[1] | 1,033,780 | 904,465 | 605,774 | 14.3% | 49.3% |
| Cost of sales | 494,986 | 436,452 | 289,180 | 13.4% | 50.9% |
| Gross profit[1] | 538,794 | 468,013 | 316,594 | 15.1% | 47.8% |
| Gross profit margin as a percentage of net sales | 52.1% | 51.7% | 52.3% |  |  |
| Operating expenses [2,3] | 375,203 | 237,027 | 158,015 | 58.3% | 50.0% |
| Operating expenses as a percentage of net sales | 36.3% | 26.2% | 26.1% |  |  |
| Operating income[1,2,3] | 163,591 | 230,986 | 158,579 | (29.2%) | 45.7% |
| Operating income as a percentage of net sales | 15.8% | 25.5% | 26.2% |  |  |
| Interest and other income, net | 9,886 | 8,770 | 3,660 | 12.7% | 139.6% |
| Income before provision for income taxes | 173,477 | 239,756 | 162,239 | (27.6%) | 47.8% |
| Provision for income taxes | 65,445 | 90,350 | 64,290 | (27.6%) | 40.5% |
| Net income | $ 108,032 | $ 149,406 | $ 97,949 | (27.7%) | 52.5% |
| Net income as a percentage of net sales | 10.5% | 16.5% | 16.2% |  |  |
| Net income per common share: |  |  |  |  |  |
| Basic | $1.17 | $1.64 | $1.09 | (28.7%) | 50.5% |
| Diluted | $1.11 | $1.51 | $0.99 | (26.7%) | 52.1% |
| Case sales (in thousands) (in 192-ounce case equivalents) |  |  |  |  |  |
|  | 102,659 | 98,453 | 72,740 | 4.3% | 35.3% |

[1]Includes $14.3 million, $1.9 million and $0.4 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to the recognition of deferred revenue attributable to new and/or amended distribution agreements entered into with certain distributors.

[2]Includes $118.1 million, $15.3 million and $12.7 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

[3]Includes ($0.2) million, $9.8 million and $3.8 million for the years ended December 31, 2008, 2007 and 2006, respectively, related to professional service fees, net of insurance proceeds in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters.

**Exhibit 16**
**- 110 -**

MEC020462

*Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be*

41

---

*comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and our overall performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers. (See "Part II, Item 6 — Selected Financial Data").*

** *Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, the presentation of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of the impact thereof on the determination of net sales and illustrates the spending levels incurred to secure such sales. Promotional and other allowances constitute a material portion of our marketing activities.*

### Results of Operations for the Year Ended December 31, 2008 Compared to the Year Ended December 31, 2007

*Gross Sales.\** Gross sales were \$1,182.9 million for the year ended December 31, 2008, an increase of approximately \$157.1 million, or 15.3% higher than gross sales of \$1,025.8 million for the year ended December 31, 2007. The increase in gross sales was primarily attributable to increased sales by volume and increased sales price per case for certain of our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks (introduced in April 2007), as well as sales of certain new products such as Monster Hitman Energy Shooter™ (introduced in September 2008), Monster Energy® MIXXD™ energy drinks (introduced in December 2007) and Monster Energy® Heavy Metal™ energy drinks (introduced in November 2007). To a lesser extent, the increase in gross sales was attributable to increased sales by volume of apple juice, aseptic juices and sales of Vidration® vitamin enhanced water (introduced in July 2008). In addition, the increase in gross sales was partially attributable to the recognition of \$11.6 million of revenue related to the acceleration of the deferred revenue balance associated with certain of our prior distributors terminated in the fourth quarter of 2008. The increase in gross sales was partially offset by inventory returned to us by certain of our terminated distributors of approximately \$9.7 million in the fourth quarter of 2008, decreased sales by volume of juice blends, Lost Energy® brand energy drinks (introduced in January 2004), iced teas, Unbound Energy® brand energy drinks (introduced in October 2006), Rumba® brand energy juice (introduced in December 2004), Hansen's® energy drinks and smoothies in cans. Gross sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for all of our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that gross sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases. Promotional and other allowances were \$149.1 million for the year ended December 31, 2008, an increase of \$27.8 million, or 22.9% higher than promotional and other allowances of \$121.3 million for the year ended December 31, 2007. Promotional and other allowances as a percentage of gross sales increased to 12.6% from 11.8% for the years ended December 31, 2008 and 2007, respectively. As a result, the percentage increase in gross sales for the year ended December 31, 2008 was higher than the percentage increase in net sales.

     *\*Gross sales — see definition above.*

*Net Sales.* Net sales were \$1,033.8 million for the year ended December 31, 2008, an increase of approximately \$129.3 million, or 14.3% higher than net sales of \$904.5 million for the year ended December 31, 2007. The increase in net sales was primarily attributable to increased sales by volume and increased sales price per case for certain of our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, as well as sales of certain new products such as Monster Hitman Energy Shooter™, Monster Energy® MIXXD™ energy drinks and Monster

Exhibit 16

- 111 -

MEC020463

Energy® Heavy Metal™ energy drinks. To a lesser extent, the increase in

42

net sales was attributable to increased sales by volume of apple juice, aseptic juices and sales of Vidration® vitamin enhanced water. In addition, the increase in net sales was partially attributable to the recognition of $11.6 million of revenue related to the acceleration of the deferred revenue balance associated with certain of our prior distributors terminated in the fourth quarter of 2008. The increase in net sales was partially offset by decreased sales by volume of Lost Energy® brand energy drinks, juice blends, iced teas, Unbound Energy® brand energy drinks, Hansen's® energy drinks and Rumba® brand energy juice. Net sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. We estimate that net sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases.

Case sales, in 192-ounce case equivalents, were 102.7 million cases for the year ended December 31, 2008, an increase of 4.2 million cases or 4.3% higher than case sales of 98.5 million cases for the year ended December 31, 2007. The overall average net sales price per case increased to $10.07 for the year ended December 31, 2008 or 9.6% higher than the average net sales price per case of $9.19 for the year ended December 31, 2007. The increase in the average net sales prices per case was attributable to an increase in the proportion of case sales derived from higher priced products as well as the price increases for our Monster Energy® brand energy drinks in 16-ounce cans effective January 1, 2008, price increases for our Monster Energy® brand energy drinks in 24-ounce cans effective July 1, 2007 and price increases in our Java Monster™ line of non-carbonated dairy based coffee drinks, effective January 1, 2008. In addition, the increase in the average net sales price per case was partially attributable to the recognition of $11.6 million of revenue related to the acceleration of the deferred revenue balance associated with certain of our prior distributors who were terminated in the fourth quarter of 2008.

Net sales for the DSD segment were $937.9 million for the year ended December 31, 2008, an increase of approximately $128.1 million, or 15.8% higher than net sales of $809.8 million for the year ended December 31, 2007. The increase in net sales was primarily attributable to increased sales by volume and increased sales price per case for certain of our Monster Energy® brand energy drinks and our Java Monster™ line of non-carbonated dairy based coffee drinks, as well as sales of certain new products such as Monster Hitman Energy Shooter™, Monster Energy® MIXXD™ energy drinks, Monster Energy® Heavy Metal™ energy drinks and Vidration® vitamin enhanced water. In addition, the increase in net sales for the DSD segment was partially attributable to the recognition of $11.6 million of revenue related to the acceleration of the deferred revenue balance associated with certain of our prior distributors terminated in the fourth quarter of 2008. The increase in net sales was partially offset by decreased sales by volume of Lost Energy® brand energy drinks, Unbound Energy® brand energy drinks and Rumba® brand energy juice.

Net sales for the Warehouse segment were $95.9 million for the year ended December 31, 2008, an increase of approximately $1.2 million, or 1.3% higher than net sales of $94.7 million for the year ended December 31, 2007. The increase in net sales was primarily attributable to increased sales by volume of apple juice and aseptic juices. The increase in net sales was partially offset by decreased sales by volume of juice blends, iced teas and Hansen's® energy drinks. Changes in pricing within the Warehouse segment did not have a material impact on net sales for the year ended December 31, 2008.

*Gross Profit.*** Gross profit was $538.8 million for the year ended December 31, 2008, an increase of approximately $70.8 million, or 15.1% higher than the gross profit of $468.0 million for the year ended December 31, 2007. Gross profit as a percentage of net sales increased slightly to 52.1% for the year ended December 31, 2008 from 51.7% for the year ended December 31, 2007. The increase in net sales contributed to the increase in gross profit dollars. The increase in gross profit as a percentage of net sales was partially attributable to the recognition of $11.6 million of revenue related to the acceleration of the deferred revenue balance associated with certain of our prior distributors terminated

43

in the fourth quarter of 2008. The increase in gross profit as a percentage of net sales was also attributable to increased sales

**Exhibit 16**
**- 112 -**

MEC020464

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 40 of 72

of DSD segment products which have higher gross profit margins than those in the Warehouse segment. Such increase in gross profit as a percentage of net sales was partially offset by an increase in the percentage of sales within the DSD segment of the Java Monster™ line of non-carbonated dairy based coffee drinks that have lower gross profit margins than our Monster Energy® brand energy drinks and to an increase in the cost of certain raw materials including certain sweeteners, certain containers and packaging materials and certain juice concentrates, particularly apple juice concentrate as well as increased trade marketing agreement costs.

*\*\*\*Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses.*

*Operating Expenses.* Total operating expenses were $375.2 million for the year ended December 31, 2008, an increase of approximately $138.2 million, or 58.3% higher than total operating expenses of $237.0 million for the year ended December 31, 2007. Total operating expenses as a percentage of net sales was 36.3% for the year ended December 31, 2008, compared to 26.2% for year ended December 31, 2007. The increase in operating expenses in dollars was primarily due to increased expenditures of $102.9 million relating to the costs associated with terminating existing distributors. To a lesser extent, the increase in operating expenses was attributable to increased out-bound freight and warehouse costs of $5.9 million primarily due to increased volume of shipments and increased freight rates, increased expenditures of $17.9 million for sponsorships and endorsements, increased expenditures of $4.1 million for sampling programs, increased expenditures of $3.1 million for commissions and royalties, increased expenditures of $1.5 million for in-store demos and increased payroll expenses of $7.3 million (including a $3.7 million increase in stock-based compensation). The increase in operating expenses in dollars was partially offset by decreased expenditures of $6.3 million for professional services costs, including legal and accounting fees and decreased expenditures of $3.8 million for merchandise displays. The individual increases above include costs of $10.7 million, or 1.0% of net sales, relating to the launch of the Monster Energy® brand in Europe for the year ended December 31, 2008. Included in legal and accounting fees are professional service fees, net of insurance proceeds, of ($0.2) million and $9.8 million, for the years ended December 31, 2008 and 2007, respectively, in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters. Total operating expenses, exclusive of expenditures of: (i) $118.1 million and $15.3 million for the years ended December 31, 2008 and 2007, respectively, attributable to the costs associated with terminating existing distributors; and (ii) exclusive of professional service fees, net of insurance proceeds, of ($0.2) million and $9.8 million, for the years ended December 31, 2008 and 2007, respectively in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters, as a percentage of net sales, were 24.9% and 23.4% for the years ended December 31, 2008 and 2007, respectively.

*Contribution Margin.* Contribution margin for the DSD segment was $216.1 million for the year ended December 31, 2008, a decrease of approximately $65.5 million, or 23.3% lower than contribution margin of $281.6 million for the year ended December 31, 2007. The decrease in the contribution margin for the DSD segment was primarily due to increased expenditures of $102.9 million relating to the costs associated with terminating existing distributors. The decrease in the contribution margin for the DSD segment was offset by increased sales of our Java Monster™ line of non-carbonated dairy based coffee drinks, the increase in net sales of Monster Energy® brand energy drinks as well as sales of certain new products such as the Monster Hitman Energy Shooter™, Monster MIXXD™ energy drinks and Monster Heavy Metal™ energy drinks. Contribution margin for the Warehouse segment was $0.5 million for the year ended December 31, 2008, approximately $3.4 million lower than contribution margin of $3.9 million for the year ended December 31, 2007. The decrease in the contribution margin for the Warehouse segment was primarily attributable to a reduction in gross margin as a result of increases in the costs of certain raw materials, particularly apple juice concentrate, as well as a change

44

from high fructose corn syrup to higher priced sugar, which additionally increased in price, for our soda lines. The decrease in the contribution margin for the Warehouse segment was partially offset by a reduction in sales rebates within our juice product line as a result of the termination of our exclusive contracts with the State of California Department of Health Services, Women, Infant and Children ("WIC") Supplemental Nutrition Branch in April 2008. The WIC program continues on a non-exclusive basis in which we participate with our apple, grape, white grape and pineapple 64-ounce juice products. Juice blends are not eligible under the new program.

**Exhibit 16**
**- 113 -**
MEC020465

10-K 1 a10-1407_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K

(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2009

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

## HANSEN NATURAL CORPORATION

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **39-1679918** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**550 Monica Circle, Suite 201, Corona, California 92880**
(Address of principal executive offices)   (Zip Code)

Registrant's telephone number, including area code:  (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☑  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐  No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☐ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

**Exhibit 16**
- 114 -
MEC020520

Large accel Case: 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 42 of 72

Non-accelerated filer ☐                                       Smaller reporting company ☐

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)   Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $2,302,152,482 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2009, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 12, 2010 was 88,160,693 shares.

DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2010 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2009.

# HANSEN NATURAL CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                                          **Page Number**

### PART I

| 1. | Business | 3 |
| 1A. | Risk Factors | 18 |
| 1B. | Unresolved Staff Comments | 26 |
| 2. | Properties | 27 |
| 3. | Legal Proceedings | 27 |
| 4. | Reserved | 29 |

### PART II

| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 29 |
| 6. | Selected Financial Data | 32 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 61 |
| 8. | Financial Statements and Supplementary Data | 62 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 62 |
| 9A. | Controls and Procedures | 62 |
| 9B. | Other Information | 64 |

### PART III

| 10. | Directors, Executive Officers and Corporate Governance | 64 |

**Exhibit 16**

**- 115 -**

MEC020521

| 11. | Executive Compensation | 64 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 64 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 65 |
| 14. | Principal Accountant Fees and Services | 65 |

## PART IV

| 15. | Exhibits and Financial Statement Schedules | 65 |
|     | Signatures | 66 |

2

# PART I

## ITEM 1.   BUSINESS

### Overview

Hansen Natural Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Hansen", "HBC" "the Company", "we", "us", and "our", these words refer to Hansen Natural Corporation and our subsidiaries, unless the context otherwise requires.

We are a holding company and conduct no operating business except through our consolidated subsidiaries: Hansen Beverage Company ("HBC"), Monster LDA Company, formerly known as Hard e Beverage Company and previously known as Hard Energy Company and as CVI Ventures, Inc., Monster Energy Europe Limited ("MEEL") (incorporated in the United Kingdom), Monster Energy Limited ("MEL") (incorporated in Ireland), Monster Energy AU Pty, Ltd. ("MEAU") (incorporated in Australia), Monster Energy Brasil Comércio de Bebidas Ltda (incorporated in Brazil), Monster Energy Canada Ltd. (incorporated in Canada), Monster Energy Mexico, S. de R.L. de C.V (incorporated in Mexico), ME Management Services, S. de R.L. de C. V. (incorporated in Mexico), Monster Energy France, SAS (incorporated in France), Blue Sky Natural Beverage Co. ("Blue Sky"), Hansen Junior Juice Company ("Junior Juice"),  X-Truck, Inc. ("X-Truck") (dissolved in November 2009) and Epicenter Music Festival, LLC ("EMF"). In 2009, HBC conducted the vast majority of the Company's operating business and accounted for the vast majority of the Company's operating revenues.

We develop, market, sell and distribute "alternative" beverage category natural sodas, fruit juices, juice blends, juice drinks, energy drinks and energy sports drinks, fruit juice smoothies and "functional" drinks, non-carbonated ready-to-drink iced teas, children's multi-vitamin juice drinks, Junior Juice® juices, Junior Juice Water and flavored sparkling beverages under the Hansen's® brand name.  We develop, market, sell and distribute energy drinks under the following brand names: Monster Energy®; Monster Hitman Energy Shooter™ and Lost® Energy™ brand names as well as Rumba®, Samba and Tango brand energy juices. We market, sell and distribute the Java Monster™ line of non-carbonated dairy based coffee + energy drinks. We market, sell and distribute natural sodas, premium natural sodas with supplements, organic natural sodas, seltzer waters and energy drinks under the Blue Sky® brand name. We market, sell and distribute enhanced water beverages under the Vidration™ brand name.

In 2009 we introduced the following products:

**Exhibit 16**
**- 116 -**

MEC020522

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 44 of 72

- Monster Energy® Import energy drink, which is packaged in 550 ml Ball Re-sealable End ("BRE") aluminum cans manufactured in Europe and imported into the United States (May 2009).
- X-Presso Monster™-Hammer, a non-carbonated espresso energy drink packaged in 6.75-ounce aluminum cans manufactured in Europe and imported into the United States (June 2009).
- Nitrous™ Monster Energy®, a line of energy drinks which is carbonated and contains nitrous oxide, and is packaged in re-sealable 12-ounce sleek aluminum cap-cans, in three variants (July 2009).
- Monster Energy® "Dub Edition" energy drink, which is packaged in 32-ounce aluminum cans (October 2009).
- Hansen's® Natural Lo-Cal, a new line of all natural, low calorie 64-ounce juice cocktails in four flavors (September 2009).  The Lo-Cal juice cocktails are sweetened with Truvia™ brand stevia extract, an all natural sweetener.

3

- SELF Beauty Elixir™ by Hansen's®, a new line of a low-calorie, functional, ready-to-drink beauty beverages infused with an essential blend of vitamins, minerals, natural fruit & botanical extracts with antioxidants (August 2009).
- Blue Sky® Free Sodas, a new line of all natural, zero calorie sodas sweetened with Truvia™ brand stevia extract, an all natural sweetener (September 2009).
- Peace Tea™, a new line of ready-to-drink iced teas in 23-ounce aluminum cans (December 2009).

Our Monster Energy® brand energy drinks include Monster Energy® energy drinks, lo-carb Monster Energy® energy drinks, Monster Energy® Assault® energy drinks, Monster Energy® Khaos™ energy drinks, Monster Energy® M-80™ energy drinks (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ energy drinks, Monster Energy® MIXXD™ energy drinks, Monster Energy® Import energy drinks and Monster Energy® Dub Edition energy drinks.

**Corporate History**

In the 1930s, Hubert Hansen and his three sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC").  FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Sodas®. The California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name, in 1990. In 1992, HBC acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category, including in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary Blue Sky, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico corporation, under the Blue Sky® trademark. In 2001, HBC, through its wholly-owned subsidiary Junior Juice, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. under the Junior Juice® trademark.

**Industry Overview**

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports

Exhibit 16
- 117 -
MEC020523

drinks, and single-serve still water (flavored, unflavored and enhanced) with new age beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic wholesale sales in 2009 for the "alternative" beverage category of the market are estimated at $29.9 billion representing a decline of approximately 1.0% over the estimated domestic wholesale sales in 2008 of approximately $30.2 billion (revised from a previously reported estimate of $26.0 billion).

**Reportable Segments**

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise primarily energy drinks, and Warehouse ("Warehouse"), whose principal products comprise primarily juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated."

4

Our DSD segment represented 91.9%, 90.7% and 89.5% of our consolidated net sales for the years ended December 31, 2009, 2008 and 2007, respectively. Our Warehouse segment represented 8.1%, 9.3% and 10.5% of our consolidated net sales for the years ended December 31, 2009, 2008 and 2007, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in Part II, Item 8 – "Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

**Products – DSD Segment**

*Monster Energy® Drinks* – In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our Hansen's branded energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain different types and levels of supplements than our Hansen's® energy drinks and are marketed through our full service distributor network. We offer the following products under the Monster Energy® brand energy drink product line: Monster Energy®, lo-carb Monster Energy®, Monster Energy® Assault®, Monster Energy® Khaos™, Monster Energy® M-80™ (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™, Monster Energy® MIXXD™, Monster Energy® Import and Monster Energy® Dub Edition. We package our Monster Energy® drinks in 8.3-ounce and/or 12-ounce and/or 16-ounce and/or 23.5-ounce and/or 24-ounce and/or 32-ounce and/or 500ml and/or 550ml aluminum cans and/or 500ml glass bottles.

*Java Monster™ Coffee + Energy Drinks* - a line of non-carbonated dairy based coffee + energy drinks under the Java Monster™ brand name. We offer the following products under the Java Monster™ product line: Java Monster™ Originale™, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Russian, Java Monster™ Irish Blend™, Java Monster™ Chai Hai™, Java Monster™ Nut Up™ and Java Monster™ Lo-Ball™. We package our Java Monster™ Coffee + energy drinks in 15-ounce aluminum cans.

*Nitrous™ Monster Energy® Drinks* - In July 2009, we introduced a new line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Nitrous™ Monster Energy® product line: Extra Dry, Anti Gravity and Killer B. We package our Nitrous™ Monster Energy® drinks in 12-ounce sleek aluminum cans.

**Exhibit 16**

**- 118 -**

MEC020524

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 46 of 72

*X-Presso Monster™ Hammer* - In June 2009, we introduced X-Presso Monster™ Hammer, a non-carbonated espresso energy drink in 6.75-ounce aluminum cans.

*Monster Hitman Energy Shooter™* - a line of energy shooters in 3-ounce polyethylene terephthalate ("PET") plastic bottles. We offer the following products under the Monster Hitman Energy Shooter™ product line: Monster Hitman Energy Shooter™, Monster LOBO Energy Shooter™ and Monster Sniper Energy Shooter™.

*Lost® Energy™ Drinks* - a carbonated energy drink under the Lost® brand name. The Lost® brand name is owned by Lost International, LLC and the drinks are produced, sold and distributed by us under an exclusive license from Lost International, LLC. We offer the following products under the Lost® Energy™ brand energy drink product line: Lost®, Lost® Perfect 10™, Lost® Five-O™ and Lost® Cadillac™.  We package our Lost® Energy™ drinks in 8.3-ounce and/or 16-ounce and/or 24-ounce aluminum cans.

*Energy Juices* - non-carbonated energy juices under the Rumba®, Samba and Tango brand names.  Our energy juices are 100% juice products that target male and female morning beverages consumers and are positioned as a

5

substitute for coffee, caffeinated sodas and 100% orange or other juices.  We package our energy juices in 15.5-ounce aluminum cans.

*Vidration®* - a zero calorie, vitamin enhanced water line under the Vidration® brand name in 20-ounce PET bottles. We offer the following products under the Vidration® brand product line: Defense, Recover, Energy, Multi − V and Power.

*Peace Tea™* - In December 2009, we introduced a new line of ready-to-drink iced teas in 23-ounce aluminum cans. We offer the following products under the Peace Tea™ product line: green tea, imported Ceylon tea, sweet lemon tea and razzleberry tea.

**Products − Warehouse Segment**

*Hansen's Natural Sodas®* - Hansen's Natural Sodas® have been a leading natural soda brand in Southern California for the past 30 years. Hansen's Natural Sodas®, sweetened with cane sugar, and Hansen's® Calorie Free Sodas, sweetened with Splenda® and Acesulfame-K, contain no preservatives, no sodium and no caffeine. We offer the following sodas under the Hansen's® brand name: Hansen's Natural Sodas®, Hansen's® Calorie Free Sodas, Hansen's® Natural Soda Mixers, Hansen's® Natural Sparkling Sleek Beverages and Hansen's® Natural Sparkling Sleek Sugar Free Beverages. We package our natural sodas in 12-ounce and/or 16-ounce aluminum cans and our sleek beverages in contemporary 10.5-ounce aluminum cans.

*Blue Sky® Products* - The Blue Sky® products contain no preservatives, artificial sweeteners or caffeine (other than the energy drinks) or artificial coloring and are made with sugar and high quality natural flavors. We offer the following products under the Blue Sky® product line: Blue Sky® Natural Sodas, Blue Sky® Premium Sodas, Blue Sky® Organic Natural Sodas, Blue Sky® Seltzer Water, Blue Sky® Blue Energy® drink, Blue Sky® Café Energy and Blue Sky® Tea Sodas. In September 2009, we introduced Blue Sky® Free Sodas, a new line of all natural, zero calorie sodas sweetened with Truvia™ brand stevia extract, an all natural sweetener. We package our Blue Sky® Sodas and seltzer waters in 12-ounce aluminum cans. We package our Blue Sky® Café energy drinks in 15-ounce aluminum cans. We package our Blue Sky® energy drinks in 8.3-ounce and/or 16-ounce aluminum cans.

*Hansen's® Energy Drinks* - Our Hansen's® energy drinks compete in the "functional" beverage

**Exhibit 16**
**- 119 -**
MEC020525

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 47 of 72

We continually endeavor to develop back-up sources of supply for certain of our flavors and concentrates as well as to negotiate arrangements with suppliers which would enable us to obtain access to certain concentrates or flavor formulas in certain circumstances. We have been partially successful in these endeavors. Additionally, in a limited number of cases, contractual restrictions and/or the necessity to obtain regulatory approvals and licenses may limit our ability to enter into agreements with alternative suppliers and manufacturers and/or distributors.

In connection with the development of new products and flavors, independent suppliers bear a large portion of the expense of product development, thereby enabling us to develop new products and flavors at a relatively low cost. We have historically developed and successfully introduced new products, flavors and packaging for our products and intend to continue developing and introducing additional new beverages and flavors.

## Competition

The beverage industry is highly competitive. The principal areas of competition are pricing, packaging, development of new products and flavors and marketing campaigns. Our products compete with a wide range of drinks produced by a relatively large number of companies, many of which have substantially greater financial, marketing and distribution resources than we do.

12

Important factors affecting our ability to compete successfully include taste and flavor of products, trade and consumer promotions, rapid and effective development and marketing of new, unique cutting edge products, attractive and different packaging, branded product advertising and pricing. We also compete for distributors who will focus on the sale of our products ahead of those of our competitors, provide stable and reliable distribution and secure adequate shelf space in retail outlets. Competitive pressures in the "alternative", energy, coffee and "functional" beverage categories could cause our products to be unable to gain or to lose market share or we could experience price erosion, which could have a material adverse effect on our business and results.

We have experienced substantial competition from new entrants in the energy drink and energy shot categories. A number of companies who market and distribute iced teas and juice cocktails in larger volume packages, such as 16- and 20-ounce glass and plastic bottles, including Sobe, Snapple, Arizona and Fuse, have added supplements to their products with a view to marketing their products as "functional" or energy beverages or as having "functional" benefits. We believe that many of those products contain lower levels of supplements and principally deliver refreshment. In addition, many competitive products are positioned differently from our energy or "functional" drinks. Our smoothies and tea lines are positioned more closely against those products.

We compete not only for consumer preference, but also for maximum marketing efforts by multi-brand licensed bottlers, brokers and distributors, many of which have a principal affiliation with competing companies and brands. Our products compete with all liquid refreshments and with products of much larger and substantially better financed competitors, including the products of numerous nationally and internationally known producers such as TCCC, PepsiCo, Inc. ("PepsiCo"), The Dr. Pepper Snapple Group, Inc. (the "DPS Group"), Red Bull Gmbh, Kraft Foods, Inc., Nestle Beverage Company, Tree Top and Ocean Spray. We also compete with companies that are smaller or primarily local in operation. Our products also compete with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our natural sodas compete directly with traditional soda products including those marketed by TCCC, PepsiCo and the DPS Group, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Clearly Canadian Beverage Company, Crystal Geyser, J.M. Smucker Company and with private label brands such as those carried by grocery store chains, convenience store chains

**Exhibit 16**
**- 120 -**
MEC020532

and club stores.

Our fruit juice smoothies compete directly with Kern's, Jumex, Jugos del Valle and Libby's Nectars, and V8 Smoothies, as well as with single serve juice products produced by many competitors. Such competitive products are packaged in glass and PET bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice and also with other brands of apple juice and juice blends, especially store brands.

Our energy drinks, including Hansen's® energy, Diet Red Energy®, Monster Energy®, Nitrous™ Monster Energy®, Lost® Energy™ and Rumba®, Samba and Tango energy juice in 8.3-ounce and/or 15.5-ounce and/or 16-ounce and/or 24-ounce and/or 32-ounce and/or 500ml and/or 550ml aluminum cans and/or 500ml glass bottles, and our Monster Hitman Energy Shooter™'s, compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Venom, Redline, 180, Red Devil, Rip It, Vitaminenergy, 5-Hour Energy Shot, Stacker 2, Red Bull Energy Shot, Redline Energy Shot, NOS Energy Shot, Rockstar Energy Shot, Full Throttle Quick Shot, Amp Energy Shot and many other brands. TCCC and PepsiCo also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX and Vault.

13

Our Java Monster™ product line and our X-Presso Monster™-Hammer energy drink compete directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Caribou Coffee, Cinnabon coffee drinks, Godiva dairy based drinks and Full Throttle Coffee.

Our Peace Tea™ product line competes directly with Arizona, Lipton, Snapple, Nestea, Xing Tea and other tea brands.

**Sales and Marketing**

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products, including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes. In-store posters, outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands. Our extreme sports team endorsements include teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Robby Gordon Racing Team, Ken Block Rally Racing Team and the Tech 3 Moto GP Team. Our individual athlete and/or personality endorsements include extreme sports figures and athletes such as NASCAR Camping World Truck Series racer Ricky Carmichael, World Champion Moto GP motorcycle racer Valentino Rossi, World Champion Formula 1 racer Jensen Button, television personalities such as Rob Dyrdek as well as many other athletes that compete in other extreme sports related activities, particularly, the Winter and Summer X-Games, supercross, motocross, freestyle motocross, endurocross, Moto GP racing, Formula 1 racing, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile freestyle, snowmobile racing, NASCAR racing, off-road truck racing, rally racing, etc. Our event endorsements include a wide range of events such as the Monster Energy® Supercross Series, the AMA Pro Motocross Championship Series, the Vans

Exhibit 16
- 121 -
MEC020533

Warped Tour, the Australian SuperX SuperCross Series and the Spicefest Music Festival.

We believe that one of the keys to success in the beverage industry is differentiation, which entails making our products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, and we will continue to reevaluate the same from time to time.

Where appropriate, we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

We increased expenditures for our sales and marketing programs by approximately 7.1% in 2009 compared to 2008. As of December 31, 2009, we employed 1,141 employees in sales and marketing activities, of which 428 were employed on a full-time basis.

**Customers**

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors and food service customers. Gross sales to our various customer types for the years ended

14

December 2009, 2008 and 2007 are reflected below. Such information reflects sales made by us directly to the customer types concerned, which include our full service beverage distributors. Such full service beverage distributors in turn sell certain of our products to the customer types listed below. We do not have complete details of the sales of our products by our full service distributors to their respective customers and therefore limit our description of our customer types to include our sales to such full service distributors without reference to their sales to their own customers. The allocations below reflect changes made by us to the categories historically reported.

|  | 2009 | 2008 | 2007 |
|---|---|---|---|
| Full service distributors | 66% | 68% | 69% |
| Club stores, drug chains & mass merchandisers | 12% | 14% | 14% |
| Outside the U.S. | 13% | 8% | 5% |
| Retail grocery, specialty chains and wholesalers | 6% | 8% | 9% |
| Other | 3% | 2% | 3% |

Our customers include CCE, CCBC, Consolidated, United and other TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), AB Distributors, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Pepsi Canada, ULC ("Pepsi Canada") (terminated by us effective December 31, 2008), Swire Coca-Cola, Costco, The Kroger Co., Safeway, Inc. and SUPERVALU, Inc. A decision by any large customer to decrease amounts purchased from us or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations. CCE, a customer of the DSD segment with sales within specific markets in the United States, Canada, the United Kingdom and certain countries in Europe, accounted for approximately 27% of our net sales for the year ended December 13, 2009. The DPS Group, a former customer of the DSD division, accounted for approximately 13% and 16% of our net sales for the years ended December 31, 2008 and 2007, respectively. Our distribution agreement with the DPS Group was terminated by us effective November 9, 2008. The terminated DPS Group territories are now serviced by a combination of TCCC North American Bottlers and AB Distributors. Wal-Mart, Inc. (including Sam's Club), a

**Exhibit 16**
**- 122 -**

MEC020534

The following graph shows a five-year comparison of cumulative total returns:[1]

31



[1] Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2004. The Company's current self-selected peer group is comprised of the DPS Group, National Beverage Corporation, Clearly Canadian Beverage Company, Leading Brands, Inc., Jones Soda Company and Cott Corporation. The Company's former self-selected peer group is comprised of National Beverage Corporation, Clearly Canadian Beverage Company, Leading Brands, Inc., Jones Soda Company and Cott Corporation (the DPS Group is included in 2009, which was its first full year of trading).

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2007 through 2009 and the balance sheet data as of December 31, 2009 and 2008, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2006 and 2005 and the balance sheet data as of December 31, 2007, 2006 and 2005 are derived from the Company's audited consolidated financial statements not included herein.

32

| (in thousands, except per share information) | 2009 | 2008 | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|
| Gross sales*[1] | $ 1,309,335 | $ 1,182,876 | $ 1,025,795 | $ 696,322 | $ 415,417 |

**Exhibit 16**
**- 123 -**

MEC020551

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 51 of 72

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Net sales[1] | $ | 1,143,299 | $ | 1,033,780 | $ | 904,465 | $ | 605,574 | $ 348,886 |
| Gross profit[1] | $ | 612,316 | $ | 538,794 | $ | 468,013 | $ | 316,594 | $ 182,543 |
| Gross profit as a percentage to net sales | | 53.6% | | 52.1% | | 51.7% | | 52.3% | 52.3% |
| Operating income[1][2][3] | $ | 337,309 | $ | 163,591 | $ | 230,986 | $ | 158,579 | $ 103,443 |
| Net income | $ | 208,716 | $ | 108,032 | $ | 149,406 | $ | 97,949 | $ 62,775 |
| Net income per common share: | | | | | | | | | |
| Basic | $ | 2.32 | $ | 1.17 | $ | 1.64 | $ | 1.09 | $ 0.71 |
| Diluted | $ | 2.21 | $ | 1.11 | $ | 1.51 | $ | 0.99 | $ 0.65 |
| Cash, cash equivalents and investments | $ | 427,672 | $ | 375,513 | $ | 302,650 | $ | 136,796 | $ 73,515 |
| Total assets | $ | 800,070 | $ | 761,837 | $ | 544,603 | $ | 308,372 | $ 163,890 |
| Debt | $ | 206 | $ | 959 | $ | 663 | $ | 303 | $ 525 |
| Stockholders' equity | $ | 584,953 | $ | 436,316 | $ | 422,167 | $ | 225,084 | $ 125,509 |

[1]Includes $8.2 million, $14.3 million, $1.9 million and $0.4 million for the years ended December 31, 2009, 2008, 2007 and 2006, respectively, related to the recognition of deferred revenue.

[2]Includes $1.9 million, $118.1 million, $15.3 million and $12.7 million for the years ended December 31, 2009, 2008, 2007 and 2006, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

[3]Includes ($4.7) million, ($0.2) million, $9.8 million and $3.8 million for the years ended December 31, 2009, 2008, 2007 and 2006, respectively, related to professional service fees, net of insurance proceeds, in connection with our special investigation of stock option grants and granting practices, related litigation and other related matters.

*Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with generally accepted accounting principles in the United States of America ("GAAP"), and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers (See "Part II, Item 7 – Results of Operations").*

33

---

# ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements

Exhibit 16
- 124 -
MEC020552

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 52 of 72

- Monster Energy® Dub Edition™ energy drink, which is packaged in 32-ounce aluminum cans (October 2009).

- Hansen's® Natural Lo-Cal, a new line of all natural, low calorie 64-ounce juice cocktails in four flavors (September 2009).  The Lo-Cal juice cocktails are sweetened with Truvia™ brand stevia extract, an all natural sweetener.

- SELF Beauty Elixir™ by Hansen's®, a new line of a low-calorie, functional, ready-to-drink beauty beverages infused with an essential blend of vitamins, minerals, natural fruit & botanical extracts with antioxidants (August 2009).

- Blue Sky® Free Sodas, a new line of all natural, zero calorie sodas sweetened with Truvia™ brand stevia extract, an all natural sweetener (September 2009).

- Peace Tea™, a new line of ready-to-drink iced teas in 23-ounce aluminum cans (December 2009).

We have two reportable segments, namely DSD, whose principal products comprise energy drinks, and Warehouse, whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated."

Our Monster Energy® brand energy drinks include Monster Energy® energy drinks, lo-carb Monster Energy® energy drinks, Monster Energy® Assault® energy drinks, Monster Energy® Khaos™ energy drinks, Monster Energy® M-80™ energy drinks (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ energy drinks, Monster Energy® MIXXD™ energy drinks, Monster Energy® Import energy drinks and Monster Energy® Dub Edition energy drinks.

Our Java Monster™ line of non-carbonated dairy based coffee + energy drinks include Java Monster™ Originale™, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Russian, Java Monster™ Irish Blend™, Java Monster™ Chai Hai™, Java Monster™ Nut Up™ and Java Monster™ Lo-Ball as well as our X-Presso Monster™-Hammer energy drink.

A substantial portion of our gross sales are derived from our Monster Energy® brand energy drinks and our Java Monster™ product line. Any decrease in sales of our Monster Energy® brand energy drinks and/or Java Monster™ product line could cause a significant adverse effect on our future revenues and net income. Our DSD segment represented 91.9%, 90.7% and 89.5% of our consolidated net sales for the years ended December 31, 2009, 2008 and 2007, respectively. Our Warehouse segment represented 8.1%, 9.3% and 10.5% of our consolidated net sales for the years ended December 31, 2009, 2008 and 2007, respectively. Competitive pressure in the energy drink category could adversely affect our operating results (See "Part I, Item 1A – Risk Factors").

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products, including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers. We also utilize prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, personality endorsements, including from television and other well known sports personalities, coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters,

35

outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands.

Exhibit 16
- 125 -
MEC020554

Case 2:17-cv-04605-KJM-JDP　Document 41-3　Filed 10/04/18　Page 53 of 72

Khaos™ energy drinks as well as select Java Monster™ product line drinks. Distribution under this agreement commenced January 26, 2009.

During the second quarter of 2009, we entered into a distribution agreement with Schweppes Australia Pty Ltd. for exclusive distribution throughout Australia of certain of our Monster Energy® energy drinks. Distribution under this agreement commenced in July 2009.

Pursuant to the new and/or amended distribution agreements entered into with certain distributors, net amounts of $5.7 million and $113.0 million from such distributors, relating to the cost of terminating certain of our prior distributors, were recorded for the years ended December 31, 2009 and 2008, respectively. Such amounts have been accounted for as deferred revenue and will be recognized as revenue ratably over the anticipated life of the respective distribution agreements, generally 20 years. Distributor receivables related to these new and/or amended distribution agreements totaled $5.2 million and $90.7 million as of December 31, 2009 and 2008, respectively. Revenue recognized was $7.5 million, $14.3 million and $1.9 million for the years ended December 31, 2009, 2008 and 2007, respectively. Included in the $14.3 million of revenue recognized for the year ended December 31, 2008, is $11.6 million related to the acceleration of deferred revenue balances associated with certain of our prior distributors who were terminated in the fourth quarter of 2008.

We incurred termination costs to certain of our prior distributors amounting to $1.9 million, $118.1 million and $15.3 million in aggregate for the years ended December 31, 2009, 2008 and 2007, respectively. Such termination costs have been expensed in full and are included in operating expenses for the years ended December 31, 2009, 2008 and 2007. Accrued distributor terminations as of December 31, 2009 and 2008 were $3.0 million and $102.3 million, respectively. In addition, inventory returned to us by certain of our terminated distributors resulted in a reduction of gross sales of approximately $9.7 million in the fourth quarter and year ended December 31, 2008.

We again achieved record gross sales of $1,309.3 million for the year ended December 31, 2009. The increase in gross sales in 2009 was primarily attributable to increased sales of certain of our existing products, particularly our Monster Energy® brand energy drinks. Gross sales for the year ended December 31, 2009 were positively impacted by advance purchases made by our customers in the 2009 fourth quarter due to our announcement of a new per case marketing contribution program for our Monster Energy® distributors commencing January 1, 2010, as well as to avoid potential interruptions in product supply due to our announcement to transition our North American operations to the SAP enterprise resource planning system commencing January 2010. We estimate that approximately 1% of gross sales for the year ended December 31, 2009, were attributable to such advance purchases. We did not limit the amount of our customers' purchases during the fourth quarter of 2009. Gross sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for all of our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ product line, effective January 1, 2008. We estimate that gross sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our then existing 2007 fourth quarter prices.

For the years ended December 31, 2009, 2008 and 2007, our percentage increase in gross sales was 10.7%, 15.3% and 47.3%, respectively. We believe the decrease in the year on year percentage growth rate was in part attributable to the decrease in the overall growth rates of the markets in which we operate, in particular of the energy drink category, to general economic conditions as well as higher overall comparable sales levels. Consumer spending habits, including spending for the merchandise that we sell, are affected by, among other things, prevailing economic conditions, inflation, levels of employment, salaries and wage rates, prevailing interest rates, housing costs, energy and gas costs, income tax rates and policies, consumer confidence and consumer perception of economic conditions. In

37

Exhibit 16
- 126 -

MEC020556

- the imposition of additional regulatory restrictions, increasing concern over obesity and changes in regulation and consumer preferences.

  See "Part I, Item 1A – Risk Factors" for additional information about risks and uncertainties facing our Company.

We believe that the following opportunities exist for us:

- growth potential for the "alternative" beverage category including energy drinks, sparkling beverages, carbonated soft drinks and teas, juices and juice drinks and enhanced waters;

- new product introductions intended to contribute to higher profitability;

- premium packages intended to generate strong revenue growth;

- significant package, pricing and channel opportunities to maximize profitable growth;

- proper positioning to capture industry growth; and

- broadening distribution/expansion opportunities in both domestic and international markets.

41

## Results of Operations
## (In Thousands, Except Per Share Information)

| | 2009 | 2008 | 2007 | Percentage Change | |
| --- | --- | --- | --- | --- | --- |
| | | | | 09 vs. 08 | 08 vs. 07 |
| Gross sales, net of discounts & returns* | $ 1,309,335 | $ 1,182,876 | $ 1,025,795 | 10.7% | 15.3% |
| Less: Promotional and other allowances** | 166,036 | 149,096 | 121,330 | 11.4% | 22.9% |
| Net sales[1] | 1,143,299 | 1,033,780 | 904,465 | 10.6% | 14.3% |
| Cost of sales | 530,983 | 494,986 | 436,452 | 7.3% | 13.4% |
| Gross profit***[1] | 612,316 | 538,794 | 468,013 | 13.6% | 15.1% |
| Gross profit margin as a percentage of net sales | 53.6% | 52.1% | 51.7% | | |
| Operating expenses [2] | 275,007 | 375,203 | 237,027 | (26.7%) | 58.3% |
| Operating expenses as a percentage of net sales | 24.1% | 36.3% | 26.2% | | |
| Operating income [1,2] | 337,309 | 163,591 | 230,986 | 106.2% | (29.2%) |
| Operating income as a percentage of net sales | 29.5% | 15.8% | 25.5% | | |

Other income (expense):

Exhibit 16
- 127 -
MEC020560

| | | | | | |
|---|---|---|---|---|---|
| Interest and other income, net | 2,273 | 10,413 | 8,770 | (78.2%) | 18.7% |
| Other-than-temporary impairment of investments | (3,887) | (527) | - | 637.6% | 100.0% |
| Total other income (expense) | (1,614) | 9,886 | 8,770 | | |
| | | | | | |
| Income before provision for income taxes | 335,695 | 173,477 | 239,756 | 93.5% | (27.6%) |
| | | | | | |
| Provision for income taxes | 126,979 | 65,445 | 90,350 | 94.0% | (27.6%) |
| | | | | | |
| Net income | $ 208,716 | $ 108,032 | $ 149,406 | 93.2% | (27.7%) |
| Net income as a percentage of net sales | 18.3% | 10.5% | 16.5% | | |
| | | | | | |
| Net income per common share: | | | | | |
| Basic | $2.32 | $1.17 | $1.64 | 98.7% | (28.7%) |
| Diluted | $2.21 | $1.11 | $1.51 | 99.1% | (26.7%) |
| | | | | | |
| Case sales (in thousands) (in 192-ounce case equivalents) | | | | | |
| | 109,985 | 102,659 | 98,453 | 7.1% | 4.3% |

[1]Includes $8.2 million, $14.3 million and $1.9 million for the years ended December 31, 2009, 2008 and 2007, respectively, related to the recognition of deferred revenue.

[2]Includes $1.9 million, $118.1 million and $15.3 million for the years ended December 31, 2009, 2008 and 2007, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

* *Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal*

42

reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and our overall performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers. (See" Part II, Item 6 – Selected Financial Data").

** *Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, the presentation of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of the impact thereof on the determination of net sales and illustrates the spending levels incurred to secure such sales. Promotional and other allowances constitute a material portion of our marketing activities.*

*** *Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses.*

**Results of Operations for the Year Ended December 31, 2009 Compared to the Year Ended December 31, 2008**

**Exhibit 16**
**- 128 -**

MEC020561

*Gross Sales.* * Gross sales were $1,309.3 million for the year ended December 31, 2009, an increase of approximately $126.5 million, or 10.7% higher than gross sales of $1,182.9 million for the year ended December 31, 2008. The increase in gross sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks. To a lesser extent, the increase in gross sales was attributable to sales of certain new products such as our Monster Energy® Import energy drink, our Nitrous™ Monster Energy® product line and our X-Presso Monster™-Hammer energy drink, as well as increased sales by volume of our Monster Hitman Energy Shooter™ product line and our Hansen's Natural Sodas®. The increase in gross sales was partially offset by decreased sales by volume of our Java Monster™ product line, our Lost Energy® brand energy drinks, apple juice and juice blends. Gross sales for the year ended December 31, 2009 were positively impacted by advance purchases made by our customers in the 2009 fourth quarter due to our announcement of a new per case marketing contribution program for our Monster Energy® distributors commencing January 1, 2010, as well as to avoid potential interruptions in product supply due to our announcement to transition our North American operations to the SAP enterprise resource planning system commencing January 2010. We estimate that approximately 1% of gross sales for the year ended December 31, 2009, were attributable to such advance purchases. We did not limit the amount of our customers' purchases during the fourth quarter of 2009. Our gross sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ product line, effective January 1, 2008. We estimate that gross sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our then existing 2007 fourth quarter prices. Included in gross sales for the years ended December 31, 2009 and 2008, were $8.2 million and $14.3 million, respectively, related to the recognition of deferred revenue. Promotional and other allowances were $166.0 million for the year ended December 31, 2009, an increase of $16.9 million, or 11.4% higher than promotional and other allowances of $149.1 million for the year ended December 31, 2008. Promotional and other allowances as a percentage of gross sales increased to 12.7% from 12.6% for the years ended December 31, 2009 and 2008, respectively. As a result, the percentage increase in gross sales for year ended December 31, 2009 was slightly higher than the percentage increase in net sales.

*Gross sales – see definition above.*

43

*Net Sales.* Net sales were $1,143.3 million for the year ended December 31, 2009, an increase of approximately $109.5 million, or 10.6% higher than net sales of $1,033.8 million for the year ended December 31, 2008. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks. To a lesser extent, the increase in net sales was attributable to sales of certain new products such as our Monster Energy® Import energy drink, our Nitrous™ Monster Energy® product line and our X-Presso Monster™-Hammer energy drink as well as increased sales by volume of our Hansen's Natural Sodas®. The increase in net sales was partially offset by decreased sales by volume of our Java Monster™ product line, our Lost Energy® brand energy drinks and apple juice. Net sales for the year ended December 31, 2009 were positively impacted by advance purchases made by our customers in the 2009 fourth quarter due to our announcement of a new per case marketing contribution program for our Monster Energy® distributors commencing January 1, 2010, as well as to avoid potential interruptions in product supply due to our announcement to transition our North American operations to the SAP enterprise resource planning system commencing January 2010. We estimate that approximately 1% of net sales for the year ended December 31, 2009, were attributable to such advance purchases. We did not limit the amount of our customers' purchases during the fourth quarter of 2009. Our net sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ product line, effective January 1, 2008. We estimate that net sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our then

Exhibit 16
- 129 -
MEC020562

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 57 of 72

customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our then existing 2007 fourth quarter prices. Net sales for the years ended December 31, 2009 and 2008, included $8.2 million and $14.3 million, respectively, related to the recognition of deferred revenue.

Case sales, in 192-ounce case equivalents, were 110.0 million cases for the year ended December 31, 2009, an increase of approximately 7.3 million cases or 7.1% higher than case sales of 102.7 million cases for the year ended December 31, 2008. The overall average net sales price per case increased to $10.40 for the year ended December 31, 2009 or 3.2% higher than the average net sales price per case of $10.07 for the year ended December 31, 2008. The increase in the average net sales price per case was attributable to an increase in the proportion of case sales derived from higher priced products.

Net sales for the DSD segment were $1,051.2 million for the year ended December 31, 2009, an increase of approximately $113.3 million, or 12.1% higher than net sales of $937.9 million for the year ended December 31, 2008. The increase in net sales for the DSD segment was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks. To a lesser extent, the increase in net sales for the DSD segment was attributable to sales of certain new products such as our Monster Energy® Import energy drink, our Nitrous™ Monster Energy® product line and our X-Presso Monster™-Hammer energy drink. The increase in net sales for the DSD segment was partially offset by decreased sales by volume of our Java Monster™ product line and our Lost Energy® brand energy drinks. Net sales for the DSD segment for the years ended December 31, 2009 and 2008, included $8.2 million and $14.3 million, respectively, related to the recognition of deferred revenue.

Net sales for the Warehouse segment were $92.1 million for the year ended December 31, 2009, a decrease of approximately $3.8 million, or 4.0% lower than net sales of $95.9 million for the year ended December 31, 2008. The decrease in net sales for the Warehouse segment was primarily attributable to decreased sales by volume of apple juice, juice blends, sports drinks and Junior Juice® aseptic juices. The decrease in net sales for the Warehouse segment was partially offset by increased sales by volume of Hansen's Natural Sodas® and aseptic juice drinks as well as a decrease in promotional and other allowances as a percentage of gross sales.

*Gross Profit.* *** Gross profit was $612.3 million for the year ended December 31, 2009, an increase of approximately $73.5 million, or 13.6% higher than the gross profit of $538.8 million for the year ended December 31, 2008. Gross profit as a percentage of net sales increased to 53.6% for the year

ended December 31, 2009 from 52.1% for the year ended December 31, 2008.  The increase in net sales contributed to the increase in gross profit dollars. The increase in gross profit as a percentage of net sales was partially attributable to increased sales of DSD segment products, which have higher gross profit margins than those in the Warehouse segment, as well as a decrease in the percentage of sales within the DSD segment of the Java Monster™ product line, which have lower gross profit margins than our Monster Energy® brand energy drinks. In addition, the increase in gross profit as a percentage of net sales was attributable to a decrease in the cost of certain raw materials including certain containers and packaging materials and certain juice concentrates, particularly apple juice concentrate.

****Gross profit – see definition above.*

*Operating Expenses.*    Total operating expenses were $275.0 million for the year ended December 31, 2009, a decrease of approximately $100.2 million, or 26.7% lower than total operating expenses of $375.2 million for the year ended December 31, 2008. Total operating expenses as a percentage of net sales was 24.1% for the year ended December 31, 2009, compared to 36.3% for the year ended December 31, 2008. The decrease in operating expenses in dollars was primarily attributable to decreased expenditures of $116.2 million related to the

Exhibit 16
- 130 -
MEC020563

10-K 1 a11-2375_110k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K
(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2010

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ____ to ____

Commission File Number 0-18761

## HANSEN NATURAL CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 39-1679918 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

550 Monica Circle, Suite 201, Corona, California 92880
(Address of principal executive offices)     (Zip Code)

Registrant's telephone number, including area code:  (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes☑  No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.  Yes☐  No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☑No ☐

Exhibit 16
- 131 -

MEC020628

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                          Accelerated filer ☐
Non-accelerated filer ☐                            Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.) Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $2,820,762,092 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2010, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 22, 2011 was 89,005,264 shares.

DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2011 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2010.

2

# HANSEN NATURAL CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                                 **Page Number**

### PART I

| 1. | Business | 4 |
| 1A. | Risk Factors | 20 |
| 1B. | Unresolved Staff Comments | 29 |
| 2. | Properties | 30 |
| 3. | Legal Proceedings | 30 |
| 4. | Reserved | 33 |

### PART II

| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 33 |
| 6. | Selected Financial Data | 35 |

Exhibit 16
- 132 -
MEC020629

| 7. | Management's Discussion and Analysis of Financial<br>Condition and Results of Operations | 37 |
|---|---|---|
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 62 |
| 8. | Financial Statements and Supplementary Data | 63 |
| 9. | Changes in and Disagreements with Accountants on<br>Accounting and Financial Disclosure | 63 |
| 9A. | Controls and Procedures | 64 |
| 9B. | Other Information | 66 |

**PART III**

| 10. | Directors, Executive Officers and Corporate Governance | 66 |
|---|---|---|
| 11. | Executive Compensation | 66 |
| 12. | Security Ownership of Certain Beneficial Owners and Management<br>and Related Stockholder Matters | 66 |
| 13. | Certain Relationships and Related Transactions, and Director<br>Independence | 67 |
| 14. | Principal Accountant Fees and Services | 67 |

**PART IV**

| 15. | Exhibits and Financial Statement Schedules | 67 |
|---|---|---|
| | Signatures | 68 |

3

---

## PART I

## ITEM 1.    BUSINESS

### Overview

Hansen Natural Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Hansen", "HBC" "the Company", "we", "us", and "our", these words refer to Hansen Natural Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

We develop, market, sell and distribute "alternative" beverage category beverages, primarily under the following brand names: Monster Energy®, Java Monster™, Monster Energy® Extra Strength Nitrous Technology™, Monster Rehab™ (being introduced in the first quarter of 2011), Peace Tea™, Hansen's®, Hansen's Natural Sodas®, Junior Juice®, Blue Sky®, X-Presso Monster™, Vidration™, Worx Energy™, Admiral™, Lost® Energy™, Hubert's™, Rumba®, Samba and Tango.

Our Monster Energy® brand energy drinks include Monster Energy® energy drinks, lo-carb Monster Energy® energy drinks, Monster Energy® Assault® energy drinks, Monster Energy® Khaos™ energy drinks, Monster Energy® M-80™ energy drinks (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ energy drinks, Monster Energy® MIXXD™ energy drinks, Monster Energy® Absolutely Zero energy drinks, Monster Energy® Import and Import Light energy drinks, Monster Energy® Dub Edition energy drinks, Monster Rehab™ energy drinks, Monster Energy® M3 Super Concentrate energy drink and Monster Energy® Extra Strength Nitrous Technology™ energy drinks in four variants.

**Exhibit 16**
**- 133 -**
MEC020630

Our lines of non-carbonated dairy based coffee + energy drinks include Java Monster™ Kona Blend, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Vanilla Light, Java Monster™ Irish Blend™, Java Monster™ Toffee as well as our X-Presso Monster™ Hammer and X-Presso Monster™ Midnite coffee energy drinks.

## Industry Overview

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic wholesale sales in 2010 for the "alternative" beverage category of the market are estimated at $27.3 billion representing an increase of approximately 3.9% over the estimated domestic wholesale sales in 2009 of approximately $26.3 billion (revised from a previously reported estimate of $29.9 billion).

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Sodas®. The California Co-Packers Corporation (d/b/a Hansen Beverage Company)

4

("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name, in 1990. In 1992, HBC acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category, including in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2000, HBC, through its wholly-owned subsidiary Blue Sky, acquired the natural soda business previously conducted by Blue Sky Natural Beverage Co., a New Mexico corporation, under the Blue Sky® trademark. In 2001, HBC, through its wholly-owned subsidiary Junior Juice, acquired the Junior Juice business previously conducted by Pasco Juices, Inc. under the Junior Juice® trademark.

## Reportable Segments

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise primarily energy drinks, and Warehouse ("Warehouse"), whose principal products comprise primarily juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate and Unallocated." Our DSD segment represented 93.0%, 91.4% and 89.7% of our consolidated net sales for the years ended December 31, 2010, 2009 and 2008, respectively. Our Warehouse segment represented 7.0%, 8.6% and 10.3% of our consolidated net sales for the years ended December 31, 2010, 2009 and 2008, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 17 of Notes to

Exhibit 16
- 134 -

MEC020631

Case 2:17-cv-01605-KJM-JDB Document 41-3 Filed 10/04/18 Page 62 of 72

the Consolidated Financial Statements set forth in Part II, Item 8 "Financial Statements and Supplementary Data" of this report, incorporated herein by reference.  For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

## 2010 Product Introductions

During 2010, we continued to expand our existing product lines and flavors and further develop our distribution markets.  In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category, with particular emphasis on energy type drinks. During 2010, we introduced the following products:

- Monster Energy® Import Light energy drinks, which are packaged in 18.6-ounce Re-sealable End ("BRE") aluminum cans (May 2010).
- Monster Energy® Absolutely Zero energy drinks, which are carbonated and contain zero calories and zero sugar, and are packaged in 16-ounce aluminum cans (July 2010).
- Monster Energy® "Dub Edition" energy drinks, which are packaged in 18.6-ounce BRE aluminum cans (May 2010).
- Monster Energy® Extra Strength Nitrous Technology energy drink – Black Ice which is carbonated and contains zero calories, packaged in 12-ounce sleek aluminum cap-cans (November 2010).
- X-Presso Monster™ Coffee Energy Drinks – non-carbonated dairy based espresso + energy drinks, which are packaged in 9.6-ounce aluminum cans (November 2010).
- Worx Energy™ energy shots, which contains zero calories and zero sugar, and are packaged in 2-ounce wide-mouth polyethylene terephthalate ("PET") plastic bottles (October 2010).
- Monster Energy® M3 Super Concentrate, super-concentrated energy drinks, which are packaged in 5-ounce glass bottles (November 2010).
- Admiral™ Iced Teas, a new line of ready-to-drink iced teas, which are packaged in 23-ounce aluminum cans (March 2010).

5

- Blue Sky® Shots, natural functional shots, which are packaged in 2.5-ounce PET plastic bottles (March 2010).
- Hubert's™ Lemonades, a line of ready-to-drink premium lemonades sweetened with cane sugar and Truvia™ brand stevia extract, an all natural sweetener, which are packaged in 16-ounce glass bottles (August 2010).
- Hansen's® Natural Fruit and Tea Stix™, a line of all-natural, low-calorie powdered drink mixes, which are packaged in single-serve stick packs (February 2010).

## Products – DSD Segment

*Monster Energy® Drinks* – In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our original Hansen's® brand energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain different types and levels of supplements than our Hansen's® energy drinks and are marketed through our full service distributor network. We offer the following products under the Monster Energy® brand energy drink product line: Monster Energy®, lo-carb Monster Energy®, Monster Energy® Assault®, Monster Energy® Khaos™, Monster Energy® M-80™ (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™, Monster Energy® MIXXD™, Monster Energy® Absolutely Zero, Monster Energy® Import and Import Light, Monster Energy® Dub Edition,  Monster Rehab™ and Monster Energy® M3 Super Concentrate. We package our Monster Energy® drinks in 8.3-ounce and/or 12-ounce and/or 16-ounce and/or 23.5-ounce and/or 24-ounce and/or 32-ounce and/or 500ml and/or 18.6-ounce aluminum cans and/or 5-ounce and/or 500ml glass bottles.

**Exhibit 16**

**- 135 -**

MEC020632

*Java Monster™ Coffee + Energy Drinks* - a line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the Java Monster™ product line: Java Monster™ Kona Blend, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Vanilla Light, Java Monster™ Irish Blend™ and Java Monster™ Toffee. We package our Java Monster™ coffee + energy drinks in 15-ounce aluminum cans.

*Monster Energy® Extra Strength Nitrous Technology™ Energy Drinks* - a line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Monster Energy® Extra Strength Nitrous Technology™ product line: Super Dry, Anti Gravity, Killer-B and Black Ice. We package our Monster Energy® Extra Strength Nitrous Technology™ drinks in 12-ounce sleek aluminum cap-cans.

*X-Presso Monster™ Coffee Energy Drinks* – a line of non-carbonated dairy based espresso + energy drinks in 6.75-ounce and/or 9.6-ounce aluminum cans. We offer the following products under the X-Presso Monster™ coffee energy drinks product line: Hammer and Midnite.

*Worx Energy™ Energy Shots* – In October 2010, we introduced Worx Energy™ energy shots, an energy supplement which contains zero calories and zero sugar in 2-ounce wide-mouth PET plastic bottles. We offer the following products under the Worx Energy™ Supplement product line: Original Formula and Extra Strength.

*Monster Hitman Energy Shooter™* - a line of energy shooters in 3-ounce PET plastic bottles. We offer the following products under the Monster Hitman Energy Shooter™ product line: Monster Hitman Energy Shooter™, Monster LOBO Energy Shooter™ and Monster Sniper Energy Shooter™.  We are in the process of discontinuing this product line.

*Peace Tea™* - a line of ready-to-drink iced teas in 23-ounce aluminum cans. We offer the following products under the Peace Tea™ product line: green tea, diet green tea, imported Ceylon tea, sweet lemon tea, razzleberry tea, unsweetened tea and "Caddy Shack" tea + lemonade (being introduced in the first quarter of 2011).

6

## Products – Warehouse Segment

*Hansen's Natural Sodas®* - Hansen's Natural Sodas® have been a leading natural soda brand in Southern California for more than 30 years. Hansen's Natural Sodas®, sweetened with cane sugar, and Hansen's® Diet Sodas, sweetened with Splenda® and Acesulfame-K, contain no preservatives, no sodium, no caffeine and no artificial coloring. We offer the following sodas under the Hansen's® brand name: Hansen's Natural Sodas®, Hansen's® Diet Sodas in a variety of flavors and Hansen's® Natural Mixers. We package our natural sodas in 12-ounce and/or 16-ounce aluminum cans.

*Blue Sky® Products* - Our Blue Sky® products contain no preservatives, artificial sweeteners, caffeine (other than the energy drinks) or artificial coloring and are made with sugar and high quality natural flavors. We offer the following products under the Blue Sky® product line: Blue Sky® Natural Sodas, Blue Sky® Free Sodas, Blue Sky® Premium Sodas, Blue Sky® Organic Natural Sodas, Blue Sky® Seltzer Water, Blue Sky® Blue Energy® drink and Blue Sky® Café Energy. In March 2010, we launched Blue Sky® Shots, natural functional shots, which are packaged in 2.5-ounce PET plastic bottles. In September 2010, we introduced a Blue Sky® Free Blue Energy® drink, a new natural, zero calorie energy drink sweetened with Truvia™ brand stevia extract, an all natural sweetener. We package our Blue Sky® Sodas and seltzer waters in 12-ounce aluminum cans. We package our Blue Sky® Café energy drinks in 15-ounce aluminum cans. We package our Blue Sky® energy drinks in 8.3-ounce and/or 16-ounce aluminum cans and/or bag-in-box.

Exhibit 16
- 136 -
MEC020633

serve juice products produced by many competitors. Such competitive products are packaged in glass and PET plastic bottles ranging from 8- to 48-ounces in size and in 11.5-ounce aluminum cans. The juice content of such competitive products ranges from 1% to 100%.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets and maximum demand from consumers for our products, including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers, prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, coupons, sampling and sponsorship of selected causes and events. In-store posters, outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands. Our extreme sports team endorsements include teams such as the Pro Circuit – Kawasaki Motocross and Supercross teams, Kawasaki Factory Motocross and Supercross teams, Ken Block Rally Racing Team and the Tech 3 Moto GP Team. Our individual athlete and/or personality endorsements include extreme sports figures and athletes such as NASCAR Camping World Truck Series racer Ricky Carmichael, World Champion Moto GP motorcycle racer Valentino Rossi, World Champion Formula 1 racer Michael Schumacher, television personalities such as Rob Dyrdek as well as many other athletes

15

that compete in other extreme sports related activities, particularly, the Winter and Summer X-Games, supercross, motocross, freestyle motocross, endurocross, Moto GP racing, Formula 1 racing, surfing, skateboarding, wakeboarding, skiing, snowboarding, BMX, mountain biking, snowmobile freestyle, snowmobile racing, NASCAR racing, off-road truck racing, rally racing, etc. Our event endorsements include a wide range of events such as the Monster Energy® Supercross Series, the Vans Warped Tour, the Australian SuperX Supercross Series, the Monster Energy® Grand Prix of France and the FIM Motocross World Championships.

We believe that one of the keys to success in the beverage industry is differentiation, which entails making our products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, and we will continue to reevaluate the same from time to time.

Where appropriate, we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of the Juice Slam® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

We increased expenditures for our sales and marketing programs by approximately 12.9% in 2010 compared to 2009. As of December 31, 2010, we employed 1,186 employees in sales and marketing activities, of which 533 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors and food service customers. Gross sales to our various customer types for the years ended December 2010, 2009 and 2008 are reflected below. Such information reflects sales made by us directly to the customer types concerned, which

Exhibit 16
- 137 -
MEC020642

Case 2:17-cv-01605-KJM-JDP Document 41-3 Filed 10/04/18 Page 65 of 72

include our full service beverage distributors. Such full service beverage distributors in turn sell certain of our products to the customer types listed below. We do not have complete details of the sales of our products by our full service distributors to their respective customers and therefore limit our description of our customer types to include our sales to such full service distributors without reference to their sales to their own customers.

|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Full service distributors | 64% | 66% | 68% |
| Club stores, drug chains & mass merchandisers | 12% | 12% | 14% |
| Outside the U.S. | 16% | 13% | 8% |
| Retail grocery, specialty chains and wholesalers | 6% | 6% | 8% |
| Other | 2% | 3% | 2% |

Our customers include CCR (formerly known as CCE), New CCE, CCRC (formerly known as CCBC), Consolidated, United and other TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), AB Distributors, Coca-Cola Hellenic, Jumex, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Pepsi Canada, ULC ("Pepsi Canada") (terminated by us effective December 31, 2008), Swire Coca-Cola, Costco, The Kroger Co. and Safeway, Inc. A decision by any large customer to decrease amounts purchased from us or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations. CCE (including CCBC up to September 30, 2010) (CCE replaced by New CCE from October 1, 2010), accounted for approximately 28% and 27% of our net sales for the years ended December 31, 2010 and 2009, respectively. The DPS Group, a former customer of the DSD segment, accounted for approximately 13% of our net sales for the year ended December 31, 2008. Our distribution agreement

16

with the DPS Group was terminated by us effective November 9, 2008. The terminated DPS Group territories are now serviced by a combination of TCCC North American Bottlers and AB Distributors. Wal-Mart, Inc. (including Sam's Club), a customer of both the DSD and Warehouse segments, accounted for less than 10% of our net sales for the years ended December 31, 2010 and 2009 and approximately 11% of our net sales for the year ended December 31, 2008.

**Seasonality**

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products may become increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to our products. However, the energy drink category appears to be less seasonal than traditional beverages. As the percentage of our sales that are represented by such products continues to increase, seasonal fluctuations will be further mitigated. Quarterly fluctuations may also be affected by other factors, including the introduction of new products, the opening of new markets where temperature fluctuations are more pronounced, the addition of new bottlers and distributors, changes in the mix of sales of our finished products and changes in and/or increased advertising, marketing and promotional expenses.

**Intellectual Property**

We presently have approximately 1,725 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. Substantially all of our global trademarks are owned by HBC. We regard our trademarks, service marks, copyrights, domain names, trade dress, and similar intellectual property as very important to our business. We consider Monster®, Monster Energy®, M Monster Energy®, Ⅲ®, Java Monster™, X-PRESSO MONSTER™, Hansen's Natural Sodas®, Hansen's®, Blue Sky® and Junior Juice® to be our core trademarks.

Exhibit 16
- 138 -
MEC020643

| | | | |
|---|---|---|---|
| Equity compensation plans approved by stockholders | 9,748,739 | $17.18 | 3,717,405 |
| Equity compensation plans not approved by stockholders | - | - | - |
| Total | 9,748,739 | $17.18 | 3,717,405 |

34

## Performance Graph

The following graph shows a five-year comparison of cumulative total returns:[1]



[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2005. The Company's current self-selected peer group is comprised of the DPS Group, National Beverage Corporation, Clearly Canadian Beverage Company (included through 8/2/10), Leading Brands, Inc., Jones Soda Company and Cott Corporation.

## ITEM 6.     SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2008 through 2010 and the balance sheet data as of December 31, 2010 and 2009, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2007 and 2006 and the balance sheet data as of December 31, 2008, 2007 and 2006 are derived from the Company's audited consolidated financial statements not included herein.

Exhibit 16
- 139 -
MEC020661

| (in thousands, except per share information) | | 2010 | | 2009 | | 2008 | | 2007 | | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross sales*[1] | $ | 1,488,516 | $ | 1,309,335 | $ | 1,182,876 | $ | 1,025,795 | $ | 696,322 |
| Net sales[1] | $ | 1,303,942 | $ | 1,143,299 | $ | 1,033,780 | $ | 904,465 | $ | 605,774 |
| Gross profit[1] | $ | 680,240 | $ | 612,316 | $ | 538,794 | $ | 468,013 | $ | 316,594 |
| Gross profit as a percentage to net sales | | 52.2% | | 53.6% | | 52.1% | | 51.7% | | 52.3% |
| Operating income[2] | $ | 347,814 | $ | 337,309 | $ | 163,591 | $ | 230,986 | $ | 158,579 |
| Net income | $ | 212,029 | $ | 208,716 | $ | 108,032 | $ | 149,406 | $ | 97,949 |
| Net income per common share: | | | | | | | | | | |
|   Basic | $ | 2.40 | $ | 2.32 | $ | 1.17 | $ | 1.64 | $ | 1.09 |
|   Diluted | $ | 2.28 | $ | 2.21 | $ | 1.11 | $ | 1.51 | $ | 0.99 |
| Cash, cash equivalents and investments | $ | 643,680 | $ | 427,672 | $ | 375,513 | $ | 302,650 | $ | 136,796 |
| Total assets | $ | 1,082,131 | $ | 800,070 | $ | 761,837 | $ | 544,603 | $ | 308,372 |
| Debt | $ | 274 | $ | 206 | $ | 959 | $ | 663 | $ | 303 |
| Stockholders' equity | $ | 828,398 | $ | 584,953 | $ | 436,316 | $ | 422,167 | $ | 225,084 |

[1]Includes $10.0 million, $8.2 million, $14.3 million, $1.9 million and $0.4 million for the years ended December 31, 2010, 2009, 2008, 2007 and 2006, respectively, related to the recognition of deferred revenue.

[2]Includes $0.3 million, $1.9 million, $118.1 million, $15.3 million and $12.7 million for the years ended December 31, 2010, 2009, 2008, 2007 and 2006, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

*Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with generally accepted accounting principles in the United States of America ("GAAP"), and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers (See "Part II, Item 7 – Results of Operations").

MEC020662

Case 2:17-cv-01605-KJM-JDP   Document 41-3   Filed 10/04/18   Page 68 of 72

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements.

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "*Forward-Looking Statements*" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### Overview

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names: Monster Energy®, Java Monster™, Monster Energy® Extra Strength Nitrous Technology™, Monster Rehab™, Peace Tea™, Hansen's®, Hansen's Natural Sodas®, Junior Juice®, Blue Sky®, X-Presso Monster™, Vidration™, Worx Energy™, Admiral™, Lost® Energy™, Hubert's™, Rumba®, Samba and Tango.

Our Monster Energy® brand energy drinks include Monster Energy® energy drinks, lo-carb Monster Energy® energy drinks, Monster Energy® Assault® energy drinks, Monster Energy® Khaos™ energy drinks, Monster Energy® M-80™ energy drinks (named "RIPPER" in certain countries), Monster Energy® Heavy Metal™ energy drinks, Monster Energy® MIXXD™ energy drinks, Monster Energy® Absolutely Zero energy drinks, Monster Energy® Import and Import Light energy drinks, Monster Energy® Dub Edition energy drinks, Monster Rehab™ energy drinks, Monster Energy® M3 Super Concentrate energy drink and Monster Energy® Extra Strength Nitrous Technology energy drinks in four variants.

37

Exhibit 16
- 141 -
MEC020663

Our lines of non-carbonated dairy based coffee + energy drinks include Java Monster™ Kona Blend, Java Monster™ Loca Moca®, Java Monster™ Mean Bean®, Java Monster™ Vanilla Light, Java Monster™ Irish Blend™, Java Monster™ Toffee as well as our X-Presso Monster™ Hammer and X-Presso Monster™ Midnite coffee energy drinks.

In 2010 we introduced the following products:

- Monster Energy® Import Light energy drinks, which are packaged in 18.6-ounce Re-sealable End ("BRE") aluminum cans (May 2010).
- Monster Energy® Absolutely Zero energy drinks, which are carbonated and contain zero calories and zero sugar, and are packaged in 16-ounce aluminum cans (July 2010).
- Monster Energy® "Dub Edition" energy drinks, which are packaged in 18.6-ounce BRE aluminum cans (May 2010).
- Monster Energy® Extra Strength Nitrous Technology energy drink – Black Ice which is carbonated and contains zero calories,  packaged in 12-ounce sleek aluminum cap-cans (November 2010).
- X-Presso Monster™ Coffee Energy Drinks – non-carbonated dairy based espresso + energy drinks, which are packaged in 9.6-ounce aluminum cans (November 2010).
- Worx Energy™ energy shots, which contain zero calories and zero sugar, and are packaged in 2-ounce wide-mouth polyethylene terephthalate ("PET") plastic bottles (October 2010).
- Monster Energy® M3 Super Concentrate, super-concentrated energy drinks, which are packaged in 5-ounce glass bottles (November 2010).
- Admiral™ Iced Teas, a new line of ready-to-drink iced teas, which are packaged in 23-ounce aluminum cans (March 2010).
- Blue Sky® Shots, natural functional shots, which are packaged in 2.5-ounce PET plastic bottles (March 2010).
- Hubert's™ Lemonades, a line of ready-to-drink premium lemonades sweetened with cane sugar and Truvia™ brand stevia extract, an all natural sweetener, which are packaged in 16-ounce glass bottles (August 2010).
- Hansen's® Natural Fruit and Tea Stix™, a line of all-natural, low-calorie powdered drink mixes, which are packaged in single-serve stick packs (February 2010).

We have two reportable segments, namely DSD, whose principal products comprise energy drinks, and Warehouse, whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically have been allocated to "Corporate & Unallocated."

We again achieved record gross sales of $1,488.5 million for the year ended December 31, 2010. The increase in gross sales in 2010 was primarily attributable to increased sales of our Monster Energy® brand energy drinks. Gross sales for the year ended December 31, 2009 were positively impacted by advance purchases made by our customers in the 2009 fourth quarter due to our announcement of a new per case marketing contribution program for our Monster Energy® distributors commencing January 1, 2010, as well as to avoid potential interruptions in product supply due to our announcement to transition our North American operations to the SAP enterprise resource planning system commencing January 2010 (the "Advance Purchases"). We estimate that approximately 1% of gross sales for the year ended December 31, 2009, were attributable to such Advance Purchases. We did not limit the amount of our customers' purchases during the fourth quarter of 2009. Gross sales for the year ended December 31, 2008 were impacted by a price increase announced during the fourth quarter of 2007 for all of our Monster Energy® brand energy drinks in 16-ounce cans and our Java Monster™ product line, effective January 1, 2008. We estimate that gross sales for the year ended December 31, 2008 were reduced by approximately 2% as a result of purchases made by our customers in advance of such price increases. We did not limit the amount of purchases our customers could execute at our then existing 2007 fourth quarter prices.

Exhibit 16
- 142 -

MEC020664

A substantial portion of our gross sales are derived from our Monster Energy® brand energy drinks and our Java Monster™ product line. Any decrease in sales of our Monster Energy® brand energy drinks and/or Java Monster™ product line could cause a significant adverse effect on our future revenues and net income. Our DSD segment represented 93.0%, 91.4% and 89.7% of our consolidated net sales for the years ended December 31, 2010, 2009 and 2008, respectively. Our Warehouse segment represented 7.0%, 8.6% and 10.3% of our consolidated net sales for the years ended December 31, 2010, 2009 and 2008, respectively. Competitive pressure in the energy drink category could adversely affect our operating results (See "Part I, Item 1A – Risk Factors").

For the years ended December 31, 2010, 2009, and 2008, our percentage increase in gross sales was 13.7%, 10.7%, and 15.3%, respectively. We believe the decrease in the year on year percentage growth rate for the 2009 fiscal year was in part attributable to the decrease in the overall growth rates of the markets in which we operate, in particular the energy drink category, to general economic conditions as well as higher overall comparable sales levels. Consumer spending habits, including spending for the products that we sell, are affected by, among other things, prevailing economic conditions, inflation, levels of employment, salaries and wage rates, prevailing interest rates, housing costs, energy and gas costs, income tax rates and policies, consumer confidence and consumer perception of economic conditions. In addition, consumer purchasing patterns may be influenced by consumers' disposable income, credit availability and debt levels. A continued or incremental slowdown in both the U.S. and international economies where we market and distribute our products, an uncertain economic outlook or prolonged credit crisis could continue to adversely affect consumer spending habits, which may result in lower than expected net sales and profits on a quarterly or annual basis. During 2010, 2009 and 2008, there was significant deterioration in the global and local financial markets and economic environments, real estate markets and construction industries, which we believe negatively impacted consumer spending at many retailers of our products. In response to this, we have taken steps to increase opportunities to profitably drive sales and to operate our business more efficiently. If these adverse economic trends worsen, or if our efforts to counteract the impacts of these trends are not sufficiently effective, there could be a negative impact on our financial performance and position in future fiscal periods. For further discussion of the risks to our Company posed by general economic conditions (See "Part I, Item 1A – Risk Factors").

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to achieve maximum shelf and display space exposure in sales outlets (including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers) to achieve maximum demand from consumers for our products. We also utilize prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, personality endorsements, including from television and other well known sports personalities, coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters, outdoor posters, print, radio and television advertising, together with price promotions and coupons, may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, and we will continue to reevaluate the same from time to time.

Exhibit 16
- 143 -

MEC020665

- new product introductions intended to contribute to higher profitability;
- premium packages intended to generate strong revenue growth;

42

- significant package, pricing and channel opportunities to maximize profitable growth;
- proper positioning to capture industry growth; and
- broadening distribution/expansion opportunities in both domestic and international markets.

## Results of Operations
(in thousands, except per share information)

| | 2010 | 2009 | 2008 | Percentage Change 10 vs. 09 | 09 vs. 08 |
|---|---|---|---|---|---|
| Gross sales, net of discounts & returns* | $ 1,488,516 | $ 1,309,335 | $ 1,182,876 | 13.7% | 10.7% |
| Less: Promotional and other allowances** | 184,574 | 166,036 | 149,096 | 11.2% | 11.4% |
| Net sales[1] | 1,303,942 | 1,143,299 | 1,033,780 | 14.1% | 10.6% |
| Cost of sales | 623,702 | 530,983 | 494,986 | 17.5% | 7.3% |
| Gross profit***[1] | 680,240 | 612,316 | 538,794 | 11.1% | 13.6% |
| Gross profit margin as a percentage of net sales | 52.2% | 53.6% | 52.1% | | |
| Operating expenses [2] | 332,426 | 275,007 | 375,203 | 20.9% | (26.7%) |
| Operating expenses as a percentage of net sales | 25.5% | 24.1% | 36.3% | | |
| Operating income [1,2] | 347,814 | 337,309 | 163,591 | 3.1% | 106.2% |
| Operating income as a percentage of net sales | 26.7% | 29.5% | 15.8% | | |
| Other income (expense): | | | | | |
| Interest and other income, net | 2,246 | 2,273 | 10,413 | (1.2%) | (78.2%) |
| Loss on investments and put option, net | (758) | (3,887) | (527) | (80.5%) | 637.6% |
| Total other income (expense) | 1,488 | (1,614) | 9,886 | | |
| Income before provision for income taxes | 349,302 | 335,695 | 173,477 | 4.1% | 93.5% |
| Provision for income taxes | 137,273 | 126,979 | 65,445 | 8.1% | 94.0% |
| Net income | $ 212,029 | $ 208,716 | $ 108,032 | 1.6% | 93.2% |
| Net income as a percentage of net sales | 16.3% | 18.3% | 10.5% | | |
| Net income per common share: | | | | | |
| Basic | $2.40 | $2.32 | $1.17 | 3.3% | 98.7% |
| Diluted | $2.28 | $2.21 | $1.11 | 3.4% | 99.1% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 129,031 | 109,985 | 102,659 | 17.3% | 7.1% |

**Exhibit 16**
**- 144 -**

MEC020669

¹Includes $1.0.0 million, $3.2 million and $14.9 million for the years ended December 31, 2010, 2009 and 2008, respectively, related to the recognition of deferred revenue.

²Includes $0.3 million, $1.9 million and $118.1 million for the years ended December 31, 2010, 2009 and 2008, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

43

---

*Gross sales, although used internally by management as an indicator of operating performance, should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting requirements. However, gross sales is used by management to monitor operating performance including sales performance of particular products, salesperson performance, product growth or declines and our overall performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. Management believes the presentation of gross sales allows a more comprehensive presentation of our operating performance. Gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from customers. (See "Part II, Item 6 – Selected Financial Data").*

** Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, the presentation of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of the impact thereof on the determination of net sales and illustrates the spending levels incurred to secure such sales. Promotional and other allowances constitute a material portion of our marketing activities.*

***Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses.*

### Results of Operations for the Year Ended December 31, 2010 Compared to the Year Ended December 31, 2009.

*Gross Sales.* * Gross sales were $1,488.5 million for the year ended December 31, 2010, an increase of approximately $179.2 million, or 13.7% higher than gross sales of $1,309.3 million for the year ended December 31, 2009. The increase in gross sales was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, sales of Peace Tea™ iced teas, increased sales by volume of our Monster Energy® Extra Strength Nitrous Technology™ product line and increased sales by volume of our juice blends. The increase in gross sales was partially offset by the Advance Purchases made by our customers in the 2009 fourth quarter and by decreased sales by volume of our Monster Hitman Energy Shooter™ product line, our Java Monster™ product line, apple juice, X-Presso Monster™ product line and Rumba®, Samba and Tango energy juices. Included in gross sales for the years ended December 31, 2010 and 2009, were $10.0 million and $8.2 million, respectively, related to the recognition of deferred revenue. Promotional and other allowances were $184.6 million for the year ended December 31, 2010, an increase of $18.5 million, or 11.2% higher than promotional and other allowances of $166.0 million for the year ended December 31, 2009. Promotional and other allowances as a percentage of gross sales decreased to 12.4% from 12.7% for the years ended December 31, 2010 and 2009, respectively. As a result, the percentage increase in gross sales for the year ended December 31, 2010 was lower than the percentage increase in net sales.

*Gross sales – see definition above.*

*Net Sales.* Net sales were $1,303.9 million for the year ended December 31, 2010, an increase of approximately $160.6 million, or 14.1% higher than net sales of $1,143.3 million for the year ended December 31, 2009. The increase in net sales was primarily attributable to increased sales by volume of our Monster Energy®

Exhibit 16
- 145 -
MEC020670