Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 1 of 122

brand energy drinks, sales of Peace Tea™ iced teas and sales of our Monster Energy® Extra Strength Nitrous Technology™ product line. The increase in net sales was partially offset by the Advance Purchases made by our customers in the 2009 fourth quarter and by decreased sales by volume of our Monster Hitman Energy Shooter™ product line, apple juice, our X-Presso Monster™ product line and our Java Monster™ product line.

44

Case sales, in 192-ounce case equivalents, were 129.0 million cases for the year ended December 31, 2010, an increase of approximately 19.0 million cases or 17.3% higher than case sales of 110.0 million cases for the year ended December 31, 2009. The average net sales price per case decreased to $10.11 for the year ended December 31, 2010 which was 2.8% lower than the average net sales price per case of $10.40 for the year ended December 31, 2009. The decrease in the average net sales price per case was attributable to an increase in the proportion of case sales derived from lower priced products and geographic mix.

Net sales for the DSD segment were $1,212.6 million for the year ended December 31, 2010, an increase of approximately $167.5 million, or 16.0% higher than net sales of $1,045.1 million for the year ended December 31, 2009. The increase in net sales for the DSD segment was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, sales of Peace Tea™ iced teas and sales of our Monster Energy® Extra Strength Nitrous Technology™ product line. The increase in net sales for the DSD segment was partially offset by the Advance Purchases made by our customers in the 2009 fourth quarter and by decreased sales by volume of our Monster Hitman Energy Shooter™ product line, our X-Presso Monster™ product line and our Java Monster™ product line.

Net sales for the Warehouse segment were $91.3 million for the year ended December 31, 2010, a decrease of approximately $6.9 million, or 7.0% lower than net sales of $98.2 million for the year ended December 31, 2009. The decrease in net sales for the Warehouse segment was primarily attributable to decreased sales by volume of apple juice and Rumba®, Samba and Tango energy juices as well as increased promotional allowances. The decrease in net sales for the Warehouse segment was partially offset by increased sales by volume of our juice blends.

*Gross Profit.*** Gross profit was $680.2 million for the year ended December 31, 2010, an increase of approximately $67.9 million, or 11.1% higher than the gross profit of $612.3 million for the year ended December 31, 2009. Gross profit as a percentage of net sales decreased to 52.2% for the year ended December 31, 2010 from 53.6% for the year ended December 31, 2009. The increase in net sales contributed to the increase in gross profit dollars. The decrease in gross profit as a percentage of net sales was primarily attributable to production variances and increased costs of goods including the costs of raw materials in the DSD and Warehouse segments, as well as product mix and geographic mix.

****Gross profit – see definition above.*

*Operating Expenses.* Total operating expenses were $332.4 million for the year ended December 31, 2010, an increase of approximately $57.4 million, or 20.9% higher than total operating expenses of $275.0 million for the year ended December 31, 2009. Total operating expenses as a percentage of net sales was 25.5% for the year ended December 31, 2010, compared to 24.1% for the year ended December 31, 2009. The increase in operating expenses was partially attributable to increased payroll expenses of $15.0 million (of which $2.8 million was related to an increase in stock-based compensation) and increased expenditures of $13.4 million for professional service fees, including legal and accounting costs. Expenditures for professional service fees, including legal and accounting costs and SAP implementation costs for the year ended December 31, 2010 were $21.5 million as compared to $8.2 million for the year ended December 31, 2009 (the 2009 comparative period included a $4.7 million credit related to reimbursements to the Company of legal expenses previously paid by the Company). In addition, the increase in operating expenses was partially attributable to increased expenditures of

Exhibit 16
- 146 -

MEC020671

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 2 of 122

$11.2 million for sponsorships and endorsements, increased out-bound freight and warehouse costs of $9.6 million, increased expenditures of $6.2 million for point-of-sale materials, increased expenditures of $4.5 million for allocated trade development, increased depreciation expense of $1.6 million and increased expenditures of $2.2 million for other operating expenses. The increase in operating expenses was partially offset by decreased expenditures of $1.6 million related to the costs associated with distributor terminations, decreased expenditures of $1.7 million for advertising, decreased expenditures of $1.5 million for samples and decreased expenditures of $1.5 million for commissions.

45

---

*Contribution Margin.* Contribution margin for the DSD segment was $436.7 million for the year ended December 31, 2010, an increase of approximately $45.0 million, or 11.5% higher than contribution margin of $391.7 million for the year ended December 31, 2009. The increase in the contribution margin for the DSD segment was primarily attributable to increased sales by volume of our Monster Energy® brand energy drinks, sales of Peace Tea™ iced teas and sales of our Monster Energy® Extra Strength Nitrous Technology™ product line. Contribution margin for the Warehouse segment was ($0.8) million for the year ended December 31, 2010, approximately $4.4 million lower than contribution margin of $3.6 million for the year ended December 31, 2009. The decrease in the contribution margin for the Warehouse segment was primarily attributable to decreased net sales, increased off-invoice and promotional allowances and increased costs of goods.

*Operating Income.* Operating income was $347.8 million for the year ended December 31, 2010, an increase of approximately $10.5 million, or 3.1% higher than operating income of $337.3 million for the year ended December 31, 2009. Operating income as a percentage of net sales decreased to 26.7% for the year ended December 31, 2010 from 29.5% for the year ended December 31, 2009. The increase in operating income was primarily due to an increase in gross profit of $67.9 million, partially offset by a $57.4 million increase in operating expenses. The decrease in operating income as a percentage of net sales was primarily due to a decrease in gross profit as a percentage of net sales and an increase in operating expenses as a percentage of net sales. Operating income was negatively affected by operating losses of $9.2 million and $6.9 million for the years ended December 31, 2010 and 2009, respectively, in relation to our operations in Europe, Australia and Brazil.

*Other Income (Expense).* Other income (expense) was $1.5 million for the year ended December 31, 2010, an increase of $3.1 million from ($1.6) million for the year ended December 31, 2009. The increase was primarily attributable to a loss on investments and put option of ($0.8) million for the year ended December 31, 2010 as compared to a loss on investments and put option of ($3.9) million for the year ended December 31, 2009. The increase in other income (expense) was partially offset by decreased interest revenue earned on our cash balances and short- and long-term investments for the year ended December 31, 2010.

*Provision for Income Taxes.* Provision for income taxes was $137.3 million for the year ended December 31, 2010, an increase of $10.3 million or 8.1% higher than the provision for income taxes of $127.0 million for the year ended December 31, 2009. The effective combined federal and state and foreign tax rate increased to 39.3% from 37.8% for the years ended December 31, 2010 and 2009, respectively. The increase in the effective tax rate was primarily the result of the establishment of a full valuation allowance against the deferred tax assets of a foreign subsidiary during the year ended December 31, 2010, lower state tax benefits and the release of certain unrecognized tax benefits that arose in the year ended December 31, 2009. The increase in tax rates was partially offset by the increase in tax benefits resulting from the Domestic Production Deduction. The effect of the valuation allowance and its related impact on the Company's overall tax rate increased the provision for income taxes by $3.4 million for the year ended December 31, 2010.

*Net Income.* Net income was $212.0 million for the year ended December 31, 2010, an increase of $3.3 million or 1.6% higher than net income of $208.7 million for the year ended December 31, 2009. The increase in net income was primarily attributable to an increase in gross profit of $67.9 million and a increase in other income (expense) of $3.1 million. The increase in net income was partially offset by an increase in operating

**Exhibit 16**
**- 147 -**

MEC020672

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 3 of 122

10-K 1 a12-1309_110k.htm 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2011

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

## MONSTER BEVERAGE CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 39-1679918 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

550 Monica Circle, Suite 201, Corona, California 92880
(Address of principal executive offices)     (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☑ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes☐ No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller

**Exhibit 16**
**- 148 -**

MEC020736

reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                          Accelerated filer ☐
Non-accelerated filer ☐                            Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)    Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $6,213,402,086 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2011, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 24, 2012 was 174,309,342 shares, as adjusted to give effect to the two-for-one stock split described in "Part 1, Item 1-Business."

DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2011 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2011.

Table of Contents

# MONSTER BEVERAGE CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                              **Page Number**

**PART I**

1.    Business                                                                        3
1A.   Risk Factors                                                                   17
1B.   Unresolved Staff Comments                                                      27
2.    Properties                                                                     27
3.    Legal Proceedings                                                              27
4.    Mine Safety Disclosures                                                        30

**PART II**

5.    Market for the Registrant's Common Equity, Related Stockholder Matters and
      Issuer Purchases of Equity Securities                                          30
6.    Selected Financial Data                                                        33
7.    Management's Discussion and Analysis of Financial Condition and Results of     34
      Operations
7A.   Quantitative and Qualitative Disclosures about Market Risk                     57
8.    Financial Statements and Supplementary Data                                    58
9.    Changes in and Disagreements with Accountants on Accounting and Financial      58
      Disclosure
9A.   Controls and Procedures                                                        59
9B.   Other Information                                                              61

**PART III**

**Exhibit 16**
**- 149 -**
MEC020737

|      |                                                                            |    |
|------|----------------------------------------------------------------------------|----|
| 10.  | Directors, Executive Officers and Corporate Governance                     | 61 |
| 11.  | Executive Compensation                                                     | 61 |
| 12.  | Security Ownership of Certain Beneficial Owners and Management and Related |    |
|      | Stockholder Matters                                                        | 61 |
| 13.  | Certain Relationships and Related Transactions, and Director Independence  | 62 |
| 14.  | Principal Accountant Fees and Services                                     | 62 |

**PART IV**

| 15.  | Exhibits and Financial Statement Schedules                                 | 62 |
|      | Signatures                                                                 | 63 |

2

Table of Contents

## PART I

### ITEM 1.    BUSINESS

#### Overview

Monster Beverage Corporation, formerly named Hansen Natural Corporation, was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Monster Energy Company", "Monster", "MBC", "MEC", "Hansen", "Hansen Beverage Company", "HBC", "the Company", "we", "us", and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

On January 11, 2012, we announced that our Board of Directors had approved a two-for-one stock split of our common stock ("the Stock Split") to be effected in the form of a 100% stock dividend. The common stock dividend was issued on February 15, 2012 to stockholders of record as of February 6, 2012. Accordingly, all per share amounts, average common stock outstanding, common stock outstanding, common stock repurchased, common stock in treasury and equity based compensation presented in this Form 10-K have been adjusted retroactively, where applicable, to reflect the stock split.

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab™
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Worx Energy®
- Peace Tea®

- Hansen's®
- Hansen's Natural Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Vidration®

Our Monster Energy® drinks, which represented 91.2%, 89.9% and 90.0% of our net sales for the years

**Exhibit 16**
**- 150 -**
MEC020738

ended December 31, 2011, 2010 and 2009, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Energy® Assault®
- Monster Khaos®
- Monster M-80® (named "RIPPER" in certain countries)
- Monster MIXXD®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Monster Energy® Import Light
- Monster Energy® Dub Edition
- Monster Rehab™ Tea + Lemonade + Energy
- Monster Rehab™ Rojo Tea + Energy
- Monster Rehab™ Green Tea + Energy
- Monster Rehab™ Protean + Energy
- Monster Energy® M3™ Super Concentrate

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Toffee
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Killer B®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™
- X-Presso Monster® Hammer
- X-Presso Monster® Midnite

3

Table of Contents

## Industry Overview

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2011 for the "alternative" beverage category of the market are estimated at \$31.9 billion, representing an increase of approximately 5.1% over the estimated domestic U.S. wholesale sales in 2010 of approximately \$30.4 billion (revised from a previously reported estimate of \$27.3 billion).

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, we acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category, including in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights.

Exhibit 16
- 151 -
MEC020739

Reportable Segments

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically, have been allocated to "Corporate and Unallocated." Our DSD segment represented 94.4%, 93.0% and 91.4% of our consolidated net sales for the years ended December 31, 2011, 2010 and 2009, respectively. Our Warehouse segment represented 5.6%, 7.0% and 8.6% of our consolidated net sales for the years ended December 31, 2011, 2010 and 2009, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

**2011 Product Introductions**

During 2011, we continued to expand our existing product lines and flavors and further develop our distribution markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During 2011, we introduced a number of new products including the following:

- Monster Rehab™ Tea + Lemonade + Energy, a non-carbonated rehydration energy drink (February 2011).

4

Table of Contents

- Peace Tea® "Caddy Shack", a non-carbonated tea + lemonade drink (February 2011).
- Monster Rehab™ Rojo Tea + Energy, a non-carbonated rehydration energy drink (October 2011).
- Monster Rehab™ Green Tea + Energy, a non-carbonated rehydration energy drink (October 2011).
- Monster Rehab™ Protean + Energy, a non-carbonated protein rehydration energy drink (October 2011).
- Hubert's® Half & Half, a line of premium ready-to-drink lemonade + teas (October 2011).
- Angeleno™ Aguas Fresca, a line of premium ready-to-drink aguas frescas (December 2011).

**Products – DSD Segment**

*Monster Energy® Drinks* - In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our original Hansen's® brand energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and supplements (collectively, "supplements") and are marketed through our full service distributor network. We offer the following products under the Monster Energy® brand energy drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Energy® Assault®, Monster Khaos®, Monster M-80® (named RIPPER® in certain countries), Monster MIXXD®, Monster Energy® Absolutely Zero, Monster Energy® Import and Import Light, Monster Energy® Dub Edition and Monster Energy® M3™ Super Concentrate energy drinks. We package our Monster Energy® drinks in 8.3-ounce and/or 12-ounce and/or 16-ounce and/or 23.5-ounce and/or 24-ounce and/or 32-ounce and/or 500ml and/or 18.6-ounce aluminum cans and/or 5-ounce glass bottles.

*Java Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks.

**Exhibit 16**
**- 152 -**

MEC020740

We offer the following products under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Toffee. We package our Java Monster® coffee + energy drinks in 15-ounce aluminum cans.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - A line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™, Anti Gravity®, Killer-B® and Black Ice™. We package our Monster Energy Extra Strength Nitrous Technology® drinks in 12-ounce sleek aluminum cap-cans.

*X-Presso Monster® Coffee Energy Drinks* - A line of non-carbonated dairy based espresso + energy drinks in 6.75-ounce and/or 9.6-ounce aluminum cans. We offer the following products under the X-Presso Monster® coffee energy drinks product line: X-Presso Monster® Hammer and X-Presso Monster® Midnite.

*Monster Rehab™ Tea + Energy Drinks* - A line of non-carbonated rehydration energy drinks with electrolytes in 15.5-ounce aluminum cans. We offer the following products under the Monster Rehab™ drink line: Monster Rehab™ Tea + Lemonade + Energy, Monster Rehab™ Rojo Tea + Energy, Monster Rehab™ Green Tea + Energy and Monster Rehab™ Protean + Energy.

*Worx Energy® Energy Shots* - A line of energy supplements which contains zero calories and zero sugar in 2-ounce wide-mouth PET plastic bottles. We offer the following products under the Worx Energy® energy shot product line: Original Formula and Extra Strength.

5

Table of Contents

*Peace Tea® Iced Teas* - A line of ready-to-drink iced teas in 23-ounce aluminum cans. We offer the following products under the Peace Tea® product line: green tea, diet green tea, imported Ceylon tea, sweet lemon tea, razzleberry tea, unsweetened tea and "Caddy Shack" tea + lemonade (introduced in the first quarter of 2011).

## Products – Warehouse Segment

*Hansen's Natural Soda® Brand Sodas* - Hansen's Natural Soda® brand sodas have been a leading natural soda brand on the West Coast of the United States for more than 30 years. Hansen's Natural Soda® brand sodas, sweetened with cane sugar, and Hansen's® Diet Sodas, sweetened with Splenda® no calorie sweetener and Acesulfame-K, contain no preservatives, no sodium, no caffeine and no artificial coloring. We offer the following sodas under the Hansen's® brand name: Hansen's Natural Soda®, Hansen's® Diet Sodas and Hansen's® Natural Mixers, as well as Hansen's® Sparkling Waters, in a variety of flavors. We package our natural sodas and sparkling waters in 12-ounce aluminum cans and our mixers in 8-ounce aluminum cans.

*Blue Sky® Products* - Our Blue Sky® products contain no preservatives, artificial sweeteners, caffeine (other than our Blue Sky® energy drinks) or artificial coloring and are made with sugar and high quality natural flavors. We offer the following products under the Blue Sky® product line: Blue Sky® Natural Soda, Blue Sky® Free Sodas (sweetened with Truvia® brand stevia extract ("Truvia®"), an all natural sweetener), Blue Sky® Premium Sodas, Blue Sky® Organic Natural Sodas, Blue Sky® Seltzer Waters, Blue Sky® Blue Energy® drinks, Blue Sky® Free Blue Energy® drinks and Blue Sky® Café Energy drinks. In October 2011, we introduced Blue Sky® Recover Energy™ drink, a new natural, non-carbonated recovery energy drink with electrolytes, sweetened with Truvia®. We package our Blue Sky® natural sodas and seltzer waters in 12-ounce aluminum cans and/or bag in box. We package our Blue Sky® Café energy drinks in 15-ounce aluminum cans. We package our Blue Sky® energy drinks in 8.3-ounce and/or 16-ounce aluminum cans.

**Exhibit 16**
**- 153 -**

MEC020741

However, certain raw materials are manufactured by only one company. We purchase sucralose, which is used alone or in combination with Acesulfame-K in many of our products, flavors, vitamin blends and herbs, certain other supplements, as well as certain other ingredients, from single manufacturers. Additionally, certain of our cans and flavors are only manufactured by single companies.

With regard to our Java Monster® product line, the dairy industry is subject to shortages and increased demand from time to time, which may result in higher prices.

With regard to our fruit juice and juice-drink products, the industry is subject to variability of demand and weather conditions, which may result in higher prices and/or lower consumer demand for juices.

Generally, flavor suppliers hold the proprietary rights to their flavors and do not make their flavor formulas available to their customers and also do not make our flavors available to other third parties. Consequently, we do not have the list of ingredients or formulae for our flavors and certain of our concentrates readily available to us and we may be unable to obtain comparable flavors or concentrates from alternative suppliers on short notice. We have identified alternative suppliers for many of the ingredients contained in many of our beverages. However, industry-wide shortages of certain fruits and fruit juices, coffee, tea, supplements and sweeteners have been, and could from time to time in the future be, encountered, which could interfere with and/or delay production of certain of our products.

We continually endeavor to develop back-up sources of supply for certain of our flavors and concentrates as well as to negotiate arrangements with suppliers, which would enable us to obtain access to certain concentrates or our flavor formulas in certain circumstances. We have been partially successful in these endeavors. Additionally, in a limited number of cases, contractual restrictions and/or the necessity to obtain regulatory approvals and licenses may limit our ability to enter into agreements with alternative suppliers, manufacturers and/or distributors.

11

Table of Contents

In connection with the development of new products and flavors, independent suppliers bear a large portion of the expense of product development, thereby enabling us to develop new products and flavors at a relatively low cost. We have historically developed and successfully introduced new products, flavors and packaging for our products and intend to continue to develop and introduce additional new beverages, flavors and innovative packaging.

## Competition

The beverage industry is highly competitive. The principal areas of competition are pricing, packaging, development of new products and flavors as well as promotional and marketing strategies. Our products compete with a wide range of drinks produced by a relatively large number of companies, many of which have substantially greater financial, marketing and distribution resources than we do.

Important factors affecting our ability to compete successfully include taste and flavor of products, trade and consumer promotions, rapid and effective development and marketing of new, unique cutting edge products, attractive and different packaging, branded product advertising, and pricing. We also compete for distributors who will give our products more focus than those of our competitors, provide stable and reliable distribution and secure adequate shelf space in retail outlets. Competitive pressures in the "alternative", energy, coffee and "functional" beverage categories could cause our products to be unable to gain or to lose market share or we could experience price erosion, which could have a material adverse effect on our business and results of operations.

**Exhibit 16**
**- 154 -**                                                                                                                    MEC020747

We have experienced substantial competition from new entrants in the energy drink and energy shot categories. A number of companies who market and distribute iced teas, juice cocktails and enhanced waters in larger volume packages, such as 16- and 20-ounce glass and plastic bottles, including Sobe, Sobe Life Water, Vitamin Water, Snapple, Arizona, Fuse, Ocean Spray, Honest Tea, Gold Peak Tea, Activate and Neuro, have added supplements to their products with a view to marketing their products as "functional" or energy beverages or as having "functional" benefits. We believe that many of those products contain lower levels of supplements, principally deliver refreshment and are positioned differently from our energy or "functional" drinks. Our Peace Tea® ready-to-drink iced teas are positioned more closely against those products.

We are also subject to increasing levels of regulatory issues particularly in relation to the registration and taxation of our products in certain new international markets, which may put us at a competitive disadvantage.

We compete not only for consumer preference, but also for maximum marketing and sales efforts by multi-brand licensed bottlers, brokers and distributors, many of which have a principal affiliation with competing companies and brands. Our products compete with all liquid refreshments and in many cases with products of much larger and substantially better financed competitors, including the products of numerous nationally and internationally known producers such as TCCC, PepsiCo, Inc. ("PepsiCo"), The Dr. Pepper Snapple Group, Inc. (the "DPS Group"), Red Bull Gmbh, Kraft Foods, Inc., GlaxoSmithKline plc, Nestle Beverage Company, Tree Top and Ocean Spray. We also compete with companies that are smaller or primarily local in operation. Our products also compete with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Domestically, our energy drinks compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Venom, Redline, 180, Red Devil, Rip It, 5-Hour Energy Shots, Stacker 2, VPX Redline Energy Shots, and many other brands. TCCC and PepsiCo also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew

12

## Table of Contents

MDX and Vault. Internationally, our energy drinks compete with Red Bull, Rockstar, Burn, V-Energy, Lucozade, Relentless and numerous local and private label brands that usually differ from country to country, such as Power Play, Mother, Hell, Shock, Tiger and a host of other international brands.

Our Java Monster® and X-Presso Monster® product lines compete directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Seattle's Best, illy issimo coffee and Full Throttle Coffee.

Our Peace Tea® ready to drink iced tea product line competes directly with Arizona, Lipton, Snapple, Nestea, Xing Tea, Honest Tea, Gold Peak Tea and other tea brands.

Our natural sodas compete directly with traditional soda products, including those marketed by TCCC, PepsiCo, the DPS Group, Cott Corporation and National Beverage Corporation, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Clearly Canadian Beverage Company, Crystal Geyser, J.M. Smucker Company and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice and also with other brands of apple juice and juice blends, including store brands.

Our fruit juice smoothies compete directly with Kern's, Jumex and Jugos del Valle as well as with single-

**Exhibit 16**
**- 155 -**
MEC020748

Our Hubert's® Lemonades and Hubert's® Half & Half lemonade + teas compete directly with Calypso, Simply Lemonade, Mistic Drinks and Newman's Own.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers) to enhance demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, personality endorsements (including from television and other well known sports personalities), coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters, outdoor posters, print, radio and television advertising and coupons may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with retailers to assist our marketing efforts. For example, while we retain responsibility for the marketing of our Hansen's® line of children's multi-vitamin juice drinks, Costco has undertaken partial responsibility for the marketing of the Juice Blast® line.

13

Table of Contents

We increased expenditures for our sales and marketing programs by approximately 46.8% in 2011 compared to 2010. As of December 31, 2011, we employed 1,543 employees in sales and marketing activities, of which 701 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military. Gross sales to our various customer types for the years ended December 2011, 2010 and 2009 are reflected below. Such information reflects sales made by us directly to the customer types concerned, which include our full service beverage distributors in the United States. Such full service beverage distributors in turn sell certain of our products to the same customer types listed below. We do not have complete details of the sales of our products by our full service distributors to their respective customers and therefore limit our description of our customer types to include only our sales to such full service distributors, without reference to such distributor's sales to their own customers.

| | 2011 | 2010 | 2009 |
|---|---|---|---|
| Full service distributors | 64% | 64% | 66% |
| Club stores, drug chains & mass merchandisers | 10% | 12% | 12% |
| Outside the U.S. | 20% | 16% | 13% |
| Retail grocery, specialty chains and wholesalers | 4% | 6% | 6% |

Exhibit 16
- 156 -
MEC020749

Our customers include the TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), AB Distributors, certain bottlers of Coca-Cola Hellenic, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Swire Coca-Cola, Costco, SUPERVALU INC, The Kroger Co. and Safeway, Inc. CCR accounted for approximately 29% of our net sales for the year ended December 31, 2011. CCE, which included their operations in the U.S. for the relevant periods (see Distribution Agreements (g) in "Item I – Business – Distribution Agreements"), accounted for approximately 28% and 27% our net sales for the years ended December 31, 2010 and 2009, respectively.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. Sales of our beverage products are becoming increasingly subject to seasonal fluctuations as more sales occur outside of California with respect to our products. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

## Intellectual Property

We presently have approximately 2,500 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress, and similar intellectual property as very important to our business. We consider Monster®, Monster Energy®, ||®, M Monster Energy®, Monster Rehab™, Java Monster®, Monster Energy Extra Strength Nitrous Technology®, X-Presso Monster®, Hansen's Natural Soda®, Hansen's®, Peace Tea®, Worx Energy®, Blue Sky®, Hubert's® and Junior Juice® to be our core trademarks.

14

## Table of Contents

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We also register copyrights in the statements, graphics and content appearing on the packaging of our products.

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

We enforce and protect our trademark rights against third parties infringing or denigrating our trademarks by opposing registration of infringing trademarks, and initiating litigation as necessary.

## Government Regulation

The production, distribution and sale in the United States of many of our products are subject to various U.S. federal and state regulations, including but not limited to: the Federal Food, Drug and Cosmetic Act; the Dietary Supplement Health and Education Act of 1994; the Occupational Safety and Health Act; various environmental statutes; and a number of other federal, state and local statutes and regulations applicable to the

**Exhibit 16**
**- 157 -**

MEC020750

*We derive a substantial portion of revenues from our energy drinks and competitive pressure in the energy drink category could adversely affect our operating results.*

A substantial portion of our sales are derived from our energy drinks, including in particular our Monster Energy® brand energy drinks. Our DSD segment, which is comprised primarily of energy drinks, represented 94.4% of net sales for the year ended December 31, 2011. Any decrease in the sales of our Monster Energy® brand and other energy drinks could significantly adversely affect our future revenues and net income. Historically, we have experienced substantial competition from new entrants in the energy drink category as well as from the more recently emerging energy shot category. Domestically, our energy drinks compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Venom, Redline, 180, Red Devil, Rip It, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee, Rockstar Roasted, Full Throttle Coffee, 5-Hour Energy Shots, Stacker 2, VPX Redline Energy Shots and many other brands. A number of companies who market and distribute iced teas, juice cocktails and enhanced waters in different packages, such as 16- and 20-ounce glass and plastic bottles, including Sobe, Sobe Life Water, Snapple, Arizona, Fuse, Ocean Spray, Honest Tea, Gold Peak Tea, Activate, Neuro and Vitamin Water, have added supplements to their products with a view to marketing their products as "functional" or energy beverages or as having "functional" benefits. In addition, certain large companies such as TCCC and PepsiCo, market and/or distribute products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX and Vault. Internationally, our energy drinks compete with Red Bull, Rockstar, Burn, V-Energy, Lucozade, Relentless and numerous local and private label brands that usually differ from country to country, such as Power Play, Mother, Hell, Shock, Tiger and a host of other international brands. Our Java Monster® product line competes directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Seattle's Best, illy issimo coffee drinks and Full Throttle Coffee. Competitive pressures in the energy drink category could impact our revenues and/or we could experience price erosion and/or lower market share, any of which could have a material adverse effect on our business and results of operations.

*We rely on bottlers and other contract packers to manufacture our products. If we are unable to maintain good relationships with our bottlers and contract packers and/or their ability to manufacture our products becomes constrained or unavailable to us, our business could suffer.*

We do not directly manufacture our products, but instead outsource such manufacturing to bottlers and other contract packers. In the event of a disruption and/or delay, we may be unable to procure alternative packing facilities at commercially reasonable rates and/or within a reasonably short time period. In addition, there are limited alternative packing facilities in our domestic and international markets with adequate capacity and/or suitable equipment for many of our products, including Monster Energy®, Monster Rehab™, Monster Energy Extra Strength Nitrous Technology®, X-Presso Monster®, Monster Energy® Import and Import Light, Monster Energy® Dub Edition energy drinks and Monster

20

Table of Contents

Energy® M3™ Super Concentrate in 6.75-ounce and/or 8.3-ounce and/or 9.6-ounce and/or 12-ounce and/or 15.5-ounce and/or 16-ounce and/or 23.5-ounce and/or 24-ounce and/or 32-ounce and/or 500ml aluminum cans and/or 18.6-ounce BRE aluminum cans and/or 5-ounce glass bottles and/or 12-ounce, 15-ounce and 24-ounce aluminum cap cans, our Java Monster® product line in 15-ounce aluminum cans, Worx Energy® energy shots in 2-ounce wide-mouth PET plastic bottles, our Peace Tea® product line in 23-ounce aluminum cans, our Hansen's® brand energy drinks in 8.3-ounce cans, aseptic juice products in 4.23-ounce and 6.75-ounce aseptic boxes, our Hubert's® Lemonades in 16-ounce glass bottles, our Hubert's® Half & Half in 16-ounce aluminum cans and other products. A disruption or delay in production of any of such products could significantly affect our revenues from such products as alternative co-packing facilities in the United States and abroad with adequate capacity

**Exhibit 16**
**- 158 -** MEC020756

[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2006. The Company's current self-selected peer group is comprised of The Coca-Cola Company, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation. The Company's former self-selected peer group was comprised of the DPS Group, National Beverage Corporation, Clearly Canadian Beverage Company (included through 8/2/10), Leading Brands, Inc., Jones Soda Company and Cott Corporation.

32

Table of Contents

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2009 through 2011 and the balance sheet data as of December 31, 2011 and 2010, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2008 and 2007 and the balance sheet data as of December 31, 2009, 2008 and 2007 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2011 | | 2010 | | 2009 | | 2008 | | 2007 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross sales*[1] | $ 1,950,490 | | $ 1,488,516 | | $ 1,309,335 | | $ 1,182,876 | | $ 1,025,795 | |
| Net sales[1] | $ 1,703,230 | | $ 1,303,942 | | $ 1,143,299 | | $ 1,033,780 | | $ 904,465 | |
| Gross profit[1] | $ 894,309 | | $ 680,240 | | $ 612,316 | | $ 538,794 | | $ 468,013 | |
| Gross profit as a percentage to net sales | 52.5% | | 52.2% | | 53.6% | | 52.1% | | 51.7% | |
| Operating income[2] | $ 456,423 | | $ 347,814 | | $ 337,309 | | $ 163,591 | | $ 230,986 | |
| Net income | $ 286,219 | | $ 212,029 | | $ 208,716 | | $ 108,032 | | $ 149,406 | |
| Net income per common share[3]: | | | | | | | | | | |
| Basic | $ 1.62 | | $ 1.20 | | $ 1.16 | | $ 0.58 | | $ 0.82 | |
| Diluted | $ 1.53 | | $ 1.14 | | $ 1.10 | | $ 0.55 | | $ 0.76 | |
| Cash, cash equivalents and investments | $ 793,807 | | $ 643,680 | | $ 427,672 | | $ 375,513 | | $ 302,650 | |
| Total assets[4] | $ 1,362,399 | | $ 1,146,950 | | $ 850,189 | | $ 793,812 | | $ 569,371 | |
| Stockholders' equity | $ 979,158 | | $ 828,398 | | $ 584,953 | | $ 436,316 | | $ 422,167 | |

[1]Includes $13.0 million, $10.0 million, $8.2 million, $14.3 million and $1.9 million for the years ended December 31, 2011, 2010, 2009, 2008 and 2007, respectively, related to the recognition of deferred revenue.

[2]Includes $1.1 million, $0.3 million, $1.9 million, $118.1 million and $15.3 million for the years ended December 31, 2011, 2010, 2009, 2008 and 2007, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

[3]Stock Split - On January 11, 2012, the Company announced that its Board of Directors had approved a two-for-one stock split of its common stock to be effected in the form of a 100% stock dividend. The stock dividend was issued on February 15, 2012. Net income per common share has been adjusted retroactively to reflect the stock split. (See

**Exhibit 16**
**- 159 -**

MEC020769

"Part II, Item 8, Note I" in our consolidated financial statements).

⁴Certain promotional allowances previously netted against accounts receivable are now shown on a gross basis. (See "Part I, Item 8, Note I" in our consolidated financial statements).

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under generally accepted accounting principles in the United States of America ("GAAP") and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers (See "Part II, Item 7 – Results of Operations").

33

Table of Contents

## ITEM 7.   MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "*Forward-Looking Statements*" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

Exhibit 16
- 160 -
MEC020770

## Overview

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab™
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Worx Energy®
- Peace Tea®

- Hansen's®
- Hansen's Natural Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Vidration®

34

Table of Contents

Our Monster Energy® drinks, which represented 91.2%, 89.9% and 90.0% of our net sales for the years ended December 31, 2011, 2010 and 2009, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Energy® Assault®
- Monster Khaos®
- Monster M-80® (named "RIPPER" in certain countries)
- Monster MIXXD®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Monster Energy® Import Light
- Monster Energy® Dub Edition
- Monster Rehab™ Tea + Lemonade + Energy
- Monster Rehab™ Rojo Tea + Energy
- Monster Rehab™ Green Tea + Energy
- Monster Rehab™ Protean + Energy
- Monster Energy® M3™ Super Concentrate

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Toffee
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Killer B®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™
- X-Presso Monster® Hammer
- X-Presso Monster® Midnite

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers.

During the year ended December 31, 2011, we continued to expand our existing product lines and flavors and further developed our markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During the year ended December 31, 2011, we introduced the following products:

- Monster Rehab™ Tea + Lemonade + Energy, a non-carbonated rehydration energy drink (February 2011).
- Peace Tea® "Caddy Shack", a non-carbonated tea + lemonade drink (February 2011).
- Monster Rehab™ Rojo Tea + Energy, a non-carbonated rehydration energy drink (October 2011).
- Monster Rehab™ Green Tea + Energy, a non-carbonated rehydration energy drink (October 2011).
- Monster Rehab™ Protean + Energy, a non-carbonated protein rehydration energy drink (October 2011).

**Exhibit 16**
**- 161 -**
MEC020771

- significant package, pricing and channel opportunities to increase profitable growth;
- effective strategic positioning to capitalize on industry growth;
- broadening distribution/expansion opportunities in both domestic and international markets;
- launching our products into new geographic markets; and
- continued focus on reducing our cost base.

39

Table of Contents

## Results of Operations
(in thousands, except per share information)

| | 2011 | 2010 | 2009 | 11 vs. 10 | 10 vs. 09 |
|---|---|---|---|---|---|
| | | | | **Percentage Change** | |
| Gross sales, net of discounts & returns* | $ 1,950,490 | $ 1,488,516 | $ 1,309,335 | 31.0% | 13.7% |
| Less: Promotional and other allowances** | 247,260 | 184,574 | 166,036 | 34.0% | 11.2% |
| Net sales[1] | 1,703,230 | 1,303,942 | 1,143,299 | 30.6% | 14.1% |
| Cost of sales | 808,921 | 623,702 | 530,983 | 29.7% | 17.5% |
| Gross profit*** | 894,309 | 680,240 | 612,316 | 31.5% | 11.1% |
| Gross profit margin as a percentage of net sales | 52.5% | 52.2% | 53.6% | | |
| Operating expenses | 437,886 | 332,426 | 275,007 | 31.7% | 20.9% |
| Operating expenses as a percentage of net sales | 25.7% | 25.5% | 24.1% | | |
| Operating income | 456,423 | 347,814 | 337,309 | 31.2% | 3.1% |
| Operating income as a percentage of net sales | 26.8% | 26.7% | 29.5% | | |
| Other income (expense): | | | | | |
| Interest and other income, net | 1,619 | 2,246 | 2,273 | (27.9%) | (1.2%) |
| Loss on investments and put option, net | (772) | (758) | (3,887) | 1.8% | (80.5%) |
| Total other income (expense) | 847 | 1,488 | (1,614) | | |
| Income before provision for income taxes | 457,270 | 349,302 | 335,695 | 30.9% | 4.1% |
| Provision for income taxes | 171,051 | 137,273 | 126,979 | 24.6% | 8.1% |
| Net income | $ 286,219 | $ 212,029 | $ 208,716 | 35.0% | 1.6% |
| Net income as a percentage of net sales | 16.8% | 16.3% | 18.3% | | |
| Net income per common share[1]: | | | | | |
| Basic | $1.62 | $1.20 | $1.16 | 35.6% | 3.3% |
| Diluted | $1.53 | $1.14 | $1.10 | 34.5% | 3.4% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 164,661 | 129,031 | 109,985 | 27.6% | 17.3% |

[1]Stock Split - On January 11, 2012, the Company announced that its Board of Directors had approved a two-for-one stock split of its common stock (the "stock split") to be effected in the form of a 100% stock dividend. The stock

**Exhibit 16**
**- 162 -**
MEC020776

dividend was issued on February 13, 2012. Net income per common share has been adjusted retroactively to reflect the stock split. (See "Part II, Item 8, Note 1" in our consolidated financial statements).

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross

40

Table of Contents

sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under GAAP and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies, as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers. (See "Part II, Item 6 – Selected Financial Data").

** Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, our definition of promotional and other allowances may not be comparable to similar items presented by other companies. The presentation of promotional and other allowances facilitates an evaluation of their impact on the determination of net sales and the spending levels incurred or correlated with such sales. Promotional and other allowances constitute a material portion of our marketing activities.

***Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.

### Results of Operations for the Year Ended December 31, 2011 Compared to the Year Ended December 31, 2010.

*Gross Sales.* Gross sales were $1,950.5 million for the year ended December 31, 2011, an increase of approximately $462.0 million, or 31.0% higher than gross sales of $1,488.5 million for the year ended December 31, 2010. The increase in the gross sales of our Monster Energy® brand energy drinks represented approximately $446.7 million, or 96.7%, of the overall increase in gross sales. Gross sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased consumer demand in both our existing domestic and international markets as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in gross sales. No other individual product line contributed either a material increase or decrease to gross sales for the year ended December 31, 2011. Promotional and other allowances were $247.3 million for the year ended December 31, 2011, an increase of $62.7 million, or 34.0% higher than promotional and other allowances of $184.6 million for the year ended December 31, 2010. Promotional and other allowances as a percentage of gross sales increased to 12.7% from 12.4% for the year ended December 31, 2011 and 2010, respectively. As a result, the percentage increase in gross sales for the year ended December 31, 2011 was higher than the percentage increase in net sales.

*Net Sales.* Net sales were $1,703.2 million for the year ended December 31, 2011, an increase of approximately $399.3 million, or 30.6% higher than net sales of $1,303.9 million for the year ended December 31, 2010. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $380.0 million, or 95.2%, of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased consumer demand in both our existing domestic and international markets as well as our expansion into new international markets. Pricing

**Exhibit 16**
**- 163 -**
MEC020777

changes did not have a material impact on the increase in net sales. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2011.

Case sales, in 192-ounce case equivalents, were 164.7 million cases for the year ended December 31, 2011, an increase of approximately 35.6 million cases or 27.6% higher than case sales of 129.0 million cases for the year ended December 31, 2010. The overall average net sales per case increased to $10.34 for the year ended December 31, 2011, which was 2.4% higher than the average net sales per case of $10.11 for the year ended December 31, 2010. The increase in the average net sales per case was attributable to an increase in the proportion of case sales derived from higher priced products, primarily our Monster Energy® brand energy drinks.

41

Table of Contents

Net sales for the DSD segment were $1,608.3 million for the year ended December 31, 2011, an increase of approximately $395.7 million, or 32.6% higher than net sales of $1,212.6 million for the year ended December 31, 2010. The increase in the net sales of our Monster Energy® brand energy drinks represented approximately $380.0 million, or 96.0%, of the overall increase in net sales for the DSD segment. Net sales for the DSD segment of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased consumer demand in both our existing domestic and international markets as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in net sales for the DSD segment. No other individual product line contributed either a material increase or decrease to net sales for the DSD segment for the year ended December 31, 2011.

Net sales for the Warehouse segment were $94.9 million for the year ended December 31, 2011, an increase of approximately $3.6 million, or 4.0% higher than net sales of $91.3 million for the year ended December 31, 2010. The increase in net sales for the Warehouse segment was primarily attributable to decreased promotional and other allowances.

*Gross Profit.* Gross profit was $894.3 million for the year ended December 31, 2011, an increase of approximately $214.1 million, or 31.5% higher than the gross profit of $680.2 million for the year ended December 31, 2010. Gross profit as a percentage of net sales increased slightly to 52.5% for the year ended December 31, 2011 from 52.2% for the year ended December 31, 2010. The increase in gross profit dollars was primarily the result of the $446.7 million increase in gross sales of our Monster Energy® brand energy drinks.

*Operating Expenses.* Total operating expenses were $437.9 million for the year ended December 31, 2011, an increase of approximately $105.5 million, or 31.7% higher than total operating expenses of $332.4 million for the year ended December 31, 2010. The increase in operating expenses was partially attributable to increased payroll expenses of $14.3 million, increased out-bound freight and warehouse costs of $13.9 million, increased expenditures of $13.6 million for sponsorships and endorsements, increased expenditures of $13.0 million for advertising, increased expenditures of $12.3 million for allocated trade development, increased expenditures of $10.5 million for commissions, increased expenditures for promotional items of $7.1 million, increased expenditures of $6.5 million for merchandise displays, increased expenditures of $3.6 million for samples and increased expenditures of $10.7 million for other operating expenses. Total operating expenses as a percentage of net sales was 25.7% for the year ended December 31, 2011, compared to 25.5% for the year ended December 31, 2010.

*Contribution Margin.* Contribution margin for the DSD segment was $543.2 million for the year ended December 31, 2011, an increase of approximately $106.5 million, or 24.4% higher than the contribution margin of $436.7 million for the year ended December 31, 2010. The increase in the contribution margin for the DSD segment was primarily the result of the $380.0 million increase in net sales of our Monster Energy® brand energy drinks. Contribution margin for the Warehouse segment was $4.3 million for the year ended December 31, 2011, approximately $5.1 million higher than the contribution margin of ($0.8) million for the year ended December 31,

**Exhibit 16**
**- 164 -**
MEC020778

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 20 of 122

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K
(Mark One)
[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2012

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

## MONSTER BEVERAGE CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 39-1679918 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

550 Monica Circle, Suite 201, Corona, California 92880
(Address of principal executive offices)  (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☑ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes☐ No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☑No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller

**Exhibit 16**
**- 165 -**
MEC020845

reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" of the Exchange Act. (Check one):

Large accelerated filer ☑                         Accelerated filer ☐

Non-accelerated filer ☐                          Smaller reporting company ☐

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)    Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $10,873,182,118 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 29, 2012, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 25, 2013 was 165,545,860 shares.

### DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2013 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2012.

Table of Contents

# MONSTER BEVERAGE CORPORATION

# FORM 10-K

# TABLE OF CONTENTS

**Item Number**                                                              **Page Number**

## PART I

| 1. | Business | 3 |
| 1A. | Risk Factors | 18 |
| 1B. | Unresolved Staff Comments | 27 |
| 2. | Properties | 27 |
| 3. | Legal Proceedings | 28 |
| 4. | Mine Safety Disclosures | 31 |

## PART II

| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 31 |
| 6. | Selected Financial Data | 34 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 58 |
| 8. | Financial Statements and Supplementary Data | 59 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 59 |
| 9A. | Controls and Procedures | 59 |
| 9B. | Other Information | 62 |

## PART III

**Exhibit 16**
**- 166 -**

MEC020846

| 10. | Directors, Executive Officers and Corporate Governance | 62 |
| 11. | Executive Compensation | 62 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 62 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 63 |
| 14. | Principal Accounting Fees and Services | 63 |

### PART IV

| 15. | Exhibits and Financial Statement Schedules | 63 |
| | Signatures | 64 |

2

Table of Contents

## PART I

### ITEM 1.    BUSINESS

**Overview**

Monster Beverage Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 550 Monica Circle, Suite 201, Corona, California 92880 and our telephone number is (951) 739-6200. When this report uses the words "Monster Energy Company", "Monster", "Hansen", "Hansen Natural Corporation", "Hansen Beverage Company", "the Company", "we", "us", and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Worx Energy®
- Peace Tea®

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Vidration®

Our Monster Energy® brand energy drinks, which represented 92.3%, 91.2% and 89.9% of our net sales for the years ended December 31, 2012, 2011 and 2010, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Energy® Assault®
- Monster Khaos®
- Monster M-80® (named Ripper® in certain

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®

**Exhibit 16**

**- 167 -**

MEC020847

- Monster MIXXD®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Monster Energy® Import Light
- Monster Energy® Dub Edition Baller's Blend
- Monster Energy® Dub Edition Mad Dog
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Protean + Energy
- Monster Rehab® Tea + Orangeade + Energy
- M3® Monster Energy® Super Concentrate

- Java Monster® Toffee
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™
- X-Presso Monster® Hammer
- X-Presso Monster® Midnite
- Monster Cuba-Lima®
- Monster Energy® Zero Ultra
- Übermonster® Energy Brew

## Industry Overview

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2012 for the

3

Table of Contents

"alternative" beverage category of the market are estimated at approximately $34.4 billion, representing an increase of approximately 8.3% over the estimated domestic U.S. wholesale sales in 2011 of approximately $31.8 billion (revised from a previously reported estimate of $31.9 billion).

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, we acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation.

## Reportable Segments

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers.

**Exhibit 16**
**- 168 -**
MEC020848

Corporate and unallocated amounts that do not relate to one of our DSD or Warehouse segments specifically, have been allocated to "Corporate and Unallocated." Our DSD segment represented 95.4%, 94.4% and 93.0% of our consolidated net sales for the years ended December 31, 2012, 2011 and 2010, respectively. Our Warehouse segment represented 4.6%, 5.6% and 7.0% of our consolidated net sales for the years ended December 31, 2012, 2011 and 2010, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

## 2012 Product Introductions

During 2012, we continued to expand our existing product lines and flavors and further develop our distribution markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During 2012, we introduced a number of new products, including the following:

- Monster Rehab® Tea + Orangeade + Energy, a non-carbonated energy drink with electrolytes (February 2012).
- Übermonster® Energy Brew, a non-alcoholic energy drink, manufactured using a brewed fermentation process (February 2012).
- Hansen's® Coconut Water, in original and tropical flavors, packaged in re-sealable Tetra Prisma boxes (March 2012).
- Peace Tea® Cranberry, Pink Lemonade and Texas-Style Sweet Tea, ready-to-drink iced teas (March 2012).

4

Table of Contents

- Monster Energy® Zero Ultra, a carbonated energy drink which contains zero calories and zero sugar (August 2012).
- Monster Cuba-Lima®, a carbonated lime flavored non-alcoholic energy drink (September 2012).
- Monster Energy® "Dub Edition" Baller's Blend, a carbonated punch + energy drink (October 2012).
- Monster Energy® "Dub Edition" Mad Dog, a carbonated punch + energy drink (October 2012).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2012, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

## Products – Packaging

We package our products in a variety of different package types and sizes including, but not limited to, aluminum cans, sleek aluminum cans, glass bottles, polyethylene terephthalate (PET) plastic bottles, high density polyethylene plastic bottles, aseptic boxes and stick packs.

## Products – DSD Segment

### Monster Energy® Brand Energy Drinks:

*Monster Energy® Drinks* - In 2002, we launched a new carbonated energy drink under the Monster

**Exhibit 16**
**- 169 -**
MEC020849

Energy® brand name in 8.3-ounce cans, which was almost identical to our original Hansen's® brand energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We offer the following products under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Energy® Assault®, Monster Khaos®, Monster M-80® (named Ripper® in certain countries), Monster MIXXD®, Monster Energy® Absolutely Zero, Monster Energy® Import and Import Light, Monster Energy® Dub Edition Baller's Blend, Monster Energy® Dub Edition Mad Dog, M3® Monster Energy® Super Concentrate energy drinks, Übermonster® Energy Brew, Monster Energy® Zero Ultra and Monster Cuba-Lima®.

*Java Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Toffee.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - A line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™, Anti Gravity® and Black Ice™.

*X-Presso Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the X-Presso Monster® coffee + energy drinks product line: X-Presso Monster® Hammer and X-Presso Monster® Midnite.

*Monster Rehab® Tea + Energy Drinks* - A line of non-carbonated energy drinks with electrolytes. We offer the following products under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Rojo Tea + Energy, Monster Rehab® Green Tea + Energy, Monster Rehab® Protean + Energy and Monster Rehab® Tea + Orangeade + Energy.

5

Table of Contents

Other:

*Worx Energy® Energy Shots* - A line of energy supplements which contains zero calories and zero sugar. We offer the following products under the Worx Energy® energy shot product line: Original Formula and Extra Strength.

*Peace Tea® Iced Teas* - A line of ready-to-drink iced teas. We offer the following products under the Peace Tea® product line: green tea, imported Ceylon tea, sweet lemon tea, razzleberry tea, cranberry tea, pink lemonade tea, Texas-style sweet tea and "Caddy Shack" tea + lemonade.

## Products – Warehouse Segment

*Hansen's® Brand Sodas* - Hansen's® brand sodas have been a leading natural soda brand on the West Coast of the United States for more than 30 years and are made with natural flavors. Hansen's® brand sodas, sweetened with cane sugar, and Hansen's® Diet Sodas, sweetened with Splenda® no calorie sweetener and Acesulfame-K, contain no preservatives, sodium, caffeine or artificial colorings. We offer the following sodas under the Hansen's® brand name: Hansen's® Sodas, Hansen's® Diet Sodas and Hansen's® Natural Mixers, as well as Hansen's® Sparkling Waters, in a variety of flavors.

*Blue Sky® Products* - Our Blue Sky® products contain no preservatives, artificial sweeteners, caffeine (other than our Blue Sky® energy drinks) or artificial coloring and are made with sugar and natural flavors. We

**Exhibit 16**
**- 170 -**
MEC020850

We continually endeavor to develop back-up sources for our supply for certain of our flavor and concentrates as well as to negotiate arrangements with suppliers, which would enable us to obtain access to certain concentrates or our flavor formulas in certain circumstances. We have been partially successful in these endeavors. Additionally, in a limited number of cases, contractual restrictions and/or the necessity to obtain regulatory approvals and licenses may limit our ability to enter into agreements with alternative suppliers, manufacturers and/or distributors.

In connection with the development of new products and flavors, independent suppliers bear a large portion of the expense of product development, thereby enabling us to develop new products and flavors at what we consider to be reasonable economic levels. We have historically developed and successfully introduced new products, flavors and packaging for our products and intend to continue to develop and introduce additional new beverages, flavors and innovative packaging.

## Competition

The beverage industry is highly competitive. The principal areas of competition are pricing, packaging, development of new products and flavors as well as promotional and marketing strategies. Our products compete with a wide range of drinks produced by a relatively large number of companies, many of which have substantially greater financial, marketing and distribution resources than we do.

Important factors affecting our ability to compete successfully include taste and flavor of products, trade and consumer promotions, rapid and effective development of new, unique cutting edge products, attractive and different packaging, brand exposure and marketing as well as pricing. We also compete for distributors who will give our products more focus than those of our competitors, provide stable and reliable distribution and secure adequate shelf space in retail outlets. Competitive pressures in the "alternative", energy, coffee and "functional" beverage categories could cause our products to be unable to gain or to lose market share or we could experience price erosion, which could have a material adverse effect on our business and results of operations.

11

Table of Contents

We have experienced and continue to experience competition from new entrants in the energy drink and energy shot categories. A number of companies who market and distribute iced teas, juice cocktails and enhanced waters in larger volume packages, such as 16- and 20-ounce glass and plastic bottles, including Sobe, Sobe Life Water, Vitamin Water, Snapple, Arizona, Fuse, Ocean Spray, Honest Tea, Gold Peak Tea, Activate and Neuro, have added dietary ingredients to their products with a view to marketing their products as "functional" or energy beverages or as having "functional" benefits. We believe that many of those products contain lower levels of dietary ingredients, principally deliver refreshment and are positioned differently from our energy or "functional" drinks. Our Peace Tea® ready-to-drink iced teas are positioned more closely against those products.

We are also subject to increasing levels of regulatory issues particularly in relation to the registration and taxation of our products in certain new international markets, which may put us at a competitive disadvantage. (See "Government Regulation" below for additional information).

We compete not only for consumer preference, but also for maximum marketing and sales efforts by multi-brand licensed bottlers, brokers and distributors, many of which have a principal affiliation with competing companies and brands. Our products compete with all liquid refreshments and in many cases with products of much larger and substantially better financed competitors, including the products of numerous nationally and internationally known producers such as TCCC, PepsiCo, Inc. ("PepsiCo"), The Dr. Pepper Snapple Group, Inc. (the "DPS Group"), Red Bull Gmbh, Kraft Foods, Inc., GlaxoSmithKline plc, Nestle Beverage Company, Tree Top Inc. ("Tree Top") and Ocean Spray Cranberries Inc. ("Ocean Spray"). We also compete with companies that are smaller or primarily local in operation. Our products also compete with private label brands such as those

**Exhibit 16**
**- 171 -**
MEC020856

Domestically, our energy drinks compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Venom, Redline, 180, Red Devil, Rip It, Xenergy, 5-Hour Energy Shots, MiO Energy, Stacker 2, VPX Redline Energy Shots, and many other brands. TCCC and PepsiCo also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX and Vault. Internationally, our energy drinks compete with Red Bull, Rockstar, Burn, V-Energy, Lucozade, Adrenaline Rush, Relentless and numerous local and private label brands that usually differ from country to country, such as Power Play, Mother, Hell, Shock, Tiger, Boost, Gladiator, TNT, Shark, Hot 6, Nalu, Battery, Bullit, Flash Up, Black, Non-Stop, Bomba, Semtex and a host of other international brands.

Our Java Monster® and X-Presso Monster® product lines compete directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Seattle's Best, illy issimo coffee and Full Throttle Coffee.

Our Peace Tea® ready-to-drink iced tea product line competes directly with Arizona, Lipton, Snapple, Nestea, Xing Tea, Honest Tea, Gold Peak Tea, Fuze Tea and other tea brands.

Our natural sodas compete directly with traditional soda products, including those marketed by TCCC, PepsiCo, the DPS Group, Cott Corporation and National Beverage Corporation, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Crystal Geyser, J.M. Smucker Company, Reeds, Inc., Zevia and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice, Old Orchard and also with other brands of apple juice and juice blends, including store brands.

12

Table of Contents

Our Hubert's® Lemonades and Hubert's® Half & Half lemonade + teas compete directly with Calypso, Simply Lemonade, Minute Maid, Cabana, Tropicana and Newman's Own.

Our Hansen's® Natural Coconut Water competes directly with Vita Coco, ZICO and O.N.E.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers) to increase demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and extreme sports figures, personality endorsements (including from television and other well known sports personalities), coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters, outdoor posters, print, radio and television exposure (directly and through our sponsorships and endorsements) and coupons may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The

**Exhibit 16**
**- 172 -** MEC020857

labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with retailers to assist our marketing efforts.

We increased expenditures for our sales and marketing programs by approximately 11.9% in 2012 compared to 2011. As of December 31, 2012, we employed 1,786 employees in sales and marketing activities, of which 826 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military. Gross sales to our various customer types for the years ended December 31, 2012, 2011 and 2010 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage distributors in the United States. Such full service beverage distributors in turn sell certain of our products to the same customer types listed below. We limit our description of our customer types to include only our sales to such full service distributors without reference to such distributors' sales to their own customers.

|                                                  | 2012 | 2011 | 2010 |
|--------------------------------------------------|------|------|------|
| Full service distributors                        | 63%  | 64%  | 64%  |
| Club stores, drug chains & mass merchandisers    | 9%   | 10%  | 12%  |
| Outside the U.S.                                 | 22%  | 20%  | 16%  |
| Retail grocery, specialty chains and wholesalers | 4%   | 4%   | 6%   |
| Other                                            | 2%   | 2%   | 2%   |

13

### Table of Contents

Our customers include the TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), AB Distributors, New CCE, certain bottlers of Coca-Cola Hellenic, Kalil Bottling Group, Trader Joe's, John Lenore & Company, Swire Coca-Cola, Costco, The Kroger Co. and Safeway, Inc. CCR accounted for approximately 28% and 29% of our net sales for the years ended December 31, 2012 and 2011, respectively. CCE, which included their operations in the U.S. for the relevant periods (see Distribution Agreements (d) in "Item I – Business - Distribution Agreements"), accounted for approximately 28% of our net sales for the year ended December 31, 2010.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

## Intellectual Property

We presently have approximately 3,700 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service

**Exhibit 16**
**- 173 -**

MEC020858

## COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN



[1] Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2007. The Company's current self-selected peer group is comprised of The Coca-Cola Company, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation.

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2010 through 2012 and the balance sheet data as of December 31, 2012 and 2011, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2009 and 2008 and the balance sheet data as of December 31, 2010, 2009 and 2008 are derived from the Company's audited consolidated financial statements not included herein.

34

Table of Contents

| (in thousands, except per share information) | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|
| Gross sales*[1] | $ 2,373,499 | $ 1,950,490 | $ 1,488,516 | $ 1,309,335 | $ 1,182,876 |
| Net sales[1] | $ 2,060,702 | $ 1,703,230 | $ 1,303,942 | $ 1,143,299 | $ 1,033,780 |
| Gross profit[1] | $ 1,065,656 | $ 894,309 | $ 680,240 | $ 612,316 | $ 538,794 |
| Gross profit as a percentage to net sales | 51.7% | 52.5% | 52.2% | 53.6% | 52.1% |
| Operating income[2] | $ 550,623 | $ 456,423 | $ 347,814 | $ 337,309 | $ 163,591 |

**Exhibit 16**

**- 174 -**

MEC020879

| Net income | Case 2:17-cv-01605-KJM-JDP 340,050 | Document 41-4 256,215 | Filed 10/04/18 292,029 | Page 30 of 122 200,916 | 108,032 |
|---|---|---|---|---|---|
| Net income per common share: | | | | | |
| Basic | $ 1.96 | $ 1.62 | $ 1.20 | $ 1.16 | $ 0.58 |
| Diluted | $ 1.86 | $ 1.53 | $ 1.14 | $ 1.10 | $ 0.55 |
| Cash, cash equivalents and investments | $ 340,949 | $ 793,807 | $ 643,680 | $ 427,672 | $ 375,513 |
| Total assets | $ 1,043,325 | $ 1,362,399 | $ 1,146,950 | $ 850,189 | $ 793,812 |
| Stockholders' equity | $ 644,397 | $ 979,158 | $ 828,398 | $ 584,953 | $ 436,316 |

[1]Includes $13.2 million, $13.0 million, $10.0 million, $8.2 million and $14.3 million for the years ended December 31, 2012, 2011, 2010, 2009 and 2008, respectively, related to the recognition of deferred revenue.

[2]Includes $1.5 million, $1.1 million, $0.3 million, $1.9 million and $118.1 million for the years ended December 31, 2012, 2011, 2010, 2009 and 2008, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under generally accepted accounting principles in the United States of America ("GAAP") and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers (See "Part II, Item 7 – Results of Operations").

35

Table of Contents

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;

**Exhibit 16**
**- 175 -**
MEC020880

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 31 of 122

- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "Forward-Looking Statements" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### *Overview*

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Worx Energy®
- Peace Tea®

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Vidration®

Our Monster Energy® drinks, which represented 92.3%, 91.2% and 89.9% of our net sales for the years ended December 31, 2012, 2011 and 2010, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Energy® Assault®

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®

36

Table of Contents

- Monster Khaos®
- Monster M-80® (named Ripper® in certain countries)
- Monster MIXXD®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Monster Energy® Import Light
- Monster Energy® Dub Edition Baller's Blend
- Monster Energy® Dub Edition Mad Dog
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Protean + Energy

- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Toffee
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™
- X-Presso Monster® Hammer
- X-Presso Monster® Midnite
- Monster Cuba-Lima®

**Exhibit 16**
**- 176 -**

MEC020881

- Monster Rehab® Tea + Orangeade + Energy
- M3® Monster Energy® Super Concentrate
- Monster Energy® Zero Ultra
- Übermonster® Energy Brew

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers.

During the year ended December 31, 2012, we continued to expand our existing product lines and flavors and further developed our markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During the year ended December 31, 2012, we introduced the following products:

- Monster Rehab® Tea + Orangeade + Energy, a non-carbonated energy drink with electrolytes (February 2012).
- Übermonster® Energy Brew, a non-alcoholic energy drink, manufactured using a brewed fermentation process (February 2012).
- Hansen's® Coconut Water, in original and tropical flavors, packaged in re-sealable Tetra Prisma boxes (March 2012).
- Peace Tea® Cranberry, Pink Lemonade and Texas-Style Sweet Tea, ready-to-drink iced teas (March 2012).
- Monster Energy® Zero Ultra, a carbonated energy drink which contains zero calories and zero sugar (August 2012).
- Monster Cuba-Lima®, a carbonated lime flavored non-alcoholic energy drink (September 2012).
- Monster Energy® "Dub Edition" Baller's Blend, a carbonated punch + energy drink (October 2012).
- Monster Energy® "Dub Edition" Mad Dog, a carbonated punch + energy drink (October 2012).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2012, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Our gross sales* of $2,373.5 million for the year ended December 31, 2012 represented record annual sales. The vast majority of our gross sales are derived from our Monster Energy® brand energy drinks. Gross sales of our Monster Energy® brand energy drinks were $2,205.0 million for the year ended December 31, 2012, an increase of $416.3 million, or 98.4% of our overall increase in gross sales for the year ended December 31, 2012. Any decrease in gross sales of our Monster Energy® brand energy drinks could have a significant adverse effect on our future revenues and net income. Competitive pressure in the energy drink category could also adversely affect our operating results.

37

### Table of Contents

Our gross sales of $1,488.5 million for the year ended December 31, 2010 were negatively impacted by advance purchases made by our customers in the 2009 fourth quarter due to our announcement of a new per case marketing contribution program for our Monster Energy® distributors commencing January 1, 2010, as well as to avoid potential interruptions in product supply due to our announcement to transition our North American operations to the SAP enterprise resource planning system commencing January 2010 (the "Advance Purchases"). We previously estimated that gross sales for the three-months ended December 31, 2009 were increased by approximately 4% to 6% as a result of the Advance Purchases. We did not limit the amount of our customers' purchases during the fourth quarter of 2009.

**Exhibit 16**
**- 177 -**
MEC020882

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 33 of 122

- continued focus on reducing our cost base.

42

Table of Contents

## Results of Operations
(in thousands, except per share information)

| | 2012 | 2011 | 2010 | Percentage Change 12 vs. 11 | 11 vs. 10 |
|---|---|---|---|---|---|
| Gross sales, net of discounts & returns* | $ 2,373,499 | $ 1,950,490 | $ 1,488,516 | 21.7% | 31.0% |
| Less: Promotional and other allowances** | 312,797 | 247,260 | 184,574 | 26.5% | 34.0% |
| Net sales | 2,060,702 | 1,703,230 | 1,303,942 | 21.0% | 30.6% |
| Cost of sales | 995,046 | 808,921 | 623,702 | 23.0% | 29.7% |
| Gross profit*** | 1,065,656 | 894,309 | 680,240 | 19.2% | 31.5% |
| Gross profit margin as a percentage of net sales | 51.7% | 52.5% | 52.2% | | |
| Operating expenses | 515,033 | 437,886 | 332,426 | 17.6% | 31.7% |
| Operating expenses as a percentage of net sales | 25.0% | 25.7% | 25.5% | | |
| Operating income | 550,623 | 456,423 | 347,814 | 20.6% | 31.2% |
| Operating income as a percentage of net sales | 26.7% | 26.8% | 26.7% | | |
| Other (expense) income: | | | | | |
| Interest and other (expense) income, net | (2,256) | 1,619 | 2,246 | (239.3%) | (27.9%) |
| Gain (loss) on investments and put option, net | 787 | (772) | (758) | (201.9%) | 1.8% |
| Total other (expense) income | (1,469) | 847 | 1,488 | | |
| Income before provision for income taxes | 549,154 | 457,270 | 349,302 | 20.1% | 30.9% |
| Provision for income taxes | 209,134 | 171,051 | 137,273 | 22.3% | 24.6% |
| Net income | $ 340,020 | $ 286,219 | $ 212,029 | 18.8% | 35.0% |
| Net income as a percentage of net sales | 16.5% | 16.8% | 16.3% | | |
| Net income per common share: | | | | | |
| Basic | $1.96 | $1.62 | $1.20 | 20.5% | 35.6% |
| Diluted | $1.86 | $1.53 | $1.14 | 21.1% | 34.5% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 202,918 | 164,661 | 129,031 | 23.2% | 27.6% |

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items,

Exhibit 16
- 178 -
MEC020887

which can make certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under GAAP and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally,

43

Table of Contents

gross sales may not be comparable to similarly titled measures used by other companies, as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers. (See "Part II, Item 6 – Selected Financial Data").

** Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, our definition of promotional and other allowances may not be comparable to similar items presented by other companies. Promotional and other allowances primarily include consideration given to the Company's distributors or retail customers including, but not limited to the following: (i) discounts granted off list prices to support price promotions to end-consumers by retailers; (ii) reimbursements given to the Company's distributors for agreed portions of their promotional spend with retailers, including slotting, shelf space allowances and other fees for both new and existing products; (iii) the Company's agreed share of fees given to distributors and/or directly to retailers for advertising, in-store marketing and promotional activities; (iv) the Company's agreed share of slotting, shelf space allowances and other fees given directly to retailers; (v) incentives given to the Company's distributors and/or retailers for achieving or exceeding certain predetermined sales goals; (vi) discounted or free products; (vii) contractual fees given to the Company's distributors related to sales made by the Company direct to certain customers that fall within the distributors' sales territories; and (viii) commissions paid to our customers. The presentation of promotional and other allowances facilitates an evaluation of their impact on the determination of net sales and the spending levels incurred or correlated with such sales. Promotional and other allowances constitute a material portion of our marketing activities. The Company's promotional allowance programs with its numerous distributors and/or retailers are executed through separate agreements in the ordinary course of business. These agreements generally provide for one or more of the arrangements described above and are of varying durations, ranging from one week to one year.

***Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.

### Results of Operations for the Year Ended December 31, 2012 Compared to the Year Ended December 31, 2011.

*Gross Sales.* Gross sales were $2,373.5 million for the year ended December 31, 2012, an increase of approximately $423.0 million, or 21.7% higher than gross sales of $1,950.5 million for the year ended December 31, 2011. The increase in the gross sales of our Monster Energy® brand energy drinks represented approximately $416.3 million, or 98.4%, of the overall increase in gross sales. Gross sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in gross sales. No other individual product line contributed either a material increase or decrease to gross sales for the year ended December 31, 2012. Promotional and other allowances, as described in the footnote above, were $312.8 million for the year ended December 31, 2012, an increase of $65.5 million, or 26.5% higher than promotional and other allowances of $247.3 million for the year ended December 31, 2011. Promotional and other allowances as a percentage of gross sales increased to 13.2% from 12.7% for the years ended December 31, 2012 and 2011, respectively. As a result of the increase in promotional and other allowances as a percentage of gross sales, the percentage increase in gross sales for the year ended December 31, 2012 was higher than the percentage increase in net sales.

**Exhibit 16**
**- 179 -**
MEC020888

Changes in foreign currency exchange rates had an unfavorable impact on gross sales of approximately 1% for the year ended December 31, 2012, which was primarily due to a stronger U.S. dollar compared to certain local currencies in which we conduct certain of our international business.

*Net Sales.* Net sales were $2,060.7 million for the year ended December 31, 2012, an increase of approximately $357.5 million, or 21.0% higher than net sales of $1,703.2 million for the year ended December 31, 2011. The increase in net sales of our Monster Energy® brand energy drinks represented

44

Table of Contents

approximately $348.5 million, or 97.5%, of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in net sales. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2012.

Changes in foreign currency exchange rates had an unfavorable impact on net sales of approximately 1% for the year ended December 31, 2012, which was primarily due to a stronger U.S. dollar compared to certain local currencies in which we conduct certain of our international business.

Case sales, in 192-ounce case equivalents, were 202.9 million cases for the year ended December 31, 2012, an increase of approximately 38.3 million cases or 23.2% higher than case sales of 164.7 million cases for the year ended December 31, 2011. The overall average net sales per case decreased to $10.16 for the year ended December 31, 2012, which was 1.8% lower than the average net sales per case of $10.34 for the year ended December 31, 2011. The lower overall average net sales per case was primarily due to increased promotional and other allowances as a percentage of gross sales, product and geographic mix.

Net sales for the DSD segment were $1,966.5 million for the year ended December 31, 2012, an increase of approximately $358.2 million, or 22.3% higher than net sales of $1,608.3 million for the year ended December 31, 2011. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $348.5 million, or 97.3%, of the overall increase in net sales for the DSD segment. Net sales for the DSD segment of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in net sales for the DSD segment. No other individual product line contributed either a material increase or decrease to net sales for the DSD segment for the year ended December 31, 2012.

Net sales for the Warehouse segment were $94.2 million for the year ended December 31, 2012, a decrease of approximately $0.7 million, or 0.7% lower than net sales of $94.9 million for the year ended December 31, 2011. The decrease in net sales for the Warehouse segment was primarily attributable to decreased sales by volume of apple juice and Hansen's® sodas. The decrease in net sales for the Warehouse segment was partially offset by increased sales by volume of Hubert's® lemonades.

*Gross Profit.* Gross profit was $1,065.7 million for the year ended December 31, 2012, an increase of approximately $171.3 million, or 19.2% higher than the gross profit of $894.3 million for the year ended December 31, 2011. Gross profit as a percentage of net sales decreased to 51.7% for the year ended December 31, 2012 from 52.5% for the year ended December 31, 2011. The increase in gross profit dollars was primarily the result of the $416.3 million increase in gross sales of our Monster Energy® brand energy drinks. The decrease in gross profit as a percentage of net sales was largely attributable to changes in product and geographic mix, increased promotional and other allowances as a percentage of gross sales as well as production

**Exhibit 16**
**- 180 -**
MEC020889

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K
(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2013

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

## MONSTER BEVERAGE CORPORATION
(Exact name of registrant as specified in its charter)

Delaware 39-1679918
(State or other jurisdiction of (I.R.S. Employer
incorporation or organization) Identification No.)

1 Monster Way
Corona, California 92879
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

Title of Each Class | Name of each exchange on which registered
Common Stock, $.005 par value per share | Nasdaq Global Select Market

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☑ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes☐ No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

**Exhibit 16**
**- 181 -**
MEC020951

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                                    Accelerated filer ☐

Non-accelerated filer ☐                                      Smaller reporting company ☐

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)    Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $9,168,059,511 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 28, 2013, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 24, 2014 was 166,877,164 shares.

### DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2014 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2013.

Table of Contents

# MONSTER BEVERAGE CORPORATION

# FORM 10-K

# TABLE OF CONTENTS

| Item Number | | Page Number |
|---|---|---|
| **PART I** | | |
| 1. | Business | 3 |
| 1A. | Risk Factors | 19 |
| 1B. | Unresolved Staff Comments | 29 |
| 2. | Properties | 29 |
| 3. | Legal Proceedings | 29 |
| 4. | Mine Safety Disclosures | 32 |
| **PART II** | | |
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 32 |
| 6. | Selected Financial Data | 35 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 58 |
| 8. | Financial Statements and Supplementary Data | 58 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 58 |
| 9A. | Controls and Procedures | 59 |
| 9B. | Other Information | 61 |

**Exhibit 16**
**- 182 -**                                                    MEC020952

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 38 of 122

| 10. | Directors, Executive Officers and Corporate Governance | 61 |
| 11. | Executive Compensation | 61 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 61 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 62 |
| 14. | Principal Accounting Fees and Services | 62 |

**PART IV**

| 15. | Exhibits and Financial Statement Schedules | 62 |
| | Signatures | 63 |

2

Table of Contents

# PART I

## ITEM 1.     BUSINESS

### Overview

Monster Beverage Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 1 Monster Way, Corona, California 92879 and our telephone number is (951) 739-6200. When this report uses the words "Monster Energy Company", "Monster", "Hansen", "Hansen Natural Corporation", "Hansen Beverage Company", "the Company", "we", "us", and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Muscle Monster®
- Punch Monster™

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Worx Energy®
- Peace Tea®

Our Monster Energy® brand energy drinks, which represented 92.5%, 92.3% and 91.2% of our net sales for the years ended December 31, 2013, 2012 and 2011, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Monster Khaos®
- Monster M-80® (named Ripper® in certain countries)
- Monster Energy® Absolutely Zero
- Monster Energy® Import

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Toffee
  Java Monster® Kona Cappuccino™

**Exhibit 16**
**- 183 -**
MEC020953

- Monster Energy® Import Light
- Punch Monster™ Baller's Blend (formerly Dub Edition)
- Punch Monster™ Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Protean + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Coffee
- Muscle Monster® Strawberry
- Muscle Monster® Peanut Butter Cup

- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™
- X-Presso Monster® Hammer
- X-Presso Monster® Midnite
- Monster Cuba-Lima®
- Monster Energy® Zero Ultra
- Monster Energy® Ultra Blue
- Monster Energy® Ultra Red
- M3® Monster Energy® Super Concentrate
- Übermonster® Energy Brew

3

Table of Contents

**Industry Overview**

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2013 for the "alternative" beverage category of the market are estimated at approximately $37.7 billion, representing an increase of approximately 5.0% over the estimated domestic U.S. wholesale sales in 2012 of approximately $35.9 billion (revised from a previously reported estimate of $31.8 billion).

**Corporate History**

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, we acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation.

**Reportable Segments**

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor

**Exhibit 16**
**- 184 -**

MEC020954

network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically, have been allocated to "Corporate and Unallocated." Our DSD segment represented 95.6%, 95.4% and 94.4% of our consolidated net sales for the years ended December 31, 2013, 2012 and 2011, respectively. Our Warehouse segment represented 4.4%, 4.6% and 5.6% of our consolidated net sales for the years ended December 31, 2013, 2012 and 2011, respectively.

For financial information about our reporting segments and geographic areas, refer to Note 16 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

## 2013 Product Introductions

During 2013, we continued to expand our existing product lines and flavors and further develop our distribution markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During 2013, we introduced a number of new products, including the following:

4

## Table of Contents

- Monster Mini's™, 12-packs in 8-ounce size cans (January 2013).
- Muscle Monster® Energy Shakes, non-carbonated energy shakes with 25-grams of protein in five flavors: Chocolate, Vanilla, Coffee (March 2013), Strawberry (November 2013) and Peanut Butter Cup (December 2013).
- Monster Rehab® Tea + Pink Lemonade + Energy (March 2013).
- Monster Energy® Ultra Blue, a carbonated energy drink which contains zero calories and zero sugar (March 2013).
- Java Monster® Kona Cappuccino™ (March 2013).
- Hansen's® Sparkling Fruit Beverages, a line of 10-calorie beverages with all natural sweeteners (March 2013).
- Peace Tea® Georgia Peach and Sno-Berry, ready-to-drink iced teas (June 2013).
- Hubert's® Lemonade, Strawberry Lemonade, Blackberry Lemonade and Cherry Limeade in 40-ounce glass bottles (July 2013).
- Monster Energy® Ultra Red, a carbonated energy drink which contains zero calories and zero sugar (September 2013).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2013, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

## Products – Packaging

We package our products in a variety of different package types and sizes including, but not limited to, aluminum cans, sleek aluminum cans, glass bottles, polyethylene terephthalate (PET) plastic bottles, high density polyethylene plastic bottles, aseptic boxes and stick packs.

## Products – DSD Segment

Monster Energy® Brand Energy Drinks:

Exhibit 16
- 185 -
MEC020955

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 41 of 122

*Monster Energy® Drinks* - In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our original Hansen's® brand energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We offer the following products under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Assault®, Monster Khaos®, Monster M-80® (named Ripper® in certain countries), Monster Energy® Absolutely Zero, Monster Energy® Import and Import Light, Punch Monster™ Baller's Blend (formerly Dub Edition), Punch Monster™ Mad Dog (formerly Dub Edition), M3® Monster Energy® Super Concentrate energy drinks, Übermonster® Energy Brew, Monster Energy® Zero Ultra, Monster Energy® Ultra Blue, Monster Energy® Ultra Red and Monster Cuba-Lima®.

*Java Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend®, Java Monster® Toffee and Java Monster® Kona Cappuccino™.

*X-Presso Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the X-Presso Monster® coffee + energy drinks product line: X-Presso Monster® Hammer and X-Presso Monster® Midnite.

5

Table of Contents

*Muscle Monster® Energy Shakes* – A line of non-carbonated energy shakes containing 25-grams of protein. We offer the following products under the Muscle Monster® Energy Shake product line: Chocolate, Vanilla, Coffee, Strawberry and Peanut Butter Cup.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - A line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™, Anti Gravity® and Black Ice™.

*Monster Rehab® Tea + Energy Drinks* - A line of non-carbonated energy drinks with electrolytes. We offer the following products under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Rojo Tea + Energy, Monster Rehab® Green Tea + Energy, Monster Rehab® Protean + Energy, Monster Rehab® Tea + Orangeade + Energy and Monster Rehab® Tea + Pink Lemonade + Energy.

Other:

*Worx Energy® Energy Shots* - A line of energy supplements which contains zero calories and zero sugar. We offer the following products under the Worx Energy® energy shot product line: Original Formula and Extra Strength.

*Peace Tea® Iced Teas* - A line of ready-to-drink iced teas. We offer the following teas under the Peace Tea® product line: Green, imported Ceylon, Sweet Lemon, Razzleberry, Cranberry, Pink Lemonade, Georgia Peach, Sno-Berry, Texas-Style Sweet tea as well as Caddy Shack® tea + lemonade.

**Products – Warehouse Segment**

*Hansen's® Brand Sodas* - Hansen's® brand sodas have been a leading natural soda brand on the West

**Exhibit 16**
**- 186 -**

MEC020956

are smaller or primarily local or operational. Our products also compete with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Domestically, our energy drinks compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp, Adrenaline Rush, NOS, Venom, Redline, Red Devil, Rip It, Xenergy, 5-Hour Energy Shots, MiO Energy, Stacker 2, VPX Redline Energy Shots, and many other brands. TCCC and PepsiCo also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX, Mountain Dew Kickstart and Vault. Internationally, our energy drinks compete with Red Bull, Rockstar, Burn, V-Energy, Lucozade, Adrenaline Rush, Relentless and numerous local and private label brands that usually differ from country to country, such as Power Play, Mother, Hell, Shock, Tiger, Boost, TNT, Shark, Hot 6, Nalu, Battery, Bullit, Flash Up, Black, Non-Stop, Bomba, Semtex, Vive 100, Dark Dog, Speed, Guaraná, Ultra and a host of other international brands.

Our Java Monster® and X-Presso Monster® product lines compete directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Seattle's Best and illy issimo coffee.

Our Muscle Monster® product line competes directly with Muscle Milk, Core Power, ABB Pure Pro and Gatorade Recover Protein Shake.

Our Peace Tea® ready-to-drink iced tea product line competes directly with Arizona, Lipton, Snapple, Nestea, Xing Tea, Honest Tea, Gold Peak Tea, Fuze Tea and other tea brands.

Our natural sodas compete directly with traditional soda products, including those marketed by TCCC, PepsiCo, the DPS Group, Cott Corporation and National Beverage Corporation, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Crystal Geyser, J.M. Smucker Company, Reeds, Inc., Zevia and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

12

Table of Contents

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice, Old Orchard and also with other brands of apple juice and juice blends, including store brands.

Our Hubert's® Lemonades and Hubert's® Half & Half lemonade + teas compete directly with Calypso, Simply Lemonade, Minute Maid, Cabana, Tropicana and Newman's Own.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers) to enhance demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and sports figures, personality endorsements (including from television and other well-known sports personalities), coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters, outdoor posters, print, radio and television advertising (directly and through our sponsorships and endorsements) and coupons may also be used to promote our brands.

Exhibit 16
- 187 -
MEC020963

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 43 of 122

We have historically marketed our Monster Energy®, Hansen's® and Blue Energy® energy drink products as dietary supplements in accordance with the statutory definition of "dietary supplement" set forth in the Federal Food, Drug, and Cosmetic Act (the "FFDC Act"). However, as permitted under the FFDC Act and the U.S. Food and Drug Administration (the "FDA") regulations, we determined to transition the labeling and marketing of these energy drink products from dietary supplements to conventional foods. In the first quarter of 2013, we began transitioning the labeling of such products. Products marketed under the Worx Energy® brand, which are sold in 2-ounce bottles, will continue to be labeled as dietary supplements. The costs of the labeling changes have not been significant and we do not expect the remaining costs, if any, to be significant.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with retailers to assist our marketing efforts.

We increased expenditures for our sales and marketing programs by approximately 8.8% in 2013 compared to 2012. As of December 31, 2013, we employed 1,571 employees in sales and marketing activities, of which 805 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military. Gross sales to our various customer types for the years ended December 31, 2013, 2012 and 2011 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage distributors in the United States. Such full service beverage distributors in turn sell certain of our products to the

13

## Table of Contents

same customer types listed below. We limit our description of our customer types to include only our sales to such full service distributors without reference to such distributors' sales to their own customers.

|                                                  | 2013 | 2012 | 2011 |
|--------------------------------------------------|------|------|------|
| Full service distributors                        | 63%  | 63%  | 64%  |
| Club stores, drug chains & mass merchandisers    | 9%   | 9%   | 10%  |
| Outside the U.S.                                 | 23%  | 22%  | 20%  |
| Retail grocery, specialty chains and wholesalers | 3%   | 4%   | 4%   |
| Other                                            | 2%   | 2%   | 2%   |

Our customers include the TCCC North American Bottlers, Wal-Mart, Inc. (including Sam's Club), the AB Distributors, New CCE, certain bottlers of Coca-Cola Hellenic, Kalil Bottling Group, Trader Joe's, Swire Coca-Cola, Costco, The Kroger Co. and Safeway, Inc. CCR accounted for approximately 29%, 28% and 29% of our net sales for the years ended December 31, 2013, 2012 and 2011, respectively.

## Seasonality

Exhibit 16
- 188 -                                                                    MEC020964

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

## Intellectual Property

We presently have approximately 4,000 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress, and other intellectual property as very important to our business. We consider Monster® (registered outside of the United States), Monster Energy®, ℳ®, M Monster Energy®, Monster Rehab®, Java Monster®, Muscle Monster®, Punch Monster™, Unleash the Beast®, Monster Energy Extra Strength Nitrous Technology®, X-Presso Monster®, Hansen's Natural Cane Soda®, Hansen's®, Peace Tea®, Worx Energy®, Blue Sky®, Hubert's® and Junior Juice® to be our core trademarks.

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We assert copyright ownership of the statements, graphics and content appearing on the packaging of our products and in our marketing materials. We aggressively pursue individuals and/or entities seeking to profit from the unauthorized use of our trademarks and copyrights, including, without limitation, wholesalers, street vendors, retailers, online auction site sellers and website operators. In addition to initiating civil actions against these individuals and entities, we work with law enforcement officials where appropriate.

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

14

## Table of Contents

We enforce and protect our trademark rights against third parties infringing or disparaging our trademarks by opposing registration of conflicting trademarks, and initiating litigation as necessary.

## Government Regulation

The production, distribution and sale in the United States of many of our products are subject to various U.S. federal and state regulations, including but not limited to: the FFDC Act, including as amended by the Dietary Supplement Health and Education Act of 1994; the Occupational Safety and Health Act; various environmental statutes; and a number of other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising, labeling and ingredients of such products. Outside the United States, the production, distribution and sale of many of our products are also subject to numerous statutes and regulations.

We also may in the future be affected by other existing, proposed and potential future regulations or regulatory actions, including those described below, any of which could adversely affect our business, financial

**Exhibit 16**
**- 189 -**
MEC020965

| Total | 13,346,989 | $15.71 | 12,256,306 |
|---|---|---|---|



Table of Contents

**Performance Graph**

The following graph shows a five-year comparison of cumulative total returns:[1]

**COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN**




[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2008. The Company's current self-selected peer group is comprised of The Coca-Cola Company, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation.



Table of Contents

## ITEM 6. SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2011 through 2013 and the balance sheet data as of December 31, 2013 and 2012, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2010 and 2009 and the balance sheet data as of December 31, 2011, 2010 and 2009 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2013 | 2012 | 2011 | 2010 | 2009 |
|---|---|---|---|---|---|

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 46 of 122

| Gross sales* | $ 2,586,531 | | $ 2,373,499 | | $ 1,950,490 | | $ 1,488,316 | | $ 1,309,335 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales[1] | $ 2,246,428 | | $ 2,060,702 | | $ 1,703,230 | | $ 1,303,942 | | $ 1,143,299 |
| Gross profit[1] | $ 1,172,931 | | $ 1,065,656 | | $ 894,309 | | $ 680,240 | | $ 612,316 |
| Gross profit as a percentage to net sales | 52.2% | | 51.7% | | 52.5% | | 52.2% | | 53.6% |
| Operating income[2] | $ 572,916 | | $ 550,623 | | $ 456,423 | | $ 347,814 | | $ 337,309 |
| Net income | $ 338,661 | | $ 340,020 | | $ 286,219 | | $ 212,029 | | $ 208,716 |
| Net income per common share: | | | | | | | | | | |
| Basic | $ 2.03 | | $ 1.96 | | $ 1.62 | | $ 1.20 | | $ 1.16 |
| Diluted | $ 1.95 | | $ 1.86 | | $ 1.53 | | $ 1.14 | | $ 1.10 |
| Cash, cash equivalents and investments | $ 623,388 | | $ 340,949 | | $ 793,807 | | $ 643,680 | | $ 427,672 |
| Total assets | $ 1,420,509 | | $ 1,043,325 | | $ 1,362,399 | | $ 1,146,950 | | $ 850,189 |
| Stockholders' equity | $ 992,279 | | $ 644,397 | | $ 979,158 | | $ 828,398 | | $ 584,953 |

[1]Includes $14.8 million, $13.2 million, $13.0 million, $10.0 million and $8.2 million for the years ended December 31, 2013, 2012, 2011, 2010 and 2009, respectively, related to the recognition of deferred revenue.

[2]Includes $10.8 million, $1.5 million, $1.1 million, $0.3 million and $1.9 million for the years ended December 31, 2013, 2012, 2011, 2010 and 2009, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under generally accepted accounting principles in the United States of America ("GAAP") and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers (See "Part II, Item 7 – Results of Operations").

35

Table of Contents

## ITEM 7.　MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

• 　*Our Business* – a general description of our business; the value drivers of our business; and

**Exhibit 16**
**- 191 -**　　　　MEC020986

- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "Forward-Looking Statements" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### *Overview*

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- X-Presso Monster®
- Muscle Monster®
- Punch Monster™

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Worx Energy®
- Peace Tea®

36

Table of Contents

Our Monster Energy® drinks, which represented 92.5%, 92.3% and 91.2% of our net sales for the years ended December 31, 2013, 2012 and 2011, respectively, include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Monster Khaos®
- Monster M-80® (named Ripper® in certain countries)
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Monster Energy® Import Light
- Punch Monster™ Baller's Blend (formerly Dub Edition)
- Punch Monster™ Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Toffee
- Java Monster® Kona Cappuccino™
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Energy Extra Strength Nitrous Technology® Black Ice™

**Exhibit 16**
**- 192 -**
MEC020987

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 48 of 122

- Monster Rehab® Protean + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Coffee
- Muscle Monster® Strawberry
- Muscle Monster® Peanut Butter Cup

- X-Presso Monster® Hammer
- X-Presso Monster® Midnite
- Monster Cuba-Lima®
- Monster Energy® Zero Ultra
- Monster Energy® Ultra Blue
- Monster Energy® Ultra Red
- M3® Monster Energy® Super Concentrate
- Übermonster® Energy Brew

We have two reportable segments, namely Direct Store Delivery ("DSD"), whose principal products comprise energy drinks, and Warehouse ("Warehouse"), whose principal products comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers.

During the year ended December 31, 2013, we continued to expand our existing product lines and flavors and further developed our markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During the year ended December 31, 2013, we introduced the following products:

- Monster Mini's™, 12-packs in 8-ounce size cans (January 2013).
- Muscle Monster® Energy Shakes, non-carbonated energy shakes with 25-grams of protein in five flavors: Chocolate, Vanilla, Coffee (March 2013), Strawberry (November 2013) and Peanut Butter Cup (December 2013).
- Monster Rehab® Tea + Pink Lemonade + Energy (March 2013).
- Monster Energy® Ultra Blue, a carbonated energy drink which contains zero calories and zero sugar (March 2013).
- Java Monster® Kona Cappuccino™ (March 2013).
- Hansen's® Sparkling Fruit Beverages, a line of 10-calorie beverages with all natural sweeteners (March 2013).
- Peace Tea® Georgia Peach and Sno-Berry, ready-to-drink iced teas (June 2013).
- Hubert's® Lemonade, Strawberry Lemonade, Blackberry Lemonade and Cherry Limeade in 40-ounce glass bottles (July 2013).
- Monster Energy® Ultra Red, a carbonated energy drink which contains zero calories and zero sugar (September 2013).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2013, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

37

## Table of Contents

Our gross sales of $2,586.5 million for the year ended December 31, 2013 represented record annual sales. The vast majority of our gross sales are derived from our Monster Energy® brand energy drinks. Gross sales of our Monster Energy® brand energy drinks were $2,412.4 million for the year ended December 31, 2013, an increase of $207.4 million, or 97.4% of our overall increase in gross sales for the year ended December 31, 2013. Any decrease in gross sales of our Monster Energy® brand energy drinks could have a significant adverse effect on our future revenues and net income. Competitive pressure in the energy drink category could also adversely affect our operating results.

**Exhibit 16**
**- 193 -**
MEC020988

**Results of Operations**

(in thousands, except per share information)

| | 2013 | 2012 | 2011 | Percentage Change 13 vs. 12 | 12 vs. 11 |
|---|---|---|---|---|---|
| Gross sales, net of discounts & returns* | $ 2,586,531 | $ 2,373,499 | $ 1,950,490 | 9.0% | 21.7% |
| Less: Promotional and other allowances** | 340,103 | 312,797 | 247,260 | 8.7% | 26.5% |
| Net sales | 2,246,428 | 2,060,702 | 1,703,230 | 9.0% | 21.0% |
| Cost of sales | 1,073,497 | 995,046 | 808,921 | 7.9% | 23.0% |
| Gross profit*** | 1,172,931 | 1,065,656 | 894,309 | 10.1% | 19.2% |
| Gross profit as a percentage of net sales | 52.2% | 51.7% | 52.5% | | |
| Operating expenses | 600,015 | 515,033 | 437,886 | 16.5% | 17.6% |
| Operating expenses as a percentage of net sales | 26.7% | 25.0% | 25.7% | | |
| Operating income | 572,916 | 550,623 | 456,423 | 4.0% | 20.6% |
| Operating income as a percentage of net sales | 25.5% | 26.7% | 26.8% | | |
| Other (expense) income: | | | | | |
| Interest and other (expense) income, net | (11,737) | (2,256) | 1,619 | 420.3% | (239.3%) |
| Gain (loss) on investments and put option, net | 2,715 | 787 | (772) | 245.0% | (201.9%) |
| Total other (expense) income | (9,022) | (1,469) | 847 | | |
| Income before provision for income taxes | 563,894 | 549,154 | 457,270 | 2.7% | 20.1% |
| Provision for income taxes | 225,233 | 209,134 | 171,051 | 7.7% | 22.3% |
| Net income | $ 338,661 | $ 340,020 | $ 286,219 | (0.4%) | 18.8% |
| Net income as a percentage of net sales | 15.1% | 16.5% | 16.8% | | |
| Net income per common share: | | | | | |
| Basic | $2.03 | $1.96 | $1.62 | 3.8% | 20.5% |
| Diluted | $1.95 | $1.86 | $1.53 | 5.2% | 21.1% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 221,348 | 202,918 | 164,661 | 9.1% | 23.2% |

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under GAAP and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies, as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers. (See "Part II, Item 6 – Selected Financial Data").*

**Exhibit 16**

**- 194 -**

MEC020993

Table of Contents

\*\* *Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, our definition of promotional and other allowances may not be comparable to similar items presented by other companies. Promotional and other allowances primarily include consideration given to the Company's distributors or retail customers including, but not limited to the following: (i) discounts granted off list prices to support price promotions to end-consumers by retailers; (ii) reimbursements given to the Company's distributors for agreed portions of their promotional spend with retailers, including slotting, shelf space allowances and other fees for both new and existing products; (iii) the Company's agreed share of fees given to distributors and/or directly to retailers for advertising, in-store marketing and promotional activities; (iv) the Company's agreed share of slotting, shelf space allowances and other fees given directly to retailers; (v) incentives given to the Company's distributors and/or retailers for achieving or exceeding certain predetermined sales goals; (vi) discounted or free products; (vii) contractual fees given to the Company's distributors related to sales made by the Company direct to certain customers that fall within the distributors' sales territories; and (viii) commissions paid to our customers. The presentation of promotional and other allowances facilitates an evaluation of their impact on the determination of net sales and the spending levels incurred or correlated with such sales. Promotional and other allowances constitute a material portion of our marketing activities. The Company's promotional allowance programs with its numerous distributors and/or retailers are executed through separate agreements in the ordinary course of business. These agreements generally provide for one or more of the arrangements described above and are of varying durations, ranging from one week to one year.*

\*\*\**Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.*

### *Results of Operations for the Year Ended December 31, 2013 Compared to the Year Ended December 31, 2012.*

*Gross Sales.* Gross sales were $2,586.5 million for the year ended December 31, 2013, an increase of approximately $213.0 million, or 9.0% higher than gross sales of $2,373.5 million for the year ended December 31, 2012. The increase in the gross sales of our Monster Energy® brand energy drinks represented approximately $207.4 million, or 97.4%, of the overall increase in gross sales. Gross sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international demand as well as our expansion into new international markets. The increase in gross sales of our Hubert's® lemonades represented approximately $10.5 million, or 4.9%, of the overall increase in gross sales. Gross sales of our Hubert's® lemonades increased primarily due to increased sales by volume as a result of increased distribution and increased domestic demand. Pricing changes did not have a material impact on the increase in gross sales. No other individual product line contributed either a material increase or decrease to gross sales for the year ended December 31, 2013. Promotional and other allowances, as described in the footnote above, were $340.1 million for the year ended December 31, 2013, an increase of $27.3 million, or 8.7% higher than promotional and other allowances of $312.8 million for the year ended December 31, 2012. Promotional and other allowances as a percentage of gross sales increased to 13.1% from 13.2% for the years ended December 31, 2013 and 2012, respectively.

Collective changes in foreign currency exchange rates did not have a material impact on gross sales for the year ended December 31, 2013.

*Net Sales.* Net sales were $2,246.4 million for the year ended December 31, 2013, an increase of approximately $185.7 million, or 9.0% higher than net sales of $2,060.7 million for the year ended December 31, 2012. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $177.5 million, or 95.6%, of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international demand as well as our expansion into new international markets. The increase in net sales of our Hubert's® lemonades represented approximately $8.4 million, or 4.5%, of the overall increase in net sales. Net sales of our Hubert's® lemonades increased primarily due to increased sales by volume as a result of increased distribution and increased domestic demand. Pricing changes did not have a material impact on the increase in net sales. No other

**Exhibit 16**
**- 195 -**	MEC020994

individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2013.

43

Table of Contents

Collective changes in foreign currency exchange rates did not have a material impact on net sales for the year ended December 31, 2013.

Case sales, in 192-ounce case equivalents, were 221.3 million cases for the year ended December 31, 2013, an increase of approximately 18.4 million cases or 9.1% higher than case sales of 202.9 million cases for the year ended December 31, 2012. The overall average net sales per case decreased to $10.15 for the year ended December 31, 2013, which was 0.1% lower than the average net sales per case of $10.16 for the year ended December 31, 2012.

Net sales for the DSD segment were $2,147.4 million for the year ended December 31, 2013, an increase of approximately $180.9 million, or 9.2% higher than net sales of $1,966.5 million for the year ended December 31, 2012. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $177.5 million, or 98.1%, of the overall increase in net sales for the DSD segment. Net sales for the DSD segment of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international demand as well as our expansion into new international markets. Pricing changes did not have a material impact on the increase in net sales for the DSD segment. No other individual product line contributed either a material increase or decrease to net sales for the DSD segment for the year ended December 31, 2013.

Net sales for the Warehouse segment were $99.1 million for the year ended December 31, 2013, an increase of approximately $4.9 million, or 5.1% higher than net sales of $94.2 million for the year ended December 31, 2012. The increase in net sales for the Warehouse segment was primarily attributable to increased sales by volume of Hubert's® lemonades. The increase in net sales for the Warehouse segment was partially offset by decreased sales by volume of Hansen's® soda.

*Gross Profit.* Gross profit was $1,172.9 million for the year ended December 31, 2013, an increase of approximately $107.3 million, or 10.1% higher than the gross profit of $1,065.7 million for the year ended December 31, 2012. Gross profit as a percentage of net sales increased to 52.2% for the year ended December 31, 2013 from 51.7% for the year ended December 31, 2012. The increase in gross profit dollars was primarily the result of the $207.4 million increase in gross sales of our Monster Energy® brand energy drinks. The increase in gross profit as a percentage of net sales was largely attributable to changes in product sales mix as well as a reduction in the cost of certain containers.

*Operating Expenses.* Total operating expenses were $600.0 million for the year ended December 31, 2013, an increase of approximately $85.0 million, or 16.5% higher than total operating expenses of $515.0 million for the year ended December 31, 2012. The increase in operating expenses was partially attributable to increased expenditures of $19.4 million for professional service costs, including legal and accounting fees (of which $15.9 million related to regulatory matters and litigation concerning our Monster Energy® brand energy drinks), increased payroll expenses of $13.7 million (of which $0.4 million was related to an increase in stock-based compensation), increased out-bound freight and warehouse costs of $11.9 million, increased expenditures of $9.3 million relating to the costs associated with terminating existing distributors, increased expenditures of $7.3 million for sponsorships and endorsements and increased expenditures of $5.2 million for merchandise displays. Total operating expenses as a percentage of net sales was 26.7% for the year ended December 31, 2013, compared to 25.0% for the year ended December 31, 2012.

**Exhibit 16**
**- 196 -**
MEC020995

*Combination Margin.* Contribution margin for the DSD segment was $726.8 million for the year ended December 31, 2013, an increase of approximately $66.2 million, or 10.0% higher than the contribution margin of $660.6 million for the year ended December 31, 2012. The increase in the contribution margin for the DSD segment was primarily the result of the $207.4 million increase in gross sales of our Monster Energy® brand energy drinks. Contribution margin for the Warehouse segment was

44

Table of Contents

($1.7) million for the year ended December 31, 2013, approximately $5.2 million lower than the contribution margin of $3.5 million for the year ended December 31, 2012. The decrease in the contribution margin for the Warehouse segment was primarily attributable to increased promotional and other allowances as well as increased operating expenses.

*Operating Income.* Operating income was $572.9 million for the year ended December 31, 2013, an increase of approximately $22.3 million, or 4.0% higher than operating income of $550.6 million for the year ended December 31, 2012. Operating income as a percentage of net sales decreased to 25.5% for the year ended December 31, 2013 from 26.7% for the year ended December 31, 2012, primarily due to the increase in operating expenses as a percentage of net sales. The increase in operating income dollars was primarily due to an increase in gross profit of $107.3 million, partially offset by an $85.0 million increase in operating expenses. Operating income was negatively affected by combined operating losses of $12.9 million and $10.1 million for the years ended December 31, 2013 and 2012, respectively, in relation to our operations in Africa, Asia, Australia, Europe, the Middle East and South America.

*Other (Expense) Income.* Other (expense) was ($9.0) million for the year ended December 31, 2013, as compared to other (expense) of ($1.5) million for the year ended December 31, 2012. Foreign currency transaction losses were $12.9 million and $3.7 million for the years ended December 31, 2013 and 2012, respectively. The increase in foreign currency losses during the year ended December 31, 2013 was primarily related to our operations in Australia, Europe, Japan and South Africa. Interest income was $1.0 million and $1.4 million for the years ended December 31, 2013 and 2012, respectively.

*Provision for Income Taxes.* Provision for income taxes was $225.2 million for the year ended December 31, 2013, an increase of $16.1 million or 7.7% higher than the provision for income taxes of $209.1 million for year ended December 31, 2012. The effective combined federal, state and foreign tax rate increased to 39.9% from 38.1% for the years ended December 31, 2013 and 2012, respectively. The increase in the effective tax rate during the year ended December 31, 2013 was primarily the result of the impact of increased losses in certain foreign subsidiaries for which there is no tax benefit and the establishment of a full valuation allowance against the deferred tax assets of certain foreign subsidiaries.

*Net Income.* Net income was $338.7 million for the year ended December 31, 2013, a decrease of $1.4 million or 0.4% lower than net income of $340.0 million for the year ended December 31, 2012. The decrease in net income was partially attributable to: (i) an increase in professional service costs of $15.9 million related to regulatory matters and litigation concerning the advertising, marketing, promotion, ingredients, usage, safety and sale of our Monster Energy® brand energy drinks; (ii) an increase in expenditures attributable to the costs associated with terminating existing distributors of $9.3 million; (iii) an increase in foreign currency losses of $9.2 million primarily related to our operations in Australia, Europe, Japan and South Africa; and (iv) an increase in the effective combined federal, state and foreign tax rate from 38.1% to 39.9% due in part to a $4.7 million increase in the impact of both existing and newly established valuation allowances against the deferred tax assets of certain foreign subsidiaries.

***Results of Operations for the Year Ended December 31, 2012 Compared to the Year Ended December 31, 2011.***

**Exhibit 16**
**- 197 -**
MEC020996

10-K 1 a14-25746_110k.htm 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K

(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2014

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-18761

## MONSTER BEVERAGE CORPORATION

(Exact name of registrant as specified in its charter)

Delaware                                    39-1679918
(State or other jurisdiction of             (I.R.S. Employer
incorporation or organization)              Identification No.)

1 Monster Way
Corona, California 92879
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the

**Exhibit 16**
**- 198 -**

MEC021056

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                                Accelerated filer □
Non-accelerated filer □                                   Smaller reporting company □
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.) Yes □ No ☑

The aggregate market value of the voting and non-voting common equity held by nonaffiliates of the registrant was $10,745,367,329 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2014, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 17, 2015 was 170,016,322 shares.

### DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2015 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2014.

Table of Contents

## MONSTER BEVERAGE CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                                                                    **Page Number**

### PART I

| | | |
|---|---|---|
| 1. | Business | 3 |
| 1A. | Risk Factors | 21 |
| 1B. | Unresolved Staff Comments | 33 |
| 2. | Properties | 33 |
| 3. | Legal Proceedings | 33 |
| 4. | Mine Safety Disclosures | 37 |

### PART II

| | | |
|---|---|---|
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 37 |
| 6. | Selected Financial Data | 40 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 41 |

Exhibit 16
- 199 -

MEC021057

| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 64 |
| 8. | Financial Statements and Supplementary Data | 64 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 65 |
| 9A. | Controls and Procedures | 65 |
| 9B. | Other Information | 67 |

## PART III

| 10. | Directors, Executive Officers and Corporate Governance | 67 |
| 11. | Executive Compensation | 67 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 67 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 68 |
| 14. | Principal Accounting Fees and Services | 68 |

## PART IV

| 15. | Exhibits and Financial Statement Schedules | 68 |
| | Signatures | 69 |

2

Table of Contents

## PART I

## ITEM 1.   BUSINESS

Monster Beverage Corporation was incorporated in Delaware on April 25, 1990. Our principal place of business is located at 1 Monster Way, Corona, California 92879 and our telephone number is (951) 739-6200. When this report uses the words "Monster Energy Company", "Monster", "Hansen", "Hansen Natural Corporation", "Hansen Beverage Company", "the Company", "we", "us", and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

### *Acquisitions and Divestitures*

On August 14, 2014, the Company and The Coca-Cola Company ("TCCC") entered into definitive agreements for a long-term strategic relationship in the global energy drink category (the "TCCC Transaction"). As part of the TCCC Transaction, the Company, New Laser Corporation, a wholly owned subsidiary of the Company ("NewCo"), New Laser Merger Corp., a wholly owned subsidiary of NewCo ("Merger Sub"), TCCC and European Refreshments, an indirect wholly owned subsidiary of TCCC, entered into a transaction agreement, and the Company, TCCC and NewCo entered into an asset transfer agreement (together, the "TCCC Transaction Agreements"). Pursuant to the TCCC Transaction Agreements, the Company will reorganize into a new holding company by merging Merger Sub into the Company, with the Company surviving as a wholly owned subsidiary of NewCo. In the merger, each outstanding share of the Company's common stock will be converted into one share of NewCo's common stock.

Subject to the terms and conditions of the TCCC Transaction Agreements, upon the closing of the TCCC Transaction, (1) NewCo will issue to TCCC newly issued shares of common stock representing approximately 16.7% of the total number of shares of issued and outstanding NewCo common stock (after giving effect to the

Exhibit 16
- 200 -
MEC021058

new issuance) and TCCC will have the right to nominate two individuals (reduced to one upon the earlier of (i) 36 months after the closing of the TCCC Transaction and (ii) TCCC's equity interest in NewCo exceeding 20% of the outstanding shares of NewCo common stock) to NewCo's Board of Directors, (2) TCCC will transfer its global energy drink business (including the NOS®, Full Throttle®, Burn®, Mother®, Play® and Power Play® and Relentless® brands) to NewCo, and the Company will transfer its non-energy drink business (including Hansen's® Natural Sodas, Peace Tea®, Hubert's® Lemonade and Hansen's® Juice Products) to TCCC, (3) the Company and TCCC will amend their current distribution coordination agreements, which will contemplate expanding distribution of the Company's products into additional territories pursuant to long-term distribution agreements with TCCC's network of owned or controlled bottlers/distributors and independent bottling and distribution partners, and (4) TCCC will make a net cash payment of $2.15 billion to the Company (up to $625.0 million of which will be held in escrow, subject to release upon achievement of milestones relating to the transfer of distribution rights).

The waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976 (the "HSR Act") with respect to the TCCC Transaction expired on October 15, 2014, and all necessary approvals or consents from foreign antitrust authorities have been obtained. The closing of the transaction is subject to customary closing conditions and is expected to close in the second quarter of 2015.

3

Table of Contents

## Overview

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Punch Monster®
- Juice Monster™

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Peace Tea®

Our Monster Energy® brand energy drinks, which represented 93.3%, 92.5% and 92.3% of our net sales for the years ended December 31, 2014, 2013 and 2012, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster™ Khaos®
- Juice Monster™ Ripper®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Punch Monster® Baller's Blend (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Cappuccino
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- Monster Cuba-Lima®
- Monster Energy® Zero Ultra

Exhibit 16
- 201 -
MEC021059

- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Coffee
- Muscle Monster® Strawberry
- Muscle Monster® Peanut Butter Cup
- Monster Energy® Valentino Rossi

- Monster Energy® Ultra Blue™
- Monster Energy® Ultra Red™
- Monster Energy® Ultra Black™
- Monster Energy® Ultra Sunrise™
- Monster Energy® Unleaded
- Übermonster® Energy Brew™
- M3® Monster Energy® Super Concentrate

## Industry Overview

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2014 for the "alternative" beverage category of the market are estimated at approximately $38.8 billion, representing an increase of approximately 5.1% over the estimated domestic U.S. wholesale sales in 2013 of approximately $36.9 billion (revised from a previously reported estimate of $37.7 billion).

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include

4

Table of Contents

Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, we acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen beverage business has significantly expanded and includes a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation.

## Reportable Segments

We have two operating and reportable segments, namely Direct Store Delivery ("DSD"), the principal products of which comprise energy drinks, and Warehouse ("Warehouse"), the principal products of which comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily directly to retailers. Corporate and unallocated amounts that do not relate to the DSD or Warehouse segments specifically, have been allocated to "Corporate and Unallocated." Our DSD segment represented 96.1%, 95.6% and 95.4% of our consolidated net sales for the years ended December 31, 2014, 2013 and 2012, respectively. Our Warehouse segment represented 3.9%, 4.4% and 4.6% of our consolidated net sales for the

**Exhibit 16**
**- 202 -**
MEC021060

years ended December 31, 2014, 2013 and 2012, respectively. Following the consummation of the TCCC Transaction, the Company anticipates that it will have two operating and reporting segments: Concentrate, the principal products of which will likely include the various energy drink brands transferred to the Company from TCCC, and Finished Products, the principal products of which will likely include the Company's Monster Energy® drink products that currently make up the majority of the DSD segment.

For financial information about our reporting segments and geographic areas, refer to Note 17 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

## 2014 Product Introductions

During 2014, we continued to expand our existing product lines and flavors and further develop our distribution markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During 2014, we introduced a number of new products, including the following:

- Punch Monster® Baller's Blend (formerly Dub Edition) (January 2014).
- Punch Monster® Mad Dog (formerly Dub Edition) (January 2014).
- Peace Tea Beverage Company™ Viva Mango™, a mango flavored juice drink (February 2014).
- Monster Energy® Valentino Rossi, a carbonated energy drink (May 2014).
- Hubert's® Organic Lemonade, a line of certified organic lemonades in a variety of flavors (May 2014).
- Monster Energy® Ultra Black™, a carbonated energy drink which contains zero calories and zero sugar, launched as a summer promotion with 7-eleven (July 2014).
- Monster Energy® Unleaded, a carbonated energy drink which contains no caffeine (August 2014).
- Monster Energy® Ultra Sunrise™, a carbonated energy drink which contains zero calories and zero sugar (September 2014).

5

Table of Contents

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2014, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Pursuant to the terms and conditions of the TCCC Transaction Agreements, upon the closing of the TCCC Transaction, the Company will transfer its non-energy drink business (including Hansen's® Natural Sodas, Peace Tea®, Hubert's® Lemonade and Hansen's® Juice Products) to TCCC.

## Products – DSD Segment

### Monster Energy® Brand Energy Drinks:

*Monster Energy® Drinks* - In 2002, we launched a new carbonated energy drink under the Monster Energy® brand name in 16-ounce cans, which was almost double the size of our original Hansen's® brand energy drinks (in 8.3-ounce cans) and the vast majority of competitive energy drinks on the market at that time. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We primarily offer the following products under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Assault®, Juice Monster™ Khaos®, Juice Monster™ Ripper®, Monster Energy® Absolutely Zero,

**Exhibit 16**
**- 203 -**
MEC021061

Monster Energy® Import, Punch Monster® Baller's Blend (formerly Dub Edition), Punch Monster® Mad Dog (formerly Dub Edition), M3® Monster Energy® Super Concentrate energy drinks, Übermonster® Energy Brew™, Monster Energy® Zero Ultra, Monster Energy® Ultra Blue, Monster Energy® Ultra Red, Monster Energy® Ultra Black™, Monster Energy® Ultra Sunrise™, Monster Energy® Valentino Rossi, Monster Energy® Unleaded, and Monster Cuba-Lima®.

*Java Monster® Coffee + Energy Drinks* - A line of non-carbonated dairy based coffee + energy drinks. We offer the following products under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Cappuccino.

*Muscle Monster® Energy Shakes* – A line of non-carbonated energy shakes containing 25-grams of protein. We offer the following products under the Muscle Monster® Energy Shake product line: Chocolate, Vanilla, Coffee, Strawberry and Peanut Butter Cup.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - A line of carbonated energy drinks containing nitrous oxide. We offer the following products under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™ and Anti Gravity®.

*Monster Rehab® Tea + Energy Drinks* - A line of non-carbonated energy drinks with electrolytes. We offer the following products under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Rojo Tea + Energy, Monster Rehab® Green Tea + Energy, Monster Rehab® Tea + Orangeade + Energy and Monster Rehab® Tea + Pink Lemonade + Energy.

6

Table of Contents

Other:

*Peace Tea® Iced Teas and Juice Drinks* - A line of ready-to-drink iced teas and juice drinks. We offer the following teas and juice drinks under the Peace Tea® product line: Green Tea, Sweet Lemon Tea, Razzleberry Tea, Pink Lemonade Tea, Georgia Peach Tea, Sno-Berry, Texas-Style Sweet Tea, Caddy Shack® Tea + Lemonade as well as Viva Mango™ juice drinks.

**Products – Warehouse Segment**

*Hansen's® Brand Sodas* - Hansen's® brand sodas have been a leading natural soda brand on the West Coast of the United States for more than 35 years and are made with natural flavors. Hansen's® brand sodas, sweetened with cane sugar, and Hansen's® Diet Sodas, sweetened with Splenda® no calorie sweetener and Acesulfame-K, contain no preservatives, sodium, or caffeine. We offer the following sodas in a variety of flavors under the Hansen's® brand name: Hansen's® Sodas, Hansen's® Diet Sodas and Hansen's® Natural Mixers. We also offer unsweetened Hansen's® Sparkling Waters and Hansen's® Sparkling Fruit Beverages, a line of sparkling water beverages with 10 calories per serving and naturally sweetened with apple juice, stevia leaf extract and monk fruit extract in a variety of flavors.

*Blue Sky® Products* - Our Blue Sky® products contain no preservatives, artificial sweeteners or caffeine (other than our Blue Sky® energy drinks) and are made with natural flavors. We offer the following products under the Blue Sky® product line in a variety of flavors: Blue Sky® Natural Soda, Blue Sky® Zero Calorie Sodas (sweetened with Truvia® brand stevia leaf extract), Blue Sky® Organic Natural Sodas, Blue Sky® Seltzer Waters, Blue Sky® Blue Energy® Drinks, Blue Sky® Zero Calorie Blue Energy® Drinks, Blue Sky® Juiced Energy Drinks and Blue Sky® Café Energy Drinks.

Exhibit 16
- 204 -
MEC021062

endeavors. Additionally, in a limited number of cases, contractual restrictions and/or the necessity to obtain regulatory approvals and licenses may limit our ability to enter into agreements with alternative suppliers, manufacturers and/or distributors.

In connection with the development of new products and flavors, independent suppliers bear a large portion of the expense of product development, thereby enabling us to develop new products and flavors at what we consider to be reasonable economic levels. We have historically developed and successfully introduced new products, flavors and packaging for our products and intend to continue to develop and introduce additional new beverages, flavors and innovative packaging.

## Competition

The beverage industry is highly competitive. The principal areas of competition are pricing, packaging, development of new products and flavors as well as promotional and marketing strategies. Our products compete with a wide range of drinks produced by a relatively large number of companies, many of which have substantially greater financial, marketing and distribution resources than we do.

Important factors affecting our ability to compete successfully include taste and flavor of products, trade and consumer promotions, rapid and effective development of new, unique cutting edge products, attractive and different packaging, brand exposure and marketing as well as pricing. We also compete for distributors who will give our products more focus than those of our competitors, provide stable and reliable distribution and secure adequate shelf space in retail outlets. Competitive pressures in the "alternative", energy, coffee and "functional" beverage categories could cause our products to be unable to gain or to lose market share or we could experience price erosion, which could have a material adverse effect on our business and results of operations.

We have experienced and continue to experience competition from new entrants in the energy drink and energy shot categories. A number of companies who market and distribute iced teas, juice cocktails and enhanced waters in larger volume packages, such as 16- and 20-ounce glass and plastic bottles, including Sobe, Sobe Life Water, Vitamin Water, Snapple, Arizona, Fuse, Ocean Spray, Honest Tea, Gold Peak Tea, Activate and Neuro, have added dietary ingredients to their products with a view to marketing their products as "functional" or energy beverages or as having "functional" benefits. We believe that many of those products contain lower levels of dietary ingredients, principally deliver refreshment and are positioned differently from our energy or "functional" drinks. Our Peace Tea® ready-to-drink iced teas are positioned more closely against those products.

12

## Table of Contents

We are also subject to increasing levels of regulatory issues particularly in relation to the registration and taxation of our products in certain new international markets, which may put us at a competitive disadvantage. (See "Government Regulation" below for additional information).

We compete not only for consumer preference, but also for maximum marketing and sales efforts by multi-brand licensed bottlers, brokers and distributors, many of which have a principal affiliation with competing companies and brands. Our products compete with all liquid refreshments and in many cases with products of much larger and in some cases better financed competitors, including the products of numerous nationally and internationally known producers such as TCCC, PepsiCo, Inc. ("PepsiCo"), The Dr. Pepper Snapple Group, Inc. (the "DPS Group"), Red Bull Gmbh, Kraft Foods, Inc., Suntory Holdings, Ltd., Nestle Beverage Company, Tree Top Inc. ("Tree Top") and Ocean Spray Cranberries Inc. ("Ocean Spray"). We also compete with companies that are smaller or primarily local in operation. Our products also compete with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Domestically, our energy drinks compete directly with Red Bull, Rockstar, Full Throttle, No Fear, Amp,

**Exhibit 16**
**- 205 -**
MEC021068

Adrenaline Rush, NOS, Venom, Redline, Red Devil, Rip It, Xenergy, 5-Hour Energy Shots, Mr. Energy, Stacker 2, VPX Redline Energy Shots, and many other brands. TCCC and PepsiCo also market and/or distribute additional products in that market segment such as Pepsi Max, Mountain Dew, Mountain Dew MDX, Mountain Dew Kickstart and Vault. Internationally, our energy drinks compete with Red Bull, Rockstar, Burn, V-Energy, Lucozade, Adrenaline Rush, Relentless and numerous local and private label brands that usually differ from country to country, such as Play, Power Play, Mother, Hell, Shock, Tiger, Boost, TNT, Shark, Hot 6, Nalu, Samurai, Battery, Bullit, Flash Up, Black, Non-Stop, Bomba, Semtex, Vive 100, Dark Dog, Speed, Guaraná, Ultra, Sting and a host of other international brands.

Our Java Monster® product line competes directly with Starbucks Frappuccino, Starbucks Double Shot, Starbucks Double Shot Energy Plus Coffee and other Starbucks coffee drinks, Rockstar Roasted, Seattle's Best and illy issimo coffee.

Our Muscle Monster® product line competes directly with Muscle Milk, Core Power, ABB Pure Pro and Gatorade Recover Protein Shake.

Our Peace Tea® ready-to-drink iced tea product line competes directly with Arizona, Lipton, Snapple, Nestea, Xing Tea, Honest Tea, Gold Peak Tea, Fuze Tea and other tea brands.

Our natural sodas compete directly with traditional soda products, including those marketed by TCCC, PepsiCo, the DPS Group, Cott Corporation and National Beverage Corporation, as well as with carbonated beverages marketed by smaller or primarily local companies such as Jones Soda Co., Crystal Geyser, J.M. Smucker Company, Reeds, Inc., Zevia and with private label brands such as those carried by grocery store chains, convenience store chains and club stores.

Our apple and other juice products compete directly with Tree Top, Mott's, Martinelli's, Welch's, Ocean Spray, Tropicana, Minute Maid, Langers, Apple and Eve, Seneca, Northland, Juicy Juice, Old Orchard and also with other brands of apple juice and juice blends, including store brands.

Our Hubert's® Lemonades and Hubert's® Half & Half lemonade + teas compete directly with Calypso, Simply Lemonade, Minute Maid, Cabana, Tropicana and Newman's Own.

In the TCCC Transaction, we will acquire the NOS, Burn, Full Throttle, Play, Power Play, Relentless, Mother, Nalu and Samurai brands and, as a result, our energy drink business will no longer compete with such brands. In addition, as a result of the TCCC Transaction, we will no longer sell ready-to-drink iced tea products, traditional soda products, carbonated beverages, apple juice, juice blends or lemonades.

13

Table of Contents

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including advertising, in-store promotions and in-store placement of point-of-sale materials, racks, coolers and barrel coolers) to enhance demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and sports figures, personality endorsements (including from television and other well-known sports personalities), coupons, sampling and sponsorship of selected causes, events, athletes and teams. In-store posters, outdoor posters, print, radio and television advertising (directly and through our

**Exhibit 16**
**- 206 -**
MEC021069

3/15/2016                              https://www.sec.gov/Archives/edgar/data/865752/000110465915015731/a14-25746_110k.htm

sponsorships and endorsements and coupons may also be used to promote our brands. Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 62 of 122

We historically marketed our Monster Energy®, Hansen's® and Blue Energy® energy drink products as dietary supplements in accordance with the statutory definition of "dietary supplement" set forth in the Federal Food, Drug, and Cosmetic Act (the "FFDC Act"). However, as permitted under the FFDC Act and the U.S. Food and Drug Administration (the "FDA") regulations, we transitioned the labeling and marketing of these energy drink products from dietary supplements to conventional foods beginning in the first quarter of 2013.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with our retailers and wholesalers to assist our marketing efforts.

We decreased expenditures for our sales and marketing programs by approximately 6.3% in 2014 compared to 2013. As of December 31, 2014, we employed 1,538 employees in sales and marketing activities, of which 842 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military. Gross sales to our various customer types for the years ended December 31, 2014, 2013 and 2012 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage distributors in the United States. Such full service beverage distributors in turn sell certain of our products to the same customer types listed below. We limit our description of our customer types to include only our sales to such full service distributors without reference to such distributors' sales to their own customers.

14

Table of Contents

|                                                  | 2014 | 2013 | 2012 |
|--------------------------------------------------|------|------|------|
| Full service distributors                        | 62%  | 63%  | 63%  |
| Club stores, drug chains & mass merchandisers    | 9%   | 9%   | 9%   |
| Outside the U.S.                                 | 23%  | 23%  | 22%  |
| Retail grocery, specialty chains and wholesalers | 4%   | 3%   | 4%   |
| Other                                            | 2%   | 2%   | 2%   |

Our customers include the TCCC North American Bottlers, New CCE, certain bottlers of Coca-Cola Hellenic, Swire Coca-Cola, USA and certain other Coca-Cola independent bottlers, Asahi, Kalil Bottling Group, Wal-Mart, Inc. (including Sam's Club) Costco and the AB Distributors. In February 2015, in accordance with its existing agreements with the applicable AB Distributors, the Company sent notices of termination to the majority of the AB Distributors in the U.S. for the termination of their respective distribution agreements, to be effective at various dates beginning in March 2015. The associated distribution rights will be transitioned to TCCC's network of owned or controlled bottlers/distributors and independent bottling and distribution partners as of the effective date of termination of the AB Distributors' rights in the applicable territories (see Note 8 "Distribution Agreements" in the notes to consolidated financial statements). CCR accounted for approximately 29%, 29% and 28% of our net sales for the years ended December 31, 2014, 2013 and 2012, respectively.

Exhibit 16
- 207 -                                                                                              MEC021070

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

## Intellectual Property

We presently have more than 5,200 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress, and other intellectual property as very important to our business. We consider Monster® (registered outside of the United States in certain jurisdictions), Monster Energy®, �📶®, M Monster Energy®, Monster Rehab®, Java Monster®, Muscle Monster®, Punch Monster®, Juice Monster™, Unleash the Beast®, Monster Energy Extra Strength Nitrous Technology®, Hansen's Natural Cane Soda®, Hansen's®, Peace Tea®, Blue Sky®, Hubert's® and Junior Juice® to be our core trademarks.

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We assert copyright ownership of the statements, graphics and content appearing on the packaging of our products and in our marketing materials. We aggressively pursue individuals and/or entities seeking to profit from the unauthorized use of our trademarks and copyrights, including, without limitation, wholesalers, street vendors, retailers, online auction site sellers and website operators. In addition to initiating civil actions against these individuals and entities, we work with law enforcement officials where appropriate.

15

Table of Contents

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

We enforce and protect our trademark rights against third parties infringing or disparaging our trademarks by opposing registration of conflicting trademarks, and initiating litigation as necessary.

## Government Regulation

The production, distribution and sale in the United States of many of our products are subject to various U.S. federal and state regulations, including but not limited to: the FFDC Act, including as amended by the Dietary Supplement Health and Education Act of 1994; the Occupational Safety and Health Act; various environmental statutes; and a number of other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising, marketing, labeling and ingredients of such products. Outside the United States, the production, distribution and sale of many of our products are also subject to numerous statutes and regulations.

**Exhibit 16**
**- 208 -**

MEC021071

[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2009. The Company's current self-selected peer group is comprised of TCCC, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation.

39

Table of Contents

## ITEM 6.   SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2012 through 2014 and the balance sheet data as of December 31, 2014 and 2013, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2011 and 2010 and the balance sheet data as of December 31, 2012, 2011 and 2010 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|
| Gross sales*[1] | $ 2,827,092 | $ 2,586,531 | $ 2,373,499 | $ 1,950,490 | $ 1,488,516 |
| Net sales[1] | $ 2,464,867 | $ 2,246,428 | $ 2,060,702 | $ 1,703,230 | $ 1,303,942 |
| Gross profit[1] | $ 1,339,810 | $ 1,172,931 | $ 1,065,656 | $ 894,309 | $ 680,240 |
| Gross profit as a percentage to net sales | 54.4% | 52.2% | 51.7% | 52.5% | 52.2% |
| Operating income[2] | $ 747,505 | $ 572,916 | $ 550,623 | $ 456,423 | $ 347,814 |
| Net income | $ 483,185 | $ 338,661 | $ 340,020 | $ 286,219 | $ 212,029 |
| Net income per common share: | | | | | |
| Basic | $ 2.89 | $ 2.03 | $ 1.96 | $ 1.62 | $ 1.20 |
| Diluted | $ 2.77 | $ 1.95 | $ 1.86 | $ 1.53 | $ 1.14 |
| Cash, cash equivalents and investments | $ 1,194,397 | $ 623,388 | $ 340,949 | $ 793,807 | $ 643,680 |
| Total assets | $ 1,938,875 | $ 1,420,509 | $ 1,043,325 | $ 1,362,399 | $ 1,146,950 |
| Stockholders' equity | $ 1,515,150 | $ 992,279 | $ 644,397 | $ 979,158 | $ 828,398 |

[1]Includes $15.0 million, $14.8 million, $13.2 million, $13.0 million and $10.0 million for the years ended December 31, 2014, 2013, 2012, 2011 and 2010, respectively, related to the recognition of deferred revenue.

[2]Includes ($0.2) million, $10.8 million, $1.5 million, $1.1 million and $0.3 million for the years ended December 31, 2014, 2013, 2012, 2011 and 2010, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under generally accepted accounting principles in the United States of America ("GAAP") and should not be considered as an alternative to net

**Exhibit 16**
**- 209 -**
MEC021095

*sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers (See "Part II, Item 7 – Results of Operations").*

40

Table of Contents

## ITEM 7.      MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;

- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;

- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;

- *Inflation* – information about the impact that inflation may or may not have on our results;

- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;

- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;

- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and

- *Market Risks* – information about market risks and risk management. (See "Forward-Looking Statements" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### *Acquisitions and Divestitures*

On August 14, 2014, the Company and TCCC entered into definitive agreements for the TCCC Transaction. Pursuant to the TCCC Transaction Agreements, the Company will reorganize into a new holding company by merging Merger Sub into the Company, with the Company surviving as a wholly owned subsidiary of NewCo. In the merger, each outstanding share of the Company's common stock will be converted into one share of NewCo's common stock.

Subject to the terms and conditions of the TCCC Transaction Agreements, upon the closing of the TCCC

**Exhibit 16**
**- 210 -**

MEC021096

Transaction, (1) NewCo will issue to TCCC newly issued shares of common stock representing approximately 16.7% of the total number of shares of issued and outstanding NewCo common stock (after giving effect to the new issuance) and TCCC will have the right to nominate two individuals (reduced to one upon the earlier of (i) 36 months after the closing of the TCCC Transaction and (ii) TCCC's equity interest in NewCo exceeding 20% of the outstanding shares of NewCo common stock) to NewCo's Board of Directors, (2) TCCC will transfer its global energy drink business (including the NOS®, Full Throttle®, Burn®, Mother®, Play® and Power Play®, and Relentless® brands) to

41

Table of Contents

NewCo, and the Company will transfer its non-energy drink business (including Hansen's® Natural Sodas, Peace Tea®, Hubert's® Lemonade and Hansen's® Juice Products) to TCCC, (3) the Company and TCCC will amend their current distribution coordination agreements, which will contemplate expanding distribution of the Company's products into additional territories pursuant to long-term distribution agreements with TCCC's network of owned or controlled bottlers/distributors and independent bottling and distribution partners, and (4) TCCC will make a net cash payment of $2.15 billion to the Company (up to $625.0 million of which will be held in escrow, subject to release upon achievement of milestones relating to the transfer of distribution rights).

The waiting period under the HSR Act with respect to the TCCC Transaction expired on October 15, 2014, and all necessary approvals or consents from foreign antitrust authorities have been obtained. The closing of the transaction is subject to customary closing conditions and is expected to close in the second quarter of 2015.

### *Overview*

We develop, market, sell and distribute "alternative" beverage category beverages primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Punch Monster®

- Hansen's®
- Hansen's Natural Cane Soda®
- Junior Juice®
- Blue Sky®
- Hubert's®
- Peace Tea®

Our Monster Energy® drinks, which represented 93.3%, 92.5% and 92.3% of our net sales for the years ended December 31, 2014, 2013 and 2012, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster™ Khaos®
- Juice Monster™ Ripper®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Punch Monster® Baller's Blend (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Cappuccino
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous

Exhibit 16
- 211 -
MEC021097

- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Rojo Tea + Energy
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Coffee
- Muscle Monster® Strawberry
- Muscle Monster® Peanut Butter Cup
- Monster Energy® Valentino Rossi

- Technology® Anti-Gravity®
- Monster Cuba-Lima®
- Monster Energy® Zero Ultra
- Monster Energy® Ultra Blue™
- Monster Energy® Ultra Red™
- Monster Energy® Ultra Black™
- Monster Energy® Ultra Sunrise™
- Monster Energy® Unleaded
- Übermonster® Energy Brew™
- M3® Monster Energy® Super Concentrate

42

Table of Contents

We have two operating and reportable segments, namely Direct Store Delivery ("DSD"), the principal products of which comprise energy drinks, and Warehouse ("Warehouse"), the principal products of which comprise juice-based and soda beverages. The DSD segment develops, markets and sells products primarily through an exclusive distributor network, whereas the Warehouse segment develops, markets and sells products primarily direct to retailers. Following the consummation of the TCCC Transaction, the Company anticipates that it will have two operating and reporting segments: Concentrate, the principal products of which will likely include the various energy drink brands transferred to the Company from TCCC, and Finished Products, the principal products of which will likely include the Company's Monster Energy® drink products that currently make up the majority of the DSD segment.

During the year ended December 31, 2014, we continued to expand our existing product lines and flavors and further developed our markets. In particular, we continued to focus on developing and marketing beverages that fall within the category generally described as the "alternative" beverage category. During the year ended December 31, 2014, we introduced the following products:

- Punch Monster® Baller's Blend (formerly Dub Edition) (January 2014).
- Punch Monster® Mad Dog (formerly Dub Edition) (January 2014).
- Peace Tea Beverage Company™ Viva Mango™, a mango flavored juice drink (February 2014).
- Monster Energy® Valentino Rossi, a carbonated energy drink (May 2014).
- Hubert's® Organic Lemonade, a line of certified organic lemonades in a variety of flavors (May 2014).
- Monster Energy® Ultra Black™, a carbonated energy drink which contains zero calories and zero sugar, launched as a summer promotion with 7-eleven (July 2014).
- Monster Energy® Unleaded, a carbonated energy drink which contains no caffeine (August 2014).
- Monster Energy® Ultra Sunrise™, a carbonated energy drink which contains zero calories and zero sugar (September 2014).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2014, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Our gross sales of $2,827.1 million for the year ended December 31, 2014 represented record annual sales. The vast majority of our gross sales are derived from our Monster Energy® brand energy drinks. Gross sales of our Monster Energy® brand energy drinks were $2,649.3 million for the year ended December 31, 2014, an increase of $236.9 million, or 98.5% of our overall increase in gross sales for the year ended December 31,

**Exhibit 16**
**- 212 -**
MEC021098

We believe that the following opportunities exist for us:

- domestic and international growth potential of our products due to our transition to a leading global distribution network and the scale and platform synergies expected in connection with the TCCC Transaction;
- growth potential of the energy drink category, both domestically and internationally;
- planned and future new product and product line introductions with the objective of contributing to higher profitability;
- the introduction of premium packages designed to generate strong revenue growth;
- significant package, pricing and channel opportunities to increase profitable growth;
- effective strategic positioning to capitalize on industry growth;
- broadening distribution/expansion opportunities in both domestic and international markets;
- launching our products into new geographic markets; and
- continued focus on reducing our cost base.

47

Table of Contents

## Results of Operations
(in thousands, except per share information)

|  | 2014 | 2013 | 2012 | Percentage Change | |
|---|---|---|---|---|---|
|  |  |  |  | 14 vs. 13 | 13 vs. 12 |
| Gross sales, net of discounts & returns* | $ 2,827,092 | $ 2,586,531 | $ 2,373,499 | 9.3% | 9.0% |
| Less: Promotional and other allowances** | 362,225 | 340,103 | 312,797 | 6.5% | 8.7% |
| Net sales | 2,464,867 | 2,246,428 | 2,060,702 | 9.7% | 9.0% |
| Cost of sales | 1,125,057 | 1,073,497 | 995,046 | 4.8% | 7.9% |
| Gross profit*** | 1,339,810 | 1,172,931 | 1,065,656 | 14.2% | 10.1% |
| Gross profit as a percentage of net sales | 54.4% | 52.2% | 51.7% |  |  |
| Operating expenses | 592,305 | 600,015 | 515,033 | (1.3%) | 16.5% |
| Operating expenses as a percentage of net sales | 24.0% | 26.7% | 25.0% |  |  |
| Operating income | 747,505 | 572,916 | 550,623 | 30.5% | 4.0% |
| Operating income as a percentage of net sales | 30.3% | 25.5% | 26.7% |  |  |
| Other (expense) income: |  |  |  |  |  |
| Interest and other (expense) income, net | (1,676) | (11,737) | (2,256) | (85.7%) | 420.3% |
| (Loss) gain on investments and put option, net | (41) | 2,715 | 787 | (101.5%) | 245.0% |
| Total other (expense) income | (1,717) | (9,022) | (1,469) |  |  |
| Income before provision for income taxes | 745,788 | 563,894 | 549,154 | 32.3% | 2.7% |

Exhibit 16
- 213 -
MEC021103

| | | | | | |
|---|---|---|---|---|---|
| Provision for income taxes | 262,603 | 225,235 | 209,194 | 16.6% | 7.7% |
| Income taxes as a percentage of income before taxes | 35.2% | 39.9% | 38.1% | | |
| Net income | $ 483,185 | $ 338,661 | $ 340,020 | 42.7% | (0.4%) |
| Net income as a percentage of net sales | 19.6% | 15.1% | 16.5% | | |
| Net income per common share: | | | | | |
| Basic | $2.89 | $2.03 | $1.96 | 42.2% | 3.8% |
| Diluted | $2.77 | $1.95 | $1.86 | 41.9% | 5.2% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 238,280 | 221,348 | 202,918 | 7.6% | 9.1% |

*Gross sales is used internally by management as an indicator of and to monitor operating performance, including sales performance of particular products, salesperson performance, product growth or declines and overall Company performance. The use of gross sales allows evaluation of sales performance before the effect of any promotional items, which can mask certain performance issues. We therefore believe that the presentation of gross sales provides a useful measure of our operating performance. Gross sales is not a measure that is recognized under GAAP and should not be considered as an alternative to net sales, which is determined in accordance with GAAP, and should not be used alone as an indicator of operating performance in

48

Table of Contents

place of net sales. Additionally, gross sales may not be comparable to similarly titled measures used by other companies, as gross sales has been defined by our internal reporting practices. In addition, gross sales may not be realized in the form of cash receipts as promotional payments and allowances may be deducted from payments received from certain customers. (See "Part II, Item 6 – Selected Financial Data").

** Although the expenditures described in this line item are determined in accordance with GAAP and meet GAAP requirements, the disclosure thereof does not conform with GAAP presentation requirements. Additionally, our definition of promotional and other allowances may not be comparable to similar items presented by other companies. Promotional and other allowances primarily include consideration given to the Company's distributors or retail customers including, but not limited to the following: (i) discounts granted off list prices to support price promotions to end-consumers by retailers; (ii) reimbursements given to the Company's distributors for agreed portions of their promotional spend with retailers, including slotting, shelf space allowances and other fees for both new and existing products; (iii) the Company's agreed share of fees given to distributors and/or directly to retailers for advertising, in-store marketing and promotional activities; (iv) the Company's agreed share of slotting, shelf space allowances and other fees given directly to retailers; (v) incentives given to the Company's distributors and/or retailers for achieving or exceeding certain predetermined sales goals; (vi) discounted or free products; (vii) contractual fees given to the Company's distributors related to sales made by the Company direct to certain customers that fall within the distributors' sales territories; and (viii) commissions paid to our customers. The presentation of promotional and other allowances facilitates an evaluation of their impact on the determination of net sales and the spending levels incurred or correlated with such sales. Promotional and other allowances constitute a material portion of our marketing activities. The Company's promotional allowance programs with its numerous distributors and/or retailers are executed through separate agreements in the ordinary course of business. These agreements generally provide for one or more of the arrangements described above and are of varying durations, ranging from one week to one year.

***Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.

### Results of Operations for the Year Ended December 31, 2014 Compared to the Year Ended December 31, 2013.

Gross Sales. Gross sales were $2,827.1 million for the year ended December 31, 2014, an increase of approximately $240.6 million, or 9.3% higher than gross sales of $2,586.5 million for the year ended December 31, 2013. The increase in the gross sales of our Monster Energy® brand energy drinks represented

Exhibit 16
- 214 -

MEC021104

approximately $236.9 million, or 98.5%, of the overall increase in gross sales. Gross sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Price increases on our 24-ounce Monster Energy® brand energy drinks and our Peace Tea® line represented approximately 7% of the overall increase in gross sales. No other individual product line contributed either a material increase or decrease to gross sales for the year ended December 31, 2014. Promotional and other allowances, as described in the footnote above, were $362.2 million for the year ended December 31, 2014, an increase of $22.1 million, or 6.5% higher than promotional and other allowances of $340.1 million for the year ended December 31, 2013. Promotional and other allowances as a percentage of gross sales decreased to 12.8% from 13.1% for the year ended December 31, 2014 and 2013, respectively. As a result, the percentage increase in net sales for the year ended December 31, 2014 was higher than the percentage increase in gross sales.

Collective changes in foreign currency exchange rates did not have a material impact on gross sales for the year ended December 31, 2014.

*Net Sales.* Net sales were $2,464.9 million for the year ended December 31, 2014, an increase of approximately $218.4 million, or 9.7% higher than net sales of $2,246.4 million for the year ended December 31, 2013. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $220.4 million, or 100.9%, of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Price increases on our 24-ounce Monster Energy® brand energy drinks and our Peace Tea® line represented approximately 7% of the overall increase in net sales. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2014.

49

---

Table of Contents

Collective changes in foreign currency exchange rates did not have a material impact on net sales for the year ended December 31, 2014.

Case sales, in 192-ounce case equivalents, were 238.3 million cases for the year ended December 31, 2014, an increase of approximately 16.9 million cases or 7.6% higher than case sales of 221.3 million cases for the year ended December 31, 2013. The overall average net sales per case increased to $10.34 for the year ended December 31, 2014, which was 1.9% higher than the average net sales per case of $10.15 for the year ended December 31, 2013.

Net sales for the DSD segment were $2,369.2 million for the year ended December 31, 2014, an increase of approximately $221.9 million, or 10.3% higher than net sales of $2,147.4 million for the year ended December 31, 2013. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $220.4 million, or 99.4%, of the overall increase in net sales for the DSD segment. Net sales for the DSD segment of our Monster Energy® brand energy drinks increased primarily due to increased sales by volume as a result of increased domestic and international consumer demand as well as our expansion into new international markets. Price increases on our 24-ounce Monster Energy® brand energy drinks and our Peace Tea® line represented approximately 7% of the overall increase in net sales for the DSD segment. No other individual product line contributed either a material increase or decrease to net sales for the DSD segment for the year ended December 31, 2014.

Net sales for the Warehouse segment were $95.7 million for the year ended December 31, 2014, a decrease of approximately $3.4 million, or 3.4% lower than net sales of $99.1 million for the year ended December 31, 2013. The decrease in net sales for the Warehouse segment was primarily attributable to decreased sales by volume of Hubert's® lemonades and apple juice. The decrease in net sales for the Warehouse

**Exhibit 16**
**- 215 -**
MEC021105

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 71 of 122

segment was partially offset by increased sales by volume of aseptic juices.

*Gross Profit.* Gross profit was $1,339.8 million for the year ended December 31, 2014, an increase of approximately $166.9 million, or 14.2% higher than the gross profit of $1,172.9 million for the year ended December 31, 2013. Gross profit as a percentage of net sales increased to 54.4% for the year ended December 31, 2014 from 52.2% for the year ended December 31, 2013. The increase in gross profit dollars was primarily the result of the $236.9 million increase in gross sales of our Monster Energy® brand energy drinks. The increase in gross profit as a percentage of net sales was largely attributable to lower promotional and other allowances as a percentage of gross sales, price increases on our 24-ounce Monster Energy® brand energy drinks and our Peace Tea® line, changes in product sales mix, lower costs of certain sweeteners and other raw materials as well as an increase in production efficiencies.

*Operating Expenses.* Total operating expenses were $592.3 million for the year ended December 31, 2014, a decrease of approximately $7.7 million, or 1.3% lower than total operating expenses of $600.0 million for the year ended December 31, 2013. The decrease in operating expenses was partially attributable to decreased expenditures of $10.9 million relating to the costs associated with terminating existing distributors, decreased expenditures of $9.9 million for premiums, decreased expenditures of $8.6 million for allocated trade development, a $2.5 million non-routine indirect tax related provision recorded in the third quarter of 2013, subsequently reversed in the second quarter of 2014 for non-realization, and decreased expenditures of $4.0 million for point-of-sale materials. The decrease in operating expenses was partially offset by increased out-bound freight and warehouse costs of $7.2 million, increased expenditures of $6.3 million for sponsorships and endorsements, increased payroll expenses of $6.4 million (inclusive of decreased stock-based compensation of $0.2 million), increased expenditures of $2.7 million related to regulatory matters and litigation concerning our Monster Energy® brand energy drinks and expenditures of $4.8 million for professional service costs related to the TCCC Transaction.

50

Table of Contents

*Contribution Margin.* Contribution margin for the DSD segment was $908.8 million for the year ended December 31, 2014, an increase of approximately $182.0 million, or 25.0% higher than contribution margin of $726.8 million for the year ended December 31, 2013. The increase in the contribution margin for the DSD segment was primarily the result of the $236.9 million increase in gross sales of our Monster Energy® brand energy drinks.   Contribution margin for the Warehouse segment was $3.0 million for the year ended December 31, 2014, approximately $4.7 million higher than contribution loss of ($1.7) million for the year ended December 31, 2013.

*Operating Income.* Operating income was $747.5 million for the year ended December 31, 2014, an increase of approximately $174.6 million, or 30.5% higher than operating income of $572.9 million for the year ended December 31, 2013. Operating income as a percentage of net sales increased to 30.3% for the year ended December 31, 2014 from 25.5% for the year ended December 31, 2013, primarily due to the increase in gross profit as a percentage of net sales as well as the decrease in operating expenses as a percentage of net sales. The increase in operating income in dollars was primarily due to an increase of $166.9 million in gross profit. Operating income (loss) was $37.8 million and ($12.9) million for the years ended December 31, 2014 and 2013, respectively, in relation to our operations in Africa, Asia, Australia, Europe, the Middle East and South America.

*Other (Expense) Income.* Other (expense) income was ($1.7) million for the year ended December 31, 2014, as compared to other (expense) income of ($9.0) million for the year ended December 31, 2013. Foreign currency transaction losses were ($3.4) million and ($12.9) million for the years ended December 31, 2014 and 2013, respectively. The decrease in foreign currency losses during the year ended December 31, 2014 was primarily related to our foreign currency transactions in Australia, Japan, Ireland and South Africa. Interest income was $1.7 million and $1.0 million for the years ended December 31, 2014 and 2013, respectively.

**Exhibit 16**
**- 216 -**
MEC021106

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K

(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2015

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 001-18761

## MONSTER BEVERAGE CORPORATION

(Exact name of registrant as specified in its charter)

Delaware                                    47-1809393
(State or other jurisdiction of             (I.R.S. Employer
incorporation or organization)              Identification No.)

1 Monster Way
Corona, California 92879
(Address of principal executive offices)   (Zip Code)

Registrant's telephone number, including area code:  (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☑ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes☐ No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☑No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting

**Exhibit 16**
**- 217 -**

MEC021169

company. See definition of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                              Accelerated filer ☐
Non-accelerated filer ☐                                Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)    Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant was $24,970,779,420 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2015, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 4, 2016 was 202,919,837 shares.

## DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2016 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2015.

Table of Contents

# MONSTER BEVERAGE CORPORATION

# FORM 10-K

# TABLE OF CONTENTS

**Item Number**                                                                                          **Page Number**

## PART I

| | | |
|---|---|---|
| 1. | Business | 3 |
| 1A. | Risk Factors | 20 |
| 1B. | Unresolved Staff Comments | 31 |
| 2. | Properties | 31 |
| 3. | Legal Proceedings | 31 |
| 4. | Mine Safety Disclosures | 34 |

## PART II

| | | |
|---|---|---|
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 34 |
| 6. | Selected Financial Data | 37 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 38 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 63 |
| 8. | Financial Statements and Supplementary Data | 64 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 64 |
| 9A. | Controls and Procedures | 64 |
| 9B. | Other Information | 66 |

## PART III

**Exhibit 16**
**- 218 -**
MEC021170

| 10. | Directors, Executive Officers and Corporate Governance | 66 |
| 11. | Executive Compensation | 66 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder | |
| | Matters | 66 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 67 |
| 14. | Principal Accounting Fees and Services | 67 |

## PART IV

| 15. | Exhibits and Financial Statement Schedules | 67 |
| | Signatures | 68 |

2

Table of Contents

## PART I

## ITEM 1.    BUSINESS

As a result of the TCCC Transaction (as defined and described below), Monster Beverage 1990 Corporation (formerly Monster Beverage Corporation) ("Old Monster") effected a holding company reorganization on June 12, 2015, pursuant to which it became a wholly owned subsidiary of New Laser Corporation, which then changed its name to "Monster Beverage Corporation". When this report uses the words "the Company" "we", "us", and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. We are a holding company and conduct no operating business except through our consolidated subsidiaries.

### Acquisitions and Divestitures

On June 12, 2015, Old Monster, now a wholly owned subsidiary of the Company, completed the transactions contemplated by the definitive agreements entered into with The Coca-Cola Company ("TCCC") on August 14, 2014, which provided for a long-term strategic relationship in the global energy drink category (the "TCCC Transaction").

Also, on June 12, 2015, Old Monster effected a holding company reorganization in connection with the TCCC Transaction by merging New Laser Merger Corp., a wholly owned subsidiary of the Company into Old Monster, with Old Monster surviving as a wholly owned subsidiary of the Company (the "Holding Company Reorganization"), and the Company changed its name from New Laser Corporation to "Monster Beverage Corporation."

In the Holding Company Reorganization, each Old Monster common share, par value $0.005 per share, outstanding immediately prior to consummation of the Holding Company Reorganization (other than any Old Monster common shares owned by Old Monster immediately prior to the closing of the TCCC Transaction, which were cancelled) was converted automatically into the right to receive one Company common share, par value $0.005 per share. In addition, upon consummation of the Holding Company Reorganization:

- each unexercised and unexpired stock option then outstanding under any equity compensation plan of Old Monster, whether or not then exercisable, ceased to represent a right to acquire Old Monster common shares and was converted automatically into a right to acquire the same number of Company common shares, on the same terms and conditions as were applicable under such Old Monster stock option; and

- each share of restricted stock and each restricted stock unit of Old Monster granted under all outstanding equity compensation plans ceased to represent or relate to Old Monster common shares and was converted automatically to represent or relate to Company common shares, on the same terms and conditions as were applicable to such Old Monster restricted stock and restricted stock units (including the vesting or other lapse restrictions (without acceleration thereof by virtue of the Holding Company Reorganization and the TCCC

**Exhibit 16**
**- 219 -**                    MEC021171

Promptly following the effective time of the Holding Company Reorganization, Old Monster assigned to the Company all obligations of Old Monster under Old Monster's equity compensation plans and each stock option agreement, restricted stock award agreement, restricted stock unit award agreement and any similar agreement entered into pursuant to such equity compensation plans. In addition, all obligations of Old Monster under any employment agreements and indemnification agreements were assigned to the Company.

3

## Table of Contents

Immediately after the effective time of the Holding Company Reorganization, (1) the Company issued to TCCC 34,040,534 newly issued Company common shares representing approximately 16.7% of the total number of outstanding Company common shares (after giving effect to such issuance) (the "New Issuance") and TCCC appointed two individuals to the Company's Board of Directors, (2) TCCC transferred all of its rights in and to TCCC's worldwide energy drink business ("KO Energy") including NOS®, Full Throttle®, Burn®, Mother®, Play®, Power Play®, Relentless®, Nalu® and other brands (the "Strategic Brands") to the Company, (3) Old Monster transferred all of its rights in and to its non-energy drink business ("Monster Non-Energy") to TCCC, (4) the Company and TCCC amended the distribution coordination agreements previously existing between them to govern the transition of third parties' rights to distribute the Company's energy products in most territories in the U.S. to members of TCCC's distribution network, which consists of owned or controlled bottlers/distributors and independent bottlers/distributors, and (5) TCCC and one of its subsidiaries made an aggregate net cash payment to the Company of $2.15 billion, $125.0 million of which is currently held in escrow, subject to release upon the achievement of milestones relating to the transition of distribution rights to TCCC's distribution network.

On the one-year anniversary of the closing of the TCCC Transaction, the then-remaining escrow amount, less an amount sufficient to cover any unresolved claims, will be released to TCCC. Any amount described above that becomes payable following the one-year anniversary will be paid directly from TCCC to the Company. As of February 29, 2016, distribution rights in the U.S. representing approximately 89% of the target case sales have been transitioned to TCCC's distribution network. As a result, $125 million is currently held in escrow. The Company expects to transition sufficient additional distribution rights to release all remaining amounts held in escrow. Therefore, the Company believes that achievement of the milestones is probable.

In accordance with ASC No. 420 "Exit or Disposal Cost Obligations", the Company expenses distributor termination costs in the period in which the written notification of termination occurs. As a result, the Company incurred termination amounts of $224.0 million for the year ended December 31, 2015 related to the distribution rights transferred to TCCC's distribution network. Such termination amounts have been expensed in full and are included in operating expenses for the year ended December 31, 2015. In addition, the Company recognized as income $39.8 million in the first quarter of 2015, related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the first quarter of 2015.

### Reportable Segments

In the second quarter of 2015, as a result of the acquisitions and divestitures in connection with the TCCC Transaction, the Company revised its reportable segments to reflect management's current view of the business and to align its external financial reporting with its new operating and internal financial reporting model. Historical segment information has been revised to reflect the effect of this change.

We have three operating and reportable segments, (i) Finished Products, which is comprised of our Monster Energy® drink products (previously comprising the majority of the former Direct Store Delivery segment) ("Finished Products"), (ii) Concentrate, the principal products of which include the supply of concentrates for the Strategic Brands energy drinks acquired from TCCC ("Concentrate") and (iii) Other, the principal products of which include the brands disposed of as a result of the TCCC Transaction (previously comprising the majority of the former Warehouse segment and the Peace Tea® brand) ("Other"). Corporate and unallocated amounts that do not relate to a reportable segment

**Exhibit 16**
**- 220 -** MEC021172

specifically, have been allocated on a compstate and consistent basis. Our Finished Products segment represented 92.5%, 93.9% and 93.2% of our consolidated net sales for the years ended December 31, 2015, 2014 and 2013, respectively. Our Concentrate segment represented 5.3% of our consolidated net sales for the year ended December 31, 2015 (effectively from June 12, 2015). Our Other segment represented 2.2%, 6.1% and 6.8% of our consolidated net sales for the years ended December 31, 2015 (effectively through June 12, 2015), 2014 and 2013, respectively.

Our Finished Products segment generates net operating revenues by selling ready-to-drink packaged energy drinks to full service beverage distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military.

4

Table of Contents

Our Concentrate segment generates net operating revenues by selling "concentrates" and/or "beverage bases" to authorized bottling and canning operations. Such bottlers generally combine the concentrates and/or beverage bases with sweeteners and water, which are then filled in authorized containers bearing the Company's respective trademarks and sold to customers directly (or in some cases through wholesalers or other bottlers).

Generally, the Finished Products segment generates higher per case net operating revenues, but lower per case gross profit margins than the Concentrate segment.

For financial information about our reporting segments and geographic areas, refer to Note 18 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

## Overview

We develop, market, sell and distribute energy drink beverages and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Mega Monster Energy®
- Punch Monster®
- Juice Monster®
- M3®
- Übermonster®
- BU®

- Nalu®
- NOS®
- Full Throttle®
- Burn®
- Mother®
- Ultra®
- Play® and Power Play®
- Gladiator®
- Relentless®
- Samurai®
- BPM®

Our Monster Energy® brand energy drinks, which represented 92.5%, 93.9% and 93.2% of our net sales for the years ended December 31, 2015, 2014 and 2013, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster® Khaos®
- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch™

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Cappuccino

Exhibit 16
- 221 -
MEC021173

- Monster Energy® Absolutely Zero™
- Monster Energy® Import
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Strawberry
- Muscle Monster® Banana
- Monster Ghost™ M-100™
- Monster Phantom™ M-100™

- Mega Monster Energy®
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3® Monster Energy® Super Concentrate
- Monster Energy® Zero Ultra
- Monster Energy® Ultra Blue™
- Monster Energy® Ultra Red™
- Monster Energy® Ultra Black™
- Monster Energy® Ultra Sunrise®
- Monster Energy® Ultra Citron™
- Monster Energy® Unleaded®
- Übermonster® Energy Brew™
- Monster Energy® Valentino Rossi

5

Table of Contents

## Industry Overview

The "alternative" beverage category combines non-carbonated ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks, and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2015 for the "alternative" beverage category of the market are estimated at approximately $42.5 billion, representing an increase of approximately 9.6% over the estimated domestic U.S. wholesale sales in 2014 of approximately $38.8 billion.

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business to sell fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's® trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, we acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen's® beverage business significantly expanded to include a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation. In 2015, as part of the TCCC Transaction, we acquired the Strategic Brands from TCCC and disposed of our non-energy drink business.

## 2015 Product Introductions

During 2015, we continued to expand our existing energy drink portfolio and further develop our distribution markets. During 2015, we introduced the following Monster Energy® brand energy drink products, in addition to the Strategic Brands acquired as part of the TCCC Transaction:

**Exhibit 16**
**- 222 -**

MEC021174

- Monster Energy® Ultra Citron™, a carbonated energy drink which contains zero calories and zero sugar (January 2015).
- Monster Rehab® Peach Tea + Energy (January 2015).
- Juice Monster® Pipeline Punch™ (July 2015).
- Muscle Monster® Banana (July 2015).
- Monster Ghost™ M-100™, an exclusive limited time listing with a convenience customer (July 2015).
- Monster Phantom™ M-100™, an exclusive limited time listing with certain convenience customers (July 2015).
- Monster Rehab® Raspberry Tea + Energy (August 2015).

6

Table of Contents

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2015 (other than those disposed of as part of the TCCC Transaction), either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

## Products – Finished Products Segment

Monster Energy® Brand Energy Drinks:

*Monster Energy® Drinks* - a line of carbonated energy drinks. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We offer the following energy drinks under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Assault®, Juice Monster® Khaos®, Juice Monster® Ripper®, Juice Monster® Pipeline Punch™, Monster Energy® Absolutely Zero, Monster Energy® Import, Punch Monster® Baller's Blend®, Punch Monster® Mad Dog, Monster Ghost™ M-100™, Monster Phantom™ M-100™, Mega Monster Energy®, M3® Monster Energy® Super Concentrate energy drinks, Übermonster® Energy Brew™, Monster Energy® Zero Ultra, Monster Energy® Ultra Blue™, Monster Energy® Ultra Red™, Monster Energy® Ultra Black™, Monster Energy® Ultra Sunrise®, Monster Energy® Ultra Citron™, Monster Energy® Unleaded® and Monster Energy® Valentino Rossi.

*Java Monster® Coffee + Energy Drinks* - a line of non-carbonated dairy based coffee + energy drinks. We offer the following coffee + energy drinks under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Cappuccino.

*Muscle Monster® Energy Shakes* – a line of non-carbonated energy shakes containing 25-grams of protein. We offer the following energy shakes under the Muscle Monster® Energy Shake product line: Vanilla, Chocolate, Strawberry and Banana.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - a line of carbonated energy drinks containing nitrous oxide. We offer the following energy drinks under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™ and Anti Gravity®.

*Monster Rehab® Tea + Energy Drinks* - a line of non-carbonated energy drinks with electrolytes. We offer the following tea + energy drinks under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Raspberry Tea + Energy, Monster Rehab® Green Tea + Energy, Monster Rehab® Tea + Orangeade + Energy, Monster Rehab® Tea + Pink Lemonade + Energy and Monster Rehab Peach® Tea + Energy.

7

**Exhibit 16**
**- 223 -**
MEC021175

advertising features and through our sponsorships and endorsements and coupons may be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with our retailers and wholesalers to assist our marketing efforts.

We increased expenditures for our sales and marketing programs by approximately 19.0% in 2015 compared to 2014. As of December 31, 2015, we employed 1,659 employees in sales and marketing activities, of which 1,028 were employed on a full-time basis.

## Customers

Our customers are primarily full service beverage bottlers/distributors, retail grocery and specialty chains, wholesalers, club stores, drug chains, mass merchandisers, convenience chains, health food distributors, food service customers and the military. Gross sales to our various customer types for the years ended December 31, 2015, 2014 and 2013 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage bottlers/distributors in the United States. Such full service beverage bottlers/distributors in turn sell certain of our products to the same customer types listed below. We limit our description of our customer types to include only our sales to such full service bottlers/distributors without reference to such distributors' sales to their own customers.

|                                                  | 2015 | 2014 | 2013 |
| ------------------------------------------------ | ---- | ---- | ---- |
| U.S. full service bottlers/distributors          | 65%  | 62%  | 63%  |
| Club stores, drug chains & mass merchandisers    | 9%   | 9%   | 9%   |
| International full service bottlers/distributors | 23%  | 23%  | 23%  |
| Retail grocery, specialty chains and wholesalers | 2%   | 4%   | 3%   |
| Other                                            | 1%   | 2%   | 2%   |

15

Table of Contents

Our customers include the TCCC North American Bottlers, CCE, Coca-Cola Hellenic, Swire Coca-Cola, USA and certain other Coca-Cola independent bottlers, Asahi, Kalil Bottling Group, Wal-Mart, Inc. (including Sam's Club) Costco and AB Distributors. In February 2015, in accordance with its existing agreements with the applicable AB Distributors, the Company sent notices of termination to the majority of the AB Distributors in the United States for the termination of their respective distribution agreements, to be effective at various dates beginning in March 2015. The associated distribution rights have been transitioned to TCCC's network of owned or controlled bottlers/distributors and independent bottlers/distributors as of the effective date of termination of the AB Distributors' rights in the applicable territories (see Note 9 "Distribution Agreements" in the notes to consolidated financial statements). TCCC, through certain wholly-owned subsidiaries (the "TCCC Subsidiaries"), accounted for approximately 42%, 29% and 29% of our net sales for the years ended December 31, 2015, 2014 and 2013, respectively.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. The volume of sales in the beverage business may be affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new

**Exhibit 16**
**- 224 -**
MEC021183

bottlers and distributors, changes in the mix of the sales of our finished products and increased deferred advertising and promotional expenses.

## Intellectual Property

We presently have more than 6,300 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress, and other intellectual property as very important to our business. We consider Monster® (registered outside of the United States in certain jurisdictions), Monster Energy®, $^{TM}$®, M Monster Energy®, Monster Rehab®, Java Monster®, Muscle Monster®, Punch Monster®, Juice Monster®, Unleash the Beast®, Monster Energy Extra Strength Nitrous Technology®, BU®, Nalu®, NOS®, Full Throttle®, Burn®, Mother®, Ultra®, Play® and Power Play®, Gladiator®, Relentless®, Samurai® and BPM® to be our core trademarks.

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We assert copyright ownership of the statements, graphics and content appearing on the packaging of our products and in our marketing materials. We aggressively pursue individuals and/or entities seeking to profit from the unauthorized use of our trademarks and copyrights, including, without limitation, wholesalers, street vendors, retailers, online auction site sellers and website operators. In addition to initiating civil actions against these individuals and entities, we work with law enforcement officials where appropriate.

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

We enforce and protect our trademark rights against third parties infringing or disparaging our trademarks by opposing registration of conflicting trademarks, and initiating litigation as necessary.

16

### Table of Contents

## Government Regulation

The production, distribution and sale in the United States of many of our products are subject to various U.S. federal and state regulations, including but not limited to: the Federal Food, Drug and Cosmetic Act ("FD&C Act"); the Occupational Safety and Health Act; various environmental statutes; and a number of other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising, marketing, labeling and ingredients of such products. Outside the United States, the production, distribution and sale of many of our products are also subject to numerous statutes and regulations.

We also may in the future be affected by other existing, proposed and potential future regulations or regulatory actions, including those described below, any of which could adversely affect our business, financial condition and results of operations. See "Part I, Item 1A – Risk Factors – Changes in government regulation, or failure to comply with existing regulations, could adversely affect our business, financial condition and results of operations" below for additional information.

Furthermore, legislation may be introduced in the United States and other countries at the federal, state and municipal level in respect of each of the subject areas discussed below. Public health officials and health advocates are increasingly focused on the public health consequences associated with obesity, especially as the disease affects children, and are seeking legislative change to reduce the consumption of sweetened beverages. There also has been an increased focus on caffeine content in beverages, as discussed below.

In January 2013, the U.S. Food and Drug Administration ("FDA") announced that it would be investigating the safety of caffeine in food products, particularly its effects on children and adolescents. Also in January 2013, we

**Exhibit 16**

**- 225 -**

MEC021184

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 81 of 122



## COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN

[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2010. The Company's current self-selected peer group is comprised of TCCC, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation.

36

Table of Contents

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2013 through 2015 and the balance sheet data as of December 31, 2015 and 2014, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2012 and 2011 and the balance sheet data as of December 31, 2013, 2012 and 2011 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2015 | | 2014 | | 2013 | | 2012 | | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Net sales[1] | $ 2,722,564 | $ | 2,464,867 | $ | 2,246,428 | $ | 2,060,702 | $ | 1,703,230 |
| Gross profit[1] | $ 1,632,301 | $ | 1,339,810 | $ | 1,172,931 | $ | 1,065,656 | $ | 894,309 |
| Gross profit as a percentage to net sales | 60.0% | | 54.4% | | 52.2% | | 51.7% | | 52.5% |
| Operating income[2] | $ 893,653 | $ | 747,505 | $ | 572,916 | $ | 550,623 | $ | 456,423 |

**Exhibit 16**
**- 226 -**

MEC021203

| Net income | Case 2:17-cv-01605-KJM-JDP | 546,753 | Document 45-4 | 388,681,185 | Filed 10/04/18 | 340,620 | Page 82 of 122 | 286,219 |
|---|---|---|---|---|---|---|---|---|

| Net income per common share: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Basic | $ | 2.90 | $ | 2.89 | $ | 2.03 | $ | 1.96 | $ | 1.62 |
| Diluted | $ | 2.84 | $ | 2.77 | $ | 1.95 | $ | 1.86 | $ | 1.53 |
| Cash, cash equivalents and investments | $ | 2,175,417 | $ | 1,194,397 | $ | 623,388 | $ | 340,949 | $ | 793,807 |
| Total assets | $ | 5,675,189 | $ | 1,938,875 | $ | 1,420,509 | $ | 1,043,325 | $ | 1,362,399 |
| Stockholders' equity | $ | 4,809,410 | $ | 1,515,150 | $ | 992,279 | $ | 644,397 | $ | 979,158 |

*Includes $62.8 million, $15.0 million, $14.8 million, $13.2 million and $13.0 million for the years ended December 31, 2015, 2014, 2013, 2012 and 2011, respectively, related to the recognition of deferred revenue. Included in the $62.8 million recognition of deferred revenue for the year ended December 31, 2015, is $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the first quarter of 2015.*

*Includes $224.0 million, ($0.2) million, $10.8 million, $1.5 million and $1.1 million for the years ended December 31, 2015, 2014, 2013, 2012 and 2011, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.*

37

Table of Contents

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business; the value drivers of our business; and opportunities and risks facing our Company;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "Forward-Looking Statements" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

## Our Business

### *Acquisitions and Divestitures*

**Exhibit 16**
**- 227 -**
MEC021204

In accordance with ASC No. 420, Exit or Disposal Cost Obligations, the Company expenses distributor termination costs in the period in which the written notification of termination occurs. As a result, the Company incurred termination amounts of $224.0 million, ($0.2) million and $10.8 million for the year ended December 31, 2015, 2014 and 2013, respectively, related to distribution rights transferred. Such termination amounts have been expensed in full and are included in operating expenses for the years ended December 31, 2015, 2014 and 2013. In addition, the Company recognized as income $39.8 million in the first quarter of 2015, related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the first quarter of 2015.

The following table summarizes the selected items discussed above for the years ended December 31, 2015, 2014 and 2013:

| Income Statement Items (in thousands): | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| Included in Net Sales: | | | | | | |
| Accelerated recognition of deferred revenue | $ | 39,761 | $ | - | $ | - |
| Included in Operating Expenses: | | | | | | |
| Distributor termination costs | | 224,000 | | (157) | | 10,754 |
| TCCC Transaction expenses | | 15,496 | | 4,824 | | - |
| Gain on sale of Monster Non-Energy | | 161,470 | | - | | - |
| Net Impact on Operating Income | $ | (38,265) | $ | (4,667) | $ | (10,754) |

39

Table of Contents

### *Overview*

We develop, market sell and distribute energy drink beverages and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Mega Monster Energy®
- Punch Monster®
- Juice Monster®
- M3®
- Übermonster®
- BU®

- Nalu®
- NOS®
- Full Throttle®
- Burn®
- Mother®
- Ultra®
- Play® and Power Play®
- Gladiator®
- Relentless®
- Samurai®
- BPM®

Our Monster Energy® brand energy drinks, which represented 92.5%, 93.9% and 93.2% of our net sales for the years ended December 31, 2015, 2014 and 2013, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster® Khaos®

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light

**Exhibit 16**
**- 228 -**

MEC021206

- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch™
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Strawberry
- Muscle Monster® Banana
- Monster Ghost™ M-100™
- Monster Phantom™ M-100™

- Java Monster® Irish Blend®
- Java Monster® Cappuccino
- Mega Monster Energy®
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3® Monster Energy® Super Concentrate
- Monster Energy® Zero Ultra
- Monster Energy® Ultra Blue™
- Monster Energy® Ultra Red™
- Monster Energy® Ultra Black™
- Monster Energy® Ultra Sunrise®
- Monster Energy® Ultra Citron™
- Monster Energy® Unleaded®
- Übermonster® Energy Brew™
- Monster Energy® Valentino Rossi

40

Table of Contents

We have three operating and reportable segments, (i) Finished Products, (ii) Concentrate and (iii) Other, the principal products of which include the brands disposed of as a result of the TCCC Transaction (previously comprising the majority of the former Warehouse segment and the Peace Tea® brand).

During 2015, we continued to expand our existing energy drink portfolio and further develop our distribution markets. During 2015, we introduced the following Monster Energy® brand energy drink products, in addition to the Strategic Brands acquired as part of the TCCC Transaction:

- Monster Energy® Ultra Citron™, a carbonated energy drink which contains zero calories and zero sugar (January 2015).
- Monster Rehab® Peach Tea + Energy (January 2015).
- Juice Monster® Pipeline Punch™ (July 2015).
- Muscle Monster® Banana (July 2015).
- Monster Ghost™ M-100™, an exclusive limited time listing with a convenience customer (July 2015).
- Monster Phantom™ M-100™, an exclusive limited time listing with certain convenience customers (July 2015).
- Monster Rehab® Raspberry Tea + Energy (August 2015).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued during the year ended December 31, 2015 (other than those disposed of as part of the TCCC Transaction), either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Our net sales of $2,722.6 million for the year ended December 31, 2015 represented record annual net sales. The vast majority of our net sales are derived from our Monster Energy® brand energy drinks. Net sales of our Monster Energy® brand energy drinks were $2,518.5 million for the year ended December 31, 2015, an increase of $204.0 million, or 79.2% of our overall increase in net sales for the year ended December 31, 2015. Any decrease in net sales of our Monster Energy® brand energy drinks could have a significant adverse effect on our future revenues and net income. Competitive pressure in the energy drink category could also adversely affect our operating results. Net sales of our Strategic Brands acquired as part of the TCCC Transaction were $143.3 million for the year ended

**Exhibit 16**
**- 229 -**                                                    MEC021207

Table of Contents

## Results of Operations

The following table sets forth key statistics for the years ended December 31, 2015, 2014 and 2013, respectively.

| (In thousands, except per share amounts) | 2015 | 2014 | 2013 | Percentage Change 15 vs. 14 | Percentage Change 14 vs. 13 |
|---|---|---|---|---|---|
| Net sales[1] | $ 2,722,564 | $ 2,464,867 | $ 2,246,428 | 10.5% | 9.7% |
| Cost of sales | 1,090,263 | 1,125,057 | 1,073,497 | (3.1%) | 4.8% |
| Gross profit*[1] | 1,632,301 | 1,339,810 | 1,172,931 | 21.8% | 14.2% |
| Gross profit as a percentage of net sales[1] | 60.0% | 54.4% | 52.2% | | |
| Operating expenses[2] | 900,118 | 592,305 | 600,015 | 52.0% | (1.3%) |
| Operating expenses as a percentage of net sales | 33.1% | 24.0% | 26.7% | | |
| Gain on sale of Monster Non-Energy | 161,470 | - | - | | |
| Operating income[1],[2] | 893,653 | 747,505 | 572,916 | 19.6% | 30.5% |
| Operating income as a percentage of net sales | 32.8% | 30.3% | 25.5% | | |
| Other expense, net | (2,105) | (1,717) | (9,022) | 22.6% | (81.0%) |
| Income before provision for income taxes[1],[2] | 891,548 | 745,788 | 563,894 | 19.5% | 32.3% |
| Provision for income taxes | 344,815 | 262,603 | 225,233 | 31.3% | 16.6% |
| Income taxes as a percentage of income before taxes | 38.7% | 35.2% | 39.9% | | |
| Net income[1],[2] | $ 546,733 | $ 483,185 | $ 338,661 | 13.2% | 42.7% |
| Net income as a percentage of net sales | 20.1% | 19.6% | 15.1% | | |
| Net income per common share: | | | | | |
| Basic | $2.90 | $2.89 | $2.03 | 0.2% | 42.2% |
| Diluted | $2.84 | $2.77 | $1.95 | 2.4% | 41.9% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 274,621 | 238,280 | 221,348 | 15.3% | 7.6% |

*[1]Includes $62.8 million, $15.0 million and $14.8 million for the years ended December 31, 2015, 2014 and 2013, respectively, related to the recognition of deferred revenue. Included in the $62.8 million recognition of deferred revenue for the year ended December 31, 2015, is $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the first quarter of 2015.*

*[2]Includes $224.0 million, ($0.2) million and $10.8 million for the years ended December 31, 2015, 2014 and 2013, respectively, related to distributor termination costs.*

**Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.*

Table of Contents

*Results of Operations for the Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014.*

*Net Sales.* Net sales were $2,722.6 million for the year ended December 31, 2015, an increase of approximately $257.7 million, or 10.5% higher than net sales of $2,464.9 million for the year ended December 31, 2014. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $204.0 million of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased partially due to increased sales by volume as a result of increased domestic and international consumer demand. Net sales of our Strategic Brands were $143.3 million for the year ended December 31, 2015. Net sales for the Other segment, the principal products of which include the brands disposed of as a result of the TCCC Transaction on June 12, 2015 (previously comprising the majority of the former Warehouse segment and the Peace Tea® brand), decreased $89.6 million for the year ended December 31, 2015. Net sales for the year ended December 31, 2015 included $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2015.

Changes in foreign currency exchange rates had an unfavorable impact on net sales in the Finished Products segment of approximately $74.1 million for the year ended December 31, 2015, which was primarily due to a stronger U.S. dollar compared to certain local currencies in which we conduct certain of our international business. Changes in foreign currency exchange rates had an unfavorable impact on net sales in the Concentrate segment of approximately $10.2 million for the year ended December 31, 2015, which was primarily due to a stronger U.S. dollar compared to certain local currencies in which we conduct certain of our international business.

Case sales, in 192-ounce case equivalents, were 274.6 million cases for the year ended December 31, 2015, an increase of approximately 36.3 million cases or 15.3% higher than case sales of 238.3 million cases for the year ended December 31, 2014. The overall average net sales per case decreased to $9.91 for the year ended December 31, 2015, which was 4.2% lower than the average net sales per case of $10.34 for the year ended December 31, 2014. The lower average net sales per case was primarily attributable to sales of concentrates and/or beverage bases in the Concentrate segment, which generally generate lower net operating revenues than those products within the Finished Products segment.

Net sales for the Finished Products segment were $2,518.5 million for the year ended December 31, 2015, an increase of approximately $204.0 million, or 8.8% higher than net sales of $2,314.5 million for the year ended December 31, 2014.

Net sales for the Concentrate segment were $143.3 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015). There were no net sales for the Concentrate segment for the year ended December 31, 2014.

Net sales for the Other segment, the principal products of which include the brands disposed of as a result of the TCCC Transaction (previously comprising the majority of the former Warehouse segment and the Peace Tea® brand), were $60.8 million for the year ended December 31, 2015 (effectively from January 1, 2015 to June 12, 2015), a decrease of approximately $89.6 million, or 59.6% lower than net sales of $150.3 million for the year ended December 31, 2014.

*Gross Profit.* Gross profit was $1,632.3 million for the year ended December 31, 2015, an increase of approximately $292.5 million, or 21.8% higher than the gross profit of $1,339.8 million for the years ended December 31, 2014. Gross profit as a percentage of net sales increased to 60.0% for the year ended December 31, 2015 from 54.4% for the year ended December 31, 2014. The increase in gross

47

---

Table of Contents

profit dollars was primarily the result of the $204.0 million increase in net sales of our Monster Energy® brand energy

**Exhibit 16**
**- 231 -**                                                      MEC021213

drinks, the $143.3 million of net sales for the Concentrate segment as well as the $39.8 million accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors. The increase in gross profit as a percentage of net sales was primarily attributable to the Concentrate segment, which generally has higher gross margins than the Finished Products segment, the decrease in the net sales of the Other segment, which generally has lower gross margins than the Finished Products segment, and the $39.8 million accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors, as well as due to changes in product sales mix and lower costs of certain sweeteners and other raw materials.

*Operating Expenses.* Total operating expenses were $900.1 million for the year ended December 31, 2015, an increase of approximately $307.8 million, or 52.0% higher than total operating expenses of $592.3 million for the year ended December 31, 2014. The increase in operating expenses was primarily due to increased costs of $224.2 million associated with terminating certain existing distributors. To a lesser extent, the increase in operating expenses was attributable to increased payroll expenses of $30.0 million (of which $11.9 million was related to payroll taxes in connection with the exercise of certain stock options), increased expenditures of $16.4 million for sponsorships and endorsements and increased expenditures of $10.7 million for transaction expenses related to the TCCC Transaction.

*Contribution Margin.* Contribution margin for the Finished Products segment was $836.1 million for the year ended December 31, 2015, a decrease of approximately $68.1 million, or 7.5% lower than contribution margin of $904.2 million for the year ended December 31, 2014. The decrease in the contribution margin for the Finished Products segment was primarily the result of the increased expenditures of $224.2 million relating to the costs associated with terminating certain existing distributors. Contribution margin for the Concentrate segment was $89.8 million for the year ended December 31, 2015. There was no contribution margin for the Concentrate segment for the year ended December 31, 2014. Contribution margin for the Other segment was $165.2 million for the year ended December 31, 2015 (effectively from January 1 to June 12), as compared to $7.6 million for the year ended December 31, 2014. The increase in contribution margin for the Other segment was primarily the result of the $161.5 million gain on the sale of Monster Non-Energy.

*Operating Income.* Operating income was $893.7 million for the year ended December 31, 2015, an increase of approximately $146.1 million, or 19.6% higher than operating income of $747.5 million for the year ended December 31, 2014. Operating income as a percentage of net sales increased to 32.8% for the year ended December 31, 2015 from 30.3% for the year ended December 31, 2014, primarily due to the $292.5 million increase in gross profit as well as the $161.5 million gain on the sale of Monster Non-Energy. The increase in operating income in dollars was offset by increased costs of $224.2 million associated with terminating certain existing distributors as well as the increase in other operating expenses. Operating income was $51.5 million and $37.8 million for the year ended December 31, 2015 and 2014, respectively, in relation to our operations in Africa, Asia, Australia, Europe, the Middle East and South America.

*Other Expense, net.* Other expense, net was $2.1 million for the year ended December 31, 2015, as compared to other expense, net of $1.7 million for the year ended December 31, 2014. Foreign currency transaction losses were $5.5 million and $3.4 million for the year ended December 31, 2015 and 2014, respectively. Interest income was $3.1 million and $1.1 million for the year ended December 31, 2015 and 2014, respectively.

*Provision for Income Taxes.* Provision for income taxes was $344.8 million for the year ended December 31, 2015, an increase of $82.2 million or 31.3% higher than the provision for income taxes of $262.6 million for the year ended December 31, 2014. The effective combined federal, state and foreign tax rate increased to 38.7% from 35.2% for the year ended December 31, 2015 and 2014, respectively. The increase in the effective tax rate was primarily due to the disallowance for tax purposes of certain

48

Table of Contents

costs related to the TCCC Transaction, the decrease in tax benefits relating to the domestic production deduction and the establishment of valuation allowances against the deferred tax assets in certain foreign jurisdictions. In addition, the profits, or a portion thereof, earned in certain foreign subsidiaries during the year ended December 31, 2014 had no

**Exhibit 16**
**- 232 -** MEC021214

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K

(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2016

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 001-18761

## MONSTER BEVERAGE CORPORATION

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 47-1809393 |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

1 Monster Way
Corona, California 92879
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

**Exhibit 16**
**- 233 -**

MEC021280

Indic Case 2:17-cv-01605-KjMn JDP harg Document 41 Accel Filed 10/04/18 clen Page 89 of 122 reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                                    Accelerated filer ☐
Non-accelerated filer ☐                                     Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)    Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant was $27,920,735,052 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2016, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 10, 2017 was 566,619,343 shares.

## DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2017 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2016.

Table of Contents

# MONSTER BEVERAGE CORPORATION

# FORM 10-K

# TABLE OF CONTENTS

**Item Number**                                                                          **Page Number**

### PART I

| | | |
|---|---|---|
| 1. | Business | 3 |
| 1A. | Risk Factors | 19 |
| 1B. | Unresolved Staff Comments | 30 |
| 2. | Properties | 31 |
| 3. | Legal Proceedings | 31 |
| 4. | Mine Safety Disclosures | 32 |

### PART II

| | | |
|---|---|---|
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 33 |
| 6. | Selected Financial Data | 36 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 64 |
| 8. | Financial Statements and Supplementary Data | 65 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 65 |
| 9A. | Controls and Procedures | 65 |
| 9B. | Other Information | 67 |

### PART III

| | | |
|---|---|---|
| 10. | Directors, Executive Officers and Corporate Governance | 67 |

**Exhibit 16**
**- 234 -**

MEC021281

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 90 of 122

| 11. | Executive Compensation | 67 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 67 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 68 |
| 14. | Principal Accounting Fees and Services | 68 |

**PART IV**

| 15. | Exhibits and Financial Statement Schedules | 68 |
|  | Signatures | 69 |

2

---

Table of Contents

## PART I

### ITEM 1. BUSINESS

When this report uses the words "the Company", "we", "us" and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. Based in Corona, California, Monster Beverage Corporation is a holding company and conducts no operating business, except through its consolidated subsidiaries. The Company's subsidiaries primarily develop and market energy drinks as well as Mutant® Super Soda drinks.

### Stock Split

On October 14, 2016, we announced a three-for-one stock split of the Company's common stock ("the Stock Split"), to be effected in the form of a 200% stock dividend. The common stock dividend was issued on November 9, 2016 and the Company's common stock began trading at the split adjusted price on November 10, 2016. Accordingly, all per share amounts, average common stock outstanding, common stock outstanding, common stock repurchased and equity based compensation presented in this Form 10-K have been adjusted retroactively, where applicable, to reflect the stock split.

### Stock Repurchases

On April 28, 2016, our Board of Directors authorized us to commence a "modified Dutch auction" tender offer to repurchase up to $2.0 billion of our outstanding shares of common stock (the "Auction Stock Repurchase Tender"). The Auction Stock Repurchase Tender was authorized under our existing share repurchase authority and was funded with cash on hand. We commenced this tender offer in May 2016. On June 15, 2016, we accepted for payment an aggregate of 38.5 million shares of common stock at a purchase price of $52.00 per share, for a total amount of $2.0 billion (excluding commissions), which exhausted the availability under all previously authorized share repurchase plans. Such shares of common stock are included in common stock in treasury in the accompanying consolidated balance sheet at December 31, 2016.

On August 2, 2016, our Board of Directors authorized a new share repurchase program for the repurchase of up to $250.0 million of our outstanding shares of common stock (the "August 2016 Repurchase Plan"). During the year ended December 31, 2016, we purchased 5.8 million shares of common stock at an average purchase price of $43.40 per share, for a total amount of $249.9 million (excluding broker commissions), which exhausted the availability under the August 2016 Repurchase Plan. Such shares of common stock are included in common stock in treasury in the accompanying consolidated balance sheet at December 31, 2016.

On February 28, 2017, our Board of Directors authorized a new share repurchase program for the purchase of up to $500.0 million of our outstanding shares of common stock (the "February 2017 Repurchase Plan"). No shares have been repurchased pursuant to the February 2017 Repurchase Plan.

**Exhibit 16**
**- 235 -**

MEC021282

On April 1, 2016, we completed our acquisition of flavor supplier and long-time business partner American Fruits & Flavors ("AFF"), in an asset acquisition that brought our primary flavor supplier in-house, secured the intellectual property of our most important flavors in perpetuity and further enhanced our flavor development and global flavor footprint capabilities (the "AFF Transaction"). Pursuant to the terms of the AFF Transaction, we purchased AFF for $688.5 million in cash after adjustments. We accounted for the AFF Transaction in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 805 "Business Combinations". (See Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements).

3

Table of Contents

On June 12, 2015, we completed the transactions contemplated by the definitive agreements entered into with The Coca-Cola Company ("TCCC") on August 14, 2014, which provided for a long-term strategic relationship in the global energy drink category (the "TCCC Transaction"). (See Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements).

**Reportable Segments**

We have three operating and reportable segments, (i) Monster Energy® Drinks segment ("Monster Energy® Drinks"), which is comprised of our Monster Energy® drinks as well as Mutant® Super Soda drinks, (ii) Strategic Brands segment ("Strategic Brands"), which include the various energy drink brands acquired from TCCC as a result of the TCCC Transaction and (iii) Other segment ("Other"), the principal products of which include the non-energy brands disposed of as a result of the TCCC Transaction, as well as certain products acquired as part of the AFF Transaction that are sold to independent third-parties (the "AFF Third-Party Products"). Corporate and unallocated amounts that do not relate to a reportable segment specifically have been allocated to "Corporate and Unallocated." Our Monster Energy® Drinks segment represented 90.5%, 92.5% and 93.9% of our consolidated net sales for the years ended December 31, 2016, 2015 and 2014, respectively. Our Strategic Brands segment represented 8.9% and 5.3% of our consolidated net sales for the years ended December 31, 2016 and 2015 (effectively from June 13, 2015). Our Other segment represented 0.6%, 2.2% and 6.1% of our consolidated net sales for the years ended December 31, 2016, 2015 and 2014, respectively.

Our Monster Energy® Drinks segment generates net operating revenues by selling ready-to-drink packaged drinks primarily to bottlers and full service beverage distributors. In some cases, we sell directly to retail grocery and specialty chains, wholesalers, club stores, mass merchandisers, convenience chains, food service customers and the military.

Our Strategic Brands segment primarily generates net operating revenues by selling "concentrates" and/or "beverage bases" to authorized bottling and canning operations. Such bottlers generally combine the concentrates and/or beverage bases with sweeteners, water and other ingredients to produce ready-to-drink packaged energy drinks. The ready-to-drink packaged energy drinks are then sold to other bottlers, full service distributors, wholesalers, or retailers directly, including, retail grocery and specialty chains, club stores, mass merchandisers, convenience chains, food service customers, drug stores and the military. To a lesser extent, our Strategic Brands segment generates net operating revenues by selling ready-to-drink packaged energy drinks to bottlers and full service beverage distributors.

Generally, the Monster Energy® Drinks segment generates higher per case net operating revenues, but lower per case gross profit margins, than the Strategic Brands segment.

For financial information about our reporting segments and geographic areas, refer to Note 18 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

4

**Exhibit 16**
**- 236 -** MEC021283

Table of Contents

## Overview

We develop, market, sell and distribute energy drink beverages, sodas and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Mega Monster Energy®
- Punch Monster®
- Juice Monster®
- Übermonster®
- BU®
- Mutant® Super Soda

- Nalu®
- NOS®
- Full Throttle®
- Burn®
- Mother®
- Ultra®
- Play® and Power Play®
- Gladiator®
- Relentless®
- Samurai®
- BPM®

Our Monster Energy® brand energy drinks, which represented 90.1%, 92.5% and 93.9% of our net sales for the years ended December 31, 2016, 2015 and 2014, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster® Khaos®
- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch®
- Monster Energy® Absolutely Zero
- Monster Energy® Import
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Strawberry
- Muscle Monster® Banana
- Monster Energy® Gronk

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Salted Caramel
- Mega Monster Energy®
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3® Monster Energy® Super Concentrate
- Monster Energy Zero Ultra®
- Monster Energy Ultra Blue®
- Monster Energy Ultra Red®
- Monster Energy Ultra Black®
- Monster Energy Ultra Sunrise®
- Monster Energy Ultra Citron®
- Monster Energy Ultra Violet™
- Monster Energy® Valentino Rossi
- Übermonster® Energy Brew™

## Industry Overview

The "alternative" beverage category combines non-carbonated, ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks and single-serve still water (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2016 for the "alternative" beverage category of the market are estimated at

**Exhibit 16**
**- 237 -**

MEC021284

approximately 38.2 billion by presenting an increase of approximately 9.4% or 18.8 million cases and U.S. wholesale sales in 2015 of approximately $45.0 billion.

5

Table of Contents

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business selling fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's® trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, Hansen Natural Corporation acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen's® beverage business significantly expanded to include a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation. In 2015, as part of the TCCC Transaction, we acquired the Strategic Brands from TCCC and disposed of our non-energy drink business.

## 2016 Product Introductions

During 2016, we continued to expand our existing portfolio of drinks and further develop our distribution markets. During 2016, we introduced the following products:

- Monster Energy Ultra Violet™ (December 2016).
- Mutant® Super Soda (September 2016).
- Monster Energy® Gronk (February 2016).
- Java Monster® Salted Caramel (January 2016).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2016, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

## Products – Monster Energy® Drinks Segment

### Monster Energy® Brand Energy Drinks:

*Monster Energy® Drinks* - a line of carbonated energy drinks. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We offer the following energy drinks under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Assault®, Juice Monster® Khaos®, Juice Monster® Ripper®, Juice Monster® Pipeline Punch®, Monster Energy® Absolutely Zero, Monster Energy® Import, Punch Monster® Baller's Blend®, Punch Monster® Mad Dog, Mega Monster Energy®, M3® Monster Energy® Super Concentrate energy drinks, Übermonster® Energy Brew™, Monster Energy Zero Ultra®, Monster Energy Ultra Blue®, Monster Energy Ultra Red®, Monster Energy Ultra Black®, Monster Energy Ultra Sunrise®, Monster Energy Ultra Citron®, Monster Energy Ultra Violet™, Monster Energy® Gronk and Monster Energy® Valentino Rossi.

*Java Monster® Coffee + Energy Drinks* - a line of non-carbonated dairy based coffee + energy drinks. We offer the following coffee + energy drinks under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Salted Caramel.

**Exhibit 16**
**- 238 -**
MEC021285

Table of Contents

*Muscle Monster® Energy Shakes* – a line of non-carbonated energy shakes containing 25-grams of protein. We offer the following energy shakes under the Muscle Monster® Energy Shake product line: Vanilla, Chocolate, Strawberry and Banana.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - a line of carbonated energy drinks containing nitrous oxide. We offer the following energy drinks under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™ and Anti Gravity®.

*Monster Rehab® Tea + Energy Drinks* - a line of non-carbonated energy drinks with electrolytes. We offer the following tea + energy drinks under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Raspberry Tea + Energy, Monster Rehab® Green Tea + Energy, Monster Rehab® Tea + Orangeade + Energy, Monster Rehab® Tea + Pink Lemonade + Energy and Monster Rehab Peach® Tea + Energy.

Mutant® Super Soda Drinks:

Mutant® – a line of carbonated 'super sodas'. We offer the following sodas under the Mutant® Super Soda product line: Mutant® Super Soda and Mutant® Red Dawn Super Soda.

**Products – Strategic Brands Segment**

Strategic Brands Energy Drinks:

*BPM®* - a line of carbonated energy drinks. We offer the following energy drinks under the BPM® product line: Focus Berry Red and Hydrate Citrus Green.

*BU®* - a line of carbonated energy drinks. We offer the following energy drinks under the BU® product line: Original.

*Burn®* - a line of carbonated energy drinks. We offer the following energy drinks under the Burn® product line: Original, Blue, Zero, Cherry, Lemon Ice, Apple Kiwi and Passion Punch.

*Full Throttle®* - a line of carbonated energy drinks. We offer the following energy drinks under the Full Throttle® product line: Citrus and Blue Agave.

*Gladiator®* - a line of carbonated energy drinks. We offer the following energy drinks under the Gladiator® product line: Original.

*Mother®* - a line of carbonated energy drinks. We offer the following energy drinks under the Mother® product line: Original, Sugar Free, Frosty Berry, Green Storm, Orange Surge and Revive.

*Nalu®* - a line of carbonated energy drinks. We offer the following energy drinks under the Nalu® product line: Original, Exotic and Frost.

*NOS®* - a line of carbonated energy drinks. We offer the following energy drinks under the NOS® product line: Original, Sugar Free, Charged Citrus, GT Grape, Cherried Out and NOS Rowdy.

*Play® and Power Play®* - a line of carbonated energy drinks. We offer the following energy drinks under the Play® and Power Play® product line: Original, Sugar Free, Dare and Forge.

*Relentless®* - a line of carbonated energy drinks. We offer the following energy drinks under the Relentless® product line: Origin, Zero, Apple Kiwi, Lemon Ice, Cherry and Passion Punch.

**Exhibit 16**
**- 239 -**                                                    MEC021286

**Sales and Marketing**

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image-enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including racks, coolers and barrel coolers), advertising, in-store promotions and in-store placement of point-of-sale materials to encourage demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and sports figures, personality endorsements (including from television and other well-known sports personalities), sampling and sponsorship of selected athletes, teams, series, bands, esports, causes and events. In-store posters, outdoor posters, print, radio and television advertising (directly and through our sponsorships and endorsements) and coupons may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually appealing and distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different, better and unique. The labels and graphics for many of our products are redesigned from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we will continue to reevaluate from time to time.

Where appropriate, we partner with our retailers and wholesalers to assist our marketing efforts.

We increased expenditures for our sales and marketing programs by approximately 16.8% in 2016 compared to 2015. As of December 31, 2016, we employed 1,836 employees in sales and marketing activities, of which 1,108 were employed on a full-time basis.

**Customers**

Our customers are primarily full service beverage bottlers/distributors, retail grocery and specialty chains, wholesalers, club stores, mass merchandisers, convenience chains, food service customers and the military. Percentages of our gross sales to our various customer types for the years ended December 31, 2016, 2015 and 2014 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage bottlers/distributors in the United States. Such full service beverage bottlers/distributors in turn sell certain of our products to some of the same customer types listed below. We limit our description of our customer types to include only our sales to our full service bottlers/distributors without reference to such bottlers/distributors' sales to their own customers.

13

Table of Contents

|                                                   | 2016 | 2015 | 2014 |
|---------------------------------------------------|------|------|------|
| U.S. full service bottlers/distributors           | 65%  | 65%  | 62%  |
| Club stores and mass merchandisers                | 8%   | 9%   | 9%   |
| International full service bottlers/distributors  | 25%  | 23%  | 23%  |
| Retail grocery, specialty chains and wholesalers  | 1%   | 2%   | 4%   |
| Other                                             | 1%   | 1%   | 2%   |

Our customers include CCR, Coca-Cola Bottling Company, CCBCC Operations, LLC, United Bottling Contracts Company, LLC, and certain other TCCC independent bottlers (collectively the "TCCC North American Bottlers"), Coca-Cola European Partners, Coca-Cola Hellenic, Coca-Cola FEMSA, Coca-Cola Amatil, Swire Coca-Cola group in China, COFCO Coca-Cola group in China, Asahi, Kalil Bottling Group, Wal-Mart, Inc. (including Sam's Club), Costco and select Anheuser-Busch distributors (the "AB Distributors"). In February 2015, in accordance with our then existing agreements with the applicable AB Distributors, we sent notices of termination to the majority of the AB Distributors in the United States for the termination of their respective distribution agreements. The associated distribution rights relating to such terminated distribution agreements have been transitioned to TCCC's network of owned or controlled

**Exhibit 16**
**- 240 -**
MEC021292

bottlers/distributors and wholesalers/distributors and retailers are affected AB Distributors' rights in the applicable territories. As of March 1, 2017, distribution rights in the U.S. representing approximately 94% of the target case sales have been transitioned to TCCC's distribution network. TCCC, through certain wholly-owned subsidiaries (the "TCCC Subsidiaries"), accounted for approximately 41%, 43% and 29% of our net sales for the years ended December 31, 2016, 2015 and 2014, respectively. A decision by any large customer to decrease amounts purchased from us or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. We believe that the volume of sales in the beverage industry are affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

## Intellectual Property

We presently have more than 8,000 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress and other intellectual property as very important to our business. We consider Monster® (registered outside of the United States in certain jurisdictions), Monster Energy®, ꟿ®, M Monster Energy®, Monster Rehab®, Java Monster®, Muscle Monster®, Punch Monster®, Juice Monster®, Unleash the Beast®, Monster Energy Extra Strength Nitrous Technology®, BU®, Nalu®, NOS®, Full Throttle®, Burn®, Mother®, Ultra®, Play® and Power Play®, Gladiator®, Relentless®, Samurai® and BPM® to be our core trademarks. In addition, as a result of the AFF Transaction, we secured the intellectual property of our most important flavors for certain of our Monster Energy® Brand energy drinks in perpetuity.

14

### Table of Contents

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We assert copyright ownership of the statements, graphics and content appearing on the packaging of our products and in our marketing materials. We aggressively pursue individuals and/or entities seeking to profit from the unauthorized use of our trademarks and copyrights, including, without limitation, wholesalers, street vendors, retailers, online auction site sellers and website operators. In addition to initiating civil actions against these individuals and entities, we work with law enforcement officials where appropriate.

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

We also enforce and protect our trademark rights against third parties infringing or disparaging our trademarks by opposing registration of conflicting trademarks and initiating litigation as necessary.

## Government Regulation

The production, distribution and sale in the United States of many of our products are subject to various U.S. federal and state regulations, including but not limited to: the Federal Food, Drug and Cosmetic Act ("FD&C Act"); the Occupational Safety and Health Act; various environmental statutes; California Proposition 65 and a number of other federal, state and local statutes and regulations applicable to the production, transportation, sale, safety, advertising,

**Exhibit 16**
**- 241 -**
MEC021293

Table of Contents

## Performance Graph

The following graph shows a five-year comparison of cumulative total returns:[1]



[1]Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2011. The Company's current self-selected peer group is comprised of TCCC, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation.

35

Table of Contents

## ITEM 6.    SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2014 through 2016 and the balance sheet data as of December 31, 2016 and 2015, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2013 and 2012 and the balance sheet data as of December 31, 2014, 2013 and 2012 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Net sales[1] | $ 3,049,393 | $ 2,722,564 | $ 2,464,867 | $ 2,246,428 | $ 2,060,702 |

**Exhibit 16**

**- 242 -**

MEC021312

Case 2:17-cv-01605-KJM-JDP   Document 41-4   Filed 10/04/18   Page 98 of 122

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross profit[1] | $ | 1,942,000 | $ | 1,632,301 | $ | 1,339,810 | $ | 1,172,931 | $ | 1,065,656 |
| Gross profit as a percentage to net sales | | 63.7% | | 60.0% | | 54.4% | | 52.2% | | 51.7% |
| Operating income[2] | $ | 1,085,338 | $ | 893,653 | $ | 747,505 | $ | 572,916 | $ | 550,623 |
| Net income | $ | 712,685 | $ | 546,733 | $ | 483,185 | $ | 338,661 | $ | 340,020 |
| Net income per common share: | | | | | | | | | |
| Basic | $ | 1.21 | $ | 0.97 | $ | 0.96 | $ | 0.68 | $ | 0.65 |
| Diluted | $ | 1.19 | $ | 0.95 | $ | 0.92 | $ | 0.65 | $ | 0.62 |
| Cash, cash equivalents and investments | $ | 600,530 | $ | 2,935,375 | $ | 1,194,397 | $ | 623,388 | $ | 340,949 |
| Total assets | $ | 4,153,471 | $ | 5,571,277 | $ | 1,938,875 | $ | 1,420,509 | $ | 1,043,325 |
| Stockholders' equity | $ | 3,329,709 | $ | 4,809,410 | $ | 1,515,150 | $ | 992,279 | $ | 644,397 |

[1]Includes $40.3 million, $62.8 million, $15.0 million, $14.8 million and $13.2 million for the years ended December 31, 2016, 2015, 2014, 2013 and 2012, respectively, related to the recognition of deferred revenue. Included in the $40.3 million and the $62.8 million recognition of deferred revenue for the years ended December 31, 2016 and 2015, respectively, is $5.7 million and $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the relevant periods.

[2]Includes $79.8 million, $224.0 million, ($0.2) million, $10.8 million and $1.5 million for the years ended December 31, 2016, 2015, 2014, 2013 and 2012, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.

36

Table of Contents

## ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business, the value drivers of our business, and opportunities and risks facing our Company, stock repurchases, acquisitions and divestitures;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and

**Exhibit 16**
**- 243 -**
MEC021313

We incurred $1.5 million in TCCC Transaction related expenses for the two years ended December 31, 2015 and 2014, respectively. We incurred no TCCC Transaction related expenses for the year ended December 31, 2016.

### *Factors Impacting Profitability*

The following table summarizes the selected items discussed above for the years ended December 31, 2016, 2015 and 2014:

38

Table of Contents

| Income Statement Items (in thousands): | 2016 | | 2015 | | 2014 | |
|---|---|---|---|---|---|---|
| Included in Net Sales: | | | | | | |
| Accelerated recognition of deferred revenue | $ | 5,713 | $ | 39,761 | $ | - |
| Included in Operating Expenses: | | | | | | |
| Stock Repurchase expenses | $ | (1,556) | $ | - | $ | - |
| AFF Transaction expenses | | (4,483) | | - | | - |
| Distributor termination costs | | (79,751) | | (224,000) | | 157 |
| TCCC Transaction expenses | | - | | (15,496) | | (4,824) |
| Gain on sale of Monster Non-Energy | $ | - | $ | 161,470 | $ | - |
| Net Impact on Operating Income | $ | (80,077) | $ | (38,265) | $ | (4,667) |

#### *Overview*

We develop, market, sell and distribute energy drink beverages, sodas and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Mega Monster Energy®
- Punch Monster®
- Juice Monster®
- Übermonster®
- BU®
- Mutant® Super Soda

- Nalu®
- NOS®
- Full Throttle®
- Burn®
- Mother®
- Ultra®
- Play® and Power Play®
- Gladiator®
- Relentless®
- Samurai®
- BPM®

Our Monster Energy® brand energy drinks, which represented 90.1%, 92.5% and 93.9% of our net sales for the years ended December 31, 2016, 2015 and 2014, respectively, primarily include the following:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Juice Monster® Khaos®
- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch®

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Salted Caramel

Exhibit 16
- 244 -
MEC021315

- Monster Energy® Absolutely Zero®
- Monster Energy® Import
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy

- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3® Monster Energy® Super Concentrate
- Monster Energy Zero Ultra®
- Monster Energy Ultra Blue®
- Monster Energy Ultra Red®

39

## Table of Contents

- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Muscle Monster® Strawberry
- Muscle Monster® Banana
- Monster Energy® Gronk

- Monster Energy Ultra Black®
- Monster Energy Ultra Sunrise®
- Monster Energy Ultra Citron®
- Monster Energy Ultra Violet™
- Monster Energy® Valentino Rossi
- Übermonster® Energy Brew™

We have three operating and reportable segments, (i) Monster Energy® Drinks segment which is comprised of our Monster Energy® drinks as well as Mutant® Super Soda drinks, (ii) Strategic Brands segment which includes the various energy drink brands acquired from TCCC as a result of the TCCC Transaction and (iii) Other segment ("Other"), the principal products of which include the non-energy brands disposed of as a result of the TCCC Transaction as well as the AFF Third-Party Products.

During 2016, we continued to expand our existing portfolio of drinks and further develop our distribution markets. During 2016, we introduced the following products:

- Monster Energy Ultra Violet™ (December 2016).
- Mutant® Super Soda (September 2016).
- Monster Energy® Gronk (February 2016).
- Java Monster® Salted Caramel (January 2016).

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2016, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Our net sales of $3,049.4 million for the year ended December 31, 2016 represented record annual net sales. The vast majority of our net sales are derived from our Monster Energy® brand energy drinks. Net sales of our Monster Energy® brand energy drinks were $2,747.9 million for the year ended December 31, 2016, an increase of $229.4 million, or 70.2% of our overall increase in net sales for the year ended December 31, 2016. Any decrease in net sales of our Monster Energy® brand energy drinks could have a significant adverse effect on our future revenues and net income. Competitive pressure in the energy drink category could also adversely affect our operating results. Net sales of our Strategic Brands acquired as part of the TCCC Transaction were $272.5 million for the year ended December 31, 2016.

Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Monster Energy® Drinks segment of approximately $17.6 million for the year ended December 31, 2016, primarily due to our operations in Europe, Mexico, Canada and South Africa, partially offset by our operations in Japan. Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Strategic Brands segment of approximately $4.7 million for the year ended December 31, 2016, primarily due to our operations in Europe.

**Exhibit 16**
**- 245 -**

MEC021316

Table of Contents

We believe that the following opportunities exist for us:

- domestic and international growth potential of our products due to our continued transition to a leading global distribution network and the scale and platform synergies expected in connection with the TCCC Transaction;
- growth potential of the energy drink category, both domestically and internationally;
- planned and future new product and product line introductions with the objective of increasing sales and/or contributing to higher profitability;
- the introduction of premium and/or new packages designed to generate strong revenue growth;
- redesign, repackaging and repositioning of our Strategic Brands;
- package, pricing and channel opportunities to increase profitable growth;
- effective strategic positioning to capitalize on industry growth;
- broadening distribution/expansion opportunities in both domestic and international markets;
- launching and/or relaunching our products into new geographic markets such as India and additional markets in China; and
- continued focus on reducing our cost base.

44

Table of Contents

## Results of Operations

The following table sets forth key statistics for the years ended December 31, 2016, 2015 and 2014, respectively.

| (In thousands, except per share amounts) | 2016 | 2015 | 2014 | Percentage Change 16 vs. 15 | Percentage Change 15 vs. 14 |
|---|---|---|---|---|---|
| Net sales[1] | $ 3,049,393 | $ 2,722,564 | $ 2,464,867 | 12.0% | 10.5% |
| Cost of sales | 1,107,393 | 1,090,263 | 1,125,057 | 1.6% | (3.1%) |
| Gross profit*[1] | 1,942,000 | 1,632,301 | 1,339,810 | 19.0% | 21.8% |
| Gross profit as a percentage of net sales[1] | 63.7% | 60.0% | 54.4% | | |
| Operating expenses[2] | 856,662 | 900,118 | 592,305 | (4.8%) | 52.0% |
| Operating expenses as a percentage of net sales | 28.1% | 33.1% | 24.0% | | |
| Gain on sale of Monster Non-Energy | - | 161,470 | - | | |
| Operating income[1],[2] | 1,085,338 | 893,653 | 747,505 | 21.4% | 19.6% |
| Operating income as a percentage of net sales | 35.6% | 32.8% | 30.3% | | |
| Other expense, net | 5,653 | 2,105 | 1,717 | 168.6% | 22.6% |
| Income before provision for income taxes[1],[2] | 1,079,685 | 891,548 | 745,788 | 21.1% | 19.5% |
| Provision for income taxes | 367,000 | 344,815 | 262,603 | 6.4% | 31.3% |
| Income taxes as a percentage of income before taxes | 34.0% | 38.7% | 35.2% | | |
| Net income[1],[2] | $ 712,685 | $ 546,733 | $ 483,185 | 30.4% | 13.2% |
| Net income as a percentage of net sales | 23.4% | 20.1% | 19.6% | | |

**Exhibit 16**
**- 246 -**

MEC021320

| Net income per share[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| Basic | $ | 1.21 | $ | 0.97 | $ | 0.96 | 25.6% | 0.2% |
| Diluted | $ | 1.19 | $ | 0.95 | $ | 0.92 | 25.6% | 2.4% |
| Case sales (in thousands) | | | | | | | |
| (in 192-ounce case equivalents) | | 320,960 | | 274,621 | | 238,280 | 16.9% | 15.3% |

[1]*Includes $40.3 million, $62.8 million and $15.0 million for the years ended December 31, 2016, 2015 and 2014, respectively, related to the recognition of deferred revenue. Included in the $40.3 million and the $62.8 million recognition of deferred revenue for the years ended December 31, 2016 and 2015, respectively, is $5.7 million and $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the relevant periods.*

[2]*Includes $79.8 million, $224.0 million and ($0.2) million for the years ended December 31, 2016, 2015 and 2014, respectively, related to distributor termination costs.*

\*Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.

45

Table of Contents

### *Results of Operations for the Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015.*

*Net Sales.* Net sales were $3,049.4 million for the year ended December 31, 2016, an increase of approximately $326.8 million, or 12.0% higher than net sales of $2,722.6 million for the year ended December 31, 2015. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $229.4 million of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased partially due to increased sales by volume as a result of increased domestic and international consumer demand. Net sales of our Strategic Brands were $272.5 million for the year ended December 31, 2016, as compared with $143.3 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015). There were no net sales during the year ended December 31, 2016 for the non-energy brands disposed of as a result of the TCCC Transaction on June 12, 2015, which resulted in a decrease in net sales of $60.8 million from the year ended December 31, 2015. Net sales of our AFF Third- Party Products were $17.0 million for the year ended December 31, 2016. There were no net sales of our AFF Third-Party Products for the year ended December 31, 2015. Net sales included $5.7 million and $39.8 million for the years ended December 31, 2016 and 2015, respectively, related to the acceleration of deferred revenue balances associated with certain of the Company's prior distributors. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2016.

Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Monster Energy® Drinks segment of approximately $17.6 million for the year ended December 31, 2016, primarily due to our operations in Europe, Mexico, Canada and South Africa, partially offset by our operations in Japan. Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Strategic Brands segment of approximately $4.7 million for the year ended December 31, 2016, primarily due to our operations in Europe.

Case sales, in 192-ounce case equivalents, were 321.0 million cases for the year ended December 31, 2016, an increase of approximately 46.3 million cases or 16.9% higher than case sales of 274.6 million cases for the year ended December 31, 2015. The overall average net sales per case (excluding AFF Third-Party Products' net sales of $17.0 million, as these sales do not have unit case equivalents) decreased to $9.45 for the year ended December 31, 2016, which was 4.7% lower than the average net sales per case of $9.91 for the year ended December 31, 2015. The lower net sales per case was primarily attributable to sales of concentrates and/or beverage bases in the Strategic Brands segment, which generally generate lower net operating revenues than products within the Monster Energy® Drinks segment.

Net sales for the Monster Energy® Drinks segment were $2,759.9 million for the year ended December 31, 2016, an increase of approximately $241.4 million, or 9.6% higher than net sales of $2,518.5 million for the year ended December 31, 2015. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2016.

Exhibit 16

- 247 -

MEC021321

Net sales for the Strategic Brands segment were $272.5 million for the year ended December 31, 2016, an increase of approximately $129.2 million, or 90.2% higher than net sales of $143.3 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015).

Net sales for the Other segment were $17.0 million for the year ended December 31, 2016, a decrease of approximately $43.8 million, or 72.0% lower than net sales of $60.8 million for the year ended December 31, 2015. Net sales for the Other segment for the year ended December 31, 2016 are comprised of sales of the AFF Third-Party Products. Net sales for the Other segment for the year ended December 31, 2015 are comprised of sales of the non-energy brands disposed of as a result of the TCCC Transaction on June 12, 2015 (effectively from January 1, 2015 to June 12, 2015).

46

Table of Contents

*Gross Profit.* Gross profit was $1,942.0 million for the year ended December 31, 2016, an increase of approximately $309.7 million, or 19.0% higher than the gross profit of $1,632.3 million for the year ended December 31, 2015. Gross profit as a percentage of net sales increased to 63.7% for the year ended December 31, 2016 from 60.0% for the year ended December 31, 2015. The increase in gross profit dollars was primarily the result of the $229.4 million and $129.2 million increase in net sales of our Monster Energy® brand energy drinks and our Strategic Brands, respectively. The increase in gross profit as a percentage of net sales was primarily attributable to (i) the Strategic Brands segment, which generally has higher gross margins than the Monster Energy® Drinks segment, (ii) no sales in the year ended December 31, 2016 for the non-energy brands disposed of as a result of the TCCC Transaction on June 12, 2015, which generally had lower gross margins than the Monster Energy® Drinks segment, (iii) lower costs of certain raw materials, (iv) the raw material cost savings resulting from the AFF Transaction and (v) changes in product sales mix.

*Operating Expenses.* Total operating expenses were $856.7 million for the year ended December 31, 2016, a decrease of approximately $43.5 million, or 4.8% lower than total operating expenses of $900.1 million for the year ended December 31, 2015. The decrease in operating expenses was primarily due to the $144.2 million decrease in costs associated with distributor terminations. To a lesser extent, the decrease in operating expenses was also due to decreased expenditures of $15.4 million of professional service costs and transaction expenses related to the TCCC Transaction, decreased expenditures of $3.5 million for distribution costs and decreased expenditures of $3.5 million for advertising. The decrease in operating expenses was partially offset by increased payroll expenses of $29.5 million (of which $13.1 million was related to an increase in stock-based compensation), increased expenditures of $27.3 million for sponsorships and endorsements, increased expenditures of $15.7 million for professional service costs (exclusive of expenditures related to the Auction Stock Repurchase Tender, the AFF Transaction and the TCCC Transaction), including legal and accounting fees, increased expenditures of $8.4 million for premiums, increased expenditures of $7.9 million for other marketing expenses, increased expenditures of $6.5 million for commissions, increased intangible asset amortization of $6.6 million and $6.0 million of professional service costs and transaction expenses related to the Auction Stock Repurchase Tender and the AFF Transaction, respectively.

*Contribution Margin.* Contribution margin for the Monster Energy® Drinks segment was $1,148.4 million for the year ended December 31, 2016, an increase of approximately $312.4 million, or 37.4% higher than contribution margin of $836.1 million for the year ended December 31, 2015. The increase in contribution margin for the Monster Energy® Drinks segment was primarily the result of the $144.2 million decrease in costs associated with distributor terminations as well as the $229.4 million increase in net sales of our Monster Energy® brand energy drinks. The increase in contribution margin for the Monster Energy® Drinks segment was partially offset by the $39.8 million of accelerated amortization of deferred revenue during the year ended December 31, 2015 related to distributor terminations, as compared to $5.7 million during the year ended December 31, 2016.

Contribution margin for the Strategic Brands segment was $163.1 million for the year ended December 31, 2016, an increase of approximately $73.3 million, or 81.6% higher than contribution margin of $89.8 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015).

**Exhibit 16**

**- 248 -**

MEC021322

Contribution margin for the Other segment was $4.4 million for the year ended December 31, 2016 as compared to contribution margin of $165.2 million for the year ended December 31, 2015. Included in contribution margin for the Other segment for the year ended December 31, 2015 was the $161.5 million gain on the sale of the rights in and to our non-energy business ("Monster Non-Energy") to TCCC.

47

Table of Contents

*Operating Income.* Operating income was $1,085.3 million for the year ended December 31, 2016, an increase of approximately $191.7 million, or 21.4% higher than operating income of $893.7 million for the year ended December 31, 2015. Operating income as a percentage of net sales increased to 35.6% for the year ended December 31, 2016 from 32.8% for the year ended December 31, 2015. The increase in operating income in dollars was primarily due to the $144.2 million decrease in costs associated with distributor terminations, as well as the $309.7 million increase in gross profit. The increase in operating income was partially offset by the $161.5 million gain on the sale of Monster Non-Energy for the year ended December 31, 2015. Operating income was $101.7 million and $67.0 million for the year ended December 31, 2016 and 2015, respectively, in relation to our operations in Africa, Asia, Australia, Europe, the Middle East and South America.

*Other Expense, net.* Other expense, net was $5.7 million for the year ended December 31, 2016, as compared to other expense, net of $2.1 million for the year ended December 31, 2015. Foreign currency transaction losses were $9.7 million and $5.5 million for the years ended December 31, 2016 and 2015, respectively. Interest income was $4.0 million and $3.1 million for the years ended December 31, 2016 and 2015, respectively.

*Provision for Income Taxes.* Provision for income taxes was $367.0 million for the year ended December 31, 2016, an increase of $22.2 million or 6.4% higher than the provision for income taxes of $344.8 million for the year ended December 31, 2015. The effective combined federal, state and foreign tax rate decreased to 34.0% from 38.7% for the years ended December 31, 2016 and 2015, respectively. The decrease in the effective tax rate was primarily due to the increase in the stock compensation deduction as well as the increase in the domestic production deduction taken in the year ended December 31, 2016. The decrease in the effective tax rate was partially offset by the disallowance of a tax deduction for certain costs related to the TCCC Transaction and the release of the valuation allowance against the deferred tax assets of a certain foreign jurisdiction in the year ended December 31, 2015.

*Net Income.* Net income was $712.7 million for the year ended December 31, 2016, an increase of $165.9 million or 30.4% higher than net income of $546.7 million for the year ended December 31, 2015. The increase in net income was primarily attributable to the $144.2 million decrease in costs associated with distributor terminations as well as the increase in gross profit of $309.7 million. The increase in net income was partially offset by the $161.5 million gain on the sale of Monster Non-Energy for the year ended December 31, 2015 as well as an increase in the provision for income taxes of $22.2 million.

### *Results of Operations for the Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014.*

*Net Sales.* Net sales were $2,722.6 million for the year ended December 31, 2015, an increase of approximately $257.7 million, or 10.5% higher than net sales of $2,464.9 million for the year ended December 31, 2014. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $204.0 million of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased partially due to increased sales by volume as a result of increased domestic and international consumer demand. Net sales of our Strategic Brands were $143.3 million for the year ended December 31, 2015. Net sales for the Other segment, the principal products of which include the brands disposed of as a result of the TCCC Transaction on June 12, 2015, decreased $89.6 million for the year ended December 31, 2015 (effectively from January 1, 2015 to June 12, 2015). Net sales for the year ended December 31, 2015 included $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2015.

48

**Exhibit 16**
**- 249 -**

MEC021323

Case 2:17-cv-01605-KJM-JDP    Document 41-4    Filed 10/04/18    Page 105 of 122

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10-K

(Mark One)

[ X ] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2017

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 001-18761

## MONSTER BEVERAGE CORPORATION

(Exact name of registrant as specified in its charter)

| Delaware | 47-1809393 |
|---|---|
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

1 Monster Way
Corona, California 92879
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (951) 739 - 6200

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.005 par value per share | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☑ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes☐ No☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

**Exhibit 16**
**- 250 -**

MEC021385

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑                           Accelerated filer ☐
Non-accelerated filer ☐                             Smaller reporting company ☐
(Do not check if a smaller reporting company)       Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act.)     Yes ☐ No ☑

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant was $25,779,806,546 computed by reference to the closing sale price for such stock on the NASDAQ Global Select Market on June 30, 2017, the last business day of the registrant's most recently completed second fiscal quarter.

The number of shares of the registrant's common stock, $0.005 par value per share (being the only class of common stock of the registrant), outstanding on February 12, 2018 was 566,402,748 shares.

## DOCUMENTS INCORPORATED BY REFERENCE:

Portions of the registrant's Definitive Proxy Statement to be filed subsequent to the date hereof with the Commission pursuant to Regulation 14A in connection with the registrant's 2018 Annual Meeting of Stockholders are incorporated by reference into Part III of this Report. Such Definitive Proxy Statement will be filed with the Securities and Exchange Commission no later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2018.

---

Table of Contents

## MONSTER BEVERAGE CORPORATION

## FORM 10-K

## TABLE OF CONTENTS

**Item Number**                                                                                        **Page Number**

### PART I

| 1. | Business | 3 |
| 1A. | Risk Factors | 19 |
| 1B. | Unresolved Staff Comments | 31 |
| 2. | Properties | 31 |
| 3. | Legal Proceedings | 31 |
| 4. | Mine Safety Disclosures | 32 |

### PART II

| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 32 |
| 6. | Selected Financial Data | 35 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 63 |
| 8. | Financial Statements and Supplementary Data | 64 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 64 |
| 9A. | Controls and Procedures | 64 |
| 9B. | Other Information | 67 |

### PART III

**Exhibit 16**

**- 251 -**

MEC021386

| 10. | Directors, Executive Officers and Corporate Governance | 67 |
| 11. | Executive Compensation | 67 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 67 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 68 |
| 14. | Principal Accounting Fees and Services | 68 |

**PART IV**

| 15. | Exhibits and Financial Statement Schedules | 68 |
| 16. | Form 10-K Summary | 68 |
| | Signatures | 71 |

2

Table of Contents

## PART I

### ITEM 1. BUSINESS

When this report uses the words "the Company", "we", "us" and "our", these words refer to Monster Beverage Corporation and its subsidiaries, unless the context otherwise requires. Based in Corona, California, Monster Beverage Corporation is a holding company and conducts no operating business, except through its consolidated subsidiaries. The Company's subsidiaries primarily develop and market energy drinks as well as Mutant® Super Soda drinks.

#### Reportable Segments

We have three operating and reportable segments, (i) Monster Energy® Drinks segment ("Monster Energy® Drinks"), which is comprised of our Monster Energy® drinks, Monster Hydro® energy drinks and Mutant® Super Soda drinks, (ii) Strategic Brands segment ("Strategic Brands"), which is comprised of the various energy drink brands acquired from The Coca-Cola Company ("TCCC") in 2015 (the "TCCC Transaction") (see Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements) and (iii) Other segment ("Other"), the principal products of which include the non-energy brands disposed of as a result of the TCCC Transaction (effectively from January 1, 2015 to June 12, 2015), as well as certain products, acquired as part of our American Fruits & Flavors ("AFF") asset acquisition in 2016 (the "AFF Transaction") (see Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements), that are sold by AFF to independent third-party customers (the "AFF Third-Party Products") (effectively from April 1, 2016). Corporate and unallocated amounts that do not specifically relate to a reportable segment have been allocated to "Corporate and Unallocated." Our Monster Energy® Drinks segment represented 90.5%, 90.5% and 92.5% of our consolidated net sales for the years ended December 31, 2017, 2016 and 2015, respectively. Our Strategic Brands segment represented 8.9%, 8.9%, 5.3% of our consolidated net sales for the years ended December 13, 2017, 2016 and 2015 (effectively from June 13, 2015). Our Other segment represented 0.6%, 0.6% and 2.2% of our consolidated net sales for the years ended December 31, 2017, 2016 and 2015, respectively.

Our Monster Energy® Drinks segment generates net operating revenues by selling ready-to-drink packaged energy drinks primarily to bottlers and full service beverage distributors. In some cases, we sell directly to retail grocery and specialty chains, wholesalers, club stores, mass merchandisers, convenience chains, drug stores, food service customers and the military.

Our Strategic Brands segment primarily generates net operating revenues by selling "concentrates" and/or "beverage bases" to authorized bottling and canning operations. Such bottlers generally combine the concentrates and/or beverage bases with sweeteners, water and other ingredients to produce ready-to-drink packaged energy drinks. The ready-to-drink packaged energy drinks are then sold to other bottlers and full service distributors and to retail grocery and specialty chains, wholesalers, club stores, mass merchandisers, convenience chains, food service customers, drug stores

**Exhibit 16**
**- 252 -**

MEC021387

and the ~~Case 2:17-cv-04605-KM-JDB Document 41-4 Filed 10/04/18 Page 108 of 122~~ to a lesser extent, our Strategic Brands segment generates net operating revenues by selling ready-to-drink packaged energy drinks to bottlers and full service beverage distributors.

Generally, the Monster Energy® Drinks segment generates higher per case net operating revenues, but lower per case gross profit margins than the Strategic Brands segment.

For financial information about our reporting segments and geographic areas, refer to Note 18 of Notes to the Consolidated Financial Statements set forth in "Part II, Item 8 – Financial Statements and Supplementary Data" of this report, incorporated herein by reference. For certain risks with respect to our energy drinks see "Part I, Item 1A – Risk Factors" below.

3

Table of Contents

## Overview

We develop, market, sell and distribute energy drink beverages, sodas and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Energy Ultra®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®
- Java Monster®
- Muscle Monster®
- Espresso Monster™
- Punch Monster®
- Juice Monster®
- Übermonster®
- Monster Hydro®
- Caffé Monster™
- Mutant® Super Soda

- NOS®
- Full Throttle®
- Burn®
- Mother®
- Nalu®
- Ultra Energy®
- Play® and Power Play(stylized)®
- Relentless®
- BPM®
- BU®
- Gladiator®
- Samurai®

Our Monster Energy® brand energy drinks, which represented 90.1%, 90.1% and 92.5% of our net sales for the years ended December 31, 2017, 2016 and 2015, respectively, primarily include the following energy drinks[1]:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Monster Energy Absolutely Zero®
- Juice Monster® Khaos®
- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch®
- Juice Monster® Mango Loco
- Monster Energy® Import
- Monster Energy® Export
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Salted Caramel
- Übermonster™ Energy Brew™
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3(stylized)® Monster Energy® Super Concentrate
- Monster Energy Zero Ultra®
- Monster Energy Ultra Blue®
- Monster Energy Ultra Red®

**Exhibit 16**
**- 253 -**

MEC021388

Case 2:17-cv-01605-K1M-JDP Document 41-4 Filed 10/04/18 Page 109 of 122

- Monster Rehab® Tea + Pink Lemonade + Energy
- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Monster Hydro® Mean Green®
- Monster Hydro® Manic Melon®
- Monster Hydro® Tropical Thunder®
- Espresso Monster™ Espresso and Cream
- Espresso Monster™ Vanilla Espresso

- Monster Energy Ultra Black®
- Monster Energy Ultra Sunrise®
- Monster Energy Ultra Citron®
- Monster Energy Ultra Violet®
- Monster Energy® Valentino Rossi
- Monster Energy® Lewis Hamilton 44
- Monster Energy® Gronk
- Monster Energy® Fury

[1] *Discontinued products have been omitted.*

4

Table of Contents

## Industry Overview

The "alternative" beverage category combines non-carbonated, ready-to-drink iced teas, lemonades, juice cocktails, single-serve juices and fruit beverages, ready-to-drink dairy and coffee drinks, energy drinks, sports drinks and single-serve still waters (flavored, unflavored and enhanced) with "new age" beverages, including sodas that are considered natural, sparkling juices and flavored sparkling beverages. According to Beverage Marketing Corporation, domestic U.S. wholesale sales in 2017 for the "alternative" beverage category of the market are estimated at approximately \$52.6 billion, representing an increase of approximately 5.6% over estimated domestic U.S. wholesale sales in 2016 of approximately \$49.8 billion.

## Acquisitions and Divestitures

On April 1, 2016, we completed the AFF Transaction resulting in our acquisition of flavor supplier and long-time business partner AFF, in an asset acquisition that brought our primary flavor supplier in-house, secured the intellectual property of our most important flavors in perpetuity and further enhanced our flavor development and global flavor footprint capabilities. Pursuant to the terms of the AFF Transaction, we purchased AFF for \$688.5 million in cash after adjustments. (See Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements).

On June 12, 2015, we completed the TCCC Transaction contemplated by the definitive agreements entered into with TCCC on August 14, 2014, which provided for a long-term strategic relationship in the global energy drink category. (See Note 2 "Acquisitions and Divestitures" in the notes to the consolidated financial statements).

## Corporate History

In the 1930s, Hubert Hansen and his sons started a business selling fresh non-pasteurized juices in Los Angeles, California. This business eventually became Hansen's Juices, Inc., which subsequently became known as The Fresh Juice Company of California, Inc. ("FJC"). FJC retained the right to market and sell fresh non-pasteurized juices under the Hansen's® trademark. In 1977, Tim Hansen, one of the grandsons of Hubert Hansen, perceived a demand for shelf stable pasteurized natural juices and juice blends and formed Hansen Foods, Inc. ("HFI"). HFI expanded its product line from juices to include Hansen's Natural Soda® brand sodas. In 1990, California Co-Packers Corporation (d/b/a Hansen Beverage Company) ("CCC") acquired certain assets of HFI, including the right to market the Hansen's® brand name. In 1992, Hansen Natural Corporation acquired the Hansen's® brand natural soda and apple juice business from CCC. Under our ownership, the Hansen's® beverage business significantly expanded to include a wide range of beverages within the growing "alternative" beverage category including, in particular, energy drinks. In 1999, we acquired all of FJC's rights to manufacture, sell and distribute fresh non-pasteurized juice products under the Hansen's® trademark together with certain additional rights. In 2012, we changed our name from Hansen Natural Corporation to Monster Beverage Corporation. In 2015, as part of the TCCC Transaction, we acquired the Strategic Brands from TCCC and disposed of our non-energy drink business. In 2016, we completed our acquisition of flavor supplier and long-time business partner AFF.

**Exhibit 16**
**- 254 -**

MEC021389

Table of Contents

**2017 Product Introductions**

During 2017, we continued to expand our existing portfolio of drinks and further develop our distribution markets. During 2017, we introduced the following products:

- Espresso Monster™ Espresso and Cream (October 2017)
- Espresso Monster™ Vanilla Espresso (October 2017)
- NOS® Nitro Mango (October 2017)
- Monster Energy® Fury (September 2017)
- Monster Energy® Lewis Hamilton 44 (April 2017)
- Mutant® Super Soda White Lightning (April 2017)
- Monster Hydro® Mean Green® (May 2017)
- Monster Hydro® Manic Melon® (May 2017)
- Monster Hydro® Tropical Thunder® (May 2017)
- Juice Monster® Mango Loco (May 2017)
- Full Throttle® Orange (March 2017)

Subsequent to December 31, 2017, we introduced Caffé Monster™ Vanilla, Caffé Monster™ Mocha and Caffé Monster™ Salted Caramel.

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2017, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

**Products – Monster Energy® Drinks Segment**

Monster Energy® Brand Energy Drinks:

*Monster Energy® Drinks* - a line of carbonated energy drinks. Our Monster Energy® drinks contain vitamins, minerals, nutrients, herbs and other dietary ingredients (collectively, "dietary ingredients") and are marketed through our full service distributor network. We offer the following energy drinks under the Monster Energy® drink product line: Monster Energy®, Lo-Carb Monster Energy®, Monster Assault®, Monster Energy® Fury, Juice Monster® Khaos®, Juice Monster® Ripper®, Juice Monster® Pipeline Punch®, Juice Monster® Mango Loco, Monster Energy® Absolutely Zero, Monster Energy® Import, Punch Monster® Baller's Blend®, Punch Monster® Mad Dog, Mega Monster Energy®, M3(stylized)® Monster Energy® Super Concentrate, Übermonster® Energy Brew™, Monster Energy Zero Ultra®, Monster Energy Ultra Blue®, Monster Energy Ultra Red®, Monster Energy Ultra Black®, Monster Energy Ultra Sunrise®, Monster Energy Ultra Citron®, Monster Energy Ultra Violet®, Monster Energy® Gronk, Monster Energy® Valentino Rossi and Monster Energy® Lewis Hamilton 44.

*Java Monster® Coffee + Energy Drinks* - a line of non-carbonated dairy based coffee + energy drinks. We offer the following coffee + energy drinks under the Java Monster® product line: Java Monster® Kona Blend, Java Monster® Loca Moca®, Java Monster® Mean Bean®, Java Monster® Vanilla Light, Java Monster® Irish Blend® and Java Monster® Salted Caramel.

*Muscle Monster® Energy Shakes* - a line of non-carbonated energy shakes containing 25-grams of protein. We offer the following energy shakes under the Muscle Monster® Energy Shakes product line: Vanilla and Chocolate.

*Monster Energy Extra Strength Nitrous Technology® Energy Drinks* - a line of carbonated energy drinks containing nitrous oxide. We offer the following energy drinks under the Monster Energy Extra Strength Nitrous Technology® product line: Super Dry™ and Anti Gravity®.

**Exhibit 16**
**- 255 -**

MEC021390

*Monster Rehab® Tea + Energy Drinks* - a line of non-carbonated energy drinks with electrolytes. We offer the following tea + energy drinks under the Monster Rehab® drink line: Monster Rehab® Tea + Lemonade + Energy, Monster Rehab® Raspberry Tea + Energy, Monster Rehab® Tea + Orangeade + Energy, Monster Rehab® Tea + Pink Lemonade + Energy and Monster Rehab Peach® Tea + Energy.

6

Table of Contents

*Espresso Monster™ Espresso + Energy Drinks* - a line of non-carbonated dairy based espresso + energy drinks. We offer the following espresso + energy drinks under the Espresso Monster™ product line: Espresso and Cream and Vanilla Espresso.

Mutant® Super Soda Drinks:

Mutant® - a line of carbonated 'super' sodas. We offer the following sodas under the Mutant® Super Soda product line: Mutant® Super Soda, Mutant® Red Dawn Super Soda and Mutant® Super Soda White Lightning.

Monster Hydro®:

Monster Hydro® - a line of non-carbonated, lightly sweetened refreshment + energy drinks. We offer the following refreshment + energy drinks under the Monster Hydro® product line: Tropical Thunder, Mean Green and Manic Melon.

**Products – Strategic Brands Segment**

Strategic Brands Energy Drinks:

*BPM®* - a line of carbonated energy drinks. We offer the following energy drinks under the BPM® product line: Focus Berry Red and Hydrate Citrus Green.

*BU®* - a line of carbonated energy drinks. We offer the following energy drinks under the BU® product line: Original.

*Burn®* - a line of carbonated energy drinks. We offer the following energy drinks under the Burn® product line: Original, Blue, Zero, Cherry, Lemon Ice, Apple Kiwi and Passion Punch.

*Full Throttle®* - a line of carbonated energy drinks. We offer the following energy drinks under the Full Throttle® product line: Citrus, Blue Agave and Orange.

*Gladiator®* - a line of carbonated energy drinks. We offer the following energy drinks under the Gladiator® product line: Original.

*Mother®* - a line of carbonated energy drinks. We offer the following energy drinks under the Mother® product line: Original, Sugar Free, Frosty Berry and Kicked Apple.

*Nalu®* - a line of carbonated energy drinks. We offer the following energy drinks under the Nalu® product line: Original, Exotic and Frost.

*NOS®* - a line of carbonated energy drinks. We offer the following energy drinks under the NOS® product line: Original, Sugar Free, Charged Citrus, GT Grape, Cherried Out, NOS Rowdy and NOS Nitro Mango.

*Play® and Power Play(stylized)®* - a line of carbonated energy drinks. We offer the following energy drinks under the Play® and Power Play(stylized)® product line: Original, Sugar Free, Dare and Forge.

7

**Exhibit 16**
**- 256 -**
MEC021391

4/4/2018 https://www.sec.gov/Archives/edgar/data/865752/000110465918014057/a18-1123_110k.htm

*Relentless®* - a line of carbonated energy drinks. We offer the following energy drinks under the Relentless® product line: Origin, Zero, Apple Kiwi, Lemon Ice, Cherry and Passion Punch.

*Samurai®* - a line of carbonated energy drinks. We offer the following energy drinks under the Samurai® product line: Strawberry and Fruity.

*Ultra Energy®* - a line of carbonated energy drinks. We offer the following energy drinks under the Ultra Energy® product line: Original and Fury.

**Products – Other Segment**

AFF Third-Party Products:

We sell a limited number of products acquired as part of the AFF Transaction to independent third-party customers.

Non-Energy Drinks Disposed of as part of the TCCC Transaction (sales through June 12, 2015):

As part of the TCCC Transaction, we transferred all of our rights in and to the following products to TCCC (with the exception of Hansen's® energy drinks and Blue Sky® energy drinks, which were discontinued): Peace Tea® iced teas and juice drinks, Hansen's® Brand sodas, Hansen's® juices, Hansen's® aseptic juices, Blue Sky® beverages and Hubert's® lemonades.

**Other Products**

We continue to evaluate and, where considered appropriate, introduce additional products, flavors and types of beverages to complement our existing product lines. We may also evaluate, and where considered appropriate, introduce additional types of consumer products we consider are complementary to our existing products and/or to which our brand names are able to add value. Under the terms of the TCCC Transaction, we have agreed, subject to certain exceptions, not to compete with TCCC in non-alcoholic ready-to-drink beverages, other than the energy drink category.

**Products – Packaging**

Our products are packaged in a variety of different package types and sizes including, but not limited to, aluminum cans, aluminum Cap Cans, sleek aluminum cans, aluminum cans with re-sealable ends as well as glass bottles, polyethylene terephthalate (PET) plastic bottles and PET plastic cans.

**Manufacture and Distribution**

We do not directly manufacture finished goods, but instead outsource the manufacturing process to third-party bottlers and contract packers.

The AFF Transaction brought our primary flavor supplier in-house, secured the intellectual property of our most important flavors in perpetuity and further enhanced our flavor development and global flavor footprint capabilities for our Monster Energy® Drinks segment. We also source flavors from other suppliers.

We purchase flavors, concentrates, sweeteners, juices, dietary ingredients, cans, bottles, caps, labels, trays, boxes and other ingredients for our beverage products from our suppliers, which are delivered to our various third-party bottlers and co-packers. In some cases, certain common supplies may be purchased by our various third-party bottlers and co-packers. Depending on the product, the third-party bottlers or co-packers add filtered water and/or other ingredients (including dietary ingredients) for the manufacture and packaging of the finished products into our approved containers in accordance with our recipes and formulas. Depending on the beverage, the bottler/packer may also add carbonation to the products as part of the production process.

**Exhibit 16**
**- 257 -**

MEC021392

Our Mutant® Super Soda product line competes directly with Mountain Dew and Mountain Dew Kickstart.

## Sales and Marketing

Our sales and marketing strategy for all our beverages is to focus our efforts on developing brand awareness through image-enhancing programs and product sampling. We use our branded vehicles and other promotional vehicles at events where we offer samples of our products to consumers. We utilize "push-pull" methods to enhance shelf and display space exposure in sales outlets (including racks, coolers and barrel coolers), advertising, in-store promotions and in-store placement of point-of-sale materials to encourage demand from consumers for our products. We also support our brands with prize promotions, price promotions, competitions, endorsements from selected public and sports figures, sports personality endorsements, sampling and sponsorship of selected athletes, teams, series, bands, esports, causes and events. In-store posters, outdoor posters, print, radio and television advertising (directly and through our sponsorships and endorsements) and coupons may also be used to promote our brands.

We believe that one of the keys to success in the beverage industry is differentiation, making our brands and products visually appealing and distinctive from other beverages on the shelves of retailers. We review our products and packaging on an ongoing basis and, where practical, endeavor to make them different and unique. The labels and graphics for many of our products are redesigned and refreshed from time to time to maximize their visibility and identification, wherever they may be placed in stores, which we continue to reevaluate from time to time.

Where appropriate, we partner with our bottlers/distributors and/or retailers to assist our marketing efforts.

We increased expenditures for our sales and marketing programs by approximately 22.6% in 2017 compared to 2016. As of December 31, 2017, we employed 2,114 employees in sales and marketing activities, of which 1,319 were employed on a full-time basis.

13

Table of Contents

## Customers

Our customers are primarily full service beverage bottlers/distributors, retail grocery, drug and specialty chains, wholesalers, club stores, mass merchandisers, convenience chains, food service customers and the military. Percentages of our gross sales to our various customer types for the years ended December 31, 2017, 2016 and 2015 are reflected below. Such information includes sales made by us directly to the customer types concerned, which include our full service beverage bottlers/distributors in the United States. Such full service beverage bottlers/distributors in turn sell certain of our products to some of the same customer types listed below. We limit our description of our customer types to include only our sales to our full service bottlers/distributors without reference to such bottlers/distributors' sales to their own customers.

|                                                  | 2017 | 2016 | 2015 |
|--------------------------------------------------|------|------|------|
| U.S. full service bottlers/distributors          | 63%  | 65%  | 65%  |
| International full service bottlers/distributors | 28%  | 25%  | 23%  |
| Club stores and mass merchandisers               | 7%   | 8%   | 9%   |
| Retail grocery, specialty chains and wholesalers | 1%   | 1%   | 2%   |
| Other                                            | 1%   | 1%   | 1%   |

Our customers include CCR, Coca-Cola Refreshments Canada Company, Coca-Cola Bottling Company, CCBCC Operations, LLC, United Bottling Contracts Company, LLC, Reyes Coca-Cola Bottling, Great Lakes Coca-Cola Bottling, Coca-Cola Southwest Beverages LLC, Coca-Cola of Northern New England, Swire Coca-Cola, USA, Liberty Coca-Cola Beverages and certain other TCCC independent bottlers (collectively the "TCCC North American Bottlers"), Coca-Cola European Partners, Coca-Cola Hellenic, Coca-Cola FEMSA, Coca-Cola Amatil, Swire Coca-Cola group in China, COFCO Coca-Cola group in China, Coca-Cola Beverages Africa, Coca-Cola İçecek, Asahi Soft Drinks, Co., Ltd., Kalil Bottling

**Exhibit 16**
**- 258 -**

MEC021397

Group, Wal-Mart, Inc. (including Sam's Club), Costco Wholesale Corporation, The Kroger Co. and certain Anheuser-Busch distributors (the "AB Distributors"). TCCC, through certain wholly-owned subsidiaries (the "TCCC Subsidiaries"), accounted for approximately 18%, 41% and 43% of our net sales for the years ended December 31, 2017, 2016 and 2015, respectively. As part of TCCC's North America Refranchising initiative (the "North America Refranchising"), the territories of certain TCCC Subsidiaries have been transitioned to certain independent/non wholly-owned TCCC bottler/distributors. Accordingly, our percentage of net sales classified as sales to the TCCC Subsidiaries decreased for the year ended December 31, 2017. CCBCC Operations, LLC accounted for approximately 13%, 9% and 6% of our net sales for the years ended December 31, 2017, 2016 and 2015, respectively. A decision by any large customer to decrease amounts purchased from us or to cease carrying our products could have a material negative effect on our financial condition and consolidated results of operations.

## Seasonality

Sales of ready-to-drink beverages are somewhat seasonal, with the second and third calendar quarters accounting for the highest sales volumes. We believe that the volume of sales in the beverage industry are affected by weather conditions. However, the energy drink category appears to be less seasonal than traditional beverages. Quarterly fluctuations may also be affected by other factors including the introduction of new products, the opening of new markets, particularly internationally, where temperature fluctuations may be more pronounced, the addition of new bottlers and distributors, changes in the mix of the sales of our finished products and increased or decreased advertising and promotional expenses.

14

Table of Contents

## Intellectual Property

We presently have more than 8,900 registered trademarks and pending applications in various countries worldwide, and we apply for new trademarks on an ongoing basis. We regard our trademarks, service marks, copyrights, domain names, trade dress and other intellectual property as very important to our business. We consider Monster® (registered outside of the United States in certain jurisdictions), Monster Energy®, ™®, Monster Energy Ultra®, Mutant®, Monster Rehab®, Java Monster®, Muscle Monster®, Punch Monster®, Juice Monster®, Unleash the Beast!®, Monster Hydro®, Espresso Monster™, Caffé Monster™, Monster Energy Extra Strength Nitrous Technology®, BU®, Nalu®, NOS®, Full Throttle®, Burn®, Mother®, Ultra Energy®, Play® and Power Play(stylized)®, Relentless® and BPM® to be our core trademarks. In addition, as a result of the AFF Transaction, we secured the intellectual property of our most important flavors for certain of our Monster Energy® Brand energy drinks in perpetuity.

BU®, Nalu®, Burn®, Mother®, Play®, Power Play(stylized)®, Relentless®, Ultra Energy® and BPM® are registered outside of the United States in certain jurisdictions.

We protect our trademarks by applying for registrations and registering our trademarks with the United States Patent and Trademark Office and with government agencies in other countries around the world, particularly where our products are distributed and sold. We assert copyright ownership of the statements, graphics and content appearing on the packaging of our products and in our marketing materials. We aggressively pursue individuals and/or entities seeking to profit from the unauthorized use of our trademarks and copyrights, including, without limitation, wholesalers, street vendors, retailers, online auction site sellers and website operators. In addition to initiating civil actions against these individuals and entities, we work with law enforcement officials where appropriate.

Depending upon the jurisdiction, trademarks are valid as long as they are in use and/or their registrations are properly maintained and they have not been found to have become generic. Registrations of trademarks can generally be renewed as long as the trademarks are in use.

We also enforce and protect our trademark rights against third parties infringing or disparaging our trademarks by opposing registration of conflicting trademarks and initiating litigation as necessary.

## Government Regulation

**Exhibit 16**
**- 259 -**

MEC021398

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 115 of 122



COMPARISON OF CUMULATIVE FIVE YEAR TOTAL RETURN

[1] Annual return assumes reinvestment of dividends. Cumulative total return assumes an initial investment of $100 on December 31, 2012. The Company's current self-selected peer group is comprised of TCCC, DPS Group, National Beverage Corporation, Jones Soda Company and PepsiCo Inc. The Company's former self-selected peer group is comprised of TCCC, DPS Group, National Beverage Corporation, Jones Soda Company and Cott Corporation (Cott Corporation's carbonated soft drink and juice business was sold in 2018).

34

Table of Contents

## ITEM 6. SELECTED FINANCIAL DATA

The consolidated statements of operations data set forth below with respect to each of the fiscal years ended December 31, 2015 through 2017 and the balance sheet data as of December 31, 2017 and 2016, are derived from our audited consolidated financial statements included herein, and should be read in conjunction with those financial statements and notes thereto, and with Management's Discussion and Analysis of Financial Condition and Results of Operations included as Part II, Item 7 of this Annual Report on Form 10-K. The consolidated statements of operations data for the fiscal years ended December 31, 2014 and 2013 and the balance sheet data as of December 31, 2015, 2014 and 2013 are derived from the Company's audited consolidated financial statements not included herein.

| (in thousands, except per share information) | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Net sales[1] | $ 3,369,045 | $ 3,049,393 | $ 2,722,564 | $ 2,464,867 | $ 2,246,428 |
| Gross profit[1] | $ 2,137,690 | $ 1,942,000 | $ 1,632,301 | $ 1,339,810 | $ 1,172,931 |
| Gross profit as a percentage to net sales | 63.5% | 63.7% | 60.0% | 54.4% | 52.2% |
| Operating income[1,2] | $ 1,198,787 | $ 1,085,338 | $ 893,653 | $ 747,505 | $ 572,916 |
| Net income[1,2] | $ 820,678 | $ 712,685 | $ 546,733 | $ 483,185 | $ 338,661 |
| Net income per common share: | | | | | |
| Basic | $ 1.45 | $ 1.21 | $ 0.97 | $ 0.96 | $ 0.68 |

**Exhibit 16**
**- 260 -**

MEC021416

| | Diluted | Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 116 of 182 | | | 0.65 |
|---|---|---|---|---|---|
| Cash, cash equivalents and investments | $ 1,203,921 | $ 600,530 | $ 2,935,375 | $ 1,194,397 | $ 623,388 |
| Total assets | $ 4,791,012 | $ 4,153,471 | $ 5,571,277 | $ 1,938,875 | $ 1,420,509 |
| Stockholders' equity | $ 3,895,212 | $ 3,329,709 | $ 4,809,410 | $ 1,515,150 | $ 992,279 |

*[1]Includes $43.4 million, $40.3 million, $62.8 million, $15.0 million and $14.8 million for the years ended December 31, 2017, 2016, 2015, 2014 and 2013, respectively, related to the recognition of deferred revenue. Included in the $43.4 million, $40.3 million and $62.8 million recognition of deferred revenue for the years ended December 31, 2017, 2016 and 2015, respectively, is $0.6 million, $5.7 million and $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the relevant periods.*

*[2]Includes $35.4 million, $79.8 million, $224.0 million, ($0.2) million and $10.8 million for the years ended December 31, 2017, 2016, 2015, 2014 and 2013, respectively, related to expenditures attributable to the costs associated with terminating existing distributors.*

35

Table of Contents

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to – and should be read in conjunction with – our financial statements and the accompanying notes ("Notes") included in Part II, Item 8 of this Form 10-K. This discussion contains forward-looking statements that are based on management's current expectations, estimates and projections about our business and operations. Our actual results may differ materially from those currently anticipated and expressed in such forward-looking statements. See "Forward-Looking Statements" and "Part I. Item 1A – Risk Factors."

This overview provides our perspective on the individual sections of MD&A. MD&A includes the following sections:

- *Our Business* – a general description of our business, the value drivers of our business, and opportunities and risks facing our Company, stock repurchases, acquisitions and divestitures;
- *Results of Operations* – an analysis of our consolidated results of operations for the three years presented in our financial statements;
- *Sales* – details of our sales measured on a quarterly basis in both dollars and cases;
- *Inflation* – information about the impact that inflation may or may not have on our results;
- *Liquidity and Capital Resources* – an analysis of our cash flows, sources and uses of cash and contractual obligations;
- *Accounting Policies and Pronouncements* – a discussion of accounting policies that require critical judgments and estimates including newly issued accounting pronouncements;
- *Forward-Looking Statements* – cautionary information about forward-looking statements and a description of certain risks and uncertainties that could cause our actual results to differ materially from the Company's historical results or our current expectations or projections; and
- *Market Risks* – information about market risks and risk management. (See "Forward-Looking Statements" and "Part II, Item 7A – Qualitative and Quantitative Disclosures About Market Risks").

### Our Business

#### *Acquisitions and Divestitures*

On April 1, 2016, we completed our acquisition of flavor supplier and long-time business partner American Fruits & Flavors ("AFF"), in an asset acquisition that brought our primary flavor supplier in-house, secured the intellectual property of our most important flavors in perpetuity and further enhanced our flavor development and global flavor footprint capabilities (the "AFF Transaction"). Pursuant to the terms of the AFF Transaction, we purchased AFF for $688.5

Exhibit 16
- 261 -
MEC021417

We develop, market, sell and distribute energy drink beverages, sodas and/or concentrates for energy drink beverages, primarily under the following brand names:

- Monster Energy®
- Monster Energy Ultra®
- Monster Rehab®
- Monster Energy Extra Strength Nitrous Technology®

- NOS®
- Full Throttle®
- Burn®
- Mother®

37

Table of Contents

- Java Monster®
- Muscle Monster®
- Espresso Monster™
- Punch Monster®
- Juice Monster®
- Übermonster®
- Monster Hydro®
- Caffé Monster™
- Mutant® Super Soda

- Nalu®
- Ultra Energy®
- Play® and Power Play(stylized)®
- Relentless®
- BPM®
- BU®
- Gladiator®
- Samurai®

Our Monster Energy® brand energy drinks, which represented 90.1%, 90.1% and 92.5% of our net sales for the years ended December 31, 2017, 2016 and 2015, respectively, primarily include the following energy drinks[1]:

- Monster Energy®
- Lo-Carb Monster Energy®
- Monster Assault®
- Monster Energy Absolutely Zero®
- Juice Monster® Khaos®
- Juice Monster® Ripper®
- Juice Monster® Pipeline Punch®
- Juice Monster® Mango Loco
- Monster Energy® Import
- Monster Energy® Export
- Punch Monster® Baller's Blend® (formerly Dub Edition)
- Punch Monster® Mad Dog (formerly Dub Edition)
- Monster Rehab® Tea + Lemonade + Energy
- Monster Rehab® Raspberry Tea + Energy (formerly Rojo)
- Monster Rehab® Green Tea + Energy
- Monster Rehab® Tea + Orangeade + Energy
- Monster Rehab® Tea + Pink Lemonade + Energy
- Monster Rehab® Peach Tea + Energy
- Muscle Monster® Vanilla
- Muscle Monster® Chocolate
- Monster Hydro® Mean Green®
- Monster Hydro® Manic Melon®
- Monster Hydro® Tropical Thunder®
- Espresso Monster™ Espresso and Cream
- Espresso Monster™ Vanilla Espresso

- Java Monster® Kona Blend
- Java Monster® Loca Moca®
- Java Monster® Mean Bean®
- Java Monster® Vanilla Light
- Java Monster® Irish Blend®
- Java Monster® Salted Caramel
- Übermonster™ Energy Brew™
- Monster Energy Extra Strength Nitrous Technology® Super Dry™
- Monster Energy Extra Strength Nitrous Technology® Anti-Gravity®
- M3(stylized) ® Monster Energy® Super Concentrate
- Monster Energy Zero Ultra®
- Monster Energy Ultra Blue®
- Monster Energy Ultra Red®
- Monster Energy Ultra Black®
- Monster Energy Ultra Sunrise®
- Monster Energy Ultra Citron®
- Monster Energy Ultra Violet®
- Monster Energy® Valentino Rossi
- Monster Energy® Lewis Hamilton 44
- Monster Energy® Gronk
- Monster Energy® Fury

Exhibit 16
- 262 -
MEC021419

*¹Discontinued products have been omitted.*

We have three operating and reportable segments, (i) Monster Energy® Drinks segment which is comprised of our Monster Energy® drinks as well as Mutant® Super Soda drinks, (ii) Strategic Brands segment which includes the various energy drink brands acquired from TCCC as a result of the TCCC Transaction and (iii) Other segment ("Other"), the principal products of which include the non-energy brands disposed of as a result of the TCCC Transaction in June 2015, as well as the AFF Third-Party Products acquired as part of the AFF Transaction in April 2016.

38

Table of Contents

During 2017, we continued to expand our existing portfolio of drinks and further develop our distribution markets. During 2017, we introduced the following products:

- Espresso Monster™ Espresso and Cream (October 2017)
- Espresso Monster™ Vanilla Espresso (October 2017)
- NOS® Nitro Mango (October 2017)
- Monster Energy® Fury (September 2017)
- Monster Energy® Lewis Hamilton 44 (April 2017)
- Mutant® Super Soda White Lightning (April 2017)
- Monster Hydro® Mean Green® (May 2017)
- Monster Hydro® Manic Melon® (May 2017)
- Monster Hydro® Tropical Thunder® (May 2017)
- Juice Monster® Mango Loco (May 2017)
- Full Throttle® Orange (March 2017)

Subsequent to December 31, 2017, we introduced Caffé Monster™ Vanilla, Caffé Monster™ Mocha and Caffé Monster™ Salted Caramel.

In the normal course of business we discontinue certain products and/or product lines. Those products or product lines discontinued in 2017, either individually or in aggregate, did not have a material adverse impact on our financial position, results of operations or liquidity.

Our net sales of $3,369.0 million for the year ended December 31, 2017 represented record annual net sales. The vast majority of our net sales are derived from our Monster Energy® brand energy drinks. Net sales of our Monster Energy® brand energy drinks were $3,035.2 million for the year ended December 31, 2017, an increase of $287.4 million, or 89.9% of our overall increase in net sales for the year ended December 31, 2017. Any decrease in net sales of our Monster Energy® brand energy drinks could have a significant adverse effect on our future revenues and net income. Competitive pressure in the energy drink category could also adversely affect our operating results. Net sales of our Strategic Brands acquired as part of the TCCC Transaction were $299.8 million for the year ended December 31, 2017.

Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Monster Energy® Drinks segment of approximately $7.6 million for the year ended December 31, 2017. Net changes in foreign currency exchange rates had a favorable impact on net sales in the Strategic Brands segment of approximately $3.7 million for the year ended December 31, 2017.

Our growth strategy includes expanding our international business. Gross sales to customers outside the United States amounted to $1,094.8 million, $888.7 million and $713.2 million for the years ended December 31, 2017, 2016 and 2015, respectively. Such sales were approximately 28%, 25% and 23% of gross sales for the years ended December 31, 2017, 2016 and 2015, respectively. Net changes in foreign currency exchange rates had an unfavorable impact on gross sales to customers outside the United States of approximately 1%, 3% and 14% for the years ended December 31, 2017, 2016, and 2015, respectively.

**Exhibit 16**
**- 263 -**

MEC021420

Case 2:17-cv-01605-KJM-JDP Document 41-4 Filed 10/04/18 Page 119 of 122

- planned and future new product and product line introductions with the objective of increasing sales and/or contributing to higher profitability;
- the introduction of new package formats designed to generate strong revenue growth;
- package, pricing and channel opportunities to increase profitable growth;
- effective strategic positioning to capitalize on industry growth;
- broadening distribution/expansion opportunities in both domestic and international markets;
- launching and/or relaunching our products and new products into new geographic markets; and
- continued focus on reducing our cost base.

43

Table of Contents

## Results of Operations

The following table sets forth key statistics for the years ended December 31, 2017, 2016 and 2015, respectively.

| (In thousands, except per share amounts) | 2017 | 2016 | 2015 | Percentage Change 17 vs. 16 | Percentage Change 16 vs. 15 |
|---|---|---|---|---|---|
| Net sales[1] | $ 3,369,045 | $ 3,049,393 | $ 2,722,564 | 10.5% | 12.0% |
| Cost of sales | 1,231,355 | 1,107,393 | 1,090,263 | 11.2% | 1.6% |
| Gross profit*[1] | 2,137,690 | 1,942,000 | 1,632,301 | 10.1% | 19.0% |
| Gross profit as a percentage of net sales[1] | 63.5% | 63.7% | 60.0% | | |
| Operating expenses[2] | 938,903 | 856,662 | 900,118 | 9.6% | (4.8%) |
| Operating expenses as a percentage of net sales | 27.9% | 28.1% | 33.1% | | |
| Gain on sale of Monster Non-Energy | - | - | 161,470 | | |
| Operating income[1],[2] | 1,198,787 | 1,085,338 | 893,653 | 10.5% | 21.4% |
| Operating income as a percentage of net sales | 35.6% | 35.6% | 32.8% | | |
| Other income (expense), net | 2,836 | (5,653) | (2,105) | 150.2% | (168.6%) |
| Income before provision for income taxes[1],[2] | 1,201,623 | 1,079,685 | 891,548 | 11.3% | 21.1% |
| Provision for income taxes | 380,945 | 367,000 | 344,815 | 3.8% | 6.4% |
| Income taxes as a percentage of income before taxes | 31.7% | 34.0% | 38.7% | | |
| Net income[1],[2] | $ 820,678 | $ 712,685 | $ 546,733 | 15.2% | 30.4% |
| Net income as a percentage of net sales | 24.4% | 23.4% | 20.1% | | |
| Net income per common share: | | | | | |
| Basic | $ 1.45 | $ 1.21 | $ 0.97 | 19.4% | 25.6% |
| Diluted | $ 1.42 | $ 1.19 | $ 0.95 | 19.7% | 25.6% |
| Case sales (in thousands) (in 192-ounce case equivalents) | 359,957 | 320,960 | 274,621 | 12.2% | 16.9% |

[1]Includes $43.4 million, $40.3 million and $62.8 million for the years ended December 31, 2017, 2016 and 2015, respectively, related to the recognition of deferred revenue. Included in the $43.4 million, $40.3 million and the $62.8 million recognition of deferred revenue for the years ended December 31, 2017, 2016 and 2015, respectively, is $0.6 million, $5.7 million and $39.8 million related to the accelerated amortization of the deferred revenue balances associated with certain of the Company's prior distributors who were sent notices of termination during the relevant periods.

**Exhibit 16**
**- 264 -**

MEC021424

²Includes $35.4 million, $79.8 million and $224.0 million for the years ended December 31, 2017, 2016 and 2015, respectively, related to distributor termination costs.

*Gross profit may not be comparable to that of other entities since some entities include all costs associated with their distribution process in cost of sales, whereas others exclude certain costs and instead include such costs within another line item such as operating expenses. We include out-bound freight and warehouse costs in operating expenses rather than in cost of sales.

44

Table of Contents

***Results of Operations for the Year Ended December 31, 2017 Compared to the Year Ended December 31, 2016.***

*Net Sales.* Net sales were $3,369.0 million for the year ended December 31, 2017, an increase of approximately $319.7 million, or 10.5% higher than net sales of $3,049.4 million for the year ended December 31, 2016. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $287.4 million of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased partially due to increased sales by volume as a result of increased domestic and international consumer demand. Net sales of our Strategic Brands were $299.8 million for the year ended December 31, 2017, an increase of $27.3 million, or 10.0% higher than net sales of $272.5 million for the year ended December 31, 2016. Net sales of our AFF Third-Party Products were $21.6 million for the year ended December 31, 2017, an increase of $4.6 million, or 27.0% higher than net sales of $17.0 million (effectively from April 1, 2016 to December 31, 2016) for the year ended December 31, 2016. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2017.

Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Monster Energy® Drinks segment of approximately $7.6 million for the year ended December 31, 2017. Net changes in foreign currency exchange rates had a favorable impact on net sales in the Strategic Brands segment of approximately $3.7 million for the year ended December 31, 2017.

Case sales, in 192-ounce case equivalents, were 360.0 million cases for the year ended December 31, 2017, an increase of approximately 39.0 million cases or 12.2% higher than case sales of 321.0 million cases for the year ended December 31, 2016. The overall average net sales per case (excluding net sales of AFF Third-Party Products of $21.6 million and $17.0 million for the years ended December 31, 2017 and 2016, respectively, as these sales do not have unit case equivalents) decreased to $9.30 for the year ended December 31, 2017, which was 1.6% lower than the average net sales per case of $9.45 for the year ended December 31, 2016. The lower average net sales price per case was primarily attributable to the changes in geographic sales mix.

Net sales for the Monster Energy® Drinks segment were $3,047.6 million for the year ended December 31, 2017, an increase of approximately $287.7 million, or 10.4% higher than net sales of $2,759.9 million for the year ended December 31, 2016.

Net sales for the Strategic Brands segment were $299.8 million for the year ended December 31, 2017, an increase of approximately $27.3 million, or 10.0% higher than net sales of $272.5 million for the year ended December 31, 2016.

Net sales for the Other segment were $21.6 million for the year ended December 31, 2017, an increase of approximately $4.6 million, or 27.0% higher than net sales of $17.0 million (effectively from April 1, 2016 to December 31, 2016) for the year ended December 31, 2016.

*Gross Profit.* Gross profit was $2,137.7 million for the year ended December 31, 2017, an increase of approximately $195.7 million, or 10.1% higher than the gross profit of $1,942.0 million for the year ended December 31, 2016. Gross profit as a percentage of net sales decreased to 63.5% for the year ended December 31, 2017 from 63.7% for the year ended December 31, 2016. The increase in gross profit dollars was primarily the result of the $287.4 million increase in net sales of our Monster Energy® brand energy drinks as well as an approximately $58.3 million increase in raw material cost savings for the year ended December 31, 2017 from the AFF Transaction. The decrease in gross profit as a percentage of net sales was primarily attributable to geographical sales mix (our foreign operations generally have lower

**Exhibit 16**
**- 265 -**                                                                     MEC021425

gross profit margins) and overall such increases in other costs which were partially offset by raw material cost savings from the AFF Transaction and changes in domestic product sales mix.

45

Table of Contents

*Operating Expenses.* Total operating expenses were \$938.9 million for the year ended December 31, 2017, an increase of approximately \$82.2 million, or 9.6% higher than total operating expenses of \$856.7 million for the year ended December 31, 2016. The increase in operating expenses was primarily due to increased payroll expenses of \$40.5 million (of which \$6.4 million was related to an increase in stock-based compensation), increased expenditures of \$26.6 million for sponsorships and endorsements, increased expenditures of \$15.9 million for commissions, increased out-bound freight and warehouse costs of \$11.1 million, increased expenditures of \$9.9 million for allocated trade development and increased expenditures of \$8.3 million for merchandise displays. The increase in operating expenses was partially offset by the \$44.3 million decrease in costs associated with distributor terminations and to decreased expenditures of \$13.9 million for professional service fees, including legal and accounting costs.

*Contribution Margin.* Contribution margin for the Monster Energy® Drinks segment was \$1,264.6 million for the year ended December 31, 2017, an increase of approximately \$116.2 million, or 10.1% higher than contribution margin of \$1,148.4 million for the year ended December 31, 2016. The increase in contribution margin for the Monster Energy® Drinks segment was primarily the result of the \$287.4 million increase in net sales of our Monster Energy® brand energy drinks as well an approximately \$58.3 million increase in raw material cost savings for the year ended December 31, 2017 from the AFF Transaction.

Contribution margin for the Strategic Brands segment was \$174.5 million for the year ended December 31, 2017, an increase of approximately \$11.3 million, or 7.0% higher than contribution margin of \$163.1 million for the year ended December 31, 2016. The increase in contribution margin for the Strategic Brands segment was primarily due to an increase in net sales.

Contribution margin for the Other segment was \$5.6 million for the year ended December 31, 2017, an increase of approximately \$3.3 million, or 143.3% higher than contribution margin of \$2.3 million for the year ended December 31, 2016.

*Operating Income.* Operating income was \$1,198.8 million for the year ended December 31, 2017, an increase of approximately \$113.4 million, or 10.5% higher than operating income of \$1,085.3 million for the year ended December 31, 2016. Operating income as a percentage of net sales was 35.6% for both the years ended December 31, 2017 and 2016. Operating income was \$139.3 million and \$101.7 million for the year ended December 31, 2017 and 2016, respectively, in connection with our operations in Africa, Asia, Australia, Europe, the Middle East and South America.

*Other Income (Expense), net.* Other non-operating income (expense), net, was \$2.8 million for the year ended December 31, 2017, as compared to other non-operating income (expense), net of (\$5.7) million for the year ended December 31, 2016. Foreign currency transaction losses were \$3.3 million and \$9.7 million for the year ended December 31, 2017 and 2016, respectively. Interest income, net was \$5.9 million and \$4.0 million for the year ended December 31, 2017 and 2016, respectively.

*Provision for Income Taxes.* Provision for income taxes was \$380.9 million for the year ended December 31, 2017, an increase of \$13.9 million, or 3.8% higher than the provision for income taxes of \$367.0 million for the year ended December 31, 2016. The effective combined federal, state and foreign tax rate decreased to 31.7% from 34.0% for the year ended December 31, 2017 and 2016, respectively. The decrease in the effective tax rate was primarily due to the increase in profits earned by foreign subsidiaries in lower tax jurisdictions relative to the United States as well as to the increase in equity compensation deductions, due in part to the increase in the related excess tax benefits recorded in net income. The decrease in the effective tax rate was partially offset by the recognition of \$39.8 million of tax expense related to the revaluation of the U.S. net deferred tax asset at December 31, 2017, from 35% to the newly enacted U.S. corporate income tax rate of 21% due to the Tax Reform Act enacted on December 22, 2017.

46

**Exhibit 16**
**- 266 -**

MEC021426

*Net Income.* Net income was $820.7 million for the year ended December 31, 2017, an increase of $108.0 million, or 15.2% higher than net income of $712.7 million for the year ended December 31, 2016. The increase in net income was primarily due to the $195.7 million increase in gross profit. The increase in net income was partially offset by the increase in operating expenses of $82.2 million and the increase in the provision for income taxes of $13.9 million.

### *Results of Operations for the Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015.*

*Net Sales.* Net sales were $3,049.4 million for the year ended December 31, 2016, an increase of approximately $326.8 million, or 12.0% higher than net sales of $2,722.6 million for the year ended December 31, 2015. The increase in net sales of our Monster Energy® brand energy drinks represented approximately $229.4 million of the overall increase in net sales. Net sales of our Monster Energy® brand energy drinks increased partially due to increased sales by volume as a result of increased domestic and international consumer demand. Net sales of our Strategic Brands were $272.5 million for the year ended December 31, 2016, as compared with $143.3 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015). There were no net sales during the year ended December 31, 2016 for the non-energy brands disposed of as a result of the TCCC Transaction on June 12, 2015, which resulted in a decrease in net sales of $60.8 million from the year ended December 31, 2015. Net sales of our AFF Third- Party Products were $17.0 million for the year ended December 31, 2016. There were no net sales of our AFF Third-Party Products for the year ended December 31, 2015. Net sales included $5.7 million and $39.8 million for the years ended December 31, 2016 and 2015, respectively, related to the acceleration of deferred revenue balances associated with certain of the Company's prior distributors. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2016.

Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Monster Energy® Drinks segment of approximately $17.6 million for the year ended December 31, 2016, primarily due to our operations in Europe, Mexico, Canada and South Africa, partially offset by our operations in Japan. Net changes in foreign currency exchange rates had an unfavorable impact on net sales in the Strategic Brands segment of approximately $4.7 million for the year ended December 31, 2016, primarily due to our operations in Europe.

Case sales, in 192-ounce case equivalents, were 321.0 million cases for the year ended December 31, 2016, an increase of approximately 46.3 million cases or 16.9% higher than case sales of 274.6 million cases for the year ended December 31, 2015. The overall average net sales per case (excluding AFF Third-Party Products' net sales of $17.0 million, as these sales do not have unit case equivalents) decreased to $9.45 for the year ended December 31, 2016, which was 4.7% lower than the average net sales per case of $9.91 for the year ended December 31, 2015. The lower net sales per case was primarily attributable to sales of concentrates and/or beverage bases in the Strategic Brands segment, which generally generate lower net operating revenues than products within the Monster Energy® Drinks segment.

Net sales for the Monster Energy® Drinks segment were $2,759.9 million for the year ended December 31, 2016, an increase of approximately $241.4 million, or 9.6% higher than net sales of $2,518.5 million for the year ended December 31, 2015. No other individual product line contributed either a material increase or decrease to net sales for the year ended December 31, 2016.

47

Table of Contents

Net sales for the Strategic Brands segment were $272.5 million for the year ended December 31, 2016, an increase of approximately $129.2 million, or 90.2% higher than net sales of $143.3 million for the year ended December 31, 2015 (effectively from June 13, 2015 to December 31, 2015).

Net sales for the Other segment were $17.0 million for the year ended December 31, 2016, a decrease of approximately $43.8 million, or 72.0% lower than net sales of $60.8 million for the year ended December 31, 2015. Net sales for the Other segment for the year ended December 31, 2016 are comprised of sales of the AFF Third-Party Products.

**Exhibit 16**
**- 267 -**

MEC021427