# EXHIBIT 17



**Exhibit 17**
- 1 -

MEC019138



Exhibit 17
- 2 -

MEC019140



Exhibit 17

- 3 -

MEC019141

# EXHIBIT 18

# United States of America

## United States Patent and Trademark Office



**MONSTER**
E N E R G Y

**Reg. No. 3,914,828**

**Registered Feb. 1, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

FOR: SPORTS HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2006; IN COMMERCE 1-0-2006.

OWNER OF U.S. REG. NOS. 3,044,314, 3,134,842, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "M" AND THE STYLIZED WORDS "MONSTER ENERGY".

SN 77-705,362, FILED 4-2-2009.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 18**
**- 1 -**

MEC014932



7392100

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

December 12, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,923,683 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM February 22, 2011

SAID RECORDS SHOW TITLE TO BE IN:
MONSTER ENERGY COMPANY
A DELAWAE CORPORATION

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**P. R. GRANT**
**Certifying Officer**

Exhibit 18
- 2 -

MEC014922

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,923,683**

**Registered Feb. 22, 2011**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: ALL PURPOSE SPORT BAGS; ALL-PURPOSE CARRYING BAGS; BACKPACKS; DUFFLE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-0-2004; IN COMMERCE 5-0-2004.

OWNER OF U.S. REG. NOS. 3,044,314, 3,134,842, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "M" AND THE STYLIZED WORDS "MONSTER ENERGY".

SN 77-705,810, FILED 4-2-2009.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit 18
- 3 -

MEC014923

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,963,669**

**Registered May 17, 2011**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: ALL PURPOSE SPORT BAGS; ALL-PURPOSE CARRYING BAGS; BACKPACKS; DUFFEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-24-2002; IN COMMERCE 6-30-2002.

THE MARK CONSISTS OF A STYLIZED LETTER "M" IN THE FORM OF A CLAW.

SN 85-094,364, FILED 7-28-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 18**

**- 4 -**

MEC014933

7368419

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### July 31, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *4,011,301* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 16, 2011*

SAID RECORDS SHOW TITLE TO BE IN:
*MONSTER ENERGY COMPANY*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N.  WILLIAMS
Certifying Officer

Exhibit 18
- 5 -

MEC014926

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,011,301**

**Registered Aug. 16, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: SPORTS HELMETS; VIDEO RECORDINGS FEATURING SPORTS, EXTREME SPORTS, AND MOTOR SPORTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-24-2002; IN COMMERCE 6-30-2002.

THE MARK CONSISTS OF A STYLIZED LETTER "M" IN THE FORM OF A CLAW.

SER. NO. 85-094,340, FILED 7-27-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 18**
**- 6 -**

MEC014927

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,011,301

**Exhibit 18**
**- 7 -**

MEC014928

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,332,062**

**Registered May 7, 2013**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

**Int. Cl.: 14**

FOR: SILICONE WRIST BANDS; SILICONE BRACELETS; JEWELRY, NAMELY, BRACELETS AND WRISTBANDS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,044,314, 3,134,841, AND 3,134,842.

THE MARK CONSISTS OF A STYLIZED LETTER "M" TO THE LEFT OF THE STYLIZED WORDS "MONSTER ENERGY".

SER. NO. 85-747,244, FILED 10-5-2012.

REGINA DRUMMOND, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 18
- 8 -

MEC014934

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,332,062

**Exhibit 18**
**- 9 -**

MEC014935

# EXHIBIT 19



Exhibit 19
- 1 -

MEC016719



Exhibit 19
- 2 -

MEC019018



| Broke Tee White | Camo Tee Black | Lapse Tee Black | Stare Tee Black |
| Classic Black Stripe | Classic White Stripe | Rage Tee Black | Stripe Tee Black |
| Green Tee Black | Code Tee Black | Remix II Tee Black | Track Tee Black |
| Stripey Tee Black | Stripey Tee White | Monster Stripes M Black | Monster Dyrdek Promo |
| Ramones Tee Black | Ramones Tee Vintage | Monster Stripes M White | Monster Label Black |
| Baseball Tee White | Baseball Tee Charcoal | Loui Tee | Monster Label White |

**Exhibit 19**
- 3 -

MEC012741



Women's Wrath Tee Black

Women's Anchor Thermal B/W

Women's Time Tee Black

Argyle M Tees B & W

M Claw Argyle V-Neck

M Claw Argyle Tank

Women's "10" Tee

Women's "10" Thermal

Women's Baseball Tee

**Exhibit 19**
- 4 -

MEC012742



**Exhibit 19**
**- 5 -**

MEC012743



Exhibit 19
- 6 -

MEC012744

# MEN'S S/S TEES



**Name :**  Rob-D - **WHITE**

**Style #**  REGMAS08105A

**Name :** Rob-D – **BLACK**

**Style #**  REGMAS08105B



**Name :**  Fader

**Style #**  REGMAS08107



**Name :**  The Shield

**Style #**  REGMAS08109

1

**Exhibit 19**
- 7 -

MEC012745



**Name :**  Super Swisher – BLACK ONLY
**Style #**  REGMAS08111B



**Name :**  Darkness
**Style #**  REGMAS08111



**Name :**  Flying One
**Style #**  REGMAS08112

2

**Exhibit 19**
- 8 -

MEC012746

 

**Name :** Letterman
**Style #** REGMAS08117

 

**Name :** Barbed
**Style #** REGMAS08118



**Name :** Spiny – **WHITE**
**Style #** REGMAS08120A

**Name :** Spiny – **BLACK**
**Style #** REGMAS08120B



**Name :** Scatter
**Style #** REGMAS08121

3

**Exhibit 19**
**- 9 -**

MEC012747



**Name :** As One
**Style #** REGMAS08122



**Name :** Eaglet – WHITE
**Style #** REGMAS08123



**Name :** Fregranti
**Style #** REGMAS08124

4

**Exhibit 19**
**- 10 -**

MEC012748



**Name :** Side Kick – WHITE
**Style #** REGMAS08126A

**Name :** Side Kick – BLACK
**Style #** REGMAS08126B



**Name :** Heaps
**Style #** REGMAS08127

5

**Exhibit 19**
**- 11 -**

MEC012749

# MEN'S SLIM FIT S/S TEES



**Name :**  Numero Uno
**Style #**  SLMMAS08101



**Name :**  Lefty
**Style #**  SLMMAS08102



**Name :**  Wordy
**Style #**  SLMMAS08103

6

**Exhibit 19**
**- 12 -**

MEC012750



**Name :**  Rob-D – WHITE
**Style #**  SLMMAS08105A

**Name :**  Rob-D – BLACK
**Style #**  SLMMAS08105B



**Name :**  Fader
**Style #**  SLMMAS08107



**Name :**  The Shield
**Style #**  SLMMAS08109

7

**Exhibit 19**
**- 13 -**

MEC012751



**Name :** Darkness
**Style #** SLMMAS08111



**Name :** Flying One
**Style #** SLMMAS08112



**Name :** Super Swisher – WHITE
**Style #** SLMMAS08113A

**Name :** Super Swisher – BLACK
**Style #** SLMMAS08113B

8

**Exhibit 19**
**- 14 -**

MEC012752



**Name :** Letterman

**Style #** SLMMAS08117



**Name :** Barbed

**Style #** SLMMAS08118



**Name :** Webman

**Style #** SLMMAS08119

9

**Exhibit 19**
**- 15 -**

MEC012753



**Name :**  Spiny – **WHITE**
**Style #**  SLMMAS08120A

**Name :**  Spiny – **BLACK**
**Style #**  SLMMAS08120B



**Name :**  As One
**Style #**  SLMMAS08122



**Name :**  Eaglet
**Style #**  SLMMAS08123

10

**Exhibit 19**
**- 16 -**

MEC012754



**Name :** Fregranti
**Style #** SLMMAS08124



**Name :** Side Kick – WHITE
**Style #** SLMMAS08126A

**Name :** Side Kick – BLACK
**Style #** SLMMAS126B



**Name :** TV Shirt – Front
**Style #** SLMTVSHIRT



**Name :** TV Shirt – Back
**Style #** SLMTVSHIRT

11

**Exhibit 19**
**- 17 -**

MEC012755

# MEN'S L/S TEES



**Name :**  Fregranti

**Style #**  REGMAS08201



**Name :**  Jaggy

**Style #**  REGMAS08202



**Name :**  Bigger

**Style #**  REGMAS08203



**Name :**  Side Momber

**Style #**  REGMAS08204

12

**Exhibit 19**
**- 18 -**

MEC012756

# MEN'S L/S FLEECE



**Name :**  Many Mo
**Style #**  REGMAS08301



**Name :**  Discharge
**Style #**  REGMAS08302



**Name :**  Biggy Mo
**Style #**  REGMAS08304

13

**Exhibit 19**
**- 19 -**

MEC012757



**Name :** Sumie

**Style #** REGMAS08305



**Name :** Jetman

**Style #** REGMAS08306

**Exhibit 19**
**- 20 -**

MEC012758

# WOMEN'S S/S TEES



**Name :**  Girl Neon

**Style #**  095126



**Name :**  Girl Wash

**Style #**  MAS08401



**Name :**  Flasher

**Style #**  MAS08406

**Name :**  Originale

**Style #**  MAS08408



**Name :**  Dark Street

**Style #**  MAS08407

**Exhibit 19**
**- 21 -**

MEC012759

# ACCESSORIES

 

NAME:

STYLE #:

**Name :** Buckler

**Style #** TBD

 

**Name :** Wrist B

**Style #** MAS08601

 

**Name :** Wrist Star

**Style #** MAS08602



**Name :** Ankler

**Style #** MAS08604



**Name :** DA Socks

**Style #** MAS08605

16

**Exhibit 19**
**- 22 -**

MEC012760



**Name :** GRN

**Style #** TBD



**Name :** The Core Army

**Style #** TBD



**Name :** Multi

**Style #** 020996



**Name :** Big M Army

**Style #** 020997

**Exhibit 19**
**- 23 -**

MEC012761

# MEN'S HATS – 2009 STYLES

 

**Name :**  The Game – **BLK/WHT**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  95056 - 95060

**Name :**  The Game – **BLK**

**Sizes :** 7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  95062 - 95065

 

 



**BACK**

**FRONT**

**Name :**  Rambdumb

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095141 - 095145

18

**Exhibit 19**
**- 24 -**

MEC012762

 

**BACK**

**FRONT**

**Name :**  Monster Army All Over – **BLK**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095146 - 095150

 

**BACK**

**FRONT**

**Name :**  Monster Army All Over – **WHT**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095151 - 095155



**Name :**  J-Law - **BLK**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095051 - 095055

**Name :**  J-Law - **GRN**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095172 - 095175



**Exhibit 19**
**- 25 -**

MEC012763

# MEN'S HATS – 2008 STYLES



**Name :**  Dope Green

**Sizes :**  SM/MD & LG/XL

**Style #'s**  MAS08501SM

MAS08501LXL



**Name :**  Pipes

**Sizes :**  SM/MD & LG/XL

**Style #'s**  MAS08502SM

MAS08502LXL



**Name :**  The Green

**Sizes :**  SM/MD & LG/XL

**Style #'s**  MAS08503SM

MAS08503LXL



**Name :**  The Black

**Sizes :**  SM/MD & LG/XL

**Style #'s**  MAS08504SM

MAS08504LXL



**Name :**  Claw Monograma

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  MAS08508A – MAS08508E

20

**Exhibit 19**
**- 26 -**

MEC012764



**Name :**  Pin Striped

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  MAS08505A – MAS08505E



**Name :**  Why-T

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  MAS08506A – MAS08506E



**Name :**  Argyle - **GRN**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  MAS08511A – MAS08506D



**Name :**  Argyle - **BLK**

**Sizes :**  7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s**  095136 - 095140

21

Exhibit 19
- 27 -

MEC012765



**Name :** Zig Zag

**Sizes :** 7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s** MAS08507A – MAS08507E




FRONT          BACK

**Name :** Randam

**Sizes :** 7 ~ 7 ¼ ~ 7 3/8 ~ 7 ½ ~ 7 5/8

**Style #'s** MAS08509A – MAS08509E

22

Exhibit 19
- 28 -

MEC012766



**Exhibit 19**
**- 29 -**

MEC019022



Exhibit 19
- 30 -

MEC019020



Exhibit 19
- 31 -

MEC019023



**Exhibit 19**
**- 32 -**

MEC019024



Exhibit 19
- 33 -

MEC019025



Exhibit 19
- 34 -

MEC019027



**Exhibit 19**
**- 35 -**

MEC019029



**Exhibit 19**
**- 36 -**

MEC019030



**Exhibit 19**
**- 37 -**

MEC019031



**Exhibit 19**
**- 38 -**

MEC019039



**Exhibit 19**
**- 39 -**

MEC019040



**Exhibit 19**
**- 40 -**

MEC019041



**Exhibit 19**
**- 41 -**

MEC019043

Exhibit 19
- 42 -

MEC019044



Exhibit 19
- 43 -

MEC019813



**Exhibit 19**
**- 44 -**

MEC019814



Exhibit 19

- 45 -

MEC019815



**Exhibit 19**
**- 46 -**

MEC019820



Exhibit 19
- 47 -

MEC019825



Exhibit 19
- 48 -

MEC019829

# EXHIBIT 20

# United States of America

## United States Patent and Trademark Office

# UNLEASH THE BEAST!

**Reg. No. 4,975,822**

**Registered Jun. 14, 2016**

**Amended Aug. 08, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Monster Energy Company (DELAWARE CORPORATION)
1 Monster Way
Corona, CA 92879

CLASS 25: Clothing, namely, tops, shirts, [ long-sleeved shirts, ] t-shirts, [ hooded shirts and ] hooded sweatshirts, sweat shirts [, jackets, pants, bandanas, socks, sweat bands and gloves; headgear, namely, hats and beanies ]

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2769364

SER. NO. 86-214,353, FILED 03-07-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**Exhibit 20**
- 1 -

MEC019843

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Exhibit 20**
**- 2 -**

MEC019844

# EXHIBIT 21



7368419

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 31, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *4,051,650* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 08, 2011*

SAID RECORDS SHOW TITLE TO BE IN:
*MONSTER ENERGY COMPANY*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



Exhibit 21
- 1 -

MEC014929

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,051,650**

**Registered Nov. 8, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SHIRTS AND HOODED SWEATSHIRTS, SWEAT SHIRTS, JACKETS, PANTS, BANDANAS, SWEAT BANDS AND GLOVES; HEADGEAR, NAMELY HATS AND BEANIES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-24-2002; IN COMMERCE 6-30-2002.

THE MARK CONSISTS OF A STYLIZED LETTER M IN THE FORM OF A CLAW.

SER. NO. 85-094,362, FILED 7-28-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



*Daniel J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 21**
**- 2 -**

MEC014930

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

**Exhibit 21**
**- 3 -**

MEC014931

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,908,601**

**Registered Jan. 18, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE SUITE 201
CORONA, CA 92880

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SHIRTS AND HOODED SWEATSHIRTS, SWEAT SHIRTS, JACKETS, PANTS, BANDANAS, SWEAT BANDS AND GLOVES; HEADGEAR, NAMELY, HATS AND BEANIES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-24-2002; IN COMMERCE 6-30-2002.

OWNER OF U.S. REG. NOS. 3,044,314, 3,134,842, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "M" AND STYLIZED WORDS "MONSTER ENERGY".

SN 77-705,822, FILED 4-2-2009.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 21**
**- 4 -**

MEC006352

# EXHIBIT 22

# 10102 Monster Bike Stikers

Monster_Side3.ai





Monster_claws.ai





Monster-Fork4.ai

**Exhibit 22**
**- 1 -**

MEC016246

# 10986- Monster Sticker Kits



**Exhibit 22**
**- 2 -**

MEC016254

# 10854- Monster Energy Sticker Kits



**Exhibit 22**
**- 3 -**

MEC016255

Exhibit 22
- 4 -

Copy provided by USPTO from the TICRS Image Database on 07/18/2012

MEC014527



Copy provided by USPTO from the PIRS Image Database on 07/18/2012

Exhibit 22

- 5 -

MEC014429

# EXHIBIT 23

7360419

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 31, 2012**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,963,668* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *May 17, 2011*

SAID RECORDS SHOW TITLE TO BE IN:
*MONSTER ENERGY COMPANY*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N.  WILLIAMS
Certifying Officer

**Exhibit 23**

MEC014924

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,963,668**

**Registered May 17, 2011**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: STICKERS; STICKER KITS COMPRISING STICKERS AND DECALS; DECALS; POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF A STYLIZED LETTER "M" IN THE FORM OF A CLAW.

SN 85-094,343, FILED 7-28-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit 23
- 2 -

MEC014925

# EXHIBIT 24

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,908,600**

**Registered Jan. 18, 2011**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE SUITE 201
CORONA, CA 92880

FOR: STICKERS; STICKER KITS COMPRISING STICKERS AND DECALS; DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

OWNER OF U.S. REG. NOS. 3,044,314, 3,134,842, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "M" AND STYLIZED WORDS "MONSTER ENERGY".

SN 77-705,747, FILED 4-2-2009.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 24**
- 1 -

MEC006351

# EXHIBIT 25



STEVE JOBS GETS PERSONAL

# FORTUNE

SEPTEMBER 5, 2005

**THE 100 FASTEST GROWING COMPANIES**

FASTEST GROWING 2005

NASCAR.

PIXAR YAHOO! CHICO

eBAY

**PLUS INSIDE AMERICA'S FASTEST GROWING SPORT**

A 2004 Ford Taurus racer, customized for FORTUNE, at the Richard Petty Driving Experience in Concord, N.C.

w.fortune.com (AOL Keyword: Fortune)

**Exhibit 25**
- 1 -

MEC001056

# Growth in Surprising Places

**BY COREY HAJIM** While most companies on our annual Fastest-Growing list cluster in a handful of hot sectors—tech, pharma, and this year energy and real estate—some find growth in even the most unlikely corners of the economy. For this special section, we've singled out five such overachievers: businesses that made our 2005 list without riding today's hot trends. These surprising companies are putting up sizzling numbers—and trouncing the competition—thanks to products like batting cages, armored Humvees, energy drinks, frialators, and vodka. Read on for the secrets of their success.

# HANSEN NATURAL 'Unleash the beast!'

## At a Glance

**HANSEN NATURAL**
(HANS) Corona, Calif.

**CEO: Rodney Sacks**

**Sales: $227 million**

**Market cap: $955 million**

**Employees: 300**

**Key products:** Monster energy drinks

Not too long ago, Hansen Natural was a sleepy alternative-beverage company built around a bohemian lineup of blends like Mandarin Lime soda. Then CEO Rodney Sacks noticed people gulping down so-called energy drinks during several trips abroad, and everything changed. He decided to take a shot at the "functional drink" market.

Hansen's first effort—a smoothie with ginseng, taurine, and vitamins—quickly became one of the company's hot sellers. Yet Sacks wasn't satisfied. His core customer (affluent,

female, and health-conscious) was very different from the typical energy-drink consumer: male, irreverent, and interested in extreme sports. To truly compete with industry leader Red Bull—without alienating Hansen loyalists—he would have to conceive a whole new brand.

When the company launched an energy brew in 2002, the Hansen name wasn't on it: Monster, it was called, and it came in a black can with a clawlike logo. It had an edgy slogan ("Unleash the beast!") and sponsored events like surfing competitions and music tours as well as a motocross team. The strategy worked. Monster has become a monster in the energy-drink biz: In the most recent fiscal year the drink helped fuel a 244% increase in Hansen's profits. New Hansen brews to watch: Monster Lo-Carb, Assault, Joker, and Rumba.



JOAQUIN TRUJILLO

**NO BULL** Sacks gave Monster an edgy look, and sales took off.

Produced exclusively by Fortune Custom Reprints. ©2005 Time Inc. All rights reserved.

**Exhibit 25**
**- 2 -**

MEC001057

*December 2007*

# Beverage®
## INDUSTRY
*Covering production, marketing, technology & distribution*

# Creating a Monster

Hilton Schlosberg, Mark Hall,
Rodney Sacks



www.bevindustry.com

A bnp PUBLICATION

**Exhibit 25**

- 3 -

MEC000999

# COVER STORY
*BY JENNIFER ZEGLER*



# Creating a Monster
## Monster Energy grew from natural roots to become a behemoth energy brand

The Monster Energy team

**Exhibit 25**
- 4 -

MEC001000

**T**he phrase monster conjures up the childhood mystery figure under the bed, or perhaps, one of the many Hollywood horror movie versions. More recently, the neon green claw logo that represents Monster energy drink has ranked close behind the boogeyman or Frankenstein. Like those Hollywood figures, the claw logo has become an identifiable symbol for the No. 2 selling brand in the fast-growing energy drink category, which has become a force all its own.

"Monster is aggressive, cool, sinister, dark, mysterious and fun," says the brand's positioning statement. "Monster is about action sports, punk rock music, partying, girls and living life on the edge." The brand keeps the category interesting by adding more products and SKUs to its lineup. Made by Hansen Natural Corp., Corona, Calif., Monster now features eight incarnations and a variety of packaging options. Its latest creation — Java Monster — blends coffee flavors and its proprietary energy blend for a category-blurring beverage.

"One of the main influences we believe we found with Monster was that instead of just creating a brand, another drink, we created a whole different personality and an image around the brand," says Rodney Sacks, chairman and chief executive officer of Hansen Natural Corp. "I think our primary focus is to keep that personality true to itself and in the forefront of consumers' minds. And that has meant, in many cases, continuing to adapt to changes in consumer preferences, sports and interests. As they change, we've tended to immediately follow in those areas."

**From natural roots**

Creating this Monster was not an easy task. In the late 1990s, the juice, smoothie and soft drink maker was an early figure in the budding energy drink category with its Hansen's Energy drink. After a few incarnations, including functional endurance, de-stress and anti-oxidant blends, the company re-evaluated how Hansen's Energy fit in with Hansen Natural's portfolio.

"Hansen was a brand that was well established," Sacks says. "It stands for natural, trusted, good-for-you beverages, and has had that reputation for 70 years. So when we came out with Hansen's Energy, we wanted to keep everything under one umbrella and that trademark. The consumer for Hansen's Energy was a younger, aggressive male consumer. What we struggled with was being able to make the brand meaningful and cool to young male consumers while the brand stood for and marketed itself as homey and family-oriented with good-for-you values."

Realizing the disconnect between the natural line and energy brands, Sacks along with Hilton Schlosberg, vice chairman of the board of directors, worked with Mark Hall, current president of Monster Beverage Co., to branch out from the Hansen's trademark and develop an energy drink that could effectively go after the proper demographic.

"We walked that tightrope for many years and eventually came to the decision that if we were going to make a real impression in this category, we needed to create a brand that really spoke for, looked like and conveyed what the category really wanted, what young, male consumers really wanted and felt like," Sacks says. "It's their lifestyle. So when Monster was born we were able to do things such as go into extreme sports. It just never was possible before."

Monster continues to market to that target demographic of young, 18- to 30-year-old males who are into action sports, rock music and in need of energy. The demographic is kept in mind as the brand launches new variations from its initial green Monster Energy drink. The product premiered in a 16-ounce can and the "green" lineup, as it is known in the company, has since grown to include a 24-ounce resealable "cap can" and 32-ounce can.

The 24-ounce "cap can" offers more Monster with the advantage of resealability, which is well-suited for the consumer on the move. Additionally, the package features an added spectacle of a smoking effect when the can is opened. The package launched last year with the intention of going national, but the demand outstripped the supply so sales were restricted to California, explains Geoff Bremmer, Monster brand manager.

"It became our second best selling SKU at retail, given equal distribution, with our regular green Monster 16-ounce as No. 1," Bremmer says. "What's most exciting about that is our distribution on 24-ounce is not anywhere near the 16-ounce green can yet — it's only half as much."

Also new to the green lineup is the 32-ounce can, which Bremmer says is basically a four-pack of 8-ounce cans in one container. The 32-ounce can retails for $3.99 and recently began shipping.

**Exhibit 25**
**- 5 -**

MEC001001

# COVER STORY



Geoff Bremmer, Monster brand manager, shows the 16-, 24- and 32-ounce cans in its "green" Monster lineup to *Beverage Industry*'s Jennifer Zegler.

The first line extension for the brand was Monster Lo-Carb, which is a lower calorie formulation of green Monster, and a personal favorite of Hall, who says he drinks two a day. Unlike many lower carbohydrate formulations, Monster Lo-Carb contains glucose, which is part of Monster's energy blend. According to the company, the inclusion of glucose in this "blue" variety allows for faster delivery of energy benefits.

Within all of its innovation, Monster seeks to expand energy drinks to more usage occasions. Such was the case with Monster Assault, which combines energy with a soft drink flavor, Bremmer says.

"People drink an energy drink maybe at 3 in the afternoon after a long day, before they go out at night or in the morning to get them going, but it's usually for a functional reason," he says. "People drink a cola while they're eating lunch or dinner. The thought on Monster Assault was, 'Let's blend the effectiveness of an energy drink with the refreshment of a soft drink.'"

From there, the brand continued its hybridization with energy and juice products Monster Khaos and M-80. These "plus juice" products not only added health benefits, but also opened the product to morning drinking occasions. While Khaos has a dominant orange flavor and M-80 features more tropical notes, Monster does not base product names on flavors.

"There are no flavors of Monster; there are only different personalities," Hall says. "We have a juice item, Khaos, but when they say, 'What does it taste like?' Our answer is it tastes like 'It.' We don't name the flavors. If I gave it to 10 people, they'd all say something, but they cannot exactly describe what it is. They wouldn't say, 'Oh, it's orange.'"

Additionally, to back up its claims of efficacy, Hansen has a doctor of pharmacology on staff who assists during new product development. If Monster wants to add a new ingredient to its energy blend, it consults with the professor, who evaluates the literature both on the ingredient and its interaction with the existing ingredients, Hall says. The professor also is on hand to answer technical inquiries the brand receives from consumers.

### On-premise push

The multiple Monster "personalities" are gaining exposure in the on-premise segment. In May 2006, Hansen and Anheuser-Busch Inc.,



## Natural innovation

While Monster makes up more than 80 percent of Hansen Natural Corp.'s sales, according to Rodney Sacks, chairman and chief executive officer, the company remains innovative on the Hansen's Natural side of the business. The natural beverage business was the company's base when Sacks and his partners purchased the juice and natural soda company in 1992.

"Hansen's continues to be a very important and, I think, strategically placed brand in the beverage industry today," Sacks says. "It's a brand that's probably one of the only, if not the only brand, that has real credibility and heritage. Most of the new age brands that are trying to be healthier are brands that are inventions of bigger companies. Hansen's is a brand that started 70 years ago by selling natural, fresh juices to film studios in Southern California. It has continued to enjoy a premium, trusted image and we've continued to build on that."

Hansen's Natural brand is extending Hansen's Natural Soda line with fruit flavors in both regular and sugar-free versions. In contrast to the Monster image, Hansen's new sparkling line is packaged in sleek 10.5-ounce cans with understated packaging. The new line will be sold in four-packs in flavors such as Dragonfruit and Blueberry Pomegranate.

"We're launching a whole new line of products that we believe will resonate well with health-conscious consumers, particularly those who are now expressing concern at the levels of [high] fructose corn syrup in sodas, carbonated products and juices," Sacks explains. "We think we have some great new products that are continuing to innovate and drive the Hansen's business from that side."

As the natural trend encapsulates all areas of the food and beverage industry, the company with the term in its name feels confident in its roots.

"We believe that the Hansen's Natural business is really well positioned going forward to take advantage of this health wave that is sweeping the country," Sacks says.

**Exhibit 25**
**- 6 -**

MEC001002

St. Louis, formed a distribution deal in which select Anheuser-Busch wholesalers will have the rights to distribute Monster, Lost and Rumba energy drinks. Over the course of the year, the distribution rights were transitioned in certain territories from Hansen's network of beer and liquor distributors as well as soft drink bottlers to the Anheuser-Busch system.

Since the agreement, Monster has been working with Anheuser-Busch's distribution network to expand Monster's on-premise availability as well. The company hopes to bring the entire Monster portfolio, including its latest Java Monster lineup, into restaurants, bars and nightclubs. Bremmer says Monster, Lo-Carb, Khaos, M-80, Assault and Java Monster are all good for mixing.

"There is a lot more a bar owner can do with our portfolio and boost their profits through our brands," he says.

## Preparing for segmentation

**A**nticipating the trends is one way to stay ahead of the pack. In the energy drink category, Monster thinks the next wave will be price segmentation.

"We anticipate the energy category might be affected by the segmentation we're seeing in the beer market, where there are premium, mid-grade and low-tier products," says Geoff Bremmer, Monster brand manager. "Right now, virtually all energy drinks are at the same price point. We think within the energy drink category, segmentation will start to rise with different packaging sizes and brands to create segments that open the category."

In preparation for segmentation, Hansen Natural Corp. offers several allied brands, including Lost, Rumba, Unbound, and Ace energy drinks. The Monster brand occupies the premium tier. The Lost brand, which was an early partnership for Hansen's with the surfboard manufacturer of the same name, is distributed exclusively by Anheuser-Busch, with which Hansen's formed a partnership in 2006. Rumba energy drink, which is made with juice, also is featured in the distribution partnership.

In a lower-priced tier, are Joker, Unbound and Ace energy drinks. Joker was developed through a partnership between Hansen's and convenience store chain Circle K and was expanded into national direct store distribution for a lower price. That also was the case with Unbound, which was created for AM/PM convenience store chain and since been expanded nationally. Both Joker and Unbound are often run on two for $3 promotions, while Monster retails for $2.29, Bremmer says.

### Marketing Monster

Much of Monster's status is intertwined in how the brand is marketed. Equally important is how it is not marketed; Monster does no mass media marketing, including television ads or billboards. Instead, it focuses on sponsoring athletes, artists, personalities, tours and events to target its young male demographic.

The company's Southern California roots influence Monster's partnerships, Bremmer says.

"We're based near Orange County, Calif., which is the mecca of action sports: surfing, skating and snowboarding," he says. "Many of the apparel and sports brands like Oakley, Billabong, Burton and Quiksilver; if they are not based in Orange County, they've set up an office here. Corona also is the hotbed of motor sports with many of our sponsored race teams just down the street."

The neon green claw logo has long been a staple at punk rock summer festival The Warped Tour or during action sports competitions such as the X-Games. When Monster was getting its start, Hall and his team offered on-the-spot sponsorships to X-Game athletes. Now the brand is ingrained in the action sports tournament. At this summer's X-Games, Monster athletes scored a total of 14 medals.

Monster has grown along with its athletes. BMX riders (and occasional MTV hosts) Dave Mirra and T.J. Lavin are sponsored by Monster. Racecar driver Robby Gordon is sponsored and will be featured in an upcoming promotion for the brand. It also keeps an eye on up-and-coming athletes, such as Riley Hawk, the son of skateboarding star Tony Hawk.

Monster also works with music artists and tours. This year, OzzFest, which is put on by Black Sabbath member Ozzy Osbourne and his wife Sharon, decided to give back to its fans by removing the entry fee for its tour stops. Instead of paying high prices for tickets to the heavy metal tour, fans could only get tickets through OzzFest's Web site or through a Monster four-pack promotion.

"The batch through OzzFest sold out within one day, so [Monster] was the only place left to get tickets to OzzFest," Bremmer explains. "It was such a huge success that we had over 20,000 ticket redemptions. It went so well we're bringing back a similar promotion this year."

Additionally, Monster has a Hispanic initiative, which sponsors Spanish rock bands and more than 40 events a year. The brand also has a presence on college campuses with Monster ambassadors located on nearly 150 campuses across the country. Furthermore, the brand has approximately 25 street teams in nationwide markets to give out energy "where its consumers need it the most," Bremmer says. The teams may visit beaches, skate parks, record stores and other local hangouts to sample Monster products.

For the virtually minded consumer, Monster integrated itself into "Dave Mirra's BMX Challenge," a video game for Nintendo's Wii game system. In the game, Mirra wears a Monster logo shirt and the game's energy monitor is shaped as Monster's green claw logo. As the player lands BMX

**Exhibit 25**
**- 7 -**

MEC001003

COVER STORY

tricks, the energy 'M' fills up, and when it's filled to the brim, the player gets an extra burst of energy for its virtual BMX rider.

### Adding new Monsters

In order to stay fresh in a fast-growing category, innovation is necessary. While Monster has been at the forefront of hybrid energy products, the brand continues to push the envelope with new entries.

"If you're going to try to get ahead of the pack, in growth, in positioning, you have to be different," Sacks explains. "And to be different you've got to be creative and you've got to be ahead of the curve, which is a colloquial expression everybody uses, but you really need to come out with products that are different and do so ahead of the other people. And then what happens is that everybody copies very quickly, so you find yourself having to continue to innovate and be different."

In June, Monster dared to be different with the launch of Java Monster, a line of coffee/energy drinks. Unlike its brethren, Java Monster features a dairy base with coffee, mocha and vanilla latte flavors. The product features less caffeine than traditional coffeehouse coffee, but with the added effects from the amino acids, B vitamins, taurine and ginseng in its energy blend. Instead of stocking Java Monster alongside energy drinks, Monster is marketed and merchandised as a ready-to-drink coffee beverage.

Not only does the company hope Java Monster brings more efficacy to the RTD coffee category, but also some masculinity. The company is positioning the product as "coffee for real guys," Hall says. It's an RTD coffee product that can

be confidently brought on to the job site, Bremmer adds.

Despite its masculine positioning, Monster took a careful approach to the package design of Java Monster. Instead of the Monster logo in metal, the 'M' logo is burned into wood for a homey coffee feel that does not take too much away from Monster's masculine image, Hall explains. Through both the packaging and the product, Java Monster has brought in new consumers.

"The simple vision of Java Monster was to take the energy needs of those consumers who are either afraid, inexperienced or put off by the whole marketing and concept of energy drinks and fulfill their energy needs with a Monster branded product," Hall says. "We were very conscious in the design that we were able to transfer some of our equity over without screwing up who we are and our core imagery."

The line launched in Big Black, Loca Moca and Mean Bean flavors and has been transcending demographics to attract males and females in broad age ranges — when it's been on store shelves. In the first months of the launch, production of Java Monster could hardly keep up with demand.

"It's blown away our forecast," Bremmer says. "We reached the point where we weren't able to fill our orders. A lot of our initial plans were to sample the product using our street teams during the morning shift and really get the product out there, but we weren't able to fill our orders, let alone give the product to our sampling teams. So for 2008 we will be able to do a lot



of the things we had planned for 2007."

Not only does the company plan on added visibility for the line, it hints at Java Monster extensions.

"There are a number of SKUs we're going to launch because we really do feel we can command the shelf space," Sacks says. "We think it's important, creative and shouldn't cannibalize the existing energy category. It really should be placed in the coffee door with morning products, with juices and competitive coffee products. We believe that it's going to be incremental because it will draw more consumers into that coffee/energy category and the energy category as such."

Monster hopes the newcomers who are picking up Java Monster will be inspired to try Monster's carbonated varieties.

"The cross-pollenation has been really good," Sacks says. "That's where we are at the moment, but we'll think of new things by the middle of next year, I have no doubt. We'll continue to try to innovate and look at where we should be."

Both Sacks and Hall say the energy category is not just a fad, and even venture to say that energy drinks are the new soft drinks.

"We believe that the energy drink category as a category is here to stay, but there are going to be refinements within that category to keep it interesting, make it interesting for consumers and help broaden it to more consumers," Sacks says. "We think Java Monster is broadening it to the existing consumer and bringing in additional consumers: the morning consumer, the coffee drinker, the orange juice drinker and more." *BI*

**Exhibit 25**
**- 8 -**

MEC001004

# Energy exchange

## Production of Monster Energy drink calls for a network of co-packers and distributors

In order to produce the 35 million cases of Monster energy drinks that are sold each year, Hansen Natural Corp., Corona, Calif., has created several partnerships. The company has a network of regional co-packers and distribution warehouses for production and storage of its carbonated, juice-based and dairy-based line of energy drinks. The variety of formulations are a boon to Monster's portfolio, but have required additional partnerships with appropriate co-packers.

"Our network has continued to grow at a rapid rate," says Gareth Bowen, senior vice president of operations. "Monster alone in 2006 utilized six co-packers, and in 2007 we've used 11 co-packers. It provides benefits in that we're able to

have more national distribution. It makes it easier to meet orders on time and to ship shorter distances."

A co-packer near Hansen's Corona, Calif., headquarters produces Monster's "green," Lo Carb and Assault varieties. The plant receives empty Monster cans by truck in full pallets, which are stored onsite until needed. As with all its co-packers, Hansen's provides plants with the necessary materials and ingredients.

Produced on a traditional carbonated soft drink line, green Monster cans wind through the filler, which loads the cans with regular Monster and then caps and seals the packages. The cans are then checked for fill level and caps are washed. Once the products are

checked again and dried, they travel up a vertical ramp to the case packer.

During *Beverage Industry*'s visit, the line was packing 24-can club packs of 16-ounce regular green Monster. From the case packer, the club packs travel to the shrinkwrapper. Plant workers ensure the pallet is display ready for retailers.

Once the pallets are shrinkwrapped and loaded onto a truck, they are transported from the co-packer to Hansen's distribution facility in Corona. The 400,000-square-foot distribution facility is located down the street from the company's headquarters.

The Corona warehouse stores pallets of Monster, Hansen's allied



Top left: Stacks of empty Monster cans wait to be filled at a California co-packer. Top right: 16-ounce Monster cans are filled. Bottom left: Filled Monster cans are checked after being washed. Bottom right: 24-packs are shrinkwrapped on pallets to be shipped to club store accounts.

**Exhibit 25**
**- 9 -**

MEC001005

## PLANT FOCUS

energy drink brands, fruit beverages and some private label products. The brands' point of sale materials, additional merchandise and event trucks also are stored at the facility. In addition, the Corona warehouse is capable of repacking cases. During *Beverage Industry*'s visit, employees were repacking 24-packs of Monster Lo-Carb to create 12-packs that featured a special flyer.

While the aisles in the distribution center are filled with Monster's multiple varieties, Geoff Bremmer, Monster brand manager, points out pallets of popular new introductions, such as green Monster 24-ounce resealable "cap cans" and Java Monster. The products generally were out of stock so once the pallets were received in the warehouse, they were immediately shipped to fulfill orders.

"With Java Monster, the demand has been so great we haven't been able to fill all orders," says Bowen. "It blew away all our initial forecasts and made us scramble to find additional capacity. In November, Java Monster was produced at six times our initial projections."

Similar stock issues were experienced with Monster's four-packs

that had traditional retailers asking for more at the end of the summer, Bowen says. The four-packs as well as eight-packs are allowing for improved velocity in grocery stores, while the convenience sector remains the brand's main focus.

"Convenience stores are our first target because it's such an important part of our business, and convenience stores are often more open to new products," Bremmer says.

According to Bremmer, the convenience channel makes up about 70 percent of Monster's sales. Monster works with its network of independent distributors to ensure its products are always on store shelves. The success of green Monster has opened the door for Monster's innovations, he says.

"Our flagship Monster SKU sales continue to grow in the channel," Bremmer says. "We're putting in more SKUs, and velocity sales per outlet on Monster green 16-ounce continue to rise. Generally sales for the flagship product of most brands is the most critical and sales for our

**Left: Multi-packs of Monster Lo-Carb are repackaged at Hansen's Corona, Calif., distribution facility. Below: Geoff Bremmer, Monster brand manager, and *Beverage Industry*'s Jennifer Zegler, walk between stacks of Monster's large stock of energy drinks at the distribution center.**

flagship have never dipped. The product continues to grow despite line extensions and multi-packs."

The company maintains a nationwide network of convenience store-focused representatives, which it calls trade development managers. Monster employs 100 trade development managers nationwide who take the time to go into local stores set shelves, sell SKUs and bring in point-of-sale items.

"The trade development managers are experts in their own local area," Bremmer says. "It's a time-consuming and important task. Not every merchandiser can accommodate every SKU and put up P.O.S. inside and outside the store. The trade development managers are in the market and have the time, so if they need to take apart a shelf and reorganize it, they'll do it. It's a service level that our company has provided from the start."

To make sure the product is consistent across its network of co-packers in Southern California, Texas, Florida, the Carolinas, Minnesota and Missouri, samples of Monster are shipped from the co-packer to Hansen's Quality Control Department. In its facility, which is adjacent to the Corona warehouse, Hansen employees test the blended products.

Since May 2006, Hansen has had a distribution arrangements with many Anheuser-Busch distributors for Monster and two other affiliated energy drinks. The Anheuser-Busch network is now one of Hansen's primary distributors, but it is not an exclusive agreement, Bowen says. The company still has licensing agreements with various distributors in many territories by brand and by channel.

"We strive to streamline the supply chain and utilize services they offer so the product is in the right place to maximize sales," Bowen says. *BI*



**Exhibit 25**
**- 10 -**

MEC001006

Case 2:10-md-02179-CJB-DPC   Document 41-5   Filed 12/24/18   Page 94 of 121

The McGraw·Hill Companies

# BusinessWeek

JUNE 5, 2006



HOT
GROWTH

100
COMPANIES
TO WATCH
PAGE 48

www.businessweek.com

Exhibit 25
- 11 -
MEC001007

# Hot Growth Companies

**TO WIN A POSITION IN THIS TABLE,** a company must excel in three ways. The selection process begins by ranking companies according to their three-year results in sales growth, earnings growth, and return on invested capital. The ranks in the table are calculated from these numbers. A company's composite rank is the sum of 0.5 times its rank in return on total capital plus 0.25 times its sales- and profit-growth ranks.

**COMPANIES WERE DRAWN** from Standard & Poor's Compustat database of more than 10,000 publicly traded corporations. To qualify, a company must have annual sales of more than $50 million and less than $1.5 billion, a current market value greater than $25 million, a current stock price of at

least $5, and be actively traded. Banks, insurers, real estate firms, and utilities are excluded. So are companies with significant declines in current financial results or in stock price, as well as companies where other developments raise questions about future performance.

**SALES AND EARNINGS** are the latest figures available through the most recent 12 months. Earnings include net income from continuing operations before gains or losses from extraordinary items.

**INCREASES IN SALES AND PROFITS** are calculated using the least-squares method. If results for the earliest year are negative or not available, the average is for two years.

**RETURN ON CAPITAL** is earnings expressed as a percent of total debt and equity. For ranking purposes, the maximum allowable annual return on invested capital is 100%. If companies have made substantial accounting restatements, long-term returns may be averaged for two years instead of three years.

**TIME PERIODS VARY** according to the month of a company's fiscal yearend. Profitability and growth are calculated based on the most recently available data.

**STOCK PRICE DATA** are as of Apr. 28, 2006. A ● indicates that a company also appeared in last year's rankings (BW—June 6, 2005).

| | COMPANY (STOCK SYMBOL) | CURRENT RESULTS | | THREE-YEAR AVERAGES | | | INVESTMENT DATA | | | |
| | | | | INCREASE (%) | | RETURN ON | STOCK PRICE | | | MARKET |
| | | SALES $ MIL. | EARNINGS $ MIL. | SALES | PROFITS | CAPITAL | 52-WEEK HIGH - LOW | RECENT | P-E RATIO | VALUE $ MIL. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VAALCO Energy (EGY) Houston 713 623-0801<br>Finding and pumping oil off of Africa's Atlantic Coast | 93.0 | 33.7 | 98.9 | 297.5 | 35.2 | 8 – 3 | 7 | 12 | 409 |
| 2 | Hansen Natural (HANS) Corona, Calif. 909 739-6200 ●<br>Keeps hipsters hydrated with juices, sodas, teas, and energy drinks | 408.6 | 75.0 | 56.7 | 180.9 | 31.9 | 146 – 29 | 129 | 42 | 2892 |
| 3 | Palomar Medical Technologies (PMTI) Burlington, Mass. 781 993-2300 ●<br>Lasers and lamp systems used for medical and aesthetic procedures | 81.6 | 20.2 | 44.8 | 600.1 | 31.2 | 43 – 21 | 42 | 41 | 730 |
| 4 | W&T Offshore (WTI) Houston 713 626-8525 ●<br>Explores and exploits oil and gas reserves, mostly in the Gulf of Mexico | 618.2 | 205.6 | 42.5 | 298.4 | 30.7 | 47 – 19 | 43 | 14 | 2817 |
| 5 | NAVTEQ (NVT) Chicago 312 894-7000<br>Its map database guides vehicle navigation systems and Web sites | 514.1 | 169.7 | 44.1 | 115.0 | 52.7 | 56 – 34 | 42 | 23 | 3823 |
| 6 | Under Armour (UARM) Baltimore 410 454-6428<br>Develops and markets its brand of microfiber athletic apparel | 310.6 | 25.9 | 78.3 | 100.1 | 32.3 | 42 – 21 | 37 | 75 | 1707 |
| 7 | VASCO Data Security Intl. (VDSI) Oakbrook Terrace, Ill. 630 932-8844<br>Designs and supports user authentication and online security systems | 56.8 | 8.3 | 41.2 | 218.1 | 21.3 | 12 – 7 | 9 | 43 | 339 |
| 8 | Programmer's Paradise (PROG) Shrewsbury, N.J. 732 389-8950<br>Direct wholesaler of software and hardware for IT professionals | 142.8 | 2.9 | 30.2 | 372.7 | 20.6 | 14 – 8 | 13 | 19 | 53 |
| 9 | LCA-Vision (LCAV) Cincinnati 513 792-9292<br>When you need to read the bottom line, its laser eye surgery helps | 215.6 | 35.4 | 47.0 | 108.7 | 19.8 | 58 – 33 | 56 | 34 | 1162 |
| 10 | Blue Nile (NILE) Seattle 206 336-6700<br>Peruse more than 50,000 diamonds at this online megastore of bling | 209.7 | 12.9 | 40.2 | 69.5 | 39.1 | 44 – 25 | 35 | 50 | 603 |
| 11 | Volcom (VLCM) Costa Mesa, Calif. 949 646-2175<br>Makers of youth apparel related to boardsports | 169.9 | 27.5 | 41.7 | 58.3 | 63.1 | 41 – 24 | 36 | 30 | 864 |
| 12 | American Science & Engineering (ASEI) Billerica, Mass. 978 262-8700<br>Develops advanced X-ray systems sold primarily to governments | 149.8 | 34.4 | 32.2 | 324.1 | 18.1 | 94 – 36 | 86 | 23 | 741 |
| 13 | ASV (ASVI) Grand Rapids, Minn. 218 327-3434 ●<br>Rubber-tracked construction vehicles for all seasons | 256.8 | 29.3 | 75.9 | 165.3 | 14.2 | 35 – 16 | 25 | 24 | 675 |
| 14 | PeopleSupport (PSPT) Los Angeles 310 824-6200<br>Outsourcers of customer care, tech support, and sales | 71.1 | 22.9 | 46.6 | 69.1 | 29.2 | 12 – 7 | 11 | 9 | 198 |
| 15 | Imperial Industries (IPII) Pompano Beach, Fla. 954 917-7665<br>Producer and distributor of wall-finishing materials like stucco | 75.7 | 3.7 | 26.4 | 130.9 | 21.8 | 31 – 7 | 25 | 18 | 62 |
| 16 | Cognizant Technology Solutions (CTSH) Teaneck, N.J. 201 801-0233 ●<br>Offshore outsourcing for tech services | 989.6 | 181.5 | 57.2 | 69.4 | 21.5 | 65 – 41 | 64 | 51 | 8864 |
| 17 | Multi-Fineline Electronix (MFLX) Anaheim, Calif. 714 238-1488 ●<br>Manufactures flexible printed circuits and circuit assemblies | 458.8 | 49.7 | 52.0 | 117.4 | 15.5 | 67 – 14 | 58 | 30 | 1423 |
| 18 | Hittite Microwave (HITT) Chelmsford, Mass. 978 250-3343<br>Its integrated circuits show up in items from cable modems to satellites | 90.7 | 25.7 | 38.1 | 73.1 | 25.4 | 39 – 18 | 39 | 46 | 1116 |

**Exhibit 25**
**- 12 -**

MEC001008

## HOT GROWTH COMPANIES

| COMPANY (STOCK SYMBOL) | CURRENT RESULTS | | THREE-YEAR AVERAGES | | | INVESTMENT DATA | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALES $MIL. | EARNINGS $MIL. | INCREASE (%) SALES | PROFITS | RETURN ON CAPITAL | STOCK PRICE 52-WEEK HIGH-LOW | RECENT | P-E RATIO | MARKET VALUE $MIL. |
| 19 OmniVision Technologies (OVTI) Sunnyvale, Calif. 408 542-3000 <br> Produces image sensor chips for digital cameras and security systems | 463.1 | 84.3 | 57.4 | 71.2 | 19.5 | 31 – 12 | 29 | 19 | 1536 |
| 20 NutriSystem (NTRI) Horsham, Pa. 215 706-5300 <br> Customers lose weight with meals sent straight to their door | 321.8 | 40.1 | 94.4 | 101.0 | 14.5 | 71 – 9 | 68 | 63 | 2435 |
| 21 Resources Connection (RECN) Costa Mesa, Calif. 714 430-6400 <br> Provides accounting and finance professionals who work on a project basis | 618.0 | 60.6 | 46.9 | 74.3 | 18.7 | 32 – 17 | 27 | 23 | 1294 |
| 22 EFJ (EFJI) Irving, Tex. 972 819-0700 ● <br> Maker of analog and digital wireless radio systems | 81.0 | 14.2 | 33.5 | 151.7 | 15.7 | 12 – 6 | 10 | 18 | 265 |
| 23 InfoSonics (IFO) San Diego 858 373-1600 <br> Distributes cell phones and accessories to the U.S. and Latin America | 175.9 | 3.8 | 42.5 | 63.2 | 22.6 | 24 – 2 | 13 | 24 | 73 |
| 24 Amedisys (AMED) Baton Rouge, La. 225 292-2031 <br> Provider of home health care and hospice services | 438.3 | 30.3 | 44.9 | 230.7 | 13.4 | 48 – 28 | 33 | 18 | 529 |
| 25 LifeCell (LIFC) Branchburg, N.J. 908 947-1100 <br> Makes products from human tissue for use in surgery | 105.2 | 14.0 | 41.1 | 72.3 | 20.0 | 28 – 12 | 27 | 66 | 888 |
| 26 RPC (RES) Atlanta 404 321-2140 <br> Provides oilfield equipment and services | 471.3 | 81.5 | 26.8 | 147.1 | 17.3 | 36 – 9 | 28 | 22 | 1785 |
| 27 PetMed Express (PETS) Pompano Beach, Fla. 954 979-5995 <br> Online and catalog pharmacy for dog, cat, and horse owners | 137.6 | 12.1 | 31.8 | 50.1 | 36.0 | 20 – 6 | 16 | 32 | 386 |
| 28 NeuStar (NSR) Sterling, Va. 571 434-5400 <br> Clearinghouse services help route 2 billion phone calls daily | 260.8 | 59.1 | 39.5 | 51.8 | 30.6 | 36 – 24 | 35 | 46 | 2399 |
| 29 Netflix (NFLX) Los Gatos, Calif. 408 540-3700 <br> Online DVD rental house offers movies via mail without late fees | 753.9 | 55.2 | 66.7 | 154.0 | 12.7 | 33 – 11 | 30 | 35 | 1645 |
| 30 Ceradyne (CRDN) Costa Mesa, Calif. 714 549-0421 ● <br> Its ceramics are used in orthodontic braces, as well as body armor | 434.8 | 65.4 | 84.7 | 157.8 | 12.0 | 64 – 19 | 53 | 21 | 1420 |
| 31 MEMC Electronic Materials (WFR) St. Peters, Mo. 636 474-5000 <br> Develops advanced wafers for semiconductor manufacturers | 1212.0 | 345.3 | 19.2 | 70.3 | 37.7 | 44 – 11 | 41 | 26 | 8941 |
| 32 Empire Resources (ERS) Fort Lee, N.J. 201 944-2200 <br> Produces semifinished aluminum for industrial customers | 378.0 | 9.7 | 29.5 | 56.6 | 27.7 | 50 – 4 | 46 | 47 | 444 |
| 33 Gevity HR (GVHR) Bradenton, Fla. 941 741-4300 <br> Can become your company's human resources department | 624.6 | 37.4 | 19.4 | 101.5 | 20.5 | 30 – 16 | 26 | 19 | 678 |
| 34 Berry Petroleum (BRY) Bakersfield, Calif. 661 616-3900 ● <br> Finds some natural gas, but pulls mostly crude out of the earth | 434.2 | 113.1 | 46.4 | 60.3 | 18.6 | 80 – 41 | 74 | 15 | 1627 |
| 35 Endo Pharmaceuticals Hldgs. (ENDP) Chadds Ford, Pa. 610 558-9800 <br> Maker of Percocet and other pain medications | 887.5 | 209.0 | 24.5 | 89.0 | 19.2 | 34 – 19 | 31 | 20 | 4177 |
| 36 Cimarex Energy (XEC) Denver 303 295-3995 ● <br> Exploration and production of oil and natural gas on the Gulf Coast | 1332.4 | 328.3 | 81.2 | 98.0 | 13.0 | 48 – 33 | 43 | 9 | 3538 |
| 37 Alliance Resource Partners (ARLP) Tulsa 918 295-7600 ● <br> Its mines produce coal for utilities | 881.4 | 169.1 | 17.7 | 63.6 | 37.8 | 48 – 32 | 42 | 14 | 1544 |
| 38 VSE (VSEC) Alexandria, Va. 703 960-4600 ● <br> Engineering and technical help for government systems and equipment | 277.5 | 6.4 | 30.7 | 107.1 | 15.3 | 52 – 28 | 33 | 12 | 77 |
| 39 Chico's FAS (CHS) Fort Myers, Fla. 239 277-6200 ● <br> Comfortably relaxed clothing brings baby boom women into its stores | 1404.6 | 194.0 | 38.3 | 42.5 | 24.8 | 49 – 26 | 37 | 35 | 6735 |
| 40 Build-A-Bear Workshop (BBW) St. Louis 314 423-8000 ● <br> Stores invite you to stuff, dress, and accessorize plush toys | 374.4 | 27.7 | 30.0 | 73.9 | 17.8 | 33 – 19 | 32 | 24 | 650 |
| 41 St. Mary Land & Exploration (SM) Denver 303 861-8140 ● <br> Explores and exploits North America's oil and natural gas reserves | 789.1 | 167.4 | 50.6 | 67.3 | 15.5 | 46 – 22 | 42 | 17 | 2402 |
| 42 Hurco (HURC) Indianapolis 317 293-5309 <br> Industrial software and equipment for machining and metal work | 127.2 | 16.4 | 22.2 | 496.6 | 14.0 | 37 – 10 | 31 | 12 | 197 |
| 43 Unit (UNT) Tulsa 918 493-7700 <br> It explores and produces oil and natural gas in North America | 990.3 | 256.6 | 68.2 | 122.1 | 11.5 | 62 – 35 | 58 | 10 | 2667 |
| 44 Barrett Business Services (BBSI) Vancouver, Wash. 800 828-0700 <br> Human resource manager for small to midsized companies | 240.4 | 12.9 | 31.2 | 144.8 | 13.1 | 29 – 13 | 26 | 22 | 292 |
| 45 Encore Wire (WIRE) McKinney, Tex. 972 562-9473 <br> Manufactures and distributes electrical copper wire and cable | 872.9 | 65.2 | 40.2 | 106.0 | 13.3 | 44 – 9 | 42 | 15 | 972 |
| 46 Ansoft (ANST) Pittsburgh 412 261-3200 <br> Software for electronic engineering and design | 74.1 | 14.3 | 16.9 | 136.2 | 17.8 | 44 – 21 | 44 | 40 | 523 |
| 47 Sonic Solutions (SNIC) Novato, Calif. 415 893-8000 <br> Software tools for creating movies and music | 143.8 | 18.6 | 63.4 | 77.1 | 13.0 | 22 – 14 | 18 | 26 | 440 |
| 48 Reliv International (RELV) Chesterfield, Mo. 636 537-9715 ● <br> Its distributors sell nutritional supplements and skin-care products | 115.8 | 7.9 | 22.2 | 42.1 | 33.8 | 19 – 8 | 11 | 23 | 174 |

**Exhibit 25**

- 13 -

MEC001009

# HOT GROWTH COMPANIES

| COMPANY (STOCK SYMBOL) | CURRENT RESULTS | | THREE-YEAR AVERAGES | | | INVESTMENT DATA | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALES $MIL. | EARNINGS $MIL. | INCREASE (%) SALES | PROFITS | RETURN ON CAPITAL | STOCK PRICE 52-WEEK HIGH·LOW | RECENT | P-E RATIO | MARKET VALUE $MIL. |
| 49 Quality Systems (QSII) Irvine, Calif. 949 255-2600 ●<br>Develops and markets software systems to manage medical practices | 109.2 | 20.5 | 25.8 | 43.9 | 22.2 | 46 – 22 | 34 | 44 | 892 |
| 50 LoJack (LOJN) Westwood, Mass. 781 251-4700 ●<br>Hidden transmitters help police recover stolen vehicles | 198.5 | 18.7 | 17.7 | 106.3 | 17.7 | 29 – 14 | 22 | 23 | 419 |
| 51 Dynamic Materials (BOOM) Boulder, Colo. 303 665-5700<br>Specialized metal production including explosion-welded clad plates | 87.0 | 12.9 | 21.6 | 87.7 | 16.3 | 43 – 12 | 38 | 36 | 450 |
| 52 Diodes (DIOD) Westlake Village, Calif. 805 446-4800 ●<br>Manufactures and supplies discrete semiconductors | 239.8 | 35.4 | 24.1 | 85.4 | 15.6 | 43 – 18 | 41 | 30 | 1029 |
| 53 Leucadia National (LUK) New York 212 460-1900<br>Holding company in markets from timber to manufacturing | 1306.4 | 1312.0 | 78.0 | 98.1 | 10.9 | 62 – 34 | 61 | 5 | 6566 |
| 54 Argon ST (STST) Fairfax, Va. 703 322-0881<br>Develops and sells intelligence, defense, and communications systems | 283.1 | 22.0 | 107.1 | 118.0 | 9.5 | 37 – 26 | 33 | 32 | 733 |
| 55 ValueClick (VCLK) Westlake Village, Calif. 818 575-4500<br>Online marketing connects advertisers, publishers, and consumers | 369.9 | 41.8 | 70.7 | 103.4 | 10.8 | 21 – 9 | 17 | 38 | 1717 |
| 56 eCollege.com (ECLG) Chicago 312 706-1710<br>Brings registration, tests, even classrooms into cyberspace | 106.5 | 6.4 | 69.7 | 223.1 | 8.5 | 22 – 9 | 21 | 73 | 469 |
| 57 Ventiv Health (VTIV) Somerset, N.J. 800 416-0555<br>Helps drug companies staff and run clinical trials | 609.1 | 44.0 | 39.1 | 114.0 | 10.9 | 34 – 16 | 30 | 20 | 837 |
| 58 Packeteer (PKTR) Cupertino, Calif. 408 873-4400<br>Connects businesses to make the most of their wide area networks | 117.1 | 20.1 | 27.1 | 68.0 | 14.1 | 16 – 7 | 13 | 23 | 447 |
| 59 Digital River (DRIV) Eden Prairie, Minn. 952 253-1234<br>Outsourcing e-commerce, it helps online businesses grow | 243.9 | 56.7 | 42.6 | 78.1 | 11.0 | 48 – 22 | 44 | 31 | 1525 |
| 60 TTM Technologies (TTMI) Santa Ana, Calif. 714 327-3000<br>Contract maker of printed circuit boards for equipment manufacturers | 254.0 | 35.2 | 38.6 | 126.9 | 9.8 | 17 – 6 | 16 | 19 | 672 |
| 61 Sun Hydraulics (SNHY) Sarasota, Fla. 941 362-1200<br>Produces screw-in hydraulic cartridge valves and manifolds | 121.9 | 13.5 | 23.0 | 105.5 | 12.3 | 33 – 17 | 21 | 17 | 230 |
| 62 Coldwater Creek (CWTR) Sandpoint, Idaho 208 263-2266 ●<br>Catalogs, an extensive Web site, and over 100 stores of women's apparel | 788.2 | 46.8 | 18.1 | 76.4 | 14.4 | 30 – 11 | 28 | 56 | 2573 |
| 63 Parlux Fragrances (PARL) Fort Lauderdale, Fla. 954 316-9008<br>Produces and distributes fashionable name-brand perfumes | 155.5 | 17.6 | 28.6 | 50.0 | 14.9 | 38 – 15 | 27 | 16 | 244 |
| 64 CNX Gas (CXG) South Park, Pa. 412 854-6719<br>Developing natural gas and coalbed methane out of the Appalachians | 655.2 | 121.5 | 61.9 | 58.5 | 11.5 | 31 – 20 | 29 | 36 | 4299 |
| 65 Altera (ALTR) San Jose, Calif. 408 544-7000 ●<br>Makes programmable chips | 1151.7 | 273.8 | 17.1 | 48.0 | 19.2 | 23 – 16 | 22 | 30 | 7850 |
| 66 Ventana Medical Systems (VMSI) Tucson, Ariz. 520 887-2155 ●<br>Diagnostic systems and lab equipment used in fighting cancer | 208.2 | 25.9 | 23.8 | 96.8 | 12.2 | 49 – 34 | 49 | 69 | 1650 |
| 67 Gen-Probe (GPRO) San Diego 858 410-8000<br>Its tests quickly detect germs and diseases | 323.4 | 61.2 | 25.8 | 62.6 | 13.5 | 56 – 35 | 53 | 46 | 2757 |
| 68 Trimble Navigation (TRMB) Sunnyvale, Calif. 408 481-8000 ●<br>Global positioning technology, software, and integration | 805.4 | 93.2 | 18.9 | 99.1 | 12.4 | 50 – 27 | 47 | 29 | 2554 |
| 69 Radyne (RADN) Phoenix 602 437-9620<br>Equipment for Internet, cable, and satellite broadcasting | 120.7 | 11.6 | 18.8 | 61.0 | 15.2 | 17 – 7 | 15 | 24 | 271 |
| 70 Helix Energy Solutions (HELX) Houston 281 618-0400<br>Energy services company finds oil and operates offshore wells | 931.5 | 182.8 | 38.1 | 132.4 | 8.9 | 46 – 21 | 39 | 18 | 3043 |
| 71 Providence Service (PRSC) Tucson 520 747-6600 ●<br>Provides case management and other services for government programs | 156.7 | 10.0 | 52.8 | 88.7 | 8.7 | 35 – 23 | 31 | 31 | 303 |
| 72 Miller Industries (MLR) Ooltewah, Tenn. 423 238-4171<br>Manufactures auto bodies for towing and recovery vehicles | 368.4 | 22.5 | 19.6 | 86.3 | 12.1 | 29 – 10 | 27 | 14 | 308 |
| 73 Headwaters (HW) South Jordan, Utah 801 984-9400<br>Makes construction materials, as well as synthfuel used by utilities | 1174.1 | 146.9 | 99.8 | 71.4 | 8.6 | 46 – 30 | 34 | 11 | 1412 |
| 74 Hydril (HYDL) Houston 281 449-2000<br>Makes tubes and pressure systems for petroleum drilling | 412.0 | 80.9 | 17.7 | 44.0 | 16.1 | 90 – 46 | 80 | 24 | 1897 |
| 75 aQuantive (AQNT) Seattle 206 816-8800<br>Online marketing, Web site design, and consulting | 335.6 | 36.4 | 24.5 | 72.8 | 11.9 | 30 – 11 | 25 | 51 | 1877 |
| 76 Commercial Vehicle Group (CVGI) New Albany, Ohio 614 289-5360<br>Makes cabs for heavy trucks and commercial vehicles | 831.4 | 51.9 | 35.8 | 116.7 | 8.7 | 25 – 17 | 20 | 8 | 427 |
| 77 Brigham Exploration (BEXP) Austin, Tex. 512 427-3300<br>Uses 3-D seismic technology to explore for oil and natural gas | 106.1 | 30.3 | 40.2 | 110.1 | 8.6 | 15 – 7 | 9 | 14 | 424 |
| 78 Guess? (GES) Los Angeles 213 765-3100<br>Jeans—and all kinds of apparel for men, women, and children | 928.5 | 66.0 | 17.4 | 184.1 | 10.5 | 47 – 14 | 40 | 27 | 1800 |

**Exhibit 25**

**- 14 -**

MEC001010

## HOT GROWTH COMPANIES

| COMPANY (STOCK SYMBOL) | CURRENT RESULTS | | THREE-YEAR AVERAGES | | INVESTMENT DATA | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SALES $ MIL. | EARNINGS $ MIL. | INCREASE (%) SALES | PROFITS | RETURN ON CAPITAL | STOCK PRICE 52-WEEK HIGH-LOW | RECENT | P-E RATIO | MARKET VALUE $ MIL. |
| 79 NETGEAR (NTGR) Santa Clara, Calif. 408 907-8000 ● Designs networking supplies for home and small business | 467.9 | 35.6 | 24.2 | 62.2 | 12.2 | 26 – 16 | 22 | 21 | 741 |
| 80 Labor Ready (LRW) Tacoma, Wash. 253 383-9101 Annually places 600,000 temporary skilled and full-time workers | 1289.9 | 64.1 | 13.2 | 77.9 | 12.9 | 28 – 17 | 26 | 22 | 1423 |
| 81 PPD (PPDI) Wilmington, N.C. 910 251-0081 Helps companies develop new drugs by running preclinical trials | 1092.4 | 137.7 | 19.1 | 54.3 | 13.8 | 41 – 22 | 36 | 31 | 4161 |
| 82 Korn/Ferry International (KFY) Los Angeles 310 552-1834 Companies helps/find their new managers, and vice versa | 529.9 | 50.8 | 18.0 | 206.8 | 9.5 | 21 – 14 | 21 | 18 | 877 |
| 83 DSW (DSW) Columbus, Ohio 614 237-7100 Name-brand shoes for women and men at a discount | 1144.1 | 37.2 | 21.1 | 72.4 | 11.8 | 33 – 18 | 31 | 31 | 1374 |
| 84 Rofin-Sinar Technologies (RSTI) Plymouth, Mich. 734 455-5400 Designs, develops, and markets industrial lasers | 383.6 | 43.7 | 19.7 | 98.0 | 10.8 | 57 – 29 | 56 | 20 | 856 |
| 85 ADTRAN (ADTN) Huntsville, Ala. 256 963-8000 Develops and supplies products used in Internet and telecom systems | 517.3 | 102.2 | 14.1 | 55.6 | 14.2 | 33 – 20 | 25 | 19 | 1929 |
| 86 MSC Industrial Direct (MSM) Melville, N.Y. 516 812-2000 Direct marketer and supplier of industrial equipment and tools | 1167.1 | 124.1 | 11.6 | 46.5 | 14.1 | 56 – 27 | 52 | 28 | 3486 |
| 87 MICROS Systems (MCRS) Columbia, Md. 443 285-6000 ● Software, hardware, and systems for the retail and hospitality industries | 659.1 | 60.2 | 18.0 | 62.5 | 11.9 | 55 – 38 | 42 | 28 | 1622 |
| 88 Concur Technologies (CNQR) Redmond, Wash. 425 702-8808 Streamlines corporate expense management to save clients money | 81.0 | 5.4 | 14.9 | 136.3 | 9.3 | 19 – 8 | 16 | 104 | 555 |
| 89 Kforce (KFRC) Tampa 813 552-5000 Helps find specialized employees in finance, tech, medicine, and science | 831.7 | 25.3 | 17.7 | 108.8 | 9.3 | 15 – 7 | 14 | 22 | 543 |
| 90 Lamson & Sessions (LMS) Cleveland 216 464-3400 Makes and sells electrical and telecom enclosures and PVC pipe | 530.8 | 34.4 | 15.9 | 74.8 | 10.9 | 33 – 9 | 25 | 11 | 391 |
| 91 Stratasys (SSYS) Eden Prairie, Minn. 952 937-3000 ● Makes and sells rapid prototyping devices | 86.2 | 10.2 | 28.7 | 50.3 | 10.5 | 36 – 20 | 33 | 34 | 332 |
| 92 AngioDynamics (ANGO) Queensbury, N.Y. 518 798-1215 ● Develops medical instruments for angiographic procedures | 72.2 | 6.5 | 23.3 | 72.8 | 9.1 | 31 – 17 | 31 | 62 | 386 |
| 93 AMCOL International (ACO) Arlington Heights, Ill. 847 394-8730 ● Clays for building materials, cosmetics, even kitty litter | 556.6 | 39.0 | 21.9 | 42.6 | 11.8 | 32 – 16 | 29 | 23 | 858 |
| 94 Denbury Resources (DNR) Plano, Tex. 972 673-2000 Finds and develops oil and natural gas fields near the Gulf Coast | 623.6 | 180.2 | 24.3 | 52.7 | 9.8 | 37 – 14 | 33 | 22 | 3739 |
| 95 Lufkin Industries (LUFK) Lufkin, Tex. 936 634-2211 Builds and maintains oil field pumping systems, gearboxes, and trailers | 524.2 | 52.3 | 29.8 | 70.7 | 8.6 | 70 – 25 | 64 | 18 | 943 |
| 96 Lifetime Brands (LCUT) Westbury, N.Y. 516 683-6000 Produces cutlery, bakeware, flatware, and kitchen gadgets | 339.2 | 14.0 | 31.3 | 51.4 | 9.0 | 30 – 16 | 30 | 25 | 383 |
| 97 II-VI (IIVI) Saxonburg, Pa. 724 352-4455 Makes laser lenses, infrared optical components, and radiation sensors | 224.6 | 26.2 | 19.3 | 50.5 | 10.7 | 22 – 13 | 22 | 25 | 634 |
| 98 Digitas (DTAS) Boston 617 369-8000 Online marketer helps develop brands and customer relationships | 603.1 | 44.6 | 20.9 | 55.7 | 9.6 | 15 – 10 | 14 | 31 | 1263 |
| 99 Old Dominion Freight Line (ODFL) Thomasville, N.C. 336 889-5000 Less-than-a-truckload shipping across the U.S., Canada, and Mexico | 1116.3 | 57.6 | 23.3 | 42.7 | 9.7 | 33 – 18 | 32 | 21 | 1201 |
| 100 Brady (BRC) Milwaukee 414 358-6600 Makes safety signs, identification labels, and precision die-cut parts | 883.4 | 92.5 | 16.9 | 50.1 | 9.4 | 40 – 27 | 36 | 19 | 1761 |

**ALPHABETICAL INDEX OF COMPANIES**
The number that follows each company name indicates its ranking in the table.

ADTRAN 85
Alliance Resource Ptnrs. 37
Altera 65
AMCOL International 93
Amedisys 24
American Science & Eng. 12
AngioDynamics 92
Ansoft 46
aQuantive 75
Argon ST 54
ASV 13
Barrett Business Services 44
Berry Petroleum 34
Blue Nile 10
Brady 100
Brigham Exploration 77
Build-A-Bear Workshop 40
Ceradyne 30
Chico's FAS 39
Cimarex Energy 36

CNX Gas 64
Cognizant Tech. Solutions 16
Coldwater Creek 62
Commercial Vehicle Group 76
Concur Technologies 88
Denbury Resources 94
Digital River 59
Digitas 98
Diodes 52
DSW 83
Dynamic Materials 51
eCollege.com 56
EFJ 22
Empire Resources 32
Encore Wire 45
Endo Pharmaceuticals 19
Gen-Probe 67
Gevity HR 33
Guess? 78
Hansen Natural 2

Headwaters 73
Helix Energy Solutions 70
Hittite Microwave 18
Hurco 42
Hydril 74
II-VI 97
Imperial Industries 15
InfoSonics 23
Kforce 89
Korn/Ferry International 82
Labor Ready 80
Lamson & Sessions 90
LCA-Vision 9
Leucadia National 53
LifeCell 25
Lifetime Brands 96
LoJack 50
Lufkin Industries 95
MEMC Electronic Materials 31
MICROS Systems 87

Miller Industries 72
MSC Industrial Direct 86
Multi-Fineline Electronix 17
NAVTEQ 58
Netflix 29
NETGEAR 79
NeuStar 28
NutriSystem 20
Old Dominion Freight Line 99
OmniVision Technologies 19
Packeteer 58
Palomar Medical Tech. 3
Parlux Fragrances 63
PeopleSupport 14
PetMed Express 27
PPD 81
Programmer's Paradise 8
Providence Service 71
Quality Systems 49
Radyne 69

Rely International 48
Resources Connection 21
Rofin-Sinar Technologies 84
RPC 26
Sonic Solutions 47
St. Mary Land & Expl. 41
Stratasys 91
Sun Hydraulics 61
Trimble Navigation 68
TTM Technologies 60
Under Armour 6
Unit 43
WAALCO Energy 1
ValueClick 55
VASCO Data Security Intl. 7
Ventana Medical Systems 66
Ventiv Health 57
Volcom 11
VSE 38
W&T Offshore 4

**Exhibit 25**
**- 15 -**

MEC001011



# BusinessWeek online

SEARCH SI

Advanced S

| TOP NEWS | BW MAGAZINE | INVESTING | ASIA | EUROPE | TECHNOLOGY | AUTOS | INNOVATION | SMALL BIZ | B-SCHOO |

**COMPANY PROFILES**

1 VAALCO Energy
2 Hansen Natural
3 Palomar Medical Technologies
4 W&T Offshore
5 NAVTEQ
6 Under Armour
7 VASCO Data Security International
8 Programmer's Paradise
9 LCA-Vision
10 Blue Nile
11 Volcom
12 American Science & Engineering
13 ASV
14 PeopleSupport
15 Imperial Industries
16 Cognizant Technology Solutions
17 Multi-Fineline Electronix
18 Hittite Microwave
19 OmniVision Technologies
20 NutriSystem
21 Resources Connection
22 EFJ
23 InfoSonics
24 Amedisys
25 LifeCell
26 RPC
27 PetMed Express
28 NeuStar
29 Netflix
30 Ceradyne
31 MEMC Electronic Materials

MAY 25, 2006
HOT GROWTH COMPANIES
By Arlene Weintraub

# Sizzling Hot Growth

**The 100 companies on *BusinessWeek*'s list may not be big, but they're agile and fiercely competitive**



**SLIDE SHOW >>**

In the tough, ultracompetitive world of football, Vernon Davis stands out for his strength, agility, and fighting spirit. When he played for the University of Maryland, the 6-ft.-3-in. powerhouse drew raves as one of the best tight ends in college football. During the National Football League's draft in late April, Davis was snapped up by the San Francisco 49ers. It's no surprise, then, that scrappy sportswear maker Under Armour, which got the jump on giants like Nike () in the market for skintight athletic wear, chose Davis to be a celebrity endorser of its products.

As Davis ascends to the elite realm of professional football, Under Armour is scoring some touchdowns of its own. Its sales have grown an average of 78.4% annually for the past three years, and profits have doubled, causing the Baltimore company to bolt into the No.6 spot on *BusinessWeek*'s Hot Growth list of America's 100 fastest-growing small companies. Under Armour's signature tight-fitting shirts, along with its shorts, jackets, and other products, have become athlete favorites, because they're made of lightweight material that wicks away sweat. "Plus, it makes you look stronger than you are," says Davis.

The 100 companies in *BusinessWeek*'s 2006 ranking may not be big, but like the best in the NFL, they're strong, agile, and fiercely competitive. Many have carved out niches that no one else was smart enough to spot or quick enough to pounce on. Some have only a few years of marketing experience. Others have been around for decades but recently pulled off revivals that returned them to the front of the pack. Together, they're a powerful economic force. Small

**STORY TOOLS**
Printer-Friendly Version
E-Mail This Story
Reader Comments
share

**POLL  INSTANT SURVEY >>**

My company provides sexual-harassment prevention training:
○ Periodically
○ Once, when the employee is hired
○ Never
○ Not sure

GO   VIEW POLL RESULTS >>

**PEOPLE SEARCH**

**Search for business contacts:**
First Name :

Last Name :

Company Name :

GO

**PREMIUM SEARCH**
Search by job title, geography and build a

TOI
POPU

1. Sizz Grov
2. Lehr Sate Over
3. The Agai Con
4. Trou Line
5. Vacc the I

Get Free I

MARKET
DJIA
S&P 500
Nasdaq

STOCK L

Stocks 1
Inflation
Create / C
Launch P



32 Empire Resources

33 Gevity HR

34 Berry Petroleum

35 Endo Pharmaceuticals Holdings

36 Cimarex Energy

37 Alliance Resource Partners

38 VSE

39 Chico's FAS

40 Build-A-Bear Workshop

41 St. Mary Land & Exploration

42 Hurco

43 Unit

44 Barrett Business Services

45 Encore Wire

46 Ansoft

47 Sonic Solutions

48 Reliv International

49 Quality Systems

50 LoJack

51 Dynamic Materials

52 Diodes

53 Leucadia National

54 Argon ST

55 ValueClick

56 eCollege.com

57 Ventiv Health

58 Packeteer

59 Digital River

60 TTM Technologies

61 Sun Hydraulics

62 Coldwater Creek

63 Parlux Fragrances

64 CNX Gas

65 Altera

66 Ventana Medical Systems

67 Gen-Probe

68 Trimble Navigation

69 Radyne

70 Helix Energy Solutions

71 Providence Service

72 Miller Industries

73 Headwaters

74 Hydril

75 aQuantive

businesses produce 14 times as many patents per employee as large companies do, and they are twice as likely to turn those inventions into successes, according to a Congressional report. They account for half of the private gross domestic product, create more than 60% of net new jobs each year, and pay 44.3% of the private payroll.

ADVERTISEMENT

list of executive contacts

SEARCH BY

zoominfo

**WRINKLE BOOM.** during the vetting of our Hot Growth contenders, an economic quirk emerged. The rising thirst for petroleum has driven prices up, translating to gold for the 14 oil and energy-services companies on the list, and a No.1 spot for vaalco Energy Inc. (page 63). Yet despite high prices for gasoline, consumers have yet to slash discretionary spending. The average household spends $44 a week on gas -- 15.8% more than it did a year ago, according to the International Council of Shopping Centers. Yet same-store sales in the second week of May jumped 4.2% over the same period a year ago. Shoppers aren't hesitating to shell out $40 for an Under Armour shirt. And they still flock to malls to shop at Guess? **(GES)** (No.78) and to watch their kids make stuffed animals at Build-a-Bear Workshop **(BBW)** (No.40).

Spending is especially strong among the nation's 77 million baby boomers, who are snapping up the latest kitchen gadgets, having their wrinkles erased, and doing whatever else makes them feel better as they age. "We continue to see an ongoing skewing of the distribution of wealth" to people over 60, says Mark Zandi, chief economist at Moody's Economy.com. "If you cater to aging boomers, you've got a powerful tailwind."

The costly war that boomers are waging against the aging process makes them a lucrative target. No.20 NutriSystem **(NTRI)** sells its weight-loss products mostly to younger boomers—women in their mid-40s -- but older dieters have started to catch on to the Horsham (Pa.) company's program. So CEO Michael J. Hagan has launched an over-60 program and will introduce a seniors program this year, with a menu featuring more protein and fiber and an exercise program tailored to a crowd with creaky joints. "We see this as a big, attractive segment," he says. "They buy as much for life extension as for vanity." That could fuel NutriSystem's hot run: Annual sales have jumped 94.4% on average over the past three years, and profits 101%.

**ELDERCARE.** As the population ages, it's no surprise that 11 Hot Growth companies are clustered in the health-care and pharmaceutical industries. Palomar Medical Technologies **(PMTI)**, which at No.3 is making its second consecutive

Exhibit 25

- 17 -

MEC001017

Case 2:17-cv-01605-KJM-JDP   Document 41-5   Filed 10/04/18   Page 101 of 121

76 Commercial Vehicle Group

77 Brigham Exploration

78 Guess?

79 NETGEAR

80 Labor Ready

81 Pharmaceutical Product Development

82 Korn/Ferry International

83 DSW

84 Rofin-Sinar Technologies

85 ADTRAN

86 MSC Industrial Direct

87 MICROS Systems

88 Concur Technologies

89 Kforce

90 Lamson & Sessions

91 Stratasys

92 AngioDynamics

93 AMCOL International

94 Denbury Resources

95 Lufkin Industries

96 Lifetime Brands

97 II-VI

98 Digitas

99 Old Dominion Freight Line

100 Brady

appearance in the Hot Growth top 10, sells machines that use light-based technology to erase wrinkles, varicose veins, unwanted hair, and unpleasant consequences of growing older. No.35 Endo Pharmaceuticals Holdings (ENDP) has been chasing the gray set by developing pain relievers, one of which has attracted a cult-like following. This drug, Lidoderm, is a prescription patch that delivers a powerful analgesic through the skin to sore muscles and joints. It was approved by the Food & Drug Administration in 1999 to treat just 200,000 patients with pain related to shingles. But doctors started doling it out off-label for everything from sore back muscles to arthritis. Endo expects Lidoderm sales to grow 26%, to at least $530 million, this year. The Chadds Ford (Pa.) company is conducting clinical trials that may allow it to expand the label for Lidoderm, and it is working on several other pain drugs. "The data show that two-thirds of adults over 65 have some type of pain that really interferes with their daily life," says Endo CEO Peter A. Lankau.

The healthier boomers stay, the more they can savor the little joys in life, such as entertaining. That's evident in the sparkling performance of No.96 Lifetime Brands (LCUT) The Westbury (N.Y.) company owns or licenses some of the most famous names in housewares, including KitchenAid and Farberware. CEO Jeffrey Siegel believes pain at the gas pump hasn't kept consumers away because many of his goods are essential. "If your can opener isn't working, you have to buy a new one," says Siegel. And items like crystal glasses appeal to wealthy consumers who are less sensitive to high gas prices, he says. "People who shop at Tiffany will still go there. It will just cost them a little more."

To determine who's hot and who's not, *BusinessWeek* combs a database of 5,275 public companies with revenues of $50 million to $1.5 billion a year. We rank them by sales and earnings growth, as well as return on capital over three years. To be considered for the final ranking, companies must have a market cap of $25 million or more and a stock that trades for at least $5 a share. Only finalists whose shares rose at least 5% over the past 12 months were included. Recent profit shortfalls can also cause companies to get the ax. Of those still standing, the top 100 make our list.

The raw numbers show just how hot the class of 2006 is. Sales for the 100 top finishers grew at an average annual rate of 37.5% over a three-year period. Earnings increased 110.6% a year. The group blew past the s&p Industrials, which posted average revenue growth of just 11.1% a year and earnings growth of 41.2%. And the average return on capital among the Hot Growth winners was 17.4% -- double that of the s&p Industrials.

**SHOP AT THE TOP.** Retailers have traditionally made a strong showing on the Hot Growth list. What's notable this year is that stores catering to upscale, mature women are enjoying the most foot traffic. Winners include No.39 Chico's FAS (FAS) and No.62 Coldwater Creek (CWTR). Chico's, which targets boomer women earning $75,000 or more, is making a record eighth consecutive appearance on our ranking. With sales during the last three years up an average of 38.3% a year, to $1.4 billion in the most recent 12-month period, Chico's is on the verge of outgrowing the Hot Growth list. If it does, it will join a distinguished list of graduates that include Whole Foods Market (WFMI), Cisco Systems (CSCO), and Abercrombie & Fitch (ANF).

Despite its continuing success, Chico's has taken investors on a nauseating ride of late. On May 4, the Fort Myers (Fla.) company announced that because of a lower-than-expected increase in April same-store sales, earnings would come in a penny or two per share below expectations. The stock fell 19% in one day, to $30. "To me, it's irrational," says CEO Scott A. Edmunds, who adds that its April same-store sales growth of 5.4% isn't bad for a retailer. Chico's experience shows how shares of Hot Growth companies can get bid up to ridiculous highs by investors enamored

**Exhibit 25**

**- 18 -**

MEC001018

of Hot Growth companies can get bid up to ridiculous highs by investors enamored of hot niches—and then suffer spectacular free-falls.

In a drastic change from last year, the 2006 winners include two dot-com retailers and five Internet software providers. In 2005, there was just one Web company in the Hot 100. Much of today's boom is driven by a rise in online advertising. Among the beneficiaries: No.75 aQuantive (**AQNT**) and No.55 ValueClick (**VCLK**), which create or manage online ad campaigns. "There's more content on the Web now, so people spend more time there," says aQuantive CEO Brian P. McAndrews.

The diversity of businesses in the Hot Growth 100 shows that no one industry has the lock on ingenuity. But whether they're tracking eyeballs on the Web, looking for liquid gold, or reaching the pocketbooks of aging boomers, the members of the elite Hot Growth 100 have all clearly mastered the art of winning.
**Click here for the slide show**

**Weintraub** is the Science editor for *BusinessWeek* in New York
With John Carey in Washington and Timothy J. Mullaney and Frederick F. Jespersen in New York

READER COMMENTS

## Most recent comments

See all comments
Leave your own comments

**Nickname:** chronicle
**Review:** Good growth review.
**Date reviewed:** May 27, 2006 6:32 PM

**Nickname:** Nigel
**Review:** The list is meaningless unless we are told how sales growth, profit growth, and return on capital are combined to compute the final ranking.
**Date reviewed:** May 26, 2006 1:20 PM

See all comments
Leave your own comments

The views and opinions expressed in these comments do not necessarily reflect the views or opinions of BusinessWeek or the McGraw-Hill Companies.

BW MALL  SPONSORED LINKS

• **Custom Logo Design** Special discount offer. 10 concepts within 24 Hours. 6

**Exhibit 25**

**- 19 -**

MEC001019

designers for your logo. Unlimited concepts. 100% money-back guarantee. Free Web, stationery and print formats. Read testimonials. Call Toll Free.

- **IT services for Small Businesses** All Covered can take the headaches out of your computer systems. We listen to your business needs, support your systems, secure your network and help you get best value from your technology investments. Local consultants backed by 24 hr monitoring.

- **Credit Card Processing - Free Quotes** Free Quotes from Multiple Vendors. Compare Prices and Options - In-person, Over-The-Phone, Mail and Online Credit Card Processing. Save time & Money with BuyerZone.com

- **Mac Service and Support** Nationwide On-Site Home & Office Troubleshooting, Training, Networking, Upgrades, Graphics, Database, Digital Video

- **Office Paper Shredders - Low-Price Guarantee** Office Zone sells hundreds of different home and office paper shredders. Brands include Destroyit, Intimus, GBC, Kobra and more. We have a secure online shopping cart, knowledgeable customer service reps and a low-price guarantee. Order yours today!

  **Buy a link now!**

Get BusinessWeek directly on your desktop with our **RSS feeds.**

Add BusinessWeek news to your Web site with our **headline feed**.

Click to buy an **e-print or reprint** of a *BusinessWeek* or BusinessWeek Online story or video.

To subscribe online to *BusinessWeek* magazine, please **click here**.

Learn more, go to the **BusinessWeekOnline home page**

Advertising | Special Sections | MarketPlace | Knowledge Centers

Terms of Use | Privacy Notice | Ethics Code | Contact Us

*The* **McGraw·Hill** *Companies*

Copyright 2000- 2006 by The McGraw-Hill Companies Inc.
All rights reserved.

**Exhibit 25**

**- 20 -**

MEC001020



HOT GROWTH

# Rodney C. Sacks

## Chairman and Chief Executive Officer - Hansen Natural (HANS)



The burgeoning popularity of energy drinks is delivering quite a buzz to Corona (Calif.)-based Hansen Natural. Its tall, testosterone-ized cans of Monster (slogan: "Unleash the beast!") are stealing market share from category leader Red Bull and frustrating Coke and Pepsi, who despite their influence lag way behind. The proof is in Hansen's profits, which have skyrocketed from 28 cents per share in 2003 to what analysts predict will be nearly $4 this year. The company's shares have jumped 6000% in that time to a staggering $140 a share. That surging growth would have been inconceivable just a few years ago, when Hansen was merely a sleepy maker of natural sodas and juices. Chief Executive Rodney C. Sacks and a partner bought the company for $15 million in 1992; it is worth $3 billion today.

**Read the story**
**Reader comments**
**More Slide Shows**

HOME    SUBSCRIBE    LINKS & RESOURCES    ABOUT US    CONTACT US    SITE MAP    MEDIA KIT

Search    GO        READ THE D

**BEVBEAT**

**BEER**

**BOTTLED WATER**

**CSD**

**ENERGY DRINKS**

**NEW AGE**

**RTD TEA**

**WINE/SPIRITS**

**BEVSOLUTIONS**

**DISTRIBUTION**

**PACKAGING**

**PRODUCTION**

**R&D**

**SALES & MARKETING**

**SUPPLY CHAIN**

Beverage
Marketing
Corporation
Focus Report:
Beverage Trends
in Casual Dining
and Quick-Service
Restaurants

**BEVERAGE MARKETING**

Learn More

## Monster Energy: A Mighty Force

Written by Heather Landi

Thursday, 15 January 2009

On a balmy, cloudless Thursday afternoon in November, Supercross/Motocross pro rider Ryan Villopoto races his Kawasaki KX 450F bike around a test track just off the Corona Freeway in Corona, Calif. Several bystanders have stopped their cars along the freeway frontage road and stand on the outside of a chain-link fence, watching as the rider and his bike launch off the jumps almost effortlessly into the air. As the bystanders watch, Villopoto banks one of the turns, then launches into the air again, sailing about 10 to 15 feet above the heads of three gentlemen dressed casually in jeans and T-shirts who are standing at the bottom of one of the track's jumps. As the sun starts to set behind the mountains, a photographer snaps away, capturing Villopoto in the air as Rodney Sacks, CEO of Hansen Natural Corp., Hansen's president Hilton Schlosberg and Mark Hall, president of Monster Energy, pose with cans of Monster Energy in their hands.

And if that weren't enough to keep the onlookers curious, it's hard to miss the sleek black trailer or the giant inflatable black can with the neon green claw mark on the front. For the folks at Monster Energy, and for most in the beverage marketplace, that claw mark has become somewhat of an iconic symbol, signifying what can be achieved when a few enterprising entrepreneurs take an innovative idea, mix in some unorthodox marketing and combine that with a willpower to succeed.

When the photo shoot ends, Hall, Schlosberg and Sacks shake hands with Villopoto, one of Team Monster's riders on the pro circuit, before heading back to the Monster Energy offices nearby. For the folks at Monster Energy, it's just another day at the office, because, as they say, "Monster is about action sports, punk rock music, partying, girls and living life on the edge." At Monster, that's not just a tagline, it's a philosophy, and it's helped to build one of the industry's brightest success stories.



Photography by Fran Collin

**Blazing New Trails**

The story of Monster Energy can be traced back to 1997 when Hansen Natural Corp., a maker of natural sodas and juices, launched Hansen's Energy in Southern California markets, the same year Red Bull debuted in the US.

Hansen's Energy had some initial success, yet its healthful positioning was a disconnect with the drivers of the category, namely young adult men, and Red Bull quickly pulled

**⊒ SPECIAL REI**



**Fleet Report**



**R&D Report**

**⊒ LISTS & RAN**

- Top 50 North Ar
- Global 100
- Contract Packer
- Top 25 Beer Wr
- Top 25 Bottlers

**⊒ UPCLOSE**



**Exhibit 25**
**- 22 -**

MEC001022

ahead and has since led the US energy drink market.

"We realized that if we were going to survive in the category, we really needed a product with a different positioning. We needed a leaner, meaner position and [something] a little more aggressive. We've always looked at Red Bull as a sleek, sophisticated European brand and Monster is a rough-and-tumble American product," Hall, who joined the company in 1997, remarks. So, a Monster was created.

Looking to give consumers a greater value proposition, Hall, Sacks and Schlosberg came up with the idea of the 16-ounce can, offering twice the energizing ingredients than the 8-ounce can of Red Bull, and a more refreshing flavor.

The Monster team then took all the conventional wisdom when it comes to beverage marketing and threw it out the window. Launched in 2002, Monster Energy hit shelves in a completely black can with no description of the product.

The company also makes a point of not using recognizable flavors for its products. All the Monster Energy drinks are formulated with unique flavors that can't be easily classified as "orange" or "lemon," but rather each drink is designed to have its own personality, Sacks says. Monster also shies away from mass market advertising, instead focusing all its sales and marketing muscle on sponsoring action sports athletes, artists and musical events and tours, which ties in with the company's overall philosophy that Monster is not just a beverage, but a lifestyle brand. True to its "living life on the edge" philosophy, Monster has become intricately linked with events like The Warped Tour, the X-Games and action sports heroes like Villopoto. Through this marketing platform, Monster has been able to create an authentic connection with consumers who are on the cutting edge, essentially influencing the "influencers."

**On the Move**
Now selling 35 million cases of Monster a year, Hansen's has grown from a $112.9-million company to sales of $1.8 billion in just five short years, and the bulk of that growth can be credited to the success of Monster. No longer a small, start-up brand, Monster has come into its own as a full-fledged player in the energy drink market, and according to AC Nielsen research, is now the No. 1 energy drink brand in convenience stores by unit volume, surpassing Red Bull. While Hall credits Red Bull for essentially paving the way—"we got to drive on paved roads instead of rutty, gravel roads," he quips—Monster is now ready to take the lead and its well on its way there.

In five years, the brand's portfolio has grown from original Monster and Lo Carb to 56 SKUs in various flavors and sizes. Making a name for itself as a pioneer, Monster has launched a number of industry innovations, including the first energy juice with Khaos, the first energy coffee, Monster Java, as well as a resealable 24-ounce can.

Although located in the same offices as parent company Hansen's, Monster operates as a separate entity, which is apparent just by walking down the hallways. Action sports posters—from motocross to skiing to surfing—adorn the walls and there's even a dirt bike on display in one corner. The key to Monster's continued success is its ability to continue operating like a small company by being nimble and rapidly responding to consumers' changing needs, says Gareth Bowen, senior vice president of operations.

"As an organization, we have great leadership and great vision about what the Monster brand is all about," he notes.
Getting new, inovative products on the shelf is key to Monster's continued success and its dominance in the category.

To this end, Monster's technical director, Dr. Tom Davis, who has a PhD in pharmacology, assists wth product development to ensure the performance-based claims of the ingredients used. What also distinguishes Monster from its competitors is its dedicated Quality Control department to ensure product integrity during production. And new ideas continue to flow at Monster Energy. Late last year the company launched Hitman Energy Shooter, which Hall describes as a "cousin of Monster," as it has a

cε
US, Red Bull is looking 1
big way.

ALSO:

- Boulevard Brew
- Spaten North Ai
- Freeman Bever
- O&W Inc.: A Fa
- More company

**Exhibit 25**
**- 23 -**

MEC001023

slightly different taste profile and gives Monster a foothold in the energy shot market. The company even is looking outside the energy category into other segments, such as enhanced waters, with the same strategy that led to Monster's success, namely, offering consumers a real point of difference.

"To the extent that we could come up with an enhanced water that could really be different from the market leader that the consumer would gravitate to and stop drinking the one their drinking, you have to find that magic. It's an art and a science combined and we have a great team here, top to bottom, and we have all the resources we need. We have the talent and we come to work everyday with the thought that we can do whatever we want," Hall says.

As the company has grown, it also has built a strong network of regional co-packers for its production needs and even has had to seek out new partnerships for unqiue product launches, as with Hitman, which required co-packers who could run the shot-size PET bottle.

"We're fortunate with the co-packers that we work with, they're willing to work with us on ideas and we're a develop-as-we-go operation, and that helps us to get to the finish line quicker," Bowen attests. "We have an idea, we test it, review it, decide what we need to do to make improvements, then test it again. It's a very quick, fluid process. A lot of other organizations get tied down in having a strict, formal process. From an operations standpoint, there's five people that are really key to the process and conversations take place every single day."

Monster also continues to beef up its distribution muscle. A two-year-old distribution agreement with Anheuser-Busch has helped strengthen the brand's presence across the country.

"Before we had A-B, we were scattered. We had a combination of just about everything. We had candy and tobacco people selling our drinks. With the A-B deal, we were able to achieve coverage in accounts where we couldn't achieve before. They've done a great job for us," Hall remarks.

A recently inked deal with The Coca-Cola Company will now help shore up Monster's distribution both in the US and internationally. The team at Monster has an inherent understanding that the battle for shelf space is an ongoing war and as the company has grown, the battle plan also must change.

"At a certain size, you can fight a guerilla war, but once you get to a certain scale, you have to fight a frontal war. You need the army and the tanks. That's why you need people like Coke and A-B because they have the soldiers. We're definitely into a full conventional battle now," Hall remarks.

"Coke is a premier international distribution entity and for us to have access to that at our choosing puts us at a great competitive advantage," Hall adds. "Our goal is to challenge Red Bull everywhere on the planet and the moon, if they go there."

However, Hall and Sacks are well aware of the pitfalls of growing too big, too quickly.

"The trouble with some brands is they lose their originality and personality and their ability to be entrepreneurial and cutting edge," Sacks notes. "The key is for us to retain what we do best, which is marketing in an unconventional way and keep that feel for the brand."

As Monster continues to crank out new line extensions, cannibalization doesn't appear to be a concern as sales of original Monster Energy, the company's "lead horse," continue to grow on a sales per point basis, and despite the fact that the brand is coming of age, Sacks points out.

http://www.beverageworld.com/content/view/35687/

**Exhibit 25**
**- 24 -**

MEC001024

Monster also is aggressively focusing on the on-premise market and has designed a pour spout that fits onto the Monster Energy 32-ounce can to offer bartenders an easier way to use the energy drink in cocktails.

For now, Sacks and Hall are tight-lipped about future product innovations in the pipeline, but Hall is quick to assure, "We are actively preparing to Monsterize another segment."

*From Beverage World January 15, 2009*

< Prev        Next >

Home | Subscribe | Links & Resources | About Us | Contact Us | Site Map | Media Kit

R & D | Production | Packaging | Sales & Marketing | Distribution | Supply Chain | Beer | Bottled Water | CSD | Energy Drinks | New Age | RTD Tea | Wine/Spirits

© Beverage World Publications Group - All rights reserved.

Beverage World is published by Ideal Media.

Privacy Policy | Terms of Use

http://www.beverageworld.com/content/view/35687/

**Exhibit 25**
**- 25 -**

MEC001025



Stagnito Communications Inc. / An MWC Company                                    October 2004

# Beverage INDUSTRY

*Covering production, marketing, technology & distribution*

**IN THIS ISSUE:**
**PRIVATE LABEL BEVERAGES**
**PROTEIN INGREDIENTS**
**ETHNIC MARKETING**

## Hansen: Unleashing the possibilities

**MONSTER** ENERGY

e-library    www.bevindustry.com

#BXNNT&C M CAR-RT LOT ## C-078
## BE 001                        00520
                                 14975

Left to right: Tom Kelly,
Hilton Schlosberg,
Rodney Sacks, Mark Hall
and Kirk Blower

STAGNITO

· Exhibit 25
- 26 -

MEC001031

# COVER STORY
**BY SARAH THEODORE**



"The future's so bright..."
Left to right: Tom Kelly, Hilton
Schlosberg, Rodney Sacks,
Mark Hall and Kirk Blower

# Hansen:
# Unleashing the possibilities

f beverage trends are like fashion, as is so often said, it's no surprise that many industry trends begin on the West Coast and travel through the rest of the country. Two trends that did just that — energy drinks and natural beverages — form the core of Hansen Beverage Co., and that has made its business as sunny as its home in Southern California.

For years, the Hansen's name was synonymous with juices and natural soft drinks, but the company's sales really picked up steam when it introduced

Monster Energy Drink in 2002. Hansen's sales have grown during the past three years from a little less than $100 million in 2001 to $138 million last year, with another 54 percent increase reported during the first six months of this year.

Hansen entered the energy drink category early, first with an energy fruit juice smoothie, and then with Hansen's Energy Drink as a contender to then-newcomer Red Bull. The company began to see that its wholesome, good-for-you image might be hold-

ing it back from the kind of sales its Austrian rival enjoyed. It decided to break loose from its traditional business and launch the edgy new brand called Monster. With the tagline "Unleash the Beast" and an unconventional 16-ounce can, the brand jumped to a top spot in the energy drink category.

The launch of the Monster product led Hansen to reach in a new direction, dividing its business into two very different consumer segments and ways of getting to market.

Exhibit 25

- 27 -

MEC001032

"We were able to create a brand that had its own individual personality," says Hansen Chairman Rodney Sacks. "It was much more cutting edge, much more risqué in the image we portrayed for the brand, and the way we marketed the brand. We were able to do things that wouldn't have appealed to our traditional consumer or have been suitable for the Hansen's brand."

Extreme sports, rock concerts and tattooed brand ambassadors became the Monster trademarks, while traditional Hansen's products stuck with healthful, good-for-you values. The company's approach to distribution also changed, with Monster going through a new network of distributors rather than the company's own direct-to-retail system.

"We really divided the company's focus and management into two different styles," says Sacks. "One style was to deal with the traditional natural Hansen's brand and image, and the second part of the business was to go through a direct-store-delivery (DSD) system with single-serve products."

Hansen's natural juices, soft drinks and canned smoothies have strong distribution through all retail channels in the western United States, as well as natural food outlets and health food sections in chain stores in the rest of the country. Monster and its DSD counterparts such as Energade and Lost Energy, go to market via a national network of about 300 distributors.

## Two business tracks

While Monster can take much of the credit for Hansen's rapid growth, the company never took its eye off its more traditional business and products such as the natural sodas account for a significant portion of its business. The two divisions of the company operate autonomously, and each has a dedicated team to develop products and marketing.

"When you look at new products, the concepts come from two different places," says Sacks. "The guys who

are involved in running the traditional Hansen's business look at where the opportunities are in the Hansen's type products, and the DSD division looks at the potential opportunities that lie in single-serve, convenience store type products. We look at those two markets very differently."

Some of the fruits of the company's new product development process are a soon-to-be-released Monster line extension and a tea-based line of carbonated soft drinks under the Blue Sky natural soda brand.

"It's common for companies to say they want to innovate and do something new, but then you look at what comes out and it looks pretty much like everything else," says Mark Hall, senior vice president of the DSD division. "When we're looking at a new product opportunity, we have to say 'How can we do it differently so the consumer doesn't see it as the same old thing?'"

The company saw one of those opportunities earlier this year when it launched Lost Energy Drink, a product targeted at young, skeptical consumers missed by other energy drinks. It teamed with the surfing industry's Lost Enterprises to license the name, and decorated the can with art that is identified with the surf and skate cultures.

"When we launched the Lost brand, we launched a brand that had its own personality," says Sacks. "We didn't think it would cannibalize our

Monster brand; it was intended to address a different consumer.

"We try to understand the market a little differently and not just try to put out additional flavors or facings on a shelf. There needs to be a reason for a brand to exist or a reason for a line extension."

While the company says it often speaks to consumers to generate ideas, it does not rely on them for complete answers.

"I live and breathe our business," says Sacks. "I do quite a bit of traveling, and I come back from Europe with my suitcases filled with beverages, with ideas and concepts in mind. This might not give you an answer, but it often leads to something or an idea that we can develop."

"In the new age category, especially, a big part of it stems from current pop culture," continues Hall. "People are going to try something new if they like the look and feel of the thing. They have to be comfortable and identify with the personality the



product projects."

He says the company achieves a distinct look for its products by working with edgier, sometimes unknown artists rather than standard graphic designers.

"When we decided to redesign one of our products we went out and found an underground artist for the design," he says. "He doesn't design beverage products, he does interesting art that speaks to people, young people. His art is very iconic in

nature."

Hansen's also chose a unique design for its new Blue Sky tea-based soft drinks. The idea for the products began in house, says Hilton Schlosberg, vice chairman, president and chief operating officer, and the company recently launched the product in green tea, red tea and white tea varieties.

"We chose a graphic artist to design a can that reflected the Asian feel of the product. We came up with something that looks good and fits the style of the product," he says.

## Do-gooders and tattoo artists

Like the products themselves, Hansen's marketing follows very different tracks. Both natural products and energy drinks use event marketing as a promotional tool, but the juices and natural sodas are tied into cause marketing, and energy drinks with athlete endorsements, concert tours and extreme sporting events.

"We had to rough it up a bit," says Hall about developing the Monster marketing strategy. "A lot of our sponsored athletes are covered in tattoos. Whether our consumers actually look like that or will ever look like that, it doesn't matter. People are attracted to that aggressive style and rebellious image."

The company hires product samplers who hand out drinks from Monster trucks with oversized wheels and wild graphics — a far cry from the typical beverage executive's vehicle of choice, and that's just the point. "It doesn't do any good for me to go to a concert and hand the drink out, I don't fit the brand image," says Hall.

"We have more than 100 people in the field right now. We take a hands-on approach. I don't know if there is another beverage company our size right now that has invested in the field support we have."

But no matter what body art Monster representatives might have, continued on page 26

www.bevindustry.com

**Exhibit 25**

**- 28 -**



MEC001033

POWER TO PRINT >

# RUGGED /
## Industrial Strength Vehicle Printer

The TallyGenicom MIP360 Vehicle Printer is a fast, rugged and reliable vehicle printer that is ideally suited for Direct Store Delivery (DSD) applications. When implemented as part of an in-vehicle route accounting system, the MIP360 can significantly reduce printing time while offering improved print quality and exceptional reliability. Printing multi-part invoices, freight bills and other on-demand documents, the MIP360 offers hassle-free performance in the most demanding environments.



### TallyGenicom MIP360 Vehicle Printer

> Fast Print Speed
> Clean, Crisp Print Quality
> Multiple Connectivity Options
> Custom Mounting



> For more information or to have a Sales Representative visit your location to assess your vehicle printer needs

Call 800.436.4266 (press option 1) or visit http://vehicle.tgprinters.com


TallyGenicom® > Power to Print

Go to www.bevindustry.com/quickresponse for more information


New on the market – a carbonated tea-based soda from Blue Sky.

continued from page 25

Hall says, the company trains and tests its product samplers to ensure they provide accurate information about the products.

"When you're trying to put the right personality on a brand, it's really easy for it to get twisted," he says. "When we first came up with the Monster brand, we chose the claw icon because it fit the name and the aggressive personality we wanted to portray. Right away, some people wanted to give it a horror image and do Halloween promotions. We had to say 'it's not about Halloween. Monster means extreme, it's dramatic.' You have to constantly massage the message to project the right personality. Monster is the meanest energy drink on the planet."

### Taking a gamble

Hansen couldn't have hoped for a marketing opportunity more befitting the extreme Monster brand than this year's sponsorship of the Las Vegas monorail. The company didn't just put its name on the shuttle, it painted the train black with the trademark claw logo, secured vending rights at monorail stations, and is even outfitting the inside of the monorail cars with video screens to convey the Monster lifestyle.

"This was a big spend for us and it was a unique opportunity to be able to, in one location, reach what is expected to be 35 million visitors to Las Vegas each year," says Sacks. "We were able from one unique venue to

reach consumers throughout the United States. We believed it was something that a small company like ourselves would very rarely get the opportunity to have."

On the opposite end of the spectrum, but just as appropriate for the natural beverage brands, Hansen teams up with causes such as City of Hope and licensed children's characters such as Clifford the Big Red Dog. Hansen's Natural Sodas feature a per annum "Save Lives, Send Tabs" campaign during which the company donates as much as $100,000 to the City of Hope cancer research center. Blue Sky products are paired with fundraising for the Society for the Prevention of Cruelty to Animals, and the Jr. Juice brand Hansen acquired from Pasco in 2001 features the Clifford character and book giveaways.

Last year, Hansen landed an exclusive three-year Women, Infants and Children Supplemental Nutrition contract in California for 100-percent apple juice and apple grape juice in 64-ounce bottles.

According to Schlosberg, the contract is a reflection on the company's ability to both develop well-branded products and to manage the cost structure of its business.

"One hundred-percent juice is a very important product for us, but it's a product in which your success is measured in cost per ounce," he says, continued on page 28



Exhibit 25
- 29 -

MEC001034

continued from page 26

"One of the skills we have at this company is that we understand our cost base."

The state of California estimates that Hansen's will supply nearly 24.5 million bottles of apple juice and 5.4 million bottles of apple grape juice blends per year through the contract.

Hansen's diet natural sodas, which were introduced with Splenda a few years back, also have been a boon to the business, especially with today's weight concerns.

"The diet sodas have zero calories, so whether you're on a low-carb diet or a low-calorie diet, it still appeals to that consumer," says Schlosberg. "Hansen's sodas have traditionally been bought by moms for children. Now we have a product that can be

bought by mom for herself."

The company rolled out a low-calorie version of Monster last year, but chose not to make it a "diet" drink. It simply changed the color on the claw logo from green to blue for consumers who are calorie conscious, but don't necessarily want to advertise it.

"Low-carb is a sexy way to say diet right now," says Hall. "A diet is something you're on when you want to lose weight or have a health concern. It can have a negative cogitation. Low-carb is a way to say reduced calories that, for the time being, is in fashion."

Energy drinks will continue to be



a big part of Hansen's business, but the company says future offerings could look quite different than today's.

"The energy category is going to evolve," says Hall. "We think there are hybrid products that will rely on the energy foundation, but they will have a different platform and will look very different from what we have today."

And if the energy within Hansen itself continues, the industry can count on more innovation and a willingness to go in whatever direction that

takes the company. Posing for a photo, and quoting a song popular in the '80s, they joke, "The future's so bright, we have to wear shades." *BI*

### The Hansen's Line-up

Monster Energy
Monster Energy Low-Carb
Lost Energy
Hansen's Natural Soda
Deuce Energy
Hansen's Energy
Energade
E2O Energy Water
Diet Red Energy
Hansen's Smoothies
Smoothie Blasts
Bottled Juices
Multi-Vitamin Juice Slams
Hansen's Teas, Lemonades, Cocktails
Jr. Juice
Hansen's Signature Sodas
Blue Sky
Sparkling Apple Cider
Hard e





**New CENTENNIAL, Inc.**

**PEOPLE WHO KNOW CHOOSE CENTENNIAL**

INNOVATIVE DESIGN
DURABLE CONSTRUCTION

THE MOST DIVERSE SELECTION IN THE INDUSTRY

800-241-7541
COLUMBUS, GEORGIA
WWW.NEWCENTENNIAL.COM

SIDE LOAD BEVERAGE BODIES & TRAILERS • DROP FRAME KEG TRAILERS
SPECIAL EVENT PARTY TRAILERS • INSULATED REFRIGERATED AND COMBINATION
UNITS • BULK DELIVERY TRAILERS • USED EQUIPMENT
RECONDITIONING SERVICES

MADE IN USA

Go to www.bevindustry.com/quickresponse for more information

**Exhibit 25**
**- 30 -**

MEC001035



**Exhibit 25**
**- 31 -**

MEC001058

THE
BEVERAGE
FORUM
2009
The only global all-beverage
executive conference

## Beverage Forum
## Company of the Year Award

**Category:** Large Company

(more than $1 billion annual revenue)

## Hansen Natural Corporation

For 70-plus years, Corona, Calif., USA-based Hansen Natural Corp. has developed a reputation as an innovative leader in the beverage world with solid sales performance year after year. In the 1930s, Hubert Hansen and his three sons sold fresh, non-pasteurized juices to film studios and retailers in Southern California. Over four decades, that business grew and the company developed a line of natural sodas and pasteurized shelf-stable 100 percent juices.

Today, the company leads somewhat of a double life as Hansen Beverage Co., a subsidiary of Hansen, marketing New Age beverages, such as all-natural sodas, juices, smoothies and soy-based drinks under the Hansen's brand name. Meanwhile, Hansen also was one of the pioneers of the energy drink category with the launch of Hansen's Energy in 1997. Hansen unleashed Monster Energy drink in 2002



and in six short years built it into a leading energy drink brand in the United States, thanks to a maverick marketing strategy and an edgy, extreme sports image.

"Hansen continues to be one of the most dynamic independent beverage companies in the industry and is a testament to what can be achieved when innovative ideas are combined with an entrepreneurial spirit and savvy marketing," remarks Kevin Francella, co-chair of the Beverage Forum and publisher of *Beverage World* magazine.

Hansen charted strong sales growth in 2008 with $1.03 billion in sales, up 14.3 percent from 2007. Hansen's also increased case sales by 4.3 percent to 102.7 million 192-ounce case equivalents. This performance has earned Hansen this year's Beverage Forum Large Company of the Year award for the over $1 billion annual revenue category. No stranger to industry recognition, the company previously won the Forum's Small Company of the Year award in '04 and '06.

The key to Hansen's success is its ability to recognize different consumer lifestyle niches and refreshment needs and strategically market products to these segments. The company's growth is spurred in large part by strong sales of Monster Energy drinks, which grew in excess of the category and achieved further gains in market share in 2008. The last quarter of 2008 also saw the launch of Monster Hitman energy shooters, which brings the Monster trademark to a different niche of consumers. And Hansen's also branched out into new functional beverage categories, as with its latest innovation, Vidration vitamin-enhanced water.

The company also continues to strengthen its distribution network with a two-year-old distribution agreement with Anheuser-Busch and a recently inked deal with The Coca-Cola Company and Coca-Cola Enterprises to distribute Monster Energy drink in six Western European countries, Canada and parts of the US.

## Beverage Forum
## Company of the Year Award

**Category:** Small Company

(less than $1 billion annual revenue)

## Cytosport

Founded in 1998, CytoSport has staked its claim as a leading producer of protein-enhanced and active lifestyle nutritional products.

In 2004, the Benicia, Calif., USA-based company launched an RTD version of Muscle Milk, one of its best-selling protein supplements. RTD Muscle Milk provided consumers with a beverage option that promoted healthy sustained energy, weight management and a source of nutrition, namely delivering 20-plus grams of protein, depending on the package size. By bringing protein to active lifestyle individuals that was better-tasting and conveniently packaged resulted in the quick success the brand has experienced—last year, the company reportedly earned $200 million.

The success of Muscle Milk, due to its ability to provide protein without the added carbohydrates and fats that can be found in high-protein foods, led to two line extensions of the brand. In 2006, Muscle Milk Light was introduced into the marketplace and last year, Muscle Milk Light 100-Calorie joined the RTD lineup.



Greg Pickett, founder and CEO of CytoSport, started the company with his son, Mike, and daughter, Nicole, and was the developer behind the line of functional beverages as well as protein-enhanced supplements in the form of Muscle Milk and Cytomax, two brands in the nutrition business that have earned accolades from beverage marketplace professionals. Adding to that list, CytoSport has earned this year's Beverage Forum Small Company of the Year award for the under $1 billion annual revenue category.

"Muscle Milk has virtually redefined the sports nutrition category by tapping into the consumer need for functionality," says Michael Bellas, co-chair of the Beverage Forum and chairman and CEO of Beverage Marketing Corporation.

"Today's beverage marketplace is much more complex than it was 10 years ago and its products like Muscle Milk that peak interest in the category, creating consumer appeal and a challenging environment for its competitors," he says.

Since its launch, Muscle Milk has been able to attract a broader consumer base, appealing to those not only in the gym, but everyday consumers—male and female—looking for a beverage that delivered on functionality.

Pickett was born into a family of nutritional specialists and has been working in the industry for the past 40 years. Recognized as an experienced product formulator in the industry, Pickett has plans to re-introduce another Muscle Milk line extension—Mighty Milk. Formulated for children, Mighty Milk includes a combination of calcium, vitamins and minerals and protein that is low in sugar.

**Exhibit 25**
**- 32 -**

MEC001059

» **The 2009 Forecast Report**

INTELLIGENCE FOR THE GLOBAL DRINKS BUSINESS

JANUARY 15, 2009

# BEVERAGEWORLD

» **UpClose With:**

**DeCrescente Distributing Co.**
**Power Trip Beverages, Inc.**
**Treu House of Munch, Inc.**

# A Monster Unleashed

**After setting the energy segment ablaze, it's no wonder they need to wear shades.**

« **HANSEN'S** chairman and CEO Rodney Sacks (l)
Monster Energy president Mark Hall (c) and
Hansen's president Hilton Schlosberg

**Exhibit 25**
- 33 -

MEC001060



**Exhibit 25**
**- 34 -**

MEC001061



THE SAT SCANDAL • REMEMBERING DANA REEVE

# Newsweek

March 20, 2006

newsweek.msnbc.com

**IRAQ**
He Saved
**30**
**Lives**
In One
Battle

# Hero M.D.

The
**Amazing**
**Story**
Of the
War's Most
Fearless
Doctor

PHOTOGRAPH BY ETHAN HILL

$4.50

01134

Navy Dr. Richard Jadick with his Bronze Star

Case 3:17-cv-01005-K-M-JDP Document 413 Filed 11/07/19 Page 1 of 2

**Exhibit 25**
**- 35 -**

MEC001074

# Monster vs. Red Bull

## An upstart in the $3 billion energy-drink market takes on the industry leader. Can the buzz continue?

**BY ANDREW MURR**

HOW DOES A BOOMING COMpany spark new growth the year *after* its sales nearly double and its stock skyrockets 333 percent? If you're Hansen Natural, maker of Monster Energy drinks, you start by signing a two-year endorsement deal with Ricky Carmichael, the Michael Jordan of motocross and supercross racing. Motorcycle fans are prime consumers of the sugary, caffeine-laced drinks, so it's good for business when "R.C." hoists a can of Monster on the victory stand, as he did recently in front of 70,133 cheering fans at Atlanta's Georgia Dome. Hansen executives have always supported a "Monster Army" of lesser-known extreme-sports stars, but they believe the 26-year-old R.C. is so big they plan to put his image on some Monster cans.

Giving a Carmichael a big endorsement deal is just one way Hansen hopes to build on its growth. The upstart drink in the black can with the recognizable "claw M" logo is now No. 2 in the burgeoning $3 billion energy-drink market, behind privately held Red Bull of Austria, but ahead of Rockstar, Coke's Full Throttle, Pepsi's SoBe No Fear and many also-rans. Hansen CEO Rodney Sacks wants to roll out new products that reach deeper into the key male market of 18- to 25-year-olds, while also trying to attract women and older drinkers.

It's odd that what Sacks calls the "in your face" Monster brand is an arm of a sedate southern California beverage maker that used to be better known for fruit smoothies, natural sodas and Junior Juice boxes for children. But Sacks and fellow South African-born company president

**Hansen Natural used to be known only for its sodas, smoothies and Junior Juice boxes.**

Hilton Schlosberg, who together bought the company in 1992, launched a few energy offerings starting in 1997 to compete with Red Bull. Those failed to thrive, but the company regrouped and launched Monster in 2002 with testosterone-friendly branding ("Unleash the Beast") and a 16-ounce can that offered twice the volume of Red Bull for the same price.

With plenty of granular marketing at concerts and motorcycle and snowboard races, as well as a black and green Monster train on the Las Vegas monorail, sales took off. Energy drinks now account for about 75 percent of the company's revenues, which jumped to $250 million in the first nine months of 2005, from $130 million in the same period in 2004. Last year Monster drinks grew 180 percent in the key convenience-store market, according to Beverage Digest, five times the rate of the much larger Red Bull, which controls 40 percent of that market to Monster's 16 percent. The stock also jumped from $18 to $78, putting them on top of last year's Forbes list of 200 hot companies.

To build on the buzz, the company is offering many new versions. In addition to regular Green Monster, there's low-carb Monster Blue, a sweeter Monster Assault in a camouflage can aimed at teens and a Lost Energy brand targeting surfers and skateboarders. Since more than a third of energy drinks are consumed before lunch, Hansen is also rolling out Monster Khaos, made with 70 percent juice. The flavor masks the slightly medicinal flavor of energy drinks, which could lure some of the traditional coffee and orange-juice crowd. New drinks aren't the only way to grow. Monster is experimenting with can packaging, finally going small with its first 8.3-ounce can, and a 23.5-ounce "XXL" version with an industrial-style screw top.

But pitfalls remain. The energy craze could cool, and with more than a third of Hansen's available stock held by short sellers, the stock could face a steep sell-off if growth wanes. Other energy companies will likely introduce their own new drinks; privately owned Rockstar, distributed by Coke, just launched its own breakfast mix called Juiced. And the advertising budgets of the big boys could swamp Monster's niche marketing. Sacks remains positive. With a brand called Monster, you wouldn't expect anything less. ∎



Hansen Natural's COO Schlosberg (far left) and CEO Sacks offer up Monster beverages

ALAN LEVINSON

**Exhibit 25**
**- 36 -**

MEC001075



**HOT GROWTH** May 28, 2008, 5:22PM EST

# Hot Growth, Against the Odds

Here is *BusinessWeek*'s list of fastest-growing small companies. Can they sustain their stratospheric growth?

by Dean Foust

Since 2005 online jewelry auctioneer Bidz.com (BIDZ) has seen profits soar nearly sevenfold as consumers glommed onto bargains like the $13,631 Bulgari watch that recently went for $669. But with the housing bust leaving so many so strapped, executives at the Culver City (Calif.) company realized they'd have to work harder to boost profits. So last year, Bidz.com's buyers looked beyond their usual source—jewelry makers looking to close out excess inventory—and began scouring the country for bankruptcy auctions where it could scoop up manufacturer inventories for pennies on the dollar.

Bidz.com's resourcefulness has paid off: While many other retailers began faltering earlier this year, the company reported a 34% jump in first-quarter earnings, thanks in part to this shrewd buying strategy. With several big purchases in hand, CEO David Zinberg recently raised his profit-growth forecast for 2008 by between 4% and 6%.

### SHAKING OFF A TOUGH ECONOMY

Such agility has not only paid off for Bidz.com's shareholders and customers but has also helped it earn the No. 19 spot on *BusinessWeek*'s all-new Hot Growth list, our annual effort to identify America's preeminent small companies. This year we've tweaked our methodology to identify a smaller, more selective batch of highfliers that have outperformed their sector peers. They are the trend-spotters and innovators, the companies that have displayed an ability to thrive against multinationals with more market clout and foreign rivals with cheaper cost structures.

Above all, these companies are showing resilience in a worsening economy. Collectively, this year's Hot Growth companies saw profits rise 26% in their most recent quarters, vs. an average 27% drop in the latest quarterly results for the large-cap Standard & Poor's (MHP) 500-stock index, and a 28% drop for S&P's 4,400-stock Total Market Index. As a group, the Hot Growth Companies enjoyed average sales growth of 41.7% over the past three years and a 158% surge in profits in the past 12 months. Compare that with average sales growth of just 11.6% for the S&P 500 over the past three years, and a 20.6% increase in earnings last year.

Keeping up such stratospheric growth will be even tougher for this year's class, given the economy. That's especially so for Hansen Natural (HANS). Our No. 1 company, best known for its Monster Energy drink, has long been a favorite of short-sellers. After a torrid growth trajectory—profits rose from $20 million in 2004 to $149 million last year—the company's honeymoon with investors ended abruptly last November when it missed analyst estimates, due in part to higher costs for raw materials. The stock has tumbled 46% since.

### "WE CAN KEEP GROWING"

But Rodney Sacks, Hansen's chief executive, says he can sustain growth and is ready to adapt to the times. That may mean more "2 for $3" and "3 for $5"-type promotions for cans of Monster. And Hansen, which has ranked on the Hot Growth list in three of the past four years, has rolled out new products such as its Java Monster coffee drink and a juice line aimed at kids. "The shorts had it wrong in the past and have it wrong now," says Sacks. "We believe we can keep growing."

Like Hansen, many of this year's Hot Growth companies are sticking with product launches, despite the fact that consumers are on

**Exhibit 25**
**- 37 -**

MEC001076

the ropes. That's the case with Under Armour (UA) (No. 34), another repeat Hot Growth performer. Even with its sports apparel business up by 37% last year, the Baltimore upstart threw down the gauntlet against Nike (NKE) in May when it rolled out its first sneaker, a cross-trainer. Under Armour Chief Executive Kevin Plank knows that Nike will stop at nothing to protect its market share in shoes, but he believes the move into footwear was necessary to keep growing.

This year's Hot Growth ranking also features a whole lot of heavy metal. Dotting the list are small manufacturers with low-cost structures and the ability to make specialized products that can't easily be copied by foreign rivals. Among the success stories: Graham (GHM), a Batavia (N.Y.) maker of heat-transfer equipment, and Haynes International (HAYN), a Kokomo (Ind.) supplier of specialty alloys used by jetmakers and gas drillers.

Because of a weak dollar and a surge in global demand, these companies could have the wind at their backs. "What the world wants from us now is [advanced] industrial products—from airplanes to drilling equipment to machine tools," says Mark Zandi, chief economist of consulting firm Economy.com. "I imagine there will be even more industrial companies on this list a year from now."

*Back to the Hot Growth Table of Contents*

*Foust is chief of BusinessWeek's Atlanta bureau .*

**Exhibit 25**
**- 38 -**

MEC001077