# EXHIBIT 26



**Exhibit 26**
**- 1 -**

MEC000132



**Exhibit 26**
**- 2 -**

MEC000133



**Exhibit 26**
**- 3 -**

MEC000134



Waterman's Ball 2003: Glitz And Glamour On The Surf Industry's Biggest Night. Page 10

TRANSWORLD SURF BUSINESS

VOLUME 6, NUMBER 6 • SEPTEMBER 2003

Quiksilver storms NYC with its Times Square Boardriders grand opening. Page 5

# Monster Train
## Lost boards the Las Vegas Monorail.

On the newest fast track in Sin City, the Las Vegas Monorail will whisk you from casino to casino approximately twenty feet above the street and at speeds up to 50 mph. And if you're riding in the inaugural four-car train, you'll be able to sit back, relax, and watch surf-video clips from Lost Enterprises. "A surf video in Vegas?" you ask. So how did this happen? And how did Lost score such prime——albeit unusual—advertising space?

It all began about a year ago when Monster Energy Drink (a subsidiary of Hansen's Beverage Company) approached Lost, interested in teaming up as a way to get involved with surfing. According to Mark Hall, a senior VP at Hansen's better known as "The Monster Man," Hansen's has always been involved with action sports (motocross, freestyle, and mountain biking) yet for some reason avoided surfing. But when Hansen's sponsored the Energy Pro in O'ahu, the company's executives' eyes opened to the benefits of pairing with surfing. So Monster cosponsored the Lost Surf Jam, and Lost CEO Joel Cooper says that's just the start of their work together. Lost intends to expand its interaction with Hansen's, and Cooper feels the partnership, and perhaps the monorail, is the perfect vehicle for both companies.



**A monster is loose in Vegas.**

According to Hall, the key to Monster sponsoring the Las Vegas Monorail train was to get the *first* train and all the media and PR blitz that goes along with it. And coverage has been plentiful—articles have appeared everywhere from small weekly Vegas papers to *The Wall Street Journal*, which made specific reference to Lost.

While Cooper admits that Las Vegas isn't exactly the core of the surf market, coverage the monorail train is receiving gives more visibility to Lost across the board. Is it going to drive sales?" he asks. "No. It's just another marketing tool. We benefit more from their [Monster's] involvement with the surf activities on the beach than with the monorail." But Cooper also notes that Monster has a good image and is marketing to the same demographic (fourteen-to-24-year-old males are the target for energy drinks, according to Hall) as Lost, and the publicity connected to the monorail certainly won't hurt.

Las Vegas is the most visited city in the U.S., receiving about 35-million visitors a year. Hall names Los Angeles as the largest energy-drink market. Additionally, 30 percent of Vegas visitors come from So Cal, surf's epicenter. And an estimated nineteen-million people are projected to shell out the three bucks to ride the monorail once it begins its routes in mid to late January 2004. That's quite a captive audience.

Both Hall and Cooper agree that Lost and Monster fit together well, portraying a similar vibe. And Hall hopes to bring in new customer interest through the monorail train. In order to do that, he says, they had to make sure the train was super eye-catching. Seeing that it's painted black and green to resemble a giant can of Monster Energy Drink, there's no denying that people will take notice. "The train's decorated wild on the outside and funky inside," Hall explains. There will be plasma screens inside the cars showing action-sports videos, including clips from Lost.

Cooper says Lost will give Monster footage from various Lost videos, and the Monster team will also be able to pick updated content from Lost's Web site to include in the show. Lost'll also provide items for decoration inside the trains, although exactly what product will be placed there hasn't been finalized yet.

The Las Vegas Monorail's private backers spent 650-million dollars to make their vision a reality, and they're hoping to regain this money via advertising. Once the monorail is fully operational, the trains will operate from 6:00 a.m. to 2:00 a.m. seven days a week. The initial route will run four miles along the east side of the Strip, connecting to various points along Las Vegas Boulevard. The monorail tracks begin on the southern end at the MGM Grand and stop on the northern end at the Las Vegas Hilton, with hopes to eventually extend service to the airport, Fremont Street, and the west side of the strip.

For a mere one-million dollars a year for ten years, Hansen's is guaranteed the advertising space on the inside and out of the first car of the train. Hall says it's money well spent. The lead car is the one likely to gain the lionshare of exposure, and the one least likely to be overwhelmed by the general sensory overload of Sin City.

As for Lost, no money came out of its pockets, but Cooper believes that the exposure this and other large corporate sponsors (like Philips and Honda) are bringing will benefit the surf industry tremendously. Cooper says he knows that Hansen's has invested a lot in this venture: "We're [Lost] just along for the ride, literally."

—Amy Sandlin

Exhibit 26
- 4 -

MEC000136

# Reprinted from THE WALL STREET JOURNAL.

TUESDAY, JUNE 3, 2003     © 2003 Dow Jones & Company, Inc. All Rights Reserved.

# A Real Advertising Vehicle



**High stakes:** *A monorail planned for the Las Vegas Strip gambles it can pay costs by blanketing trains in advertising (artist's renderings).*

*Photos courtesy of Razr8*

### Marketers Roll Dice in Vegas With Latest 'Thrill Ride'; It's a Hike to Some Casinos

#### By Christina Binkley

A CONTROVERSIAL monorail along the Las Vegas Strip is about to give new meaning to the term "advertising vehicle." Imagine hurtling from casino to casino, for example, in a giant can of Monster Energy drink.

The monorail, due to open next year, is Las Vegas's latest attempt to relieve traffic congestion along gambling's main thoroughfare. But its route isn't exactly convenient for travelers, who won't be able to catch it at the airport and must hike through casinos to reach it. Once aboard, they'll be trapped in a wall-to-wall marketing blitz.

The new rail line will connect the few miles from the MGM Grand casino on the south end of the Las Vegas Boulevard to the Las Vegas Hilton on the north, with five stops in between. The four-car trains will travel roughly 20 feet above the ground at up to 50 miles per hour.

To pay for the $650 million venture, the private authority building is touting it as "a tasteful, entertaining, captive environment" to advertisers with a starting price tag of $1 million a year. For that fee, a company could turn a four-car train into a billboard on-the-go 365 days a year, and blare its message to the 35 million people who visit Las Vegas annually.

**Hansen Beverage Company** has signed a $10 million, 10-year deal to wrap the first train, inside and out, in artwork from the black-and-green can of its Monster drink, a sweet concoction of vitamins, nutrients and caffeine. Other advertisers include Motorola Inc. and Bacardi Ltd., according to monorail executives and the companies.

Rodney Sacks, Hansen's chairman and chief executive officer, thinks of the train as a thrill ride that will lure riders into passing up other trains to grab the one he's sponsoring. "We want people to wait and say, 'I'm not gonna take this train, I'm gonna wait for the Monster train,'" he says.

Inside the Monster cars, video screens will show outtakes from the Vans Warped Tour—a national summer concert tour—and from surfing events by Lost Enter-

*(over please)*

THE PUBLISHER'S SALE OF THIS REPRINT DOES NOT CONSTITUTE OR IMPLY ANY ENDORSEMENT OR SPONSORSHIP OF ANY PRODUCT, SERVICE, COMPANY OR ORGANIZATION. Custom Reprints (609)520-4328 P.O. Box 300 Princeton, N.J. 08543-0300. DO NOT EDIT OR ALTER REPRINT/REPRODUCTIONS NOT PERMITTED #26397

**DOWJONES**

Exhibit 26
- 5 -

MEC000137



prises, a youth oriented skating and surf-board company. Monster plans to give out samples, test new products, and sell its drinks.

The monorail's marketing potential has particular appeal in Las Vegas, where tourists "become brand-thirsty consumers ready to spend money," says Patrick Pharris, president and chief executive of Promethean Partners in Las Vegas, which is selling the monorail advertising.

When middle-class Americans hit the strip, they are bombarded with marketing that encourages them to throw around casino chips and hundred-dollar bills like pocket change, or dine in expensive restaurants they otherwise would save for round-numbered anniversaries. Many U.S. companies consider Las Vegas a strong market for advertising and product testing, because it draws visitors across the country. Viacom Inc.'s CBS, for instance, tests television pilots at the MGM Grand, now owned by MGM Mirage.

The monorail's operator, closely held **Las Vegas Monorail** Co., needs adver-tising revenue to pay its building costs, which are being financed with tax-exempt, state government-backed bonds. At an estimated $3 per full-priced ride, the train line can't cover its expenses without some high-rolling sponsors. Many Nevadans objected to paying for a trans-portation system that mainly would benefit tourists, so the monorail builder pledged that it would be self-supporting after its backers pushed through the bonds.

---

## Mr. Pharris, the ad salesman, insists that the monorail will become a Vegas icon.

---

Local politicians also demanded that any future expansion first go north, toward the city's seedy downtown where few tourists now venture, before it goes the mile or so south to McCarran Inter-national Airport. That means the monorail isn't expected to connect to the airport for a decade or so, says John Haycock, chairman of Las Vegas Monorail.

Some casino operators objected to paying for the project as well, and re-fused to grant easements that might benefit their neighbors. Steve Wynn, who formerly headed the Mirage, Bellagio and other casinos along the west-side of Las Vegas Boulevard, and Sheldon Adelson, who owns the Venetian, declined to participate when the monorail's plans were being drawn up, saying they didn't see a benefit to their properties. (Mr. Wynn sold his west-side resorts, part of Mirage Resorts Inc., to MGM Grand

three years ago, which ended the opposi-tion. By then, though, the plans for the east-side route already were set.)

MGM Grand and Park Place Entertain-ment Corp., which already had operated a small monorail together on the east-side of Las Vegas Boulevard, took the opposite approach, donating easements and con-structing new rear entrances to their properties.

As a result, the monorail will bypass the Venetian and the adjacent Sands Convention Center. Instead, it will run be-hind the east-side casinos rather than a more accessible place, such as the center of Las Vegas Boulevard. Eventually, the monorail authority hopes to add a loop alongside the west-side casinos.

Riders will have to trek through ca-sinos, such as the MGM Grand, Tropi-cana and Harrah's, to reach the trains, which will run from 6 a.m. to 2 a.m. seven days a week. "Maybe a little change will fall out of their pockets" on the way, says Cam Walker, president and chief executive of Transit Systems Man-agement, Las Vegas, which will manage the monorail. Folks staying at casinos across the street may face a half-mile hike.

Still, Mr. Pharris, the advertising salesman, insists that the monorail will become a Vegas icon, a la the famous Disneyland monorail, alongside the Luxor casino's pyramid, Paris casino's Eiffel tower and the Mirage's volcano.

At the very least, it could become another Vegas monument to excess. "Some people might be offended by it in other environments," says John Schadler, a principal of Schadler Kramer Group, a Las Vegas advertising agency. "But in Vegas, your senses are always being assaulted by messaging. People expect it when they come here."

**Exhibit 26**

**- 6 -**

MEC000138

Tampa, FL
Tribune
Tampa – St. Petersburg – Sarasota Met Area

Saturday        D 224,921

JUN 7, 2003

LUCE PRESS CLIPPINGS        N1916

Case 2:17-cv-01605-KJM-JDP   Document 41-6   Filed 10/04/18   Page 8 of 104

# Marketers Roll Dice On Vegas Monorail

## ORGANIZERS COUNT ON ADS TO FUND COSTLY VENTURE

### The Wall Street Journal

A controversial monorail along the Las Vegas Strip is about to give new meaning to the term "advertising vehicle." Imagine hurtling from casino to casino, for example, in a giant can of Monster Energy drink.

The monorail, set to open next year, is Las Vegas's latest attempt to relieve traffic congestion along gambling's main thoroughfare. But its route isn't exactly convenient for travelers who won't be able to catch it at ... and must hike through ca... each it. Once aboard, they will ... apped in a wall-to-wall marketing blitz.

The new rail line will connect the few miles from the MGM Grand casino on the south end of the Las Vegas Boulevard to the Las Vegas Hilton on the north, with five stops in between. The four-car trains will travel roughly 20 feet above the ground at up to 50 miles per hour.

To pay for the $650 million venture, the private authority building it is touting it as "a tasteful, entertaining, captive environment" to advertisers with a starting price tag of $1 million a year. For that fee, a company could turn a four-car train into a billboard on-the-go 365 days a year, and blare its message to the 35 million people who visit Las Vegas annually.

Hansen's Beverage Co. has signed a $10 million, 10-year deal to wrap the first train, inside and out, in artwork from the black-and-green can of its Monster drink, a sweet concoction of vitamins, nutrients and caffeine. Other advertisers include Motorola Inc. and Bacardi Ltd., according to monorail executives and the companies.

### A Monster-Size Can

... Sacks, Hansen's chairman ... executive, thinks of the train ... a ... ride that will lure riders into passing up other trains to grab the one he's sponsoring. "We want people to wait and say, 'I'm not gonna take this train, I'm gonna wait for the Monster train.'" he says.



Las Vegas Monorail Co.

**This artist's rendering shows the planned Las Vegas monorail decked out as a can of Hansen's Beverage Co.'s Monster Energy drink. The monorail's operator plans to make the train self-supporting by selling advertising space.**

Inside the Monster cars, video screens will show outtakes from the Vans Warped Tour, a national summer concert series, and from surfing events by Lost Enterprises, a youth-oriented skating and surfboard company. Monster plans to give out samples, test new products and sell its drinks.

The monorail's marketing potential has particular appeal in Las Vegas, where tourists "become brand-thirsty consumers ready to spend money," says Patrick Pharris, president and chief executive of Promethean Partners in Las Vegas, which is selling the monorail advertising.

The monorail's operator, closely held Las Vegas Monorail Co., needs advertising revenue to pay its building costs, which are being financed with tax-exempt, state government-backed bonds. At an estimated $3 per full-priced ride, the train line can't cover its expenses without some high-rolling sponsors. Many Nevadans objected to paying for a transportation system that mainly would benefit tourists, so the monorail builder pledged that it would be self-supporting after its backers pushed through the bonds.

### Casino Owners Voice Objections

Some casino operators objected to paying for the project as well, and refused to grant easements that might benefit their neighbors. Steve Wynn, who formerly headed the Mirage, Bellagio and other casinos along the west side of Las Vegas Boulevard, and Sheldon Adelson, who owns the Venetian, declined to participate when the monorail's plans were being drawn up, saying they didn't see a benefit to their properties. (Wynn sold his westside resorts, part of Mirage Resorts Inc., to MGM Grand three years ago.)

MGM Grand and Park Place Entertainment Corp., which had operated a small monorail together on the east side of Las Vegas Boulevard, took the opposite approach, donating easements and constructing new rear entrances to their properties.

As a result, the monorail will bypass the Venetian and the adjacent Sands Convention Center. Instead, it will run behind the east-side casinos rather than a more accessible place, such as the center of Las Vegas Boulevard.

Riders will have to trek through casinos, such as the MGM Grand, Tropicana and Harrah's, to reach the trains, which will run from 6 a.m. to 2 a.m. seven days a week.

**Exhibit 26**

- 7 -

MEC006520

# THE ORANGE COUNTY
# REGISTER

Thursday, June 12, 2003

## BUSINESS

# One-track minds

## Two O.C. men are behind a $600 million, advertising-fueled monorail set to start running in January along the Las Vegas Strip.



**Las Vegas:** *Twenty years ago, Francois Badeau, left, hoped to bring a monorail to Irvine to alternative traffic congestion. Now, he and Patrick Pharris, right, also of Orange County, have set in motion the nation's first privately funded Transportation System.*

By DANIELLE HERUBIN
THE ORANGE COUNTY REGISTER

Twenty years ago, Orange County traffic was so bad that Newport Beach resident Francois Badeau dreamed of a monorail in Irvine.

Fast forward to 2003.

Badeau's monorail is nearly complete – but in Las Vegas, not Irvine.

Visionary Badeau's first monorail car will be unveiled today in New York City. Scheduled to begin carrying passengers in January, the $650 million monorail system will have seven stops along Las Vegas' famed Strip. The fare will be $3.00.

The car making its debut today is dressed like a giant Can of Monster energy drink. passengers enter, they are immersed in all s of advertising. The advertising compo-s the brainchild of another Orange County man, Patrick Pharris. His concept – called experiential advertising – is being closely watched in the transportation community.

Advertisers pay $1 million a year with a 10-year contract to advertise, inside and out, on the car. For $2 million a year, the advertiser buys the rights to a monorail station.

Cars are completely painted or themed to look like a product on the outside, then passengers are bombarded with lighted logos and commercials once inside.

"I think it's an absolutely fabulous idea for Las Vegas," said Ralph Rodheim, president of **Rodheim Marketing Group** in Costa Mesa. "It's a trend due to the tremendous infrastructure costs - many government agencies are needing to go to corporate America."

Badeau formed **Liaise Corp.** in, Nevada in 1994 to sell the idea of a monorail. He pulled in Pharris in 1999 to help raise money and create some sort of advertising concept for the trains.

So far, three companies have signed the $1 million-a-year deals. **Hansen Beverage Co.**, the Corona-based maker of Monster energy drink, took the first car. **Motorola** and **Bacardi** also have signed deals, Pharris said. So has a major wireless carrier that will be announced soon, he said.

The **Las Vegas Monorail** has advertising rights on 33 cars and seven stations left to sell, but Pharris said he has several companies negotiating for the spots.



*The cars are themed by advertisers. For example, the first train, above, is a giant can of Monster energy drink, sponsored by Hansen Beverage Co. in Corona. Inside, riders will see videos of Hansen's extreme athletes, including surfers and skateboarders.*

**Exhibit 26**
**- 8 -**

MEC000139

# **BUSINESS**
## **MONORAIL**

### PRIVATELY FINANCED

The Las Vegas Monorail is the first contemporary, privately funded public transportation system in the United States. The state of Nevada did, however, guarantee a bond sale. Although the nation's earliest systems were private, public transportation declined after World War II because people bought cars, said Michael McNally, a professor in the Institute for Transportation Studies at University of California, Irvine. Governments have been picking up the tab ever since.

The new system replaces a smaller one that used old Disney monorail cars and linked the MGM Grand and Bally's.

Plans call for expanding south to the McCarran Airport and north to downtown Las Vegas.

The nine, four-car trains will run from 6 a.m. to 2 a.m., 365 days a year. Rides last up to 15 minutes.

More than 40 million people a year visit Las Vegas, and city officials have said they expect the monorail to ease traffic along the almost-always congested Strip. The 20-foot-high monorail track's seven stations are located near such hotel/casinos as the MGM Grand, Bally's, the Venetian, Caesars Palace and Aladdin, but in some cases, passengers will have to walk through a casino and cross the street.

The cars will travel at about 35 miles per hour but can top 50 mph. Each car can sit 75 passengers. Badeau's journey from trying to relieve traffic in Orange County to today's media event in Times Square has been a frustrating one. A deal with McDonnell Douglas Realty Co. for a monorail between John Wayne Airport and the Irvine Spectrum fell apart in the early 1990s when the real estate market bottomed out.

Badeau, a Canadian entrepreneur, has bought and sold several businesses. From his previous deals, Badeau had a relationship the Canadian manufacturer Bombar-Transportation Inc., which built the mile Walt Disney World monorail in Florida that carries 150,000 passengers a day.

Watsonville-based Granite Construction Co. is the primary contractor in Las Vegas.

### SELLING THE IDEA

One of his toughest challenges was convincing competing casinos and hotels to finance the project.

"They all agreed. You don't compete against each other, you compete against the entertainment dollars of the world, and if you don't treat your tourists properly, they'll leave," Badeau said.

Badeau and his Coto de Caza – based advertising partner, Pharris, who heads Nevada-based Promethean Partners, raised $650 million in state-backed, tax-free private bonds. The casinos were paid back the seed money from the bond sale.

Badeau and Pharris think the Las Vegas Monorail will become an attraction such as the Mirage's volcano or New York, New York's roller coaster.

"I think it's the ideal place to try it," said McNally of UCI. "There's a captive audience."

However, both McNally and Rodheim wondered whether the advertising barrage would be effective outside Vegas, where over-the-top glitter and glitz are the norm.

"If you've got repeat travel, you're not going, to sit through a bombardment of advertisements," McNally said. "It's why people get up during commercials on TV and go to the refrigerator."

The idea to use advertising to finance the project came to Pharris, a longtime ad executive, in the shower: trap willing riders inside a rolling ad.

"It's not like what you would see on a subway in New York, or a train in Chicago or a bus in L.A.," Pharris said. "It's a superlative of advertising."

Rodney Sacks, Hansen's chief executive, said as the underdog to Coca-Cola and Pepsi, he has to find unique ways to sell soft drinks.

"If one market is able to get us visible in as many states as possible, this would be the ideal market for us." Hansen's car looks like a giant Monster energy-drink can lying on its side. Inside, riders will see Monster logos, ad videos and film clips of Hansen-sponsored extreme athletes. "We will create a completely interactive advertising experience." Sacks said

## **Las Vegas Monorail**

Newport Beach resident Francois Badeau sold Las Vegas on the idea of a monorail after he was rejected in Irvine in the early 1990s. He brought in Coto de Caza resident Patrick Pharris to help raise money and come up with a new advertising concept, called experiential advertising, for the mono- rail.

**Operated by:** The Las Vegas Monorail Co., a nonprofit

**Length:** four miles

**Cost:** $650 million

**Number of cars:** Nine four-car trains

**Hours:** 6 a.m. to 2 a.m., seven days a week.

**Fare:** $3, but multi-ticket discounts will be available.

**Where:** The Las Vegas Strip.

**Number of passengers:** 75 seated, plus 150 standing per car.

**Height:** The monorail track is 20 feet off the ground.

**Number of stops:** seven, including MGM Grand, Bally's, the Flamingo Hilton, Harrah's Imperial Palace, the Las Vegas Convention Center, the Las Vegas Hilton and the Hotel Sahara.



### Get Moving On The Strip

*A 4-mile monorail will begin running along the Las Vegas Strip in January, connecting the major casino...*

Exhibit 26
- 9 -

MEC000140

WALL STREET JOURNAL

DAILY                304,871

JUN 3, 2003

M46677

LUCE PRESS CLIPPINGS

# A Real Advertising Vehicle



**High stakes:** *A monorail p... the Las V... Strip cuts... it c... ...ay costs by blanketi... ...as in advertising ate...... renderings).*

## Marketers Roll Dice in Vegas With Latest 'Thrill Ride'; It's a Hike to Some Casinos

**By Christina Binkley**

A CONTROVERSIAL monorail along the Las Vegas Strip is about to give new meaning to the term "advertising vehicle." Imagine hurtling from casino to casino, for example, in a giant can of Monster Energy drink.

The monorail, due to open next year, is Las Vegas's latest attempt to relieve traffic congestion along gambling's main thoroughfare. But its route isn't exactly convenient for travelers, who won't be able to catch it at the airport and must hike through casinos to reach it. Once aboard, they will be trapped in a wall-to-wall marketing blitz.

The new rail line will connect the few miles from the MGM Grand casino on the south end of the Las Vegas Boulevard to the Las Vegas Hilton on the north, with five stops in between. The four-car trains will travel roughly 20 feet above the ground at up to 50 miles per hour.

To pay for the $650 million venture, the private authority building it is touting it as "a taste-



ful, entertaining, captive environment" to advertisers with a starting price tag of $1 million a year. For that fee, a company could turn a four-car train into a billboard on-the-go 365 days a year, and blare its message to the 35 million people who visit Las Vegas annually.

Hansen's Beverage Co. has signed a $10 million, 10-year deal to plaster its first train, inside and out, in artwork from the black-and-green

can of its Monster drink, a sweet concoction of vitamins, nutrients and caffeine. Other advertisers include Motorola Inc. and Bacardi Ltd., according to monorail executives and the companies.

Rodney Sacks, Hansen's chairman and chief executive, thinks of the train as a thrill ride that will lure riders into passing up other trains to grab the one he's sponsoring. "We want people to wait and say. 'I'm not gonna take this train, I'm gonna wait for the Monster train,' " he says.

Inside the Monster cars, video screens will show outtakes from the Vans Warped Tour—a national summer concert tour—and from surfing events by Lost Enterprises, a youth-oriented skating and surfboard company. Monster plans to give out samples, test new products, and sell its drinks.

The monorail's marketing potential has particular appeal in Las Vegas, where tourists "become brand-thirsty consumers ready to spend money," says Patrick Pharris, president and chief executive of Promethean Partners in Las Vegas, which is selling the monorail advertising.

When middle-class Americans hit the strip, they are bombarded with marketing that encourages them to throw around casino chips and hundred-dollar bills like pocket change, or dine in expensive restau-

Please Turn to Page B15, Column 1

Exhibit 26
- 10 -

MEC006483

DAILY                304,871

JUN 3, 2003

M46677

LUCE PRESS CLIPPINGS

# Vegas Bets on Advertising Vehicle

*Continued From Page B1*

rants they otherwise would save for round-numbered anniversaries. Many U.S. companies consider Las Vegas a strong market for advertising and product testing, because it draws visitors across the country. Viacom Inc.'s CBS, for instance, tests television pilots at the MGM Grand, now owned by MGM Mirage.

The monorail's operator, closely held Las Vegas Monorail Co., needs advertising revenue to pay its building costs, which are being financed with tax-exempt state government-backed bonds. At an estimated $3 per full-priced ride, the train line can't cover its expenses

## Mr. Pharris, the ad salesman, insists that the monorail will become a Vegas icon.

without some high-rolling sponsors. Many Nevadans objected to paying for a transportation system that mainly would benefit tourists, so the monorail builder pledged that it would be self-supporting after its backers pushed through the bonds.

Local politicians also demanded that any future expansion first go north, toward the city's seedy downtown where few tourists now venture, before it goes the mile or so south to McCarran International Airport. That means the monorail isn't expected to connect to the airport for a decade or so, says John Haycock, chairman of Las Vegas Monorail.

Some casino operators objected to paying for the project as well, and refused to grant easements that might benefit their neighbors. Steve Wynn, who formerly headed the Mirage, Bellagio and other casinos along the west side of Las Vegas Boulevard, and Shel-

don Adelson, who owns the Venetian, declined to participate when the monorail's plans were being drawn up, saying they didn't see a benefit to their properties. (Mr. Wynn sold his westside resorts, part of Mirage Resorts Inc., to MGM Grand three years ago, which ended the opposition. By then, though, the plans for the east-side route already were set.)

MGM Grand and Park Place Entertainment Corp., which already had operated a small monorail together on the east side of Las Vegas Boulevard, took the opposite approach, donating easements and constructing new rear entrances to their properties.

As a result, the monorail will bypass the Venetian and the adjacent Sands Convention Center. Instead, it will run behind the east-side casinos rather than a more accessible place, such as the center of Las Vegas Boulevard. Eventually, the monorail authority hopes to add a loop alongside the west-side casinos.

Riders will have to trek through casinos, such as the MGM Grand, Tropicana and Harrah's, to reach the trains, which will run from 6 a.m. to 2 a.m. seven days a week. "Maybe a little change will fall out of their pockets" on the way, says Cam Walker, president and chief executive of Transit Systems Management, Las Vegas, which will manage the monorail. Folks staying at casinos across the street may face a half-mile hike.

Still, Mr. Pharris, the advertising salesman, insists that the monorail will become a Vegas icon, a la the famous Disneyland monorail, alongside the Luxor casino's pyramid, Paris casino's Eiffel tower and the Mirage's volcano.

At the very least, it could become another Vegas monument to excess. "Some people might be offended by it in other environments," says John Schadler, a principal of Schadler Kramer Group, a Las Vegas advertising agency. "But in Vegas, your senses are always being assaulted by messaging. People expect it when they come here."

Exhibit 26

- 11 -

MEC006484

WALL STREET JOURNAL
Riverside, CA

Case 2:17-cv-01605-KJM-JDP   Document 41-6   Filed 10/04/18   Page 13 of 104

DAILY          195,485

JUN 3, 2003

M18042
LUCE PRESS CLIPPINGS

# A Real Advertising Vehicle



**High stakes:** *A monorail planned for the Las Vegas Strip gambles it can pay costs by blanketing trains in advertising (artist's renderings).*

## Marketers Roll Dice in Vegas With Latest 'Thrill Ride'; It's a Hike to Some Casinos

### By Christina Binkley

A CONTROVERSIAL monorail along the Las Vegas Strip is about to give new meaning to the term "advertising vehicle." Imagine hurtling from casino to casino, for example, in a giant can of Monster Energy drink.

The monorail, due to open next year, is Las Vegas's latest attempt to relieve traffic congestion along gambling's main thoroughfare. But its route isn't exactly convenient for travelers, who won't be able to catch it at the airport and must hike through casinos to reach it. Once aboard, they will be trapped in a wall-to-wall marketing blitz.

The new rail line will connect the few miles from the MGM Grand casino on the south end to the Las Vegas Boulevard to the Las Vegas Hilton on the north, with five stops in between. The four-car trains will travel roughly 20 feet above the ground at up to 50 miles per hour.

To pay for the $650 million venture, the private authority building it is touting it as "a taste-



ful, entertaining, captive environment" to advertisers with a starting price tag of $1 million a year. For that fee, a company could turn a four-car train into a billboard on-the-go 365 days a year, and blare its message to the 35 million people who visit Las Vegas annually.

Hansen's Beverage Co. has signed a $10 million, 10-year deal to wrap the first train, inside and out, in artwork from the green can of its

Monster drink, a sweet concoction of vitamins, nutrients and caffeine. Other advertisers include Motorola Inc. and Bacardi Ltd., according to monorail executives and the companies.

Rodney Sacks, Hansen's chairman and chief executive, thinks of the train as a thrill ride that will lure riders into passing up other trains to grab the one he's sponsoring. "We want people to wait and say, 'I'm not gonna take this train. I'm gonna wait for the Monster train,' " he says.

Inside the Monster cars, video screens will show outtakes from the Vans Warped Tour—a national summer concert tour—and from surfing events by Lost Enterprises, a youth-oriented skating and surfboard company. Monster plans to give out samples, test new products, and sell its drinks.

The monorail's marketing potential has particular appeal in Las Vegas, where tourists "become brand-thirsty consumers ready to spend money," says Patrick Pharris, president and chief executive of Promethean Partners in Las Vegas, which is selling the monorail advertising.

When middle-class Americans hit the strip, they are bombarded with marketing that encourages them to throw around casino chips and hundred-dollar bills like pocket change, or dine in expensive restau-

*Please Turn to Page B15, Column 1*

Exhibit 26
- 12 -
MEC006490

DAILY                    195,485

JUN 3, 2003



LUCE PRESS CLIPPINGS          M18042

# *Vegas Bets on Advertising Vehicle*

*Continued From Page B1*

rants they otherwise would save for round-numbered anniversaries. Many U.S. companies consider Las Vegas a strong market for advertising and product testing, because it draws visitors across the country. Viacom Inc.'s CBS, for instance, tests television pilots at the MGM Grand, now owned by MGM Mirage.

The monorail's operator, closely held Las Vegas Monorail Co., needs advertising revenue to pay its building costs, which are being financed with tax-exempt, state government-backed bonds. At an estimated $3 per full-priced ride, the train line can't cover its expenses

## Mr. Pharris, the ad salesman, insists that the monorail will become a Vegas icon.

without some high-rolling sponsors. Many Nevadans objected to paying for a transportation system that mainly would benefit tourists, so the monorail builder pledged that it would be self-supporting after its backers pushed through the bonds.

Local politicians also demanded that any future expansion first go north, toward the city's seedy downtown where few tourists now venture before it goes the mile or so south to McCarran International Airport. That means the monorail isn't expected to connect to the airport for a decade or so, says John Haycock, chairman of Las Vegas Monorail.

Some casino operators objected to paying for the project as well, and refused to grant easements that might benefit their neighbors. Steve Wynn who formerly headed the Mirage, Bellagio and other casinos along the west side of Las Vegas Boulevard, and Shel-

don Adelson, who owns the Venetian, declined to participate when the monorail's plans were being drawn up, saying they didn't see a benefit to their properties. (Mr. Wynn sold his west-side resorts, part of Mirage Resorts Inc., to MGM Grand three years ago, which ended the opposition. By then, though, the plans for the east-side route already were set.)

MGM Grand and Park Place Entertainment Corp., which already had operated a small monorail together on the east side of Las Vegas Boulevard, took the opposite approach, donating easements and constructing new rear entrances to their properties.

As a result, the monorail will bypass the Venetian and the adjacent Sands Convention Center. Instead, it will run behind the east-side casinos rather than a more accessible place, such as the center of Las Vegas Boulevard. Eventually, the monorail authority hopes to add a loop alongside the west-side casinos.

Riders will have to trek through casinos, such as the MGM Grand, Tropicana and Harrah's, to reach the trains, which will run from 6 a.m. to 2 a.m. seven days a week. "Maybe a little change will fall out of their pockets" on the way, says Cam Walker, president and chief executive of Transit Systems Management, Las Vegas, which will manage the monorail. "Folks staying at casinos across the street may face a half-mile hike.

Still, Mr. Pharris, the advertising salesman, insists that the monorail will become a Vegas icon, a la the famous Disneyland monorail, alongside the Luxor casino's pyramid, Paris casino's Eiffel tower and the Mirage's volcano.

At the very least, it could become another Vegas monument to excess. "Some people might be offended by it in other environments," says John Schadler, a principal of Schadler Kramer Group, a Las Vegas advertising agency. "But in Vegas, your senses are always being assaulted by messaging. People expect it when they come here."

Exhibit 26

- 13 -

MEC006491

# EXHIBIT 27

# 11578 Metal Hardcore Festival 4x6 Flyer

Location; DVD back-up# 62          Item#



**Exhibit 27**
- 1 -

MEC012309

# 11491 Monster Laconia Rally Ad

Location; DVD back-up# 57          Item#



Exhibit 27
- 2 -

MEC012306

# 10292 Warped Tour Program Ad



**Exhibit 27**

MEC012300

# FREE

# Ozzfest 2007

# TICKETS

## GET 2 FREE OZZFEST TICKETS

### DETAILS ON SPECIALLY MARKED MONSTER MULTI-PACKS

2 TICKET LIMIT PER REDEMPTION CODE WHILE SUPPLIES LAST. NO PURCHASE NECESSARY. COMPLETE PROGRAM DETAILS AT MONSTERENERGY.COM.

## 2007 OZZFEST SCHEDULE
Dates and Venues Subject to Change. Check Ozzfest.com for the latest schedule.

| | |
|---|---|
| 7/12/07 | White River Amphitheatre, Seattle, WA |
| 7/14/07 | The Gorge, George, WA |
| 7/17/07 | Sleep Train Amphitheatre, Sacramento, CA |
| 7/19/07 | Shoreline Amphitheatre, Mountain View, CA |
| 7/21/07 | Hyundai Pavilion, Devore, CA |
| 7/24/07 | Cricket Pavilion, Phoenix, AZ |
| 7/26/07 | Journal Pavilion, Albuquerque, NM |
| 7/28/07 | Coors Amphitheatre, Denver, CO |
| 7/30/07 | Verizon Wireless Amphitheater, Kansas City, MO |
| 8/2/07 | Smirnoff Music Center, Dallas, TX |
| 8/4/07 | Verizon Wireless Amphitheatre, San Antonio, TX |
| 8/6/07 | Verizon Wireless Amphitheater, St. Louis, MO |
| 8/8/07 | Germain Amphitheatre, Columbus, OH |
| 8/10/07 | First Midwest Bank Amphitheatre, Tinley Park, IL |
| 8/12/07 | Alpine Valley Music Theatre, East Troy, WI |
| 8/14/07 | Verizon Wireless Music Theatre, Indianapolis, IN |
| 8/16/07 | PNC Bank Arts Center, Holmdel, NJ |
| 8/18/07 | New England Dodge Music Theatre, Hartford, CT |
| 8/20/07 | Tweeter Center, Boston, MA |
| 8/22/07 | Tweeter Center, Philadelphia, PA |
| 8/24/07 | Post Gazette Pavilion, Pittsburgh, PA |
| 8/26/07 | DTE Energy Music Theatre, Detroit, MI |
| 8/28/07 | Verizon Wireless Amphitheatre, Charlotte, NC |
| 8/30/07 | Sound Advice Amphitheatre, West Palm Beach, FL |



NO PURCHASE NECESSARY.
Visit monsterenergy.com beginning 5/1/07 through the end of the summer. 2 Tickets per redemption code per email address while supplies last.   Complete program details, and Ozzfest show schedule at livenation.com/ozzfest.  All codes only redeemable at livenation.com.  Each ticket valid for 1 show only.  Valid email address is required for redemption.  Ozzfest shows may not be in all U.S. markets.  Offer subject to change without notice. No exchanges or refunds available for sold-out or cancelled shows or for lost, stolen, damaged or destroyed tickets.
053236-047

### www.MONSTERENERGY.COM

Exhibit 27
- 4 -

ME0380393



Exhibit 27
- 5 -

MEC012774

# EXHIBIT 28



**Exhibit 28**
**- 1 -**

MEC016481



**Exhibit 28**
**- 2 -**

MEC000185





Exhibit 28
- 3 -

MEC000186



**Exhibit 28**
**- 4 -**

MEC000188



**Exhibit 28**
- 5 -

MEC000190





Exhibit 28
- 6 -

MEC000196





**Exhibit 28**
- 7 -

MEC000198



Exhibit 28
- 8 -

MEC000199



**Exhibit 28**

MEC000200





Exhibit 28
- 10 -

MEC000202



**Exhibit 28**
**- 11 -**

MEC000203



MONSTER
ENERGY ®

2007 Media Coverage
Action Sports

**Exhibit 28**
**- 12 -**

MEC007809



Exhibit 28
- 13 -

MEC007942



**KEN BLOCK**

**Exhibit 28**
**- 14 -**

MEC007943



The lion's share of tune-up parameters were taken care of as the car made its way to the staging lanes. Walsh and DeGennaro walked the track to assess their final clutch adjustments and before long, sent Kenny on his way.



Jimmy got to work looking at the data in order to develop the combination for session two.



Among many other tasks, blower specialist, Ed Tyler, keeps the cabinets well stocked with fresh superchargers. Rotor-to-case tolerances have to be nice and tight or the performance of the car drops off.

friendship and mutual respect has never wavered even though the two went their separate ways working for other teams. And while they both have immense responsibilities, there's no doubt that both are pleased to be working for the same organization.

Walsh made his debut in Gainesville and immediately served notice that things had changed. On what many would call an evil race track, Kenny charged out of the box with a fine 4.91, which stood for number six on opening day. As the event progressed, the Monster Energy/Lucas Oil Funny Car made a strong semi-final showing. As a

serious proponent of innovation and safety, Kenny regrouped a bit following the tragic events that beset Eric Medlen in testing following the Gatornationals. The shock sent through the Funny Car community was unnerving, in light of the stellar safety record for the Funny





New crew member, Bob Peffley, worked to alter the "dog house," in order to improve Bernstein's vision. This has been an ongoing task, as continuous changes have been made at every race (up to Las Vegas). Here, he's shaping the injector opening with a carbide sanding block from Perma-Grit Tools.

Car class as a whole. Much like John Force did, Bernstein reacted immediately to retrofit the car with whatever modifications were necessary to increase the already high degree of safety built into his machines. These were certainly not knee-jerk reactions. They had a fine run going in Houston, only to fall in round one – but that's

Bernstein made a great first run, which stood for the number six qualifying position. No stranger to Gainesville Raceway, this fabled facility yielded his first 260-mph run (Tempo Funny Car, 1984), and first over 300-mph (Budweiser King Top Fuel Dragster, 1992).

WWW.DRAGRACERMAG.COM

Exhibit 28
- 15 -

MEC007945



Ed Tyler was replacing each wicker bill panel on the rear spoiler to alter the downforce. Murf McKinney (McKinney Corp) sells these through his parts program in a set consisting of different lengths.

seem to be a step in the right direction.

From our point of view, the Monster Energy/Lucas Oil Funny Car is well on its way to building yet another chapter in the stellar career of Kenny Bern-

racing. In Las Vegas the team qualified 12th in yet another tough field, took out the higher-qualified car in round one, and lost a very close contest in round two. All in all, things were clicking in much better fashion.

Jimmy explained the upgrades to us in Las Vegas, saying, "We widened the roll cage to accept more padding for Kenny. Next, we replaced the existing

carbon fiber roll cage shields with titanium, and also added titanium plate on the sides of the cockpit area. We actually had a head start, since Kenny had Murf use titanium plate behind the driver's compartment, as most Funny Cars aren't built that way." Going forward, we may see more retrofits to these cars, as additional analysis is conducted. At this writing, these upgrades certainly



Not just a pretty face at KBR, Sheryl Bernstein is involved in virtually every facet of this team's operation. Here, she's going over blueprints with Jimmy for the team's new shop in Brownsburg, Indiana. After all, Kenny can't be everywhere.

# MSD TECH SUPPORT
## BY PHONE, ON-LINE & AT THE RACES!

MSD has the strongest customer support in the industry with a staff of 11 customer service technicians, a fully equipped Race Support trailer providing trackside assistance across the country and the only ignition company with a tech support forum online.

TECH FORUMS AT
WWW.MSDIGNITION.COM

MSD TECH LINE
915-855-7123

1490 Henry Brennan Dr., El Paso, TX 79936 (915) 857-5200

MSD
IGNITION

For a FREE Catalog call
1-888-219-1751

**Exhibit 28**
**- 16 -**

MEC007946

# FIVE MINUTES WITH JIMMY WALSH

**DR: What's been the biggest hurdle getting settled at KBR?**

JW: We're trying to accomplish things in six weeks that other teams had two months to get sorted out. Plus, we're trying to do all this and race the car competitively at the same time.

**DR: What were your feelings on how things developed in Gainesville?**

JW: It was good for me because I was unfamiliar with (tuning) the Funny Car. The guys all worked hard and I felt like I was able to give them something for their efforts.

**DR: How did Kenny react to the performance of the car in Gainesville?**

JW: I could tell the pressure was off when we qualified. He was really happy to get in the show and going a couple of rounds was the icing on the cake. With a little bit more luck, we could have been in the final.

**DR: What's your biggest challenge from here on out?**

JW: Job one is just getting more familiar with this short-wheelbase car, since I've been around Top Fuel Dragsters for so long. I feel as though the consistency will come once we have a solid handle on what this car wants. We just need more time, but I think we'll be fine.

**DR: How are things between you and your former teammates?**

JW: Dexter, J.R. and I are still good friends and Evan Knoll remains a close friend of mine, as well. Good relationships don't change, because every racer out here realizes this is business now – it's not just a drag race anymore. All of our livelihoods depend on what we do today and in the future. I left them all my notes, and as you can see, they're doing well.

**DR: What's it like working at Kenny Bernstein Racing?**

JW: To me this is like playing for the New York Yankees. Timmy (Richards) was a big factor in my coming here. We've known each other so long, I can bounce ideas off him and he knows he can do the same. There was another benefit to coming onboard here, as both teams have really pulled together, and that's important for all of us. I couldn't be happier to be here.

**DR: I wish you all the best, Jimmy. And please say hello to your brother for me.**

JW: I'll be sure to tell Bill you were asking for him. And thanks for working so hard on this story. I appreciate your concern for explaining things to the fans after all the things that were spread on the Internet. Please keep in touch.



Titanium plate has been added to the sides of the driver's compartment, as well as the back of the roll cage, replacing the carbon fiber panels that previously shrouded the cage. Four inches were also added to the physical size of the cage itself, so as to make room for additional padding. This was accomplished without altering the top frame rails, as the cage now has no taper from top to bottom.

The titanium panel shows between the rear end housing and the roll cage was already installed on Kenny's Funny Car, so it began life with some degree of additional safety versus other cars in the field.

stein. After all, some of the best minds in the universe have stated that we're only as good as the people we surround ourselves with. Obviously, Kenny has surrounded himself with a great bunch of guys who've worked tirelessly to get this program up to speed. We hope you've enjoyed going along for the ride with the Monster Energy/Lucas Oil Funny Car as it went from raw materials to featured performer. We've certainly enjoyed bringing it to you. **DR**



A nice new rear end assembly from Strange Engineering arrived at the track via UPS.

**Exhibit 28**
**- 17 -**

MEC007947

**T**HIS ISN'T A ROAD in the sense that it has a name or can be found on a map. It's just a trail covered with boulders and potholes superimposed on an inhospitable stretch of the Mojave Desert 25 miles south of Las Vegas. You wouldn't dream of driving over it in a car. Even in a Jeep or a kick-ass 4x4, you'd crawl along in low gear, wincing at the toll it was taking on your tires, suspension and kidneys.

Alan Pflueger flies along it at 98 miles an hour. And that's not "flying" used figuratively. He's getting air under the tires of his two-and-a-half-ton truck as he vaults over crests and crashes into gullies with a giant plume of dust streaming in his wake. Pflueger's flying machine is a purpose-built

racing leviathan known as a Trophy-Truck. Created to conquer the Baja 1000, the world's toughest off-road race, Trophy-Trucks cross the gnarliest terrain on the continent at speeds that can exceed 140 mph. Almost anything goes in this unlimited class, from 800-horsepower V8 engines to state-of-the-art electronics to titanium springs the size of laser-guided missiles. "Trophy-Trucks are the most complicated and sophisticated race vehicles in existence," says former Nissan Motorsports chief Frank Honsowetz, who should know; his experience encompasses Baja, the Indy 500 and Le Mans.

Pflueger's mount, in turn, is the most exotic, most advanced and, arguably, most ambitious Trophy-Truck ever built. In 2004 Pflueger hired celebrated racecar designer

Trevor Harris to develop a vehicle that would use technology to tame the wilds of Baja. He was convinced that, with Harris as his secret weapon, he could follow the example of Formula One, where success is the product of perverse amounts of money and R&D. Two years and $1 million later, Pflueger is giving his baby its baptism of fire during a test session in the desert, a prelude to this month's race. "The beauty of our sport is that there are hardly any rules to constrain you," he says, "so I'm giving [Harris] the opportunity to be really creative. I could be wrong, but I'm betting that this is the Formula One car of off-road racing."

## CRAZY FROM THE HEAT

The Baja 1000 is an epic orgy of speed, sleep deprivation and lunacy. Two-time



**Exhibit 28**
**- 18 -**

MEC007951



Two spares

Shock absorbers

Titanium spring

790hp V8

Back suspension fully extended

REAR VIEW Harris's suspension uses all 30 inches of travel to suck up rough terrain.

winner Parnelli Jones once described it as "a 24-hour plane crash," and that's the easy part. Besides navigating treacherous terrain at an accident-waiting-to-happen pace, competitors also have to overcome logistical conundrums, wandering livestock, traps set by devious spectators, and the occasional drunk trying to drive the course backward.

The 1,000 miles of pavement, brush, rock trail, desert and dry lake between Tijuana and La Paz was first covered as a day-and-night-long expedition by a pair of intrepid American motorcyclists in 1962, and the first Mexican 1000 Rally was staged five years later. Sixty-eight vehicles started; only 31 finished, led by a dune buggy and a dirt bike. These days, the race is called the Tecate SCORE Baja 1000. And when the 39th annual event starts in Ensenada on November 16, Pflueger's new truck should be among more than 300 entries in classes so diverse that even the competitors have trouble keeping them straight.

Racers don't run Baja for the parsimonious prize money or limited television exposure. The vast majority of entrants compete strictly for fun. It's hard on both the body and the pocketbook. But in the car-guy universe, no event scores more points for unadulterated machismo than the Baja 1000. Celebrities who have competed in it include prototypical stud Steve McQueen and borderline-certifiable rocker Ted Nugent. Its highest-profile champion, Ivan Stewart, is known as "Ironman."

Exhibit 28
- 19 -

MEC007952



MONSTER
ENERGY

Front suspension fully compressed

ILLUSTRATION KRIS HOLLAND

Pflueger, 39, fits the big-time Baja-racer profile: wealthy, adventurous and supercompetitive. He ran his first Baja—on a motorcycle—in 2000 and, like many before him, was immediately hooked. "Baja is the biggest playground you can imagine," he says. "Where else can you go 1,000 miles with your foot to the floor and not see the same corner twice?" He quickly graduated to four wheels and, after some seasoning, moved up to Trophy-Trucks. These are the largest, fastest and most expensive

## HOW TO BECOME INDEPENDENT

Since rear wheels provide power, they must connect to the engine through the **differential**. A **solid axle** is a simple, sturdy connector, but on rough terrain each **wheel** can't move independently.

Harris designed a completely independent rear suspension by placing **A-arms** at 12 o'clock and 7 o'clock. The configuration lets each **wheel** move up to 30 inches on its own.

Differential — Solid axle

Wheel

**OLD: SOLID**

Differential

A-arms

Wheel

**NEW: INDEPENDENT**

**Exhibit 28**
- 20 -

MEC007953





Kenny Bernstein (left) won two of his three rounds on holeshots, including a 4.82 to 4.80 decis over last year's runner-up Gary Scelzi (above).

"After the fire, they got everything done under a of pressure," said Bernstein. "The car was there lay, and it's only going to run better when Jimmy 's more runs."

ly has more runs at Brainerd Int'l Raceway il. This was his 13th Funny Car victory here an event record 11 for Force and back-to-back titles he inaugural and second annual events in his 82-83 championship seasons with Frank Hawley the Chi-Town Hustler.

"He used to match race here a lot," said Force. oil really knows this track. But that's not what us this race.

"All these wins lately are about this right here," Force, resting his hand on the chassis. "It's just atter car. The old one didn't work. Ever since we ted running this thing after Norwalk and I nged my whole attitude, the magic is back." It appears to be for Bernstein, too. This was his nd final-round appearance he summer, and he reached semi's two events ago, in 'tle.

Our time is running out, Bernstein's showing rybody that age isn't a r in this game," said e. "If he can continue pping on the gas, so can I. ive years younger than i. I'm not going anywhere."

**at the ladder**
't show: Mike Neff, dy announced driver ohn Force's fourth car in

'ert Hight set low e.t. in round ine with a 4.756 en route to his

2008, still is with Gary Scelzi's team, but he isn't calling the shots. Don Schumacher Racing teammate Jack Beckman's co-crew chiefs, Todd Okuhara and Phil Shuler, now tune Scelzi's car. "It's a little weird right now, but it's okay," said Neff, who tuned Scelzi to the 2005 NHRA POWERade world championship. "At least I don't have to worry about everything anymore. It's probably about time to move on and get ready to start my new thing, but these guys are all my friends, and I want to see them do well."

**Hard luck:** With times of 4.88, 4.83, 4.78, and 4.81, Mike Ashley didn't just have low e.t. after four qualifying sessions, he had low e.t. of all four. But that was of little help in eliminations, where, after qualifying No. 1 for the fifth time this year, he lost boost and the race to Gary Scelzi in round one, 4.84, 317 to 4.90, 305. "It was a $2 part," said Ashley. Added crew chief Brian Corradi, "It broke a manifold stud early in the run, and they just kept breaking one after another all the way down the track."

**Fast facts:** Tommy Johnson Jr., who has had the number 503 on his car for years, showed up in Brainerd with a new number: 33. "I just wanted a two-digit number," he said. "I had thought about it for a while, and I couldn't really come up with any particular number, and then I noticed that Harry Gant and all the Skoal drivers always had 33. When I realized that my buddy [Philadelphia Phillies outfielder] Aaron Rowand wears 33, that did it."

**The unexpected:** Gary Scelzi had raw fuel dripping out of the number-four cylinder from the time his engine fired for round two. His crew, and even teammate Ron Capps, frantically wiped under the right header until the last possible second, but a nice-sized puddle had formed by the time Scelzi staged. Yet he still didn't smoke the tires, running a 4.81 — his best of the weekend — to get around Tommy Johnson Jr.'s 4.84. "I've seen it

chief Todd Okuhara. "Sometimes sometimes you're not."

**Did you know:** John Force a Bernstein met in the final round years ago, and Bernstein won. Be first six finals — one in 1979 and 1986 and 1987. Force's only other in final-round competition came ir meeting, at the 1988 Winston Fin Bernstein's four-year Funny Car c ... After an almost impossibly bad only has locked up a spot in the C but has catapulted to fourth place

**Who struggled:** For the thir events, Ashley Force missed the c way to a run probably in the high in the field in last-shot qualifying before she got to the finish line. " right, toward the wall, somewhere and I lifted," she said. "I'm not su have run — about an .89, I think. now. We really needed to do well | Reading to get back into the Coun

**Countdown lowdown:** Wi remaining before the Mac Tools U Robert Hight still has a chance to slumping Ron Capps for first place drivers qualified for the Countdow qualifier Mike Ashley, semifinalist winner John Force, red-hot Jack B Pedregon — so only one spot rema out in the first round for the fouri and the sixth time in the last seve a comfortable lead over Tommy Jo Worsham for the final Countdown points back, and Worsham trails b barring any DNQs or national recc one of them will have to win the e have to lose in the first round for Worsham to secure the final spot.

**Event ladder, more**

**Exhibit 28**
**- 21 -**

MEC007956



Ken Block launc
Subaru Impreza W
rally car into a supe
like orbit at Lake
MX Park in Ca

**Exhibit 28**
**- 22 -**

MEC007960



# RICKY'S NEW ||||||WORLD

started. Throughout the previous two weekends, as Carmichael was closing out his SX career with a pair of runner-up rides in Daytona and Orlando, the announcers at Columbia had spoken constantly of his coming auto-racing debut.

In the pits, Ricky's shiny #4 Monster Energy Chevrolet really stood out, as did his teammate Matt Martin's, who happens to be the 15-year-old son of the team boss. Their cars looked like the same professional racecars you might see on TV on a Sunday afternoon. The rest of the guys were driving much less conspicuous cars, with obvious dents and paint patching jobs. But those looks were deceiving, as the cars carried some of the top late-model drivers in the Southeast.

Still, even though this was Ricky's first race, it seemed just like a motocross race—lots of people standing around the periphery, staring at him and maybe hoping for an autograph or a handshake. Even Matt Martin brought some buddies to meet the GOAT. And then there were RC's ever-present friends and family: parents Big Rick and Jeannie, Fox Racing's Scott Taylor, and close friend J.H. Leale, among others.

Right away, RC showed the competitiveness he's long been known for. He was trading low lap times in practice with a local hero named Doyle Boatwright, the 2006 Super Late Model Champion at this track. When all was said and done, Doyle's best lap on the half-mile was 16.94 seconds, while Carmichael, who made maybe a half-dozen practice runs, got down to 17 flat.

"Ricky wasn't too happy with not having as good a time as Doyle, but then I reminded him that the guy races here all the time and that he was the champion here back in 2003 too," Taylor said. "But you know Ricky—he likes to hit his marks and has been obsessive about lap times ever since he was a mini rider."

(Clockwise) Ricky's car was wrapped in Monster Energy graphics after a last-minute deal got his MX sponsor a spot on the doors; Martin took the weekend off while leading Nextel Cup to help RC and his own son Matt; 15-year-old Matt Martin drove #66.

Taylor's message seemed to reach RC. "I drove pretty good, I guess," Carmichael said later. "Hell, I was only a tenth [of a second] off the track champion. I'll think about what I did wrong—same as I would at a supercross, where I'd practice, think about what I did wrong and then be better."

"This is a pretty tricky track, for sure," Carmichael later explained to NASCAR.com. "Every track is different and has its own things about it, but that's what's fun. Every track has its things that add to its character.... Everything is a compromise, as you know. If you get the front working good, the back don't work good, so I think you have to adjust for what the conditions are, and minimize your shortcomings as much as you can do." That sounds pretty astute for a driver who could admittedly count the number of car tracks he's experienced on one hand.

As fans continued to arrive, Martin reminded Carmichael that they weren't there for results, but rather just to get him some seat time on a track with other drivers—something Ricky had never done before. There was a crowd all around the Carmichael/Martin pits, and you could sense that the other drivers were getting a little resentful of the constant attention the newbies were getting. But both drivers fared well in their heat races: Carmichael finished third (just like the East Region opener at Indy back in '97), while Martin, who has some experience racing trucks in California, placed fourth in his.

266

Exhibit 28
- 23 -

MEC007963



# RICKY'S NEW
# ▌▌▌▌WORLD

(Main) Ricky Carmichael puts in some practice laps at Columbia Motorsports Park.

(Clockwise from left) RC and Ginn Racing development director Mark Martin were the focus of the media's attention at the tiny track; RC behind the wheel of the #4 Monster Energy Chevrolet; Carmichael waits to go out on the track with the rest of the Super Late Model racers.

wasn't
bosses
used to
nately,
s, tan-
him to
better

ed ringing
NASCAR.
ne South-

om Nextel
motocross
rks Pro-
he lady on
era, and

hotshoes
cated in
ksonville
night. But
nd team
potlight,
ative than

that did
ercross,
out of
anyone
ad been
friends
d
d races

265

**Exhibit 28**
**- 24 -**

MEC007964



In the first heat race of his new career, Ricky Carmichael finished third. It wasn't where the high-profile newcomer expected to be, but it was a start, and his bosses on the green team told him not to worry about getting beat, but just to get used to being on this kind of racetrack with other people, then go from there. Unfortunately, the main event went even worse: Carmichael, known for his aggressiveness, tangled with another competitor early on and damaged his right front side, leaving him to watch the rest of the race from the sidelines. He was credited for a position one better than last place, while a journeyman pro took the win. Ricky was pissed.

That probably sounds a lot like what you've already heard and read about the first car race of Carmichael's new career: a Super Late Model race that took place on March 24, 2007, in Lake City, Florida. But it's not. Instead, it describes the first official supercross race of Carmichael's career, the 1997 Indianapolis 125cc East Region SX, which took place on February 15, 1997. That night, RC snapped his handlebars in half in the main after running into Brock Sellards.

Of course, we all know what happened to Ricky after that. He started winning almost immediately and, over the course of the next decade, would build a career portfolio that includes ten AMA motocross titles, five AMA supercross crowns, and nearly 150 major race wins. He rode his last real supercross race in Orlando on March 17, then as the rest of the Amp'd Mobile Supercross tour headed to Indianapolis (coincidentally), RC put on his driving shoes and went to the stock car track. He was finally going to take the first step in his much-ballyhooed move toward NASCAR.

First of all, Columbia Motorsports Park is not exactly Daytona. It's not Delmont, either. It's more like so many other little local tracks you've driven by on the outskirts of towns all over the country. The race was supposed to be just another Saturday night feature, but word got out that RC was racing and that Ginn Racing's development team manager Mark Martin—the Nextel Cup points leader at the time—was skipping the big race at Bristol Motor Speedway to be here instead. The phones started ringing off the hook. Speed TV was coming, and so were the NASCAR. com people, plus various newspapers from around the Southeast, where car racing is probably bigger than the NFL.

Columbia Motosports Park is a long, long way from Nextel Cup. It's a half-mile track, as quaint as any outlaw motocross track you've ever been to. When B.J. Smith of Chet Burks Productions called about media credentials for a TV crew, the lady on the phone told him to just come on down, show the camera, and come on in. Not exactly Talladega!

Still, the buzz about the race reached a lot of local hotshoes who would not otherwise have considered Lake City, located in the north-central part of the Sunshine State between Jacksonville and Tallahassee, as the place to race on this Saturday night. But the chance to race in front of the Ginn Motorsports folks and team manager Martin, to steal some of the supercross star's spotlight, and maybe even get on national TV provided more incentive than the purse money.

What greeted everyone was a modest little track that did its best to contain everyone involved, as various supercross, stock car, and racing-in-general fans seemed to come out of the woodwork. About 90 minutes before practice, hardly anyone was there—just a couple of RVs that looked like they had been there for a while, and Big Rick Carmichael, who brought friends along on the two-hour trip from home. But the parking lot and the grandstands were overflowing by the time the featured races

264

Exhibit 28
- 25 -

MEC007965

Hodgson to MV? I Dakar Begins I Goodwin Convicted

# CycleNews

Issue #2 • $3.95

January 17, 2007

america's ... rcycle newspaper

## Stewart Sails

## To Anaheim I Win

## Riding Rossi's M1!

$3.95 (outside the U.S. $4.95)

02 >

0 74470 07513 4

www.cyclenews.com

## First Ride

WEEKLY PERIODICAL - TIME-DATED NEWS

### Kawasaki's ZX-6R



**Exhibit 28**
**- 26 -**

MEC007969

Spies, Mladin Split Fontana Wins | Toseland, Bayliss Each Win At Assen

*Issue #18 • $3.95*

# CycleNews

**america's weekly motorcycle newspaper**

May 9, 2007

# Shootout At The 1K CORRAL



$3.95 (outside the U.S. $4.95)

www.cyclenews.com

WEEKLY PERIODICAL – TIME-DATED NEWS

# STEWART
# Wraps It Up!

**Exhibit 28**
**- 27 -**

MEC007970



SPECIAL COLLECTOR'S ISSUE

RACER X

ILLUSTRATED
SEPTEMBER '07

TEAM KAWASAKI'S
JAMES STEWART

A DAY
IN THE LIFE
OF AMERICAN
MOTOCROSS

THE RACES
THE RIDERS
THE CULTURE

$4.99US $6.99CAN

VOLUME 10 Nº9 $4.99
WWW.RACERXILL.COM

**Exhibit 28**
**- 28 -**

MEC007974



RACING » STARS » BIKES » PRODUCTS » FREESTYLE

# TRANSWORLD MOTOCROSS

D'S BEST-SELLING MX MAGAZINE

THE VILLOPOTO INTERVIEW PG. 104

**HOW-TO**

**8** GO-FAST TIPS FROM THE PROS 88

SHOCK THERAPY FOR YOUR RIDE 160

**PLUS›** THE MOST EXCITING NECK SAFETY INNOVATION 84 IN YEARS

## MEET THE FUTURE OF MOTOCROSS
ROOKIE CHAMP RYAN VILLOPOTO IS FOCUSED, DRIVEN, AND DETERMINED

/FEBRUARY 2007/

## 250cc FOUR-STROKE SHOOTOUT
WE PUT THE NEW 2007s TO THE TEST

TRANSWORLDMX

**Exhibit 28**
**- 29 -**

MEC007984



2007 KAWASAKI KX250 PROJECT          p.58

# MXi
## motocross illustrated

MAY 1, 2007 | Vol. 2 Issue No.8
www.mximag.com | Access Media Inc.

## THE
## TRAVELER

**Ben Townley makes
good in the USA**

**Interview:** Ricky Carmichael
**Moto Legacy:** Micky Dymond
**MXi to Eye:** Sean Hamblin
**Supercross:** Dallas

## NATIONAL PREVIEW:

The AMA Series heads outdoors    p. 38

PRESORTED
STANDARD
US POSTAGE PAID
BEAVER DAM WI
PERMIT #422

Exhibit 28
- 30 -

MEC007986



MOTOCROSS OF NATIONS: TOTAL DOMINATION!

DECEMBER '07

# RACER X
ILLUSTRATED

## RED HOT AND BLUE

**#1 GRANT LANGSTON TAKES THE AMA TITLE**

TEAM YAMAHA'S GRANT LANGSTON

**FACES OF THE FUTURE**
**MEET AMERICA'S NEXT MOTOCROSS STARS**

**CAUGHT OUTSIDE**
**THE GAVIN GRACYK STORY**

VOLUME 10 N°12 $4.99
www.racerxill.com

**Exhibit 28**
**- 31 -**

MEC007987



**Exhibit 28**
**- 32 -**

MEC007988



ROAD TRIP: DOUG HENRY'S WILD WEEKEND

SEPTEMBER '05

# RACER X

ILLUSTRATED

TEAM MONSTER/
PRO CIRCUIT'S
RYAN VILLOPOTO

LITES ON!
AMA
MOTOCROSS
HEATS UP

SECOND
COMING

RYAN VILLOPOTO:
THE NEXT RICKY
CARMICHAEL?

**Exhibit 28**
**- 33 -**

MEC007989



# TRANSWORLD
# MOTOCROSS

THE WORLD'S BEST-SELLING MX MAGAZINE

FREE!
JAMES
STEWART
POSTER

**HOW-TO:**

RAIL THROUGH
RUTTED CORNERS

MAKE THE MOST
OF YOUR SUSPENSION

THE
GREAT
RIDE
OPEN
Road Trippin'
With Red Bull

HANGTOWN WINNER
BEN TOWNLEY

REAL
RACING
IS BACK!
BEHIND-THE-SCENES AT HANGTOWN

/AUGU
RETAILERS: DI

$4.99US $5.99CAN

TRANSWORLDMX.com

Case 2:17-cv-01605-KJM-JDP Document 41-6 Filed 10/04/18 Page 55 of 104

**Exhibit 28**
**- 34 -**

MEC007990



TOMORROW'S SUPERSTARS: CLASS OF '07

JULY '07

# RACER

ILLUSTRATED

## THE LOST SQUADRON

**HARLEY-DAVIDSON'S INFAMOUS MX PROGRAM**

## WHAT HAPPENED TO EZRA LUSK?

**THE REAL STORY**

MONSTER ENERGY/PRO CIRCUIT KAWASAKI'S BEN TOWNLEY

$4.99US $6.99CAN

07>

0  74470 01930  5

VOLUME 10 N°7 $4.99
WWW.RACERXILL.COM

*BXNRMVG **********CAR-RT LOT**C-032
*015D6287/5  RACE-XXXX
MY2 RCRX1 JUL07 0020        *68 *13347

**Exhibit 28**
**- 35 -**

MEC007992



**Exhibit 28**
**- 36 -**

MEC007998



CONGRATULATIONS TO
GRANT LANGSTON AND TEAM YAMAHA

THE TITLE FOR THE 2007 AMA MOTOCROSS TITLE IS OVER AND GRANT LANGSTON HAS PREVAILED. WHEN THE SERIES STARTED BACK IN MAY, LANGSTON WAS NOT THE FAVORITE TO WIN A CHAMPIONSHIP, BUT CIRCUMSTANCES CHANGED, GRANT FOUND HIS GROOVE AND LAUNCHED HIMSELF INTO ONE OF THE MOST EXCITING TITLE CHASES IN AMA MOTOCROSS HISTORY. THE HANDLEBAR HE TOOK WITH HIM ALL YEAR LONG, THE PRO TAPER EVO, A SEASON WILL NOT SOON BE FORGOTTEN.

WE ARE PROUD TO BE YOUR
HANDLEBAR OF CHOICE.

Take Control

PRO TAPER
protaper.com

Exhibit 28
- 37 -
MEC008008



YOU DON'T RACE TO LOSE.

—Mitch Payton

**Exhibit 28**
**- 38 -**

MEC008009



**Exhibit 28**
**- 39 -**

MEC008010



"*Once more...*"

**Exhibit 28**
**- 40 -**

MEC008093



## Timed Practice and Qualifying

Borrowing an idea from the FIM, the AMA instituted a rule wherein Supercross practice sessions will be timed. The fastest 40 riders (cutely called the "Fast 40") from each class advance to the night show, thus ending day qualifying. Now riders are racing the clock instead of passing for a position.

In each 450 heat race, nine riders are chosen for the main event (as opposed to five in each heat race and four in the semi). The AMA decided to stick with two riders qualifying out of the Last Chance Qualifier. We disagree with the AMA's rule on only allowing two riders out of the LCQ. Four riders qualify out of this do-or-die race in the 250F class, so why shouldn't the 450 class get the same treatment? The starting gate allows for 22 riders, so the AMA should make the most of it by entering 22 riders into the 450 main.

Confident and fast, Ryan Villopoto is the hands-on favorite to win the West Coast title.

**Exhibit 28**
**- 41 -**
MEC008094

# EXHIBIT 29



**Exhibit 29**
- 1 -

MEC000144



Exhibit 29
- 2 -

MEC000142



Exhibit 29
- 3 -

MEC000143



Exhibit 29
- 4 -

MEC000150



**Exhibit 29**
**- 5 -**

MEC000156



Exhibit 29
- 6 -

MEC000168

# MØNSTER™ MERCHANDISING MATERIALS



MATCH BOOKS



STATIC CLING



COOLER DOOR RACK





FLEX-FIT HATS



T-SHIRTS

**Exhibit 29**
**- 7 -**

MEC000502



**Exhibit 29**
- 8 -

MEC001082



035302 058

**Exhibit 29**

- 9 -

MEC006363



MEC006364

**Exhibit 29**
**- 10 -**



**Exhibit 29**
**- 11 -**

MEC006365



**Exhibit 29**
- 12 -

MEC006366



**Exhibit 29**

**- 13 -**

MEC010918



**Exhibit 29**
**- 14 -**

MEC010920

# 10252 Monster Vending Stips





**Exhibit 29**
**- 15 -**

MEC016218

# 10137 Monster Cooler Photo



**Exhibit 29**
**- 16 -**

MEC016256

# 11039- Cooler Tote



**Exhibit 29**
**- 17 -**

MEC016260

# 10247 Truck Decal Monster









**Exhibit 29**
**- 18 -**

MEC016302



# UNLEASH THE NITRO BEAST!

Nitrous Oxide makes your car faster at the Drags, but put it in a drink?

Call us crazy, but we combined Nitrous Oxide with Carbon Dioxide in a precise ratio and injected it into our potent Monster Energy base.

Nitrous Monster has a unique texture, smooth drinkable flavor and buzz that's bigger than ever.

This is no "Whip-it", but it will whip you good...

WWW.MONSTERENERGY.COM

WE GUARANTEE DRINKING NITROUS MONSTER WILL NOT CAUSE YOUR HEAD TO EXPLODE. IF IT DOES, CALL RICHARD HASTINGS AT 951-739-6441.

Exhibit 20
- 19 -

MEC012313



**Exhibit 29**
**- 20 -**

MEC019048



Exhibit 29
- 21 -

MEC019050



804803 1213

MEC019051

Case 2:17-cv-01605-KJM-JDP   Document 11-6   Filed 10/04/18   Page 86 of 104



**Exhibit 29**
**- 23 -**

MEC019052



22835    REVOLVER ROAST PROGRAM AD  TRIM  5.5 X 8.5

Exhibit 29
- 24 -

MEC019054



Exhibit 29

- 25 -

MEC019056



Avalanche Vinyl Front
Size: 24.75" Wide x 26.75" High
Bleed: 1/8"
Safe Area: 23.75" Wide x 25.75" High

**Exhibit 29**
**- 26 -**

MEC019057

Case 2:17-cv-01605-KJM-JDP   Document 41-6   Filed 10/04/18   Page 90 of 104









**Exhibit 29**
**- 27 -**

MEC019058



Job Number: 23881
Monster FSOP Table Tent

05.11.15 SB

GRAPHICS DEPT

Exhibit 29
- 28 -

MEC019059



Exhibit 29

- 29 -

MEC019060



MEC019061



Rehab the Beast!

Avalanche Long Side Vinyl
Size: 11.5"W x 27.5"H
Bleed: 1/8"
Safe Area: 11" x 27"

**Exhibit 29**

- 31 -

MEC019064



MEC019066



**Exhibit 29**
**- 33 -**

MEC019068



Monster Rehab Tea+Lemonade: RE-FRESH, RE-HYDRATE, RE-VIVE, or in other words, Re-habilitate with a killer mix of tea, lemonade, electrolytes, and our Monster Rehab energy blend.

MEC019069





MEC019073



Exhibit 25
- 37 -

MEC019076



MEC019077



MEC019079

Exhibit 29



# IMPORT

## MONSTER
### ENERGY

★

### THE FIRST AND ONLY
## ONE HAND, NO HASSLE
#### RESEALABLE CAN IN NORTH AMERICA

★ ONE-PIECE RESEALABLE CAN
★ SUPER-PREMIUM IMPORT FORMULA
★ MADE IN HOLLAND... ONLY AVAILABLE IN THE U.S.A.
★ IMPORT IS THE #7 BEST SELLING PRODUCT IN AAFES CONUS

WWW.MONSTERENERGY.COM



# NITROUS
## MONSTER
### ENERGY

## UNLEASH THE NITRO BEAST!

New Nitrous Monster comes in 3 varieties

Nitrous Monster has a unique texture, smooth drinkable flavor and buzz that's bigger than ever

Nitrous Monster comes in a resealable 12oz can

Nitrous Monster has taken over in AAFES, now the # 14 and # 22 best sellers

WWW.MONSTERENERGY.COM



**Exhibit 29**
**- 40 -**

MEC019094



MEC019098