# EXHIBIT 30

**Exhibit 30**
**- 1 -**



**Exhibit 30**
**- 2 -**



**Exhibit 30**

**- 3 -**



**Exhibit 30**
**- 4 -**

 **NEWS   PRODUCTS   PROMOTIONS   EVENTS   SPORTS   MUSIC   GAMING**  



# MONSTER
## MAXX
### MAXIMUM STRENGTH

**Nitrous Technology**
Don't let the sleek can fool you; MAXX Monster is fully loaded and packs our biggest punch.

Call us crazy, but we supercharged our Monster Energy base then injected it with Nitrous Oxide for a smooth unique texture, out of this world flavor, and Big Bang Buzz.

Hop on the rocket ship and enjoy the ride. MAXX Monster knows no limits!

*Unleash The Nitro Beast!*



  

## RECOMMENDED
## FOR YOU



**MONSTER ENERGY CHANCE TO WIN A UFC ULTIMATE FAN ITEM SWEEPSTAKES AT CIRCLE K**



**PBR WORLD FINALS TICKET DISCOUNT PROMOTION**



**FIM MONSTER ENERGY MOTOCROSS OF NATIONS**

---

**RELATED**   SuperCross   Drag Racing   Mixed Martial Arts

**CONTACT US**       **LEGAL**              **FOLLOW US**

**ABOUT US**         TERMS OF USE           Facebook

**BRAND FINDER**     Cookies Policy         Twitter

**CAREERS**          PRIVACY POLICY         Youtube

                     Coupon Policy          Instagram

**ENGLISH ▾**

**Make sure you never miss a thing...**

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

[ SIGN ME UP! ]

For information on Energy Drinks ENERGYDRINKINFORMATION.COM
©2018 Monster Energy Company. All Rights Reserved.

**Exhibit 30**
**- 5 -**

NEWS   PRODUCTS   PROMOTIONS   EVENTS   SPORTS   MUSIC   GAMING



## MUSCLE MONSTER
### ENERGY SHAKE





Monster athletes do not win by accident; it takes years of hard work and determination to be a champion. Need a little motivation to meet your personal goals? Meet your new "coach in a bottle," Muscle Monster Energy Shake.

Specially formulated with our Monster Energy® Blend to help motivate you to train harder and longer, Muscle Monster also provides the fuel you need to power through your workouts.

Muscle Monster`s 27 grams of protein helps build lean body mass and aids in muscle recovery after a strenuous workout.

Get in the game, break a sweat, break your record, break the rules, with Muscle Monster Energy Shake.

*Pump Up The Beast*

Total Caffeine:

157 mg Per Bottle

Consume responsibly. Not recommend for children, people sensitive to caffeine, pregnant women, or women who are nursing.

## RECOMMENDED FOR YOU



**MONSTER ENERGY X CALL OF DUTY: BLACK OPS 4**



**CHECK OUT WORLD RX TEARING IT UP STATESIDE**



**FIM MONSTER ENERGY MOTOCROSS OF NATIONS**

RELATED   Monster Energy Dominates X Games   Mixed Martial Arts   DreamHack

CONTACT US

ABOUT US

BRAND FINDER

CAREERS

ENGLISH ▾

LEGAL

TERMS OF USE

Cookies Policy

PRIVACY POLICY

Coupon Policy

FOLLOW US

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

**SIGN ME UP!**

For information on Energy Drink ENERGYDRINKINFORMATION.COM
©2018 Monster Energy Company. All Rights Reserved.

**Exhibit 30**







**2018 TAMPA AM**

**F1: TEAMWORK IN SOCHI**

**PBR WORLD FINALS TICKET DISCOUNT PROMOTION**



**Exhibit 30**
**- 7 -**

Monster Energy® | Monster Energy



MEC019180

**Exhibit 30**
**- 8 -**

Absolutely Zero



# MØNSTER
## ENERGY ®
## ABSOLUTELY ZERO

People have been blowin' up our inbox for years asking for a zero calorie Monster. We got it, but this ain't soda pop, dude! Making a zero calorie, zero sugar drink, that's good enough to earn the Monster M ain't that easy.
Finally with a re-tooled energy blend, new sweetener system and after hundreds of failed flavors, we absolutely got it right!
Monster Absolutely Zero: helps fight fatigue, improve mental performance and focus, and motivates you to work ( I mean play ) harder, so generally you feel pretty damn good.
Zero calories, zero sugar, Monster buzz…

*Unleash The Beast*

Absolutely Zero



MEC018927

**Exhibit 30**
**- 10 -**

Absolutely Zero



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

**SIGN ME UP!**

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.

https://www.monsterenergy.com/us/en/products/monster-energy/absolutely-zero-4[12/29/2017 12:45:57 PM]

MEC018928

**Exhibit 30**
**- 11 -**

Absolutely Zero



MEC018923

**Exhibit 30**
**- 13 -**



for children, people sensitive to
caffeine, pregnant women, or women
who are nursing.

MEC018924

**Exhibit 30**
**- 14 -**

Extra Strength



CAREERS

ABOUT US

CONTACT US

BRAND FINDER

ENGLISH ☐

LEGAL

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

FOLLOW US

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved

MEC018925

Exhibit 30
- 15 -

Punch Monster



Punch Monster



80 mg Per Serving   160 mg Per Can

Consume responsibly. Not recommend
for children, people sensitive to
caffeine, pregnant women, or women
who are nursing.

MEC018902

**Exhibit 30**
**- 17 -**

Punch Monster



CAREERS

ABOUT US

CONTACT
US

BRAND
FINDER

ENGLISH ☐

LEGAL

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

FOLLOW US

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.

https://www.monsterenergy.com/us/en/products/punch-monster[12/29/2017 12:37:23 PM]

MEC018903

**Exhibit 30**
**- 18 -**



Juice Monster



77 mg Per Serving    154 mg Per Can

Consume responsibly. Not recommend
for children, people sensitive to
caffeine, pregnant women, or women
who are nursing.

MEC018905

**Exhibit 30**
**- 20 -**



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

@2017 Monster Energy Company. All Rights Reserved.

MEC018906

**Exhibit 30**
**- 21 -**

Monster Energy



Tear into a can of the meanest energy drink on the planet, Monster Energy.

It's the ideal combo of the right ingredients in the right proportion to deliver the big bad buzz that only Monster can.

Monster packs a powerful punch but has a smooth easy drinking flavor.

Athletes, musicians, anarchists, co-ed's, road warriors, metal heads, geeks, hipsters, and bikers dig it- you will too.

*Unleash The Beast*

MEC018907

**Exhibit 30**
**- 22 -**

Monster Energy



MEC018908

**Exhibit 30**
**- 23 -**

Monster Energy



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.

https://www.monsterenergy.com/us/en/products/monster-energy/monster-energy-2[12/29/2017 12:30:53 PM]

MEC018909

**Exhibit 30**
**- 24 -**



"Water World!" 70% of Earth is covered with water.

You got bottled water from Mountains, Glaciers, Virgin Springs, Tropical Islands, and The Arctic. There's Mineralized, Fortified, Ionized, Electrified, pH Balanced, Triple Filtered and straight out of the city tap.

What's the point? You gotta hydrate every day so you might as well enjoy a boost while you're at it.
Monster Hydro - Non carbonated, lightly sweetened with natural flavors to make it thirst quenching and easy drinking. We added just enough of that "Monster Magic" to get you fired up.

MEC018910

Exhibit 30
- 25 -



*Hydrate The Beast!*

Total Caffeine:

125 mg Per Serving

Consume responsibly. Not recommend
for children, people sensitive to
caffeine, pregnant women, or women
who are nursing.



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** □

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.

Monster Hydro

MEC018913

**Exhibit 30**
**- 28 -**



Monster Rehab



83 mg Per Serving   161 mg Per Can

Consume responsibly. Not recommend for children, people sensitive to caffeine, pregnant women, or women who are nursing.

MEC018915

**Exhibit 30**
**- 30 -**



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.



Some people are impossible to please. As soon as they get what they thought they wanted they always want more. Our team riders and Monster Girls are no different… they've been dropping some hints lately.

They've been asking us for a new Monster drink. A little less sweet, lighter-tasting, zero calories, but with a full load of our Monster energy blend.

Sure, white is the new black. We went all out: Monster Energy Zero Ultra.

Unleash the Ultra Beast!

***Unleash The Ultra Beast***



70 mg Per Serving   140 mg Per Can

Consume responsibly. Not recommend for children, people sensitive to caffeine, pregnant women, or women who are nursing.

MEC018918

**Exhibit 30**
**- 33 -**



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

SIGN ME UP!

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.



Monster athletes do not win by accident, it takes years of hard work and determination to be a champion.  Need a little motivation to meet your personal goals?  Meet your new "coach in a can," Muscle Monster Energy Shake.

Specially formulated with our Monster Energy® Blend to help motivate you to train harder and longer, Muscle Monster also provides the fuel you need to power through your workouts.

Muscle Monster`s 25 grams of protein helps build lean body mass and aids in muscle recovery after a strenuous workout.

Get in the game, break a sweat, break your record, break the rules, with Muscle Monster Energy Shake.

Pump up the Beast!

https://www.monsterenergy.com/us/en/products/muscle-monster[12/29/2017 12:41:56 PM]

MEC018920

**Exhibit 30**
**- 35 -**

Muscle Monster



**Pump Up The Beast**

Total Caffeine:

81 mg Per Serving   152 mg Per Can

Consume responsibly. Not recommend for children, people sensitive to caffeine, pregnant women, or women who are nursing.

MEC018921

**Exhibit 30**
**- 36 -**

Muscle Monster



**CAREERS**

**ABOUT US**

**CONTACT US**

**BRAND FINDER**

**ENGLISH** ☐

**LEGAL**

PRIVACY POLICY

Coupon Policy

Cookies Policy

TERMS OF USE

**FOLLOW US**

Facebook

Twitter

Youtube

Instagram

Make sure you never miss a thing...

Get the latest news from Monster Energy conveniently delivered to your inbox.

Enter Your Email

**SIGN ME UP!**

For Information on Energy Drinks ENERGYDRINKINFORMATION.COM

©2017 Monster Energy Company. All Rights Reserved.

https://www.monsterenergy.com/us/en/products/muscle-monster[12/29/2017 12:41:56 PM]

MEC018922

**Exhibit 30**
**- 37 -**

Lo-Carb



MEC019182

Lo-Carb



Events
Promotions
Monster TV

The Word Alive
Snow tha Product
Attila
Five Finger Death Punch

Terms of Use
Privacy Policy
Brand Finder

INFORMATION ON
ENERGY DRINKS

AMERICAN
BEVERAGE
ASSOCIATION
EnergyDrinkInformation.com

© 2015 MONSTER ENERGY COMPANY. ALL RIGHTS RESERVED.

MEC019183

**Exhibit 30**
**- 39 -**





MEC019237

**Exhibit 30**
**- 41 -**

Absolutely Zero



MEC019184

Absolutely Zero



Events
Promotions
Monster TV

The Word Alive
Snow tha Product
Attila
Five Finger Death Punch

Terms of Use
Privacy Policy
Brand Finder

INFORMATION ON
ENERGY DRINKS

EnergyDrinkInformation.com

© 2015 MONSTER ENERGY COMPANY. ALL RIGHTS RESERVED.

MEC019185

**Exhibit 30**
**- 43 -**



Roster      Events (https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/events/)

Promotions (https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/promotions/)

Monster TV (https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/tv/)

Products (https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/)



### Monster Energy

Tear into a can of the meanest energy drink on the planet, Monster Energy.

It's the ideal combo of the right ingredients in the right proportion to deliver the big bad buzz that only Monster can.

Monster packs a powerful punch but has a smooth easy drinking flavor.

Athletes, musicians, anarchists, co-ed's, road warriors, metal heads, geeks, hipsters, and bikers dig it- you will too.



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/monster-energy/monster-energy/)

### MONSTER ENERGY



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/monster-energy/monster-energy/)   (https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/monster-energy/ultra-citron/)

MEC019238

**Exhibit 30**
**- 44 -**





(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/java-monster/irish-blend/)

**JAVA MONSTER**



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/java-monster/kona-cappuccino/)

MEC019239

**Exhibit 30**
**- 45 -**



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/muscle-monster/strawberry/)

## MUSCLE MONSTER



(https://web.archive.org/web/201503...(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/muscle-monster/chocolate/) ...monster/vanilla/)

(https://web.archive.org/web/201503...(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/muscle-monster/strawberry/) ...monster/coffee/)



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/nitrous-2/super-dry/)

## EXTRA STRENGTH



(https://web.archive.org/web/201503...(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/nitrous-2/anti-gravity/)

MEC019240

**Exhibit 30**
**- 46 -**



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/rojo/)

### REHAB

 Rehab - Tea+Lemonade+Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/lemonade/)

Rehab - Tea+Pink Lemonade+Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/pink-lemonade/)

Rehab - Peach Tea + Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/peach-energy/)

Rehab - Tea+Orangeade+Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/orangeade/)

Rehab - Rojo Tea+Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/rojo/)

Rehab - Green Tea+Energy
(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/rehab/green-tea/)



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/punch/dub-ballers-blend/)

### PUNCH

 Punch Monster - Ballers Blend

 Punch Monster - Mad Dog

MEC019241

**Exhibit 30**
**- 47 -**

(https://web.archive.org/web/201503121726... (https://web.archive.org/web/201503121726... (https://web.archive.org/web...monsterenergy.com/us/en/products/punch-... (http://.web.archive.org/web/...app)
ballers-blend/) mad-dog/)

http://www.monsterenergy.com:80/us/en/products/                                                    Go   FEB (►

143 captures (/web/*/http://www.monsterenergy.com:80/us/en/products/)
23 Feb 2011 - 8 Aug 2017                                                                             ▼ About this capture



(https://web.archive.org/web/20150312172615/http://www.monsterenergy.com/us/en/products/juice-monster/m-80/)

## JUICE MONSTER

 Khaos       Ripper

(https://web.archive.org/web/201503121726...http://www.monsterenergy.com/us/en/products/juice-
monster/khaos/) monster/m-80/)

⌂ HOME (HTTPS://WEB.ARCHIVE.ORG/WEB/20150312172615/HTTP://WWW.MONSTERENERGY.COM/US/EN/HOME/)

PRODUCTS (HTTPS://WEB.ARCHIVE.ORG/WEB/20150312172615/HTTP://WWW.MONSTERENERGY.COM/US/EN/PRODUCTS/)



| ROSTER | FEATURED ATHLETES | FEATURED PERSONALITIES | FOLLOW MONSTER ENERGY |
|---|---|---|---|
| Athletes | Ricky Carmichael | Colby West | Keep Up With Social Events And Happenings |
| Music | carmichael/) | west/) | (https://... |
| Monster Girls | Chris Cole | Pier Cross | |
| Personalities | | Tiny Lister | |
| Teams | cola/) | lister/) | |
| Partners | | | |
| E-Sports | | | |
| MONSTER | | RESOURCES | |
| News | The Word Alive | | |
| Events | Caskey | Contact Us | |
| Promotions | Snow tha Product | Privacy Policy | |
| Monster TV | tha-product/) | | |



Zero Ultra



Events
Promotions
Monster TV

The Word Alive
Snow tha Product
Attila
Five Finger Death Punch

Terms of Use
Privacy Policy
Brand Finder

INFORMATION ON
ENERGY DRINKS

EnergyDrinkInformation.com

© 2015 MONSTER ENERGY COMPANY. ALL RIGHTS
RESERVED.

MEC019189

**Exhibit 30**
**- 50 -**



MEC019342

**Exhibit 30**
**- 51 -**





MEC019346

**Exhibit 30**
**- 52 -**





2/8/2018

us_1_featured.png (357×218)

1/1

https://web.archive.org/web/2011022305292im_/http://www.monsterenergy.com/uploads_image_image/2010/09/10/us_1_featured.png



MEC019351

Exhibit 30
- 54 -

Lo-Carb

Page 1 of 4

INTERNET ARCHIVE
WaybackMachine
http://monsterenergy.com/u...
143 captures (/web/)
23 Feb 2011 - 6 Aug 2017

Roster

Events (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/events/)

Promotions (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/promotions/)

Monster TV (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/tv/)

Products (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/products/)



### Lo-Carb

Monster Energy

Tear into a can of the meanest energy
supplement on the planet, Lo-Carb
MONSTER energy. We went down to the
lab and performed major surgery on the
Monster. We hacked out carbohydrates
and calories, transplanted the wicked
Buzz and dialed in the flavor. Lo-Carb
MONSTER energy still delivers twice the
Buzz of a regular Energy drink, but only
has a fraction of the calories.

Lo-Carb    Zero Ultra    Cuba Lima    Absolutely Zero    Ubermonster    Import Light

http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/products/

2/6/2018

MEC019395

**Exhibit 30**
**- 55 -**

Lo-Carb

ROSTER

FEATURED ATHLETES
Tucker Hibbert
Hibbert

Monster Girls

Personalities
Ricky Carmichael
Carmichael

Teams

Partners

MONSTER

News

Events

Promotions

Monster TV

FEATURED BANDS
Sol

Afrojack

30 Years

vsmd

Donny
bonny

Dirty Heads
heads

FEATURED PERSONALITIES
Tiny Lister
lister

The Dingo
dingo

RESOURCES
Contact Us
Brand Finder

FOLLOW MONSTER ENERGY

Keep Up With Social Events And Happenings

MOBILE VERSION

© 2012 MONSTER ENERGY COMPANY. ALL RIGHTS RESERVED.

Monster Energy Drink® | Products

Page 1 of 4



Roster

Events (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/events/)

Promotions (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/promotions/)

Monster TV (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/tv/)

Products (http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/products/)

## Monster Energy

Monster Energy

Tear into a can of the meanest energy supplement on the planet, MONSTER energy. We went down to the lab and cooked up a double shot of our killer energy brew. It's a wicked mega hit that delivers twice the buzz of a regular energy drink. MONSTER packs a vicious punch but has a smooth flavor you can really pound down.

Monster Energy   Lo-Carb   Zero Ultra   Cuba Lima   Absolutely Zero   Ubermonster

http://web.archive.org/web/20121101215037/http://monsterenergy.com/us/en/products/

2/6/2018

MEC019399

**Exhibit 30**
**- 57 -**



MEC019400



MEC019263

**Exhibit 30**
**- 59 -**

MONSTER ENERGY - The MONSTER Experience



http://www.monsterenergy.com:80/

1,807 captures
11 Sep 2002 - 5 Feb 2018

DEC **JAN** FEB
▼ **02** ▲
2002 **2004** 2005

Go

http://web.archive.org/web/20040102140750/http://www.monsterenergy.com:80/

2/6/2018

MEC019268

**Exhibit 30**
**- 60 -**

MONSTER ENERGY - The MONSTER Experience

Page 1 of 1

http://www.monsterenergy.com:80/

1,807 captures
11 Sep 2002 - 5 Feb 2018

DEC **JAN** FEB
Go ▼ **01** ▲
2004 **2006** 2007



https://web.archive.org/web/20060101084333/http://www.monsterenergy.com:80/

2/7/2018

MEC019340

**Exhibit 30**
**- 61 -**

MONSTER ENERGY - The MONSTER Experience

Page 1 of 1

http://www.monsterenergy.com:80/  [Go]  DEC **JAN** FEB

◀ **12** ▲

2004 **2005** 2006

1,807 captures
11 Sep 2002 - 5 Feb 2018



# EXHIBIT 31



**Exhibit 31**
**- 1 -**

MEC017146

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 66 of 145



**Exhibit 31**
**- 2 -**

MEC017147

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 67 of 145



**Exhibit 31**

**- 3 -**

MEC017154



**facebook**  Sign Up

Email or Phone   Password

☐ Keep me logged in   Forgot your password?   Log In

## Timeline Photos

Back to Album · Monster Energy's Photos · Monster Energy's Page     Previous · Next



 **Monster Energy**
The moment of truth...

Conor McGregor is ready to #UnleashTheBeast as he steps into the UFC Octagon for #UFC189!

July 11

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

👍 Miguel A. Elias, Xavier Gallegos, Pepe Sandoval and 1,045 others like this.   Most Relevant ▾

↪ 19 shares



**Gabe Chagolla** Darrell Montague from Millennia Mma tommorow
July 11 at 10:16pm

**Romulo C. Garcêz** Aldo the best!
👍1 · July 13 at 4:25pm

**Ew Tal du Polis** ei connor leva uma surra tao grande do aldo ki vai so fazer filme c us comedia de holywood
July 14 at 6:51am

**Arthur Grimaux** Tu est amoureux de quelqu'un ?
1donne un bizoux à ta main gauche
2dite le nom de votre amoureux... See More
July 13 at 2:46pm

**Sebastian Hamdam** Mc Gregor was awesome last night!
July 12 at 8:45am

**J-pred Simo** 0659197766
July 12 at 6:36pm

**Frank Lucas** That tiger is roaring
July 12 at 1:38am

**John Martin** https://www.youtube.com/watch?v=A5Nf6UG3xug

**Exhibit 31**

**- 4 -**

MEC017185



Danger of the Streets Motorcycle Crash...

YOUTUBE.COM

July 12 at 2:25am

**Sebastian Hamdam** Red to Fade - Ebook - Sci Fi Thriller - http://www.sci-fi-action.com/home/4589525994
July 12 at 8:44am

**Jon Es** I achieve the greatest achievement in the first page I comment
Thank you and I hope Addition hhhh h hh 🙂
July 11 at 4:36pm

Sign Up    Log In    Messenger    Facebook Lite    Mobile    Find Friends    Badges    People    Pages    Places
Games    Locations    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷
Terms    Help

Facebook © 2015
English (US)

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 70 of 145



## Timeline Photos

Back to Album · Monster Energy's Photos · Monster Energy's Page          Previous · Next



**Monster Energy**
So that's what 10,000 horsepower running on 100% pure adrenaline looks like...

Brittany Force sure knows how to #UnleashTheBeast!

May 16

👍 Martin Uriel Gomez Sanchez, Paul Jansen Richi, Israel Reyes    Most Relevant ▾
and 26,265 others like this.

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

↗ 1,961 shares



**Clyde Carpenter** I would like to welcome Monster energy back to NHRA drag racing.
👍21 · May 16 at 10:32am

     **Monster Energy** ✔ Thanks for the shout out... We are stoked on the new partnership with John Force Racing!
     👍26 · May 16 at 11:15am

     ↳ View more replies

**Travis Gardner** Fastest girl on 4 wheels?
👍10 · May 16 at 10:53am

     **Monster Energy** ✔ Could be...
     👍13 · May 16 at 11:15am

     ↳ View more replies

**Matthew Barela** Who drives that car?
👍2 · May 16 at 9:41am

     **Monster Energy** ✔ Brittany Force with the John Force Racing team!
     👍11 · May 16 at 10:08am

     ↳ View more replies

**Gonzalo Cantu** One speed go!
👍1 · May 16 at 9:05am

MEC017187



**Mobile Uploads**

Back to Album · Monster Energy's Photos · Monster Energy's Page                    Previous · Next



**Monster Energy**
It's time to #UnleashTheBeast!

We want to know what your flavor of choice is... Let us know in the comments below!
April 29

Album: **Mobile Uploads**
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

👍 Aman Zenfant Lakaz, Rimaz Mohamed, Stefania Pirani and     Most Relevant ▾
5,825 others like this.

↪ 209 shares



**Chris Dockery** Doesn't even look cold...
👍17 · April 29 at 2:31pm

> **Monster Energy** ✔ Or is it so cold.... it doesn't even look cold?? The
> world may never know...
> 👍43 · April 29 at 2:36pm
>
> ↳ View more replies

**Javi González** I can't decide between 2 of them, but guess: Assault->
Ripper
👍6 · April 29 at 2:24pm

> **Monster Energy** ✔ It's always a tough to choose just one...
> 👍2 · April 29 at 2:39pm
>
> ↳ View more replies

**Graham Howard** Hmmm, well it actually depends on my mood as to which
one I feel like going for for the day lol......My favorite one though is the black
ice one, its pretty strong that's why I like it. But I will drink any of em, all
monster drinks are good if you ask me. That khaos one is pretty good too....I
actually have one in hand right now lol.
Peace.

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 72 of 145



**facebook**   Sign Up

Email or Phone    Password
☐ Keep me logged in    Forgot your password?    Log In

**Profile Pictures**

Back to Album · Monster Energy's Photos · Monster Energy's Page      Previous · Next



 **Monster Energy**
February 8, 2011

Album: Profile Pictures
Shared with: 🌐 Public

👍 Marcos Silva, Catracho Martínez, Veronica La Shaparra Javad Malik and 5,836 others like this.

↪ 2,919 shares

💬 View previous comments      43 of 548

Open Photo Viewer
Download
Embed Post

 **Travis Heath** That is cool
January 11, 2013 at 2:59pm

 **Brice Bowling-Wellman** ok
January 26, 2013 at 8:56am

**Mattie Graham** Cool I frank it when I was 10 I love it sooo much;)
January 30, 2013 at 4:45am

**Izan Varela Ros** Encuentra el dos y recibirás una buena noticia
5555555555555555 5555555555555555 5555555555555555
5555555555555555 5555555555555555 5555555555555555
5555555555555555 5555555555555555 5555555555555555
5555555555555555 5555555555555555 5555555555555555
5555555555555... See More
January 31, 2013 at 10:00am

 **Tre Howard** I want
March 3, 2013 at 5:07pm

 **Corentin Henrion** ok
March 4, 2013 at 6:45am

 **Tarik Adrian Wagner** Pascal Cpivirus muss man zum kaufen finden ^^
March 5, 2013 at 8:24am

 **Aleksandar Sasa Mijatov** extra
March 21, 2013 at 6:21am

 **Palzer Tatsuya Bhutia** supop
March 25, 2013 at 4:23am

 **Benjamin Griezman Mtz** Ok
March 25, 2013 at 8:00pm

**Exhibit 31**

**- 8 -**

MEC017195



**facebook**    Sign Up

Email or Phone     Password

☐ Keep me logged in    Forgot your password?    Log In

**Timeline Photos**

Back to Album · Monster Energy's Photos · Monster Energy's Page      Previous · Next



 **Monster Energy**
What a race! Props to Valentino Rossi VR46 Official for giving us another incredible #MotoGP battle at the 2014 #MonsterEnergy Grand Prix de Catalunya! #UnleashTheBeast

June 15, 2014

👍 Fredrik Fredde Axelsson, Alexandra Petöh, Janainaewilton Jesus and 9,337 others like this.     Most Relevant ▾

↪ 428 shares

**Jesus Daniel Mitre** Go Valentino Rossi 46 GOGOGO!!!!!! 👍
👍3 · June 16, 2014 at 11:54am

**Oscar Gaitan** Exelente carrera,lastima,que aflojo,en las ultimas 6 vueltas... VR 46
👍2 · June 16, 2014 at 11:43am

**Antonio Felicetta Brancato** Che meraviglia
July 14, 2014 at 2:23pm

**Mustafa Keloglan** спрете да четете ще умреш тази вечер. Hi Им Mike. Im 11 години, но IM мъртъв сега, нямъ никакви приятели ... Ако не оставите това на 20 снимки, които ще умреш тази вечер точно в 23:59. DONT повярвай ми? Човек на име Джейк прочетете това и се засмя по-... See More
June 17, 2014 at 6:00am

**Russo Rusito** Huyaaaaa valentino viejo nomas grosooooooo.
June 16, 2014 at 2:05pm

**Marcell Hammer** Rossi
June 16, 2014 at 12:49pm

**Jesus Francisco Hdez Fdez** Indiscuti eske ke Valentino siempre sera mucho Valentino pero Marc Marquez es y sera el nuevo amo dl motociclismo y hara historia tanto o mas ke Valentino,viva el motociclismo Español
June 16, 2014 at 8:26am

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

MEC017198

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 74 of 145



**Timeline Photos**

Back to Album · Monster Energy's Photos · Monster Energy's Page      Previous · Next



**Monster Energy**
Ryan Guettler gets lost in a concrete jungle... Where will your journey take you this
weekend? #UnleashTheBeast

April 19, 2014

👍 Andrei Rodrigues Silva, Caique Renan, Beban Fini and 3,323    Most Relevant ▾
others like this.

↪ 32 shares

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post



**Monster Energy** ✔ Photo: Daniel Johnson | @djbmx
👍 7 · April 19, 2014 at 9:20am

**Kervin Mc Kellar** Gta
👍 3 · April 19, 2014 at 12:50pm

**Carlos Miguel Marques** incrivel xd
👍 1 · April 20, 2014 at 11:01am

**Cristobal Massa Maldonado** https://www.youtube.com/watch?
v=jFcTXOWWuMo...
April 19, 2014 at 3:46pm

**Kristhian Escandon .**
April 19, 2014 at 11:27am

**Daniela Torres** 💗
April 19, 2014 at 10:18am

**Özgür Atila** deli poyraz
April 19, 2014 at 9:52am

**Joe Littlehorn** Backcountry Technical Mountain Snowmobiling thats where.
April 19, 2014 at 8:41am

**Manolo Cardona Palacio** Guau
April 19, 2014 at 9:22am

**Mathias Neubauer** Markersbach!
April 20, 2014 at 7:47pm

**Gaetano Muscia** make a better choice in what you're consuming, cut out
the harmful and insert the good with Verve! A healthy alternative to energy!
Take advantage of our customer referral program to get free product

MEC017201

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 75 of 145



**Timeline Photos**

Back to Album · Monster Energy's Photos · Monster Energy's Page                    Previous · Next



**Monster Energy**
These guys are on a mission... Lewis Hamilton & Nico Rosberg dominate qualifying at the #MalaysianGP finishing 1st & 3rd! #UnleashTheBeast

March 29, 2014

Album: Timeline Photos
Shared with:  Public

👍 Sabrina Hiernaux, Frédo Février, أبو وجيع and 2,652 others like this.          Most Relevant ▾

Open Photo Viewer
Download
Embed Post

↪ 29 shares

 **Anthony Fletcher** As long as Lewis can keep Vettle behind him I am happy lol
👍4 · March 29, 2014 at 10:02am

 **Escar Huitron** fuck
March 30, 2014 at 11:10am

 **Mercedes-Fans.de** Doppelsieg für die Silberpfeile!
March 30, 2014 at 5:20am

 **Alex Coffin** I am starting the next big company -- Victory Cola. Our product, an all-natural, organic and ALWAYS ice-cold cola is going to turn the soft-drink industry on its head. As I complete my Senior year, I'm presently working with the Dingman Entrepreneurial... See More
March 29, 2014 at 2:23pm

 **Whitney Jones** nice
March 29, 2014 at 10:55am

**Prabha Karan Uniq** itz really gud.....
March 29, 2014 at 10:10am

 **Bruce Jardine** Ferrari to win!
March 29, 2014 at 9:12am

**Supermotard Francophone** You like supermoto/motocross ? Like this:
https://www.facebook.com/SupermotardFrancophone
March 29, 2014 at 9:09am

 **Dimitri West** http://yourjobpay.com/?task=15061
March 30, 2014 at 12:14am

**Exhibit 31**
**- 11 -**

MEC017203

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 76 of 145



**Timeline Photos**

Back to Album · Monster Energy's Photos · Monster Energy's Page          Previous · Next



**Monster Energy**
Now that's how you #UnleashTheBeast! Congrats to Nico Rosberg & MERCEDES AMG PETRONAS for winning the Australian Grand Prix!

March 16, 2014

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

👍 Emiliano Barba, Frédo Février, أبو ودنع and 3,875 others like this.   Most Relevant ▾

↪ 57 shares



**John Dally** Way spoil the result for people still waiting for it to air on catch up! *Clap* *Clap* *Clap* - well done! This is why RedBull are in F1 and monster aren't.
March 16, 2014 at 4:00pm

**Rick Bo** Kristofer Kratzi
March 16, 2014 at 3:12pm

**Jorge Cano** Congratulation
March 16, 2014 at 1:06pm

**Scott Hodgson** Great start to the F1 Season for Nico and Mercedes!
👍 1 · March 16, 2014 at 9:35am

**Soleiman Yahiaoui** Lol
March 16, 2014 at 8:41am

**Soleiman Yahiaoui** Koi tout sa pour une assiette
March 16, 2014 at 8:41am

**Paul Amundson** Scott Hodgson
👍 1 · March 16, 2014 at 8:50am

**David Dawe Herold** borec borec borec borec .. Like boss 😊
👍 2 · March 16, 2014 at 8:01am

**Gergely Varga** Best team! Congratulations to Nico!
March 17, 2014 at 1:58am

**Kazuetsu Fujita** Congratulation nico!
March 16, 2014 at 8:34pm

**Mirza Hodić** http://www.allsalonprices.com/sport-clips-prices/
March 16, 2014 at 11:30pm

MEC017205



Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 77 of 145

**Timeline Photos**

Back to Album · Monster Energy's Photos · Monster Energy's Page　　　　　　　Previous · Next



**Monster Energy**
Looks like Lewis Hamilton is ready to #UnleashTheBeast after taking the first pole position of 2014 for MERCEDES AMG PETRONAS at the Australian Grand Prix!

March 15, 2014

Album: Timeline Photos
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

👍 Jack Engblad, David Alves, Emiliano Barba and 4,211 others like this.　　　Most Relevant ▾

↪ 65 shares



**Emanuel Sanchez** estupid
March 15, 2014 at 4:54pm

**Awy Afriant** 73CE747F
March 15, 2014 at 12:00pm

**Nahuel Bravo** hamiltom
March 15, 2014 at 10:13am

**Stay On Botax** Lewis = Lebay =Dнанаɑ⁹°'°⁹ﬡ==))=D=))⁹°'°⁹ﬡ==))=))=Dнанаɑ⁹°'°⁹ﬡ==))=D=))piss
March 15, 2014 at 10:03am

**Ocal Halit Baldir** hell joit yeee 🙂 🙂
March 15, 2014 at 9:55am

**DinDin Wrecker** Good push on final lap
👍1 · March 15, 2014 at 9:07am

**Torb Haraldsen** Like
March 15, 2014 at 8:51am

**Justin Breault Dedman** Hell Yeah!!
March 15, 2014 at 8:50am

**David Dawe Herold** Niko je borec 🙂
March 16, 2014 at 4:39am

**Diego Dominguez Caride** me gustaria ver a monster ganandole a red bull 🙂
March 15, 2014 at 6:29pm

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 78 of 145



## Monster Army's Photos

Back to Album                                                     Previous · Next





**Monster Army**
This is how we roll for the weekend. Unleash The Beast.

May 24, 2013

From: Monster Army's Photos in Timeline Photos

Shared with: 🌐 Public

👍 Matjaž Žhldarcic, GTu DA GReen PosiOn and 606 others like this.          Most Relevant ▾

Open Photo Viewer
Download
Embed Post

↪ 49 shares

**Kevin Lunt** I have the go baby go button 😊
👍2 · May 24, 2013 at 3:08pm

**Charlene Taylor** Yes kev!
👍1 · May 24, 2013 at 3:12pm

**Ben Ellis** This is the button I have on my bike Chaz Taylor Kevin Lunt Mike Norbury
👍2 · May 24, 2013 at 3:06pm

**Andrej Podlogar** This is the button on my car!
May 28, 2013 at 9:54am

**Leon Kather** jamann
May 25, 2013 at 6:59am

**Bryan Bennett** I would kill for a button like this in my car lol
May 24, 2013 at 6:18pm

**Luciano Michele Szathmary-Cecere** I had one at school today! 😊
May 24, 2013 at 3:05pm

**Jacc Ko-Gizzo** And suddenly a MONSTER rain appeared

**Exhibit 31**
**- 14 -**

MEC017212

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 79 of 145



**facebook**    Sign Up

Email or Phone    Password

☐ Keep me logged in    Forgot your password?    Log In

**Monster Army's Photos**

Back to Album        Previous · Next





**Monster Army**
December 6, 2012

👍 Mohamed Anwar, Dencsik Ferenc, Yogesh Singh and 93 others like this.

**Joey Tyls** sick!
December 6, 2012 at 4:47pm

**Max Ramirez** yeah
December 6, 2012 at 4:48pm

**Cameron Hollingsworth** sick!!!
December 6, 2012 at 5:23pm

From: Monster Army's Photos in Cover Photos

Shared with: 🌐 Public

Open Photo Viewer

Embed Post

Sign Up    Log In    Messenger    Facebook Lite    Mobile    Find Friends    Badges    People    Pages    Places
Games    Locations    About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷
Terms    Help

Facebook © 2015
English (US)



Exhibit 31
- 16 -

MEC017231



**Monster Army**
August 5, 2011 · 🌐

👍 Like Page

#UnleashTheBeast Ken Block's Gymkhana World Tour - Vienna, Austria

http://www.youtube.com/watch?v=biszrvhdutc

### Ken Block's Gymkhana World Tour - Vienna, Austria

Monster Energy's Ken Block during his Gymkhana World Tour stop in Vienna, Austria.

YOUTUBE.COM

56 Likes  1 Comment  2 Shares

👍 Like      💬 Comment      ➤ Share

👍 56

2 shares

**Diogo Alexandre** Song please +.+
August 10, 2011 at 6:53am · Like

Write a comment...                    ☺ 😊

**Exhibit 31**
**- 17 -**

MEC017234



**Monster Energy** ✓
March 29, 2013 · 🌐

👍 Like Page

Looks like Monster Energy wakeboarder Kevin Henshaw knows how to start the day the right way...Time to Unleash The Beast!

29K Likes   179 Comments   1K Shares

👍 Like        💬 Comment        ➤ Share

**Exhibit 31**
**- 18 -**

MEC017237

# EXHIBIT 32

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 84 of 145



🏠 Home   ⚡ Moments   🔔 Notifications   ✉ Messages    🐦   Search Twitter    🔍   👤   **Tweet**



| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **15.5K** | **910** | **3.33M** | **11K** | **3** |

**Follow**   ⋮

## Monster Energy ✔
@MonsterEnergy

#UnleashTheBeast
Facebook.com/MonsterEnergy
Instagram.com/MonsterEnergy
snapchat.com/add/monsterene…
MonsterEnergy.com

📍 Worldwide
🎝 15.4M Vine Loops
📅 Joined August 2009

**Tweet to Monster Energy**

🖼 Photos and videos

  
  

**Tweets**   **Tweets & replies**   **Media**

Monster Energy ✔ @MonsterEnergy · 3h
Team @MonsterEnergy leaves #XGames Aspen with a bunch of new hardware!



**Monster Energy Dominates X Games**
Monster Energy's World Class Athletes Dominate X Games Aspen 2018 and
Win 10 Gold Medals, 3 Silver Medals and 4 Bronze Medals! Don't Miss the
monsterenergy.com

💬   ⟲ 10   ♡ 59   ✉

Monster Energy ✔ @MonsterEnergy · Jan 29
"Mully is one of the most intimidating waves I've ever surfed. The sets march into
the bay, growing out of super deep water" 🎙 @bromdog783
Tune into #RiskyRipples Ep 3 here: monsterne.ws/80G2ACZJ



**Exhibit 32**
**- 1 -**

MEC018942

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 85 of 145



0:25   5,086 views

🗨 1     ⟲ 25     ♡ 135     ✉

**Monster Energy** ✓ @MonsterEnergy · Jan 29

#XGames marks the spot... Ayumu Hirano came to Aspen searching for GOLD and he hit the jackpot!

🗨 3     ⟲ 25     ♡ 147     ✉

**Monster Energy** ✓ @MonsterEnergy · Jan 28

.@AyumuB takes #XGames GOLD 🏅 with a score of 99.0 in his last run!!!

🏴 **X Games**

🗨 3     ⟲ 108     ♡ 321     ✉

⟲ Monster Energy Retweeted

**X Games** ✓ @XGames · Jan 28

Snow Bike Best Trick at #XGames Aspen 2018!

🕐: Now

📺: ESPN or xgam.es/2DOzlCr

**Exhibit 32**

**- 2 -**

MEC018943



💬   ♻ 64   ♡ 164   ✉

**Monster Energy Retweeted**

**X Games** ● @XGames · Jan 28

.@AyumuB's Frontside 1440 to Cab 1440 were the first-ever back-to-back 1440's landed in SuperPipe competition history!

💬 15   ♻ 712   ♡ 2.2K   ✉

**Monster Energy Retweeted**

**David Wise** ● @mrDavidWise · Jan 27

@XGames Thanks for the good times and this nice gold fidget spinner.

💬 2   ♻ 41   ♡ 318   ✉

**Exhibit 32**
- 3 -

MEC018944

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 87 of 145



**Exhibit 32**

**- 4 -**

MEC018945



MEC018946

Case 2:17-cv-01605-KJM-JDP   Document 41-4 Filed 10/04/18   Page 89 of 145



**Monster Energy** ● @MonsterEnergy · Jan 27

.@HenrikHarlaut just won @XGames GOLD 🏆 in Men's Ski Big Air! 👐

🏴 X Games

♡ 1    ↻ 20    ♡ 134    ✉

**Monster Energy** ● @MonsterEnergy · Jan 27

The Dingo & professional #SnowBikeRacer @ryan_villopoto2 watching the @SupercrossLIVE action from #XGames Aspen!

♡    ↻ 11    ♡ 75    ✉

↻ Monster Energy Retweeted

**Supercross LIVE!** @SupercrossLIVE · Jan 27

What a nice night for some @MonsterEnergy Supercross here in Glendale!! Tune into @FS1 NOW to watch! If you live outside of the United States just tap the link to see how you can watch also feld.ly/qkxglc #SXonFOX #DropTheGate #SupercrossLIVE

**Exhibit 32**
**- 6 -**

MEC018947



♡ 2    ♻ 39    ♡ 193    ✉

**Monster Energy** ● @MonsterEnergy · Jan 27
RT if you are watching @SupercrossLIVE #SXonFOX

♡ 7    ♻ 58    ♡ 101    ✉

↻ Monster Energy Retweeted

**X Games** ● @XGames · Jan 27
Snow BikeCross at #XGames Aspen 2018!
🕐: 4:30 pm ET
📺: ABC or xgam.es/2BqraXy

♡ 7    ♻ 144    ♡ 448    ✉

↻ Monster Energy Retweeted

**SportsCenter** ● @SportsCenter · Jan 27
Haters will say it's fake.

MEC018948



💬 33    🔁 902    ♡ 4.2K    ✉

**Monster Energy** ✔ @MonsterEnergy · Jan 27    ⌄
.@maggie_voisin just became the first American 🇺🇸 Female to win @XGames Ski
Slopestyle GOLD! 🙌🏻

❌ X Games



💬 3    🔁 36    ♡ 171    ✉

**Who to follow** · 
Refresh · View all

    Lewis Ha...                    ✕
    ( Follow )

**Exhibit 32**
**- 8 -**

MEC018949



**Exhibit 32**
**- 9 -**

MEC018950

2/5/2018      Monster Energy on Twitter: "#FeelAlive today by drinking some @MonsterEnergy! Who's ready to #UnleashTheBeast?"

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 93 of 145



2/6/2018　　　　Monster Energy on Twitter: "#ItsFriday!!! Who is ready to #UnleashTheBeast on this weekend?!"

Case 2:17-cv-01605-KJM-JDP　　Document 41-7　　Filed 10/04/18　　Page 94 of 145



2/6/2018    Monster Energy on Twitter: "Got a case of the Mondays? Easy solution... Let's #UnleashTheBeast & turn it into a #MonsterMonday!"

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 95 of 145



Exhibit 32
- 12 -

MEC018953



Exhibit 32
- 13 -

MEC018954

2/6/2018      Monster Energy on Twitter: "It's that time of day to... #UnleashTheBeast! RT if you are ready!"

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 97 of 145



2/6/2018     Monster Energy on Twitter: "#FinallyFriday Anyone else ready to #UnleashTheBeast this weekend?"

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 98 of 145



**Exhibit 32**

**- 15 -**

MEC018957

2/6/2018   Monster Energy on Twitter: "2012 has been one hell of a ride! RT if you are ready to ring in the #NewYear with some @MonsterEnergy & #Unleas…

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 99 of 145



**Exhibit 32**
**- 16 -**

MEC018959

2/6/2018     Monster Energy on Twitter: "The weekend is here...Time to #UnleashTheBeast! Who is with us?"

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 100 of 145



Exhibit 32
- 17 -

MEC018967

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 101 of 145





**Exhibit 32**
**- 19 -**

MEC018999

# EXHIBIT 33

 | *Instagram*

🔍 Search      [ Get the app ]    Sign up | Log in



**monsterenergy** ✓   [ Follow ]

**3,383** posts     **3.9m** followers     **985** following

**Monster Energy** Watch #Doonies3 now: **youtu.be/SViqor_olHc**



**Exhibit 33**
**- 1 -**

MEC017155

Case 2:17-cv-01605-KJM-JDP   Document 117   Filed 10/04/19   Page 105 of 145



**Exhibit 33**
**- 2 -**

MEC017156

Case 2:11-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 106 of 145



**Exhibit 33**
**- 3 -**

MEC017157

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 107 of 145



**Exhibit 33**

**- 4 -**

MEC017158



**Exhibit 33**
**- 5 -**

MEC017159

Case 2:17-cv-01605-KJM-JDP Document 41-7 Filed 10/04/19 Page 109 of 145



**Exhibit 33**
**- 6 -**

MEC017160



**Exhibit 33**
**- 7 -**

MEC017161



ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2017 INSTAGRAM

MEC017162

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 112 of 145



**monsterenergy** ✔ • Follow

**monsterenergy** Hell yeah!
@Yamahamotogp's @Valeyellow46
confirms he will be racing in @MotoGP
until the end of 2016 – that's two and a half
more years of #TheDoctor! #MotoGP
#UnleashTheBeast

Load more comments

**akbarusd** Go Vale

**joe_breeden17** Cheers @louismeade

**dom.massauro** Can I have a shout out

**ricnaylor12** Rossi = GOD

**hudershrzi** @joey_nye ^ read that
comment and tell me what first comes to

**35,340 likes**

JULY 4, 2014

Add a comment...

**Exhibit 33**

**- 9 -**

MEC018854

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 113 of 145



Exhibit 33

- 10 -

MEC018855

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 114 of 145



**Exhibit 33**
- 11 -

MEC018856

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 115 of 145



monsterenergy • Follow

monsterenergy From #UnleashTheBeast to #RideTheBeast #RidemCowboy

bjbaldwin @beandiggityo That's badass.

chelseahahnxo I had to really look at this.. I thought he was filming while on the bull.. I was seriously impressed

two_ts Screw that haha

two_ts Dude that thing has the craziest look in his eye...

lxcxs Wow!!!!

brandonmread Monster sponsers bull riders? So sickkk! Lol

fteussh Hell Fire Fuck Yeah!!

970 likes

MARCH 28, 2012

Add a comment...

**Exhibit 33**
**- 12 -**

MEC018857

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 116 of 145



**Exhibit 33**
**- 13 -**

MEC018858

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 117 of 145



**Exhibit 33**

**- 14 -**

MEC018860



MEC018863

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 119 of 145



monsterenergy • Follow

**monsterenergy** The weekend is here! Time to #UnleashTheBeast... @jerryzaiden & @camburgracing know what we mean!!!

Load more comments

**interesting_and_awkward** Sick

**alsaadi1983** EPIC

**rallii1** Hello do you want a shoutout tag you're extreme pics with @daily_extreme and #daily_extreme and your in a competion to be the profile picture!!!

**luch.v** @brenna_cerri

**zach_hodge1129** Nice!!

**hk2255** Great 👍

25,807 likes

SEPTEMBER 7, 2013

Add a comment... •••

Exhibit 33
- 16 -

MEC018864

Case 2:17-cv-01605-KJM-JDP Document 41-7 Filed 10/04/18 Page 120 of 145



Exhibit 33
- 17 -

MEC018865

  

**Instagram**  🔍 Search





monsterenergy ✔ • Following

**monsterenergy** How will you #UnleashTheBeast this weekend? 🚵: @connorahoyhoy

Load more comments

**j0a0mira** Awesome

**rolek611** His eyes😂

**jluisrg0429** @veganavarro09

**felipelr87** Ahhh no mk

**quarta3** ☃️😊☐☐

**extreme_city** 😺☐

**faridalfarezky** Henk request hayang siga kiyeu 😵 @hendiahenk

**hendiahenk** @faridalfarezky gampang ngedit mah. Gayana heula jiga kitu bisa teu

**mikemphotos** @Speedshield

**speedshield** That's exactly what I did this

80,431 views

MARCH 24, 2017

Add a comment...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS

PRIVACY   TERMS   DIRECTORY   PROFILES   LANGUAGE

© 2018 INSTAGRAM

MEC018870

2/5/2018     Monster Energy on Instagram: "The weekend's here! How will you unleash your inner beast? #unleashthebeast" • Instagram

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 122 of 145

 Instagram     🔍 Search



 **monsterenergy** ✔ • Following

**monsterenergy** The weekend's here! How will you unleash your inner beast?
#unleashthebeast

Load more comments

**matysmarmo** @marcus_launay facile

**steverow11** @jhandley21 that you?

**jhandley21** @steverow11 as stupid as it sounds, it is more likely to be nick 😂

**claitoncali** @igorpmarcon

**claitoncali** @igorpmarcon

**35,442 likes**

MARCH 11, 2016

Add a comment...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS

PRIVACY   TERMS   DIRECTORY   PROFILES   LANGUAGE

© 2018 INSTAGRAM

Instagram      [Search]        





**monsterenergy** ✔ • Following

**monsterenergy** Who is ready to see @thenotoriousmma #UnleashTheBeast in #UFC189?! #IAmNotorious #🐾

Load more comments

**horseshatsandhangovers** I like it!!!

**sophiiae93** 🍀🍀

**spud_fct** Get him Conor 🍀🍀🐾IE

**katiavolf** Lindo!!!!

**katiavolf** 👊💥

**fun_size_boiiii** Conor beat dat ass

**denizilbay** @ozi_cgn

**marselio777** @kudesneg !!!

**paintmarvels** Great pic!!

**yhea.a** @lord_kieran123 ABDUL CUS CUS

**lord_kieran123** @James

**32,649 likes**

JULY 10, 2015

Add a comment...     •••

**Exhibit 33**

**- 20 -**

MEC018875

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 124 of 145

    





**monsterenergy** ✔ • Following

**monsterenergy** It's time to #UnleashTheBeast! We want to know... What is your flavor of choice today?

Load more comments

**mozzarella42** Original

**lachlan_garofalo** Import

**paolo536** Ultra zero

**idylan95** Original, Ultra Zero, Rehab

**riding_through_the_sunset** Zero ultra

**e.j.20_** Original, the doctor en assault !

**e.j.20_** *and

**brendensisco** The original all the way😍

**edvinfridman** Hälja @axeljacobsson32

**danielissaq** Assault and rehab

**ben.redge** Kaos

46,113 likes

APRIL 29, 2015

Add a comment...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS

PRIVACY   TERMS   DIRECTORY   PROFILES   LANGUAGE

© 2018 INSTAGRAM

MEC018882

  

Instagram      🔍 Search





**monsterenergy** ✓ • Following

**monsterenergy** It's #SundayFunday... Who is ready to #UnleashTheBeast? 🐾

Load more comments

**d.campanholo** @c.justo de uns dias pra ca resolvi fazer rally aqui no egito, só de boa, cola ai..

**8red_sky** Great pic

**gavthegreat0000** @itzmety1997

**limaooo** Segue ai @pikdagalaxia

**anthony_francis_dj** Siiiiick!

**mauri_grimau** @franco_mod_80 mira q fotón

**davidlamay** @campbell_racing

**jethrotasmer** Awesome

**justin_linney** Go you halves in one of these @dbrennan7

♡    💬                 🔖

**47,010 likes**

MARCH 29, 2015

Add a comment...          •••

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS

PRIVACY   TERMS   DIRECTORY   PROFILES   LANGUAGE

© 2018 INSTAGRAM

Case 2:17-cv-01605-KJM-JDP    Document 41-7    Filed 10/04/18    Page 126 of 145

| Search | | Sign Up | Log In |



## monsterenergy   [ Follow ]

**3,997** posts     **4.4m** followers     **1,056** following

**Monster Energy** Watch @axellhodges in #Slayground2:
youtu.be/_YGviuj-EpY



36.3k
24

**Exhibit 33**
**- 23 -**

MEC018939



**Exhibit 33**
**- 24 -**

MEC018940



ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS

PRIVACY    TERMS    DIRECTORY    PROFILES    LANGUAGE

© 2018 INSTAGRAM

# EXHIBIT 34





☰ YouTube | Search | 🔍 | ⬆ | Sign in

## Monster Energy ☑

▶ Subscribe | 1,247,080



**Home**   Videos   Playlists   Channels | Discussion   About  🔍

▶ (video player)

**Alex Donnachie | ASCENT**
147,092 views · 1 month ago

For the past year, Alex Donnachie has travelled the world with legendary producer Richard Forne in search of the most unique and tasking set ups suited to his style of BMX Street riding. Packed full of bangers and NBD's, ASCENT is Alex's most ridiculous edit to date and are proud to share it with you.

Check out and interview with Alex about the project over at http://www.MonsterEnergy.com

### Featured Channels


Monster Army
Subscribe


Hoonigan Racing Di...
Subscribe

### Related channels


Red Bull ☑
Subscribe


Monster Energy Sup...
Subscribe


1320video ☑
Subscribe


TheHoonigans ☑
Subscribe


GoPro Motorsports
Subscribe


TwitchThis1
Subscribe

### Doonies

  

| 8:29 | 8:35 | 13:27 |

**Monster Energy - The Doonies**
Monster Energy ☑
2,080,281 views · 1 year ago

**Monster Energy - #Doonies2 [Official 4K]**
Monster Energy ☑
15,296,025 views · 1 year ago

**Monster Energy - #Doonies3 [Official HD]**
Monster Energy ☑
1,250,166 views · 2 months ago

### Uploads

 9:27

**Dirt Shark - 2017 Indianapolis Supercross**
1 day ago · 30,804 views
Dirt Shark lurked to the East Coast to get caught up on all the BTS drama and action at the 2017 Monster Energy Indianapolis Supercross.

6:03

**2017 PBR IRON COWBOY - DALLAS, TEXAS**
1 week ago · 34,166 views
Take a trip with Monster Energy behind the scenes of the 2017 PBR Iron Cowboy in Dallas Texas.

 2:35

**Monster Energy - Toyota BMX Triple Challenge | Atlanta**
2 weeks ago · 15,643 views
The third and final stop of the 2017 Toyota BMX Triple Challenge hit the Party In the Pits before the gates dropped at the Monster Energy Supercross in the Georgia Dome. With...

Skip navigation

**Searching For**
2 weeks ago · 16,761 views
Last Winter Ethan Morgan, Simon Gruber and Halldor Helgason got together to spent a month living in RV and driving from Italy to Austria, from Swiss to France searching for the best...

**Exhibit 34**
**- 1 -**

MEC017181

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 131 of 145

☰  | Search | 🔍 | ⬆ | Sign in



3:28

Show more

**Valentino Rossi: The Doctor**

Everybody knows Valentino Rossi as an icon of motorcycle racing but what is it like to wear his shoes? To deal with expectation, spotlight, judgement and the constant pressure of being an athlete whose name...

   

Valentino Rossi: The Doctor - Series TRAILER
Monster Energy ✔
239,405 views • 10 months ago

Valentino Rossi: The Doctor Series Episode 1/5
Monster Energy ✔
1,752,107 views • 10 months ago
CC

Valentino Rossi: The Doctor Series Episode 2/5
Monster Energy ✔
891,759 views • 9 months ago
CC

Valentino Rossi: The Doctor Series Episode 3/5
Monster Energy ✔
1,086,119 views • 9 months ago
CC

**Popular uploads**

   

Monster Energy - #Doonies2 [Official 4K]
15,296,025 views • 1 year ago

Motorcycle vs. Car Drift Battle 3 [Full HD]
14,582,470 views • 3 years ago

Monster Energy: Ballistic BJ Baldwin Recoil 2 - Unleashed in...
13,520,611 views • 2 years ago
CC

Monster Energy: Ballistic B.J. Baldwin - #RECOIL
13,313,148 views • 3 years ago

**Dirt Shark**

#TeamDS #Lurking

   

Dirt Shark - 2017 Indianapolis Supercross
Monster Energy ✔
30,804 views • 1 day ago

Dirt Shark - 2017 Oakland Supercross
Monster Energy ✔
113,858 views • 1 month ago

Dirt Shark- 2017 Winter X Games
Monster Energy ✔
61,241 views • 1 month ago

Dirt Shark - 2017 San Diego Supercross
Monster Energy ✔
146,251 views • 2 months ago

**Monster Girls**

#MonsterGirls #MonsterGirlMonday

   

Monster Energy Girls Try Military Food
Monster Energy ✔
188,842 views • 1 year ago

Dianna Dalhgren Hits the Arenacross UK Tour
Monster Energy ✔
81,591 views • 1 year ago
CC

Dirt Shark -2016 Glendale Supercross
Monster Energy ✔
240,473 views • 1 year ago

Dirt Shark – 2016 Winter X Games
Monster Energy ✔
120,654 views • 1 year ago

**Grounded - Kaitlyn Farrington**

Skip navigation

**Exhibit 34**
**- 2 -**

MEC017182

Case 2:17-cv-01605-KJM-JDP   Document 41-7   Filed 10/04/18   Page 132 of 145



Hooning With BJ Baldwin - Kaitlyn Farrington "Grounded EP...
Monster Energy ✓
85,970 views • 1 year ago

Indoor Skydiving & Wakeboarding – Kaitlyn Farrington "Grounded E...
Monster Energy ✓
27,768 views • 1 year ago

Rallying With Ryan Millen - Kaitlyn Farrington "Grounded EP...
Monster Energy ✓
38,041 views • 1 year ago

UTV Off-Roading & Sandboarding – Kaitlyn Farrington "Grounded E...
Monster Energy ✓
35,917 views • 1 year ago

About   Press   Copyright   Creators   Advertise   Developers   +YouTube

Terms   Privacy   Policy & Safety   Send feedback   Test new features

MEC017183





**Exhibit 34**
**- 4 -**

MEC017184



**Exhibit 34**
**- 5 -**

MEC019225



**Exhibit 34**
**- 6 -**

MEC019226



**Exhibit 34**
**- 7 -**

MEC012690



2

**Exhibit 34**
**- 8 -**

MEC012691



**Exhibit 34**
**- 9 -**

MEC012692

# EXHIBIT 35

⎵ Menu             socialbakers-hat                              Login

# Facebook statistics - Brands



| Brands ⌄ | in | Select Country |
|----------|----|----------------|

## Largest Audience

### Red Bull



Total fans

# 48 974 990

### Samsung Mobile



MEC019218



Total fans

43

## Oreo



Total fans

# 43 113 898

# Fastest-Growing Brands Pages

Last Day







MEC019219



**Downtown Filmes**

**+300 603 Fans** ↑

**State Bank of…**

**+50 499 Fans** ↑

**LG India**

**+49 670 Fans** ↑



**Castelo de…**

**+39 967 Fans** ↑

**LG España**

**+38 418 Fans** ↑

**VIDEO BENCHMARKS**

Prove Your Facebook Videos Are Outperforming the Market

Try Video Benchmarks

# Facebook Pages Stats



|   |   |   | Total Fans |
|---|---|---|---|
| 1 | | Red Bull GLOBAL | 48 974 990 |
| 2 | | Samsung Mobile GLOBAL | 43 412 327 |

MEC019220



| 3 | Oreo GLOBAL | 43 113 898 |
| 4 | Microsoft Lumia GLOBAL | 41 295 629 |
| 5 | Nike Football GLOBAL | 40 194 174 |
| 6 | Starbucks GLOBAL | 37 241 009 |
| 7 | Walmart UNITED STATES | 34 081 605 |
| 8 | Nike GLOBAL | 29 876 169 |
| 9 | Amazon.com UNITED STATES | 28 605 939 |
| 10 | Monster Energy GLOBAL | 26 338 782 |

Show More Brands Facebook Pages

# Glossary & Metrics Overview

### Total Fan Count

The sum of all Fans of a particular Facebook Page

### Local Fan Count

The number of Fans of a monitored Facebook Page by location

# Current Facebook Statistics

MEC019221

Here you can find the **statistics of the top Brands pages sorted according to tag brands for the year 2018**. Take a look at pages that have the most **'Fans' on Facebook**. **The most 'liked' page** is Red Bull. If you would like to monitor a specific **Facebook page**, please use our Facebook monitoring tool.

# What is a Facebook Page?

A Facebook Page is a page you can create on Facebook for everything you find interesting or want to promote or represent – your business, your favorite car, your favorite food – whatever you want.

# What is Facebook Monitoring?

Facebook monitoring is the use of Socialbakers Suite to process gathered data from Facebook. This means posting, responding, and engaging with your Facebook community and then analyzing the results and the results of others.

# What is the Process of Facebook Monitoring?

Facebook monitoring is used for analysis of your Fan Pages and websites users' online activities through Facebook plug-ins. It is used like Google Analytics, but for Fan Pages.

˅ See More

# Facebook Pages Monitoring

On this page you will find the currently monitored brands that have Facebook Pages. Note that we are listing all of the countries according to specific tags. If you didn't find what you were looking for, try using our search on the left to find a specific Facebook Page. If you would like to gain valuable insights of these Facebook Pages or others, please use our Facebook monitoring tool.

**Exhibit 35**
**- 5 -**

MEC019222

**Platform** ☐

**Free Tools** ☐

**News & Insights** ☐

**Statistics** ☐

**Company** ☐

Socialbakers © 2018 All Rights Reserved

Terms & Conditions    Privacy Policy    Legal    Cookies    Status Overview

