Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**DECLARATION OF MATTHEW S. BELLINGER IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Kimberly J. Mueller<br><br>Date:        November 2, 2018<br>Time:       10:00 a.m.<br>Location:  Courtroom 3 |

I, Matthew S. Bellinger, hereby state and declare as follows:

1. I am a partner in the law firm Knobbe, Martens, Olson & Bear, LLP, and I am counsel of record for Plaintiff Monster Energy Company ("Monster") in the above-captioned action. I submit this Declaration in support of Monster's Motion for Summary Judgment. If called upon to do so, I could and would competently testify to the following:

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the first deposition of Robert Waelty, Defendant's 30(b)(6) representative, taken on January 25, 2018 in connection with this action.[1]

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Defendant in this case, which was marked as Exhibit 2 to the deposition of Robert Waelty taken on January 25, 2018.

4. Attached hereto as Exhibit 3 are true and correct copies of photographs of Defendant's BeastUp energy drink can, which were marked as Exhibit 4 to the deposition of Robert Waelty taken on January 25, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of a printout of Defendant's Facebook post, which was marked as Exhibit 10 to the deposition of Robert Waelty taken on January 25, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of a printout of Defendant's Facebook post, which was marked as Exhibit 11 to the deposition of Robert Waelty taken on January 25, 2018.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts of the deposition of Jesse Waelty, taken on May 18, 2018 in connection with this action.

---

[1] Pursuant to Local Rule 133(j), 250.1, and 260(e), copies of the full transcripts of the depositions of Robert Waelty and Jesse Waelty will be submitted via hard copy to the Court's chambers along with courtesy copies of this filing. Pursuant to Local Rule 133(j), only excerpts of the depositions that are relied upon for Monster's Motion for Summary Judgment are attached hereto as exhibits.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts of Defendant's Supplemental Responses to Monster's First Set of Interrogatories (Nos. 1-12) and Responses to Monster's Second Set of Interrogatories (Nos. 13-16).

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts of Defendant's Supplemental Responses to Monster's First and Second Sets of Interrogatories (Nos. 1-16).

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts of Defendant's Responses to Monster's Third Set of Interrogatories (Nos. 17-25).

11. Attached hereto as Exhibit 10 are true and correct copies of excerpts of Defendant's Amended Responses to Monster's Second Set of Requests for Admission (Nos. 6-204).

12. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Trademark Registration No. 4,584,629 for the mark BEASTUP in International Class 32.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on October 4, 2018, at Irvine, California.

*/s/ Matthew S. Bellinger*
Matthew S. Bellinger

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, I caused the **DECLARATION OF MATTHEW S. BELLINGER IN SUPPORT OF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Eve J. Brown
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI  02903
(401) 273-7171
ejbrown@bartongilman.com

                                                    */s/ Matthew S. Bellinger*
                                                    Matthew S. Bellinger

28930771