# EXHIBIT 1

Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | Case No. 2:17-CV-01605-KJM-EFB |
| Plaintiff, | **EXPERT REPORT OF DR. ITAMAR SIMONSON** |
| v. | |
| BEASTUP LLC, a California limited liability company, | |
| Defendant. | |

**Exhibit 1**

**EXPERT REPORT OF DR. ITAMAR SIMONSON**

1.      I am the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University.  A copy of my curriculum vitae, which includes a complete list of my publications, is attached as Exhibit A.

2.      I hold a Ph.D. in Marketing from Duke University, Fuqua School of Business, a Master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a Bachelor's degree from The Hebrew University with majors in Economics and Political Science.

3.      My field of expertise is consumer behavior, marketing management, trademark infringement from the consumer's perspective, study methods, and human judgment and decision making.  Most of my research has focused on buyers' purchasing behavior, the effect of product characteristics (such as brand name, price, and features), the competitive context, and marketing activities (such as promotions, advertising) on buying decisions, and trademark infringement from the customer's perspective.

4.      I have received several awards, including (a) the award for the Best Article published in the *Journal of Consumer Research* (the major journal on consumer behavior) between 1987 and 1989; (b) The Ferber Award from the Association for Consumer Research, which is the largest association of consumer researchers in the world; (c) An Honorary Doctorate of the University of Paris – Sorbonne Universities; (d) the 1997 O'Dell Award, given for the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (e) the 2001 O'Dell award (and a finalist for the O'Dell Award in 1995, 2002, 2004, 2005, 2007, 2008, and 2012); (f) the award for the Best Article published in the *Journal of Public Policy & Marketing* (the main journal on public policy and legal aspects of marketing) between 1993 and 1995; (g) the 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award; (h)

1

**Exhibit 1**
**- 1 -**

Elected Fellow of the Association for Consumer Research; (i) the 2002 American Marketing Association award for the Best Article in the area of services marketing; (j) I was a winner in a competition dealing with research on the effectiveness of direct marketing programs, which was organized by the Direct Marketing Association and the Marketing Science Institute; and (k) The 2016 Association for Consumer Research Conference Best Paper Award.  In addition to these awards, my research has been widely cited by other researchers in the marketing, consumer behavior, and other fields,[1] and my publication record has been ranked as one of the most prolific and influential.[2]

5.      I have published many articles in my career, which are listed in my attached C.V. Among those are four articles relating to trademark surveys.  Two of those articles were published in the *Trademark Reporter*: "The Effect of Survey Method on Likelihood of Confusion Estimates:  Conceptual Analysis and Empirical Test,"[3] and "An Empirical Investigation of the Meaning and Measurement of Genericness."[4]  The third article, which was published in The *Journal of Public Policy & Marketing* and titled "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications,"[5] was selected (in 1997) as the Best Article published in that journal between 1993 and 1995.  I have also co-authored a chapter on "Demand Effects in Likelihood of Confusion Surveys," in the ABA-published book

---

[1]   *See, e.g.*, Google Scholar (http://scholar.google.com).

[2]   *See, e.g.*, S. Seggie and D. Griffith (2009), "What does it take to get promoted in marketing academia?  Understanding exceptional publication productivity in the leading marketing journals," Journal of Marketing, 73, 122-132.

[3]   Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

[4]   Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," *Trademark Reporter*, 84 (2), 199-223.

[5]   Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

**Exhibit 1**
**- 2 -**

entitled *Trademark and Deceptive Advertising Surveys*.[6]  My articles and other work pertaining to trademark surveys have been cited by Professor McCarthy and various Courts.[7]

6.       At Stanford University I have taught MBA and executive courses on Marketing Management, covering such topics as buyer behavior, developing marketing strategies, building brand equity, advertising, sales promotions, and retailing.  I also taught an MBA course on Marketing to Businesses and a course on High Technology Marketing.  In addition to teaching MBA courses, I have guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

7.       I have taught several doctoral courses.  One doctoral course examines methods for conducting consumer research.  It focuses on the various stages involved in a research project, including defining the problem to be investigated, selecting and developing the research approach, data collection and analysis, and deriving conclusions.  A second doctoral course that I have taught focused on buyer behavior, covering such topics as buyer decision making processes, influences on purchase decisions, and persuasion.  A third doctoral course that I have taught deals with buyer decision making.  Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley, I taught an MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision making.

---

[6]      Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys," *Trademark and Deceptive Advertising Surveys*, Chapter 11, Shari Diamond and Jerre Swann, Eds., American Bar Association.

[7]      See, for example, 4 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition (September 2007) at §32:174; *Simon Property Group L.P. v. MySimon, Inc.*, 104 F. Supp. 2d 1033; 2000, U.S. Dist. S.D. Indiana;  *Malletier v. Dooney & Bourke, Inc.*, 525 F. Supp. 2d 558, 626, n.210 (S.D.N.Y. 2007); *Kargo Global, Inc. v. Advance Magazine Publishers, Inc.*, "Opinion & Order," 06 Civ. 550 (U.S. SDNY; Aug. 2007); THOIP v. The Walt Disney Co. et al., OPINION AND ORDER, (08 Civ. 6823; S.D. NY; Feb. 2010); *Starbucks Corp. v. Lundberg*, No. CV.02-948-HA, 2005 WL 6036699, at *3 (D. Or. May 25, 2005).

**Exhibit 1**

8.      After completing my MBA studies and before starting the Ph.D. program, I worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last two years as the product marketing manager for two-way communications products.  My work included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor analysis, and (c) sales forecasting.

9.      I have conducted, supervised, or evaluated well over 1,000 marketing research studies, including many related to consumer behavior and information processing, trademark, branding, marketing strategies, and advertising-related issues.  I serve on eight editorial boards, including leading journals such as the Journal of Consumer Research, Journal of Marketing Research, and the Journal of Consumer Psychology.  I am also a frequent reviewer of articles submitted to journals in other fields, such as psychology, decision making, and economics.  I received (twice) the Outstanding Reviewer Award from the *Journal of Consumer Research*.  As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals.  I have also worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics.  And I have served as an expert in prior litigations involving various marketing and buyer behavior issues, class actions, trademark-related matters, false advertising, branding, and other areas.  A list of cases in which I provided sworn testimony during the past four years is included in Exhibit B.  I am being compensated at my standard rate of $800 an hour.

10.     I was asked by counsel for Monster Energy Company to conduct a survey designed to determine whether and to what extent the ⫲ mark ("Claw Icon") on Monster Energy Company's Monster drinks has acquired secondary meaning or distinctiveness. Specifically, the survey reported here was designed to measure the level or degree, if any, to which the Claw Icon mark is associated with energy drinks emanating from the named source "Monster" or a sole, yet anonymous, source.

4

**Exhibit 1**
**- 4 -**

SUMMARY OF CONCLUSIONS

11.     The survey was designed to measure the level or degree, if any, to which the

Claw Icon mark is associated with energy drinks emanating from the named source "Monster"

or a sole, yet anonymous, source.  The survey followed the accepted standards for litigation and

other surveys.

12.     The respondents were over 400 consumers who previously purchased and

expected to purchase an energy drink.  Survey participants were interviewed in twelve research

centers around the country.  Following the standard experimental design, respondents were

randomly assigned to a Test group or a Control group; the only difference between the two

groups was the mark they were asked about.  Those in the Control group were shown instead

the  mark. All respondents were asked if they associated the mark with any particular

company or companies.  If they responded affirmatively, they were asked if they could name

the company/ies.

13.     The survey results indicate that the Monster Claw Icon mark has acquired

secondary meaning and even fame.  Specifically, after subtracting the Control, 67.2% of the

respondents associated the Claw Icon mark with a particular company or companies and then

named Monster.  Furthermore, among those respondents who named just one company,

67.2% (after subtracting the Control) named Monster.

14.     These results indicate that the degree to which the Claw Icon mark is recognized

and uniquely associated with Monster far exceeds the level indicating secondary meaning.

Indeed, the findings indicate that the mark is famous.

5

**Exhibit 1**
**- 5 -**

<u>INTRODUCTION</u>

15.     I was asked to conduct a survey designed to measure the level or degree to which the Claw Icon mark is associated with energy drinks emanating from the named source "Monster" or a sole, yet anonymous, source.  In addition to the standard question regarding an association with a particular, single source, respondents, who indicated that they did associate the logo with a particular company or companies, were also asked to name the company or companies.  Consequently, in addition to secondary meaning, the survey allows us to determine if the tested logo is famous.

16.     The survey employed a standard scientific experimental survey design consisting of two survey cells: (1) a test or experimental survey cell designed to measure secondary meaning, if any, with respect to the Claw Icon mark; and, (2) a control survey cell designed to measure the extent of mismeasurement error (or "noise").  The control survey cell serves as a baseline, similar to a placebo group when a new medication is tested.  Specifically, it provides a measure of the degree to which respondents are likely to report that they associate the Claw Icon mark with an energy drink from the named source Monster or from a single anonymous source, not as a result of the secondary meaning or acquired distinctiveness of the Claw Icon mark for energy drinks; instead, some respondents might name Monster because of other factors such as the survey questions, survey procedures, the market share or brand popularity or some other potential influence on the respondents' answers.

17.     This survey employed a standard mall-intercept methodology. Respondents in the survey were interviewed at shopping centers in 12 locations around the country.  The survey Screener is included in Exhibit C.  The Interviewer Instructions and Supervisor Instructions are in Exhibits D and E.  The two versions of the Main Questionnaire are in Exhibit F.

6

**Exhibit 1**
**- 6 -**

## SURVEY METHODOLOGY

Survey Universe and research Locations

18.     Over 400 respondents participated in the survey.  Participants who qualified for the survey were males and females eighteen (18) years of age and over who met the following specific criteria:

- Within the previous three months had purchased one or more energy drinks, *and* within the subsequent three months were likely to purchase one or more energy drinks;

- Did not, nor does anyone else in their home, work for an advertising agency or marketing research firm; or a retail store or company that makes, sells, or distributes any energy drinks;

- During the previous three months, had not participated in any marketing research surveys, other than a political poll;

- During the previous month, had not heard anything about the subject of any of the interviews being conducted at the mall; and

- If the respondent wore contact lenses or eyeglasses when reading would be willing to wear them during the interview.

19.     Approximately 60% of the respondents were men.  There were three age groups: (a) 18-34 years old = 50% of all participants; (b) 35-54 = 35%; and (c) 55 and over = 15%.  The gender and age quotas were determined based on a previously conducted (energy-drink) secondary meaning survey (see Exhibit D).  The quotas were originally set based upon an Opinion Research Corporation survey conducted in 2011 among a nationally representative telephone sample of approximately two thousand (2,000) respondents eighteen (18) years of age or older across the continental United States.

20.     As indicated, the survey was conducted in 12 research locations.  These locations were as follows:

7

**Exhibit 1**
**- 7 -**

- Northeast:  Brooklyn (NY); Philadelphia (PA); Woodbridge (NJ)

- South:  Baltimore (MD); Dallas (TX); Greensboro (NC)

- Midwest: Akron (OH); Chicago (IL); Detroit (MI)

- West: Aurora (CO); Los Angeles (CA); Phoenix (AZ)

At the beginning of the survey, I personally trained the supervisors in all research locations.


<u>Main Questionnaire</u>

21.    Respondents were first given the following instruction:

"In a moment, I am going to show you a survey exhibit; then I will ask you a couple of

questions.  For each of my questions, if you don't know or don't have an answer, please

don't guess.  Just tell me you "don't know" or "don't have an answer" and we'll go on to

the next question."

22.    Respondents were next shown one of two cards: the "test" (Claw Icon) logo or

the "control" logo (see cards in Exhibit G).  They were told:

Please look at the symbol on this card.  Please take as much time as you like and let me

know when you are ready to continue.

…

Now, thinking about energy drinks, Do you associate the symbol on this card with energy

drinks from any particular company or companies?

23.    Respondents who answered "Yes," were next asked:

"What company or companies?"

24.    Those respondents who initially indicated that they associated the symbol with

energy drinks from one particular company or companies, but then answered "Don't know"

when asked to identify the company or companies, were asked:

"Again, thinking about energy drinks… Do you associate the symbol on this card with

energy drinks from one company or more than one company?"

**Exhibit 1**
**- 8 -**

25.     At the conclusion of the interview, all respondents (and interviewers) completed the Certification form.  In the form, they were also asked to provide their telephone numbers, which were later used for the validation surveys.  Respondents received $5 for their survey participation.

<u>Analysis and Validation</u>

26.     A total of 409 interviews were conducted, between September 29th and October 6th 2016.  The study's implementation was managed and supervised by Target Research Group, a highly experienced survey research firm.  Consistent with litigation survey standards, a full validation survey was conducted by an independent research firm, Field Solutions (located in Florida).  The research firm was able to reach 333 respondents (81%), a validation rate that exceeds industry and litigation survey standards.  No discrepancies were found in the validation survey.  Accordingly, the final, tabulated sample includes 409 respondents, including 206 in the Test group and 203 in the Control group.

<u>SUMMARY OF FINDINGS</u>

27.     The complete study results are presented in Exhibit H.  Exhibit I includes an Excel file that presents the coded answers of all respondents.  The codebook, which can be used to identify the meaning of each code (in Exhibit I), is included in Exhibit J.  Exhibit K presents the open-ended (verbatim) responses.  In this section I will review key findings and discuss their implications (additional findings are included in Exhibits H, I, and K).

28.     Consistent with the screening criteria, 60% of the respondents were men (Table 5 in Exhibit H).  As to age, half the respondents were between the ages 18 and 34, 35% were between 35 and 54 years old, and the rest were 55 or older.

29.     In response to the question whether they associated the symbol shown to them with a particular company or companies, 92.7% of those in the Test group (shown the Claw-Icon logo) and 30.5% of those in the Control group answered Yes (Table 5 in Exhibit H).  When

9

**Exhibit 1**
**- 9 -**

asked to name the company/ies, 85.4% of the entire Test group (Table 7) named "Monster" (or similar).  By contrast, only 18.2% of those in the Control group named Monster.  The difference between the two groups = 67.2%.

30.     We can also examine separately only those respondents who mentioned just one company (Table 9 in Exhibit H).  In the Test group, 82.5% of all respondents mentioned just one company and that company was Monster.  By contrast, in the Control group, only 15.3% of the respondents mentioned just one company and that company was Monster.  The difference between these two figures is 67.2%.

Conclusions

31.     Although the initial objective of the survey was to test whether the Monster Claw Icon logo has acquired secondary meaning and distinctiveness, the survey results go further than that and also inform us about fame.  Specifically, the survey results show that the logo's awareness level goes far beyond mere secondary meaning and indicates that the Monster logo is famous.

Date:  6/18/2018

*I. Simonson*
_____
Itamar Simonson, Ph.D.

10

**Exhibit 1**
**- 10 -**

# EXHIBIT A

Exhibit 1
- 11 -

Itamar Simonson

**ADDRESSES**                                                                    June  2018

Home:                                                         Office:
 1561 Newlands Ave.                            Graduate School of Business
 Burlingame, CA 94010                          655 Knight Center, Stanford University
 (650) 343-3320                                Stanford, CA 94305-5015
 Cell: (650) 387-7677                              (650) 725-8981
 itamar.simonson@gmail.com                     itamars@stanford.edu

**EDUCATION**

| | |
|---|---|
| Ph.D. | Duke University, Fuqua School of Business<br>Major: Marketing;  May 1987 |
| M.B.A. | UCLA,  Graduate School of Management<br>Major: Marketing;  March 1978 |
| B.A. | Hebrew University, Jerusalem, Israel<br>Major: Economics, Political Science;  August 1976 |

**ACADEMIC POSITIONS**

| | |
|---|---|
| July 1987 - June 1993 | University of California, Berkeley<br>Haas School of Business<br>Assistant Professor |
| July 1993 – Aug. 1996 | Stanford Graduate School of Business<br>Associate Professor of Marketing |
| Sept. 1996 – Aug. 1999 | Stanford Graduate School of Business<br>Professor of Marketing |
| Sept. 1999 –    Present | Stanford Graduate School of Business<br>Sebastian S. Kresge Professor of Marketing |
| 1994 – 2000 | Stanford Graduate School of Business<br>Marketing Group Head |
| 2000, 2004, 2012 | Visiting Professor of Marketing: MIT; NYU; Columbia |

1

**Exhibit 1**
**- 12 -**

**AWARDS**

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.

- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).

- The 2001 O'Dell Award.

- Honorary Doctorate: University of Paris II – Sorbonne Universities.

- The American Marketing Association Best Book in Marketing Award.

- Elected Fellow of the Association for Consumer Research.

- The 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award.

- Finalist for the O'Dell Award:  1995;  2002;  2004;  2005;  2007;  2008; 2012.

- Best Article in the *Journal of Public Policy & Marketing*  during the period 1993-1995.

- The 2016 Association for Consumer Research Conference Best Paper Award.

- The 2002 American Marketing Association Award for the Best Article on Services Marketing.

- The Association for Consumer Research 1990 "Ferber Award."

- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).

- Runner-up for the 2005 *Journal of Consumer Research* Best Article Award.

- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."

- Runner-up for the 1993 *California Management Review* Best Article Award.

- National Science Foundation Grant (for 1996-8).

- Outstanding Reviewer Award, *Journal of Consumer Research*, 2005, 2009.

- Honorable Mention for the Sloan Executive Program Teaching Award.


**TEACHING EXPERIENCE**

<u>Stanford University</u>:

     Marketing Management  (for MBAs and the Sloan Executive Program)

     Marketing to Businesses (for MBAs);  Technology Marketing  (for MBAs)

     Critical Analytical Thinking (for MBAs)

     Research Methods for Studying Consumer Behavior  (a Ph.D. Course)

     Behavioral Decision Making  (a Ph.D. Course)

     Consumer Behavior (a Ph.D. course)

<u>University Of California, Berkeley</u>:

     MBA, Ph.D. and Executive Education Classes on Marketing Management and Consumer Behavior.

**Exhibit 1**
**- 13 -**

**BUSINESS EXPERIENCE**

October 1978-August 1983     Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting.  Conducted studies of markets for various communications products.  Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from a wide range of industries such as technology, communications, services, and manufacturing sectors.
Expert witness assignments: trademark infringement, deceptive advertising, surveys, consumer behavior, marketing management, branding, retailing, distribution, assessment of demand drivers and feature value, and other marketing issues.

**PUBLICATIONS**

Itamar Simonson (2018), "Understanding Consumer Choices Involving Environmental and Utilitarian Attributes: The Role of Dimensional Comparability and Compromisibility," *Journal of Environmental Analysis & Ecology Studies*, in press.

Itamar Simonson and Ran Kivetz (2018), "Bringing (Contingent) Loss Aversion Down to Earth – A Comment," *Journal of Consumer Psychology*, In press.

Itamar Simonson, Aner Sela, and Sanjay Sood (2017), "Preference-Construction Habits: The Case of Extremeness Aversion," *Journal of the Association for Consumer Research*, 2, 3, 322-332.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2017), "Comparison Focus: The Asymmetric Impact of Context Effects on Advantaged versus Disadvantaged Options," *Journal of Marketing Research* (forthcoming).

Itamar Simonson (2016), "Imperfect Progress: An Objective, Quality Assessment of the Role of User Reviews in Consumer Decision Making," *Journal of Consumer Research*, 42, 840-845.

Itamar Simonson (2016), "The Construction of the Consumer Decision Making Field by Jim Bettman – The Case of Preference Construction," in *Legends in Consumer Behavior*, I. Simonson, editor.

Leilei Gao and Itamar Simonson (2016), "The positive effect of assortment size on purchase likelihood: The moderating influence of decision order," *Journal of Consumer Psychology*, 26, 542-549.

Itamar Simonson (2015), "Mission (Largely) Accomplished:  What's Next for Consumer BDT-JDM Researchers?" *Journal of Marketing Behavior*, 1, 9-35.

3

**Exhibit 1**
**- 14 -**

Itamar Simonson (2015), "The BDT Effect and Future:  A Reply to John Lynch and Norbert Schwarz" *Journal of Marketing Behavior*, 1, 59-73.

Itamar Simonson (2014), "Vices and Virtues of Misguided Replications:  The Case of Asymmetric Dominance," *Journal of Marketing Research*; 51 (4), 514-9.

Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

Itamar Simonson and Emanuel Rosen (2014), "What Marketers Misunderstand About Online Reviews," *Harvard Business Review*, January, 23-5.
(*HBR Blog*:  "Three Long-Held Concepts Every Marketer Should Rethink," January 22, 2014)

Leilei Gao, YanLiu Huang, and Itamar Simonson (2014), "The Influence of Initial Possession Level on Consumers' Adoption of A Collection Goal: A Tipping Point Effect," *Journal of Marketing,* 78, 143-156.

Aner Sela, Itamar Simonson, and Ran Kivetz (2013), "Beating the Market: The Allure of Unintended Value," *Journal of Marketing Research*, Vol. L (December), 691-705.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Comparison Selection: An Approach to the Study of Consumer Judgment and Choice," *Journal of Consumer Psychology*, 23(1), 137-149.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Directions for Judgment and Decision Making Research Based on Comparison Selection:  Reply to Arkes, Johnson, and Kardes," *Journal of Consumer Psychology*, 23(1), 161-3.

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," Ch. 11 in *Trademark and False Advertising Surveys*, Edited by Shari Diamond and Jerre Swann, American Bar Association.

Thomas Kramer, Michal Maimaran, and Itamar Simonson (2012), "Asymmetric Option Effects on Ease of Choice Criticism and Defense," *OBHDP*, 117, 179-91.

Michal Maimaran and Itamar Simonson (2011), "Multiple Routes to Self Versus Other-Expression in Consumer Choice," *Journal of Marketing Research*, August, 755-66.

Itamar Simonson and Aner Sela (2011), "On the Heritability of Consumer Decision Making:  An Exploratory Approach for Studying Genetic Effects on Judgment and Choice," *Journal of Consumer Research*, 37, 951-66.

Stephen Nowlis, Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 40 (4), 725-737.

Chezy Ofir, Itamar Simonson, and Song-Oh Yoon (2009), "The Robustness of the Effects of Consumers' Participation in Market Research: The Case of Service Quality Evaluations," *Journal of Marketing*, 73 (November), 105-14.

Aimee Drolet, Mary Frances Luce, and Itamar Simonson (2009), "When Does Choice Reveal Preference? Moderators of Heuristic vs. Goal Based Choice," *Journal of Consumer Research*, 36 (1).

Itamar Simonson (2008), "Regarding Inherent Preferences," *Journal of Consumer Psychology*, 18, 191-196.

**Exhibit 1**
**- 15 -**

Itamar Simonson (2008), "Will I Like a 'Medium' Pillow?  Another Look at Constructed and Inherent Preferences," *Journal of Consumer Psychology*, 18, 155-169.

Song-Oh Yoon and Itamar Simonson (2008), "The Context of Construction as a Determinant of the Strength and Stability of Consumer Preferences," *Journal of Consumer Research*, 35, September, 324-336.

Itamar Simonson (2007), "Decision Making," *Encyclopedia of Social Psychology*; Sage.

Jonah Berger, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions, Choice, and Experience," *Marketing Science*, 26, July-August, 460-72.

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson (2007), "Preference Fluency in Choice," *Journal of Marketing Research*, XLIV, 347-356.

Chezy Ofir and Itamar Simonson (2007), "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience," *Journal of Marketing Research*, February, 164-174.

Ray Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2007), "Racial Preferences in Dating," *Review of Economic Studies*, 75, 1, 117-132.

Raymond Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2006), "Gender Differences in Mate Selection: Evidence from a Speed Dating Experiment," *Quarterly Journal of Economics*, 121 (2), 673-697.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," *Journal of Marketing*, 69 (January), 32-45.

Itamar Simonson (2005), "In Defense of Consciousness:  The Role of Conscious and Unconscious Inputs in Consumer Choice," *Journal of Consumer Psychology*,15(3), 211-217.

Donnel Briley, Michael Morris, and Itamar Simonson (2005), "Cultural Chameleons: Biculturals, Conformity Motives, and Decision Making," *Journal of Consumer Psychology*, 15 (4), 351-362.

Uptal Dholakia and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24, 206-17.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," *Organizational Behavior and Human Decision Processes*, 95 (November), 156-74.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," *Journal of Consumer Research*, 31 (December), 681-90.

Ran Kivetz and Itamar Simonson (2003) "The Idiosyncratic Fit Heuristic: The Role of Effort Advantage in Consumer Response to Loyalty Programs," *Journal of Marketing Research*, 40 (November), 454-67.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing?  Value Assessment and Decision Dynamics in Online Auctions," *Journal of Consumer Psychology*, 13(1&2), 113–123.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," *Journal of Marketing Research*, 40 (May), 146-60.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," *Journal of Consumer Research*, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge:  Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," *Journal of Marketing Research*, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38 (May), 170-82.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, and Stephen Nowlis (2001), "Consumer Research: In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," *Journal of Consumer Research*, 27 (September), 157-178.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," *Marketing Letters*, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9(1), 1-17.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," *Journal of Marketing Research*, 37(4), 427-48.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making:  Unconventional Consumer Choices Based on Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," *Journal of Retailing*, 75(3), 347-70.

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes:  Highlighting Versus Balancing" *Journal of Marketing Research*, 36 (February), 29-44.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," *Marketing Letters*, 10(2),107-112.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," *Journal of Consumer Psychology*, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.

Joel Huber, ..., and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect: Maximizing Experienced Utility," *Marketing Letters*, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.

6

**Exhibit 1**
**- 17 -**

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

Itamar Simonson, "Shoppers' Easily Influenced Choices," *NY Times*, 11/6/1994.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," *Trademark Reporter*, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice," *Marketing Science*, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," *California Management Review*, 35 (4), 68-84.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing Science*, 12 (4), 357-377.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reasons-Based Choice," *Cognition*, 49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," *Management Science*, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase Decisions," *Journal of Consumer Research*, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to Decision Errors", *Organizational Behavior and Human Decision Processes*, 51 (3), 416-446.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and Extremeness Aversion," *Journal of Marketing Research*, 29 (August), 281-295.

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques for Reducing Commitment to Losing Courses of Action," *Journal of Applied Psychology*, 77 (4), 419-426.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer Preferences," *Journal of Marketing Research*, 29 (November), 430-440.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference for Happy Endings," *Journal of Behavioral Decision Making*, 4(4), 273-282.

7

**Exhibit 1**
**- 18 -**

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their Tastes", *Marketing Letters*, 2, 1, 5-14.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," *Journal of Marketing Research*, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14, 566-78.

**ARTICLES  UNDER  REVIEW/REVISION**

Franklin Shaddy, Ayelet Fishbach, and Itamar Simonson (2016), "Distinctions without a difference: How seemingly unrelated choice effects all reflect the willingness-to-make tradeoffs."

Haiyang Yang, Ziv Carmon, and Itamar Simonson, "The Preference for Practical Knowledge: Its Conceptualization, Measurement, and Ability to Predict Consumer Behaviors."

Wendy Liu and Itamar Simonson, "Shortlisting – Not Overwhelmed But Biased."

Aner Sela and Itamar Simonson, "The Feeling of Preference: Preference Expression in the Absence of Preferences."

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2017), "Single Option Aversion."

**Doctoral Dissertations Chaired:**

Ravi Dhar (Chaired Professor, Yale U.)
Aimee Drolet (Chaired Professor, UCLA)
Stephen Nowlis (Chaired Professor, Washington U., St. Louis)
Ziv Carmon (Chaired Professor, INSEAD)
Ran Kivetz (Chaired Professor, Columbia U.)
Donnel Briley (Professor, U.O. Sydney)
Thomas Kramer (Tenured Associate Professor, U.O. South Carolina)
Wendy Liu (Tenured Associate Professor, U.O. Calif., San Diego)
Sanjay Sood (Tenured Professor, UCLA)
Song-Oh Yoon (Assistant Professor, Korea U.)
Michal Maimaran (Clinical Assistant Professor, Kellogg School)
Leilei Gao (Assistant Professor, Chinese University, Hong Kong)
Aner Sela (Assistant Professor, U. O. Florida)
Jonah Berger (Tenured Associate Professor, Wharton School, U.O. Penn.)

**EDITORIAL ACTIVITIES**

<u>Editorial Boards</u>:  *Journal of Marketing Research, Journal of Consumer Psychology, Journal of Marketing, Journal of Consumer Research, Journal of Behavioral Decision Making, International Journal of Research in Marketing, Journal of Marketing in Emerging Economies, Marketing Letters*, *Journal of Academy of Marketing Science*, *Review of Marketing Research*.

<u>Reviewer</u> for *Marketing Science, Journal of Economic Behavior and Organization, Science, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, California Management Review, Journal of Economic Psychology*, *European Journal of Social Psychology, Journal of Judgment and Decision Making, Medical Decision Making,* and National Science Foundation.

**PROFESSIONAL AFFILIATIONS**

> Association for Consumer Research
> Judgment and Decision Making Society
> American Psychological Society

9

**Exhibit 1**
**- 20 -**

# EXHIBIT B

**Exhibit 1**
**- 21 -**

EXHIBIT B

Cases in which Dr. Itamar Simonson Testified as an Expert at Trial or by Deposition in the Past
Four Years

1. GeoTag, Inc. v. AT&T et al. (Nor. Dist. of Texas, Dallas Div.; 2:10-CV-57O)
(deposition)

2. Whirlpool Corp. Front-Loading Washer Products Liability Litigation (Nor. Dist.
Ohio; 1:08-wp-65000; MDL 2001) (trial)

3. SRI International, Inc. v. Cisco Systems, Inc. (US Dist. of Del., 13-1534)
(deposition)

4. Fage Dairy Processing Industry, S.A. v. General Mills, Inc. (Nort. Dist. of NY;
6:11-cv-01174) (deposition)

5. Fox Broadcasting Company et al. v. Dish Network (Cent. Dist. of CA; 12-04529)
(deposition)

6. Skye Astiana et al. v. Kashi Company (South. dist. of CA; 11-CV-1967-HBGS)
(deposition)

7. Bank of America v. Trilegiant Corp. & Affinion Group (Arbitration, Reference #
01-14-0000-4517) (Arbitration testimony)

8. Larry Butler et al. v. Sears, Roebuck and Co. (Nor. Dist. of IL, Eastern Div., 06-
CV-7-23) (Deposition)

9. Car Freshner v. Exotica Fresheners (SDNY; 14-CV-391) (Trial)

10. Laura McCabe et al. v. Six Continents Hotels, Inc. (No. Dist. of CA, SF Div.,  12–
cv–04818 NC) (deposition).

11. RPI v. Apple Inc. (No. Dist. of NY, Albany Div.; 1:13-CV-633) (deposition)

12. WNET, ABC et al. (Broadcast networks) v. Aereo, Inc. (SDNY; 12-cv-1540)

13. Western Sugar Cooperative et al. v. Archer-Daniels-Midland Company et al.
(Cent. Dist. of CA, CV11-3473-CBM) (Trial)

14. Sazerak Company, Inc. v. Fetzer Vineyard, Inc. (N. D. of CA; 3:15-cv-04618)
(trial)

15. Lena Thodos et al. v. Nicor, Inc. et al. (Circuit Ct. of Cook County, IL, Chancery
Div.; 11 CH06556) (Deposition).

16. Christopher Corcoran et al. v. CVS Pharmacy (Nor. Dis. of CA; 15-CV-3504)
(deposition)

17. Intellectual Ventures II v. AT&T Mobility et al. (Dist. of Del.; 13-cv-1631)
(Deposition)

- 1 -

**Exhibit 1**
**- 22 -**

18. Lights Out Holdings and Shawne Merriman v. Nike, Inc. (South. Dist. Of CA, 3:14-cv- 00872-JAH-NLS) (Deposition)

19. Koninklijke Philips Electronics N.V. v. Hunt Control Systems (Dist. of NJ, 11-03684) (Trial).

20. Valador, Inc. v. HTC Corp. (East. Dist. of VA; 1:16-cv-1162).

21. Beaulieu Group v. Mohawk Industries (N. D. of Georgia, Rome Div.; 4:15 – cv-00124) (Deposition).

22. Adidas America, Inc. et al. v. Skechers USA, Inc. (Dist. of Oregon, Portland Div.; 3:15-cv-01741) (Deposition)

23. B Property Management, Inc., et al. v. Goodman Global (Middle Dist. of FL; 3:12-CV-1366-HES-JBT) and Anne McVicar et al., v. Goodman Global (Cent. Dist. of CA; 8:13-cv-13-01223-DOC-RNB) (deposition)

24. Exxon Mobil Corp. v. FX Networks et al. (South. Dist. of TX; 4:13– CV–02906) (Deposition)

25. Car Freshner Corp. v. Crocs, Inc. (Nor. Dist. of NY; 7:16-cv-0068) (Deposition)

26. State of Arizona et al. v. Volkswagen AG et al. (Sup. Ct. of Ariz., Maricopa County; CV-2016-005112) (deposition).

27. Jack Daniel's Properties v. VIP (US Dist. of Ariz., CV 14-02057) (Trial).

28. Versata Software, Inc. v. Zoho Corp. (W.D. Texas; 1:13-00371) (Deposition)

29. DRAL Enterprises v. North Atlantic Operating Company (Nor. Dist. of IL, East. Div.; 1:16-cv-08384) (deposition).

30. Oracle America, Inc. v. Google Inc. (No. Dist. of CA; C 10-03561) (Deposition.

31. TrueCar, Inc. v. Sonic Automotive, Inc. (Cent. Dist. of CA, West. Div.; 13-cv-05812) (Deposition).

32. Tempur-Pedic NA et al. v. Mattress Firm (S.D. of TX; Houston Div., 4:17-CV-1068) )Deposition)

33. World Trade Centers Association, Inc. v. The Port Authority of New York and New Jersey (So. Dist. of NY; 15-cv-7411) (deposition).

34. TCL Communication Technology Holdings v. Telefonaktoebol LM Ericsson, et al. (Cent. Dist. of CA, 8:14-CV-00341 JVS-DFMx) (Trial).

35. Margarita Delgado, et al. v. Ocwen Loan Servicing et al. (East. Dist. of NY; 1:13-cv-04427) (Deposition).

36. (on behalf of Sound Exchange) In the Matter of Determination of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services (United States Copyright Judges, Washington, D.C., trial).

- 2 -

**Exhibit 1**
**- 23 -**

37.    <u>Adidas America, Inc. et al.</u> v. TRB Acquisitions et al. (Dist. of Oregon; 3:15-cv-02113-SI) (deposition)

38.    THX LTD. v. <u>Apple Inc</u>. (Nor. Dist. of CA; 3:16-cv-01161) (deposition).

**Exhibit 1**
**- 24 -**

# EXHIBIT C

**Exhibit 1**
**- 25 -**

TARGET RESEARCH GROUP, INC.                                    STUDY #103-16087
515 Airport Executive Park                                         September, 2016
Nanuet, NY  10954

## ENERGY DRINK SURVEY
## - SCREENER -

| RESPONDENT ID# |
| --- |
| _____ |
| **(101-106)** |

| EDITED BY: _____   FIELD SERVICE: _____   VALIDATED BY: _____ |
| --- |

107-108-Z

| **CITY:** (109,110,111) | **AGE/GENDER:** (112) |
| --- | --- |
| XXX (XX) ...............................000 | **Males** |
| XXX (XX) ...............................000 | 18 - 34 .....................................1 |
| XXX (XX) ...............................000 | 35 - 54 .....................................2 |
| XXX (XX) ...............................000 | 55 or above .............................3 |
| XXX (XX) ...............................000 | |
| XXX (XX) ...............................000 | **Females** |
| XXX (XX) ...............................000 | 18 - 34 .....................................4 |
| XXX (XX) ...............................000 | 35 - 54 .....................................5 |
| XXX (XX) ...............................000 | 55 or above ..............................6 |
| XXX (XX) ...............................000 | |
| XXX (XX) ...............................000 | **QUESTIONNAIRE COLOR** (113) |
| XXX (XX) ...............................000 | Blue ..................................1 |
| | Yellow ..............................2 |

| **SIGHT SCREEN FOR MALES AND FEMALES 18 YEARS OF AGE OR OLDER** |
| --- |

Hello, I'm _____ from Target Research Group, a nationwide market research organization.  We're conducting a survey and I'd like to ask you a few brief questions.  Let me assure you we are doing this for research purposes only and are not selling anything.  We are only interested in your opinions which will be held in the strictest confidence.

**NOTE:  DO NOT CONTINUE INTERVIEW IF RESPONDENT HAS A HEARING, LANGUAGE, OR OBVIOUS VISUAL PROBLEM.**

114-z

A-1.  **(RECORD GENDER)**

(115)

Males ..................... 1
Females ................. 2

A-2.  Please tell me which of the following groups includes your age?  **(READ LIST)**

(116)

Under 18..................1 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

18 – 34.....................2

35 - 54 ......................3

55 or older ...............4

> **(CHECK GENDER/AGE QUOTAS, IF NEEDED, CONTINUE.  IF OVER QUOTA, TERMINATE CIRCLE BELOW, ERASE & RE-USE SCREENER)**

**(DO NOT READ)**→ Refused ...................5 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.A-2:  Under 18/Refused | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (117-118) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Q.A-2:  Over Quota 18-34 | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (119-120) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Q.A-2:  Over Quota 35-54 | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (121-122) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Q.A-2:  Over Quota 55 or older | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (123-124) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

B.    Other than a political poll, have you participated in any market research surveys, including online surveys, during the past 3 months?

(125)

Yes ......................1 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

No.........................2 →**(CONTINUE)**

Don't recall ...........3 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.B  Past Participation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (126-127) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

C.    Do you or does anyone living in your household work…?  **(READ LIST AND RECORD BELOW.)**

| | Yes | No | Don't Know/ Refused | |
|---|---|---|---|---|
| In advertising or public relations ...................................................... | 1 | 2 | 3 | (128) |
| In marketing research.................................................................. | 1 | 2 | 3 | (129) |
| For a retail store or company that makes, sells, or distributes, any energy drinks | 1 | 2 | 3 | (130) |

> **IF "YES" TO UNDER ANY BOXED ITEM, TERMINATE, CIRCLE BELOW.**
> **ERASE AND RE-USE SCREENER.**

| Q.C  Security Screen | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (131-132) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

D.     During the past month, have you heard anything about the subject of any of the interviews we are conducting here at the mall?

(133)

Yes ....................... 1 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

No......................... 2 →**(CONTINUE)**

Don't recall .......... 3 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.D  Yes/Don't recall to Knew About Subject of Interviews Being Conducted | | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (134/135) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

E.     Within the past 3 months, have you purchased one or more energy drinks?

(136)

Yes ..................... 1 →**(CONTINUE)**

No......................... 2 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

Don't recall .......... 3 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.E  Have not purchased one or more energy drinks within the past 3 months/Don't recall | | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (137-138) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

F.     Within the next 3 months, are you likely to purchase one or more energy drinks?

(139)

Yes ..................... 1 →**(CONTINUE)**

No......................... 2 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

Don't know............ 3 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.F  Are not likely to purchase one or more energy drinks within the next 3 months/Don't know | | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (140-141) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

> **"Yes" (Boxed Item) must be circled in Q.E and Q.F to qualify and continue.**

G.     Do you normally wear eyeglasses or contact lenses when you are reading?

(142)

Yes ................. 1   →   **(CONTINUE WITH Q.H)**

No.................... 2   →   **(SKIP TO Q.I)**

H.     Are you wearing your contact lenses or do you have your glasses with you today?

(143)

Yes ................. 1   →   **(CONTINUE)**

No.................... 2   →   **(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.G/H  Does not have glasses/contacts with them today | | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (144-145) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

I.  I've asked you these questions to see if you are eligible for a very brief interview.  Since I have something to show you, I'd like you to come with me into the interviewing facility.  It will only take a few minutes of your time and we think you will find it interesting.  For your time, we will give you $3.00 upon completing the survey.  Are you willing to be interviewed?  **(IF RESPONDENT REFUSES, TERMINATE, CIRCLE BELOW. ERASE AND RE-USE SCREENER.)**

(146)

Yes ........................... 1 →**(CONTINUE)**

No ............................. 2 →**(TERMINATE BELOW, ERASE & RE-USE SCREENER)**

| Q.I  Qualified Refusal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (147-148) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |

149-179/z; 80-1

- **CIRCLE GENDER/AGE QUOTA GROUP ON FRONT PAGE**
- **CIRCLE MAIN QUESTIONNAIRE COLOR ON FRONT PAGE**
- **CIRCLE CITY ON FRONT PAGE**
- **ESCORT RESPONDENT TO INTERVIEWING AREA**

# EXHIBIT D

Exhibit 1
- 30 -



*the* **power** *to* **change**

515 Airport Executive Park
Nanuet, NY 10954

t: 845.426.1200
f: 845.426.1218

www.TargetResearchGroup.com

**target**
research group

Study #16087
Energy Drink Survey
September 2016

## INTERVIEWER INSTRUCTIONS

### OVERVIEW
This is a central location study to be conducted in a permanent enclosed mall facility.

You will be screening for males and females who are 18 years of age and older who have purchased one or more energy drinks within the <u>past</u> 3 months AND think that they will purchase one or more energy drinks within the <u>next</u> 3 months.

Each qualified respondent will examine one of two cards with a symbol on it and will then be asked questions about what they saw.

### STUDY MATERIALS
- Screeners (White)
- Main Questionnaires (Blue, Yellow)
- Practice Interviews (PINK)
- Interviewers Instructions
- EXHIBIT CARDS: (one with an "A" on the back and one with a "B on the back)
- Envelope (to place exhibit card in when not being shown to respondent)

### QUOTA ASSIGNMENT
Your quota will be assigned by your supervisor.

1

**Exhibit 1**
**- 31 -**

**SCREENER / ELIGIBILITY**
You will be screening for respondents off of the mall floor to be interviewed.  Qualified respondents are males and females 18 years old and over who:

- **QA-1.**  Are needed for a gender quota group.
- **QA-2.**  Are needed for an age quota group.
- **QB.**    Other than a political poll, have not participated in any market research surveys, including online surveys during the past 3 months
- **QC.**    Do not personally nor anyone living in their household work in advertising or public relations, in marketing research or for a retail store or company that makes, sells or distributes any energy drinks.
- **QD.**    During the past month, not have heard anything about the subject of any of the interviews we are conducting here at the mall.
- **QE.**    Within the <u>past</u> 3 months, must have purchased one or more energy drinks.
- **QF.**    Within the <u>next</u> 3 months, must be likely to purchase one or more energy drinks.
- **QG/**
  **QH.**    Have eyeglasses/contact lenses with them if needed when reading.
- **QI.**    Agrees to participate.

**SCREENING LOCATION**
If permitted, you are to be stationed throughout the mall to provide the most efficient screening coverage.  You must screen for this project only.

**You may not "double screen" or "piggyback."**

---
| **DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY.** |
---

**MAIN QUESTIONNAIRES**
You have **Blue and Yellow** Main Questionnaires. The difference between the color Questionnaires is the EXHIBIT CARD that you will show to the respondent.

**EXHIBIT CARDS**
You have received:

- A card with the words EXHIBIT **"A"** on the back
- A card with the words EXHIBIT **"B"** on the back

  - For all **BLUE** main questionnaires, show the respondent **EXHIBIT CARD "A"**
  - For all **YELLOW** main questionnaires, show the respondent **EXHIBIT CARD "B"**

__ALTERNATE COLORS__ FOR EACH INTERVIEW YOU COMPLETE.
THAT MEANS, IF YOU COMPLETE A BLUE QUESTIONNAIRE USING CARD "A", THE NEXT
COMPLETE SHOULD BE A YELLOW QUESTIONNAIRE USING CARD "B".

THIS WAY YOU WILL BE COMPLETING AN EQUAL NUMBER OF INTERVIEWS IN
EACH CELL COLOR AS THE STUDY PROGRESSES.

3

**Exhibit 1**

**Before asking Q1a,** you are to place the Exhibit card in front of the respondent **as indicated below**:

*Example of placing Exhibit Card* **A** *(used with all* **BLUE** *main questionnaires) in front of respondent:*



**RESPONDENT'S <u>LEFT</u>**              **RESPONDENT SITS HERE**              **RESPONDENT'S <u>RIGHT</u>**

------------------------------------------------------------------------------------------------------------------

*Example of placing Exhibit Card* **B** *(used with all* **YELLOW** *main questionnaires) in front of respondent:*



**RESPONDENT'S <u>LEFT</u>**              **RESPONDENT SITS HERE**              **RESPONDENT'S <u>RIGHT</u>**

**<u>AFTER ASKING Q1a</u>, MAKE SURE THE EXHIBIT CARD IS PLACED BACK IN <u>FRONT</u> OF THE RESPONDENT <u>AS INDICATED IN THE DIAGRAMS ABOVE</u>.**

4

**Exhibit 1**
**- 34 -**

## INTERVIEW PROCEDURES

- You must conduct the interview in a room with a door.
- Escort the respondent into the interviewing room and close the door.
- The respondent should not be able to hear any sounds from outside the room.
- Only the respondent and the interviewer are to be in the interviewing room.

## BEFORE THE INTERVIEW BEGINS:

- Be sure you have in the interviewing room the correct exhibit card for the questionnaire you are administering.
- If respondent indicated that he/she wears glasses or contact lenses when reading, be sure he/she is wearing them.

## BRIEFING AND PRACTICE MATERIALS

All interviewers and **EDITORS** must attend a personal briefing.

At the briefing, your supervisor will read through the Interviewer's Instructions along with you while reviewing the materials.  All interviewers and editors must do at least one Practice Interview during the briefing.

All Practice Interviews must be monitored and reviewed by your supervisor – and any problems cleared up – before actual interviewing begins.

**It is YOUR responsibility to make sure that YOU <u>understand</u>:**

1) How to administer the screener and the main questionnaire.
2) Using the <u>correct</u> exhibit card for the questionnaire being administered.
3) <u>When</u> to expose the exhibit card.
4) <u>CORRECTLY Placing the exhibit card in front of the respondent.</u>
5) How to properly record the respondent's answer for each question.

**If there is anything that you do not understand, ask your supervisor to <u>explain it to you until you do</u>.**

## WRITING IMPLEMENTS

o **Use pencil for Screeners.**  Because you will be erasing and re-using the Screeners, pencil is the required writing implement.

o **However, for the Main Questionnaire, you MUST use only blue or black ball-point pen (do not use erasable ink pens)**.  For the purpose of this study, Main Questionnaires **not** recorded in blue or black pen will be considered invalid and will not be included in the project or paid for. On the main questionnaire, cross out if necessary.

## SCREENER & QUESTIONNAIRE ADMINISTRATION PROCEDURES

### Screener Terminate Boxes

All interviewers must be familiar with the proper procedure for recording terminates on screeners.  At any question in the screening process where a respondent becomes ineligible, the interviewer must circle the next available number in the termination box at that question.  Then ERASE the other answers and REUSE the screener.

If a termination box becomes FULL (that is all numbers in <u>that</u> box have been circled) and an interview has not been completed, the words **"For Tally Only"** must be written on the top of the front page of that Screener **sent in** to our office along with the completed questionnaires.  **Careful recording of terminates on each screener ensures that we have correct screening/ termination figures for a study.**

### Asking the Questions

Interviewers should follow all directions and read all questions EXACTLY as written. Interviewers must not paraphrase a question or re-word it. Words that are <u>underlined</u> or in bold letters in a question are to be emphasized when reading the question.

**For all questions, if a respondent hesitates or says he/she does <u>not</u> understand, do <u>not</u> "explain" or try to interpret the question.  Slowly re-read the question exactly as worded again, pause and wait for an answer.  If the respondent does not understand, the interviewer should say, "Whatever you take that to mean," or "However you understand that."  If the respondent <u>still</u> does not understand, record "Don't Know" and go to the next question.**

### Recording the Answers

Answers on the screener should be recorded in dark (No.2) pencil. Erasing is acceptable on the screener if a respondent is terminated for not meeting a qualification and that screener will be reused.

Answers on the main questionnaire should be recorded in black or blue ball-point pen. NO ERASURES are permitted on the questionnaire. If a recording error is made, the interviewer should draw a line through the erroneous answer; write in the correct answer and initial where the change was made. The <u>interviewer must</u> initial any changes made to the questionnaire.

All recording on BOTH the screener and main questionnaire must be done strongly enough so they can be legibly photocopied.

6

**Exhibit 1**
**- 36 -**

Answers to close-ended questions are to be recorded by circling the number next to the appropriate answer.

Answers to open-ended questions are to be recorded in the appropriate space under the question. If more space is required to answer a question, the back of the page should be used, being sure to label answers so it is clear which question's answer is being written down.

---

**OPEN-END ANSWERS ARE TO BE RECORDED <u>VERBATIM</u>.   THIS MEANS WRITE DOWN WHAT THE RESPONDENT SAYS JUST THE WAY THE RESPONDENT SAYS IT. WRITE IT ALL DOWN. DO NOT PARAPHRASE. DO NOT EDIT. DO NOT ERASE. THE INTERVIEWER MUST DRAW A LINE THROUGH ANY INCORRECT WORDS AND ENTER THE NEW CORRECT WORDS. ALL CHANGES MUST BE INITIALED BY THE INTERVIEWER. INTERVIEWERS SHOULD WRITE OR PRINT SLOWLY ENOUGH SO THAT THE ANSWER IS LEGIBLE.**

---

## SECURITY INSTRUCTIONS

All materials related to this study are the property of Target Research Group and our client. You are responsible for all materials being used on this study.  All materials are to be kept in a secure location, accessible ONLY to those working on the test and out of sight of anyone not directly involved in the study.

No one representing Target Research Group or our client is to be admitted to the facility or have access to the materials without your first calling Target Research Group to confirm. Further, no one is to be permitted access to the facility or materials without showing satisfactory identification.  It is also essential that no person on your staff discuss the study or its topic outside of your offices.

## MAIN QUESTIONNAIRE IN DETAIL

The procedure for administering the main questionnaire is the same for both colors; however, the detail below is based on the **BLUE** main questionnaire.  This also follows the version of the Lilac Practice interview.

- **TAKE RESPONDENT TO INTERVIEWING ROOM.**
- **SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM RESPONDENT.**
- **EXHIBIT "A" SHOULD BE IN THE ROOM AND IT SHOULD BE COVERED.**

- ➢ Read the first couple of sentences to respondent.
- ➢ **WHEN READY, UNCOVER EXHIBIT "A"; PLACE THE EXHIBIT IN <u>FRONT</u> OF THE RESPONDENT AS INSTRUCTED BELOW AND CONTINUE WITH Q.1a.**

➢ ***Example of placing Exhibit Card A (used with all*** **BLUE** ***main questionnaires) in front of respondent:***



➢

➢ **RESPONDENT'S <u>LEFT</u>**        **RESPONDENT**        **RESPONDENT'S <u>RIGHT</u>**
➢                              **SITS HERE**

➢ Read Q1a to the respondent. If "A", continue with Q1b. If "some other letter", terminate, erase and re-use main questionnaire.

➢ Read Q1b.

   **AFTER RESPONDENT IS FINISHED EXAMINING THE SYMBOL ON THE CARD, ASK Q2a.**

➢ Read Q2a. If "Yes", continue with Q2b, otherwise skip to Q3.

➢ Read Q2b.   RECORD EACH COMPANY NAME VERBATIM ON THE LINES BELOW Q2b.  **(AFTER ANSWERING, SKIP TO Q3)**.  IF DON'T KNOW COMPANY NAME OR NAMES, RECORD AN "X" IN THE BOX BELOW Q2b AND <u>ASK Q2c</u>

➢ Read Q2c. Record one response.

➢ Read Q3.

➢ Remove Exhibit Card "A" from respondent's view.

➢ COMPLETE THE CERTIFICATION PAGE.

---

**Respondent/Interviewer Certification Boxes**
<u>Both</u> the respondent and the interviewer must sign in the appropriate Certification box on the last page of the questionnaire.  If the respondent refuses to sign his/her name, his/her initials are acceptable.  If respondent refuses name and/or phone number, the supervisor <u>must</u> sign in the certification box as <u>on-site validated.</u>

---



*the* power *to* **change**

515 Airport Executive Park
Nanuet, NY 10954
t: 845.426.1200
f: 845.426.1218
www.TargetResearchGroup.com

Study #16087
Energy Drink Survey
September 2016

## INTERVIEWER BRIEFING VERIFICATION FORM

**Interviewer Name (Please Print):** _____

**Interviewer Signature:** _____

**Date of Briefing:** _____

**Company:** _____

**City**: _____

9

**Exhibit 1**
**- 39 -**

# EXHIBIT E

**Exhibit 1**

**- 40 -**



*the* **power** *to* **change**

515 Airport Executive Park
Nanuet, NY 10954

t: 845.426.1200
f: 845.426.1218

www.TargetResearchGroup.com

Study #16087
Energy Drink Survey
September 2016

## SUPERVISOR INSTRUCTIONS

### OVERVIEW
This is a central location study to be conducted in a permanent enclosed mall facility.

You will be screening for males and females who are 18 years of age and older who have purchased one or more energy drinks within the <u>past</u> 3 months AND are likely to purchase one or more energy drinks within the <u>next</u> 3 months.

Each qualified respondent will examine one of two cards with a symbol on it and will then be asked questions about what they saw.

### STUDY MATERIALS
- Screeners (White)
- Main Questionnaires (Blue, Yellow)
- Practice Interviews (PINK)
- Supervisor Instructions
- Interviewers Instructions
- EXHIBIT CARDS: (one with an "A" on the back and one with a "B" on the back)
- Master Quota Sheets (Blue, Yellow)
- Envelope (to place exhibit card in when <u>not</u> being shown to respondent)
- Study Schedule
- Shipping Instructions
- Security Agreement
- Respondent Number worksheet
- Validation Forms
- Daily Report Form-**emailed**
- Audio Tape (TRG  supplies)—**to tape the Briefing**

## QUOTA ASSIGNMENT

You are to complete **34** interviews as detailed on your Master Quota sheets.   Your Master Quota sheets highlight your quotas by cell color, gender and age.

## SCREENER / ELIGIBILITY

You will be screening for respondents off of the mall floor to be interviewed.   Qualified respondents are males and females 18 years old and over who:

> **QA-1.**  Are needed for a gender quota group.
> **QA-2.**  Are needed for an age quota group.
> **QB.**    Other than a political poll, have not participated in any market research surveys, including online surveys during the past 3 months
> **QC.**    Do not personally nor anyone living in their household work in advertising or public relations, in marketing research or for a retail store or company that makes, sells or distributes any energy drinks.
> **QD.**    During the past month, not have heard anything about the subject of any of the interviews we are conducting here at the mall.
> **QE.**    Within the <u>past</u> 3 months, must have purchased one or more energy drinks.
> **QF.**    Within the <u>next</u> 3 months, must be likely to purchase one or more energy drinks.
> **QG/**
> **QH.**    Have eyeglasses/contact lenses with them if needed when reading.
> **QI.**    Agrees to participate.

## SCREENING LOCATION

If permitted, you are to be stationed throughout the mall to provide the most efficient screening coverage.   You must screen for this project only.

### You may not "double screen" or "piggyback."

| DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY. |
| --- |

## MAIN QUESTIONNAIRES

You have **Blue and Yellow** Main Questionnaires. The difference between the color Questionnaires is the EXHIBIT CARD that you will show to the respondent.

**EXHIBIT CARDS**
You have received:

- A card with the words EXHIBIT **"A"** on the back

- A card with the words EXHIBIT **"B"** on the back

  o   For all **BLUE** main questionnaires, show the respondent **EXHIBIT CARD "A"**
  o   For all **YELLOW** main questionnaires, show the respondent **EXHIBIT CARD "B"**


**ALTERNATE COLORS** FOR EACH INTERVIEW YOU COMPLETE.
THAT MEANS, IF YOU COMPLETE A BLUE QUESTIONNAIRE USING EXHIBIT CARD "A", THE NEXT COMPLETE SHOULD BE A YELLOW QUESTIONNAIRE USING EXHIBIT CARD "B".

THIS WAY YOU WILL BE COMPLETING AN EQUAL NUMBER OF INTERVIEWS IN EACH CELL COLOR AS THE STUDY PROGRESSES.

3

**Exhibit 1**
**- 43 -**

**Before asking Q1a,** you are to place the Exhibit card in front of the respondent **as indicated below**:

*Example of placing Exhibit Card A (used with all BLUE main questionnaires) in front of respondent:*



**RESPONDENT'S LEFT**                    **RESPONDENT SITS HERE**                    **RESPONDENT'S RIGHT**

-----------------------------------------------------------------------------------------------------------------

*Example of placing Exhibit Card B (used with all YELLOW main questionnaires) in front of respondent:*



**RESPONDENT'S LEFT**                    **RESPONDENT SITS HERE**                    **RESPONDENT'S RIGHT**

**AFTER ASKING Q1a, MAKE SURE THE EXHIBIT CARD IS PLACED BACK IN FRONT OF THE RESPONDENT AS INDICATED IN THE DIAGRAMS ABOVE.**

**Exhibit 1**

## INTERVIEW PROCEDURES

- You must conduct the interview in a room with a door.
- Escort the respondent into the interviewing room and close the door.
- The respondent should not be able to hear any sounds from outside the room.
- Only the respondent and the interviewer are to be in the interviewing room.

## BEFORE THE INTERVIEW BEGINS:

- Be sure you have in the interviewing room the correct exhibit card for the questionnaire you are administering.
- If respondent indicated that he/she wears glasses or contact lenses when reading, be sure he/she is wearing them.

## STAFFING:

Each interviewer working on this study should complete from 5 to 9 interviews (that is, no less than 5 AND no more than 9).

## INTERVIEWER EXPERIENCE

- You will need experienced interviewers.  Do not use an inexperienced or new interviewer.
- The interviewers should familiarize themselves with all study materials before starting the interview.
- Interviewers are to record the responses verbatim.  Interviewers are to record ONLY the answers to the question.  This means absolutely NO paraphrasing.
- All interviewers while screening and interviewing on this study are not to be screening or interviewing on any other study.

**This questionnaire has open-ended questions. Recording comments verbatim and probing ONLY where indicated are very important and should be monitored carefully.**

Without proper recording of the verbatim responses, this questionnaire becomes worthless. A supervisor MUST check the interviews as they are being done. If you see that a certain interviewer is not recording the answers verbatim or whose writing is not legible, re-brief and replace.

All work should be edited as soon as the interview is completed in order to spot errors and quickly bring them to an interviewer's attention.

**BRIEFING AND PRACTICE MATERIALS**

Prior to briefing your interviewers, you will be required to participate in a telephone briefing with Dr. Simonson.  Dr. Simonson will brief you on **Thursday, SEPTEMBER 29th.**  Make sure that you establish with whom you are speaking.

Then, all of your personnel involved in the study **including the Editors,** must attend a personal briefing.  The supervisor must record the briefing on audio tape and return it to us in your first partial shipment of Screener/Questionnaires.   <u>Check the volume of the briefing tape, an inaudible tape is useless to us.</u>

At the briefing, read through the Interviewer's Instructions along with the interviewers. Read it completely while reviewing the material with the interviewers.  All interviewers must do at least one Practice Interview during the briefing.  If it is necessary to assign any interviewers who did not attend the original briefing, then an additional formal briefing of that staff MUST be held by a <u>qualified </u>supervisor.

All Practice Interviews must be monitored and reviewed by the supervisor – and any problems cleared up – before actual interviewing begins.

**It is YOUR responsibility to be sure that each interviewer <u>understands</u>:**

1) How to administer the screener and the main questionnaire.
2) Using the <u>correct</u> exhibit card for the questionnaire being administered.
3) <u>When</u> to expose the exhibit card.
4) <u>CORRECTLY Placing the exhibit card in front of the respondent</u>.
5) How to properly record the respondent's answer for each question.

**If there is anything that the interviewer does not understand, <u>explain it to him/her until he/she does</u>.**

**<u>WRITING IMPLEMENTS</u>**

o **<u>Use pencil for </u>Screeners.**  Because you will be erasing and re-using the Screeners, pencil is the required writing implement.

o **<u>However, for the Main Questionnaire, you MUST use only blue or black ball-point pen (do not use erasable ink pens)</u>**.  For the purpose of this study, Main Questionnaires **not** recorded in blue or black pen will be considered invalid and will not be included in the project or paid for. On the main questionnaire, cross out if necessary.

## SCREENER & QUESTIONNAIRE ADMINISTRATION PROCEDURES

### Screener Terminate Boxes

All interviewers must be familiar with the proper procedure for recording terminates on screeners.  At any question in the screening process where a respondent becomes ineligible, the interviewer must circle the next available number in the termination box at that question. Then ERASE the other answers and REUSE the screener.

If a termination box becomes FULL (that is all numbers in <u>that</u> box have been circled) and an interview has not been completed, the words **"For Tally Only"** must be written on the top of the front page of that Screener **sent in** to our office along with the completed questionnaires. **Careful recording of terminates on each screener ensures that we have correct screening/ termination figures for a study.**

### Asking the Questions

Interviewers should follow all directions and read all questions EXACTLY as written. Interviewers must not paraphrase a question or re-word it.  Words that are <u>underlined</u> or in bold letters in a question are to be emphasized when reading the question.

**For all questions, if a respondent hesitates or says he/she does <u>not</u> understand, do <u>not</u> "explain" or try to interpret the question.  Slowly re-read the question exactly as worded again, pause and wait for an answer.  If the respondent does not understand, the interviewer should say, "Whatever you take that to mean," or "However you understand that."  If the respondent <u>still</u> does not understand, record "Don't Know" and go to the next question.**

### Recording the Answers

Answers on the screener should be recorded in dark (No.2) pencil. Erasing is acceptable on the screener if a respondent is terminated for not meeting a qualification and that screener will be reused.

Answers on the main questionnaire should be recorded in black or blue ball-point pen. NO ERASURES are permitted on the questionnaire. If a recording error is made, the interviewer should draw a line through the erroneous answer; write in the correct answer and initial where the change was made. The <u>interviewer must</u> initial any changes made to the questionnaire.

All recording on BOTH the screener and main questionnaire must be done strongly enough so they can be legibly photocopied.

Answers to close-ended questions are to be recorded by circling the number next to the appropriate answer.

Answers to open-ended questions are to be recorded in the appropriate space under the question. If more space is required to answer a question, the back of the page should be used, being sure to label answers so it is clear which question's answer is being written down.

**Exhibit 1**
**- 47 -**

**OPEN-END ANSWERS ARE TO BE RECORDED VERBATIM. THIS MEANS WRITE DOWN WHAT THE RESPONDENT SAYS JUST THE WAY THE RESPONDENT SAYS IT. WRITE IT ALL DOWN. DO NOT PARAPHRASE. DO NOT EDIT. DO NOT ERASE. THE INTERVIEWER MUST DRAW A LINE THROUGH ANY INCORRECT WORDS AND ENTER THE NEW CORRECT WORDS. ALL CHANGES MUST BE INITIALED BY THE INTERVIEWER. INTERVIEWERS SHOULD WRITE OR PRINT SLOWLY ENOUGH SO THAT THE ANSWER IS LEGIBLE. IF YOU HAVE INTERVIEWERS WHO YOUR EXPERIENCE INDICATES CANNOT DO VERBATIM RECORDING THOROUGHLY, PLEASE DO NOT ASK THEM TO WORK ON THIS STUDY!**

## RESPONDENT/INTERVIEWER CERTIFICATION BOXES

Both the respondent and the interviewer must sign in the appropriate Certification box on the last page of the questionnaire. If the respondent refuses to sign his/her name, his/her initials are acceptable. If respondent refuses name and/or phone number, the supervisor must sign in the certification box as on-site validated.

**Each interviewer is to read his/her Interviewer Instructions and sign them. Each interviewer's signed Instructions are to be stapled to his/her practice interview and returned at the end of the study.**

## STUDY ADMINISTRATION - EDITING

All completed work must be 100% edited for 100% accuracy and completeness on a continuing basis. Editor's initials must appear on the first page of the screener and on the first page of the main questionnaire. Be sure that each respondent qualifies to be interviewed and that each appropriate question has a response.

**In editing check for:**
o Completeness of information on the front of each screener (market, cell color, gender/age)
o Verbatim capture of responses
o Legible handwriting
o NO erasures on the Main Questionnaire
o Proper skip patterns

If an interviewer appears not to be following instructions exactly, please alert them to that as soon as possible and take remedial action if needed.

If any response on the questionnaire is unclear for any reason, please clarify it with the interviewer. NO ERASURES ARE PERMITTED ON THE QUESTIONNAIRE. The unclear or illegible words will be crossed out by the interviewer, and the correct words will be legibly written next to it by the interviewer. The interviewer must initial any changes made to the questionnaire, not the editor.

## RESPONDENT NUMBERS

In this shipment is a respondent number worksheet.  This form is for your use only and does not need to be returned to TRG.  The numbers listed on this form are unique to your location and are the only respondent numbers you may use.  No one respondent number can be assigned to more than one respondent.

Additionally, the three numbers to the left of your location on the Master Quota Sheet and the three numbers to the right of your location on the front of the screener must match the first three numbers on your respondent number worksheet.  When you are editing the questionnaires, make sure the correct city is circled on the front of the screener.

## SECURITY INSTRUCTIONS

All materials related to this study are the property of Target Research Group and our client. You are responsible for all materials being used on this study.  All materials are to be kept in a secure location, accessible ONLY to those working on the test and out of sight of anyone not directly involved in the study.

No one representing Target Research Group or our client is to be admitted to the facility or have access to the materials without your first calling Target Research Group to confirm. Further, no one is to be permitted access to the facility or materials without showing satisfactory identification.  It is also essential that no person on your staff discuss the study or its topic outside of your offices.

## QUALITY CONTROL PROCEDURES
**ANY WORK RECEIVED BY OUR OFFICE WHICH HAS NOT BEEN SUBJECT TO THE FOLLOWING PROCEDURES WILL BE SUBJECT TO A PAYMENT ADJUSTMENT.**

Strict quality control is a primary Supervisor responsibility.  Target Research Group requires that the following controls be followed:

1. This study must be screened by itself, <u>not</u> along with any other projects.
2. No more than one respondent per shopping group should be screened.
3. Friends, relatives or acquaintances must NOT be interviewed.
4. No one is to be in the interviewing room with the respondent, except a small child if necessary.
5. Anyone accompanying the respondent must wait for the respondent in the waiting room. Interviewing should not be conducted with anyone who has a hearing, visual or English language problem.

**Exhibit 1**
**- 49 -**

## VALIDATION SHEETS
- List only ONE interviewer's work on a validation sheet.
- Fill out all required respondent information, interviewer name, city and the quota groups (cell color and gender/age).
- **You must record the interviewer's FIRST and LAST name.**
- Be sure about indicating correct area code for every respondent.
- Write listings in blue or black ink ONLY.
- **Do not phone validate, since we will be independently validating 100% of every interviewer's work.**
- You must however, monitor each interviewer's work for eligibility and completeness.
- SEND VALIDATION SHEETS WITH EVERY SHIPMENT

## HANDLING "NO PHONE" OR "REFUSED PHONE"
It is important to get a working phone number for each respondent for validation purposes. However, if a respondent refuses, the Supervisor must attempt to do a telephone lookup for all respondents who do not give a phone number.  If a number is _not_ found, indicate that you have attempted to look-up by writing "L.U." on the validation form.

## DAILY REPORTING/TRANSMISSION/STUDY MANAGEMENT
The daily report must be emailed to field@targetresearchgroup.com no later than 8:30 AM ET Daily. You may find it necessary to email the report the night before or at the end of your shift. At whatever time you need to cut off the figures to ensure the report is in my office by the designated time is fine.

## SCHEDULE
In this shipment is a study schedule.  The schedule will outline for you the study dates AND the dates of any partial shipments of completed questionnaires.  Make sure all related personnel are familiar with this schedule.  Any shipments not made in accordance with this schedule will need to be sent P1 the next day at YOUR expense.

## Study Management
This study is being managed by Sue Schwartz at Target Research Group, Inc.   If there are any questions or problems please contact ME DIRECTLY:

**Phone:  (845) 501-4045      field@targetresearchgroup.com**

Thank you!
Sue



*the* **power** *to* **change**

515 Airport Executive Park
Nanuet, NY 10954

t. 845.426.1200
f. 845.426.1218

www.TargetResearchGroup.com

Study #16087
Energy Drink Survey
September 2016

**SUPERVISOR BRIEFING VERIFICATION FORM**

**Supervisor Name (Please Print):** _____

**Supervisor Signature:** _____

**Date of Briefing:** _____

**Company:** _____

**City:** _____

# EXHIBIT F

Exhibit 1
- 52 -

TARGET RESEARCH GROUP, INC.
515 Airport Executive Park
Nanuet, NY 10954

Study #103-16087
September, 2016

| ENERGY DRINK SURVEY<br>MAIN QUESTIONNAIRE<br>BLUE | RESPONDENT ID#<br><br>_____<br>Card 2 (201-206) |
|---|---|

207-1

---

**TAKE RESPONDENT TO INTERVIEWING ROOM.**
**SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM RESPONDENT.**

**EXHIBIT "A" SHOULD BE IN THE ROOM AND IT SHOULD BE COVERED.**

---

**(READ TO RESPONDENT:)**

In a moment, I am going to show you a survey exhibit; then I will ask you a couple of questions.

For each of my questions, if you don't know or don't have an answer, please don't guess.  Just tell me you "don't know" or "don't have an answer" and we'll go on to the next question.

---

- **WHEN READY, UNCOVER EXHIBIT "A"; HAND IT TO THE RESPONDENT AND CONTINUE WITH Q.1a.**

---

1a.  Can you please tell me what <u>letter</u> is on the <u>back</u> of this card?  **(RECORD ONE RESPONSE BELOW)**

                         (208)
     "A" ...............................................1→**(CONTINUE WITH Q.1b)**

     Some other letter..........................2→**(TERMINATE, ERASE AND REUSE MAIN QUESTIONNAIRE)**

| WRONG EXHIBIT: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (209) |
|---|---|---|---|---|---|---|---|---|---|---|

1b.  Please look at the symbol on this card.  Please take as much time as you like and let me know when you are ready to continue.

---

**AFTER RESPONDENT IS FINISHED EXAMINING**
**THE SYMBOL ON THE CARD, ASK Q2a.**

---

2a.  Now, thinking about energy drinks…

     Do you associate the symbol on this card with energy drinks from any particular company or companies?   **(RECORD ONE RESPONSE BELOW)**
                         (210)
     Yes ..............................................1→**(CONTINUE WITH Q.2b)**

     No.................................................2→**(SKIP TO Q.3)**

     Don't know ...................................3→**(SKIP TO Q.3)**

2b.  What company or companies?  **(RECORD <u>EACH</u> COMPANY NAME VERBATIM ON LINES BELOW)  (<u>AFTER ANSWERING, SKIP TO Q3</u>).**

**(IF DON'T KNOW COMPANY NAME OR NAMES, RECORD AN "X" IN THE BOX BELOW AND <u>ASK Q2c</u>)**

Don't know company name/names ☐ ---y → **(ASK Q.2c)**  (211)

Company #1_____ (212-214)

Company #2_____ (215-217)

Company #3_____ (218-220)

Company #4_____ (221-223)

Company #5_____ (224-226)

**(ASK Q2c ONLY IF "DON'T KNOW COMPANY NAME OR NAMES" (BOX CHECKED) IN Q2b)**

2c.  Again, thinking about energy drinks…

Do you associate the symbol on this card with energy drinks from <u>one</u> company or <u>more than one</u> company?  **(RECORD <u>ONE</u> RESPONSE BELOW)**

(227)

One company................................1

More than one company .............2

Don't know/no opinion .................3

3.  Those are all of the questions I have.  Thank you for your help with this survey.

┌─────────────────────────────────────────────────────┐
│  **REMOVE EXHIBIT "A" FROM RESPONDENT'S VIEW.**       │
└─────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────┐
│  **COMPLETE THE CERTIFICATION PAGE ON THE NEXT PAGE** │
└─────────────────────────────────────────────────────┘

228-279z/280-2

## CERTIFICATION PAGE

I'd like you to complete some information and sign that you were interviewed. I am asking for your phone number because my supervisor may call you to confirm that you were interviewed. Thank you very much for your help.

Respondent's Name:_____

Address:_____

City:_____ State:_____ Zip:_____

Telephone Number: (_____  _____  _____) _____ _____ _____  -  _____ _____ _____ _____

Interviewer:_____

---

*RESPONDENT:  PLEASE READ AND SIGN*

I acknowledge that I was interviewed on this date.  During this interview, I was shown a symbol and asked some questions about it.

_____  /  _____
(RESPONDENT'S SIGNATURE)            (DATE)

---

*INTERVIEWER:  PLEASE READ AND SIGN*

I certify that I conducted this interview in accordance with the written instructions which I received as well as my supervisor's briefing.

_____  /  _____
(INTERVIEWER'S SIGNATURE)            (DATE)

---

**THANK YOU VERY MUCH FOR YOUR COOPERATION**

TARGET RESEARCH GROUP, INC.                                   Study #103-16087
515 Airport Executive Park                                    September, 2016
Nanuet, NY 10954

| | RESPONDENT ID# |
|---|---|
| **ENERGY DRINK SURVEY**<br>**MAIN QUESTIONNAIRE**<br>**YELLOW** | _____<br>Card 2 (201-206) |

207-2

---

**TAKE RESPONDENT TO INTERVIEWING ROOM.**
**SEAT RESPONDENT AND SEAT YOURSELF ACROSS FROM RESPONDENT.**
**EXHIBIT "B" SHOULD BE IN THE ROOM AND IT SHOULD BE COVERED.**

---

**(READ TO RESPONDENT:)**

In a moment, I am going to show you a survey exhibit; then I will ask you a couple of questions.

For each of my questions, if you don't know or don't have an answer, please don't guess. Just tell me you "don't know" or "don't have an answer" and we'll go on to the next question.

---

- **WHEN READY, UNCOVER EXHIBIT "B"; HAND IT TO THE RESPONDENT AND CONTINUE WITH Q.1a.**

---

1a.   Can you please tell me what <u>letter</u> is on the <u>back</u> of this card?

(208)

"B" ...............................................1→**(CONTINUE WITH Q.1b)**

Some other letter.........................2→**(TERMINATE, ERASE AND REUSE MAIN QUESTIONNAIRE)**

| WRONG EXHIBIT: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (209) |
|---|---|---|---|---|---|---|---|---|---|---|

1b.   Please look at the symbol on this card. Please take as much time as you like and let me know when you are ready to continue.

---

**AFTER RESPONDENT IS FINISHED EXAMINING**
**THE SYMBOL ON THE CARD, <u>ASK Q2a.</u>**

---

2a.   Now, thinking about energy drinks…

Do you associate the symbol on this card with energy drinks from any particular company or companies?   **(RECORD <u>ONE</u> RESPONSE BELOW)**

(210)

Yes ...............................................1→**(CONTINUE WITH Q.2b)**

No.................................................2→**(SKIP TO Q.3)**

Don't know ...................................3→**(SKIP TO Q.3)**

2b.   What company or companies?  **(RECORD <u>EACH</u> COMPANY NAME VERBATIM ON LINES BELOW)  (AFTER ANSWERING, SKIP TO <u>Q3</u>).**

**(IF DON'T KNOW COMPANY NAME OR NAMES, RECORD AN "X" IN THE BOX BELOW AND <u>ASK Q2c</u>)**

Don't know company name/names [　] ---y → **(ASK Q.2c)**   (211)

Company #1 _____  (212-214)

Company #2 _____  (215-217)

Company #3 _____  (218-220)

Company #4 _____  (221-223)

Company #5 _____  (224-226)

**(ASK Q2c ONLY IF "DON'T KNOW COMPANY NAME OR NAMES" (BOX CHECKED) IN Q2b)**

2c.     Again, thinking about energy drinks…

Do you associate the symbol on this card with energy drinks from <u>one</u> company or <u>more than one</u> company?   **(RECORD <u>ONE</u> RESPONSE BELOW)**

(227)

One company................................1

More than one company ..............2

Don't know/no opinion..................3

3.     Those are all of the questions I have.  Thank you for your help with this survey.

```
REMOVE EXHIBIT "B" FROM RESPONDENT'S VIEW.
```

```
COMPLETE THE CERTIFICATION PAGE ON THE NEXT PAGE
```

228-279z/280-2

## CERTIFICATION PAGE

I'd like you to complete some information and sign that you were interviewed.  I am asking for your phone number because my supervisor may call you to confirm that you were interviewed.  Thank you very much for your help.

Respondent's Name:_____

Address:_____

City:_____ State:_____ Zip:_____

Telephone Number: (____  ____  ____) ____ ____ ____ - ____ ____ ____ ____

Interviewer:_____

---

*RESPONDENT:  PLEASE READ AND SIGN*

I acknowledge that I was interviewed on this date.  During this interview, I was shown a symbol and asked some questions about it.

_____  /  _____
(RESPONDENT'S SIGNATURE)              (DATE)

---

*INTERVIEWER:  PLEASE READ AND SIGN*

I certify that I conducted this interview in accordance with the written instructions which I received as well as my supervisor's briefing.

_____  /  _____
(INTERVIEWER'S SIGNATURE)              (DATE)

**THANK YOU VERY MUCH FOR YOUR COOPERATION**

# EXHIBIT G

**Exhibit 1**

**- 59 -**









**Exhibit 1**
**- 60 -**

EXHIBIT  A                              EXHIBIT  A

EXHIBIT  A                              EXHIBIT  A

**Exhibit 1**
**- 61 -**









**Exhibit 1**
**- 62 -**

EXHIBIT  B                                    EXHIBIT  B




EXHIBIT  B                                    EXHIBIT  B

**Exhibit 1**
**- 63 -**

# EXHIBIT H

Exhibit 1
- 64 -

16 November 2016

Page 1

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

| Page | Table | Title |
|------|-------|-------|
| ---- | ----- | ----- |
| 1 | 1 | CITY |
| 3 | 2 | Q.A1/Q.A2 GENDER/AGE |
| 4 | 3 | Q.E WITHIN THE PAST 3 MONTHS, HAVE YOU PURCHASED ONE OR MORE ENERGY DRINKS? |
| 5 | 4 | Q.F WITHIN THE NEXT 3 MONTHS, ARE YOU LIKELY TO PURCHASE ONE OR MORE ENERGY DRINKS? |
| 6 | 5 | Q.2A NOW, THINKING ABOUT ENERGY DRINKS... DO YOU ASSOCIATE THE SYMBOL ON THIS CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES? |
| 7 | 6 | Q.2B WHAT COMPANY OR COMPANIES? |
| 10 | 7 | Q.2B WHAT COMPANY OR COMPANIES? (NETTED) |
| 12 | 8 | Q.2C AGAIN, THINKING ABOUT ENERGY DRINKS... DO YOU ASSOCIATE THE SYMBOL ON THIS CARD WITH ENERGY DRINKS FROM ONE COMPANY OR MORE THAN ONE COMPANY? |
| 13 | 9 | Q.2B WHAT COMPANY OR COMPANIES? - MENTIONED 1 COMPANY - |

**Exhibit 1**
**- 65 -**

Page 1

Table 1

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

CITY

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| NORTHEAST (NET) | 102 24.9 | 52 25.2 | 50 24.6 |
| BROOKLYN, NY | 34 8.3 | 17 8.3 | 17 8.4 |
| PHILADELPHIA, PA | 34 8.3 | 18 8.7 | 16 7.9 |
| WOODBRIDGE, NJ | 34 8.3 | 17 8.3 | 17 8.4 |
| MIDWEST (NET) | 104 25.4 | 52 25.2 | 52 25.6 |
| AKRON, OH | 34 8.3 | 17 8.3 | 17 8.4 |
| CHICAGO, IL | 35 8.6 | 17 8.3 | 18 8.9 |
| DETROIT, MI | 35 8.6 | 18 8.7 | 17 8.4 |
| SOUTH (NET) | 100 24.4 | 50 24.3 | 50 24.6 |
| BALTIMORE, MD | 32 7.8 | 17 8.3 | 15 7.4 |
| DALLAS, TX | 34 8.3 | 16 7.8 | 18 8.9 |
| GREENSBORO, NC | 34 8.3 | 17 8.3 | 17 8.4 |

**Exhibit 1**

**- 66 -**

Page 2

Table 1

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

CITY

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| WEST (NET) | 103 25.2 | 52 25.2 | 51 25.1 |
| AURORA, CO | 35 8.6 | 18 8.7 | 17 8.4 |
| LOS ANGELES, CA | 35 8.6 | 18 8.7 | 17 8.4 |
| PHOENIX, AZ | 33 8.1 | 16 7.8 | 17 8.4 |

**Exhibit 1**
**- 67 -**

Page 3

Table 2

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.A1/Q.A2 GENDER/AGE

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| | | | |
| MALES (NET) | 244 59.7 | 122 59.2 | 122 60.1 |
| 18 - 34 | 123 30.1 | 61 29.6 | 62 30.5 |
| 35 - 54 | 85 20.8 | 42 20.4 | 43 21.2 |
| 55 OR OLDER | 36 8.8 | 19 9.2 | 17 8.4 |
| FEMALES (NET) | 165 40.3 | 84 40.8 | 81 39.9 |
| 18 - 34 | 81 19.8 | 41 19.9 | 40 19.7 |
| 35 - 54 | 58 14.2 | 30 14.6 | 28 13.8 |
| 55 OR OLDER | 26 6.4 | 13 6.3 | 13 6.4 |
| TOTAL | | | |
| 18 - 34 | 204 49.9 | 102 49.5 | 102 50.2 |
| 35 - 54 | 143 35.0 | 72 35.0 | 71 35.0 |
| 55 OR OLDER | 62 15.2 | 32 15.5 | 30 14.8 |

**Exhibit 1**
**- 68 -**

Page 4

Table 3

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.E WITHIN THE PAST 3 MONTHS, HAVE YOU PURCHASED ONE OR MORE ENERGY DRINKS?

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES | 409 100.0 | 206 100.0 | 203 100.0 |
| NO | 0 0 | 0 0 | 0 0 |
| DON'T RECALL | 0 0 | 0 0 | 0 0 |

**Exhibit 1**
**- 69 -**

Page 5

Table 4

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.F WITHIN THE NEXT 3 MONTHS, ARE YOU LIKELY TO PURCHASE ONE OR MORE ENERGY DRINKS?

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES | 409<br>100.0 | 206<br>100.0 | 203<br>100.0 |
| NO | 0<br>0 | 0<br>0 | 0<br>0 |
| DON'T KNOW | 0<br>0 | 0<br>0 | 0<br>0 |

Exhibit 1
- 70 -

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2A NOW, THINKING ABOUT ENERGY DRINKS... DO YOU ASSOCIATE THE SYMBOL ON
THIS CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES?

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES | 253 61.9 | 191 92.7 | 62 30.5 |
| NO | 139 34.0 | 14 6.8 | 125 61.6 |
| DON'T KNOW | 17 4.2 | 1 0.5 | 16 7.9 |

Page 6

Table 5

**Exhibit 1**
**- 71 -**

Page 7

Table 6

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES, ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 253 61.9 | 191 92.7 | 62 30.5 |
| COMPANY #1 | 230 56.2 | 182 88.3 | 48 23.6 |
| MONSTER (NET) | 211 51.6 | 175 85.0 | 36 17.7 |
| MONSTER | 192 46.9 | 159 77.2 | 33 16.3 |
| MONSTER ENERGY | 7 1.7 | 7 3.4 | 0 0 |
| MONSTER DRINK | 5 1.2 | 3 1.5 | 2 1.0 |
| MONSTER ENERGY DRINK | 6 1.5 | 6 2.9 | 0 0 |
| ALL OTHER MONSTER MENTIONS | 1 0.2 | 0 0 | 1 0.5 |
| MISCELLANEOUS |  |  |  |
| AMP | 1 0.2 | 0 0 | 1 0.5 |
| COCA-COLA/COKE | 1 0.2 | 1 0.5 | 0 0 |
| 5-HOUR ENERGY | 1 0.2 | 1 0.5 | 0 0 |
| GATORADE | 1 0.2 | 1 0.5 | 0 0 |
| RED BULL | 7 1.7 | 2 1.0 | 5 2.5 |
| RIP IT | 1 0.2 | 0 0 | 1 0.5 |

**Exhibit 1**
**- 72 -**

Page 8

Table 6

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| ALL OTHER MENTIONS | 7 / 1.7 | 2 / 1.0 | 5 / 2.5 |
| COMPANY #2 | 16 / 3.9 | 9 / 4.4 | 7 / 3.4 |
| MONSTER (NET) | 2 / 0.5 | 1 / 0.5 | 1 / 0.5 |
| MONSTER | 1 / 0.2 | 1 / 0.5 | 0 / 0 |
| ALL OTHER MONSTER MENTIONS | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| MISCELLANEOUS | | | |
| AMP | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| COCA-COLA/COKE | 4 / 1.0 | 4 / 1.9 | 0 / 0 |
| GATORADE | 1 / 0.2 | 1 / 0.5 | 0 / 0 |
| RED BULL | 5 / 1.2 | 2 / 1.0 | 3 / 1.5 |
| ALL OTHER MENTIONS | 3 / 0.7 | 1 / 0.5 | 2 / 1.0 |
| COMPANY #3 | 6 / 1.5 | 2 / 1.0 | 4 / 2.0 |
| MISCELLANEOUS | | | |
| 5-HOUR ENERGY | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| NOS | 2 / 0.5 | 0 / 0 | 2 / 1.0 |
| RIP IT | 1 / 0.2 | 1 / 0.5 | 0 / 0 |

**Exhibit 1**
**- 73 -**

Page 9

Table 6

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| KICKSTART | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| ALL OTHER MENTIONS | 1 / 0.2 | 1 / 0.5 | 0 / 0 |
| COMPANY #4 | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| MISCELLANEOUS |  |  |  |
| ALL OTHER MENTIONS | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| COMPANY #5 | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| MISCELLANEOUS |  |  |  |
| KICKSTART | 1 / 0.2 | 0 / 0 | 1 / 0.5 |
| DON´T KNOW COMPANY NAME/NAMES | 23 / 5.6 | 9 / 4.4 | 14 / 6.9 |
| NO, DO NOT ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 139 / 34.0 | 14 / 6.8 | 125 / 61.6 |
| DON´T KNOW IF SYMBOL ON CARD IS ASSOCIATED WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 17 / 4.2 | 1 / 0.5 | 16 / 7.9 |

**Exhibit 1**
**- 74 -**

Page 10

Table 7

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?
(NETTED)

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES, ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 253 / 61.9 | 191 / 92.7 | 62 / 30.5 |
| COMPANY #1/#2/#3/#4/#5 | 230 / 56.2 | 182 / 88.3 | 48 / 23.6 |
| MONSTER (NET) | 213 / 52.1 | 176 / 85.4 | 37 / 18.2 |
| MONSTER | 193 / 47.2 | 160 / 77.7 | 33 / 16.3 |
| MONSTER ENERGY | 7 / 1.7 | 7 / 3.4 | 0 / 0 |
| MONSTER DRINK | 5 / 1.2 | 3 / 1.5 | 2 / 1.0 |
| MONSTER ENERGY DRINK | 6 / 1.5 | 6 / 2.9 | 0 / 0 |
| ALL OTHER MONSTER MENTIONS | 2 / 0.5 | 0 / 0 | 2 / 1.0 |
| MISCELLANEOUS | | | |
| AMP | 2 / 0.5 | 0 / 0 | 2 / 1.0 |
| COCA-COLA/COKE | 5 / 1.2 | 5 / 2.4 | 0 / 0 |
| 5-HOUR ENERGY | 2 / 0.5 | 1 / 0.5 | 1 / 0.5 |
| GATORADE | 2 / 0.5 | 2 / 1.0 | 0 / 0 |
| NOS | 2 / 0.5 | 0 / 0 | 2 / 1.0 |
| RED BULL | 12 / 2.9 | 4 / 1.9 | 8 / 3.9 |

**Exhibit 1**
**- 75 -**

Page 11

Table 7

A. & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-160877)

Q.2B WHAT COMPANY OR COMPANIES?
(NETTED)

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| | | | |
| RIP IT | 2 | 1 | 1 |
| | 0.5 | 0.5 | 0.5 |
| | | | |
| KICKSTART | 2 | 0 | 2 |
| | 0.5 | 0 | 1.0 |
| | | | |
| ALL OTHER MENTIONS | 12 | 4 | 8 |
| | 2.9 | 1.9 | 3.9 |
| | | | |
| DON'T KNOW COMPANY NAME/NAMES | 23 | 9 | 14 |
| | 5.6 | 4.4 | 6.9 |
| | | | |
| NO, DO NOT ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 139 | 14 | 125 |
| | 34.0 | 6.8 | 61.6 |
| | | | |
| DON'T KNOW IF SYMBOL ON CARD IS ASSOCIATED WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 17 | 1 | 16 |
| | 4.2 | 0.5 | 7.9 |

**Exhibit 1**
**- 76 -**

Page 12

Table 8

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2C AGAIN, THINKING ABOUT ENERGY DRINKS... DO YOU ASSOCIATE THE SYMBOL ON
THIS CARD WITH ENERGY DRINKS FROM ONE COMPANY OR MORE THAN ONE COMPANY?

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES, ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 253 61.9 | 191 92.7 | 62 30.5 |
| DON'T KNOW COMPANY NAME/NAMES IN Q.2B | 23 5.6 | 9 4.4 | 14 6.9 |
| ONE COMPANY | 11 2.7 | 7 3.4 | 4 2.0 |
| MORE THAN ONE COMPANY | 1 0.2 | 1 0.5 | 0 0 |
| DON'T KNOW/NO OPINION | 11 2.7 | 1 0.5 | 10 4.9 |
| NAMED A COMPANY IN Q.2B | 230 56.2 | 182 88.3 | 48 23.6 |
| NO, DO NOT ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 139 34.0 | 14 6.8 | 125 61.6 |
| DON'T KNOW IF SYMBOL ON CARD IS ASSOCIATED WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 17 4.2 | 1 0.5 | 16 7.9 |

**Exhibit 1**
**- 77 -**

Page 13

Table 9

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?
- MENTIONED 1 COMPANY -

| | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| YES, ASSOCIATE SYMBOL ON CARD WITH ENERGY DRINKS FROM ANY PARTICULAR COMPANY OR COMPANIES IN Q.2A | 253<br>61.9 | 191<br>92.7 | 62<br>30.5 |
| MENTIONED 1 COMPANY | 214<br>52.3 | 173<br>84.0 | 41<br>20.2 |
| COMPANY #1 | 214<br>52.3 | 173<br>84.0 | 41<br>20.2 |
| MONSTER (NET) | 201<br>49.1 | 170<br>82.5 | 31<br>15.3 |
| MONSTER | 182<br>44.5 | 154<br>74.8 | 28<br>13.8 |
| MONSTER ENERGY | 7<br>1.7 | 7<br>3.4 | 0<br>0 |
| MONSTER DRINK | 5<br>1.2 | 3<br>1.5 | 2<br>1.0 |
| MONSTER ENERGY DRINK | 6<br>1.5 | 6<br>2.9 | 0<br>0 |
| ALL OTHER MONSTER MENTIONS | 1<br>0.2 | 0<br>0 | 1<br>0.5 |
| MISCELLANEOUS | | | |
| AMP | 1<br>0.2 | 0<br>0 | 1<br>0.5 |
| COCA-COLA/COKE | 1<br>0.2 | 1<br>0.5 | 0<br>0 |
| RED BULL | 5<br>1.2 | 0<br>0 | 5<br>2.5 |
| ALL OTHER MENTIONS | 6<br>1.5 | 2<br>1.0 | 4<br>2.0 |
| MENTIONED MORE THAN 1 COMPANY | 16<br>3.9 | 9<br>4.4 | 7<br>3.4 |

**Exhibit 1**
**- 78 -**

Page 14

Table 9

A & G RESEARCH, INC.
ENERGY DRINK SURVEY (#103-16087)

Q.2B WHAT COMPANY OR COMPANIES?
- MENTIONED 1 COMPANY -

|  | TOTAL | EXHIBIT "A" | EXHIBIT "B" |
|---|---|---|---|
| TOTAL RESPONDENTS | 409 | 206 | 203 |
| DON'T KNOW COMPANY NAME/NAMES | 23<br>5.6 | 9<br>4.4 | 14<br>6.9 |
| NO, DO NOT ASSOCIATE SYMBOL ON CARD<br>WITH ENERGY DRINKS FROM ANY PARTICULAR<br>COMPANY OR COMPANIES IN Q.2A | 139<br>34.0 | 14<br>6.8 | 125<br>61.6 |
| DON'T KNOW IF SYMBOL ON CARD IS<br>ASSOCIATED WITH ENERGY DRINKS FROM ANY<br>PARTICULAR COMPANY OR COMPANIES IN Q.2A | 17<br>4.2 | 1<br>0.5 | 16<br>7.9 |

**Exhibit 1**
**- 79 -**

# EXHIBIT I

**Exhibit 1**
**- 80 -**

| Respid | City | Gender | Age | QE | QF | CELL | Q2A | Q2B_1 | Q2B_2 | Q2B_3 | Q2B_4 | Q2B_5 | Q2B_DK | Q2C |
|--------|------|--------|-----|----|----|------|-----|-------|-------|-------|-------|-------|--------|-----|
| 2001 | 2 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | | | | | | |
| 2002 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2003 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2004 | 2 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | 11 | | | | | |
| 2005 | 2 | 1 | 3 | 1 | 1 | 2 | 2 | | | | | | | |
| 2006 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2007 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2008 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2009 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2010 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2011 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2012 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2013 | 2 | 1 | 2 | 1 | 1 | 2 | 3 | | | | | | | |
| 2014 | 2 | 1 | 4 | 1 | 1 | 2 | 1 | 9 | | | | | | |
| 2015 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | | | | | | | |
| 2016 | 2 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2017 | 2 | 1 | 4 | 1 | 1 | 1 | 1 | 4 | | | | | | |
| 2018 | 2 | 1 | 3 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2019 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2020 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 2021 | 2 | 1 | 3 | 1 | 1 | 2 | 1 | | | | | | 1 | 1 |
| 2022 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2023 | 2 | 1 | 3 | 1 | 1 | 2 | 2 | | | | | | | |
| 2024 | 2 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2025 | 2 | 1 | 3 | 1 | 1 | 2 | 2 | 1 | | | | | | |
| 2026 | 2 | 2 | 3 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2027 | 2 | 1 | 3 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2028 | 2 | 2 | 3 | 1 | 1 | 2 | 2 | | | | | | | |
| 2029 | 2 | 2 | 4 | 1 | 1 | 1 | 1 | | | | | | | |
| 2030 | 2 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 2031 | 2 | 2 | 3 | 1 | 1 | 1 | 1 | 3 | | | | | | |
| 2032 | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 15 | 998 | | | | | |
| 2033 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 2034 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 28001 | 28 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | | | | | | |
| 28002 | 28 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 28003 | 28 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 28004 | 28 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |

**Exhibit 1**

**- 81 -**

| ID | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28005 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28006 | 28 | 1 | 1 | 1 | 1 | 2 | 3 | 2 | 2 | |
| 28007 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28008 | 28 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | |
| 28009 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 998 |
| 28010 | 28 | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 1 |
| 28011 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | | |
| 28012 | 28 | 2 | 1 | 1 | 2 | 2 | 3 | 2 | | |
| 28013 | 28 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28014 | 28 | 1 | 1 | 1 | 1 | 1 | 4 | 1 | | 1 |
| 28015 | 28 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28016 | 28 | 1 | 1 | 1 | 1 | 2 | 4 | 2 | 2 | |
| 28017 | 28 | 3 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28018 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28019 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | |
| 28020 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | | |
| 28021 | 28 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 28022 | 28 | 1 | 1 | 1 | 2 | 2 | 3 | 2 | 1 | 2 |
| 28023 | 28 | 2 | 1 | 1 | 2 | 2 | 3 | 2 | 1 | 1 |
| 28024 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 3 |
| 28025 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | | |
| 28026 | 28 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | | |
| 28027 | 28 | 1 | 1 | 1 | 2 | 2 | 4 | 2 | 1 | |
| 28028 | 28 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | | |
| 28029 | 28 | 1 | 1 | 1 | 2 | 1 | 3 | 1 | 1 | |
| 28030 | 28 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | | |
| 28031 | 28 | 1 | 1 | 1 | 2 | 2 | 4 | 2 | 4 | |
| 28032 | 28 | 2 | 1 | 1 | 1 | 1 | 4 | 1 | | |
| 28033 | 28 | 1 | 2 | 1 | 2 | 2 | 3 | 2 | 1 | |
| 28034 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | |
| 28035 | 28 | 1 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 11 / 1 |
| 30001 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | | |
| 30002 | 30 | 2 | 1 | 1 | 2 | 1 | 3 | 1 | | |
| 30003 | 30 | 1 | 3 | 1 | 1 | 1 | 4 | 1 | | |
| 30004 | 30 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | | |
| 30005 | 30 | 2 | 2 | 1 | 1 | 1 | 3 | 1 | 1 | |
| 30006 | 30 | 2 | 1 | 1 | 2 | 2 | 4 | 2 | 1 | |
| 30007 | 30 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | |
| 30008 | 30 | 2 | 1 | 1 | 1 | 2 | 4 | 1 | 15 | |

Exhibit 1
- 82 -

| ID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30009 | 30 | 1 | 3 | 1 | 1 | 2 | 2 | 1 | |
| 30010 | 30 | 2 | 2 | 1 | 1 | 1 | 1 | | |
| 30011 | 30 | 2 | 2 | 1 | 1 | 2 | 2 | | |
| 30012 | 30 | 1 | 2 | 1 | 1 | 2 | 1 | | |
| 30013 | 30 | 2 | 3 | 1 | 1 | 1 | 1 | 1 / 998 | |
| 30014 | 30 | 1 | 3 | 1 | 1 | 1 | 1 | | |
| 30015 | 30 | 1 | 2 | 1 | 1 | 1 | 2 | | |
| 30016 | 30 | 2 | 2 | 1 | 1 | 2 | 2 | | |
| 30017 | 30 | 2 | 2 | 1 | 1 | 1 | 2 | | |
| 30018 | 30 | 2 | 2 | 1 | 1 | 2 | 2 | | |
| 30019 | 30 | 1 | 3 | 1 | 1 | 2 | 1 | | |
| 30020 | 30 | 1 | 2 | 1 | 1 | 1 | 2 | | |
| 30021 | 30 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | |
| 30022 | 30 | 1 | 2 | 1 | 1 | 2 | 1 | | |
| 30023 | 30 | 2 | 2 | 1 | 1 | 1 | 2 | | |
| 30024 | 30 | 1 | 4 | 1 | 1 | 2 | 1 | 3 | |
| 30025 | 30 | 1 | 2 | 1 | 1 | 1 | 1 | | |
| 30026 | 30 | 2 | 2 | 1 | 1 | 1 | 1 | | |
| 30027 | 30 | 1 | 3 | 1 | 1 | 2 | 2 | 1 | |
| 30028 | 30 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 30029 | 30 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | |
| 30030 | 30 | 1 | 3 | 1 | 1 | 2 | 1 | | |
| 30031 | 30 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | |
| 30032 | 30 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | |
| 30033 | 30 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 30034 | 30 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 37001 | 37 | 1 | 2 | 1 | 1 | 1 | 2 | | |
| 37002 | 37 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 37003 | 37 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | |
| 37004 | 37 | 2 | 2 | 1 | 1 | 1 | 1 | | |
| 37005 | 37 | 1 | 2 | 1 | 1 | 2 | 3 | 1 | |
| 37006 | 37 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 37007 | 37 | 2 | 3 | 1 | 1 | 2 | 1 | 1 | |
| 37008 | 37 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | |
| 37009 | 37 | 1 | 3 | 1 | 1 | 1 | 1 | | |
| 37010 | 37 | 2 | 3 | 1 | 1 | 2 | 1 | | |
| 37011 | 37 | 1 | 3 | 1 | 1 | 1 | 2 | | |
| 37012 | 37 | 2 | 2 | 1 | 1 | 2 | 1 | | 1 / 3 |
| 37013 | 37 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | 1 / 3 |

Exhibit 1

- 83 -

| ID | Type | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37014 | 37 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 37015 | 37 | 2 | 3 | 1 | 1 | 3 | 2 | | | | | | | |
| 37016 | 37 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | | | | | | |
| 37017 | 37 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 37018 | 37 | 1 | 4 | 1 | 1 | 4 | 1 | | | | | | | |
| 37019 | 37 | 2 | 4 | 1 | 1 | 4 | 2 | 1 | | | | | | |
| 37020 | 37 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| 37021 | 37 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | | | | | | |
| 37022 | 37 | 1 | 3 | 1 | 1 | 4 | 1 | 1 | | | | | | |
| 37023 | 37 | 1 | 4 | 1 | 1 | 3 | 1 | 1 | | | | | | |
| 37024 | 37 | 2 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 37025 | 37 | 2 | 2 | 1 | 1 | 2 | 2 | | | | | | 1 | 1 |
| 37026 | 37 | 1 | 3 | 1 | 1 | 3 | 2 | | | | | | | |
| 37027 | 37 | 1 | 1 | 1 | 1 | 2 | 1 | | | | | | | |
| 37028 | 37 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 11 | | | | | |
| 37029 | 37 | 1 | 2 | 1 | 1 | 2 | 1 | 11 | | | | | | |
| 37030 | 37 | 2 | 3 | 1 | 1 | 3 | 3 | | | | | | | |
| 37031 | 37 | 1 | 2 | 1 | 1 | 2 | 2 | | | | | | | |
| 37032 | 37 | 2 | 4 | 1 | 1 | 4 | 1 | | | | | | | |
| 37033 | 37 | 2 | 3 | 1 | 1 | 3 | 1 | | | | | | | |
| 37034 | 37 | 1 | 2 | 1 | 1 | 2 | 1 | | | | | | | |
| 52001 | 52 | 1 | 3 | 1 | 1 | 2 | 2 | 1 | 10 | 14 | 998 | 17 | | |
| 52002 | 52 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | | | | | | |
| 52003 | 52 | 1 | 4 | 1 | 1 | 3 | 2 | 15 | | | | | | |
| 52004 | 52 | 1 | 3 | 1 | 1 | 4 | 1 | 12 | 1 | | | | | |
| 52005 | 52 | 2 | 3 | 2 | 2 | 3 | 1 | | | | | | | |
| 52006 | 52 | 1 | 4 | 1 | 1 | 4 | 2 | 1 | | | | | | |
| 52007 | 52 | 1 | 2 | 1 | 1 | 2 | 1 | 16 | 998 | | | | | |
| 52008 | 52 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | | | | | | |
| 52009 | 52 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | | | | | | |
| 52010 | 52 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | | | | | | |
| 52011 | 52 | 1 | 2 | 2 | 1 | 2 | 2 | 998 | | | | | | |
| 52012 | 52 | 1 | 2 | 1 | 1 | 2 | 1 | | | | | | | |
| 52013 | 52 | 2 | 2 | 1 | 1 | 2 | 2 | | 15 | 14 | | | | |
| 52014 | 52 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | | | | | | |
| 52015 | 52 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | | | | | | |
| 52016 | 52 | 2 | 3 | 2 | 1 | 3 | 2 | 998 | | | | | | |
| 52017 | 52 | 2 | 2 | 1 | 1 | 3 | 2 | 1 | | | | | | |
| 52018 | 52 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | | | | | |

**Exhibit 1**

Note: The following table is printed rotated 90° on the page. Reconstructed best-effort below (ID in first column).

| ID | Cat | | | | | | | | | |
|----|-----|---|---|---|---|---|---|---|---|---|
| 52019 | 52 | 1 | 3 | 1 | 1 | 2 | 1 | 15 | 15 | |
| 52020 | 52 | 2 | 3 | 1 | 1 | 1 | 1 | 13 | 15 | 12 |
| 52021 | 52 | 2 | 4 | 1 | 1 | 2 | 1 | 1 | | |
| 52022 | 52 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 52023 | 52 | 2 | 3 | 1 | 1 | 1 | 2 | | | |
| 52024 | 52 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 52025 | 52 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 52026 | 52 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 52027 | 52 | 1 | 2 | 1 | 1 | 1 | 1 | 15 | | |
| 52028 | 52 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 52029 | 52 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 15 | 17 |
| 52030 | 52 | 1 | 3 | 1 | 1 | 2 | 1 | 998 | 9 | |
| 52031 | 52 | 1 | 2 | 1 | 1 | 1 | 1 | 998 | 998 | |
| 52032 | 52 | 1 | 4 | 1 | 1 | 2 | 1 | 1 | | |
| 52033 | 52 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 52034 | 52 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 52099 | 52 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | 15 | 16 |
| 61001 | 61 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 61002 | 61 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | | |
| 61003 | 61 | 1 | 4 | 1 | 1 | 2 | 2 | 1 | | |
| 61004 | 61 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 11 | |
| 61005 | 61 | 1 | 3 | 1 | 1 | 2 | 3 | 1 | | |
| 61006 | 61 | 2 | 2 | 1 | 1 | 1 | 1 | | | |
| 61007 | 61 | 1 | 2 | 1 | 1 | 1 | 1 | | | |
| 61008 | 61 | 1 | 3 | 1 | 1 | 2 | 1 | 1 | | |
| 61009 | 61 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 61010 | 61 | 1 | 2 | 1 | 1 | 2 | 1 | | | |
| 61011 | 61 | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | |
| 61012 | 61 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 61013 | 61 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 61014 | 61 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | | |
| 61015 | 61 | 2 | 4 | 1 | 1 | 1 | 1 | | | |
| 61016 | 61 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 61017 | 61 | 2 | 4 | 1 | 1 | 1 | 1 | | | |
| 61018 | 61 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 61019 | 61 | 2 | 4 | 1 | 1 | 1 | 2 | | | |
| 61020 | 61 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 61021 | 61 | 2 | 2 | 1 | 1 | 1 | 3 | 1 | | |
| 61022 | 61 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |

Exhibit 1
- 85 -

| ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 61023 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 3 | 2 |
| 61024 | | | 1 | 1 | 2 | 1 | 1 | 2 | 2 |
| 61025 | | | 1 | 1 | 1 | 1 | 1 | 3 | 1 |
| 61026 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 61027 | | | | 1 | 2 | 1 | 1 | 3 | 1 |
| 61028 | | | 1 | 1 | 1 | 1 | 1 | 4 | 1 |
| 61029 | | | | 2 | 1 | 1 | 1 | 1 | 1 |
| 61030 | | | 1 | 2 | 3 | 1 | 1 | 3 | 1 |
| 61031 | | | | 1 | 2 | 1 | 1 | 2 | 2 |
| 61032 | | | 1 | 1 | 1 | 1 | 1 | 4 | 1 |
| 61033 | | | 1 | 2 | 2 | 1 | 1 | 2 | 1 |
| 61034 | | | | 1 | 1 | 1 | 1 | 3 | 1 |
| 61035 | | | 1 / 998 | 2 | 2 | 1 | 1 | 3 | 2 |
| 76001 | | | 1 | 1 | 2 | 1 | 1 | 2 | 2 |
| 76002 | | | 1 | 2 | 1 | 1 | 1 | 2 | 2 |
| 76003 | | | | 1 | 1 | 1 | 1 | 4 | 1 |
| 76004 | | | 1 | 2 | 2 | 1 | 1 | 3 | 2 |
| 76005 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 76006 | | | | 2 | 2 | 1 | 1 | 2 | 1 |
| 76007 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 76009 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 |
| 76010 | | | | 2 | 1 | 1 | 1 | 2 | 1 |
| 76011 | | | 1 | 1 | 2 | 1 | 1 | 3 | 1 |
| 76012 | | | | 1 | 1 | 1 | 1 | 4 | 2 |
| 76013 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 76014 | | | 1 | 1 | 2 | 1 | 1 | 2 | 1 |
| 76015 | | | | 2 | 1 | 1 | 1 | 2 | 2 |
| 76016 | | | 1 | 1 | 1 | 1 | 1 | 3 | 2 |
| 76017 | | | 1 | 1 | 2 | 1 | 1 | 2 | 1 |
| 76018 | | | | 1 | 1 | 1 | 1 | 2 | 1 |
| 76019 | | | 1 | 2 | 1 | 1 | 1 | 2 | 1 |
| 76020 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 76021 | | | 1 | 3 | 2 | 1 | 1 | 2 | 2 |
| 76022 | | | | 1 | 1 | 1 | 1 | 3 | 1 |
| 76023 | | | 4 | 1 | 1 | 1 | 1 | 3 | 1 |
| 76024 | | | 1 | 1 | 2 | 1 | 1 | 3 | 2 |
| 76025 | | | 1 | 2 | 2 | 1 | 1 | 3 | 1 |
| 76026 | | | 1 | 2 | 2 | 1 | 1 | 3 | 3 |
| 76027 | | | 1 | 1 | 1 | 1 | 1 | 3 | 1 |

**Exhibit 1**
**- 86 -**

| ID | Code | S1 | S2 | a | b | c | d | e | f | g |
|----|------|----|----|---|---|---|---|---|---|---|
| 76028 | 76 | | | 3 | 1 | 2 | 1 | 1 | 3 | 1 |
| 76029 | 76 | | | | 2 | 2 | 1 | 1 | 3 | 2 |
| 76030 | 76 | | | 1 | 1 | 1 | 1 | 1 | 4 | 1 |
| 76031 | 76 | | | | 2 | 2 | 1 | 1 | 2 | 2 |
| 76032 | 76 | | | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| 76033 | 76 | | | | 2 | 2 | 1 | 1 | 4 | 1 |
| 76035 | 76 | | | | 2 | 2 | 1 | 1 | 1 | 1 |
| 76036 | 76 | | | 1 | 1 | 2 | 1 | 1 | 3 | 1 |
| 83001 | 83 | | | 1 | 1 | 1 | 2 | 1 | 4 | 1 |
| 83002 | 83 | | | | 2 | 2 | 1 | 2 | 2 | 2 |
| 83003 | 83 | | | 3 | 1 | 1 | 1 | 1 | 1 | 1 |
| 83004 | 83 | | | | 2 | 1 | 1 | 2 | 2 | 2 |
| 83005 | 83 | | | | 2 | 2 | 2 | 2 | 2 | 2 |
| 83006 | 83 | | | | 1 | 1 | 1 | 1 | 3 | 2 |
| 83007 | 83 | | | 1 | 2 | 2 | 1 | 2 | 1 | 1 |
| 83008 | 83 | | | | 1 | 1 | 1 | 2 | 2 | 2 |
| 83009 | 83 | | | 1 | 2 | 2 | 2 | 1 | 3 | 2 |
| 83010 | 83 | | | | 1 | 1 | 1 | 2 | 2 | 2 |
| 83011 | 83 | | | 1 | 2 | 1 | 1 | 2 | 2 | 1 |
| 83012 | 83 | | | | 1 | 2 | 1 | 1 | 2 | 2 |
| 83013 | 83 | | | 1 | 1 | 1 | 2 | 2 | 3 | 1 |
| 83014 | 83 | | | 3 | 1 | 1 | 1 | 1 | 1 | 1 |
| 83015 | 83 | | | 1 | 2 | 1 | 1 | 1 | 2 | 1 |
| 83016 | 83 | | | 1 | 2 | 2 | 1 | 1 | 2 | 1 |
| 83017 | 83 | | | | 1 | 2 | 1 | 1 | 1 | 1 |
| 83018 | 83 | | | | 1 | 1 | 1 | 1 | 3 | 1 |
| 83019 | 83 | | | 1 | 2 | 2 | 1 | 2 | 2 | 2 |
| 83020 | 83 | | | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| 83021 | 83 | | | 1 | 2 | 2 | 1 | 1 | 2 | 2 |
| 83022 | 83 | | | | 1 | 1 | 1 | 1 | 2 | 1 |
| 83023 | 83 | | | 1 | 2 | 2 | 1 | 1 | 3 | 2 |
| 83024 | 83 | | | | 1 | 1 | 1 | 1 | 4 | 1 |
| 83025 | 83 | 1 | 1 | | 3 | 1 | 1 | 1 | 4 | 1 |
| 83026 | 83 | | | | 1 | 1 | 1 | 1 | 2 | 2 |
| 83027 | 83 | 1 | 1 | | 2 | 2 | 1 | 1 | 4 | 1 |
| 83028 | 83 | | | | 1 | 1 | 1 | 1 | 2 | 1 |
| 83029 | 83 | | | 1 | 2 | 1 | 1 | 1 | 4 | 1 |
| 83030 | 83 | | | | 1 | 1 | 1 | 1 | 3 | 1 |
| 83031 | 83 | | | | 2 | 2 | 1 | 1 | 3 | 1 |

**Exhibit 1**
**- 87 -**

| ID | Code | V1 | V2 | V3 | V4 | V5 | V6 | V7 | V8 | V9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 83032 | 83 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 83033 | 83 | 1 | 3 | 1 | 1 | 2 | 2 | | | |
| 83034 | 83 | 1 | 4 | 1 | 1 | 2 | 2 | 1 | | |
| 102001 | 102 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102002 | 102 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 102003 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102004 | 102 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 102006 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102007 | 102 | 1 | 3 | 1 | 1 | 2 | 2 | | | |
| 102008 | 102 | 2 | 3 | 1 | 1 | 2 | 2 | | | |
| 102009 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102010 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102011 | 102 | 1 | 2 | 1 | 1 | 2 | 1 | | | |
| 102012 | 102 | 2 | 2 | 1 | 1 | 1 | 2 | | | |
| 102013 | 102 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 102014 | 102 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 102015 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | | | |
| 102016 | 102 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | | |
| 102017 | 102 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 102018 | 102 | 2 | 4 | 1 | 1 | 2 | 3 | | | |
| 102019 | 102 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 102020 | 102 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 102021 | 102 | 1 | 3 | 1 | 1 | 2 | 2 | | | |
| 102022 | 102 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 102023 | 102 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 102024 | 102 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 102025 | 102 | 2 | 4 | 1 | 1 | 2 | 2 | 1 | | |
| 102026 | 102 | 1 | 3 | 1 | 1 | 1 | 1 | | | |
| 102027 | 102 | 1 | 3 | 1 | 1 | 1 | 1 | | | |
| 102028 | 102 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 102029 | 102 | 1 | 3 | 1 | 1 | 1 | 1 | | | |
| 102030 | 102 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 102031 | 102 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | | |
| 102032 | 102 | 2 | 4 | 1 | 1 | 2 | 1 | | | |
| 102033 | 102 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | |
| 103001 | 103 | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | |
| 103002 | 103 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | | |
| 103003 | 103 | 1 | 2 | 1 | 1 | 1 | 2 | | 1 | 3 |
| 103004 | 103 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |

**Exhibit 1**

Note: The following is a data table printed sideways (rotated 90°) on the page. It has been transcribed with each record ID as a row and the stacked numeric values as columns (V1 is the value nearest the ID label, ascending to V11 at the far edge).

| ID | V1 | V2 | V3 | V4 | V5 | V6 | V7 | V8 | V9 | V10 | V11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103005 | 1 | 2 | 1 | 1 | 2 | 1 |  |  |  | 1 | 3 |
| 103006 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103007 | 1 | 2 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103008 | 2 | 2 | 2 | 1 | 2 | 1 | 1 |  |  |  |  |
| 103009 | 2 | 2 | 2 | 1 | 1 | 1 | 2 |  |  |  |  |
| 103010 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103011 | 1 | 3 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103012 | 2 | 3 | 2 | 1 | 2 | 2 |  |  |  |  |  |
| 103013 | 2 | 2 | 2 | 1 | 2 | 3 |  |  |  |  |  |
| 103014 | 2 | 2 | 2 | 1 | 2 | 2 |  |  |  |  |  |
| 103015 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103016 | 1 | 3 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103017 | 2 | 3 | 1 | 1 | 1 | 1 | 15 | 13 | 998 |  |  |
| 103018 | 3 | 4 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 103019 | 1 | 2 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 103020 | 2 | 2 | 1 | 1 | 2 | 1 |  |  |  | 1 | 3 |
| 103021 | 1 | 3 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103023 | 2 | 3 | 1 | 1 | 1 | 2 | 1 |  |  |  |  |
| 103024 | 1 | 3 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 103025 | 2 | 4 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| 103026 | 1 | 4 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103027 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 103028 | 2 | 4 | 1 | 1 | 1 | 2 | 1 |  |  |  |  |
| 103029 | 2 | 2 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| 103030 | 2 | 3 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103031 | 1 | 3 | 1 | 1 | 2 | 1 | 1 |  |  |  |  |
| 103032 | 1 | 3 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103033 | 2 | 3 | 1 | 1 | 2 | 1 | 1 |  |  |  |  |
| 103034 | 1 | 4 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 103035 | 1 | 3 | 1 | 1 | 2 | 1 | 1 |  |  |  |  |
| 902001 | 2 | 2 | 1 | 1 | 1 | 2 | 1 |  |  |  |  |
| 902002 | 1 | 2 | 1 | 1 | 1 | 1 | 2 |  |  |  |  |
| 902003 | 2 | 3 | 1 | 1 | 1 | 2 |  |  |  |  |  |
| 902004 | 2 | 3 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |
| 902005 | 2 | 2 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 902006 | 2 | 3 | 1 | 1 | 2 | 3 |  |  |  |  |  |
| 902007 | 2 | 3 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 902008 | 2 | 2 | 1 | 1 | 2 | 2 |  |  |  |  |  |
| 902009 | 1 | 2 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |

**Exhibit 1**
**- 89 -**

| ID | Col1 | v1 | v2 | v3 | v4 | v5 | v6 | v7 | v8 |
|---|---|---|---|---|---|---|---|---|---|
| 902010 | 902 | 1 | 3 | 1 | 1 | 2 | 2 | 4 | |
| 902011 | 902 | 1 | 3 | 1 | 1 | 1 | 1 | | |
| 902012 | 902 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| 902013 | 902 | 1 | 2 | 1 | 1 | 2 | 1 | 10 | |
| 902014 | 902 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 902016 | 902 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 902017 | 902 | 2 | 3 | 1 | 1 | 1 | 1 | 2 | |
| 902018 | 902 | 2 | 4 | 1 | 1 | 1 | 1 | | 3 |
| 902019 | 902 | 2 | 2 | 1 | 1 | 1 | 1 | 4 | |
| 902020 | 902 | 1 | 2 | 1 | 1 | 2 | 1 | 4 | |
| 902021 | 902 | 2 | 3 | 1 | 1 | 2 | 3 | 1 | |
| 902022 | 902 | 1 | 2 | 1 | 1 | 2 | 1 | | |
| 902023 | 902 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 902024 | 902 | 2 | 3 | 1 | 1 | 1 | 1 | 1 | |
| 902025 | 902 | 1 | 3 | 1 | 1 | 2 | 2 | | |
| 902026 | 902 | 1 | 4 | 1 | 1 | 1 | 1 | | |
| 902027 | 902 | 1 | 3 | 1 | 1 | 2 | 1 | 1 | |
| 902028 | 902 | 1 | 2 | 1 | 1 | 2 | 3 | | |
| 902029 | 902 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 3 |
| 902030 | 902 | 1 | 4 | 1 | 1 | 1 | 1 | | 3 |
| 902031 | 902 | 1 | 4 | 1 | 1 | 2 | 2 | | |
| 902032 | 902 | 2 | 4 | 1 | 1 | 2 | 2 | 1 | |
| 902033 | 902 | 1 | 2 | 1 | 1 | 1 | 1 | | |
| 902034 | 902 | 1 | 3 | 1 | 1 | 1 | 2 | 1 | |
| 977001 | 977 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 |
| 977002 | 977 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 977003 | 977 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 977004 | 977 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 977005 | 977 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | |
| 977006 | 977 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 977007 | 977 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 977008 | 977 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 3 |
| 977009 | 977 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 977010 | 977 | 1 | 3 | 1 | 1 | 1 | 2 | | |
| 977011 | 977 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 977012 | 977 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 977013 | 977 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | |
| 977014 | 977 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | |
| 977015 | 977 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | |

Exhibit 1
- 90 -

| ID | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 977016 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 977017 | 2 | 3 | 1 | 1 | 1 | 1 | | | |
| 977018 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 977019 | 1 | 3 | 1 | 1 | 1 | 1 | | 1 | 1 |
| 977020 | 1 | 2 | 1 | 1 | 2 | 2 | | | |
| 977021 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 977022 | 2 | 2 | 1 | 1 | 2 | 2 | | | |
| 977023 | 1 | 3 | 1 | 1 | 1 | 1 | 1 | | |
| 977024 | 1 | 3 | 1 | 1 | 1 | 1 | | | |
| 977025 | 1 | 4 | 1 | 1 | 2 | 2 | 1 | | |
| 977026 | 1 | 3 | 1 | 1 | 1 | 1 | 15 | | |
| 977027 | 1 | 3 | 1 | 1 | 2 | 2 | 1 | | |
| 977028 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | |
| 977029 | 1 | 4 | 1 | 1 | 1 | 1 | | | |
| 977030 | 2 | 3 | 1 | 1 | 2 | 2 | | 1 | 1 |
| 977031 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 3 |
| 977032 | 2 | 3 | 1 | 1 | 2 | 2 | | | |
| 977033 | 1 | 3 | 1 | 1 | 2 | 2 | | | |
| 977034 | 2 | 4 | 1 | 1 | 1 | 2 | | | |
| 977035 | 2 | 4 | 1 | 1 | 2 | 2 | | | |

Exhibit 1

- 91 -

# EXHIBIT J

Exhibit 1
- 92 -

16087                        Energy Drink Survey                        Final codes

|     | **Q2b(212-226) - Company name** |
| --- | --- |
|     |     |
|     | **<u>Monster (Net)</u>** |
| 001 | Monster |
| 002 | Monster Energy |
| 003 | Monster Drink |
| 004 | Monster Energy Drink |
| 009 | All other Monster mentions |
|     |     |
|     | **Miscellaneous** |
| 010 | Amp |
| 011 | Coca-Cola/Coke |
| 012 | 5-Hour Energy |
| 013 | Gatorade |
| 014 | Nos |
| 015 | Red Bull |
| 016 | Rip It |
| 017 | Kickstart |
| 997 | None/Nothing |
| 998 | All other mentions |
| 999 | Don't know/No answer |

10-18-16

**Exhibit 1**
**- 93 -**

# EXHIBIT K
# (Corrected)

**Exhibit 1**
**- 94 -**

ENERGY DRINK SURVEY

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Resp ID Number | Gender Age (col 112) | Gender (col 115) | Age (col 116) | | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 It's the Monster symbol company | Company #2 | Company #3 | Company #4 | Company #5 | | ASK ONLY IF DON'T KNOW (9) IN Q2b. Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
| | | | | | | | | | | | Q2b. What company or companies? | | | | | |
| 3 | 002001 | 2 | 1 | 4 | | 1 | 1 | 1 | | Monster | | | | | | |
| 4 | 002003 | 1 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 5 | 002004 | 3 | 2 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 6 | 002008 | 4 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 7 | 002009 | 4 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 8 | 002011 | 1 | 1 | 2 | | 1 | 1 | 1 | | Monster | Coca-Cola | | | | | |
| 9 | 002015 | 1 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 10 | 002016 | 1 | 1 | 2 | | | | 1 | | Monster Energy Drink | | | | | | |
| 11 | 002017 | 6 | 2 | 4 | | | | 1 | | Monster | | | | | | |
| 12 | 002018 | 3 | 1 | 4 | | 1 | 1 | 1 | | Monster | | | | | | |
| 13 | 002019 | 5 | 2 | 3 | | 1 | 1 | 1 | | Monster | | | | | | |
| 14 | 002022 | 1 | 2 | 3 | | 1 | 1 | 1 | | Monster | | | | | | |
| 15 | 002024 | 5 | 2 | 3 | | 1 | 1 | 1 | | Monster | | | | | | |
| 16 | 002026 | 5 | 2 | 3 | | 1 | 1 | 1 | | Monster | | | | | | |
| 17 | 002030 | 3 | 2 | 3 | | 1 | 1 | 1 | | Monster | | | | | | |
| 18 | 002031 | 2 | 1 | 3 | | 1 | 1 | 1 | | Monster Drink | | | | | | |
| 19 | 002032 | 6 | 2 | 4 | | 1 | 1 | 1 | | Red Bull | Red Energy | | | | | |
| 20 | 002033 | 4 | 2 | 4 | | | | 1 | | Monster | | | | | | |
| 21 | 002034 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 22 | 028001 | 4 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 23 | 028004 | 3 | 2 | 4 | | 1 | 1 | 1 | | Monster | | | | | | |
| 24 | 028005 | 1 | 2 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 25 | 028007 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 26 | 028009 | 3 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 27 | 028011 | 2 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 28 | 028013 | 3 | 2 | 4 | | | | 1 | 9 | Monster Energy | | | | | | 1 |
| 29 | 028015 | 1 | 2 | 2 | | | | 1 | | Monster | | | | | | |
| 30 | 028016 | 3 | 2 | 4 | | | | 1 | | Monster | | | | | | |
| 31 | 028017 | 2 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 32 | 028019 | 5 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 33 | 028022 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 34 | 028023 | 5 | 1 | 3 | | | | 2 | 9 | Monster | | | | | | 2 |
| 35 | 028024 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 36 | 028025 | 2 | 2 | 3 | | | | 2 | | Monster | | | | | | |
| 37 | 028026 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 38 | 028029 | 5 | 1 | 2 | | 1 | 1 | 1 | | Monster | | | | | | |
| 39 | 028032 | 6 | 2 | 4 | | | | 1 | | Monster Energy Drinks | | | | | | |
| 40 | 030001 | 3 | 1 | 4 | | | | 3 | | Monster | | | | | | |
| 41 | 030002 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 42 | 030004 | 5 | 1 | 2 | | | | 2 | | Coke | | | | | | |
| 43 | 030006 | 4 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 44 | 030007 | 1 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 45 | 030010 | 4 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 46 | 030013 | 4 | 1 | 3 | | | | 1 | | Jolt | | | | | | |
| 47 | 030014 | 1 | 1 | 3 | | | | 2 | | Monster Energy | | | | | | |
| 48 | 030015 | 1 | 1 | 3 | | | | 1 | | Monster Drinks | | | | | | |
| 49 | 030020 | 6 | 1 | 4 | | | | 2 | | Monster | | | | | | |
| 50 | 030024 | 3 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 51 | 030025 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 52 | 030027 | 3 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 53 | 030029 | 2 | 1 | 2 | | | | 1 | 9 | Monster | | | | | | 3 |
| 54 | 030032 | 5 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 55 | 030033 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 56 | 030034 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 57 | 037001 | 2 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 58 | 037004 | 1 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 59 | 037007 | 6 | 2 | 4 | | | | 1 | | Monster | | | | | | |
| 60 | 037010 | 5 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 61 | 037011 | 2 | 2 | 3 | | | | 1 | | Monster | | | | | | |
| 62 | 037013 | 1 | 1 | 3 | | | | 1 | | Monster | | | | | | |
| 63 | 037016 | 2 | 1 | 2 | | | | 1 | | Monster | | | | | | |
| 64 | 037017 | 2 | 2 | 1 | | | | 1 | | Monster | | | | | | |
| 65 | 037020 | 3 | 1 | 4 | | | | 1 | | Monster | | | | | | |
| 66 | 037023 | 2 | 2 | 2 | | | | 1 | | Monster | | | | | | |
| 67 | 037025 | 4 | 2 | 3 | | | | 1 | 9 | Monster | Coke | | | | | 1 |
| 68 | 037028 | 4 | 2 | 2 | | | | 1 | | Coca-Cola | | | | | | |
| 69 | 037029 | 1 | 2 | 1 | | | | 1 | | Monster | | | | | | |
| 70 | 037034 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | | |

**Exhibit 1**

**- 95 -**

16087

BLUE cell--Monster M claw, N=206

ENERGY DRINK SURVEY

| Resp ID | Gender/ Age (col 112) | Gender (col 115) | Age (col 116) | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Q2b. What company or companies? | | | ASK ONLY IF DON'T KNOW (9) IN Q2b. |
| 052002 | 3 | 1 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 052004 | 3 | 1 | 4 | 1 | 1 | 1 | | 5-Hour Energy | | | | | |
| 052006 | 6 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052008 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052010 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052014 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 052016 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 052018 | 5 | 2 | 3 | 1 | 1 | 1 | | Gatorade | | | | | |
| 052020 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | Red Bull | | | | |
| 052022 | 5 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 052024 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052026 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052028 | 2 | 1 | 2 | 1 | 1 | 1 | | Pepsi | | | | | |
| 052031 | 3 | 1 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 052033 | 2 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 052034 | 3 | 1 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 052099 | 5 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 061001 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | Red Bull | Rip It | | | |
| 061002 | 6 | 2 | 4 | 1 | 1 | 1 | | 6 | | | | | |
| 061003 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | Coca-Cola | | | | |
| 061004 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061005 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061009 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061010 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster Energy | | | | | |
| 061014 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061015 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061017 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061019 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061021 | 5 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 061022 | 5 | 2 | 3 | 1 | 1 | 2 | | | | | | | |
| 061025 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061026 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061027 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061031 | 5 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 061033 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 070002 | 3 | 1 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 070004 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 076005 | 5 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 076009 | 5 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | 1 |
| 076011 | 2 | 1 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 076014 | 6 | 2 | 4 | 1 | 1 | 1 | 9 | | | | | | |
| 076015 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 076017 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 076019 | 2 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 076020 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 076021 | 1 | 1 | 1 | 1 | 1 | 2 | | Monster Energy Drink | | | | | |
| 078023 | 2 | 1 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 078024 | 2 | 1 | 3 | 1 | 1 | 2 | | Monster | | | | | |
| 078027 | 2 | 1 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 078030 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 078032 | 2 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 080001 | 1 | 1 | 1 | 1 | 1 | 2 | | Monster | | | | | |
| 080003 | 4 | 2 | 2 | 1 | 1 | 1 | | The Monster Drink | | | | | |
| 080005 | 4 | 2 | 3 | 1 | 1 | 2 | | Monster | | | | | |
| 080007 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 080009 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 080011 | 4 | 2 | 2 | 1 | 1 | 1 | 9 | | | | | | 1 |
| 080013 | 2 | 1 | 3 | 1 | 1 | 1 | 9 | | | | | | 1 |
| 080015 | 2 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 080017 | 2 | 1 | 2 | 1 | 1 | 2 | | Monster | | | | | |
| 080019 | 1 | 1 | 1 | 1 | 1 | 1 | | Monster | | | | | |
| 080021 | 4 | 2 | 4 | 1 | 1 | 2 | | Monster | | | | | |
| 080023 | 4 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 080025 | 6 | 2 | 3 | 1 | 1 | 1 | | | | | | | |
| 080027 | 2 | 1 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 080030 | 6 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 080032 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 080033 | 2 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 102001 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 102002 | 1 | 1 | 1 | 1 | 1 | 1 | | Monster | | | | | |
| 102006 | 1 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 102009 | 4 | 2 | 2 | 1 | 1 | 1 | | Monster | | | | | |

Page 2 of 8

Exhibit 1
- 96 -

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Resp ID Number | Gender/Age (col 112) | Gender (col 115) | Age (col 116) | QF. Within the past 3 months have you purchased one or more energy drinks? | | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Q2b. What company or companies? Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | ASK ONLY IF DON'T KNOW (9) IN Q2b. Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
| | 102010 | 1 | 1 | 2 | | | | | | Monster | | | | | |
| | 102012 | 4 | 2 | 2 | | | | | | Monster | | | | | |
| | 102015 | 2 | 1 | 3 | 1 | | 1 | 1 | | Monster | | | | | |
| | 102016 | 1 | 1 | 3 | 2 | | 1 | 2 | | Monster | | | | | |
| | 102020 | 2 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 102022 | 5 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 102023 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 102024 | 2 | 1 | 4 | | | | 1 | | Monster | | | | | |
| | 102025 | 6 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 102027 | 1 | 1 | 4 | | | | 1 | | Monster | | | | | |
| | 102028 | 2 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 102030 | 3 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 102032 | 1 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 103001 | 5 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 103002 | 4 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 103004 | 1 | 2 | 2 | | | | 1 | | Monster | | | | | |
| | 103006 | 4 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 103008 | 4 | 2 | 2 | | | | 1 | | Monster Energy | | | | | |
| | 103009 | 1 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 103010 | 2 | 2 | 2 | | | | 1 | | Red Bull | Gatorade | | | | |
| | 103015 | 5 | 1 | 3 | | | | 1 | | Monster | | Powerade | | | |
| | 103017 | 1 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 103023 | 1 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 103024 | 3 | 2 | 4 | | | | 2 | | | | | | | |
| | 103026 | 5 | 1 | 4 | | | | 1 | | Monster | | | | | |
| | 103027 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 103028 | 6 | 2 | 4 | | | | 2 | | | | | | | |
| | 103029 | 5 | 1 | 4 | | | | 1 | | Monster | | | | | |
| | 103030 | 3 | 1 | 2 | | | | 2 | | | | | | | |
| | 103033 | 4 | 2 | 3 | | | | 1 | | Monster Energy Drink | | | | | |
| | 902001 | 1 | 1 | 2 | | | | 1 | | Monster Energy | | | | | |
| | 902004 | 5 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 902018 | 6 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 902019 | 1 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 902022 | 4 | 2 | 2 | 1 | 1 | 1 | 1 | | Monster Energy Drinks | | | | | 1 |
| | 902023 | 5 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 902024 | 5 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 902026 | 3 | 1 | 4 | | | | 1 | | Monster | | | | | |
| | 902027 | 2 | 2 | 2 | | | | 2 | | | | | | | |
| | 902029 | 2 | 1 | 3 | | | | 1 | | Monster Energy | | | | | |
| | 902031 | 3 | 2 | 2 | | | | 1 | | Monster | | | | | |
| | 902034 | 2 | 1 | 2 | | | | 1 | | Monster | | | | | |
| | 977001 | 1 | 2 | 2 | | | | 2 | | | | | | | |
| | 977003 | 4 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 977005 | 4 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 977007 | 1 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 977009 | 2 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 977011 | 1 | 2 | 2 | | | | 2 | | | | | | | |
| | 977014 | 4 | 2 | 3 | | | | 1 | 9 | Monster | | | | | |
| | 977015 | 4 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 977017 | 5 | 1 | 4 | | | | 1 | | | | | | | |
| | 977018 | 2 | 2 | 3 | | | | 1 | | Monster | | | | | |
| | 977020 | 5 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 977022 | 2 | 1 | 3 | 1 | 1 | 1 | 1 | 9 | Monster | | | | | 1 |
| | 977024 | 1 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 977026 | 2 | 1 | 3 | | | | 1 | | Monster | | | | | |
| | 977028 | 3 | 2 | 4 | | | | 1 | | Monster | | | | | |
| | 977029 | 3 | 1 | 4 | | | | 1 | | Monster | | | | | |

**Exhibit 1**

**- 97 -**

16087

BLUE cell--Monster M claw, N=206

ENERGY DRINK SURVEY

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gender/ Age (col 112) 6 | Gender (col 115) 2 | Age (col 116) 4 | | QE. Within the past 3 months have you purchased one or more energy drinks? 1 | QF. Within the next 3 months are you likely to purchase one or more energy drinks? 1 | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? 2 | Don't know company name/names (9) | Q2b. What company or companies? | | | | ASK ONLY IF DON'T KNOW (9) IN Q2b. | |
| | | | | | | | | | | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
| 2 (208) | Resp ID Number 977/034 6 | | | | | | | | | | | | | | | |
| 211 | **Males** | 122 | 122 | | | QE. Within the past 3 months have you purchased one or more energy drinks? 1 | QF. Within the next 3 months are you likely to purchase one or more energy drinks? 1 | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | | | | | | | One company (1) | 7 |
| 212 | 18-34 | 61 | | 102 | Yes (1) | 206 | 206 | 191 | | | | | | | | |
| 213 | 35-54 | 42 | | 72 | No (2) | 0 | 0 | 14 | | | | | | | More than one company (2) | 1 |
| 214 | 55+ | 19 | | 32 | Don't know (3) | 0 | 0 | 1 | | | | | | | DK/No opinion (3) | 1 |
| 215 | **Females** | 84 | 84 | | | | | | | | | | | | | |
| 216 | 18-34 | 41 | | | | | | | | | | | | | | |
| 217 | 35-54 | 30 | | | | | | | | | | | | | | |
| 218 | 55+ | 13 | | | | | | | | | | | | | | |

**Exhibit 1**

**- 98 -**

16087  

YELLOW cell—Bear claw, N=203

# ENERGY DRINK SURVEY

| Resp.ID | Gender Age (col 112) | Gender (col 115) | Age (col 116) | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? (ASK ONLY IF DON'T KNOW (9) IN Q2b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Q2b. What company or companies? | | | | | | |
| 002002 | 5 | 2 | 2 | 1 | 1 | 2 | | | | | | | | |
| 002005 | 1 | 1 | 1 | 1 | 1 | 2 | | | | | | | | |
| 002006 | 1 | 1 | 2 | | | 2 | | | | | | | | |
| 002007 | 1 | 1 | 2 | 1 | 1 | 2 | | | | | | | | |
| 002010 | 1 | 1 | 2 | | 1 | 2 | | | | | | | | |
| 002011 | 4 | 1 | 2 | 1 | 1 | 3 | | | | | | | | |
| 002013 | 1 | 1 | 2 | | | 3 | | | | | | | | |
| 002014 | 3 | 1 | 2 | 1 | 1 | 1 | | Monster in a Claw Tear | | | | | | |
| 002015 | 1 | 1 | 4 | | | 1 | | | | | | | | |
| 002020 | 3 | 1 | 4 | | | 2 | | | | | | | | |
| 002021 | 2 | 2 | 3 | 1 | 1 | 1 | 9 | Monster | | | | | | 1 |
| 002022 | 1 | 1 | 3 | | | 2 | | | | | | | | |
| 002023 | 2 | 2 | 2 | | | 1 | | Monster | | | | | | |
| 002025 | 2 | 1 | 3 | | 1 | 1 | | Monster | | | | | | |
| 002027 | 5 | 2 | 3 | | | 1 | | Monster | | | | | | |
| 002028 | 2 | 1 | 3 | | | 2 | | | | | | | | |
| 002029 | 1 | 1 | 2 | | | 2 | | | | | | | | |
| 028002 | 6 | 1 | 3 | | | 2 | | | | | | | | |
| 028004 | 5 | 2 | 4 | | | 1 | | Sobe | | | | | | |
| 028006 | 5 | 2 | 2 | | | 2 | | | | | | | | |
| 028008 | 4 | 2 | 2 | | 1 | 1 | 9 | Monster | | | | | | 1 |
| 028010 | 4 | 2 | 2 | | | 2 | | | | | | | | |
| 028012 | 5 | 2 | 2 | | | 3 | | | | | | | | |
| 028014 | 4 | 1 | 4 | | | 1 | 9 | Monster | | | | | | 3 |
| 028018 | 4 | 1 | 4 | | | 1 | | | | | | | | |
| 028020 | 2 | 2 | 2 | | | 2 | | | | | | | | |
| 028022 | 6 | 1 | 3 | | 1 | 2 | | | | | | | | |
| 028027 | 2 | 1 | 4 | | | 2 | | | | | | | | |
| 028028 | 2 | 2 | 3 | | | 2 | | | | | | | | |
| 028030 | 2 | 1 | 4 | | | 2 | | | | | | | | |
| 028031 | 6 | 2 | 4 | | | 1 | | Monster | | | | | | |
| 028033 | 3 | 1 | 3 | | | 1 | | Monster | | | | | | |
| 028034 | 3 | 1 | 3 | | | 1 | | Red Bull | | | | | | |
| 028035 | 3 | 1 | 3 | | | 2 | | | | | | | | |
| 030003 | 5 | 2 | 4 | | | 2 | | | | | | | | |
| 030005 | 6 | 2 | 4 | | | 2 | | | | | | | | |
| 030006 | 4 | 2 | 3 | | | 1 | | | | | | | | |
| 030008 | 4 | 1 | 3 | | | 1 | | | | | | | | |
| 030009 | 2 | 1 | 2 | | | 2 | | | | | | | | |
| 030011 | 3 | 1 | 2 | | | 2 | | | | | | | | |
| 030012 | 4 | 1 | 2 | | | 2 | | | | | | | | |
| 030016 | 1 | 1 | 3 | | | 2 | | | | | | | | |
| 030017 | 4 | 1 | 2 | | | 2 | | Monster | | | | | | |
| 030018 | 1 | 1 | 4 | | | 2 | | | | | | | | |
| 030019 | 5 | 2 | 2 | | 1 | 2 | | | | | | | | |
| 030021 | 1 | 1 | 2 | | | 2 | | | | | | | | |
| 030022 | 2 | 2 | 2 | | | 2 | | | | | | | | |
| 030023 | 2 | 2 | 2 | | | 1 | | Monster | | | | | | |
| 030028 | 2 | 2 | 3 | | | 2 | | | | | | | | |
| 030030 | 4 | 2 | 3 | | | 2 | | | | | | | | |
| 030031 | 2 | 2 | 3 | | | 3 | | | | | | | | |
| 037002 | 1 | 1 | 2 | | | 2 | 9 | Monster | | | | | | |
| 037006 | 3 | 1 | 2 | | | 3 | | | | | | | | |
| 037008 | 6 | 2 | 4 | | | 1 | | | | | | | | |
| 037009 | 5 | 2 | 3 | | | 1 | | | | | | | | |
| 037012 | 1 | 1 | 2 | | | 1 | | | | | | | | |
| 037014 | 5 | 2 | 4 | | | 3 | | | | | | | | |
| 037015 | 1 | 1 | 2 | | | 3 | | Monster | | | | | | |
| 037018 | 6 | 2 | 4 | | | 2 | | Monster | | | | | | |
| 037019 | 4 | 2 | 3 | | | 1 | | | | | | | | |
| 037021 | 2 | 2 | 2 | | | 3 | | | | | | | | |
| 037024 | 4 | 2 | 3 | | | 3 | | | | | | | | |
| 037026 | 5 | 2 | 3 | | | 3 | | | | | | | | |
| 037027 | 1 | 1 | 2 | | | 3 | | | | | | | | |
| 037030 | 5 | 2 | 3 | | | 2 | | | | | | | | |
| 037032 | 3 | 1 | 3 | | | 1 | | Monster | Amp | Nos | Blue Bolt | Kickstart | | 3 |
| 037033 | 6 | 2 | 4 | | | 1 | | Red Bull | | | | | | |
| 052003 | 2 | 2 | 4 | | | 1 | | Rip it | Rockstar | | | | | |
| 052006 | 5 | 2 | 3 | | | 1 | | Monster | | | | | | |
| 052009 | 3 | 1 | 4 | | | 1 | | Grizzly Energy | | | | | | |
| 052011 | 4 | 2 | 2 | | | 1 | | | | | | | | |

**Exhibit 1**
**- 99 -**

YELLOW cell=Bear claw, N=203

ENERGY DRINK SURVEY

16087

| Resp ID | Gender Age (col 112) | Gender (col 115) | Age (col 116) | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 052012 | 2 | | 2 | | | 1 | | Monster | | | | | |
| 052013 | 5 | 1 | 3 | 1 | 1 | 1 | | GNC | | | | | |
| 052015 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 052017 | 6 | 2 | 3 | 1 | 1 | 1 | | Red Bull | Red Bull | | | | |
| 052019 | 6 | 2 | 4 | 1 | 1 | 1 | | Monster | | | | | |
| 052021 | 6 | 2 | 2 | | | 2 | | | | 5-Hour Energy | | | |
| 052023 | 5 | 4 | 2 | | | 2 | | Monster | | | | | |
| 052025 | 5 | 2 | 2 | 1 | 1 | 1 | | Red Bull | Red Bull | Kickstart | | | |
| 052027 | 1 | 1 | 1 | | | 1 | | Monster | Monster | | | | |
| 052029 | 2 | 2 | 2 | 1 | 1 | 1 | | Starbucks Energy Shots | General Store Brand Energy Drinks | Monster Coffee | | | |
| 052030 | 3 | 1 | 3 | | | 1 | | | | | | | |
| 052032 | 3 | 3 | 4 | | | 2 | | | | | | | |
| 061006 | 2 | 1 | 2 | | | 2 | | | Paws | | | | |
| 061007 | 1 | 1 | 2 | | | 2 | | | | | | | |
| 061008 | 1 | 1 | 2 | 1 | 1 | 1 | | Monster | | | | | |
| 061011 | 2 | 2 | 2 | | | 1 | | Monster | | | | | |
| 061012 | 1 | 2 | 4 | | | 2 | | | | | | | |
| 061013 | 3 | 1 | 3 | | | 2 | | | | | | | |
| 061016 | 3 | 2 | 4 | | | 2 | | | | | | | |
| 061018 | 6 | 1 | 3 | | | 2 | | | | | | | |
| 061020 | 6 | 2 | 3 | | | 3 | | | | | | | |
| 061023 | 6 | 2 | 2 | | | 1 | 9 | | | | | | 1 |
| 061024 | 3 | 1 | 4 | | | 2 | | Monster | | | | | |
| 061028 | 1 | 1 | 2 | | | 2 | | Monster | | | | | |
| 061029 | 2 | 2 | 3 | 1 | 1 | 1 | | Monster | | | | | |
| 061030 | 2 | 2 | 2 | | | 2 | | Monster | | | | | |
| 061032 | 1 | 1 | 3 | | | 2 | | Bear claw | | | | | |
| 061034 | 1 | 1 | 4 | | | 2 | | | | | | | |
| 061035 | 6 | 2 | 2 | | | 2 | | | | | | | |
| 076001 | 5 | 1 | 4 | | | 1 | | Monster | | | | | |
| 076003 | 6 | 2 | 3 | | | 2 | | | | | | | |
| 076005 | 4 | 2 | 3 | | | 1 | | Monster | | | | | |
| 076007 | 5 | 1 | 3 | | | 1 | | Monster | | | | | |
| 076010 | 5 | 1 | 3 | | | 1 | | | | | | | |
| 076012 | 5 | 1 | 4 | | | 1 | | Monster | | | | | |
| 076013 | 5 | 1 | 3 | | | 3 | | | | | | | |
| 076016 | 4 | 2 | 3 | | | 2 | | | | | | | |
| 076018 | 5 | 2 | 4 | | | 1 | | Monster | | | | | |
| 076022 | 5 | 2 | 3 | | | 1 | | Monster Drinks | | | | | |
| 076025 | 5 | 2 | 3 | | | 2 | | | | | | | |
| 076026 | 5 | 2 | 3 | | | 1 | | | | | | | |
| 076028 | 5 | 1 | 3 | | | 1 | | Monster | | | | | |
| 076029 | 5 | 1 | 4 | | | 2 | | | | | | | |
| 076031 | 6 | 2 | 2 | | | 2 | | | | | | | |
| 076033 | 6 | 2 | 2 | | | 2 | | | | | | | |
| 076035 | 5 | 1 | 2 | | | 2 | | | | | | | |
| 083002 | 1 | 1 | 2 | 1 | 1 | 1 | | The Monster Drink | | | | | |
| 083004 | 4 | 2 | 2 | | | 1 | | Monster | | | | | |
| 083006 | 6 | 2 | 2 | | | 1 | | Monster | | | | | |
| 083008 | 5 | 1 | 5 | | | 3 | | | | | | | |
| 083010 | 3 | 2 | 3 | | | 2 | | | | | | | |
| 083012 | 5 | 2 | 3 | | | 2 | | | | | | | |
| 083014 | 4 | 2 | 4 | | | 2 | | | | | | | |
| 083016 | 4 | 2 | 4 | | | 2 | | | | | | | |
| 083018 | 6 | 2 | 2 | | | 1 | | | | | | | |
| 083020 | 6 | 3 | 3 | | | 2 | | | | | | | |
| 083022 | 3 | 2 | 4 | | | 2 | | | | | | | |
| 083024 | 5 | 4 | 3 | | | 2 | | | | | | | |
| 083026 | 2 | 2 | 4 | | | 2 | | | | | | | |
| 083030 | 3 | 4 | 2 | | | 2 | | | | | | | |
| 083031 | 4 | 1 | 2 | | | 2 | | | | | | | |
| 083033 | 3 | 2 | 3 | | | 1 | | | | | | | |
| 083034 | 5 | 4 | 2 | | | 2 | | | | | | | |
| 102002 | 4 | 1 | 2 | | | 2 | | | | | | | |
| 102004 | 4 | 2 | 3 | | | 2 | | | | | | | |
| 102007 | 5 | 2 | 4 | | | 2 | | | | | | | |
| 102008 | 5 | 2 | 4 | | | 2 | | | | | | | |
| 102010 | 5 | 2 | 3 | | | 2 | | | | | | | |
| 102013 | 5 | 2 | 2 | | | 2 | | | | | | | |
| 102014 | 5 | 2 | 2 | | | 2 | | | | | | | |

**Exhibit 1**
**- 100 -**

ENERGY DRINK SURVEY

YELLOW cell—Bear claw, N=203

16087

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Resp ID Number | Gender/Age (col 112) | Gender (col 115) | Age (col 116) | | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
| | | | | | | | | | | | Q2b. What company or companies? | | | | ASK ONLY IF DON'T KNOW (9) IN Q2b. |

| Resp ID | G/A(112) | Gender(115) | Age(116) | QE | QF | Q2a | Don't know (9) | Company #1 | Q2c |
|---|---|---|---|---|---|---|---|---|---|
| 102017 | 6 | 2 | 2 | | | 3 | | | |
| 102018 | 4 | 2 | 4 | | | 3 | | | |
| 102019 | 4 | 2 | 3 | 1 | 1 | 2 | | | |
| 102021 | 5 | 1 | 3 | 1 | 1 | 2 | | | |
| 102026 | 5 | 2 | 3 | 1 | 1 | 2 | | | |
| 102029 | 2 | 1 | 3 | 1 | 1 | 2 | | | |
| 102031 | 2 | 1 | 2 | 1 | 1 | 2 | | | |
| 102033 | 3 | 1 | 4 | 1 | 1 | 1 | | | |
| 103003 | 3 | 1 | 2 | 1 | 1 | 1 | 9 | | 3 |
| 103005 | 1 | 1 | 2 | 1 | 1 | 2 | 9 | | 3 |
| 103007 | 5 | 2 | 3 | 1 | 1 | 2 | | | |
| 103011 | 5 | 2 | 3 | 1 | 1 | 3 | | | |
| 103013 | 5 | 2 | 2 | 1 | 1 | 2 | | | |
| 103014 | 2 | 1 | 2 | 1 | 1 | 2 | | | |
| 103016 | 3 | 1 | 3 | 1 | 1 | 2 | | | |
| 103018 | 3 | 1 | 2 | 1 | 1 | 2 | | | |
| 103019 | 1 | 1 | 4 | 1 | 1 | 1 | 9 | | 3 |
| 103020 | 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 103021 | 4 | 2 | 3 | 1 | 1 | 1 | | | |
| 103025 | 4 | 2 | 2 | 1 | 1 | 2 | | | |
| 103031 | 5 | 2 | 3 | 1 | 1 | 1 | | Monster | |
| 103032 | 6 | 2 | 4 | 1 | 1 | 1 | | Monster | |
| 103034 | 6 | 2 | 4 | 1 | 1 | 1 | | | |
| 103035 | 5 | 2 | 3 | 1 | 1 | 3 | | | |
| 902005 | 2 | 2 | 3 | 1 | 1 | 2 | | | |
| 902006 | 2 | 2 | 2 | 1 | 1 | 2 | | | |
| 902007 | 4 | 2 | 2 | 1 | 1 | 2 | | | |
| 902010 | 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 902013 | 4 | 2 | 2 | 1 | 1 | 1 | 9 | Amp | 1 |
| 902016 | 4 | 2 | 2 | 1 | 1 | 3 | 9 | | 3 |
| 902020 | 1 | 1 | 4 | 1 | 1 | 3 | | | |
| 902025 | 4 | 2 | 2 | 1 | 1 | 1 | | | |
| 902028 | 6 | 2 | 4 | 1 | 1 | 3 | 9 | | 3 |
| 902029 | 1 | 1 | 2 | 1 | 1 | 2 | 9 | | 3 |
| 902032 | 6 | 2 | 3 | 1 | 1 | 2 | | | |
| 902033 | 4 | 2 | 2 | 1 | 1 | 2 | | | |
| 977002 | 1 | 1 | 3 | 1 | 1 | 1 | 9 | | 3 |
| 977004 | 1 | 1 | 4 | 1 | 1 | 1 | | | |
| 977006 | 4 | 2 | 2 | 1 | 1 | 2 | | | |
| 977008 | 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 977010 | 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 977013 | 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 977016 | 3 | 1 | 3 | 1 | 1 | 2 | | | |
| 977019 | 1 | 1 | 3 | 1 | 1 | 1 | | | |
| 977021 | 1 | 1 | 3 | 1 | 1 | 1 | | | |
| 977023 | 2 | 2 | 2 | 1 | 1 | 1 | | | |
| 977025 | 3 | 1 | 2 | 1 | 1 | 1 | | | |
| 977027 | 5 | 2 | 3 | 1 | 1 | 1 | | | |
| 977030 | 3 | 2 | 3 | 1 | 1 | 2 | | Red Bull | |
| 977031 | 5 | 1 | 2 | 1 | 1 | 1 | 9 | Monster | 3 |
| 977032 | 6 | 2 | 4 | 1 | 1 | 2 | | | |
| 977033 | | | | | | | | | |
| 977035 | | | | | | | | | |

**Exhibit 1**
**- 101 -**

YELLOW cell=Bear claw, N=203

16087

ENERGY DRINK SURVEY

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Resp ID Number | Gender Age (col 112) | Gender (col 115) | Age (col 116) | QE. Within the past 3 months have you purchased one or more energy drinks? | QE. Within the past 3 months have you purchased one or more energy drinks? | QF. Within the next 3 months are you likely to purchase one or more energy drinks? | Q2a. Do you associate the symbol on this card with energy drinks from any particular company or companies? | Don't know company name/names (9) | Company #1 | Company #2 | Company #3 | Company #4 | Company #5 | ASK ONLY IF DON'T KNOW (9) IN Q2b. | |
| | | | | | | | | | | | | Q2b. What company or companies? | | | | Q2c. Do you associate the symbol on this card with energy drinks from one company or more than one company? |
| **Males** | | 122 | 122 | | Yes (1) | 203 | 203 | 62 | | | | | | | One company (1) | |
| 18-34 | | 62 | | 102 | | | | | | | | | | | More than one company (2) | 4 |
| 35-54 | | 43 | | 71 | No (2) | 0 | 0 | 125 | | | | | | | | 0 |
| 55+ | | 17 | | 30 | Don't know (3) | 0 | 0 | 16 | | | | | | | DK/No opinion (3) | 10 |
| **Females** | | 81 | 81 | | | | | | | | | | | | | |
| 18-34 | | 40 | | | | | | | | | | | | | | |
| 35-54 | | 28 | | | | | | | | | | | | | | |
| 55+ | | 13 | | | | | | | | | | | | | | |

**Exhibit 1**

**- 102 -**