# EXHIBIT 3

1  Monster Energy Company ("Monster") expects to offer at trial the following portions of

2  depositions, answers to interrogatories, and responses to requests for admission:

3  **Deposition Excerpts**

4  - **Robert Waelty** (BeastUp 30(b)(6) – 01/25/2018): 7:15–18, 8:20–9:1, 9:7–8, 9:11–19,

5  22:24–25, 25:2–5, 26:5–22, 28:10–11, 29:1–4, 44:13–23, 46:16–47:2, 50:10–52:18,

6  59:12–60:1, 63:2–12, 75:17–19, 76:17–21, 99:13–19, 100:3–6, 105:23–107:8, 122:23–

7  128:8, 128:21–129:5, 129:21–130:4, 130:21–131:2, 131:13–18, 132:23–133:12, 133:19–

8  25, 134:7–135:13, 136:3–23, 140:5–141:1, 141:9–21, 147:12–24, 148:18–149:2, 152:11–

9  19, 154:10–155:9, 155:24–156:9, 159:2–8, 160:20–162:3, 162:4–163:3, 163:4–13,

10  166:13–167:3, 167:12–168:13, 169:18–171:24, 172:6–12, 179:4–184:3, 184:17–185:6,

11  198:2–6, and 203:20–204:15.

12  - **Lance Goble** (05/17/2018): 7:11–13, 7:20–8:3, 8:18–20, 10:17–25, 11:23–12:3, 17:24–

13  18:5, 20:18–21:4, 32:5–16, 33:8–12, 35:18–36:19, 38:3–15, 39:9–40:4, 40:12–14, 41:11–

14  21, 42:5–7, 42:11–21, 42:24–43:17, 47:9–20, 63:6–22, and 68:10–16.

15  - **Jessee Waelty** (05/18/2018): 6:10–13, 7:5–15, 20:8–10, 21:10–14, 21:25–22:15, 24:7–14,

16  25:5–9, 25:24–26:20, 29:10–12, 29:24–30:1, 31:10–22, 56:5–17, 56:22–57:2, 57:7–9,

17  57:13–17, 68:8–18, 68:24–69:1, 69:13–18, 70:4–73:7, 73:25–74:19, 79:25–80:19, 80:24–

18  81:23, 82:23–83:13, 85:16–21, 86:3–10, 87:11–12, 87:24–90:5, 92:9–23, 94:22–95:6, and

19  104:17–105:11.

20  - **Robert Waelty** (BeastUp 30(b)(6) – 06/01/2018): 222:16–21, 266:14–19, 267:5–12,

21  267:16–25, 278:19–279:15, 279:20–22, 306:10–307:16, 307:24–308:6, 322:11–323:10,

22  324:3–20, and 372:24–373:13.

23  **Interrogatories**

24  - BeastUp's 01/09/18 Interrogatory Responses at Interrogatory No. 10.

25  - BeastUp's 02/05/18 Supplemental Interrogatory Responses at Interrogatory Nos. 1, 4, 11,

26  and 16.

27  - BeastUp's 05/31/18 Supplemental Responses at Interrogatory Nos. 2, 3, and 9.

28  - BeastUp's 06/15/18 Interrogatory Responses at Interrogatory Nos. 24 and 25.

Exhibit 3

1     • BeastUp's 08/02/18 Supplemental Response to Interrogatory No. 8.

2   **Requests for Admission**

3     • BeastUp's 01/09/18, 2018 Responses to Monster's First Set of Requests for Admission:

4       Responses to RFA Nos. 3 and 5.

5     • BeastUp's 06/15/18 Amended Responses to Monster's Second Set of Requests for

6       Admission: Responses to RFA Nos. 7–31, 34–49, 53, 54, 56–60, 62, 64, 68, 69, and 70–

7       204.

8

9   31625832

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 3
- 2 -