1    Steven J. Nataupsky (CA SBN 155913*)*
     steven.nataupsky@knobbe.com
2    Lynda J. Zadra-Symes (CA SBN 156511)
     lynda.zadrasymes@knobbe.com
3    Matthew Bellinger (CA SBN 222228)
     matt.bellinger@knobbe.com
4    Marko R. Zoretic (CA SBN 233952)
     marko.zoretic@knobbe.com
5    KNOBBE, MARTENS, OLSON & BEAR, LLP
     2040 Main Street, Fourteenth Floor
6    Irvine, CA  92614
     Telephone: (949) 760-0404
7    Facsimile: (949) 760-9502

8    Attorneys for Plaintiff
     MONSTER ENERGY COMPANY
9

10   Anderson J. Duff
     Eve J. Brown
11   HOGAN DUFF LLP
     83 Morse Street, Bldg. 6
12   Norwood, MA  02062
     Telephone: (617) 209-9753
13   ejb@hoganduff.com
     ajd@hoganduff.com
14

     Attorneys for Defendant
15   BEASTUP LLC

16              **IN THE UNITED STATES DISTRICT COURT**

17          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18
19   MONSTER ENERGY COMPANY,                )  Case No. 2:17-CV-01605-KJM-EFB
     a Delaware corporation,                )
20                                          )  **ORDER GRANTING SECOND**
                    Plaintiff,              )  **STIPULATION TO CONTINUE**
21                                          )  **TRIAL DATE**
            v.                              )
22                                          )  Hon. Kimberly J. Mueller
     BEASTUP LLC, a California limited liability )
23   company,                               )
                                            )
24                  Defendant.              )
                                            )
25                                          )
                                            )
26
27
28

1    Having considered the parties' Second Stipulation to Continue Trial Date, and good cause

2    shown, IT IS HEREBY ORDERED that the Bench Trial set for September 21, 2020 is VACATED

3    and RESET for January 25, 2021 at 1:30 PM.   It is FURTHER ORDERED that the hearing on

4    Plaintiff's Motion in Limine [Dkt. 70] is also RESET for January 25, 2021 at 1:30 PM.

5    DATED:  August 20, 2020.

6

7    _____
     CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**
                                          Case No. 2:17-CV-01605-KJM-EFB