Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY


Anderson J. Duff
Eve J. Brown
HOGAN DUFF LLP
83 Morse Street, Bldg. 6
Norwood, MA  02062
Telephone: (617) 209-9753
ejb@hoganduff.com
ajd@hoganduff.com

Attorneys for Defendant
BEASTUP LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>            Defendant. | Case No. 2:17-CV-01605-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE**<br><br>Hon. Kimberly J. Mueller |

1. Having considered the parties' Stipulation to Continue Trial Date, and good cause shown, IT IS HEREBY ORDERED that the Bench Trial set for January 25, 2021 is VACATED and RESET for June 21, 2021 at 1:30 PM.  It is FURTHER ORDERED that the hearing on Plaintiff's Motion in Limine [Dkt. 70] is also RESET for June 22, 2021 at 9:00 AM.

DATED:  December 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE