UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | No. 2:17-CV-01605-KJM-JDP<br><br>AMENDED ORDER TO CONTINUE TRIAL DATE |

The parties jointly request to continue this bench trial and hearing date on plaintiff's motion in limine to June 21, 2021. *See* ECF No. 82. Good cause appearing, the court grants this request, as follows:

(1) Bench trial is reset to June 22, 2021 at 9:00 a.m.

(2) Motion in limine hearing is reset to June 22, 2021 at 9:00 a.m.

(3) Bench trial set for June 21, 2021 at 1:30 p.m. is vacated.

(4) The Courtroom Deputy will communicate with counsel in advance of trial regarding trial procedure and housekeeping matters relating to the use of videoconference technology for an evidentiary proceeding of this kind.

/////

1          IT IS SO ORDERED.

2   DATED:  December 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2