UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monster Energy Company, a Delaware corporation<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Beastup LLC, a California limited liability company<br>　　　　　　　Defendants. | No. 2:17-cv-01605-KJM-JDP<br><br>ORDER |

The parties jointly request to continue the bench trial in this matter and the hearing date on plaintiff's motion in limine to December 7, 2021. *See* ECF No. 85. Good cause appearing, the court **grants** this request, as follows:

(1) Bench trial is reset to December 7, 2021 at 9:00 a.m.

(2) Motion in limine hearing is reset to December 7, 2021 at 9:00 a.m.

(3) Bench trial set for June 22, 2021 at 9:00 a.m. is vacated.

(4) The Courtroom Deputy will communicate with counsel in advance of trial regarding trial procedure and housekeeping matters relating to the use of videoconference technology for the anticipated proceedings.

IT IS SO ORDERED.

DATED: May 5, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1