Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY


Anderson J. Duff
Eve J. Brown
HOGAN DUFF LLP
83 Morse Street, Bldg. 6
Norwood, MA 02062
Telephone: (617) 209-9753
ejb@hoganduff.com
ajd@hoganduff.com

Attorneys for Defendant
BEASTUP LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-EFB<br><br>**JOINT REQUEST FOR STATUS CONFERENCE REGARDING DECEMBER 7, 2021 BENCH TRIAL**<br><br>Hon. Kimberly J. Mueller |

Plaintiff Monster Energy Company and Defendant BeastUp LLC respectfully request that the Court schedule a telephonic or Zoom status conference regarding the bench trial in this case scheduled for December 7, 2021.  In prior correspondence with the Courtroom Clerk, the parties expressed a preference that trial proceed via Zoom.  The parties request a status conference to (1) seek confirmation whether the trial will proceed via Zoom; and (2) if the trial will proceed via Zoom, to seek guidance on the logistics of how such a Zoom trial would proceed.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 23, 2021

By: /s/ Marko R. Zoretic
Steven J. Nataupsky
Lynda J. Zadra-Symes
Matthew S. Bellinger
Marko R. Zoretic

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

HOGAN DUFF LLP

Dated: November 23, 2021

By: /s/ Anderson J. Duff
(with permission Marko R. Zoretic)
Anderson J. Duff
Eve J. Brown

Attorney for Defendant
BEASTUP LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I caused the **JOINT REQUEST FOR INFORMAL STATUS CONFERENCE REGARDING DECEMBER 7, 2021 BENCH TRIAL** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Anderson J. Duff
Eve J. Brown
HOGAN DUFF LLP
83 Morse Street, Bldg. 6
Norwood, MA  02062
(617) 209-9753
ejb@hoganduff.com
ajd@hoganduff.com

                                                 */s/ Marko R. Zoretic*
                                                Marko R. Zoretic

54635889