Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233,952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-JDP<br><br>**MONSTER ENERGY COMPANY'S OBJECTIONS TO BEASTUP'S TRIAL EXHIBITS**<br><br>Hon. Kimberly J. Mueller |

Monster Energy Company's objections to BeastUp, LLC's trial exhibits are as follows:

| Exhibit | Description | Monster's Objection(s) |
|---|---|---|
| B007 | Monster Energy cans displaying each of Monster Energy's cited trademarks | Monster does not object to the content of the exhibit, but notes that the description is not consistent with the contents. Specifically, the exhibit does not show "cans displaying each of Monster's Energy's cited trademarks." |
| B008 | Monster Energy's www.monsterenergy.com website as of October 2019 | Monster does not object to the content of the exhibit, but notes that the description does not accurately reflect the content of the exhibit. Specifically, the exhibit contains printouts from "The Wayback Machine" (web.archive.org). |
| B011 | Public websites and news articles reflecting Monster Energy's approach to litigation MEC BULLYING 0001-0155 | FRE 402, FRE 403, FRE 404(a), FRE 602, FRE 802, FRE 901, improper compilation of multiple documents.<br><br>MIL (Dkt. 71): Evidence or argument that Monster is a "trademark bully," or other derogatory, disparaging, and/or pejorative references to Monster, is irrelevant, unduly prejudicial, improper character evidence, lacks foundation, constitutes hearsay or double hearsay, and would waste the Court's time. |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 23, 2021      By: /s/ Marko R. Zoretic
　　　　　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　　　　　Lynda J. Zadra-Symes
　　　　　　　　　　　　　　　　　Matthew S. Bellinger
　　　　　　　　　　　　　　　　　Marko R. Zoretic

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I caused the **MONSTER ENERGY COMPANY'S OBJECTIONS TO BEASTUP'S TRIAL EXHIBITS** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Anderson J. Duff
Eve J. Brown
HOGAN DUFF LLP
83 Morse Street, Bldg. 6
Norwood, MA  02062
(617) 209-9753
ejb@hoganduff.com
ajd@hoganduff.com

                                            */s/ Marko R. Zoretic*
                                            Marko R. Zoretic

54597284