Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (CA SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY


Anderson J. Duff
Eve J. Brown
HOGAN DUFF LLP
83 Morse Street, Bldg. 6
Norwood, MA  02062
(617) 209-9753
ejb@hoganduff.com
ajd@hoganduff.com

Attorneys for Defendant
BEASTUP LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEASTUP LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:17-CV-01605-KJM-JDP<br><br>**STIPULATED JOINT LIST OF ADMITTED TRIAL EXHIBITS**<br><br>Hon. Kimberly J. Mueller |

Plaintiff Monster Energy Company and Defendant BeastUp LLC stipulate that the following trial exhibits should be admitted into evidence.

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 1 | 2017-12-22 Notice of Deposition of BeastUp Pursuant to FRCP 30(b)(6) | |
| 2 | BeastUp Beverage Blends | BEASTUP PROD 0177 |
| 3 | BeastUp cans (black) | |
| 4 | BeastUp 12 ounce can | |
| 5 | 2010-2016 IRS Schedule C forms | BEASTUP PROD 0088-0101 |
| 6 | 2014-2017 BeastUp events list | |
| 7 | BeastUp label designs | BEASTUP PROD 0043-0045, 0053, 0067, 0075, 0076, 0085 |
| 8 | Distribution (Brand: BEAST UP ENERG) | BEASTUP PROD 0059-0060 |
| 9 | 2018-01-23 BeastUp drink locations | |
| 10 | 2018-01-23 printout of BeastUp 2016-06-07 Facebook post | |
| 11 | 2018-01-23 printout of BeastUp 2014-10-07 Facebook post | |
| 12 | BeastUp Distribution Agreement | BEASTUP PROD 0010-0021 |
| 13 | 2014-08-29 Foothill Distributing Buying Report | BEASTUP PROD 0110-0116 |
| 14 | 2016 Annual Planning Meeting | BEASTUP PROD 0121 |
| 15 | BeastUp survey | |
| 16 | BeastUp Marketing Plan | BEASTUP PROD 0129-0142 |
| 17 | BeastUp promotional materials | BEASTUP PROD 0158, 0173-0175, 0210, 0214, 0217 |
| 18 | Promotional posters | BEASTUP PROD 0046, 0047, 0159, 0178-0184, 0208, 0218, 0225, 0237, 0239 |
| 19 | BeastUp Executive Summary and Posters | BEASTUP PROD 0178, 0199, 0200, 0210 |
| 20 | 2009 Schedule C Profit or Loss from Business | |
| 21 | 2018-04-26 Subpoena to Testify at Deposition to Foothill Distributing | |

1

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 22 | 2014-05-16 Burks email to Parkinson, Hahn and Goble re BeastUp Energy Drink | FD083-084 |
| 25 | 2013-2018 Beast Up Sales Report (created on 4/10/2018) | FD114-119 |
| 26 | Price Lists (2014-2016) | FD007-009 |
| 27 | 2018-09-15 Foothill Distributing invoice and payment | BEASTUP PROD1344-1345 |
| 28 | 2014-06-16 Foothill Distributing invoice | BEASTUP PROD1409 |
| 29 | BeastUp Distribution Agreement with Foothill Distributing | FD102-113 |
| 30 | 2014-09-03 J. Waelty email to Brian Armstrong | JWAELTY001 |
| 31 | 2015-11-13 R. Waelty email to Goble re BeastUp | FD090 |
| 32 | 2016-04-19 J. Waelty email to Goble re BeastUp | FD019-020 |
| 33 | 2016-04-20 Fox email to Brown and Goble re BeastUp | FD011-012 |
| 40 | 2014-10-20 J. Waelty email to Brian re Anderson and Cottonwood gas stations | JWAELTY002 |
| 41 | 2015-07-28 J. Waelty email to Brian re BeastUp | JWAELTY013 |
| 42 | 2015-03-14 J. Waelty email to R. Waelty re auto wrap | JWAELTY008-012 |
| 43 | 2016-07-19 BeastUp Facebook post | BEASTUP PROD774 |
| 44 | 2016-01-17 BeastUp can lineup Facebook post | BEASTUP PROD732 |
| 48 | 2016-03-14 Adams email to R. Waelty re BeastUp web service | BEAST SUPP026-028 |
| 49 | 2010-02-25 Samson email to BeastUp re BU Logo | BEAST SUPP0147-0148 |
| 50 | Photo of BeastUp refrigerator cooler | BEAST SUPP0104-0105 |
| 55 | 2018-05-31 printout of BeastUp Instagram posts 2014-2017 | |
| 56 | BeastUp Facebook page | |
| 57 | 2018-06-01 Printout of BeastUp Facebook posts 2015-2018 and Instagram posts 2014 | BEASTUP PROD 0719, 0721, 0731, 0735-0736, 0741-0745, 0747, 0749, 0756-0757, 0761, 0767-0769, 0772, 0774, 0777-0778, 0781-0782, 0806, 0818, 0820, 0830, 0835, 0918, 4 unnumbered |
| 75 | Curriculum Vitae of Robert L. Klein (Klein Ex A) | |
| 76 | Klein documents reviewed and considered (Klein Ex B) | |
| 77 | Klein Report Survey Invitation (Klein Ex C) | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 78 | Klein Report Screenshots and Questionnaire (Klein Ex D) | |
| 79 | Klein Report Response Statistics (Klein Ex E) | |
| 80 | Klein Report Data Glossary (Klein Ex F) | |
| 81 | Klein Report Data Listing (Klein Ex G) | |
| 82 | Curriculum Vitae of Dr. Itamar Simonson (Simonson Ex A) | |
| 83 | Simonson Four-Year List of Cases (Simonson Ex B) | |
| 84 | Simonson Energy Drink Survey Screener (Simonson Ex C) | |
| 85 | Simonson Energy Drink Survey Interviewer Instructions (Simonson Ex D) | |
| 86 | Simonson Energy Drink Survey Supervisor Instructions (Simonson Ex E) | |
| 87 | Simonson Energy Drink Survey Blue Main Questionnaire (Simonson Ex F) | |
| 88 | Simonson Energy Drink Survey Exhibit A (Simonson Ex G1) | |
| 89 | Simonson Energy Drink Survey Exhibit B (Simonson Ex G2) | |
| 90 | Simonson Energy Drink Survey Computer Tables (Simonson Ex H) | |
| 91 | Simonson Energy Drink Survey Excel Data File (Simonson Ex I) | |
| 92 | Simonson Energy Drink Survey final open end codes (Simonson Ex J) | |
| 93 | Simonson Energy Drink Survey final open end codes (Simonson Ex K) | |
| 94 | Registration 4,584,629 for the BEASTUP mark in Int. Class 32 | BEASTUP PROD 0039-40 |
| 95 | File History for Registration No. 4,584,629 for the BEASTUP mark in Int. Class 32 | |
| 96 | Registration No. 3,838,489 for the BEASTUP mark in Int. Class 25 | BEASTUP PROD 0041-42 |
| 97 | File History for Registration No. 3,838,489 for the BEASTUP mark in Int. Class 25 | |
| 98 | Certified Registration No. 2,903,214 for the Claw Icon mark in Int. Class 32 | MEC003167-3169 |
| 99 | Certified File History of Registration No. 2,903,214 for the Claw Icon mark in Int. Class 32 | MEC000367-427 |
| 100 | Certified Registration No. 3,134,841 for the M MONSTER ENERGY mark in Int. Class 32 | MEC00273-274 |
| 101 | Certified File History of Registration No. 3,134,841 | MEC000206-272 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| | for the M MONSTER ENERGY mark in Int. Class 32 | |
| 102 | Certified Registration No. 6,434,821 for the Claw Icon mark in Int. Class 5 | MEC0484-485 |
| 103 | Certified Registration No. 3,434,822 for the Claw Icon mark in Int. Class 32 | MEC000486-487 |
| 104 | Certified File History of Registration No. 3,434,822 for the Claw Icon mark in Int. Class 32 | MEC000451-480 |
| 105 | Certified Registration No. 2,769,364 for the UNLEASH THE BEAST! mark in Int. Class 32 | MEC012213-12214 |
| 106 | Certified File History of Registration No. 2,769,364 for the UNLEASH THE BEAST! mark in Int. Class 32 | MEC012143-12177 |
| 107 | Registration No. 4,394,044 for UNLEASH THE NITRO BEAST! mark in Int. Class 32 | MEC019853-19854 |
| 108 | Registration No. 4,336,329 for the REHAB THE BEAST! mark in Int. Classes 30 and 32 | MEC019849-19850 |
| 109 | Registration No. 4,292,502 for the REHAB THE BEAST! WWW.MONSTERENERGY.COM mark in Int. Classes 30 and 32 | MEC019847-19848 |
| 110 | Registration No. 4,371,544 for the UNLEASH THE ULTRA BEAST! mark in Int. Class 32 | MEC019851-19852 |
| 111 | Registration No. 4,482,659 for the PUMP UP THE BEAST! mark in Int. Class 5 | MEC019855-19856 |
| 112 | File History of Registration No. 4,482,659 for the PUMP UP THE BEAST! mark in Int. Class 5 | MEC014085-14133 |
| 113 | Registration No. 4,482,660 for the PUMP UP THE BEAST! mark in Int. Class 29 | MEC019857-19858 |
| 114 | File History of Registration No. 4,482,660 for the PUMP UP THE BEAST! mark in Int. Class 29 | MEC014134-14183 |
| 115 | Registration No. 4,546,402 for the PUMP UP THE BEAST! mark in Int. Class 32 | MEC019861-19862 |
| 116 | Registration No. 3,914,828 for the M MONSTER ENERGY mark in Int. Class 9 | MEC014932 |
| 117 | File History for Registration No. 3,914,828 for the M MONSTER ENERGY mark in Int. Class 9 | MEC014636-14697 |
| 118 | Certified Registration No. 3,923,683 for the M MONSTER ENERGY mark in Int. Class 18 | MEC014922-14923 |
| 119 | File History for Registration No. 3,923,683 for the M MONSTER ENERGY mark in Int. Class 18 | MEC014734-014804 |
| 120 | Registration No. 3,963,669 for the Claw Icon mark in Int. Class 18 | MEC014933 |
| 121 | File History of Registration No. 3,963,669 for the Claw Icon mark in Int. Class 18 | MEC014805-14872 |

4

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 122 | Certified Registration No. 4,011,301 for the Claw Icon mark in Int. Class 9 | MEC014926-14928 |
| 123 | Certified File History of Registration No. 4,011,301 for the Claw Icon mark in Int. Class 9 | MEC014480-14515 |
| 124 | Registration No. 4,332,062 for the M MONSTER ENERGY mark in Int. Class 14 | MEC014934-14935 |
| 125 | File History of Registration No. 4,332,062 for the M MONSTER ENERGY mark in Int. Class 14 | MEC014873-921 |
| 126 | Registration No. 4,975,822 for the UNLEASH THE BEAST! mark in Int. Class 25 | MEC019843-19844 |
| 127 | Certified Registration No. 4,051,650 for the Claw Icon mark in Int. Class 25 | MEC014929-14931 |
| 128 | Certified File History of Registration No. 4,051,650 for Claw Icon mark in Int. Class 25 | MEC014560-14591 |
| 129 | Registration No. 3,908,601 for the M MONSTER ENERGY mark in Int. Class 25 | MEC006352 |
| 130 | Certified File History of Registration No. 3,908,601 for the M MONSTER ENERGY mark in Int. Class 25 | MEC014438-14479 |
| 131 | Certified Registration No. 3,963,668 for the Claw Icon mark in Int. Class 16 | MEC014924-14925 |
| 132 | Certified File History of Registration No. 3,963,668 for Claw Icon mark in Int. Class 16 | MEC014516-14559 |
| 133 | Registration No. 3,908,600 for the M MONSTER ENERGY mark in Int. Class 16 | MEC006351 |
| 134 | Certified File History for Registration No. 3,908,600 for the M MONSTER ENERGY mark in Int. Class 16 | MEC014397-14437 |
| 135 | Certified Registration No. 3,434,821 for the Claw Icon mark in Int. Class 5 | MEC000484-485 |
| 136 | Certified File History of Registration No. 3,434,821 for the Claw Icon mark in Int. Class 5 | MEC000428-450 |
| 137 | Registration No. 4,542,107 for the PUMP UP THE BEAST! mark in Int. Class 30 | MEC019859-19860 |
| 138 | Registration No. 4,953,200 for the UNLEASH THE CAFFEINE FREE BEAST! mark in Int. Classes 5 and 32 | MEC019865-19866 |
| 139 | Images of original Monster Energy cans | MEC045-046, 051-052 |
| 140 | Images of Lo-Carb Monster Energy cans | MEC070-071, 076-077, 081-082 |
| 141 | Images of Monster Energy Extra Strength Nitrous Technology cans | MEC000099-000100, 000102-000103, 000105-000106, 000275, 012290, |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| | | 012292, 014938, 014940 |
| 142 | Images of Monster Rehab cans | MEC005281, 005283, 012129, 012131, 018759-018760, 018762-018763, 018765-018766, 018768-018769 |
| 143 | Images of Monster Energy Ultra cans | MEC012296, 012299, 012660, 014942, 014944, 015518, 015520, 015558-015559, 015572-015573,  018778, 018789-018790 |
| 144 | Images of Muscle Monster cans | MEC016707-016708, 016715-016718, 012662-012663 |
| 145 | Images of M-100 cans | MEC016709, 016711, 016712, 016714 |
| 146 | Images of Juice Monster cans | MEC016705-016706, 017104-05 |
| 147 | Images of Monster Hydro containers | MEC017100, 017100, 018771-018772 |
| 148 | Images of Monster Energy Mega Mouth container | MEC018934-36 |
| 149 | Images of Monster Energy Gronk can | MEC018937-38 |
| 150 | Images of Monster Energy Unleaded can | MEC015522, MEC015525 |
| 151 | Monster Energy Extra Strength Black Ice Label can label | MEC019723 |
| 152 | Images of Monster Energy line of drinks displayed in stores | MEC019138, 019140-019141 |
| 153 | Images of Claw Icon and UNLEASH THE BEAST! on apparel | MEC016719, 019018, 012741-012766, 19020, 019022-019025, 019027, 019029-019031, 019039-019041, 019043-019044, 019613-019615, 019820, 019825, 019829 |
| 154 | Images of the Claw Icon on stickers | MEC016246, MEC016254-55, MEC014527, MEC014429 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 155 | Images of the Claw Icon and/or UNLEASH THE BEAST! on promotional materials for sponsored events | MEC012300, 012306, 012309, 012774 |
| 156 | Images of Monster's motorsports related sponsorship activities | MEC016401, 000185-000186, 000188, 000190, 000196, 000198-000200, 000202-000203, 007809, 007942-007943, 007945-007947, 007951-007953, 007956, 007960, 007963-007965, 007969-007970, 007974, 007984, 007986-007900, 007992, 007998, 008008-008010, 008093-008094 |
| 157 | Images of the Claw Icon, UNLEASH THE BEAST!, and other BEAST marks on Monster's point-of-sale marketing items | MEC000142-000144, 000150, 000156, 000168, 000502, 001082, 006363-006366, 010918, 010920, 016218, 016256, 016260, 016302, 012313, 019048, 019050-019054, 019056-019061, 019064, 019066, 019068-019069, 019072-019073, 019076-019077, 019079, 019094, 019098 |
| 158 | Images of the Claw Icon and UNLEASH THE BEAST! on Monster's Facebook page | MEC017146-017147, 017154, 017185-017187, 017191, 017195-017196, 017201, 017203, 017205, 017207, 017212, 017214, 017231, 017234, 017237 |

7

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 159 | Images of the Claw Icon and UNLEASH THE BEAST! on Monster's Twitter page in 2012, 2013, 2018 | MEC018942-018955, 018957, 018959, 018967-018968, 018999 |
| 160 | Images of the Claw Icon and UNLEASH THE BEAST! on Monster's Instagram page in 2012-2017 | MEC017155 -7162, 018854-018858, 018860, 018863-018865, 018870, 018872, 018875, 018882, 018889, 018939-018941 |
| 161 | YouTube pages of Monster, Hoonigan Racing, and Monster Army with images of the Claw Icon and motorsports | MEC017181-017184, 019225-019226, 012690-012692 |
| 162 | 2018-02-07 Socialbaker's report | MEC019218 - 9223 |
| 163 | 2014-07-23 Foothill Distributing Buying Report | BEASTUP PROD 0003 - BEASTUP PROD 0007 |
| 164 | Monster's www.monsterenergy.com website from 2003 to present with images of the Claw Icon, UNLEASH THE BEAST! and other BEAST-containing marks | MEC019180, 018926-018929, 018923-018925, 018901-018922, 019182-019183, 019227, 019237, 019184-019185, 019238-019242, 019188-019189, 019342, 019346, 019349, 019351, 019395-019396, 019399-019400, 019263, 019268, 019340, 019311 |
| 165 | Monster website historic captures 2003-2007 | MEC019230-33, 019237, 019260-63, 019266-67, 019269-74, 019280-83, 019337-38, 019339, 019342, 019345-46, 019348-49, 019437-39 |
| 166 | www.monsterenergy.com products website capture (12/26/14) | MEC019456-58 |
| 167 | www.monsterenergy.com Off Road Athletes | MEC021489 |
| 168 | www.monsterenergy.com Monster Jam athletes | MEC021497 |
| 169 | www.monsterenergy.com website captures 2010- | MEC015526-57 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| | 2013 | |
| 170 | www.monsterenergy.com Motorcross Athletes | MEC021503 |
| 171 | Monster Energy website printout re bull riding athletes | MEC021488 |
| 172 | www.monsterenergy.com website captures | MEC007591-604 |
| 173 | Hansen's Natural Corporation 2002 Annual Report | MEC006975-7050 |
| 174 | Hansen's Natural Corporation 2003 Annual Report | MEC007051-7132 |
| 175 | Hansen's Natural Corporation 2004 Annual Report | MEC007133-7208 |
| 176 | Hansen's Natural Corporation 2005 Annual Report | MEC020125-20226 |
| 177 | Hansen's Natural Corporation 2006 Annual Report | MEC020227-20335 |
| 178 | Hansen's Natural Corporation 2007 Annual Report | MEC020336-20425 |
| 179 | Hansen's Natural Corporation 2008 Annual Report | MEC016342-16457 |
| 180 | Hansen's Natural Corporation 2009 Annual Report | MEC012014-12125 |
| 181 | Hansen's Natural Corporation 2010 Annual Report | MEC018033-18166 |
| 182 | Monster Beverage Corporation 2011 Annual Report | MEC020736-20844 |
| 183 | Monster Beverage Corporation 2012 Annual Report | MEC020845-20950 |
| 184 | Monster Beverage Corporation 2013 Annual Report | MEC018167-18289 |
| 185 | Monster Beverage Corporation 2014 Annual Report | MEC018592-18713 |
| 186 | Monster Beverage Corporation 2014 Amended Annual Report | MEC018290-18336 |
| 187 | Monster Beverage Corporation 2015 Annual Report | MEC018337-18465 |
| 188 | Monster Beverage Corporation 2016 Annual Report | MEC018466-18591 |
| 189 | Monster Beverage Corporation 2016 Amended Annual Report | MEC018021-18032 |
| 190 | Monster Beverage Corporation 2017 Annual Report | MEC021385-21487 |
| 191 | Monster Beverage Corporation 2018 Annual Report | MEC021615-021734 |
| 192 | Photograph of bull rider | MEC016869 |
| 193 | 01/05/18 Smiley, Monster Energy expands partnership with Professional Bull Riders organization | MEC018714-18723 |
| 194 | 02/13/12 Monster Energy Facebook post re bull rider Rubens Barabosa | MEC018852 |
| 195 | 02-09-18 PBR (Professional Bull Riders) website printout | MEC018930-18931 |
| 196 | Bull Riding Instagram Posts January-February 2018 | MEC019807-019808, 019810 |
| 197 | PBR (Professional Bull Riders) website printout re 25th PBR: Unleash the Beast Schedule | MEC019811-19812 |
| 198 | UNLEASH THE BEAST! T-Shirt with Claw Icon | MEC000352 |
| 199 | Monster Clothing/Accessories | MEC012741-43 |
| 200 | Monster Energy Black Pullover Hoodie | MEC012744 |
| 201 | Monster Clothing/Accessories Catalog Images | MEC012745-66 |
| 202 | Photograph of individuals wearing apparel with Claw Icon and UNLEASH THE BEAST! | MEC012767 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 203 | Monster Energy 2011 Sports Marketing Apparel Orders and pricing | MEC016504-12 |
| 204 | 2004 Monster Side Slash T-Shirt (Item #035510-035514) Purchase Orders and Quotes | MEC016513-26 |
| 205 | Monster logo Apparel/Accessories | MEC016527-36 |
| 206 | Monster Give-Away T-Shirts (promo) | MEC016541-50 |
| 207 | Monster Hooded Sweatshirt (Item #035575-035577) | MEC016563-87 |
| 208 | Monster Wearables (LOST) | MEC016588-629 |
| 209 | Monster Distressed T-Shirt (Item #035500-035504) | MEC016632-41 |
| 210 | Monster UNLEASH THE BEAST! T-Shirt | MEC016719 |
| 211 | Photograph of Claw Icon and UNLEASH THE BEAST! on t-shirts being worn | MEC016846 |
| 212 | Monster UNLEASH THE BEAST! T-Shirt close-up of logo | MEC017068 |
| 213 | Purchase Order of Monster Trucker Caps | MEC017072-98 |
| 214 | Monster UNLEASH THE BEAST! cap tag | MEC018897 |
| 215 | Monster UNLEASH THE BEAST! T-shirt tag | MEC018898 |
| 216 | Monster UNLEASH THE BEAST! tag | MEC018899 |
| 217 | Monster Wildy and Westernize T-shirts | MEC018932-33 |
| 218 | Monster UNLEASH THE BEAST! apparel | MEC019018 |
| 219 | Monster Black Pullover Hoodie | MEC019019 |
| 220 | Monster Black UNLEASH THE BEAST! T-shirt | MEC019021-23, 019026-27, 019029-37, 019040-43 |
| 221 | Monster White UNLEASH THE BEAST! shirt (back) | MEC019044 |
| 222 | Claw Icon and UNLEASH THE BEAST! on apparel at giveaways | MEC019785, 019789, 019792-93, 019797, 019802 |
| 223 | Monster Claw Icon cap | MEC019825 |
| 224 | Monster UNLEASH THE BEAST! cap tag | MEC019829 |
| 225 | Monster UNLEASH THE BEAST! T-shirt tag | MEC019835 |
| 226 | 05/03/2016 Judgment in Opposition No. 91227352 | MEC017349 |
| 227 | TTAB Inquiry System re Opposition No. 91221820 | MEC017350-51 |
| 228 | TTAB Inquiry System re Opposition No. 91225715 | MEC017410-11 |
| 229 | 01/06/2016 Notice of Opposition of Application No. 86600779 | MEC017412-80 |
| 230 | 02/18/2016 Judgment in Opposition No. 91225715 | MEC017481 |
| 231 | TTAB Inquiry System re Opposition No. 91214107 | MEC017482-83 |
| 232 | 04/24/2014 Judgment in Opposition No. 91214107 | MEC017484 |
| 233 | 02/18/2016 Order to Show Cause in Opposition No. 91214107 | MEC017485 |
| 234 | 12/19/2013 Notice of Opposition of Application No. 85933479 | MEC017511-41 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 235 | 05/05/2015 Notice of Opposition of Application No. 86349384 | MEC017542-603 |
| 236 | TTAB Inquiry System re Opposition No. 91222427 | MEC017694-96 |
| 237 | 09/30/2015 Judgment in Opposition No. 91222427 | MEC017697 |
| 238 | 04/13/2016 Notice of Opposition of Application No. 86784531 | MEC017709-57 |
| 239 | 06/17/2015 Notice of Opposition of Application No. 85907695 | MEC017810-909 |
| 240 | 01/31/2014 Complaint [Monster Energy Company v. West Coast Chili and The Joseph Company Int., 14-cv-00140] | MEC019508-66 |
| 241 | 10/20/2014 Complaint [Monster Energy Company v. RLED, LLC, 14-cv-02156] | MEC021524-1614 |
| 242 | C&G Brand Rank 13 Weeks Ending 11/20/10 | MEC000827-28 |
| 243 | Energy Drink Market Share US Convenience 2006-2010 | MEC000829-33 |
| 244 | Energy Drink Market Share All Channels 2006-2010 | MEC000839-43 |
| 245 | Grocery Brand Rank 13 Weeks Ending 12/30/06 | MEC001097-1152 |
| 246 | Grocery Brand Rank 4 wks ending 02/24/07 thru 4 wks ending 05/23/09 | MEC001216-1323 |
| 247 | Convenience Item Rank 13 Weeks Ending 02/20/10 | MEC001859 |
| 248 | Energy Drinks in US Convenience (13 Weeks Ending 12/29/07) | MEC014946-15007 |
| 249 | Energy Drinks in US Grocery (13 Weeks Ending 12/29/07) | MEC015008-115 |
| 250 | Energy Drinks in US Convenience (13 Weeks Ending 6/28/08) | MEC015286-347 |
| 251 | Energy Drinks in US Grocery (13 Weeks Ending 6/28/08) | MEC015348-455 |
| 252 | Hansen's presentation | MEC000861-931 |
| 253 | Google Analytics visit report for www.monsterenergy.com (09/01/10 to 10/01/12) | MEC012639-12641 |
| 254 | 2009 Off Premise Point-of-Sale Catalog | MEC005962-6073 |
| 255 | Monster 2009 Off Premise Point-of-Sale Catalog | MEC016056-6167 |
| 256 | Monster 2011 Point-of-Sale Catalog | MEC006074-6121 |
| 257 | Monster 2012 Point-of-Sale Catalog | MEC012502-2554 |
| 258 | Monster 2014 Point-of-Sale Catalog | MEC016870-6933 |
| 259 | Monster 2015 Point-of-Sale Catalog | MEC016720-16822 |
| 260 | Monster 2015 Point-of-Sale Apparel | MEC019114 -19137 |
| 261 | Monster 2016 Point-of-Sale Catalog | MEC016934-7066 |
| 262 | Monster Off Premise Catalog | MEC012391-2430 |
| 263 | Nitrous Monster Off Premise Catalog | MEC012431-2442 |
| 264 | Monster Extra-Strength Nitrous Technology Off | MEC012491-2501 |

11

| Exhibit No. | Description | Bates No. |
|---|---|---|
| | Premise Catalog | |
| 265 | Monster Ad and Apparel Catalog | MEC012555-2602 |
| 266 | Monster Point-of-Sale Catalog | MEC016216-6329 |
| 267 | Monster 2011 Sports Marketing Apparel Orders | MEC016504-6512 |
| 268 | Monster Ad Catalog | MEC019045-9099 |
| 269 | Monster Posters Catalog | MEC006899-0946 |
| 270 | 03/28/2018 Email from Wild Racing to BeastUp LLC re Graphics | BEAST SUPP 0165 |
| 271 | 01/08/2018 Secretary of State Statement of Information re BEASTUP LLC | BEAST SUPP 0188-189 |
| 272 | Trade Shows where Monster was Exhibited | MEC005201 |
| 273 | Monster: Page Visits by Country (2009) | MEC006273-6278, MEC006321-6326, MEC006333-6338 |
| 274 | Monster: Page Visits by Country (2010) | MEC006230-6235, MEC006267-6272, MEC006279-6308, MEC006315-6320, MEC006327-6332, MEC006339-6350 |
| 275 | Monster: Page Visits by Country (2011) | MEC006236-6266, MEC006309-6314 |
| 276 | Monster UNLEASH THE BEAST! - Monster Army | MEC007606 |
| 277 | Monster: Page Entry / Popularity (05/01/2011 to 05/31/2011) | MEC011014-11036 |
| 278 | Monster sponsorships | MEC012667-12683 |
| 279 | Monster UNLEASH THE BEAST! Refreshments sign | MEC012772 |
| 280 | Unleash the Beast Found Week! | MEC012774 |
| 281 | Facebakers, Facebook Global Brands Statistics | MEC014383-14385 |
| 282 | 05/01/2018 Email from info@beastup.com to beastupenergy@gmail.com re [FWD: BU Logo] | BEAST SUPP 0147 |
| 283 | BeastUp logo | BEAST SUPP 0148 |
| 284 | 05/01/2018 Email from info@beastup.com to beastupenergy@gmail.com re [FWD: final proof] | BEAST SUPP 0149 |
| 285 | BeastUp logo design for Yamaha bike | BEAST SUPP 0150 |
| 286 | 03/21/2018 Email from Wild Racing to BeastUp LLC re Graphics | BEAST SUPP 0166 |
| 287 | 02/24/2018 Email chain from Wild Racing to BeastUp LLC re Sponsorship | BEAST SUPP 0171 |
| 288 | Monster Energy Kawasaki Pit Bike Give Away ad | MEC000364 |
| 289 | 03/11/2016 Monster Facebook post | MEC018842 |
| 290 | 08/11/2012 Monster Facebook post | MEC018850 |
| 291 | 07/10/2014 Monster Facebook post re Dean Wilson | MEC018855 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 292 | 07/22/2014 Monster Instagram post @crtwotwo! | MEC018879 |
| 293 | 09/07/2013 Monster Twitter post | MEC018966 |
| 294 | 05/25/2014 Monster Twitter post re @crtwotwo! | MEC018985 |
| 295 | 07/10/2014 Monster Twitter post re @DeanWilson15 | MEC018988 |
| 296 | Monster 2007 Media Coverage Supercross/Motocross | MEC007966-8150 |
| 297 | Monster 2007 Motorsports Media Coverage | MEC008151-8332 |
| 298 | Monster 2007 Motorsports Media Coverage | MEC008333-8359 |
| 299 | Monster 2007 Motorsports Media Coverage | MEC008540-8736 |
| 300 | Monster 2007 Motorsports Media Coverage | MEC008737-8933 |
| 301 | Monster 2007 Motorsports Media Coverage | MEC008934-9209 |
| 302 | Monster 2007 Motorsports Media Coverage | MEC009210-9402 |
| 303 | Images of MEC marks from Complaint | |
| 304 | Images of BEASTUP marks from Complaint | |
| 305 | Monster Apparel Summary of Inventory Transactions 2002-2009 | MEC016540, MEC016484, MEC016701-16702, MEC016630-16631, MEC016537-16539, MEC016501-16503, MEC016551-16562, MEC016485-16500 |
| 306 | 2017-06-13 Z. Pedersen email to BeastUp re Silver Dollar BMX | BEAST SUPP 0152 |
| 307 | Monster 2008 Action Sports Media Book | MEC009628 - 9874 |
| 308 | 2017-06-14 Monster Facebook post | MEC018819 |
| 309 | 2017-03-24 Monster Instagram post | MEC018870 |
| 310 | 2018-04-26 First Lap Marketing email to BeastUp LLC re Partnership | BEAST SUPP 0164 |
| 311 | 2016-12-07 ESPN article on Monster sponsorship of NASCAR | MEC018724-8731 |
| 312 | 2012-05-27 Monster Instagram post | MEC018859 |
| 313 | 2016-12-09 Monster Twitter post | MEC019011 |
| 314 | LA Fitness Photograph | MEC000128 |
| 315 | UNLEASH THE BEAST! poster | MEC000143 |
| 316 | Photographs of Monster in-store displays | MEC000144-167 |
| 317 | Monster suction cup display | MEC000168 |
| 318 | 7-Eleven BOGO Monster coupon | MEC001082 |
| 319 | Monster UNLEASH THE BEAST! stand | MEC010918-100920 |
| 320 | Monster UNLEASH THE BEAST! banner | MEC012127 |
| 321 | Monster UNLEASH THE BEAST! stand cutout | MEC012128 |
| 322 | Monster Metal Hardcore Festival Flyer | MEC012309 |
| 323 | Monster Nitrous point-of-sale material | MEC012313 |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 324 | Monster UNLEASH THE BEAST! flyer | MEC012315 |
| 325 | Southwest Airlines Monster Tri-fold Ad | MEC012320 |
| 326 | UNLEASH THE BEAST! matchbook | MEC012771 |
| 327 | Monster www.monsterarmy.com Ad | MEC015792 |
| 328 | Monster UNLEASH THE BEAST! Welcome to Valero Ad | MEC019100 |
| 329 | Monster Java, Muscle, and On-Premise can design | MEC019728 |
| 330 | 2014-01-09 Muscle Monster Vertical Rack | MEC019731 |
| 331 | 2015-05-11 Monster FSOP Table Tent | MEC019739 |
| 332 | 2015-04-30 General Caribbean Monster Energy - Ultra Poster 18 x 24 | MEC019744 |
| 333 | Winning in Energy 2016 Hudson Group Portfolio Approach | MEC019748 |
| 334 | Monster Rehab Tea + Energy Poster | MEC019749 |
| 335 | 2016-05-24 Monster Dunkin Donut Poster | MEC019752 |
| 336 | UNLEASH THE BEAST! 3 can poster | MEC019754 |
| 337 | 2017-02-13 Monster Zero Ultra Wobbler | MEC019764 |
| 338 | Monster Now Available Poster | MEC019765 |
| 339 | Monster single can poster | MEC019767 |
| 340 | Monster poster | MEC019768 |
| 341 | Monster 3 can poster | MEC019769 |
| 342 | Monster Food4Less Point-of-Sale Channel Strips | MEC019770 |
| 343 | Monster Gronk marketing sheet | MEC019776 |
| 344 | 2017-11-28 Monster Roll Up Banner Thematic | MEC019777 |
| 345 | UNLEASH THE BEAST! 2 can poster | MEC019778 |
| 346 | UNLEASH THE BEAST! 2 can poster | MEC019779 |
| 347 | Photos of Monster sales reps wearing UNLEASH THE BEAST! clothing | MEC019780-019784, 019789 |
| 348 | Monster retail Point-of-Sale Photograph | MEC019869 |
| 349 | Nitrous Monster Energy Super Dry Sticker/Static | MEC006361-62 |
| 350 | Monster Lo-Carb sticker | MEC006363 |
| 351 | Monster UNLEASH THE BEAST! sticker | MEC006364 |
| 352 | Monster UNLEASH THE BEAST! sticker | MEC006365 |
| 353 | Monster UNLEASH THE BEAST! sticker | MEC006366 |
| 354 | Photograph - Monster booth | MEC006459 |
| 355 | Monster promo materials | MEC006774-6898 |
| 356 | Monster UNLEASH THE BEAST! - Kenny Bernstein | MEC007467 |
| 357 | December 2007 Beverage Industry | MEC000999 - 1006 |
| 358 | 2006-06-05 Business Week "Hot Growth" | MEC001007 - 1011 |
| 359 | 2009-01-15 Beverageworld.com "Monster Energy: A Mighty Force" | MEC001022 - 1025 |
| 360 | October 2004 Beverage Industry  article | MEC001031 - 1035 |
| 361 | 2006-09-18 Fortune article | MEC001036 - 1051 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 362 | 2005-09-05 Fortune article | MEC001056 - 1057 |
| 363 | 2009 Beverage Forum Company of the Year Awards | MEC001058 - 1059 |
| 364 | 2007-09-24 Fortune article The Joy of Growth | MEC001062 - 1073 |
| 365 | 2008-03-20 Newsweek article Monster vs. Red Bull | MEC001074 - 1075 |
| 366 | 2009-01-15 BeverageWorld article about Monster by Landi | MEC001022-25 |
| 367 | LA Times article | MEC007374-75 |
| 368 | Soft Drinks Int'l article Double-Digit Growth (April 2005) | MEC007387-88 |
| 369 | Beverage Spectrum article by McKenna (March 2005) | MEC007394-96 |
| 370 | 2009-01-15 Beverage World article by Landi | MEC007404-05 |
| 371 | Lost Enterprises website mention titled Lost Gets Wired by Monster | MEC011007-011 |
| 372 | 2006-05-25 Business Week Online article "Sizzling Hot Growth" | MEC001016-001021 |
| 373 | 2008-05-28 Business Week article "Hot Growth, Against the Odds" | MEC001076-001077 |
| 374 | 2009-01-15 Beverage World advertisement for Monster Hitman Energy Shooter | MEC001060-001061 |
| 375 | US Monster Brand (Beast) Sales Data 2002-2017 September | MEC019506 |
| 376 | Annual Results Trend - US, Canada, Mexico Entities through 2018 | MEC021735 |
| 377 | US Monster Brand (Beast) Sales Data 2002-2018 | MEC021736 |
| 378 | Maloof Money Cup Skateboard Championships Flyer | MEC000338 - 0343 |
| 379 | 2014-04-17 Monster Facebook post | MEC018801 |
| 380 | 2017-03-03 Monster Instagram post | MEC018871 |
| 381 | 2010-11-29 Facebakers printout of Facebook Global Brands Statistics | MEC000300 - 0302 |
| 382 | 2014-04-01 Monster Facebook profile printout | MEC014386 - 4393 |
| 383 | Monster YouTube page profile printout | MEC014394 - 4396 |
| 384 | 2013-12-12 The Monster Gives Back Program Facebook profile printout | MEC016659 - 6664 |
| 385 | 2017-03-24 Monster Facebook profile printout - Home | MEC017146 -7153 |
| 386 | 2017-03-24 Monster Facebook profile printout - Likes | MEC017154 |
| 387 | 2017-03-24 Monster Instagram profile printout | MEC017155 -7162 |
| 388 | 2017-03-24 Monster Twitter profile printout | MEC017163 - 7180 |
| 389 | 2017-03-24 Monster YouTube page profile printout | MEC017181 - 7184 |
| 390 | 2015-04-29 Monster Facebook Mobile Uploads | MEC017191 - 7194 |

15

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 391 | 2011-02-08 Monster Facebook Profile Pictures | MEC017195 - 7197 |
| 392 | 2013-05-24 Monster Army Facebook Monster Army's Photos | MEC017212 - 7213 |
| 393 | 2015-04-29 Monster Twitter post  printout | MEC017219 |
| 394 | 2013-07-04 Monster Fourth of July Facebook post | MEC018798 |
| 395 | 2014-07-23 Monster Facebook post | MEC018809 |
| 396 | 2014-07-02 Monster Facebook post | MEC018813 |
| 397 | 2018-01-11 Monster Facebook profile printout - Posts | MEC018815 |
| 398 | 2018-01-10 Monster Facebook profile printout - Home | MEC018825 - 8841 |
| 399 | 2018-02-05 Monster Facebook profile printout - Posts | MEC018843 |
| 400 | 2014-09-23 Monster Facebook post | MEC018845 |
| 401 | 2014-06-23 Monster Facebook post | MEC018846 |
| 402 | 2012-08-28 Monster Facebook post | MEC018849 |
| 403 | 2018-02-05 Monster Facebook profile printout - Posts | MEC018851 |
| 404 | 2012-03-28 Monster Instagram post | MEC018857 |
| 405 | 2013-04-06 Monster Instagram post | MEC018860 |
| 406 | 2018-02-08 Monster Instagram profile printout | MEC018939 |
| 407 | Monster Twitter posts 2013-2015 | MEC018962, 018963, 018966, 018974, 018980, 018991, 018992, 019002 |
| 408 | 2018-01-30 Monster Twitter post  printout | MEC018942 - 8950 |
| 409 | 2018-02-07 Socialbakers Facebook statistics - Top Brands 2018 | MEC019218 - 9223 |
| 410 | Twitter #UnleashTheBeast post statistics | MEC019224 |
| 411 | 2014-06-05 Socialbakers, Facebook Pages Statistics & Number of Fans 2014 | MEC014379-82 |
| 412 | Monster Facebook page August 2011 | MEC010954 |
| 413 | 2013-12-12 Monster Music Facebook page | MEC016652-016656 |
| 414 | 2009 Pro Surf Tour Shaun Ward Photograph | MEC000205 |
| 415 | May 2007 Transworld Surf Magazine | MEC000365 - 0366 |
| 416 | 2009 September Magazine Issue "…For Boardshort Technology and Design" Volcom Mod Tech | MEC007310 - 7363 |
| 417 | Monster 2007 Media Coverage Action Sports | MEC007654 - 7808 |
| 418 | Monster 2008 Action Sports Media Book | MEC009403 - 9627 |
| 419 | September 2009 Modified Mag | MEC000335 -0337 |
| 420 | 2008 Newspaper and Magazine clippings | MEC010513 - 0673 |
| 421 | Monster Facebook posts 2014, 2017 | MEC018810, 018820 - 018823 |
| 422 | Monster Instagram posts 2013-2015 | MEC018864, 018878, |

16

| Exhibit No. | Description | Bates No. |
|---|---|---|
| | | 018889 |
| 423 | 2003-06-03 Dow Jones & Company, Inc "A Real Advertising Vehicle" | MEC000137 - 0138 |
| 424 | Las Vegas Monorail - Monster Energy - Reach Communication Group, LLC | MEC000505 - 0506 |
| 425 | Las Vegas Monorail - Monster Energy - Reach Communication Group, LLC - Print Media Coverage | MEC000507 - 0635 |
| 426 | Las Vegas Monorail - Monster Energy - Reach Communication Group, LLC - Television Monitoring Report | MEC000636 - 0677 |
| 427 | Las Vegas Monorail - Monster Energy - Reach Communication Group, LLC - Internet Media Coverage | MEC000678 - 0823 |
| 428 | Las Vegas Monorail - Monster Energy - Reach Communication Group, LLC - Radio Media Coverage | MEC000824 - 0826 |
| 429 | Bourbon Street Hotel "Unleash the Beast" Advertising Photograph | MEC012770 |
| 430 | 2003-06-03 Wall Street Journal (Riverside) article "A Real Advertising Vehicle" | MEC006490-006491 |
| 431 | 2003-06-12 Orange County Register article "One Track Minds" | MEC000139-000140 |
| 432 | 2003-06-07 Tribune (Tampa) article "Marketers Roll Dice on Vegas Monorail" | MEC006520 |
| 433 | Images of Monster Energy Las Vegas Monorail | MEC000132-000134 |
| 434 | 2017-06-26 Lynda Zadra-Symes letter to J. Waelty re BeastUp Trademark Matter | BEAST SUPP 0153 - 0163 |
| 435 | 2017-12-26 B. Oneto CSU Chico email to BeastUp LLC enclosing BeastUp photographs | BEAST SUPP 0190- 0196 |
| 436 | 2017-07-17 L. Zadra-Symes email to M. Turek YourTrademarkAttorney.com re BeastUp Trademark Matter | BEAST SUPP 0216 - 0220 |
| 437 | 2016-11-14 T. Crew email to J. Waelty enclosing BeastUp Weekly report | BEAST SUPP 0243 |
| 438 | 2016-11-11 BeastUp Weekly Report | BEAST SUPP 0244 - 0246 |
| 439 | Excerpts from Wakeboarding Magazine | MEC007302 - 7309 |
| 440 | 2009 July/August Magazine Issue "PWC Racing News and Notes" | MEC007364 - 7373 |
| 441 | Monster Energy 2007 Media Coverage Action Sports | MEC007809 - 7965 |
| 442 | 2013-03-29 Monster Facebook post | MEC018848 |
| 443 | 2014-05-24 Monster Instagram post | MEC018883 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 444 | BeastUp LLC Articles of Organization | BEASTUP PROD 0001 |
| 445 | BeastUp Beverage Blend | BEASTUP PROD 0038 |
| 446 | 2013-02-21 Formulation Sheet | BEASTUP PROD 0048 |
| 447 | Ticket Tehama District, Fairgrounds | BEASTUP PROD 0049 |
| 448 | BeastUp can image | BEASTUP PROD 0051 |
| 449 | 2013-09-08 BeastUp Cease and Desist Letter to Mendez | BEASTUP PROD 0069-0070 |
| 450 | 2011-11-26 BeastUp Cease and Desist letter to Elevated Dreams | BEASTUP PROD 0071-0072 |
| 451 | 2011-11-26 BeastUp Cease and Desist letter to Thompson | BEASTUP PROD 0073-0074 |
| 452 | BeastUp Drink Receipts | BEASTUP PROD 0153 |
| 453 | BeastUp "New Energy Drink" | BEASTUP PROD 0175 |
| 454 | Bottomfeeder Brawl Chico State Wakeboard Team | BEASTUP PROD 0176 |
| 455 | Brochures/Posters | BEASTUP PROD 0207, 0223-0224 |
| 456 | Art Development Specifications | BEASTUP PROD 0266 |
| 457 | BeastUp Social Media posts | BEASTUP PROD 0679-1151 |
| 458 | BeastUp Facebook Copyright complaint | BEASTUP PROD 0623 |
| 459 | BeastUp Counsel emails to Alleged Infringers | BEASTUP PROD 0637-0638 |
| 460 | Physical:  Monster Energy can | |
| 461 | Physical:  Monster Lo-Carb can | |
| 462 | Physical: Monster Energy Extra Strength Anti Gravity | |
| 463 | Physical: Monster Energy Extra Strength Super Dry | |
| 464 | Physical: Monster Energy Extra Strength Black Ice | |
| 465 | Physical: Nitrous Anti Gravity | |
| 466 | Physical: Nitrous Killer B 12 ounce | |
| 467 | Physical: Nitrous Super Dry 12 ounce | |
| 468 | Physical: Monster Rehab Tea + Lemonade | |
| 469 | Physical: Monster Rehab Green Tea + Energy | |
| 470 | Physical: Monster Rehab Raspberry Tea + Energy | |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 471 | Physical: Monster Rehab Tea + Orangeade | |
| 472 | Physical: Monster Rehab Peach Tea + Energy | |
| 473 | Physical: Monster Rehab Tea + Pink Lemonade | |
| 474 | Physical: Monster Zero Ultra | |
| 475 | Physical: Monster Ultra Black | |
| 476 | Physical: Monster Ultra Sunrise | |
| 477 | Physical: Monster Ultra Blue | |
| 478 | Physical: Monster Ultra Citron | |
| 479 | Physical: Monster Ultra Red | |
| 480 | Physical: Monster Ultra Violet | |
| 481 | Physical: Muscle Monster Banana | |
| 482 | Physical: Muscle Monster Strawberry | |
| 483 | Physical: Muscle Monster Vanilla | |
| 484 | Physical: Muscle Monster Chocolate | |
| 485 | Physical: Monster Energy Unleaded | |
| 486 | Physical: Juice Monster Pipeline Punch | |
| 487 | Physical: Juice Monster Mango Loco | |
| 488 | Physical: Monster M-100 Ghost | |
| 489 | Physical: Monster M-100 Phantom | |
| 490 | Physical: Monster Hydro Mean Green | |
| 491 | Physical: Monster Hydro Tropical Thunder | |
| 492 | Physical: Monster Energy Mega Mouth Glass | |
| 493 | Physical: Monster Energy Gronk | |
| 494 | Annual Results Trend – 2002 through Current | |
| 495 | Designated Portions of BeastUp's 01/09/18 Interrogatory Responses (Interrogatory No. 10) | |
| 496 | Designated Portions of BeastUp's 02/05/18 Supplemental Interrogatory Responses (Interrogatory Nos. 1, 4, 11, and 16) | |
| 497 | Designated Portions of BeastUp's 05/31/18 Supplemental Interrogatory Responses (Interrogatory Nos. 2, 3, and 9) | |
| 498 | Designated Portions of BeastUp's 06/15/18 Interrogatory Responses (Interrogatory Nos. 24 and 25) | |
| 499 | Designated Portions of BeastUp's 08/02/18 Supplemental Interrogatory Responses (Interrogatory No. 8) | |
| 500 | Designated Portions of BeastUp's 01/09/18 Responses to Monster's First Set of Requests for Admission (RFA Nos. 3 and 5) | |
| 501 | Designated Portions of BeastUp's 06/15/18 Amended Responses to Monster's Second Set of | |

| EXHIBIT NO. | DESCRIPTION | BATES NO. |
|---|---|---|
|  | Requests for Admission (RFA Nos. 7–31, 34–49, 53, 54, 56–60, 62, 64, 68, 69, and 70–204) |  |
| A | Certified Registration No. 3838489 for the BEASTUP mark in Int. Class 025 |  |
| B | Certified File History of Registration No. 3838489 for the BEASTUP mark in Int. Class 025 |  |
| C | Certified Registration No. 4584629 for the BEASTUP mark in Int. Class 032 |  |
| D | Certified File History of Registration No. 4584629 for the BEASTUP mark in Int. Class 032 |  |
| E | BeastUp original can design |  |
| F | BeastUp revised can design |  |
| G | Monster Energy cans displaying each of Monster Energy's cited trademarks |  |
| H | Monster Energy's www.monsterenergy.com website as of October 2019 |  |
| I | BeastUp's www.beastup.com website as of October 2019 |  |
| J | BeastUp Drink Locations |  |
| L | Cease and Desist Letter from L. Zadra-Symes to BeastUp dated 06-26-2017 |  |
| M | BeastUp Letter in response to L. Zadra-Symes dated 07-12-2017 |  |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:    December 6, 2021        By: _/s/ Marko R. Zoretic_____
                                                    Steven J. Nataupsky
                                                    Lynda J. Zadra-Symes
                                                    Matthew S. Bellinger
                                                    Marko R. Zoretic

                                         Attorneys for Plaintiff
                                         MONSTER ENERGY COMPANY


                                         HOGAN DUFF LLP

Dated:    December 6, 2021        By: _/s/ Anderson J. Duff (with permission)_
                                                    Anderson J. Duff
                                                    Eve J. Brown

                                         Attorneys for Defendant
                                         BEASTUP LLC

54698299

20