United States District Court
Eastern District of California
Before the Honorable Kimberly J. Mueller, Chief Judge

## CIVIL MINUTES – BENCH TRIAL (Zoom)

| | |
|---|---|
| MONSTER ENERGY COMPANY, | Time in Court: 3 Hours, 54 Minutes |
| Plaintiff | Case #: 2:17-cv-1605 KJM-JDP |
| v. | Date: December 8, 2021 |
| BEASTUP LLC, | Relief Courtroom Deputy: L. Kennison |
| Defendant | Court Reporter: Tiphanne Crowe |

Appearances for Plaintiff:

Steven Nataupsky
Matthew Bellinger
Lynda Zadra-Symes

Appearance for Defendant:

Anderson Duff

Proceedings:   Bench Trial - (Day 2)

| | |
|---|---|
| 10:09 a.m. | Court in session. Video Excerpt Deposition Testimony of Robert Waelty presentation continues. |
| 10:41 a.m. | Video Excerpt Deposition Testimony of Jessee Waelty presented. |
| 10:58 a.m.. | Video Excerpt Deposition Testimony of Lance Goble presented. |
| 11:08 a.m. | Recess |
| 11:21 a.m. | Witness **Robert Klein** called and sworn to testify on direct by Lynda Zadra-Symes. [Exhibits Admitted: P75, P78, P81] |
| 11:53 a.m. | Cross-examination by Anderson Duff. |
| 12:00 p.m. | Redirect |
| 12:02 p.m. | Witness excused. Plaintiff rests. Recess |

1

| | |
|---|---|
| 1:26 p.m. | Witness **Robert Waelty** called and sworn to testify on direct by Anderson Duff. [Exhibits Admitted: P456, E, 7, 4, F, A, B, C, P445, P446, P22, P30, P31, P32, P33, P40, P9, P12, P163, P13, J, P8, P25, P10, P11, P27, P4, P5, P20, P6, P14, P447, P18, P43, P44, P270, P48, P55, P310, P246] |
| 2.46 p.m. | Recess |
| 3:09 p.m. | Cross-examination by Steven Nataupsky. [Exhibits Admitted: P56] |
| 3:24 p.m. | Defense rests. The court and parties addressed housekeeping. |
| 3:28 p.m. | Court adjourns |