# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
**T** (949) 760-0404

Steven J. Nataupsky
Steven.Nataupsky@knobbe.com

December 9, 2021

**VIA CM/ECF**

Hon. Kimberly J. Mueller
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA  95814

Re:    *Monster Energy Company v. BeastUp LLC* Case No. 2:17-cv-1605

Dear Judge Mueller:

Pursuant to the Court's instructions, Monster identifies the below case cited in Monster's closing arguments that is not identified in its Trial Brief:

   *Levi Strauss & Co. v. Blue Bell, Inc.*, 632 F.2d 817 (9th Cir. 1980)

                                                      Respectfully,

                                                      */s/ Steven J. Nataupsky*

                                                      Steven J. Nataupsky

54726390